## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Allergan, Inc.,
Allergan Pharmaceuticals Ireland, and
Allergan USA, Inc.,

        Plaintiffs,

        v.

Revance Therapeutics, Inc. and Ajinomoto
Althea, Inc. d/b/a Ajinomoto Bio-Pharma
Services,

        Defendants.

C.A. No. 21-1411-RGA

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendants to file the redacted version of their Answer, Defenses, and Counterclaims To Plaintiffs' Second Amended Complaint and accompanying exhibits (D.I. 88) is hereby extended to and including January 30, 2023.

<table>
<tr><td>

MORRIS, NICHOLS, ARSHT
   & TUNNELL LLP

/s/ *Jeremy A. Tigan*
Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

</td><td>

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

/s/ *Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

</td></tr>
</table>

*Attorneys for Plaintiffs Allergan, Inc.,*
*Allergan Pharmaceuticals Ireland, and*
*Allergan USA, Inc.*

*Attorneys for Defendants Revance*
*Therapeutics, Inc. and Ajinomoto Althea, Inc.*
*d/b/a Ajinomoto Bio-Pharma Services*

Dated:  January 27, 2023

**SO ORDERED** this ___ day of _____, 2023.

_____
United States District Judge

2