IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Allergan, Inc., Allergan Pharmaceuticals Ireland Unlimited Company, and Allergan USA, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Revance Therapeutics, Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto Bio-Pharma Services, <br><br> Defendants. | C.A. No. 21-1411-RGA-LDH |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Expert Report of Christine Siegwarth, Ph.D.* were caused to be served on June 19, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                           *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendants Revance Therapeutics,*
*Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto*
*Bio-Pharma Services*

| | |
|---|---|
| Dennies Varughese, Pharm. D.<br>Eldora L. Ellison, Ph.D.<br>Adam C. LaRock, Esquire<br>Olga A. Partington, Ph.D.<br>Ryan E. Conkin, Esquire<br>Anna G. Phillips, Esquire<br>Sasha S. Rao, Esquire<br>Marsha Rose Gillentine, Ph.D.<br>Nirav N. Desai, Esquire<br>Christopher M. Gallo, Ph.D.<br>Tyler C. Liu, Esquire<br>Adil B. Moghal, Ph.D.<br>Louis P. Panzica, Jr., Esquire<br>Byron L. Pickard, Esquire<br>Deirdre M. Wells, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendants Revance Therapeutics, Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto Bio-Pharma Services* | *VIA ELECTRONIC MAIL* |
| Peter J. Armenio, Esquire<br>CAHILL GORDON & REINDEL LLP<br>32 Old Slip<br>New York, NY  10005<br>*Attorneys for Defendants Revance Therapeutics, Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto Bio-Pharma Services* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| OF COUNSEL:<br><br>Eric W. Dittmann<br>Chad J. Peterman<br>Melanie R. Rupert<br>Bruce M. Wexler<br>Ashley N. Mays-Williams, Ph.D.<br>Krystina L. Ho, Ph.D.<br>Carl J. Minniti III<br>Isaac S. Ashkenazi<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY  10166<br>(212) 318-6000 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Anthony D. Raucci*<br>_____<br>Jeremy A. Tigan (#5239)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiffs Allergan, Inc., Allergan Pharmaceuticals Ireland Unlimited Company and Allergan USA, Inc.* |

2

Felix A. Eyzaguirre
PAUL HASTINGS LLP
600 Travis Street, 58th Floor
Houston, TX 77002
(713) 860-7300

Candace Polster
Robert Unikel
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 499-6000

Karthik R. Kasaraneni
David M. Valente
Amanda K. Taylor
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700

June 20, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on June 20, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

      I further certify that I caused copies of the foregoing document to be served on June 20, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>Daniel G. Mackrides, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Revance Therapeutics,*<br>*Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto*<br>*Bio-Pharma Services* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm. D.<br>Eldora L. Ellison, Ph.D.<br>Adam C. LaRock, Esquire<br>Olga A. Partington, Ph.D.<br>Ryan E. Conkin, Esquire<br>Anna G. Phillips, Esquire<br>Sasha S. Rao, Esquire<br>Marsha Rose Gillentine, Ph.D.<br>Nirav N. Desai, Esquire<br>Christopher M. Gallo, Ph.D.<br>Tyler C. Liu, Esquire<br>Adil B. Moghal, Ph.D.<br>Louis P. Panzica, Jr., Esquire<br>Byron L. Pickard, Esquire<br>Deirdre M. Wells, Esquire<br>STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.<br>1101 K Street, NW, 10th Floor<br>Washington, DC  20005<br>*Attorneys for Defendants Revance Therapeutics,*<br>*Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto*<br>*Bio-Pharma Services* | *VIA ELECTRONIC MAIL* |

Peter J. Armenio, Esquire                                                        *VIA ELECTRONIC MAIL*
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY  10005
*Attorneys for Defendants Revance Therapeutics, Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto Bio-Pharma Services*

                                                                                                        */s/ Anthony D. Raucci*

                                                                                                        Anthony D. Raucci (#5948)