# Exhibit A




"Unlike a court proceeding, prosecution of a patent application takes place without input from people who might later be accused of infringement, so it is important that we provide a chance for someone who is accused of infringement to challenge the patent in court."



Judge Fogel

"You may wonder why it is that you would be asked to consider such things when the patent has already been reviewed by a government examiner. There are several reasons for this. First, there may be facts or arguments that the examiner did not consider, such as prior art that was not located by the PTO or provided by the applicant. In addition, there is, of course, the possibility that mistakes were made or important information overlooked. Examiners have a lot of work to do, and no process is perfect."

# DAXXIFY® Relieves Symptoms Longer than BOTOX

TIME ×

https://time.com/collection/best-inventions-2023/




TIME

← THE BEST INVENTIONS OF 2023

Revance

BY JESSICA KLEIN

OCTOBER 24, 2023 7:00 AM EDT

## Smoother Skin

Revance Therapeutics Daxxify



These are independent reviews of the products mentioned, but TIME receives a commission when purchases are made through affiliate links at no additional cost to the purchaser.

Wrinkle-reducer Botox now has some competition. Biotech company Revance's Daxxify injection uses botulinum toxin, similar to Botox, but it's also powered by peptides, amino acids that make up proteins the skin needs, and studies suggest that its effects last roughly two months longer than Botox. Daxxify has been commercially available since March, and in August, the FDA approved it for another use, which will come to market mid-2024: It can treat cervical dystonia—painful, involuntary neck muscle contractions—relieving symptoms for up to three months longer than the current treatment.

JTX-154

# Allergan, Inc. Got New Claim from Old Patent Just to Sue Revance

**OCT 1, 2021**
Allergan, Inc. sues Revance for infringement

**OCT 6, 2005**
**’878 Patent**
Priority Date

**MAY 17, 2021**
**’878 Patent**
Filing Date

**OCT 19, 2021**
**’878 Patent**
Issue Date



JTX-001

**NOV 25, 2019**
Revance Announces BLA Filing



REVANCE COMPANY PRODUCTS AND PIPELINE INVESTORS CAREERS

View All News

**Revance Submits Biologics License Application (BLA) to the FDA for DAXI to Treat Glabellar (Frown) Lines**

NOVEMBER 25, 2019

Download

NEWARK, Calif.--(BUSINESS WIRE)--Nov. 25, 2019-- Revance Therapeutics, Inc. (Nasdaq: RVNC), a biotechnology company pioneering new innovations in neuromodulator products for aesthetic and therapeutic indications, today announced the Company has submitted a Biologics License Application (BLA) to the U.S. Food and Drug Administration (FDA) for DaxibotulinumtoxinA for Injection (DAXI) in the treatment of moderate to severe glabellar (frown) lines. The submission includes results from the SAKURA Phase 3 trials, which is the largest aesthetic neuromodulator clinical program ever conducted for the treatment of glabellar frown lines.

PTX-651

**JUL 13, 2009**
**’748 Patent**
Priority Date

**JUN 7, 2021**
**’748 Patent**
Filing Date

**DEC 21, 2021**
**’748 Patent**
Issue Date



JTX-004

# Obviousness




A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102, if the **differences between the claimed invention and the prior art** are such that the claimed invention as a whole would have been **obvious** before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains.

35 U.S.C. § 103

# Validity




You may wonder why it is that you would be asked to consider such things . . .

First, **there may be facts or arguments that the examiner did not consider, such as prior art that was not located by the PTO or provided by the applicant.**

There is, of course, **the possibility that mistakes were made or important information overlooked**. Examiners have a lot of work to do, and **no process is perfect** . . .

In deciding issues of infringement and validity, **it is your job to decide the facts of the case.**

# '878 Patent, Claim 6 Is Invalid Over Prior Art



> First, there may be facts or arguments that the examiner did not consider . . .

Judge Fogel

## Prior Art

*Related to Composition Patent*

**Hunt Publication 2003**


United States Patent Application Publication
Hunt
Pub. No.: US 2003/0118598 A1
Pub. Date: Jun. 26, 2003
CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

**Discloses**
Animal Protein-Free Composition and every other step in process

DTX-209

\+

**Johnson Patent 1998**


United States Patent
Johnson et al.

**Discloses**
Use of Trehalose

DTX-207

# Claim 8 of the '748 Patent Is Invalid Over Prior Art



> First, **there may be facts or arguments that the examiner did not consider** . . .

Judge Fogel

## Prior Art

*Related to the Purification / Manufacturing Patent*

**Malizio**
2000




**Discloses**
Claimed Chromatography Process

DTX-196

+

**Xiang Patent**
2005




**Discloses**
Animal Product Free (APF) Process

JTX-113

# Claim 8 of the '740 Patent Is Invalid Over Prior Art



First, there may be facts or arguments that the examiner did not consider . . .

Judge Fogel

## Prior Art

*Related to the Purification / Manufacturing Patents*

**Gessler**
1999




**FDA Guidance**
1999




**Smelt**
1982




**Discloses**
Claimed Chromatography Process

**Discloses**
Animal Product Free (APF) Process

DTX-192

JTX-112

DTX-202

# Investors Informed Botox Was Not Impacted by DAXXIFY®'s Sales

**JUL 2023**
**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

"So in terms of **DAXI**, it's been more than 6 months since their launch and the **uptake has been quite limited from our perspective** in the low single digits."

**JUL 2024**
**Robert A. Michael**
CEO & Director (Abbvie)

"Obviously, we're working through some macroeconomic headwinds. But when you look, for example, share performance, **we had the entry of Daxxify last year, and we did not lose any share**."

REVANCE

Allergan, Inc.

**DEC 2022**




DAXXIFY®
daxibotulinumtoxinA-lanm injection
**Begin Sales**

**JUL 2023**
**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

**JUL 2024**
**Robert A. Michael**
Senior VP of AbbVie & President of Global Allergan Aesthetics

# Exhibit B

TIME

← THE BEST INVENTIONS OF 2023

# Smoother Skin

## Revance Therapeutics Daxxify



Revance

BY JESSICA KLEIN

OCTOBER 24, 2023 7:00 AM EDT

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-154

Wrinkle-reducer Botox now has some competition. Biotech company Revance's Daxxify injection uses botulinum toxin, similar to Botox, but it's also powered by peptides, amino acids that make up proteins the skin

needs, and studies suggest that its effects last roughly two months longer than Botox. Daxxify has been commercially available since March, and in August, the FDA approved it for another use, which will come to market mid-2024: It can treat cervical dystonia—painful, involuntary neck muscle contractions—relieving symptoms for up to three months longer than the current treatment.

**CONTACT US AT** LETTERS@TIME.COM.

← MORE FROM **THE BEST INVENTIONS OF 2023**