# JTX-154

TIME

← THE BEST INVENTIONS OF 2023

# Smoother Skin

## Revance Therapeutics Daxxify



Revance

BY JESSICA KLEIN

OCTOBER 24, 2023 7:00 AM EDT

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
**JTX-154**

Wrinkle-reducer Botox now has some competition. Biotech company Revance's Daxxify injection uses botulinum toxin, similar to Botox, but it's also powered by peptides, amino acids that make up proteins the skin

needs, and studies suggest that its effects last roughly two months longer than Botox. Daxxify has been commercially available since March, and in August, the FDA approved it for another use, which will come to market mid-2024: It can treat cervical dystonia—painful, involuntary neck muscle contractions—relieving symptoms for up to three months longer than the current treatment.

**CONTACT US AT** LETTERS@TIME.COM.

← MORE FROM **THE BEST INVENTIONS OF 2023**