# DTX-627
# (excerpt)

# Safety and Efficacy of RT002, an Injectable Botulinum Toxin Type A, for Treating Glabellar Lines: Results of a Phase 1/2, Open-Label, Sequential Dose-Escalation Study

TRIAL EXHIBIT
DTX-627
C.A. No. 21-1411-RGA-LDH

Enrique Garcia-Murray, MD,* María Luisa Velasco Villasenor, MD,† Berenice Acevedo, MD,* Silvia Luna, MD,* Jane Lee, BS,‡ Jacob M. Waugh, MD,‡ and Carl S. Hornfeldt, PhD‡

BACKGROUND RT002 is a new injectable BoNTA product. This formulation limits the spread of BoNTA, potentially permitting safe administration of larger doses and possibly extending its duration of action.

OBJECTIVE This phase 1/2 clinical study was designed to establish the safety of RT002 for the treatment of moderate-to-severe glabellar lines.

MATERIALS AND METHODS Subjects were randomized into four groups (N=12/group). Cohorts 1-3 received escalating doses of RT002 ranging from half the equivalent dose of approved toxins up to twice the current dose levels. The safety of each dose was confirmed prior to administering the next dose. Subjects in Cohort 4 were treated with the highest dose and observed for 36 weeks or until GLSS returned to baseline.

RESULTS All doses of RT002 were well-tolerated. Common AEs were headache and mild injection site reactions. At Week 4, all doses of RT002 were highly effective at maximum frown. Cohort 4 achieved 7 month median duration. At 6 months, 80% of subjects maintained a ≥1-point improvement in Investigator GLSS and 60% maintained WSS of None or Mild. Study limitations include an open-label design and modest number of subjects.

CONCLUSION RT002 is a safe and effective BoNTA product with an extended duration of action.

*J. Lee, J. M. Waugh, and C. S. Hornfeldt are employees of Revance Therapeutics. The remaining authors have indicated no significant interest with commercial supporters.*

Botulinum toxin Type A (BoNTA) has been used in human medicine for more than 30 years. In 2002, the US Food and Drug Administration approved the use of BoNTA (onabotulinumtoxinA) for the temporary improvement of moderate-to-severe glabellar rhytides associated with corrugator and/or procerus muscle activity in adult patients and subsequently for the temporary improvement of moderate-to-severe lateral canthal lines associated with orbicularis oculi activity in adult patients.[1] Other BoNTA products approved for similar indications are abobotulinumtoxinA[2] and incobotulinumtoxinA.[3]

As the injection of BoNTA involves expense and the potential for discomfort[4] and anxiety,[5] the duration of effect of BoNTA is also an important financial and clinical consideration. The results of 2 Phase 3 randomized, multicenter, double-blind, placebo-controlled studies showed that onabotulinumtoxinA reduced the severity of glabellar lines for up to 120 days.[6,7] The results of 1 open-label study and 1 Phase

*Private Clinic, Alvaro Obregon, Mexico, D.F.; †Private Clinic, Colonia Roma, Mexico, D.F.; ‡Revance Therapeutics, Inc., Newark, California

*Supported by Revance Therapeutics.*

© 2014 by the American Society for Dermatologic Surgery, Inc. • Published by Lippincott Williams & Wilkins • ISSN: 1076-0512 • Dermatol Surg 2015;41:S47–S55 • DOI: 10.1097/DSS.0000000000000276

EXHIBIT
Dover 35
M.C. 4/26/24



Copyright © American Society for Dermatologic Surgery. Unauthorized reproduction of this article is prohibited.