# DTX-628
# (excerpt)

EXHIBIT
Dover 37
M.C. 4/26/24

TRIAL EXHIBIT
DTX-628
C.A. No. 21-1411-RGA-LDH

Downloaded from http://journals.lww.com/dermatologicsurgery by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cf3VC4/OAVpDDa8K2+Ya6H515kE= on 01/03/2024

ORIGINAL ARTICLES

# Injectable DaxibotulinumtoxinA for the Treatment of Glabellar Lines: A Phase 2, Randomized, Dose-Ranging, Double-Blind, Multicenter Comparison With OnabotulinumtoxinA and Placebo

Jean Carruthers, MD,[*] Nowell Solish, MD,[†] Shannon Humphrey, MD,[‡] Nathan Rosen, MD,[§||] Channy Muhn, MD,[§||] Vince Bertucci, MD,[¶] Arthur Swift, MD,[#] Andrei Metelitsa, MD,[**] Roman G. Rubio, MD,[††] Jacob Waugh, MD,[††] John Quiring, PhD,[‡‡] Gill Shears, PhD,[§§] and Alastair Carruthers, MD[||||]

BACKGROUND Injectable daxibotulinumtoxinA (RT002) is an investigational botulinum toxin Type A in clinical development. It is formulated with a proprietary peptide and offers the potential of a longer acting neurotoxin therapy.

OBJECTIVE To compare the safety, efficacy, and duration of response of daxibotulinumtoxinA with onabotulinumtoxinA and placebo [www.clinicaltrials.gov NCT02303002].

METHODS In this Phase 2, randomized, dose-ranging, parallel-group, double-blind, multicenter study, subjects with moderate or severe glabellar lines at maximum frown were randomly assigned to 20U, 40U, or 60U daxibotulinumtoxinA, 20U onabotulinumtoxinA, or placebo. Glabellar line severity was evaluated by investigators and subjects at least every 4 weeks, for at least 24 weeks.

RESULTS Overall, 268 subjects enrolled. Statistical and clinical superiority were observed for 40U and 60U daxibotulinumtoxinA over 20U onabotulinumtoxinA for a range of efficacy outcomes despite the study not being powered to detect statistically significant differences between these active treatment groups.

CONCLUSION The 40U dose of daxibotulinumtoxinA was well tolerated (e.g., absence of ptosis) and had the most favorable risk: benefit profile. Compared with 20U onabotulinumtoxinA, it exhibited a significantly greater response rate and a significantly longer duration of response (median of 24 weeks vs 19 weeks; $p = .030$).

*Supported by Revance Therapeutics, Inc. J.D. Carruthers is a consultant and researcher for Revance, Allergan, Merz, and Alphaeon. N. Solish received a grant from Revance for participating in this study and is a consultant to Revance, Allergan, and Galderma. S. Humphrey has received research grants from Revance Therapeutics. V. Bertucci is a consultant to, and receives payment for lectures, including service on speaker bureaux, from Allergan, Galderma, and Merz. He is also an investigator for Allergan, Galderma, Alphaeon, Merz, and Revance. A. Swift received an investigator fee from Revance Therapeutics, Inc. A. Metelitsa has been a consultant for Galderma and Merz. R.G. Rubio is an employee of, and holder of stock/stock options in, Revance Therapeutics, Inc. J. Waugh was an employee of, and held stock/stock options in, Revance Therapeutics, Inc. J. Quiring is an employee of QST Consultations, Ltd., which has received fees from Revance Therapeutics, Inc. for performing statistical analyses. G. Shears is an employee of Write on Target Ltd., which has received fees from Revance Therapeutics, Inc. for medical writing services. A. Carruthers is a consultant and researcher for Revance, Allergan, Merz, and Alphaeon. The remaining authors have indicated no significant interest with commercial supporters. DaxibotulinumtoxinA is an investigational agent.*

**Department of Ophthalmology and Visual Sciences, University of British Columbia, Vancouver, British Columbia, Canada; †Division of Dermatology, University of Toronto, Toronto, Ontario, Canada; ‡Department of Dermatology and Skin Science, University of British Columbia, Vancouver, British Columbia, Canada; §Faculty of Medicine, McMaster University, Hamilton, Ontario, Canada; ||Dermetics, Burlington, Ontario, Canada; ¶Division of Dermatology, University of Toronto, Toronto, Ontario, Canada; #The Westmount Institute of Plastic Surgery, Montreal, Québec, Canada; **Division of Dermatology, University of Calgary, Calgary, Alberta, Canada; ††Revance Therapeutics, Inc., Newark, California; ‡‡QST Consultations, Ltd., Allendale, Michigan; §§Write on Target Ltd., Leighton Buzzard, United Kingdom; ||||Faculty of Medicine, University of British Columbia, Vancouver, British Columbia, Canada*

*© 2017 by the American Society for Dermatologic Surgery, Inc. Published by Wolters Kluwer Health, Inc. All rights reserved.*
*ISSN: 1076-0512 • Dermatol Surg 2017;43:1321–1331 • DOI: 10.1097/DSS.0000000000001206*



© 2017 by the American Society for Dermatologic Surgery, Inc. Published by Wolters Kluwer Health, Inc. Unauthorized reproduction of this article is prohibited.