# DDX-6 (excerpts)

# Raj Suryanarayanan, Ph.D.

## Invalidity: Claim 6 of the ’878 Patent

# Obviousness

Patent claims are invalid as obvious "if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains."

35 U.S.C. § 103

# Objective Indicia

Objective evidence that may shed light on the obviousness or not of the claimed invention

# Must Compare to Closest Prior Art

## Hunt

TABLE 1

Botulinum Toxin (Type A Complex) Pharmaceutical Compositions

| Formu-lation | Toxin (units) | NaCl (ug) | Albumin (ug) | Octanoate (ug) | NAT (ug) | $ZnCl_2$ (ug) | P80 (ug) |
|---|---|---|---|---|---|---|---|
| A | 100 | 900 | 500 HSA | 7 | 10 | 0 | 0 |
| B | 100 | 900 | 500 r-HSA | 13 | 0 | 0 | 0.04 |
| C | 100 | 900 | 500 r-HSA | 13 | 10 | 0 | 0.04 |
| D | 100 | 900 | 500 HSA | 7 | 10 | 4 | 0 |
| E | 100 | 900 | 500 r-HSA | 13 | 10 | 4 | 0.04 |
| F | 100 | 900 | 500 r-HSA | 13 | 0 | 4 | 0.04 |

DTX-209.0024

## '878 Patent, Claim 1

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

# Must Compare to Closest Prior Art

**Dr. Schöneich's Comparison**

**Contains HSA**




## '878 Patent, Claim 1

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

# No Nexus

- Claims do not recite any duration of action
- Revance's peptide materially affects duration profile and is not claimed




DTX-309.0003