# JTX-157

15318257, 2000, S2, Downloaded from https://movementdisorders.onlinelibrary.wiley.com/doi/10.1002/mds.2000.15.s2.27 by University Of California - Davis, Wiley Online Library on [30/08/2023]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

in heart rate (39 bpm) and systolic and diastolic blood pressure (47/17 mmHg). Sudometry studies showed impaired centrally mediated sweat production but intact peripheral activity. Norepinephrine, epinephrine, dopamine, aldosterone and renin serum levels were unremarkable. His muscle strength recovered completely in 1 week after treatment; but values for heart rate variability were normal after 3 months, and tilt table response after 3 weeks. Decreased heart rate variability, neurally mediated syncope, absent skin sympathetic response and decreased sweat production indicate the involvement of both sympathetic and parasympathetic systems. Autonomic involvement might contribute significantly to weakness, deconditioning, arrhythmia and sudden death in patients with botulism. The autonomic cardiovascular reflexes need to be monitored in patients undergoing treatment with botulin toxin.

### Botulinum Neurotoxins as Tools to Understand the Role of Two Isotypes of Snap-25

Singh, B.R.[1]; Puffer, E.[1]; Sarkar, H.K.[2] [1]*University of Massachusetts Dartmouth, Dartmouth, MA, USA;* [2]*Baylor College of Medicine, Houston, TX, USA*

The 25 kDa protein SNAP-25 (synaptosomal associated protein) plays a vital role in synaptic vesicle docking during neuroexocytosis. Using mice as models, researchers have determined two isoforms of this protein exist, termed A and K. The K isotype is dominant during embryonic and early postnatal development, while only the A isotype is present after the first postnatal week. Although the two isotypes differ by only nine amino acid residues, their secondary and tertiary structures may have substantial differences, suggesting individual roles for each isoform. In this study, Clostridium botulinum neurotoxin, type A, was used as a molecular tool to investigate structural differences between the two isotypes. The extent of cleavage depends on the accessibility of the cleavage site, as well as a group of recognition sites. Therefore, analysis of relative cleavage of the two SNAP-25 isoforms could form a basis of understanding their differential structure. Cleavage of SNAP-25 was monitored using Western Blot and reverse phase HPLC (rp-HPLC). Results indicate that the A isotype is more readily cleaved than the K isotype. Far ultra-violet circular dichroism (UV-CD) and fluorescence lifetime measurements were used to probe each protein's secondary and tertiary structures. Temperature denaturation studies were performed to examine the proteins' unfolding patterns, using far UV-CD. (Supported by NIH grant #NS33740.)

### The Preparation and Quality of Botulinum Toxin Type A for Injection (BTXA-China) and Its Clinical Use

Wang, Y.; Wu, Q. [1]*Lanzhou Institute of Biological Products, Lanzhou, China;* [2]*Ministry of Public Health, Lanzhou, China*

**Objectives:** To describe the procedures for preparing botulinum toxin type A for injection (BTXA-China) and evaluate its quality. To report BTXA use in clinic. **Methods:** The procedures of BTXA-China preparation include acid precipitation of crude toxin, extraction with phosphate buffer, RNase treatment, DEAE-A50 ion exchange chromatography and dialysing against a concentrated solution of Amso4 to form crystal, then dilute and lyophilize the crystalline toxin. Incomplete statistics and correlative clinical summary about BTXA-China use was reported. Based on our III clinical observation, the papers of publication and some internal materials from most performed hospitals. **Results:** Purified type A botulinum crystalline toxin, which retained hemagglutinin, showed a single, homogeneous 3.0 × 10 needle form and had high purity (2.53.0 × $10^7$ $LD_{50}$/mg pr, $OD_{260}/OD_{280}$ 0.55, high molecular weight substance accounted for 99.2% of total protein). Due to a new diluent selected, the loss of toxicity during dilution and lyophilization decreased to the smallest (10–20%), and the activity unit per weight of pr increased to the highest (20–25 U/ng). Since BTXA-China was approved by MPHC as a national new drug in 1993, it was popularized to use in the mainland of China except Tibet. During the last 5 years, about 9434 cases of hemifacial spasm, 3725 cases of blepharospasm and Meige syndrome, 486 cases of spasmodic torticollis and 205 cases of strabismus were treated with BTXA-China. Their clinical effects were 100%, 94–100%, 80–98%, 98% respectively. Among them, complete and obvious release ratios reached to 95%, 80%, 80%, 85% correlatively. Their duration of improvement lasted 4–32 weeks (avg. 15), 9–24 weeks (avg. 14.5), 23 weeks, 4–20 weeks (avg. 6.95) separately. No systemic side effects presented in all injected patients, but mild and transient adverse reactions may occur at local part of eye, face, etc. For example, edema of eyelid, ptosis, lacrimation and algophthalmos, weakness of facial muscles, also dyspnea or dysphagia occasionally occurred in individuals injected with spasmodic torticollis. All these adverse reactions could naturally recover in 2–8 weeks. Recently, some clinical experiments on dyslalia, writer's cramp, achalasia, spasticity and deformity after cerebral palsy and poliomyelitis in children and spasticity after stroke in adults carried out in some famous hospitals in China, also got satisfactory results. **Conclusions:** BTXA-China completely met FDA quality standard for Botox®, also the loss of toxicity during lyophilization and U/ng of final product are better than other products. Clinical results showed that a minute dose of BTXA-China was a safe, effective and convenient preparation in treating hemifacial spasm, blepharospasm, Meige syndrome, spasmodic torticollis, strabismus and other focal dystonias, and that it has broad prospects in neurology, ophthalmology and rehabilitation medicine.

### Botulinum Toxin A Therapy in Persistent Hemiballism

Wittstock, M.; Dressler, D.; Benecke, R. *University of Rostock, Rostock, Germany*

Hemiballism (HB) is characterized by irregular vigorous proximal limb movements which are severely disabling and stigmatizing. HB caused by ischaemic lesions in the basal ganglia, is usually of transient origin. If HB is persistent, medical or stereotactic interventions have been suggested, but are often ineffective or risky. Botulinum toxin A (BT) is an established therapy for a variety of muscle hyperactivity disorders such as dystonia, spasticity and tremor. We are reporting a case of right-sided HB following basal ganglia stroke persisting for over 7 years. Because HB was non-responsive to medical therapy, BT therapy was performed. We applied BT (Dysport®, Ipsen Ltd.) to shoulder and proximal arm muscles in a total dose of 1700 mouse units. Involuntary proximal arm movements were reduced and functional ability was regained for about 3 months. Treatment was well tolerated and obligatory paretic side effects were minor. BT is an effective and safe treatment for persistent HB. In transient HB it should correspond nicely to its natural course.



C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-157