IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Allergan, Inc.,<br><br>                    Plaintiff,<br>v.<br>Revance Therapeutics, Inc.,<br><br>                    Defendant. | C.A. No. 21-1411-RGA-LDH |

## Verdict Form

When answering the questions and filling out this Verdict Form, you are to follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

## Questions and Answers

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

I. **Findings on Invalidity**

   a. **Formulation Claim**

*Question 1*: Has Defendant Revance proven, by clear and convincing evidence, that the following asserted claim is invalid as obvious as of the invention date?

*Check YES or NO in the spaces provided:*

| | | |
|---|---|---|
| **Claim 6 of the '878 Patent** | **YES (in favor of Defendant Revance)** | \_\_\_\_ |
| | **NO (in favor of Plaintiff Allergan, Inc.)** | \_\_\_\_ |

*Continue to Question 2.*

b.   **Manufacturing Claims: Claim 8 of the '740 Patent**

*Question 2*: Has Defendant Revance proven, by clear and convincing evidence, that the following asserted claim is invalid as obvious as of the invention date?

*Check YES or NO in the spaces provided:*

**Claim 8 of the '740 Patent**     **YES (in favor of Defendant Revance)**     \_\_\_\_

**NO (in favor of Plaintiff Allergan, Inc.)**     \_\_\_\_

*Continue to Question 3.*

    c.    **<u>Manufacturing Claims: Claim 8 of the '748 Patent</u>**

*Question 3*: Has Defendant Revance proven, by clear and convincing evidence, that the following asserted claim is invalid as obvious as of the invention date?

*Check YES or NO in the spaces provided:*

| Claim 8 of the '748 Patent | YES (in favor of Defendant Revance) | ____ |
| --- | --- | --- |
| | NO (in favor of Plaintiff Allergan, Inc.) | ____ |

*If you have answered "NO" to any of Questions 1, 2, or 3, continue to Question 4. Otherwise skip to the END (Conclusion).*

## II. Findings on Damages

*Question 4*: What is the reasonable royalty rate that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to?

**Formulation Claim (claim 6 of the '878 patent)**  _____ %

**Manufacturing Claims (claim 8 of the '740 patent and claim 8 of the '748 patent) until the September 25, 2023 expiration of the '740 patent**  _____ %

**Manufacturing Claim (claim 8 of the '748 patent) from September 25, 2023 through the expiration of the '748 patent**  _____ %

*Continue to Question 5.*

*Question 5*: What is the total reasonable royalty amount that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to through the end of May 2025?

$ _____

## Conclusion

You have come to the end of the verdict form. Please review the entire form to ensure that it is complete and that the answers accurately reflect your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Date: _____                    _____
                                          Foreperson