# UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

Allergan, Inc.
v.
Revance Therapeutics, Inc., et al.

## EXHIBIT AND WITNESS LIST

Case Number: 21-1411 (RGA)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Richard G. Andrews | Jeremy Tigan<br>Anthony Raucci | Anne Shea Gaza<br>Samantha Wilson<br>Daniel Mackrides |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| July 14-18, 2025 | Deanna Warner | Angela Scott |

| | JTX NO. | PTX NO. | DTX NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|---|---|
| | JTX_001 | | | 7/15/25 | 7/15/25 | 7/15/25 | U.S. Patent No. 11,147,878 |
| | JTX_003 | | | 7/14/25 | 7/14/25 | 7/14/25 | U.S. Patent No. 7,354,740 |
| | JTX_004 | | | 7/15/25 | 7/15/25 | 7/15/25 | U.S. Patent No. 11,203,748 |
| | JTX_006 | | | 7/17/25 | 7/17/25 | 7/17/25 | U.S. Provisional Application No. 60/725,126 |
| | JTX_008A | | | 7/17/25 | 7/17/25 | 7/17/25 | U.S. Patent No. 11,147,878 - Prosecution History |
| | JTX_010A | | | 7/17/25 | 7/17/25 | 7/17/25 | U.S. Patent No. 7,354,740 - Prosecution History |
| SEALED | JTX_014 | | | 7/15/25 | 7/15/25 | 7/15/25 | BPS-RR-08-010, "Development the Anion Exchange Chromatography Capture Step for the AGN-191622 Drug Substance 2 (DS2) Manufacturing Process" |
| SEALED | JTX_015 | | | 7/15/25 | 7/15/25 | 7/15/25 | BPS-RR-07-017, "Development of an Animal Product Free Downstream Process for the Clostridium botulinum Neurotoxin Type A Complex" |
| SEALED | JTX_017 | | | 7/16/25 | 7/16/25 | 7/16/25 | BP-R-08-004, "Analysis of Residual Genomic DNA Content in AGN-191622-DS1 and AGN-191622-DS2 Drug Substances by Real-time Quantitative Polymerase Chain Reaction (qPCR)" |
| SEALED | JTX_018 | | | 7/15/25 | 7/15/25 | 7/15/25 | BPS-RR-07-020, "Resin Screening for Purification of 900 kDa Clostridium botulinum Neurotoxin Type A Complex" |
| SEALED | JTX_019 | | | 7/15/25 | 7/15/25 | 7/15/25 | ABD-2009-R-0028, "Development of the Cation Exchange Chromatography Intermediate Purification Step for the AGN-191622 Drug Substance 2 (DS2) Manufacturing Process" |
| | JTX_059 | | | 7/14/25 | 7/14/25 | 7/14/25 | Rupp, et. al., Poster: "A Cell-Penetrating Peptide CPP Did Not Decrease 150-kDa BoNT/A Toxin Adsorption to Surfaces or Increase Toxin Potency or Duration in a Prototype Formulation" |
| | JTX_060A | | | 7/14/25 | 7/14/25 | 7/14/25 | Allergan Presentation - "DS2 Program Overview" (April 6, 2015) |
| | JTX_065 | | | 7/14/25 | 7/14/25 | 7/14/25 | Allergan Presentation - "LA Toxins & Conjoint" (Nov 2020) |
| | JTX_078 | | | 7/17/25 | 7/17/25 | 7/17/25 | Allergan Presentation - "Facial Injectables ATU: Neurotoxins, Final Report" |
| | JTX_089 | | | 7/14/25 | 7/14/25 | 7/14/25 | Healthcare Professional FAQs for Customer Service |
| | JTX_091 | | | 7/14/25 | 7/14/25 | 7/14/25 | Revance Presentation - "Launch Planning" |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Allegan, Inc. v. Revance Therapeutics, Inc. et al. | | | | | | CASE NO. 21-1411 (RGA) |
