MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

July 23, 2025

The Honorable Richard G. Andrews *VIA ELECTRONIC FILING*
United States District Court for the District of Delaware
844 North King Street
Room 6325, Unit 9
Wilmington, DE 19801-3555

Re: *Allergan, Inc. v. Revance Therapeutics, Inc.*,
C.A. No. 21-1411 (RGA) (LDH)

Dear Judge Andrews:

Pursuant to the Court's request at the conclusion of the trial on July 18, 2025, Plaintiff Allergan, Inc. hereby submits two proposed forms of judgment. The first (Ex. A) is a proposed judgment on the jury verdict, which Allergan submits would be the most appropriate form of judgment to enter at this time. The second (Ex. B) is a proposed final judgment. Allergan believes that the Court should defer entering a final judgment until after post-trial motions are decided, but nonetheless includes this form of judgment in the event the Court chooses to enter it at this time.

We have provided these two proposals to Revance and Revance's additional proposals are set forth in brackets. Allergan objects to Revance's additions.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan

cc: All Counsel of Record (via e-mail)