IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> REVANCE THERAPEUTICS, INC. and PCI SAN DIEGO, INC. d/b/a AJINOMOTO BIO-PHARMA SERVICES, <br><br> Defendants. | Civil Action No. 21-1411-RGA-LDH |

TRIAL VERDICT

The jury having deliberated on the claim for damages for infringement of claim 6 of U.S. Patent No. 11,147,878, claim 8 of U.S. Patent No. 7,354,740, and claim 8 of U.S. Patent No. 11,203,748, and the affirmative defense that each claim was invalid for obviousness, and the jury having reached a verdict, judgment is entered for Allergan, Inc., and against Revance Therapeutics, Inc., and PCI San Diego, Inc., in the amount of $56,000,000.00.

IT IS SO ORDERED this 24th day of July 2025.

_____
United States District Judge