# EXHIBIT A

# Revance's Expected Profit Boost with a License




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Revance's Expected Profit Boost with a License




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Revance's Expected Profit Boost with a License



# Revance's Expected Profit Boost with a License




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Revance's Expected Profit Boost with a License




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# EXHIBIT B

# Dana Trexler, CPA/CFF

REVANCE®

# Dana Trexler, CPA/CFF

## QUALIFICATIONS

| | |
|---|---|
| 2020 – Present | Stout, Managing Director, Intellectual Property Disputes & Valuations Practice Co-Leader |
| 2012 – 2020 | EisnerAmper LLP, Partner, Financial Advisory Services |
| 2012 – 2012 | ParenteBeard LLP, Director, Financial Advisory Services |
| 1997 – 2012 | PricewaterhouseCoopers LLP, Financial Advisory Services |
| 1994 – 1997 | Coopers & Lybrand LLP, Assurance |

## EDUCATION

Wharton School of the University of Pennsylvania
**Master of Business Administration (M.B.A.)**

Bucknell University
**Bachelor of Science (B.S.), Accounting**

# Opinions

**Dr. Siegwarth's Royalty Rate**

**Appropriate Reasonable Damages**

# Evidence Considered



Court Documents




Documents from Revance and Allergan, Inc.



Deposition Testimony and Exhibits



Expert Reports, Trial Testimony, and Discussions with Revance Experts




Discussion with Revance Witnesses




Publicly Available Information

# Comparison of Ms. Trexler's and Dr. Siegwarth's Royalty Opinions

## Formulation Patent

'878 Patent




## Manufacturing Patents

'748 and '740 Patents



# Hypothetical Negotiation

Allergan, Inc.

REVANCE®

**JUN 2019**
Manufacturing Patents

**OCT 2021**
Formulation Patent



# Expectations of the Parties Would Reflect Prior Experience of New Entrants




DTX-024; DTX-314

# Critique of Dr. Siegwarth's Royalty Rate Opinions

Critique of Dr. Siegwarth's **Formulation** Patent Royalty Rate

Critique of Dr. Siegwarth's Manufacturing Patents Royalty Rate

# Duration

## Michael M. Meagher, Ph.D.



## Joshua D. Ramsey, Ph.D.



# Dr. Siegwarth's Calculation Methodology for Formulation Patent



**Allergan, Inc.**

**Dr. Siegwarth**

| | |
|---|---|
| Price Premium 1 | **17%** |
| Price Premium 2 | **29%** |
| Survey 1 | **24%** |
| Survey 2 | **26%** |
| **Royalty Rate Conclusion** | ~~**24%**~~ |

## Errors Include:

- Misapplies the Price Premium Methodology
- Incorrectly Calculates the Price Premium 2
- Ignores Dispute Over Cause of Extended Duration

# Dr. Siegwarth's Calculation Methodology for Formulation Patent



**Allergan, Inc.**

**Dr. Siegwarth**

| | |
|---|---|
| Price Premium 1 | **17%** |
| Price Premium 2 | **29%** |
| Survey 1 | **24%** |
| Survey 2 | **26%** |
| **Royalty Rate Conclusion** | ~~**24%**~~ |

Price Premium (Price Premium 1, Price Premium 2)

% Price premiums show the combined dollar value of unique DAXXIFY® features, but not each one's contribution.

Preference for Duration (Survey 1, Survey 2)

Customer preference surveys measure each feature's contribution, but not dollar value.

# Correct Application of Price Premium Methodology for Formulation Patent

| Price Premium | |
|---|---|
| Price Premium 1 | **17%** |
| Price Premium 2 | **29%** |

×

| Preference for Duration | |
|---|---|
| Survey 1 | **24%** |
| Survey 2 | **26%** |

=

| Royalty Rate Apportioned for Duration |
|---|
| **Reasonable Royalty Rate** |

# Corrected Methodology




JTX-078; DTX-430; DTX-431

# Corrected Methodology

**$771.65**

**Premium $135.03**

**$636.62**

## Standard Attributes:

- Safety
- Effectively minimizes fine lines & wrinkles
- Provides natural look
- Duration of effect (3 months)
- Quick onset of action (time to visible results)
- Has minimal potential for side effects
- Consistent results for each patient
- Predictable across patients
- Has familiar dosing
- Does not diffuse beyond injection point
- Favorable immunogenicity profile

## DAXXIFY® Unique Attributes:

- **Better** safety profile
- **Superior** wrinkle reduction
- **Superior** aesthetic look
- **Superior** onset of effect (faster onset)
- **Superior** skin quality
- **Superior** quality of muscle relaxation
- Peptide excipient formulation
- Made in the USA







JTX-078; JTX-211; DTX-430; DTX-431

# Corrected Methodology




JTX-078; JTX-211; DTX-430; DTX-431

# Corrected Methodology




JTX-078; JTX-211; DTX-430; DTX-431

## Price Premium



**% Features Related to Duration**

**% Features Related to APF/HSA**

**% Other Unique Attributes**

- **Better** safety profile
- **Superior** wrinkle reduction
- **Superior** aesthetic look
- **Superior** onset of effect (faster onset)
- **Superior** skin quality
- **Superior** quality of muscle relaxation
- Peptide excipient formulation
- Made in the USA

