IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Allergan, Inc.,<br><br>*Plaintiff*,<br><br>v.<br><br>Revance Therapeutics, Inc. and<br>PCI San Diego, Inc.,<br><br>*Defendants*. | C.A. No. 21-1411-RGA-LDH |

**NOTICE OF LODGING**

PLEASE TAKE NOTICE that Plaintiff Allergan, Inc. ("Allergan") hereby lodges with the Court true and correct PDF copies of demonstrative slides (attached hereto) that Plaintiff presented to the jury in connection with the trial in the above-captioned case held from July 14, 2025, through July 18, 2025, during:

- the July 14, 2025 opening statement by Allergan (Exhibit A);
- the July 14-15, 2025 direct examination of Dr. Ron Broide (Exhibit B);
- the July 15, 2025 direct examination of Dr. Ronald Bates (Exhibit C);
- the July 15, 2025 direct examination of Dr. Christian Schöneich (Exhibit D);
- the July 15, 2025 direct examination of Dr. Frank Gessler (Exhibit E);
- the July 15, 2025 direct examination of Dr. Daniela Drago (Exhibit F);
- the July 15-16, 2025 direct examination of Dr. Christine Siegwarth (Exhibit G);
- the July 17, 2025 re-cross-examination of Dr. Michael Goodnough (Exhibit H);
- the July 17, 2025 direct examination of Dr. Frank Gessler during Allergan's Rebuttal on Validity (Exhibit I);

- the July 17-18, 2025 direct examination of Dr. Christian Schöneich during Allergan's Rebuttal on Validity (Exhibit J); and
- the July 18, 2025 closing statement by Allergan (Exhibit K).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Allergan, Inc.*

August 1, 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 1, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants Revance Therapeutics, Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto Bio-Pharma Services*

Dennies Varughese, Pharm. D. *VIA ELECTRONIC MAIL*
Eldora L. Ellison, Ph.D.
Adam C. LaRock, Esquire
Olga A. Partington, Ph.D.
Ryan E. Conkin, Esquire
Anna G. Phillips, Esquire
Sasha S. Rao, Esquire
Marsha Rose Gillentine, Ph.D.
Nirav N. Desai, Esquire
Christopher M. Gallo, Ph.D.
Tyler C. Liu, Esquire
Adil B. Moghal, Ph.D.
Louis P. Panzica, Jr., Esquire
Byron L. Pickard, Esquire
Deirdre M. Wells, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
*Attorneys for Defendants Revance Therapeutics, Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto Bio-Pharma Services*

Peter J. Armenio, Esquire
Andrew Solomon
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
*Attorneys for Defendants Revance Therapeutics, Inc. and Ajinomoto Althea, Inc. d/b/a Ajinomoto Bio-Pharma Services*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)