|---|---|---|---|---|---|---|
| JTX NO. | PTX NO. | DTX NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| JTX_ 093 | | | 7/14/25 | 7/14/25 | 7/14/25 | Revance Presentation - "Daxi Price Journey Price Setting" |
| JTX_ 096 | | | 7/15/25 | 7/15/25 | 7/15/25 | Revance Presentation - "RT002 Pricing Assessment" (Oct. 2018) |
| JTX_ 108 | | | 7/16/25 | 7/16/25 | 7/16/25 | Letter from K. Marcus to S. Malhi re Meeting Request- Written Responses with Written Responses attached |
| JTX_ 111 | | | 7/16/25 | 7/16/25 | 7/16/25 | DasGupta et al., "Purification and Amino Acid Composition of Type A Botulinum Neurotoxin," Toxicon 22(3):415-24 (1984) |
| JTX_ 112 | | | 7/16/25 | 7/16/25 | 7/16/25 | U.S. Department of Health and Human Services, Food and Drug Administration, “Guidance for Industry: Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products”) (“FDA Guidance 1999”) |
| JTX_ 113 | | | 7/16/25 | 7/16/25 | 7/16/25 | U.S. Patent Application Publication No. 2005/0238669 (“Xiang ’669”) |
| JTX_ 117 | | | 7/16/25 | 7/16/25 | 7/16/25 | U.S. Patent No. 9,469,849 (Ruegg) |
| JTX_ 121 | | | 7/16/25 | 7/16/25 | 7/16/25 | Stone, H. et al., “Characterization of diffusion and duration of action of a new botulinum toxin type A formulation,” Toxicon, 58:159–167 (2011) (“Stone 2011”) |
| JTX_ 158 | | | 7/14/25 | 7/14/25 | 7/14/25 | Allergan Presentation - "Aesthetics Neurotoxin LRP Strategy" |
| JTX_ 164 | | | 7/17/25 | 7/17/25 | 7/17/25 | Presentation: Daxxify Launch Tracker Main Quant Study Report, May and June Waves w/HCPs (June 30, 2023) |
| JTX_ 174 | | | 7/16/25 | 7/16/25 | 7/16/25 | File name: "Revance Data request 10 year plan.xlsx" |
| JTX_ 177 | | | 7/14/25 | 7/14/25 | 7/14/25 | File name: "2023 DAXXIFY Business Plan_Account Productivity Method_v4.4.2.xlsx" |
| JTX_ 178 | | | 7/16/25 | 7/16/25 | 7/16/25 | File name: "Daxxify Current Quarter Order Details -with batch information.xlsx" |
| JTX_ 184 | | | 7/15/25 | 7/15/25 | 7/15/25 | U.S. Department of Health and Human Services, Food and Drug Administration, “Guidance for Industry: Q5E Comparability of Biotechnological/Biological Products Subject to Changes in Their Manufacturing Process” (June 2005) (“FDA Q5E”) |
| JTX_ 194 | | | 7/15/25 | 7/15/25 | 7/15/25 | Results from Experiment 9 |
| JTX_ 196 | | | 7/14/25 | 7/14/25 | 7/14/25 | Results from Experiment 14 |
| JTX_ 198 | | | 7/16/25 | 7/16/25 | 7/16/25 | BLA No. 761127, Section 3.2.A.3.1 - General Information |
| JTX_ 202 | | | 7/14/25 | 7/14/25 | 7/14/25 | Allergan Sales, LLC, "Evaluation of Cell-penetrating Peptide Effects on BoNT/A Potency in the Mouse Digit Abduction Score (DAS) Assay," BIO-20-1288 |
| JTX_ 211 | | | 7/17/25 | 7/17/25 | 7/17/25 | Revance Presentation - "Daxxify Pulse Survey Kx Advisors" (Aug. 14 2023) |
| JTX_ 212 | | | 7/16/25 | 7/16/25 | 7/16/25 | U.S. Patent No. 7,452,697 |
| | PTX- 091 | | 7/15/25 | 7/15/25 | 7/15/25 | BLA No. 761127, Section 3.2.A.3.1 - General Information |