# Corrected Methodology




**% Features Related to Duration**

**% Features Related to APF/HSA**

**% Other Unique Attributes**

- **Better** safety profile
- **Superior** wrinkle reduction
- **Superior** aesthetic look
- **Superior** onset of effect (faster onset)
- **Superior** skin quality
- **Superior** quality of muscle relaxation
- Peptide excipient formulation
- Made in the USA




JTX-078; JTX-211; DTX-430; DTX-431

# Dr. Siegwarth Incorrectly Calculates Price Premium 2



**Allergan, Inc.**

| | |
|---|---|
| Price Premium 1 | **17%** |
| Price Premium 2 | **29%** |

| | | | | Corrected |
|---|---|---|---|---|
| Dr. Siegwarth's Price Premium Calculation **Step 1** | DAXXIFY® List Price Times 2 | | $744 | |
| | BOTOX Net Price | - | $527 | |
| | DAXXIFY® Price Premium | = | $217 | |

| | | | | |
|---|---|---|---|---|
| Dr. Siegwarth's Price Premium Calculation **Step 1** | DAXXIFY® Price Premium | | $217 | |
| | DAXXIFY® List Price Times 2 | ÷ | $744 | |
| | DAXXIFY® Price Premium % | | **29%** | |

DTX-430; DTX-431

# Dr. Siegwarth Incorrectly Calculates Price Premium 2



**Allergan, Inc.**

| | |
|---|---|
| Price Premium 1 | **17%** |
| Price Premium 2 | ~~**29%**~~ |

| | | | | Corrected |
|---|---|---|---|---|
| Dr. Siegwarth's Price Premium Calculation **Step 1** | DAXXIFY® List Price Times 2 | | ~~$744~~ | **$771.65** |
| | BOTOX ~~Net~~ List Sale Price | - | ~~$527~~ | **$636.62** |
| | DAXXIFY® Price Premium | = | ~~$217~~ | **$135.03** |

| | | | | |
|---|---|---|---|---|
| Dr. Siegwarth's Price Premium Calculation **Step 1** | DAXXIFY® Price Premium | | ~~$217~~ | **$135.03** |
| | DAXXIFY® List Price Times 2 | ÷ | ~~$744~~ | **$771.65** |
| | DAXXIFY® Price Premium % | | ~~29%~~ | **17.5%** |

**The Correct Price Premium: 17.5%**

DTX-430; DTX-431

# Correction of Dr. Siegwarth's Reasonable Royalty for Formulation Patent

**Price Premium**

| | |
|---|---|
| Price Premium 1 | **17%** |
| Price Premium 2 | ~~29%~~ **17.5%** |

**×**

**Preference for Duration**

| | |
|---|---|
| Survey 1 | **24%** |
| Survey 2 | **26%** |

**=**

**Royalty Rate Apportioned for Duration**

| |
|---|
| **Reasonable Royalty Rate** |

DTX-430; DTX-431

# Dr. Siegwarth Rate Is Overstated

Allergan, Inc.

Dr. Siegwarth's Rate Conclusion

24%

REVANCE®

Formulation Patent






# Critique of Dr. Siegwarth's Royalty Rate Opinions

Critique of Dr. Siegwarth's Formulation Patent Royalty Rate

Critique of Dr. Siegwarth's **Manufacturing Patents** Royalty Rate

# Dr. Siegwarth's Reasonable Royalty Methodology for Manufacturing Patents

## Manufacturing Patents

$$\frac{\text{Profit Boost Through 2025}}{\text{Total Sales Through 2029}} = \text{Royalty Rate}$$

# Dr. Siegwarth Overstated Reasonable Royalty for Manufacturing Patents

## Manufacturing Patents

$$\frac{\text{Profit Boost Through 2025}}{\text{Total Sales Through 2029}} = \text{Royalty Rate}$$

1. Unsupported Delay Period
2. Overstates Revance's Profit Margins
3. Improperly Incorporates the Expiration of '740 Patent

# Dr. Siegwarth's Unsupported Delay Period

## 12 to 18-Month Delay Period

- Undefined Non-Infringing Alternative
- Not tied to the Manufacturing Patents
- Not tied to the benefit of APF
- Not tied to evidence in the record

**What is the destination?**

**What is the method of travel?**



# Dr. Siegwarth Overstates Revance's Profit Margin



**Allergan, Inc.**

| | |
|---|---|
| Gross Profit Margin | **87%** |

| Corrected Profit Margin | |
|---|---|
| Sales | **100%** |
| − Cost of Goods Sold | **13%** |
| = Gross Profit Margin | **87%** |
| − Sales & Marketing Expenses | **42%** |
| = Operating Profit Margin | **45%** |