SEALED

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Allegan, Inc. v. Revance Therapeutics, Inc. et al. | | | | | | CASE NO. 21-1411 (RGA) |
|---|---|---|---|---|---|---|
| JTX NO. | PTX NO. | DTX NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | PTX-245 | | 7/14/25 | 7/14/25 | 7/14/25 | Abbvie Presentation – "200 Neurotoxin Strategy" |
| | PTX-315 | | 7/15/25 | 7/15/25 | 7/15/25 | File name: "_DX00031_DAXXIFY FDA FAQ for Sales Reps_09022022 V5.pdf" |
| | PTX-316 | | 7/15/25 | 7/15/25 | 7/15/25 | Revance Presentation - "DaxibotulinumtoxinA for Injection: A Novel Formulation" |
| | PTX-335 | | 7/15/25 | 7/15/25 | 7/15/25 | Revance Presentation - "Market Background" (Dec. 30, 2019) |
| | PTX-373 | | 7/14/25 | 7/14/25 | 7/14/25 | Revance Presentation - "Revance CI Program: October 2021 " |
| | PTX-409 | | 7/15/25 | 7/15/25 | 7/15/25 | Revance Presentation - "Board of Directors Meetig Background" (Dec. 6, 2019) |
| | PTX-433A | | 7/17/25 | 7/17/25 | 7/17/25 | Prosecution History of U.S. Application No. 16/700,728 ("Revance's '728 application prosecution history") |
| | PTX-459 | | 7/16/25 | 7/16/25 | 7/16/25 | Barclays_RevanceTherapeuticsIncViewsPostCallwMgmt- StillLikeTheStockDespiteRisk-RewardBeingLessCompelling_Feb_28,_2023.pdf |
| | PTX-486 | | 7/16/25 | 7/16/25 | 7/16/25 | GuggenheimSecurities,LLC_RVNC2QCallQuellsConcernsAboutForm483WeExpecttheNextCommunicationfromMgmtWillFi nallyMarkDaxiApproval_Aug_10,_2022.pdf |
| | PTX-617 | | 7/14/25 | 7/14/25 | 7/14/25 | Presentation - Revance Inventor Day 2023, available at https://investors.revance.com/files/doc_presentation/2023/09/18/RVNC-Investor-Day-Presentation_Final.pdf |
| | PTX-634 | | 7/14/25 | 7/14/25 | 7/14/25 | File name: "RHAandDaxxify_Sridhar_4_24_2023.xlsx" |
| | PTX-635 | | 7/14/25 | 7/14/25 | 7/14/25 | File name: "10Yr Tx Sales_v1.xlsx" |
| | PTX-643 | | 7/16/25 | 7/16/25 | 7/16/25 | Mylan looks to biosimilars for long-term growth as Viatris deal closure nears, S&P Global, available at https://www.spglobal.com/marketintelligence/en/news- insights/latest-newsheadlines/mylan-looks-to-biosimilars- for-long-term-growth-as-viatris-deal-closure-nears- 59804552 |
| | PTX-709 | | 7/16/25 | 7/16/25 | 7/16/25 | PiperSandlerCompanies_WiderRolloutForDaxxifyOnTapLookingForBriskRHAGrowthIn2023_Feb_28_2023.pdf |
| | PTX-718 | | 7/16/25 | 7/16/25 | 7/16/25 | WellsFargoSecurities,LLC_RVNC3Q22ModelUpdateDebateFocusedonDaxxifyLaunch_Nov_09,_2022.pdf |
| | PTX-719 | | 7/16/25 | 7/16/25 | 7/16/25 | WellsFargoSecurities,LLC_RVNCSecuresFDAApprovalforDAXXIFY_Sep_08,_2022.pdf |
| | PTX-720 | | 7/16/25 | 7/16/25 | 7/16/25 | WilliamBlairCompanyLLC_FirstQuarterEarningsFocusonSeptember8PDUFAandPotentialFou rth- QuarterLaunchforDAXIRemainOutperform_May_10,_2022.p df |
| | PTX-804 | | 7/14/25 | 7/14/25 | 7/14/25 | Revance Presentation - "RT002 Pricing Assessment" (Oct. 2018) |
| | PTX-807 | | 7/14/25 | 7/14/25 | 7/14/25 | Revance Presentation - "Neuromodulator Background" |
| | PTX-849 | | 7/16/25 | 7/16/25 | 7/16/25 | File name: "Daxxify Revenue 11.11.23-09.30.24.xlsx" |
| | PTX-850 | | 7/16/25 | 7/16/25 | 7/16/25 | File name: " Daxxify Revenue 10.01.24-10.18.24 v2.xlsx" |