JTX-174

# Improperly Incorporates the Expiration of '740 Patent

## JUN 2019
**Hypothetical Negotiation Date**

Allergan, Inc. | REVANCE®



## DEC 2025
**Assumed Launch of Biosimilar Product**

## JUL 2029
**Expiration of the '748 Patent**



# Opinions

Dr. Siegwarth's Royalty Rate

Appropriate Reasonable Damages

# Appropriate Reasonable Royalty Methodology




JTX-078; JTX-211; DTX-430; DTX-431

**Price Premium**



**% Features Related to Duration**

**% Features Related to APF/HSA**

**% Other Unique Attributes**

- **Better** safety profile
- **Superior** wrinkle reduction
- **Superior** aesthetic look
- **Superior** onset of effect (faster onset)
- **Superior** skin quality
- **Superior** quality of muscle relaxation
- Peptide excipient formulation
- Made in the USA

# Appropriate Apportionment: DAXXIFY® Pulse Survey – KX Advisors August 14, 2023

## >50% of HCPs see Daxxify as superior in duration, onset, muscle relaxation, skin quality and aesthetic look vs. first-choice short-acting toxin

*% of HCPs who rank Daxxify "Superior" to first-choice short-acting toxin[1]*




Daxxify's value proposition extends far beyond duration alone

[1] On a scale of 1 to 7, with 1 being highly inferior performance vs. your first-choice short-acting toxin and 7 being highly superior vs. your first-choice short-acting toxin, how does Daxxify perform across each of the following attributes? (N=225)

# Appropriate Apportionment: DAXXIFY® Pulse Survey – KX Advisors August 14, 2023

## >50% of HCPs see Daxxify as superior in duration, onset, muscle relaxation, skin quality and aesthetic look vs. first-choice short-acting toxin

*% of HCPs who rank Daxxify "Superior" to first-choice short-acting toxin[1]*




Daxxify's value proposition extends far beyond duration alone

[1] On a scale of 1 to 7, with 1 being highly inferior performance vs. your first-choice short-acting toxin and 7 being highly superior vs. your first-choice short-acting toxin, how does Daxxify perform across each of the following attributes? (N=225)

5 **CONFIDENTIAL:** Do not print, copy, or distribute.

REVANCE

**Normalized Duration Results**

$$\frac{73\%}{430\%} = 17\%$$

JTX-211

# Appropriate Apportionment: 2023 DAXXIFY® Launch Tracker - Main Quant Study June 30, 2023

Longer duration is the primary reason HCPs switch to Daxxify®, but patient requests and wanting to offer the newest treatments are also drivers.

24




© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

N11. Why did you switch away from other neurotoxins to Daxxify®?

JTX-164

# Appropriate Apportionment: 2023 DAXXIFY® Launch Tracker - Main Quant Study June 30, 2023

Longer duration is the primary reason HCPs switch to Daxxify®, but patient requests and wanting to offer the newest treatments are also drivers. 24




© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

N11. Why did you switch away from other neurotoxins to Daxxify®?




JTX-164

# Appropriate Apportionment: 2023 DAXXIFY® Launch Tracker - Main Quant Study June 30, 2023

## Extended Duration Contribution to Price Premium Results

$\frac{65\%}{274\%}$ = **23.7%**

$\frac{64\%}{283\%}$ = **22.6%**




## Normalized HSA-Free Contribution to Price Premium Results

$\frac{21\%}{274\%}$ = **7.7%**

$\frac{25\%}{283\%}$ = **8.8%**







N11. Why did you switch away from other neurotoxins to Daxxify®?

JTX-164

# Apportionment of Price Premium to Duration and APF/HSA







- **Better** safety profile
- **Superior** wrinkle reduction
- **Superior** aesthetic look
- **Superior** onset of effect (faster onset)
- **Superior** skin quality
- **Superior** quality of muscle relaxation
- Peptide excipient formulation
- Made in the USA

JTX-078; JTX-211; DTX-430; DTX-431

# Revance's Reasonable Royalty Rates




| | Formulation Patent Rate | Manufacturing Patents Rate |
|---|---|---|
| **Price Premium** | 17.5% | 17.5% |
| **Preference** | 20.0% | 8.2% |
| **Royalty Rate** | **3.5%** | **1.4%** |
| **Divide by 2** | **2** | **NA** |
| **Rate Considering Dispute** | **1.75%** | **1.4%** |

JTX-078; JTX-211; DTX-430; DTX-431

# Determination of Reasonable Royalty Damages




Sales Dollars of DAXXIFY®
**$273 Million**
(Through May 31, 2025)

×



Reasonable Royalty Rate

=



**Damages**

# Summary of Reasonable Royalty Damages





| | Not Recognizing Duration Dispute | | | Recognizing Duration Dispute | |
|---|---|---|---|---|---|
| | Reasonable Royalty Rate | Damages | | Reasonable Royalty Rate | Damages |
| **Manufacturing Patents** | 1.4% | $3,828,065 | | 1.4% | $3,828,065 |
| **Formulation Patent** | 3.5% | $9,570,163 | **OR** | 1.75% | $4,785,081 |
| **Both** | **4.9%** | **$13,398,228** | | **3.15%** | **$8,613,146** |

# Comparison of Ms. Trexler's and Dr. Siegwarth's Royalty Opinions

## Formulation Patent
'878 Patent




## Manufacturing Patents
'748 and '740 Patent



# *Thank You*

REVANCE®