# EXHIBIT AND WITNESS LIST – CONTINUATION

SEALED

| Allegan, Inc. v. Revance Therapeutics, Inc. et al. | | | | | | CASE NO. 21-1411 (RGA) |
|---|---|---|---|---|---|---|
| JTX NO. | PTX NO. | DTX NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | PTX-985 | | 7/16/25 | 7/16/25 | 7/16/25 | Daxxify sales data |
| | | DTX-020 | 7/14/25 | 7/14/25 | 7/14/25 | DS1 & DS2 Impurity Clearance and DS Tests Comparison Presentation |
| | | DTX-024 | 7/17/25 | 7/17/25 | 7/17/25 | LAI scenario planning presentation |
| | | DTX-136 | 7/15/25 | 7/15/25 | 7/15/25 | IND 129198, 1.6.3 Correspondence Regarding Meetings |
| | | DTX-179 | 7/17/25 | 7/17/25 | 7/17/25 | Carpenter, J. et al., “Rational Design of Stable Lyophilized Protein Formulations: Some Practical Advice,” *Pharmaceutical Research* , 14(8):969–975 (1997) |
| | | DTX-192 | 7/16/25 | 7/16/25 | 7/16/25 | Gessler, F. and Böhnel, H., “Production and purification of *Clostridium botulinum* type C and D neurotoxin,” *FEMS Immunology and Medical Microbiology* , 24:361–367 (1999) |
| | | DTX-196 | 7/16/25 | 7/16/25 | 7/16/25 | Malizio, C. et al., “Purification of *Clostridium botulinum* Type A Neurotoxin,” *Methods in Molecular Biology* , 145:27–39 (2000) |
| | | DTX-202 | 7/17/25 | 7/17/25 | 7/17/25 | Smelt, J. et al., “Growth and toxin formation by *Clostridium botulinum* at low pH values,” *J Applied Bacteriology* , 52:75–82 (1982) |
| | | DTX-207 | 7/15/25 | 7/15/25 | 7/15/25 | US 5,756,468 |
| | | DTX-209 | 7/15/25 | 7/15/25 | 7/15/25 | U.S. Patent Application Publication No. 2003/0118598 A1 |
| | | DTX-285 | 7/16/25 | 7/16/25 | 7/16/25 | Bates, R., “Downstream Processing,” *Cell Culture Technology for Pharmaceutical and Cell-Based Therapies* , 439–482 (2006) |
| | | DTX-309 | 7/16/25 | 7/16/25 | 7/16/25 | Dowdy, S. et al., “A technology evaluation of the atypical use of a CPP-containing peptide in the formulation and performance of a clinical botulinum toxin product,” *Expert Opinion On Drug Delivery* , 20(9):1157–1166 (2023) |
| | | DTX-314 | 7/17/25 | 7/17/25 | 7/17/25 | Abbvie 2022 Annual Report on Form 10-K, 2023 Notice of Annual Meeting & Proxy Statement |
| | | DTX-381 | 7/17/25 | 7/17/25 | 7/17/25 | Whelan, S. et al., “The complete amino acid sequence of the *Clostridium botulinum* type-E neurotoxin, derived by nucleotidesequence analysis of the encoding gene,” *Eur J Biochem* , 204:657–667 (1992) |
| | | DTX-430A | 7/17/25 | 7/17/25 | 7/17/25 | Trexler Rebuttal Report, Ex. 7.1, DAXXIFY Average Selling Price table |
| | | DTX-431A | 7/17/25 | 7/17/25 | 7/17/25 | Trexler Rebuttal Report, Ex. 7.2, BOTOX Aesthetic Average Selling Price table |
| | | DTX-520 | 7/16/25 | 7/16/25 | 7/16/25 | US 9,340,587 |
| | | DTX-521 | 7/16/25 | 7/16/25 | 7/16/25 | US 9,956,435 |
| | | DTX-598 | 7/16/25 | 7/16/25 | 7/16/25 | FDA Guidance-Nonclinical Studies for the Safety Evaluation of Pharmaceutical Excipients (May 2005) |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Allegan, Inc. v. Revance Therapeutics, Inc. et al. | | | | | | CASE NO. 21-1411 (RGA) |
|---|---|---|---|---|---|---|
| JTX NO. | PTX NO. | DTX NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| **WITNESSES** | | | | | | |
| | W1 | | 7/14/25 | 7/14/25 | 7/14/25 | Ronald Broide (LIVE), 7/14/25 |
| | W2 | | 7/14/25 | 7/14/25 | 7/14/25 | Huong Tran (VIDEO DEPOSITION) 7/14/25 |
| | W3 | | 7/14/25 | 7/14/25 | 7/14/25 | Bryan Bullock (VIDEO DEPOSITION) 7/14/25 |
| | W4 | | 7/14/25 | 7/14/25 | 7/14/25 | Joanna Stebbins (VIDEO DEPOSITION) 7/14/25 |
| | W5 | | 7/14/25 | 7/14/25 | 7/14/25 | Chad Lindermann (VIDEO DEPOSITION) 7/14/25 |
| | W6 | | 7/14/25 | 7/14/25 | 7/14/25 | Jamie Gonzales (VIDEO DEPOSITION) 7/14/25 |
| | W7 | | 7/14/25 | 7/14/25 | 7/14/25 | Hui Xiang (VIDEO DEPOSITION) 7/14/25 |
| | W8 | | 7/15/25 | 7/15/25 | 7/15/25 | Terrence Hunt (LIVE) 7/15/25 |
| | W9 | | 7/15/25 | 7/15/25 | 7/15/25 | Ronald Bates (LIVE) 7/15/25 |
| | W10 | | 7/15/25 | 7/15/25 | 7/15/25 | Conor Gallagher (VIDEO DEPOSITION) 7/15/25 |
| | W11 | | 7/15/25 | 7/15/25 | 7/15/25 | Dr. Christian Schöneich (LIVE) 7/15/25 |
| | W12 | | 7/15/25 | 7/15/25 | 7/15/25 | Dr. Frank Gessler (LIVE) 7/15/25 |
| | W13 | | 7/15/25 | 7/15/25 | 7/15/25 | Dr. Daniela Drago (LIVE) 7/15/25 |
| | W14 | | 7/15/25 | 7/15/25 | 7/15/25 | Dr. Christine Siegwarth (LIVE) 7/15/25 |
| | | | 7/16/25 | 7/16/25 | 7/16/25 | Dr. Christine Siegwarth (LIVE) 7/16/25 |
| | | W1 | 7/16/25 | 7/16/25 | 7/16/25 | Curtis Ruegg, Ph.D. (LIVE) 7/16/25 |
| | | W2 | 7/16/25 | 7/16/25 | 7/16/25 | Michael Meagher, Ph.D. (LIVE) 7/16/25 |
| | | W3 | 7/16/25 | 7/16/25 | 7/16/25 | Joshua Ramsey, Ph.D. (LIVE) 7/16/25 |
| | | W4 | 7/16/25 | 7/16/25 | 7/16/25 | Akhilesh Nagaich, Ph.D. (LIVE) 7/16/25 |
| | | W5 | 7/16/25 | 7/16/25 | 7/16/25 | Curtis Monnig, Ph.D. (VIDEO DEPOSITION) 7/16/25 |
| | | W6 | 7/16/25 | 7/16/25 | 7/16/25 | Jennifer Ton (VIDEO DEPOSITION) 7/16/25 |
| | | W7 | 7/16/25 | 7/16/25 | 7/16/25 | Michael Goodnough, Ph.D. (LIVE) 7/16/25 |
| | | | 7/17/25 | 7/17/25 | 7/17/25 | Michael Goodnough, Ph.D. (LIVE) 7/17/25 |
| | | W8 | 7/17/25 | 7/17/25 | 7/17/25 | Raj Suryanarayanan, Ph.D. (LIVE) 7/17/25 |
| | | W9 | 7/17/25 | 7/17/25 | 7/17/25 | Dana Trexler, CPA/CFF (LIVE) 7/17/25 |
| | W15 | | 7/17/25 | 7/17/25 | 7/17/25 | Dr. Frank Gessler (LIVE) 7/17/25 |
| | W16 | | 7/17/25 | 7/17/25 | 7/17/25 | Dr. Christian Schöneich (LIVE) 7/17/25 |
| | | | 7/18/25 | 7/18/25 | 7/18/25 | Dr. Christian Schöneich (LIVE) 7/18/25 |