# EXHIBIT A

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Allergan, Inc.'s Opening Statement

*July 14, 2025*

# Allergan: The World Leader in Safely Harnessing Botulinum Toxin



***Botulinum Toxin Type A***



# Early Development of Botox®

Dr. Allan Scott



Botulinum Toxin Type A



# Early Development of Botox®

*Dr. Allan Scott*



Allergan

# Allergan's Botulinum Toxin Work

**1991**
Allergan buys Oculinum, Inc.

**1992**
Oculinum product renamed "Botox"

**2002**
**Glabellar Lines FDA (Forehead Wrinkles)**

**2004**
Hyperhidrosis FDA

**2010**
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA

**2011**
Adult Detrusor Overactivity FDA

**2013**
Overactive Bladder FDA

**2015**
Adult Thumb Spasticity FDA

**2016**
Adult Lower Limb Spasticity FDA

**2019**
Pediatric Upper/Lower Limb Spasticity FDA

**2021**
Pediatric Detrusor Overactivity FDA

1990s | 2000s | 2010s | 2020s

# Allergan's Work on Animal-Protein-Free Botulinum Toxin

**1991**
Allergan buys Oculinum, Inc.

**1992**
Oculinum product renamed "Botox"

**Allergan, Inc.'s Patent Applications**



**2004**
Hyperhidrosis FDA

**2010**
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA

**2011**
Adult Detrusor Overactivity FDA

**2013**
Overactive Bladder FDA

**2015**
Adult Thumb Spasticity FDA

**2016**
Adult Lower Limb Spasticity FDA

**2019**
Pediatric Upper/Lower Limb Spasticity FDA

**2021**
Pediatric Detrusor Overactivity FDA

1990s | 2000s | 2010s | 2020s

# Allergan, Inc.'s Valid Drug Product Recipe and Manufacturing Patents

**U.S. Patent No. 11,147,878**
***Botulinum Toxin***
***Drug Product Recipe***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

**U.S. Patent No. 7,354,740**
***First Botulinum Toxin***
***Manufacturing Process***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

**U.S. Patent No. 11,203,748**
***Second Botulinum Toxin***
***Manufacturing Process***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

# Allergan, Inc.'s Valid Drug Product Recipe Patent

## U.S. Patent No. 11,147,878
***Botulinum Toxin Drug Product Recipe***


The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

## U.S. Patent No. 7,354,740
***First Botulinum Toxin Manufacturing Process***


The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

## U.S. Patent No. 11,203,748
***Second Botulinum Toxin Manufacturing Process***


The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

# Mr. Terrence Hunt



**<u>U.S. Patent No. 11,147,878</u>**

***Botulinum Toxin***
***Drug Product Recipe***


The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

**U.S. Patent No. 11,147,878**
***Botulinum Toxin***
***Drug Product Recipe***


The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

***Animal-Protein-Free***
***Botulinum Toxin***
***Drug Product Recipe***



***Ingredients***

- Toxin
- Surfactant
- Disaccharide

# Dr. Ronald Bates



**<u>U.S. Patent No. 11,203,748</u>**

***Second Botulinum Toxin Manufacturing Process***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

# Allergan, Inc.'s Animal-Protein-Free Manufacturing Technology



# Allergan, Inc.'s Valid Drug Manufacturing Patents

**U.S. Patent No. 11,147,878**
*Botulinum Toxin*
*Drug Product Recipe*



The United States of America

The Director of the United States Patent and Trademark Office

Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

Therefore, this

United States Patent

Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.

Commissioner for Patents of the United States Patent and Trademark Office

**U.S. Patent No. 7,354,740**
*First Botulinum Toxin*
*Manufacturing Process*



The United States of America

The Director of the United States Patent and Trademark Office

Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

Therefore, this

United States Patent

Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.

Commissioner for Patents of the United States Patent and Trademark Office

**U.S. Patent No. 11,203,748**
*Second Botulinum Toxin*
*Manufacturing Process*



The United States of America

The Director of the United States Patent and Trademark Office

Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.

Therefore, this

United States Patent

Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.

Commissioner for Patents of the United States Patent and Trademark Office

# U.S. Patent Office Already Reviewed and Correctly Granted Allergan, Inc.'s Patents



# Revance Targets Botox® Customers

revance





# U.S. Patent Office Already Reviewed and Correctly Granted Allergan, Inc.'s Patents



# Dr. Christian Schöneich



**Chair of Department of Chemistry, University of Kansas**

# Dr. Frank Gessler



**University Lecturer at the Georg August University (Göttingen, Germany)**

**Founder and Managing Director of miprolab**

# U.S. Patent Office Already Reviewed and Correctly Granted Allergan, Inc.'s Patents




## Revance Cannot Carry Its "Clear and Convincing Evidence" Burden

# Dr. Ron Broide



**Executive Director, Biological Research, at Allergan Aesthetics**

# Allergan's Botulinum Toxin Work

**1991**
Allergan buys Oculinum, Inc.

**1992**
Oculinum product renamed "Botox"

**2002**
**Glabellar Lines** FDA **(Forehead Wrinkles)**

**2004**
Hyperhidrosis FDA

**2010**
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA

**2011**
Adult Detrusor Overactivity FDA

**2013**
Overactive Bladder FDA

**2015**
Adult Thumb Spasticity FDA

**2016**
Adult Lower Limb Spasticity FDA

**2019**
Pediatric Upper/Lower Limb Spasticity FDA

**2021**
Pediatric Detrusor Overactivity FDA

1990s | 2000s | 2010s | 2020s

# Allergan's Work on Animal-Protein-Free Botulinum Toxin

**Allergan, Inc.'s Patent Applications**



2004
Hyperhidrosis FDA

2010
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA

2011
Adult Detrusor Overactivity FDA

2013
Overacti
Bladder

**Internal Work**

**Allergan, Inc.'s Initial FDA Submission**



Adult Lower Limb Spasticity FDA

2019
iatric
Lower
sticity

**Internal Work**

2021
Pediatric Detrusor Overactivity FDA

2000s | 2010s | **2017** | 2020s

# Revance's Peptide in Daxxify

| Botulinum Toxin | | Excipient Ingredients | | Peptide | | Daxxify |
|---|---|---|---|---|---|---|
|  | + | Disaccharide (Trehalose)<br>Surfactant | + |  | = |  |

# Revance's Peptide in Daxxify




**Duration Is Driven by <u>Allergan, Inc.'s Patented Recipe</u>**

# Damages




**What is the fair amount to compensate Allergan, Inc. for Revance's patent infringement?**

# A Reasonable Royalty

**Revance has sold $273M to date**

2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | …

# A Reasonable Royalty




***Drug Product Recipe Patent = 24%***

***Manufacturing Patents = 15%***

# Allergan, Inc.'s Damages Experts



## Dr. Christine Siegwarth

**Economist and Senior Managing Director at National Economic Research Associates, Inc.**



## Dr. Daniela Drago

**Regulatory Affairs Executive and Partner, NDA Partners**

# EXHIBIT B

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Testimony of Ron Broide

*July 14, 2025*

# Allergan’s Work on Botox

● Pre-Allergan ● Medical ● Cosmetic

**1968**
Dr. Scott initiates medical testing with BoNT/A

**1989**
Strabismus FDA
Blepharospasm FDA

**1991**
Allergan buys Oculinum, Inc.

1960s | 1980s | 1990s | 2000s | 2010s | 2020s

# Allergan's Work on Botox



# Allergan's Work on Botox

● Pre-Allergan ● Medical ● Cosmetic

**1968**
Dr. Scott initiates medical testing with BoNT/A

**1989**
Strabismus FDA
Blepharospasm FDA

**1991**
Allergan buys Oculinum, Inc.

**1992**
Oculinum product renamed "Botox"

**2000**
Cervical Dystonia FDA

**2002**
**Glabellar Lines** FDA **(Forehead Wrinkles)**

**2004**
Hyperhidrosis FDA

**2010**
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA

**2011**
Adult Detrusor Overactivity FDA

**2013**
**Crows Feet Lines** FDA
Overactive Bladder FDA

**2015**
Adult Thumb Spasticity FDA

**2016**
Adult Lower Limb Spasticity FDA

**2017**
**Forehead Lines** FDA

**2019**
Pediatric Upper/Lower Limb Spasticity FDA

**2021**
Pediatric Detrusor Overactivity FDA

**2024**
**Platysma Bands** FDA

1960s | 1980s | 1990s | 2000s | 2010s | 2020s

# EXHIBIT C

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Ronald Bates

*July 14, 2025*

# Professional Experience

Pfizer

**Research Scientist, BioProcess Research and Development** (1999-2001)
**Senior Research Scientist, BioProcess Research and Development** (2001-2003)

---

Bristol Myers Squibb™

**Manager, Purification Process Development** (2003-2005)
**Senior Manager, Purification Process Development** (2003-2007)

---

Allergan

**Senior Manager Process Development, Purification Group** (2007-2010)
**Director Process Development, Purification Group** (2010-2013)
**Director Process Development** (2013)

---

Bristol Myers Squibb™

**Director, Manufacturing Science and Technology** (2013-2020)

# Allergan Wanted an Alternative Source of Materials to Make BoNT/A





# Allergan, Inc.'s '740 Animal Free Process Patent for Making BoNT/A



US007354740B2

(12) **United States Patent**
**Xiang et al.**

(10) **Patent No.: US 7,354,740 B2**
(45) **Date of Patent: *Apr. 8, 2008**

(54) **ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A *BOTULINUM* TOXIN**

(75) Inventors: **Hui Xiang**, Irvine, CA (US); **Mingjiang Luo**, Newport Beach, CA (US); **Ping Wang**, Irvine, CA (US); **Stephen Donovan**, Capistrano Beach, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 85 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/072,673**

(22) Filed: **Mar. 3, 2005**

(65) **Prior Publication Data**

US 2005/0238669 A1 Oct. 27, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, now Pat. No. 7,160,699, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003, now Pat. No. 7,148,041.

(51) **Int. Cl.**
***C12P 21/04*** (2006.01)
***C12N 1/00*** (2006.01)
***C12N 1/20*** (2006.01)

(52) **U.S. Cl.** .............. **435/71.1**; 435/252.7; 435/253.6; 424/842; 424/236.1; 424/239.1

(58) **Field of Classification Search** .............. 435/71.1, 435/252.7, 253.6; 424/842, 236.1, 239.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,558,926 | B1 | 5/2003 | Demain et al. | |
| 2003/0008367 | A1 | 1/2003 | Oguma | 435/184 |
| 2003/0118598 | A1 | 6/2003 | Hunt | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 94/09115 | 10/1993 |
| WO | WO 96/05222 | 6/1995 |
| WO | WO 98/54296 | 5/1998 |
| WO | WO 01/05997 A2 | 7/2000 |
| WO | WO 01/05997 A3 | 7/2000 |
| WO | WO 01-36655 | 10/2000 |
| WO | WO 01/58472 | 2/2001 |

OTHER PUBLICATIONS

Coligan, et al., *Current protocols in protein science, Front Matter*, Aug. 2003.

Lungdahl, L.G., et al., Working with anaerobic bacteria, *Manual of Industrial Microbiology and Biotechnology*, Chp. 8, 1986, pp. 84-96.

Mueller, J.H., et al., Variable factors influencing the product of tetanus toxin, *J. Bacteriol*, 1954; 67:271-7.

Ozutsumi, K., et al., Rapid, simplified method for production and purification of tetanus toxin, *Applied and Environmental Microbiology*, Apr. 1985, vol. 49, No. 4, pp. 939-943.

Chp. 1, pp. 1-88, Strategies of Protein Purification and Characterization, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed. Chp. 21, pp. 1-282.

Chp. 21, pp. 1-282, Peptidases, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed.

Heenan, C. N., et al., Lebensm.-Wiss. U.-Technol, 35 (2002), pp. 171-176.

Miwa, Norinaga, et al., International Journal of Food Microbiology, 49 (1999), pp. 103-106.

Mueller, J. H., et al., J. Bacteriology, Mar. 1954, 67(3), pp. 271-277.

Whitmer, M. E., et al., Applid and Environmental Microbiology, Mar. 1988, 54(3), pp. 753-759.

Oxoid—Product CM0149—product description, pp. 1-2, 2004.

Bedu-Addo, F., et al., *Use of Biophysical Characterization in Preformulation Development of a Heavy-Chain Fragment of Botulinum Serotype B: Evaluation of Suitable Purification Process Conditions*, Pharmaceutical Research, Aug. 2004, vol. 21, No. 8, pp. 1353-1361.

Byrne, M., et al., *Purification, Potency, and Efficacy of the Botulinum Neurotoxin Type A Binding Domain from Pichia Pastoris as a Recombinant Vaccine Candidate*, Infection and Immunity, Oct. 1998, vol. 66, No. 10, pp. 4817-4822.

Byrne, M., et al., *Fermentation, Purification, and Efficacy of a Recombinant Vaccine Candidate Against Botulinum Neurotoxin Type F from Pichia pastoris*, Protein Expression and Purification, 2000, 18, pp. 327-337.

Gessler, F., et al., *Production and Purification of Clostridium Botulinum Type C and D Neurotoxin*, FEMS Immunology and Medical Microbiology, 1999, vol. 24, pp. 361-367.

Gimenez, J., et al., *Simplified Purification Method for Clostridium Botulinum Type E Toxin*, Applied and Environmental Microbiology, Dec. 1987, vol. 53, No. 12, pp. 2827-2830.

Johnson, S., et al., *Scale-up of the Fermentation and Purification of the Recombinant Havy Chain Fragment C of Botulinum Neurotoxin Serotype F, Expressed in Pichia Pastoris*, Protein Expression and Purification, 2003, vol. 32, pp. 1-9.

Kozaki, H., et al., *Immunological Characterization of Papain-Induced Fragments of Clostridium Botulinum Type A Neurotoxin and Interaction of the Fragments with Brain Synaptosomes*, Infection and Immunity, 1989, vol. 57,. No. 9, pp. 2634-2639.

Prabakaran, S., et al., *Botulinum Neurotoxin Types B and E: Purification, Limited Proteolysis by Endoproteinase Glu-C and Pepsin, and Comparison of Their Identified Cleaved Sites Relative to the Three-Dimensional Structure of Type A Neurotoxin*, Toxicon, 2001, vol. 39, pp. 1515-1531.

Weatherly, G., et al., *Initial Purification of Recombinant Botulinum Neurotoxin Fragments for Pharmaceutical Production Using Hydrophobic Charge Induction of Chromatography*, Journal of Chromatography A, 2002, vol. 952, pp. 99-110.

(Continued)

*Primary Examiner*—Chih-Min Kam
(74) *Attorney, Agent, or Firm*—Stephen Donovan

(57) **ABSTRACT**

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

**8 Claims, 9 Drawing Sheets**

Joint Trial Exhibit
JTX-003

JTX-003.0001

**Inventors:**

- Hui Xiang
- Mingjiang Luo
- Ping Wang
- Stephen Donovan

**Assignee:** Allergan, Inc.

**Key Date:** September 25, 2003

# Allergan, Inc.’s ’740 Patent for a New Animal Free Process for Making BoNT/A




BoNT/A bacteria grown in plant-based food




Bacteria burst and release BoNT/A




BoNT/A purified without animal products and using chromatography

# Allergan, Inc.'s '740 Patent for a New Animal Free Process for Making BoNT/A




BoNT/A bacteria grown in plant-based food

# Allergan, Inc.'s '740 Patent for a New Animal Free Process for Making BoNT/A




BoNT/A bacteria grown in plant-based food




Bacteria burst and release BoNT/A

# Allergan, Inc.'s '740 Patent for a New Animal Free Process for Making BoNT/A







BoNT/A bacteria grown in plant-based food




Bacteria burst and release BoNT/A




BoNT/A purified without animal products and using chromatography

# Chromatography Is Used for the Separation of Proteins



# Chromatography Is Used for the Separation of Proteins



# Chromatography Is Used for the Separation of Proteins



# Allergan, Inc.'s '740 Animal Free Process Patent Used Two Different Columns in a Series

## Hydrophobic Interaction Column ("HIC")

## Ion Exchange Column ("IEX")

Water-Hating or
Water-Loving




+ or - Charge

# Chromatography Has Many Variables

pH

temperature

gunk coming out

buffers

column type

liquid coming out

liquid going in

pores in resin

resin chemistry

resin type

target product

wash-off conditions

resin size

pressure

resin charge

gunk going in

column combination

timing of collection

collection plan

time in column

# Allergan, Inc.'s '748 Super Pure Process Patent for Making BoNT/A

US011203748B2

(12) **United States Patent**
**Ton et al.**

(10) **Patent No.: US 11,203,748 B2**
(45) **Date of Patent: *Dec. 21, 2021**

(54) **PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN**

(71) Applicant: **Allergan, Inc.**, Irvine, CA (US)

(72) Inventors: **Jennifer L. Ton**, Irvine, CA (US); **Hemant A. Patel**, Rancho Santa Margarita, CA (US); **Ronald C. Bates**, Irvine, CA (US); **Wajdie M. Ahmad**, Westminster, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/340,720**

(22) Filed: **Jun. 7, 2021**

(65) **Prior Publication Data**

US 2021/0292727 A1 Sep. 23, 2021

**Related U.S. Application Data**

(60) Continuation of application No. 16/673,444, filed on Nov. 4, 2019, now Pat. No. 11,124,786, which is a continuation of application No. 15/664,456, filed on Jul. 31, 2017, now Pat. No. 10,465,178, which is a division of application No. 14/961,327, filed on Dec. 7, 2015, now Pat. No. 9,719,076, which is a division of application No. 14/561,402, filed on Dec. 5, 2014, now Pat. No. 9,206,409, which is a continuation of application No. 13/407,662, filed on Feb. 28, 2012, now Pat. No. 8,932,827, which is a continuation of application No. 13/344,399, filed on Jan. 5, 2012, now Pat. No. 8,927,229, which is a continuation of application No. 12/502,181, filed on Jul. 13, 2009, now Pat. No. 8,129,139.

(51) **Int. Cl.**

| | |
|---|---|
| ***C12P 1/00*** | (2006.01) |
| ***C12N 9/52*** | (2006.01) |
| ***C07K 14/33*** | (2006.01) |
| ***C07K 1/18*** | (2006.01) |
| ***C12N 1/20*** | (2006.01) |
| ***C12P 21/02*** | (2006.01) |
| ***B01D 15/36*** | (2006.01) |
| *C12R 1/145* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***C12N 9/52*** (2013.01); ***B01D 15/361*** (2013.01); ***B01D 15/362*** (2013.01); ***B01D 15/363*** (2013.01); ***C07K 1/18*** (2013.01); ***C07K 14/33*** (2013.01); ***C12N 1/20*** (2013.01); ***C12P 21/02*** (2013.01); *C12R 2001/145* (2021.05); *C12Y 304/24069* (2013.01)

(58) **Field of Classification Search**
CPC ................................................ C12N 9/52
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,401,683 | A | 8/1983 | Thompson |
| 5,565,330 | A | 10/1996 | Atkinson et al. |
| 5,962,637 | A | 10/1999 | Shone et al. |
| 6,043,042 | A | 3/2000 | Shone et al. |
| 6,337,386 | B1 | 1/2002 | Shone et al. |
| 6,444,209 | B1 | 9/2002 | Johnson et al. |
| 6,558,926 | B1 | 5/2003 | Demain et al. |
| 6,818,409 | B2 | 11/2004 | Oguma |
| 7,148,041 | B2 | 12/2006 | Donovan |
| 7,160,699 | B2 | 1/2007 | Wang et al. |
| 7,183,066 | B2 | 2/2007 | Fernandez-Salas et al. |
| 7,189,541 | B2 | 3/2007 | Donovan |
| 7,208,285 | B2 | 4/2007 | Steward et al. |
| 7,332,567 | B2 | 2/2008 | Steward et al. |
| 7,354,470 | B2 | 4/2008 | Condrad |
| 7,354,740 | B2 | 4/2008 | Xiang et al. |
| 7,399,607 | B2 | 7/2008 | Williams et al. |
| 7,445,914 | B2 | 11/2008 | Donovan |
| 7,452,697 | B2 | 11/2008 | Luo et al. |
| 7,560,251 | B2 | 7/2009 | Wang et al. |
| 7,598,027 | B2 | 10/2009 | Fernandez-Salas et al. |
| 7,645,570 | B2 | 1/2010 | Fernandez-Salas et al. |
| 7,846,722 | B2 | 12/2010 | Williams et al. |
| 8,008,044 | B2 | 8/2011 | Donovan |
| 8,012,716 | B2 | 9/2011 | Donovan et al. |
| 8,124,357 | B2 | 2/2012 | Fernandez-Salas et al. |
| 8,129,139 | B2 | 3/2012 | Ton et al. |
| 8,324,349 | B2 | 12/2012 | Ton et al. |
| 8,357,541 | B2 | 1/2013 | Ton et al. |
| 8,409,828 | B2 | 4/2013 | Xiang et al. |
| 8,841,110 | B2 | 9/2014 | Xiang et al. |
| 8,927,229 | B2 | 1/2015 | Ton et al. |
| 8,932,827 | B2 | 1/2015 | Ton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1081159 | A1 | 3/2001 |
| JP | 2002/501387 | A | 1/2002 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 12/098,896, filed Apr. 2, 2013, Xiang et al.
Aktories et al., "Modification of Actin and Rho Proteins by Clostridial ADP-Ribosylating Toxins," Bacterial Toxins and Virulence Factors in Disease, Handbook of Natural Toxins vol. 8, 491-520 (1995).
Amersdorfer et al., "Molecular Characterization of Murine Humoral Immune Response to Botulinum Neurotoxin Type A Binding Domain as Assessed by Using Phage Antibody Libraries", Infect. Immun., 65(9): 3743-3752 (1997).
Anellis et al., "Comparative Resistance of Strains of Clostridium botulinum to Gamma Rays," 10(4): 326-330 (1962).
Aoki, "Botulinum neurotoxin serotypes A and B preparations have different safety margins in preclinical models of muscle weakening efficacy and systemic safety," Toxicon, 40: 923-928 (2002).

(Continued)

*Primary Examiner* — Albert M Navarro
(74) *Attorney, Agent, or Firm* — Foley Hoag LLP

(57) **ABSTRACT**

Rapid, animal protein free, chromatographic processes and systems for obtaining high potency, high yield botulinum neurotoxin for research, therapeutic and cosmetic use.

**14 Claims, 1 Drawing Sheet**

Joint Trial Exhibit
JTX-004

JTX-004.0001

## Inventors:

- Jennifer L. Ton
- Hemant A. Patel
- **Ronald C. Bates**
- Wajdie M. Ahmad

**Assignee:** Allergan, Inc.

**Key Date:** July 13, 2009

# Challenges of My Work with BoNT/A



Worker Safety




Growing a Challenging (and Highly Toxic) Substance



Purifying a Challenging (and Highly Toxic) Substance

# Allergan, Inc.'s '748 Super Pure Process Patent for Making BoNT/A



# Allergan, Inc.'s '748 Super Pure Process Patent for Making BoNT/A



# 1 ppm of Residual Nucleic Acid



# Our Process Used Two Specific Types of Chromatography Columns

## Anion Exchange Chromatography ("AEX")




## Cation Exchange Chromatography ("CEX")



# EXHIBIT D

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Christian Schöneich

*July 15, 2025*

# Overview of Opinions

1. Terrence Hunt set out to solve a difficult problem

2. Hunt's disaccharide + surfactant combination drives longer duration in the body—an unexpected property

3. Claim 6 of the '878 patent is valid and was not obvious

# Experience

**Freie University of Berlin**
*Diploma, Chemistry* (1987)

---

**Technical University Berlin**
*Ph.D., Chemistry* (1990)

---

**University of Kansas**
*Chair, Department of Pharmaceutical Chemistry*

# Overview of Opinions

1. **Terrence Hunt set out to solve a difficult problem**
2. Hunt's disaccharide + surfactant combination drives longer duration in the body—an unexpected property
3. Claim 6 of the '878 patent is valid and was not obvious

# Issues with BoNT Drug Products

***Botulinum Toxin Type A ("BoNT/A")***



1. Extremely dangerous
2. Strict precautions
3. Low amounts used in drug product vial
4. Highly unpredictable

# Stability Problems with BoNT Drug Products

**Stick to Glass Vial**



**Clump Together**



**Break Apart**



# Early Stabilization Using Human Serum Albumin ("HSA")

1. Costly
2. Inconsistent source of ingredients
3. Animal-derived



# Terrence Hunt Solved A Difficult Problem

## U.S. Patent No. 11,147,878

1. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:
   (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and
   (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:
   the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;
   the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;
   the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;
   the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and
   the powdered formulation is animal protein free and polysaccharide free.

* * *

6. The method of claim 1, wherein the disaccharide is trehalose.

JTX-001



# Overview of Opinions

1. Terrence Hunt set out to solve a difficult problem

2. **Hunt's disaccharide + surfactant combination drives longer duration in the body—an unexpected property**

3. Claim 6 of the '878 patent is valid and was not obvious

# Ingredients in Daxxify Drug Product




**Botulinum Toxin** | **Excipient Ingredients** | **Peptide**



# Duration Is Driven by Combination of Disaccharide + Surfactant

## Revance's FDA Statements

BLA 761127
3.2.A.3.1 General Information

DaxibotulinumtoxinA for Injection

**3.2.A.3 GENERAL INFORMATION [RTP004, BACHEM AMERICAS, INC.]**

The proprietary peptide, RTP004 Acetate (RTP004), is a custom material made exclusively for Revance Therapeutics, Inc. RTP004 is a single chain synthetic peptide consisting of 35 L-amino acids, which is used in the final drug product (DP) formulation as a stabilizer of the active ingredient DaxibotulinumtoxinA. RTP004 meets the definition of new (novel) excipient as defined in *FDA Guidance-Nonclinical Studies for the Safety Evaluation of Pharmaceutical Excipients (May 2005)*:

"…the phrase new excipients means any inactive ingredients that are intentionally added to therapeutic and diagnostic products, but that: (1) we believe are not intended to exert therapeutic effects at the intended dosage, although they may act to improve product delivery (e.g., enhance absorption or control release of the drug substance); and (2) are not fully qualified by existing safety data with respect to the currently proposed level of exposure, duration of exposure, or route of administration."

RTP004 is an inactive ingredient that is intentionally added to a therapeutic product but it is not intended to exert therapeutic effects at the intended dosage, it has no pharmacological properties at the quantity used in DaxibotulinumtoxinA for Injection, and it is not required for activity or function of the toxin itself, only to stabilize it in the final formulation so that it may maintain its activity and functionality throughout the intended shelf life.

Toxicology studies to assess pharmacological activity have been performed according to ICH guidance for industry *S7A Safety Pharmacology Studies for Human Pharmaceuticals* and are presented in Module 2.4 and 2.6. In summary, RTP004 produced no muscle paralysis or any adverse effects and was considered to show no pharmacological activity. The toxicology studies demonstrated no RTP004-related adverse toxicities, no central nervous system (CNS) effects, and no evidence of muscle damage. The development of anti-RTP004 antibodies showed an overall low immunogenic potential. The perinatal/postnatal reproductive study demonstrated no adverse toxicity to dams or adverse developmental effects or reproductive toxicities in the F1 generation of rats.

**3.2.A.3.1 Structure**

The completed chemical sequence of RTP004 is provided in Figure 1.

Protein transduction domain (PTD) domains are indicated with an underline.

**Figure 1: Chemical Sequence of RTP004**

H-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Gly-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-OH

The following studies were conducted to demonstrate that the molecule performs as a stabilizer of the active ingredient:

Revance Therapeutics, Inc. Confidential Page 1 of 2

OUTSIDE COUNSEL EYES ONLY PURSUANT TO LOCAL RULE 26.2 SUBJECT TO EAR

Allergan v Revance
31
Bernardo
9/27/23 CY 14316

REV_DAX-00002851

C.A. No. 21-1411-RGA-LDH
Paintiffs' Trial Exhibit
PTX-091

PTX-091.0001

## Duration Studies

Broide Exhibit 8 (11-7-23)

ALLERGAN SALES, LLC
Pharmaceutical Research & Development
2525 Dupont, Irvine, CA 92612

**Department Research Report**

| | |
|---|---|
| Title: | **Evaluation of Cell-penetrating Peptide Effects on BoNT/A Potency in the Mouse Digit Abduction Score (DAS) Assay** |
| Report Number: | BIO-20-1288 |
| Date: | October 2020 |
| Project Name/Number: | 1082 – Neurotoxin Preclinical |
| Study Site: | Allergan Sales, LLC, Irvine, CA |
| Study Contributors: | Gregory S Nicholson, M.S., Jinping Wan; Absorption Systems California, LLC |
| Authored By: | Gregory S Nicholson, M.S., Edwin Vazquez-Cintron, Ph.D., and Ron S Broide, Ph.D. |
| Reviewed By: | Neil Poloso, Ph.D. |
| Group Leader: | Ron S. Broide, Ph.D. |
| Vice President, Aesthetics Biological Research: | Amy Brideau-Andersen, Ph.D. |
| Laboratory Notebook(s): | E-001454-086, E-001891-002 |

HIGHLY CONFIDENTIAL INFORMATION
TO BE TREATED AS EAR-PROTECTED INFORMATION

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-202

ALGN-1844877
JTX-202.0001

# Duration Is Driven by Combination of Disaccharide + Surfactant

## Revance's FDA Statements

BLA 761127 DaxibotulinumtoxinA for Injection
3.2.A.3.1 General Information

**3.2.A.3 GENERAL INFORMATION [RTP004, BACHEM AMERICAS, INC.]**

The proprietary peptide, RTP004 Acetate (RTP004), is a custom material made exclusively for Revance Therapeutics, Inc. RTP004 is a single chain synthetic peptide consisting of 35 L-amino acids, which is used in the final drug product (DP) formulation as a stabilizer of the active ingredient DaxibotulinumtoxinA. RTP004 meets the definition of new (novel) excipient as defined in *FDA Guidance-Nonclinical Studies for the Safety Evaluation of Pharmaceutical Excipients (May 2005)*:

"…the phrase new excipients means any inactive ingredients that are intentionally added to therapeutic and diagnostic products, but that: (1) we believe are not intended to exert therapeutic effects at the intended dosage, although they may act to improve product delivery (e.g., enhance absorption or control release of the drug substance); and (2) are not fully qualified by existing safety data with respect to the currently proposed level of exposure, duration of exposure, or route of administration."

RTP004 is an inactive ingredient that is intentionally added to a therapeutic product but it is not intended to exert therapeutic effects at the intended dosage, it has no pharmacological properties at the quantity used in DaxibotulinumtoxinA for Injection, and it is not required for activity or function of the toxin itself, only to stabilize it in the final formulation so that it may maintain its activity and functionality throughout the intended shelf life.

Toxicology studies to assess pharmacological activity have been performed according to ICH guidance for industry *S7A Safety Pharmacology Studies for Human Pharmaceuticals* and are presented in Module 2.4 and 2.6. In summary, RTP004 produced no muscle paralysis or any adverse effects and was considered to show no pharmacological activity. The toxicology studies demonstrated no RTP004-related adverse toxicities, no central nervous system (CNS) effects, and no evidence of muscle damage. The development of anti-RTP004 antibodies showed an overall low immunogenic potential. The perinatal/postnatal reproductive study demonstrated no adverse toxicity to dams or adverse developmental effects or reproductive toxicities in the F1 generation of rats.

**3.2.A.3.1 Structure**

The completed chemical sequence of RTP004 is provided in Figure 1.

Protein transduction domain (PTD) domains are indicated with an underline.

**Figure 1: Chemical Sequence of RTP004**

**H-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Gly-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-OH**

The following studies were conducted to demonstrate that the molecule performs as a stabilizer of the active ingredient:

Revance Therapeutics, Inc. Confidential Page 1 of 2

OUTSIDE COUNSEL EYES ONLY PURSUANT
TO LOCAL RULE 26.2
SUBJECT TO EAR

Allergan v Revance
31
Bernardo
9/27/23 CY 14316

REV_DAX-00002851

C.A. No. 21-1411-RGA-LDH
Paintiffs' Trial Exhibit
PTX-091

PTX-091.0001

## Duration Studies

Broide Exhibit
8 (11-7-23)

ALLERGAN SALES, LLC
Pharmaceutical Research & Development
2525 Dupont, Irvine, CA 92612

Department Research Report

| | |
|---|---|
| Title: | Evaluation of Cell-penetrating Peptide Effects on BoNT/A Potency in the Mouse Digit Abduction Score (DAS) Assay |
| Report Number: | BIO-20-1288 |
| Date: | October 2020 |
| Project Name/Number: | 1082 – Neurotoxin Preclinical |
| Study Site: | Allergan Sales, LLC, Irvine, CA |
| Study Contributors: | Gregory S Nicholson, M.S., Jinping Wan; Absorption Systems California, LLC |
| Authored By: | Gregory S Nicholson, M.S., Edwin Vazquez-Cintron, Ph.D., and Ron S Broide, Ph.D. |
| Reviewed By: | Neil Poloso, Ph.D. |
| Group Leader: | Ron S. Broide, Ph.D. |
| Vice President, Aesthetics Biological Research: | Amy Brideau-Andersen, Ph.D. |
| Laboratory Notebook(s): | E-001454-086, E-001891-002 |

HIGHLY CONFIDENTIAL INFORMATION
TO BE TREATED AS EAR-PROTECTED INFORMATION

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-202

ALGN-1844877
JTX-202.0001

# Duration Is Driven by Combination of Disaccharide + Surfactant

## Revance's FDA Statements

BLA 761127
3.2.A.3.1 General Information

DaxibotulinumtoxinA for Injection

**3.2.A.3 GENERAL INFORMATION [RTP004, BACHEM AMERICAS, INC.]**

The proprietary peptide, RTP004 Acetate (RTP004), is a custom material made exclusively for Revance Therapeutics, Inc. RTP004 is a single chain synthetic peptide consisting of 35 L-amino acids, which is used in the final drug product (DP) formulation as a stabilizer of the active ingredient DaxibotulinumtoxinA. RTP004 meets the definition of new (novel) excipient as defined in *FDA Guidance-Nonclinical Studies for the Safety Evaluation of Pharmaceutical Excipients (May 2005)*:

"…the phrase new excipients means any inactive ingredients that are intentionally added to therapeutic and diagnostic products, but that: (1) we believe are not intended to exert therapeutic effects at the intended dosage, although they may act to improve product delivery (e.g., enhance absorption or control release of the drug substance); and (2) are not fully qualified by existing safety data with respect to the currently proposed level of exposure, duration of exposure, or route of administration."

RTP004 is an inactive ingredient that is intentionally added to a therapeutic product but it is not intended to exert therapeutic effects at the intended dosage, it has no pharmacological properties at the quantity used in DaxibotulinumtoxinA for Injection, and it is not required for activity or function of the toxin itself, only to stabilize it in the final formulation so that it may maintain its activity and functionality throughout the intended shelf life.

Toxicology studies to assess pharmacological activity have been performed according to ICH guidance for industry *S7A Safety Pharmacology Studies for Human Pharmaceuticals* and are presented in Module 2.4 and 2.6. In summary, RTP004 produced no muscle paralysis or any adverse effects and was considered to show no pharmacological activity. The toxicology studies demonstrated no RTP004-related adverse toxicities, no central nervous system (CNS) effects, and no evidence of muscle damage. The development of anti-RTP004 antibodies showed an overall low immunogenic potential. The perinatal/postnatal reproductive study demonstrated no adverse toxicity to dams or adverse developmental effects or reproductive toxicities in the F1 generation of rats.

**3.2.A.3.1 Structure**

The completed chemical sequence of RTP004 is provided in Figure 1.

Protein transduction domain (PTD) domains are indicated with an underline.

**Figure 1: Chemical Sequence of RTP004**

H-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Gly-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-OH

The following studies were conducted to demonstrate that the molecule performs as a stabilizer of the active ingredient:

Revance Therapeutics, Inc. Confidential Page 1 of 2

OUTSIDE COUNSEL EYES ONLY PURSUANT TO LOCAL RULE 26.2 SUBJECT TO EAR

Allergan v Revance
31
Bernardo
9/27/23 CY 14316

REV_DAX-00002851

C.A. No. 21-1411-RGA-LDH
Paintiffs' Trial Exhibit
PTX-091

PTX-091.0001

## Duration Studies

Broide Exhibit 8 (11-7-23)

ALLERGAN SALES, LLC
Pharmaceutical Research & Development
2525 Dupont, Irvine, CA 92612

**Department Research Report**

| | |
|---|---|
| Title: | **Evaluation of Cell-penetrating Peptide Effects on BoNT/A Potency in the Mouse Digit Abduction Score (DAS) Assay** |
| Report Number: | BIO-20-1288 |
| Date: | October 2020 |
| Project Name/Number: | 1082 – Neurotoxin Preclinical |
| Study Site: | Allergan Sales, LLC, Irvine, CA |
| Study Contributors: | Gregory S Nicholson, M.S., Jinping Wan; Absorption Systems California, LLC |
| Authored By: | Gregory S Nicholson, M.S., Edwin Vazquez-Cintron, Ph.D., and Ron S Broide, Ph.D. |
| Reviewed By: | Neil Poloso, Ph.D. |
| Group Leader: | Ron S. Broide, Ph.D. |
| Vice President, Aesthetics Biological Research: | Amy Brideau-Andersen, Ph.D. |
| Laboratory Notebook(s): | E-001454-086, E-001891-002 |

HIGHLY CONFIDENTIAL INFORMATION
TO BE TREATED AS EAR-PROTECTED INFORMATION

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-202

ALGN-1844877
JTX-202.0001

# Allergan BIO-20-1288 Study



Broide Exhibit 8 (11-7-23)

ALLERGAN SALES, LLC
Pharmaceutical Research & Development
2525 Dupont, Irvine, CA 92612

**Department Research Report**

| | |
|---|---|
| Title: | **Evaluation of Cell-penetrating Peptide Effects on BoNT/A Potency in the Mouse Digit Abduction Score (DAS) Assay** |
| Report Number: | BIO-20-1288 |
| Date: | October 2020 |
| Project Name/Number: | 1082 – Neurotoxin Preclinical |
| Study Site: | Allergan Sales, LLC, Irvine, CA |
| Study Contributors: | Gregory S Nicholson, M.S., Jinping Wan; Absorption Systems California, LLC |
| Authored By: | Gregory S Nicholson, M.S., Edwin Vazquez-Cintron, Ph.D., and Ron S Broide, Ph.D. |
| Reviewed By: | Neil Poloso, Ph.D. |
| Group Leader: | Ron S. Broide, Ph.D. |
| Vice President, Aesthetics Biological Research: | Amy Brideau-Andersen, Ph.D. |
| Laboratory Notebook(s): | E-001454-086, E-001891-002 |

HIGHLY CONFIDENTIAL INFORMATION
TO BE TREATED AS EAR-PROTECTED INFORMATION

Joint Trial Exhibit
JTX-202

ALGN-1844877
JTX-202.0001

Figure 4–4 Plot of Mean DAS AUC Values From Duration Plots in Figure 4–3 for Mice Receiving IM Administration of BoNT/A Formulations +/- CPP




Disaccharide + Surfactant
<u>Without</u> Peptide

Disaccharide + Surfactant
<u>With</u> Peptide

JTX-202

# Revance's Unfounded Theories About Revance's Peptide

## Theory #1:
## Formation of a "DAXI/Peptide Complex"

1. Electrostatic binding of RTP004 and daxibotulinumtoxinA to form a complex
2. Increased binding of "DAXI/Peptide Complex" to neuronal membrane due to electrostatic charge
3. Prolonged binding of "DAXI/Peptide Complex at the presynaptic terminal

## Theory #2:
## RTP004 confers a dose-dependent increase in SNAP-25 cleavage, and thus daxibotulinumtoxinA potency

## Theory #3:
## Reduced diffusion

# Revance's Chief Scientist Says No Direct Link Between Peptide and Duration



**Conor Gallagher**

Revance Chief Science Officer

Q. Is the enhancement of the affinity of botulinum toxin-type A to cell membranes necessarily connected to a longer-duration profile for Daxxify?

**A. To my knowledge, we have not directly made that connection. Bullet point says "May enhance internalization," which is a hypothetical statement regarding what happens to the botulinum toxin after it anchors or binds to the cell membrane.**

Q. Does the anchoring or binding to the cell membrane play a role in duration?

**A: I couldn't make a direct link.**

(See Gallagher Tr. at 106:3-14; see, e.g., id. at 101:4-106:14)

# Disaccharide + Surfactant = Longer Duration BoNT Product






# Overview of Opinions

1. Terrence Hunt set out to solve a difficult problem

2. The formulation of claim 6 of the ’878 patent has the unexpected property of driving longer duration

3. **Claim 6 of the ’878 patent is valid and was not obvious**

# EXHIBIT E

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Frank Gessler

*July 15, 2025*

# Educational Experience

JUSTUS-LIEBIG-UNIVERSITÄT GIESSEN

**Justus Liebig University**
*Doctor of Veterinary Medicine (1991)*

LMU LUDWIG-MAXIMILIANS-UNIVERSITÄT MÜNCHEN

**Ludwig Maximilian University**
*Ph.D. in Veterinary Medicine (1995)*

GEORG-AUGUST-UNIVERSITÄT GÖTTINGEN IN PUBLICA COMMODA SEIT 1737

**Georg August University**
*Lecture Qualification ("Habilitation") with Thesis (2007)*

# Current Professional Positions

miprolab Mikrobiologische Diagnostik GmbH

**Managing Director & Founder**
*(2005-present)*

---

GEORG-AUGUST-UNIVERSITÄT GÖTTINGEN IN PUBLICA COMMODA SEIT 1737

**University Lecturer**
*(2007-present)*

---

miprocure

**Chief Scientific Officer & Co-Founder**
*(2023-present)*

# Over 30 Years of Experience with BoNT



**Research Experience**
Published more that 25 papers related to BoNT

**Industry Experience**
miprolab produces all BoNT types
(A, B, C, D, E, F, G)

**Board Experience**
Member of ZEBET and various other boards relating to the assessment of biosafety and biosecurity risks

# EXHIBIT F

*Allergan, Inc. v. Revance Therapeutics, Inc. et. al.*

*C.A. No. 21-1411-RGH-LDH*

# Direct Examination of Dr. Daniela Drago

*July 15, 2025*

# Dr. Daniela Drago

**Swiss Federal Institute of Technology**
*Ph.D., Chemistry*

---

**Pharmaceutical Industry**
*Regulatory Affairs Professional*

---

**George Washington University Medical School**
*Associate Professor and Director, Regulatory Affairs*

***20+ Years Working and Consulting With Pharmaceutical Industry***

## Question Asked:

If Revance chose to no longer use the First and Second Botulinum Toxin Manufacturing Process Patents in **June 2019**, how much longer would it have taken Revance to submit its Daxxify drug approval application with the FDA?

## Question Asked:

If Revance chose to no longer use the First and Second Botulinum Toxin Manufacturing Process Patents in **June 2019**, how much longer would it have taken Revance to submit its Daxxify drug approval application with the FDA?

## *Answer:*

***At least 15 Months and up to multiple years***

# Delayed Timeline to Daxxify Submission in June 2019

1. **Design and draft comparability protocol** = 1 month
2. **Meet with the FDA** = 2 months
3. **Carry out the plan on small-scale batches** = 7 months
4. **Manufacture and analyze commercial scale batches** = 5 months

# Delayed Timeline to Daxxify Submission in June 2019

1. **Design and draft comparability protocol** = 1 month
2. **Meet with the FDA** = 2 months
3. **Carry out the plan on small-scale batches** = 7 months
4. **Manufacture and analyze commercial scale batches** = 5 months

# Delayed Timeline to Daxxify Submission in June 2019

1 **Design and draft comparability protocol** = 1 month

2 **Meet with the FDA** = 2 months

3 **Carry out the plan on small-scale batches** = 7 months

4 **Manufacture and analyze commercial scale batches** = 5 months

# Delayed Timeline to Daxxify Submission in June 2019

1. **Design and draft comparability protocol** = 1 month
2. **Meet with the FDA** = 2 months
3. **Carry out the plan on small-scale batches** = 7 months
4. **Manufacture and analyze commercial scale batches** = 5 months

# Delayed Timeline to Daxxify Submission in June 2019

1. **Design and draft comparability protocol** = 1 month
2. **Meet with the FDA** = 2 months
3. **Carry out the plan on small-scale batches** = 7 months
4. **Manufacture and analyze commercial scale batches** = 5 months

# Delayed Timeline to Daxxify Submission in June 2019

1. **Design and draft comparability protocol** = 1 month
2. **Meet with the FDA** = 2 months
3. **Carry out the plan on small-scale batches** = 7 months
4. **Manufacture and analyze commercial scale batches** = 5 months

***Total Timeline***

***At least 15 Months, and up to multiple years***

# EXHIBIT G

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Christine Siegwarth

*July 15, 2025*

# Professional Qualifications



**Christine Siegwarth, Ph.D.**
Economist

## Education

**Massachusetts Institute of Technology**
*Ph.D., Economics (1995)*

**United States Military Academy, West Point**
*B.S., Economics (1988)*

## Relevant Work Experience

**NERA Economic Consulting**
*Senior Managing Director (2000 – present)*

**Colgate University**
*Visiting Assistant Professor (1999 – 2000)*

**Bentley College**
*Assistant Professor (1995 – 1999)*

**U.S. Army Military Police**

PTX-973

# A Reasonable Royalty




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Hypothetical Negotiation for the Manufacturing Patents

## Date: June 2019

| **Revance Benefits**<br>Certainty of Launching on Time | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Immediate revenue<br>▪ No design-around cost or risks<br>▪ Expected higher profits through life of patents and beyond<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |



# Revance's Expected Profit Boost with a License




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Balancing the Parties' Interests

| **Revance Benefits**<br>Certainty of Launching on Time | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Immediate revenue<br>▪ No design-around cost or risks<br>▪ Expected higher profits through life of patents and beyond<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |
| **2025 Focal Point** | |
| ▪ Daxxify reaches peak market share<br>▪ Revance launches biosimilar to Botox | ▪ Revance launches biosimilar to Botox |

# Reasonable Royalty for the Manufacturing Patents

$$\frac{\textit{Profit Boost through 2025}}{\textit{Total Sales through 2029}} = \textbf{Royalty Rate}$$

# A Reasonable Royalty




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Hypothetical Negotiation for the Drug Product Recipe Patent

## Date: October 2021

| **Revance Benefits**<br>Product Differentiation | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Differentiate from competition in established, crowded market<br>▪ Longer duration will drive Daxxify sales<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |



# Revance Differentiates Daxxify with Duration



**Bryan Bullock**
Senior Director of Marketing for Aesthetics
**Revance Therapeutics**

**Q.** *How does Daxxify differentiate itself from those conventional toxins?*

**A.** *The primary way* is when we talk about our *long-lasting results, the median duration of six months* and up to nine months for some patients.

But there's a lot of parts where we are different, but *that's the – how we generally compete against other competitors in this space*.

Oct. 18, 2023 Bullock Deposition Tr. 71:21 – 72:03

# Contemporary Surveys Showed the Value of Duration

| 2018 Revance Survey | 2020 Allergan Survey |
|---|---|
| 26% | 24% |

JTX-96.12; JTX-65.13

# Importance of Duration (Allergan Survey)

## A longer duration of action is the future innovation most desired by physicians, though not all are comfortable with a 9-month option

**Botulinum toxin product features:** *Future desired innovations*

**Desired future innovations with botulinum toxin products** (non conjoint question)**:**




**6** *Qual insight*

**6-month duration offers a motivating increase**

- ✓ HCPs comfortable with duration as an improvement but still close to current practice
- ✓ Reassuring to see patients on a frequent enough basis to maintain relationship
- ✓ Longer than currently achieved for many
  - • **Some** already achieving this/close to this (maj. CN, min. other)
  - ✓ Short enough that any SEs won't last too long (>CA)

**9** *Qual insight*

**9-month duration offers value for patients but HCPs have some concerns**

- ✓ HCPs perceive value for patient from less frequent attendance and injection pain (a benefit if patients are currently unsatisfied with these)
- ✓ Ability to co-ordinate with filler appointments where desired

**However:**

- × **Unnerving** for some; risk of longer-lasting unwanted / AEs
- × Potential to **impact HCP-patient relationship**
- • Pricing considerations:
  - • Need to price so as not to impact practice **profitability**
  - • **High upfront outlay** may be off-putting to patients

Base: Total respondents = 538; International=378, US=160
Q5. [See notes for question text].
*excludes US

Allergan Aesthetics
an AbbVie company

Please speak to your insights representative for any guidance, questions or clarifications



HIGHLY CONFIDENTIAL INFORMATION

ALGN-1844425

JTX-065.0013

JTX-65.13

Allergan

PDX17-12

# Importance of Duration (Allergan Survey)







**Value of Duration:**

$$\frac{72\%}{3} = 24\%$$

JTX-65.13

# Importance of Duration (Revance Survey)




JTX-96.12

# Importance of Duration (Revance Survey)




Q10. From the following list, rank the importance of the following factors associated with your CURRENT botulinum toxin treatment in terms of importance to you.
Q11. From the following list, rank the top five most important factors when considering a NEW botulinum toxin treatment in terms of importance to you.

| | Q10 (Current) | Q11 (New) |
|---|---|---|
| **The length of time that the improvement lasts** | 81% | 80% |
| **The frequency of office visits required** | 49% | 48% |

## Value of Duration:

$$\frac{(80\% + 48\%)}{5} = 26\%$$

JTX-96.12

# A Reasonable Royalty




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# EXHIBIT H

Lower end of concentration of nucleic acid (Table 6)

Converts grams > Milligrams

$$\frac{2\ ng}{1\ ml} \times \frac{1\ ml}{1\ g} \times \frac{1\ g}{1000\ mg} = \frac{2\ ng}{1000\ mg} = 0.002\ ng/mg = \mathbf{0.002\ parts\ per\ million}$$

of Water

Density of water

---

$$\frac{6\ ng}{1\ ml} \times \frac{1\ ml}{1\ g} \times \frac{1\ g}{1000\ mg} = \frac{6\ ng}{1000\ mg} = 0.006\ ng/mg = \mathbf{0.006\ parts\ per\ million}$$

# EXHIBIT I

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Frank Gessler

*July 17, 2025*

# Allergan, Inc.'s '740 Animal Free Process Patent Is Not Obvious

# Allergan, Inc.'s '740 Animal Free Process Patent Is Valid




- Revance has not shown, by **clear and convincing** evidence, that the '740 patent is invalid as obvious
- In 2003, a person of ordinary skill would **not** have been **motivated** to combine the publications cited by Revance
- In 2003, a person of ordinary skill would **not** have had a **reasonable expectation of success** in achieving Allergan's animal free process to make BoNT/A

# Allergan, Inc.'s '740 Animal Free Process Patent for Making BoNT/A



US007354740B2

(12) **United States Patent**
**Xiang et al.**

(10) **Patent No.:** **US 7,354,740 B2**
(45) **Date of Patent:** ***Apr. 8, 2008**

(54) **ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A *BOTULINUM* TOXIN**

(75) Inventors: **Hui Xiang**, Irvine, CA (US); **Mingjiang Luo**, Newport Beach, CA (US); **Ping Wang**, Irvine, CA (US); **Stephen Donovan**, Capistrano Beach, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 85 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/072,673**

(22) Filed: **Mar. 3, 2005**

(65) **Prior Publication Data**

US 2005/0238669 A1 Oct. 27, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, now Pat. No. 7,160,699, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003, now Pat. No. 7,148,041.

(51) **Int. Cl.**
***C12P 21/04*** (2006.01)
***C12N 1/00*** (2006.01)
***C12N 1/20*** (2006.01)

(52) **U.S. Cl.** ............... **435/71.1**; 435/252.7; 435/253.6; 424/842; 424/236.1; 424/239.1

(58) **Field of Classification Search** ............... 435/71.1, 435/252.7, 253.6; 424/842, 236.1, 239.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,558,926 | B1 | 5/2003 | Demain et al. |
| 2003/0008367 | A1 | 1/2003 | Oguma ........................ 435/184 |
| 2003/0118598 | A1 | 6/2003 | Hunt |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 94/09115 | 10/1993 |
| WO | WO 96/05222 | 6/1995 |
| WO | WO 98/54296 | 5/1998 |
| WO | WO 01/05997 A2 | 7/2000 |
| WO | WO 01/05997 A3 | 7/2000 |
| WO | WO 01-36655 | 10/2000 |
| WO | WO 01/58472 | 2/2001 |

OTHER PUBLICATIONS

Coligan, et al., *Current protocols in protein science, Front Matter*, Aug. 2003.

Lungdahl, L.G., et al., Working with anaerobic bacteria, *Manual of Industrial Microbiology and Biotechnology*, Chp. 8, 1986, pp. 84-96.

Mueller, J.H., et al., Variable factors influencing the product of tetanus toxin, *J. Bacteriol*, 1954; 67:271-7.

Ozutsumi, K., et al., Rapid, simplified method for production and purification of tetanus toxin, *Applied and Environmental Microbiology*, Apr. 1985, vol. 49, No. 4, pp. 939-943.

Chp. 1, pp. 1-88, Strategies of Protein Purification and Characterization, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed. Chp. 21, pp. 1-282.

Chp. 21, pp. 1-282, Peptidases, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed.

Heenan, C. N., et al., Lebensm.-Wiss. U.-Technol, 35 (2002), pp. 171-176.

Miwa, Norinaga, et al., International Journal of Food Microbiology, 49 (1999), pp. 103-106.

Mueller, J. H., et al., J. Bacteriology, Mar. 1954, 67(3), pp. 271-277.

Whitmer, M. E., et al., Applid and Environmental Microbiology, Mar. 1988, 54(3), pp. 753-759.

Oxoid—Product CM0149—product description, pp. 1-2, 2004.

Bedu-Addo, F., et al., *Use of Biophysical Characterization in Preformulation Development of a Heavy-Chain Fragment of Botulinum Serotype B: Evaluation of Suitable Purification Process Conditions*, Pharmaceutical Research, Aug. 2004, vol. 21, No. 8, pp. 1353-1361.

Byrne, M., et al., *Purification, Potency, and Efficacy of the Botulinum Neurotoxin Type A Binding Domain from Pichia Pastoris as a Recombinant Vaccine Candidate*, Infection and Immunity, Oct. 1998, vol. 66, No. 10, pp. 4817-4822.

Byrne, M., et al., *Fermentation, Purification, and Efficacy of a Recombinant Vaccine Candidate Against Botulinum Neurotoxin Type F from Pichia pastoris*, Protein Expression and Purification, 2000, 18, pp. 327-337.

Gessler, F., et al., *Production and Purification of Clostridium Botulinum Type C and D Neurotoxin*, FEMS Immunology and Medical Microbiology, 1999, vol. 24, pp. 361-367.

Gimenez, J., et al., *Simplified Purification Method for Clostridium Botulinum Type E Toxin*, Applied and Environmental Microbiology, Dec. 1987, vol. 53, No. 12, pp. 2827-2830.

Johnson, S., et al., *Scale-up of the Fermentation and Purification of the Recombinant Havy Chain Fragment C of Botulinum Neurotoxin Serotype F, Expressed in Pichia Pastoris*, Protein Expression and Purification, 2003, vol. 32, pp. 1-9.

Kozaki, H., et al., *Immunological Characterization of Papain-Induced Fragments of Clostridium Botulinum Type A Neurotoxin and Interaction of the Fragments with Brain Synaptosomes*, Infection and Immunity, 1989, vol. 57,. No. 9, pp. 2634-2639.

Prabakaran, S., et al., *Botulinum Neurotoxin Types B and E: Purification, Limited Proteolysis by Endoproteinase Glu-C and Pepsin, and Comparison of Their Identified Cleaved Sites Relative to the Three-Dimensional Structure of Type A Neurotoxin*, Toxicon, 2001, vol. 39, pp. 1515-1531.

Weatherly, G., et al., *Initial Purification of Recombinant Botulinum Neurotoxin Fragments for Pharmaceutical Production Using Hydrophobic Charge Induction of Chromatography*, Journal of Chromatography A, 2002, vol. 952, pp. 99-110.

(Continued)

*Primary Examiner*—Chih-Min Kam
(74) *Attorney, Agent, or Firm*—Stephen Donovan

(57) **ABSTRACT**

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

**8 Claims, 9 Drawing Sheets**

Joint Trial Exhibit
JTX-003

JTX-003.0001

## Inventors:

- Hui Xiang
- Mingjiang Luo
- Ping Wang
- Stephen Donovan

**Assignee:** Allergan, Inc.

**Key Date:** September 25, 2003

# Claims 6 and 8 of Allergan, Inc.'s '740 Animal Free Process Patent for Making BoNT/A

**6**. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8**. The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

Allergan, Inc.'s '740 Patent (JTX_003) at claims

# Allergan, Inc.'s '740 Patent Makes Active BoNT/A



BoNT/A

**6**. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

**8**. The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

Allergan, Inc.'s '740 Patent (JTX_003) at claims

# Seven Different Types of BoNT Were Known in 2003



BoNT/A



# Allergan, Inc.'s '740 Patent Was First to Make BoNT Without Animal Products

6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic inte

(c) co

col

cap

action chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatog-

hange

active

ing a

*botulinum* toxin which is a substantially APF purification process.

6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

8. The process of claim 6, wherein the *botulinum* toxin is a *botulinum* toxin type A.

Allergan, Inc.'s '740 Patent (JTX_003) at claims

# The Decades-Old Way to Make BoNT/A with Animal Products



# Allergan, Inc.'s '740 Patent Was First to Use an APF Process to Make BoNT/A




BoNT/A bacteria grown in plant media




BoNT/A purified without animal products

# Allergan, Inc.'s '740 Patent Was First APF Process to Make BoNT/A with Chromatography

6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

8. The process of claim 6, wherein the *botulinum* toxin is a *botulinum* toxin type A.

Allergan's '740 Patent (JTX_003) at claims

# Allergan, Inc.'s '740 Animal Free Process Patent Used Two Different Columns in a Series

## Hydrophobic Interaction Column ("HIC")

## Ion Exchange Column ("IEX")

Water-Hating or
Water-Loving




+ or - Charge

# These References Would Not Have Led to Allergan, Inc.'s '740 Animal Free Process

## FDA Guidance 1999



Guidance for Industry

Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products

Additional copies of this guidance document are available from Office of Communication, Training and Manufacturers Assistance (HFM-40), 1401 Rockville Pike, Rockville, MD 20852-1448, or by calling 1-800-835-4709 or 301-827-1800, or from the Internet at http://www.fda.gov/cber/guidelines.htm

For questions regarding this document, contact the Director, Division of Hematology, at 301-496-4396.

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Biologics Evaluation and Research (CBER)
November 1999

EXHIBIT Goodnough 8 5/3/24

Joint Trial Exhibit JTX-112

REV_DAX-02169854
JTX-112.0001

## Smelt 1982



Journal of Applied Bacteriology 1982, 52, 75–82 935/03/81

Growth and toxin formation by *Clostridium botulinum* at low pH values

J.P.P.M. Smelt, G.J.M. Raatjes, J.S. Crowther* & C.T. Verrips
*Unilever Research Laboratorium, Vlaardingen, The Netherlands and *Unilever Research Colworth Laboratory, Colworth House, Sharnbrook, Bedford, UK†*

*Received 23 February 1981 and accepted 5 June 1981*

Smelt, J.P.P.M., Raatjes, G.J.M., Crowther, J.S. & Verrips, C.T. 1982. Growth and toxin formation by *Clostridium botulinum* at low pH values. *Journal of Applied Bacteriology* 52, 75–82.

Spores of *Clostridium botulinum* were found to initiate growth and to produce toxin in aqueous suspensions of soya protein at pH values as low as 4·2 and in skimmed milk at pH 4·4. Most of the experiments were done with mixed cultures of *Cl.* ...

TRIAL EXHIBIT DTX-202

EXHIBIT 13

REV_DAX-02171829

DTX-202.0001

## Gessler 1999



ELSEVIER FEMS Immunology and Medical Microbiology 24 (1999) 361–367 FEMS IMMUNOLOGY AND MEDICAL MICROBIOLOGY

Production and purification of *Clostridium botulinum* type C and D neurotoxin

Frank Gessler *, Helge Böhnel

*Institute for Crop and Animal Production in the Tropics, Georg August University, Kellnerweg 6, 37077 Göttingen, Germany*

Received 17 November 1998; accepted 20 January 1999

Abstract

Neurotoxins of *Clostridium botulinum* are needed in basic neurologic research, but as therapeutic agent for certain neuromuscular disorders like strabism as well. A method for the production and purification of botulinum neurotoxins C and D is ...

TRIAL EXHIBIT DTX-192

EXHIBIT 12

REV_DAX-02169988

DTX-192.0001

# These References Would Not Have Led to Allergan, Inc.'s '740 Animal Free Process

## FDA Guidance 1999

**Guidance for Industry**

**Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products**

Additional copies of this guidance document are available from Office of Communication, Training and Manufacturers Assistance (HFM-40), 1401 Rockville Pike, Rockville, MD 20852-1448, or by calling 1-800-835-4709 or 301-827-1800, or from the Internet at http://www.fda.gov/cber/guidelines.htm

For questions regarding this document, contact the Director, Division of Hematology, at 301-496-4396.

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Biologics Evaluation and Research (CBER)
November 1999

EXHIBIT Goodrough 8 5/3/24

C.A. No. 21-1411-RGA-LDH Joint Trial Exhibit JTX-112

REV_DAX-02169854
JTX-112.0001

## Smelt 1982

Journal of Applied Bacteriology 1982, 52, 75-82

Growth and toxin formation by *Clostridium botulinum* at low pH values

J.P.P.M. Smelt, G.J.M. Raatjes, J.S. Crowther* & C.T. Verrips
Unilever Research Laboratorium, Vlaardingen, The Netherlands and *Unilever Research Colworth Laboratory, Colworth House, Sharnbrook, Bedford, UK

Received 23 February 1981 and accepted 5 June 1981

TRIAL EXHIBIT DTX-202

EXHIBIT 13

REV_DAX-02171829

DTX-202.0001

## Gessler 1999

FEMS Immunology and Medical Microbiology 24 (1999) 361-367

Production and purification of *Clostridium botulinum* type C and D neurotoxin

Frank Gessler *, Helge Böhnel

TRIAL EXHIBIT DTX-192

EXHIBIT 12

REV_DAX-02169988

DTX-192.0001

# FDA Guidance 1999 Focused on Guidelines for Blood Donations

## III. RECOMMENDATIONS FOR DONOR DEFERRAL

### A. Recommended Donor Deferral Criteria

1. FDA recommends that donors who have been diagnosed with nvCJD or CJD be permanently deferred.

2. FDA recommends that donors at increased risk for CJD (as identified by questions in section III.B.) be indefinitely deferred and appropriately counseled. Donors are considered to have an increased risk for CJD if they have received a dura mater transplant, human pituitary-derived growth hormone, or have one or more blood relatives with CJD.

3. FDA believes that donors who have resided in the United Kingdom (as identified by questions in section III.D.) may be at risk for acquiring nvCJD. As a precaution, FDA recommends that donors who have spent six months or more cumulatively in the United Kingdom from 1980 through 1996 (i.e., from January 1, 1980 through December 31, 1996) be indefinitely deferred.

4. FDA recommends that donors who injected bovine insulin since 1980 be indefinitely deferred unless it has been established that the product was not manufactured since 1980 from cattle in the United Kingdom. FDA has previously recommended that material from cattle in BSE countries not be used in the manufacture of FDA regulated products (59 FR 44591, August 29, 1994). At this time, FDA recommends that donors known to have injected insulin be further questioned to exclude the possibility that they received bovine insulin since 1980.

**FDA Guidance 1999**

Guidance for Industry

Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Biologics Evaluation and Research (CBER)
November 1999

EXHIBIT

Joint Trial Exhibit
JTX-112

FDA Guidance 1999 (JTX_112) at 6

# The Use of Animal Products in the Manufacture of Biopharmaceuticals Was Common

*PRIONS: Mayhem and Management*

**May 2002**

* * *

Smith wrote, "A considerable number of biopharmaceuticals manufactured today still use a wide range of raw materials sourced from animal byproducts. Many of these animal raw materials are

Prions Mayhem (JTX_114) at 6



# These References Would Not Have Led to Allergan, Inc.'s '740 Animal Free Process

## FDA Guidance 1999

**Guidance for Industry**

Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products

Additional copies of this guidance document are available from Office of Communication, Training and Manufacturers Assistance (HFM-40), 1401 Rockville Pike, Rockville, MD 20852-1448, or by calling 1-800-835-4709 or 301-827-1800, or from the Internet at http://www.fda.gov/cber/guidelines.htm

For questions regarding this document, contact the Director, Division of Hematology, at 301-496-4396.

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Biologics Evaluation and Research (CBER)
November 1999

EXHIBIT Goodnough 8
Joint Trial Exhibit JTX-112
REV_DAX-02169854
JTX-112.0001

## Smelt 1982

*Journal of Applied Bacteriology* 1982, **52**, 75–82 935/03/81

**Growth and toxin formation by *Clostridium botulinum* at low pH values**

J.P.P.M. Smelt, G.J.M. Raatjes, J.S. Crowther* & C.T. Verrips
*Unilever Research Laboratorium, Vlaardingen, The Netherlands and *Unilever Research Colworth Laboratory, Colworth House, Sharnbrook, Bedford, UK†*

*Received 23 February 1981 and accepted 5 June 1981*

Smelt, J.P.P.M., Raatjes, G.J.M., Crowther, J.S. & Verrips, C.T. 1982. Growth and toxin formation by *Clostridium botulinum* at low pH values. *Journal of Applied Bacteriology* **52**, 75–82.

Spores of *Clostridium botulinum* were found to initiate growth and to produce toxin in aqueous suspensions of soya protein at pH values as low as 4·2 and in skimmed milk at pH 4·4. Most of the experiments were done with mixed cultures of *Cl. botulinum* types A and B in the presence of two strains of *Bacillus subtilis*. The role of the latter organism was concluded to be to lower the oxygen content and the $E_h$ of the suspensions. Toxin was produced at pH 4·4 after 4 weeks of incubation at 30°C when either hydrochloric or citric acids were used as the acidulant and after 12 and 14 weeks when, respectively, lactic and acetic acids were used. Thus, amongst other factors the nature of the acid and not solely the pH value is an important factor in controlling the growth of *Cl. botulinum* at low pH. Pure cultures of *Cl. botulinum* type A grew at 30°C under strictly anaerobic conditions and produced toxin at pH 4·3 in the presence of hydrochloric acid.

It is generally accepted that growth of *Clostridium botulinum* is completely inhibited at pH values below 4·6 (Edwards 1973; Ito & Chen 1978). Many investigations have confirmed this in foods (Hauschild *et al.* 1975; Huhtanen *et al.* 1976; Ingram & Robinson 1951; Townsend *et al.* 1954) and in culture media (Dozier 1924; Ohye & Christian 1967). Therefore, it is generally agreed that canned foods which have a pH below 4·6 need not be heat processed in such a way that *Cl. botulinum* spores are killed. In practice these foods are heated sufficiently to kill acid-tolerant spore-formers, non-spore-forming bacteria, moulds and yeasts. While pH 4·6 is considered as the absolute limit below which *Cl. botulinum* can neither grow nor form toxin, the actual limiting pH may be higher at lower water activities or at sub-optimal temperatures (Baird-Parker & Freame 1967; Ohye & Christian 1967). Studies with other bacteria such as salmonellas (Chung & Goepfert 1970) or *Staphylococcus aureus* (Minor & Marth 1972) showed that the type of acid determines the minimum pH at which growth is possible. Hydrochloric and critic acids are less inhibitory than lactic or acetic acids at the same pH. To the authors' knowledge the influence of the type of acid on the development of *Cl. botulinum* has not been investigated.

During the course of investigations into the possible uses of soya protein, it was observed that under certain conditions *Cl. botulinum* could grow and form toxin in pasteurized, aqueous suspensions of soya protein at pH values as low as 4·0. Further work suggested that growth of *Cl. botulinum* at such low pH values was potentiated by facultative aerobic sporing bacilli which occurred as natural contaminants of the soya (Raatjes & Smelt 1979). More specifically, the

† Address for correspondence: J.P.P.M. Smelt, Unilever Research Laboratorium, PO Box 114, 3130 AC Vlaardingen, The Netherlands.

0021–8847/82/0200–0075 $02.00
© 1982 The Society for Applied Bacteriology

TRIAL EXHIBIT DTX-202
C.A. No. 21-1411-RGA-LDH
EXHIBIT 13
REV_DAX-02171829
DTX-202.0001

## Gessler 1999

ELSEVIER
FEMS Immunology and Medical Microbiology 24 (1999) 361–367
FEMS IMMUNOLOGY AND MEDICAL MICROBIOLOGY

Production and purification of *Clostridium botulinum* type C and D neurotoxin

Frank Gessler *, Helge Böhnel

Abstract

1. Introduction

TRIAL EXHIBIT DTX-192
EXHIBIT 12
REV_DAX-02169988
DTX-192.0001

# Smelt 1982 Focused on Food Safety, Not Manufacturing BoNT/A

Christian 1967). Therefore, it is generally agreed that canned foods which have a pH below 4·6 need not be heat processed in such a way that *Cl. botulinum* spores are killed. In practice these

Smelt 1982 (DTX_202) at 79

**Smelt 1982**



# BoNT Did Not Grow Well on Plant Media in Smelt 1982

The present growth experiments were not always reproducible since only one out of three batches of soya powder was found to support growth of pure cultures of *Cl. botulinum* at low pH.

Smelt 1982 (DTX_202) at 79

**Smelt 1982**



# These References Would Not Have Led to Allergan, Inc.'s '740 Animal Free Process

## FDA Guidance 1999


Guidance for Industry

Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products

Additional copies of this guidance document are available from Office of Communication, Training and Manufacturers Assistance (HFM-40), 1401 Rockville Pike, Rockville, MD 20852-1448, or by calling 1-800-835-4709 or 301-827-1800, or from the Internet at http://www.fda.gov/cber/guidelines.htm

For questions regarding this document, contact the Director, Division of Hematology, at 301-496-4396

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Biologics Evaluation and Research (CBER)
November 1999

EXHIBIT 8
Joint Trial Exhibit JTX-112

REV_DAX-02169854
JTX-112.0001

## Smelt 1982


Journal of Applied Bacteriology 1982, 52, 75–82

Growth and toxin formation by *Clostridium botulinum* at low pH values

J.P.P.M. Smelt, G.J.M. Raatjes, J.S. Crowther* & C.T. Verrips
Unilever Research Laboratorium, Vlaardingen, The Netherlands and *Unilever Research Colworth Laboratory, Colworth House, Sharnbrook, Bedford, UK†

Received 23 February 1981 and accepted 5 June 1981

TRIAL EXHIBIT DTX-202
EXHIBIT 13

REV_DAX-02171829
DTX-202.0001

## Gessler 1999


ELSEVIER FEMS Immunology and Medical Microbiology 24 (1999) 361–367
FEMS IMMUNOLOGY AND MEDICAL MICROBIOLOGY

Production and purification of *Clostridium botulinum* type C and D neurotoxin

Frank Gessler *, Helge Böhnel
Institute for Crop and Animal Production in the Tropics, Georg August University, Kellnerweg 6, 37077 Göttingen, Germany

Received 17 November 1998; accepted 20 January 1999

Abstract

Neurotoxins of *Clostridium botulinum* are needed in basic neurologic research, but as therapeutic agent for certain neuromuscular disorders like strabism as well. A method for the production and purification of botulinum neurotoxins C and D is reported using a two-step hollow-fiber cross flow filtration and a newly developed chromatographic purification procedure. Hollow-fiber filtration proved to be a rapid and safe concentration and pre-purification step, which can easily be scaled up. The chromatographic purification included hydrophobic interaction, anion exchange and size exclusion chromatography runs. Botulinum neurotoxins C and D could be recovered with an overall yield of 12.6% and 10.6%, respectively. A specific toxicity of $1.86 \times 10^7$ minimal lethal dose $mg^{-1}$ (type C) and $5.26 \times 10^7$ minimal lethal dose $mg^{-1}$ (type D) was determined in the mouse bioassay. © 1999 Federation of European Microbiological Societies. Published by Elsevier Science B.V. All rights reserved.

Keywords: *Clostridium botulinum*; Neurotoxin purification; Botulinum neurotoxin type C; Botulinum neurotoxin type D

1. Introduction

Botulinum neurotoxins (BoNT), which are produced by *Clostridium botulinum*, an anaerobic spore former, belong to the most toxic biological substances. For more than a century, research focused on the structure and pathogenesis of the seven distinct neurotoxins (A–G) and the associated diseases. Types A, B and E are generally considered as being pathogenic for humans, types C and D are often isolated in cases of animal botulism.

One of the first reports on botulism was written by Justinus Kerner, a German physician and poet. But he did not only increase our basic knowledge on the disease and the causative agent. As early as 1822, he already discussed the possible therapeutic use of BoNT or the 'fatty acid' as he called it [1]. However, it lasted 160 years until the benefits of BoNT were discovered and investigated again [2]. Since then, BoNT has become an important agent in treating strabism, blepharospasm, dystonia and other, similar diseases, caused by neuro-muscular disorders [3]. This, on the other hand, increased the demand for purified BoNT, which is also needed in basic neurologic research, e.g. transmitter release studies [4].

Previously published purification procedures for BoNT usually include an initial precipitation [5,6] or at least a centrifugation step [7]. Due to the high toxicity of BoNT, this purification is difficult and/or hazardous to run with larger volumes of cul-

* Corresponding author. Tel.: +49 (551) 39 3393; Fax: +49 (551) 39 3408; E-mail: fgessle@gwdg.de

0928-8244/99/$20.00 © 1999 Federation of European Microbiological Societies. Published by Elsevier Science B.V. All rights reserved.
PII: S0928-8244(99)00054-1

Downloaded from https://academic.oup.com/femspd/article/24/3/361/527382 by University Hohenheim user on 21 October 2022

TRIAL EXHIBIT DTX-192
EXHIBIT 12

REV_DAX-02169988
DTX-192.0001

# U.S. Patent Office Concluded Gessler 1999 Was Different than Claim 8

The following is an Examiner's Statement of Reasons for Allowance:

6.0) and size exclusion chromatography (Superdex 200). However, Gessler *et al.* do not teach an animal protein free (APF) process of purifying a biologically active botulinum toxin using a botulinum toxin fermentation culture substantially free of animal product purified by hydrophobic interaction chromatography and ion exchange chromatography. Therefore, the claims are allowable over the art of record.

Prosecution of Allergan's Animal Free Process Patent (JTX_010A) at 010.0028

# Gessler 1999 Made Different Types of BoNT

ELSEVIER

FEMS Immunology and Medical Microbiology 24 (1999) 361–367

FEMS IMMUNOLOGY AND MEDICAL MICROBIOLOGY

## Production and purification of *Clostridium botulinum* type C and D neurotoxin

Frank Gessler *, Helge Böhnel

*Institute for Crop and Animal Production in the Tropics, Georg August University, Kellnerweg 6, 37077 Göttingen, Germany*

Received 17 November 1998; accepted 20 January 1999

**Gessler 1999**

TRIAL EXHIBIT DTX-192

EXHIBIT 12

REV_DAX-02169988

DTX-192.0001

# BoNT/C and BoNT/A Are Not the Same as BoNT/A

BoNT/C



BoNT/D



versus

BoNT/A



Toxic mainly to **animals** like birds and cows

Toxic mainly to **humans**

# I Used Animal Products in Gessler 1999

### 2.5. *Toxin production*

Inoculum of both strains was prepared in 100-ml flasks. The strains were incubated overnight in 50 ml cooked meat medium (Difco) at 37°C. The flasks were placed in an anaerobic jar. A suitable atmosphere, which initially consisted of 90% $N_2$, 5% $H_2$ and 5% $CO_2$, was generated with the gas supplying system Anoxomat (Mart).

For toxin production, the 'Göttinger Bioreactor' was used with slight modifications as previously reported [10]. Briefly, a 20 l fermentor vessel containing 10 l medium, which consisted of 1% peptone from casein, pancreatically digested, 1% meat extract, 0.3% yeast extract, 0.1% soluble starch, 0.5% D-glucose, 0.5% sodium chloride, 0.3% sodium acetate and 0.05% L-cysteine-HCl, was inoculated with the overnight culture of type C or D, respectively. Medium for type C was supplemented with 3% cooked meat (Difco). Initially, the pH was adjusted to 6.8. The fermentor culture was incubated for 4 days at 37°C with a continuous $N_2$ overflow. Every day, samples where taken, checked for contamination and examined in SDS-PAGE.

Gessler 1999 (DTX_192) at 362

**Gessler 1999**



# These References Would Not Have Led to Allergan, Inc.'s '740 Animal Free Process

**FDA Guidance 1999**




**Smelt 1982**




**Gessler 1999**



# Allergan, Inc.'s '740 Animal Free Process Patent Is Not Obvious

# Allergan, Inc.'s '748 Super Pure Process Patent Is Not Obvious

# Allergan, Inc.'s '748 Super Pure Process Patent Is Not Obvious



US011203748B2

(12) **United States Patent**
**Ton et al.**

(10) **Patent No.: US 11,203,748 B2**
(45) **Date of Patent: *Dec. 21, 2021**

(54) **PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN**

(71) Applicant: **Allergan, Inc.**, Irvine, CA (US)

(72) Inventors: **Jennifer L. Ton**, Irvine, CA (US); **Hemant A. Patel**, Rancho Santa Margarita, CA (US); **Ronald C. Bates**, Irvine, CA (US); **Wajdie M. Ahmad**, Westminster, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/340,720**

(22) Filed: **Jun. 7, 2021**

(65) **Prior Publication Data**

US 2021/0292727 A1 Sep. 23, 2021

**Related U.S. Application Data**

(60) Continuation of application No. 16/673,444, filed on Nov. 4, 2019, now Pat. No. 11,124,786, which is a continuation of application No. 15/664,456, filed on Jul. 31, 2017, now Pat. No. 10,465,178, which is a division of application No. 14/961,327, filed on Dec. 7, 2015, now Pat. No. 9,719,076, which is a division of application No. 14/561,402, filed on Dec. 5, 2014, now Pat. No. 9,206,409, which is a continuation of application No. 13/407,662, filed on Feb. 28, 2012, now Pat. No. 8,932,827, which is a continuation of application No. 13/344,399, filed on Jan. 5, 2012, now Pat. No. 8,927,229, which is a continuation of application No. 12/502,181, filed on Jul. 13, 2009, now Pat. No. 8,129,139.

(51) **Int. Cl.**

| | |
|---|---|
| ***C12P 1/00*** | (2006.01) |
| ***C12N 9/52*** | (2006.01) |
| ***C07K 14/33*** | (2006.01) |
| ***C07K 1/18*** | (2006.01) |
| ***C12N 1/20*** | (2006.01) |
| ***C12P 21/02*** | (2006.01) |
| ***B01D 15/36*** | (2006.01) |
| *C12R 1/145* | (2006.01) |

(52) **U.S. Cl.**

CPC ........... ***C12N 9/52*** (2013.01); ***B01D 15/361*** (2013.01); ***B01D 15/362*** (2013.01); ***B01D 15/363*** (2013.01); ***C07K 1/18*** (2013.01); ***C07K 14/33*** (2013.01); ***C12N 1/20*** (2013.01); ***C12P 21/02*** (2013.01); *C12R 2001/145* (2021.05); *C12Y 304/24069* (2013.01)

(58) **Field of Classification Search**

CPC .......................................... C12N 9/52

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,401,683 | A | 8/1983 | Thompson |
| 5,565,330 | A | 10/1996 | Atkinson et al. |
| 5,962,637 | A | 10/1999 | Shone et al. |
| 6,043,042 | A | 3/2000 | Shone et al. |
| 6,337,386 | B1 | 1/2002 | Shone et al. |
| 6,444,209 | B1 | 9/2002 | Johnson et al. |
| 6,558,926 | B1 | 5/2003 | Demain et al. |
| 6,818,409 | B2 | 11/2004 | Oguma |
| 7,148,041 | B2 | 12/2006 | Donovan |
| 7,160,699 | B2 | 1/2007 | Wang et al. |
| 7,183,066 | B2 | 2/2007 | Fernandez-Salas et al. |
| 7,189,541 | B2 | 3/2007 | Donovan |
| 7,208,285 | B2 | 4/2007 | Steward et al. |
| 7,332,567 | B2 | 2/2008 | Steward et al. |
| 7,354,470 | B2 | 4/2008 | Condrad |
| 7,354,740 | B2 | 4/2008 | Xiang et al. |
| 7,399,607 | B2 | 7/2008 | Williams et al. |
| 7,445,914 | B2 | 11/2008 | Donovan |
| 7,452,697 | B2 | 11/2008 | Luo et al. |
| 7,560,251 | B2 | 7/2009 | Wang et al. |
| 7,598,027 | B2 | 10/2009 | Fernandez-Salas et al. |
| 7,645,570 | B2 | 1/2010 | Fernandez-Salas et al. |
| 7,846,722 | B2 | 12/2010 | Williams et al. |
| 8,008,044 | B2 | 8/2011 | Donovan |
| 8,012,716 | B2 | 9/2011 | Donovan et al. |
| 8,124,357 | B2 | 2/2012 | Fernandez-Salas et al. |
| 8,129,139 | B2 | 3/2012 | Ton et al. |
| 8,324,349 | B2 | 12/2012 | Ton et al. |
| 8,357,541 | B2 | 1/2013 | Ton et al. |
| 8,409,828 | B2 | 4/2013 | Xiang et al. |
| 8,841,110 | B2 | 9/2014 | Xiang et al. |
| 8,927,229 | B2 | 1/2015 | Ton et al. |
| 8,932,827 | B2 | 1/2015 | Ton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1081159 | A1 | 3/2001 |
| JP | 2002/501387 | A | 1/2002 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 12/098,896, filed Apr. 2, 2013, Xiang et al.
Aktories et al., "Modification of Actin and Rho Proteins by Clostridial ADP-Ribosylating Toxins," Bacterial Toxins and Virulence Factors in Disease, Handbook of Natural Toxins vol. 8, 491-520 (1995).
Amersdorfer et al., "Molecular Characterization of Murine Humoral Immune Response to Botulinum Neurotoxin Type A Binding Domain as Assessed by Using Phage Antibody Libraries", Infect. Immun., 65(9): 3743-3752 (1997).
Anellis et al., "Comparative Resistance of Strains of Clostridium botulinum to Gamma Rays," 10(4): 326-330 (1962).
Aoki, "Botulinum neurotoxin serotypes A and B preparations have different safety margins in preclinical models of muscle weakening efficacy and systemic safety," Toxicon, 40: 923-928 (2002).

(Continued)

*Primary Examiner* — Albert M Navarro
(74) *Attorney, Agent, or Firm* — Foley Hoag LLP

(57) **ABSTRACT**

Rapid, animal protein free, chromatographic processes and systems for obtaining high potency, high yield botulinum neurotoxin for research, therapeutic and cosmetic use.

**14 Claims, 1 Drawing Sheet**

Joint Trial Exhibit
JTX-004

JTX-004.0001

- Revance has not shown, by **clear and convincing** evidence, that the '748 patent is invalid as obvious
- In 2009, a person of ordinary skill would **not** have been **motivated** to combine the publications cited by Revance
- In 2009, a person of ordinary skill would **not** have had a **reasonable expectation of success** in achieving Allergan's super pure process to make BoNT/A

# Allergan, Inc.'s '748 Super Pure BoNT/A Process Patent



US011203748B2

(12) **United States Patent**
**Ton et al.**

(10) **Patent No.: US 11,203,748 B2**
(45) **Date of Patent: *Dec. 21, 2021**

(54) **PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN**

(71) Applicant: **Allergan, Inc.**, Irvine, CA (US)

(72) Inventors: **Jennifer L. Ton**, Irvine, CA (US); **Hemant A. Patel**, Rancho Santa Margarita, CA (US); **Ronald C. Bates**, Irvine, CA (US); **Wajdie M. Ahmad**, Westminster, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/340,720**

(22) Filed: **Jun. 7, 2021**

(65) **Prior Publication Data**

US 2021/0292727 A1 Sep. 23, 2021

**Related U.S. Application Data**

(60) Continuation of application No. 16/673,444, filed on Nov. 4, 2019, now Pat. No. 11,124,786, which is a continuation of application No. 15/664,456, filed on Jul. 31, 2017, now Pat. No. 10,465,178, which is a division of application No. 14/961,327, filed on Dec. 7, 2015, now Pat. No. 9,719,076, which is a division of application No. 14/561,402, filed on Dec. 5, 2014, now Pat. No. 9,206,409, which is a continuation of application No. 13/407,662, filed on Feb. 28, 2012, now Pat. No. 8,932,827, which is a continuation of application No. 13/344,399, filed on Jan. 5, 2012, now Pat. No. 8,927,229, which is a continuation of application No. 12/502,181, filed on Jul. 13, 2009, now Pat. No. 8,129,139.

(51) **Int. Cl.**

| | |
|---|---|
| ***C12P 1/00*** | (2006.01) |
| ***C12N 9/52*** | (2006.01) |
| ***C07K 14/33*** | (2006.01) |
| ***C07K 1/18*** | (2006.01) |
| ***C12N 1/20*** | (2006.01) |
| ***C12P 21/02*** | (2006.01) |
| ***B01D 15/36*** | (2006.01) |
| *C12R 1/145* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***C12N 9/52*** (2013.01); ***B01D 15/361*** (2013.01); ***B01D 15/362*** (2013.01); ***B01D 15/363*** (2013.01); ***C07K 1/18*** (2013.01); ***C07K 14/33*** (2013.01); ***C12N 1/20*** (2013.01); ***C12P 21/02*** (2013.01); *C12R 2001/145* (2021.05); *C12Y 304/24069* (2013.01)

(58) **Field of Classification Search**
CPC ............................................ C12N 9/52
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,401,683 | A | 8/1983 | Thompson |
| 5,565,330 | A | 10/1996 | Atkinson et al. |
| 5,962,637 | A | 10/1999 | Shone et al. |
| 6,043,042 | A | 3/2000 | Shone et al. |
| 6,337,386 | B1 | 1/2002 | Shone et al. |
| 6,444,209 | B1 | 9/2002 | Johnson et al. |
| 6,558,926 | B1 | 5/2003 | Demain et al. |
| 6,818,409 | B2 | 11/2004 | Oguma |
| 7,148,041 | B2 | 12/2006 | Donovan |
| 7,160,699 | B2 | 1/2007 | Wang et al. |
| 7,183,066 | B2 | 2/2007 | Fernandez-Salas et al. |
| 7,189,541 | B2 | 3/2007 | Donovan |
| 7,208,285 | B2 | 4/2007 | Steward et al. |
| 7,332,567 | B2 | 2/2008 | Steward et al. |
| 7,354,470 | B2 | 4/2008 | Condrad |
| 7,354,740 | B2 | 4/2008 | Xiang et al. |
| 7,399,607 | B2 | 7/2008 | Williams et al. |
| 7,445,914 | B2 | 11/2008 | Donovan |
| 7,452,697 | B2 | 11/2008 | Luo et al. |
| 7,560,251 | B2 | 7/2009 | Wang et al. |
| 7,598,027 | B2 | 10/2009 | Fernandez-Salas et al. |
| 7,645,570 | B2 | 1/2010 | Fernandez-Salas et al. |
| 7,846,722 | B2 | 12/2010 | Williams et al. |
| 8,008,044 | B2 | 8/2011 | Donovan |
| 8,012,716 | B2 | 9/2011 | Donovan et al. |
| 8,124,357 | B2 | 2/2012 | Fernandez-Salas et al. |
| 8,129,139 | B2 | 3/2012 | Ton et al. |
| 8,324,349 | B2 | 12/2012 | Ton et al. |
| 8,357,541 | B2 | 1/2013 | Ton et al. |
| 8,409,828 | B2 | 4/2013 | Xiang et al. |
| 8,841,110 | B2 | 9/2014 | Xiang et al. |
| 8,927,229 | B2 | 1/2015 | Ton et al. |
| 8,932,827 | B2 | 1/2015 | Ton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1081159 | A1 | 3/2001 |
| JP | 2002/501387 | A | 1/2002 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 12/098,896, filed Apr. 2, 2013, Xiang et al.
Aktories et al., "Modification of Actin and Rho Proteins by Clostridial ADP-Ribosylating Toxins," Bacterial Toxins and Virulence Factors in Disease, Handbook of Natural Toxins vol. 8, 491-520 (1995).
Amersdorfer et al., "Molecular Characterization of Murine Humoral Immune Response to Botulinum Neurotoxin Type A Binding Domain as Assessed by Using Phage Antibody Libraries", Infect. Immun., 65(9): 3743-3752 (1997).
Anellis et al., "Comparative Resistance of Strains of Clostridium botulinum to Gamma Rays," 10(4): 326-330 (1962).
Aoki, "Botulinum neurotoxin serotypes A and B preparations have different safety margins in preclinical models of muscle weakening efficacy and systemic safety," Toxicon, 40: 923-928 (2002).

(Continued)

*Primary Examiner* — Albert M Navarro
(74) *Attorney, Agent, or Firm* — Foley Hoag LLP

(57) **ABSTRACT**

Rapid, animal protein free, chromatographic processes and systems for obtaining high potency, high yield botulinum neurotoxin for research, therapeutic and cosmetic use.

**14 Claims, 1 Drawing Sheet**

Joint Trial Exhibit
JTX-004

JTX-004.0001

## Inventors:

- Jennifer L. Ton
- Hemant A. Patel
- Ronald C. Bates
- Wajdie M. Ahmad

**Assignee:** Allergan, Inc.

**Key Date:** July 13, 2009

# Claim 8 of Allergan, Inc.'s '748 Super Pure Process Patent

**1**. A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

(a) contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

(b) eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

(c) contacting the first eluate with a buffer;

(d) further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

(e) eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

(f) recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

**8**. The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

Allergan, Inc.'s '748 Patent (JTX_004) at claims

# Allergan, Inc.'s '748 Patent Continued its Innovation in Animal Free BoNT/A Manufacturing

1. A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the pro

(a) contacting

matography

the approx

AEX medi

(b) eluting the

provide a f

(c) contacting

(d) further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

kDa BoNT/A to

purified approxi-

free of 900 kDa

1. A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

8. The process according to claim 1, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

Allergan, Inc.'s '748 Patent (JTX_004) at claims

# Allergan, Inc.'s '748 Patent Continued its Innovation in Animal Free BoNT/A Manufacturing

## Figure 1




## Example 2

As shown by the right hand side of FIG. 1, the two column APF process used in this Example 2 for obtaining a biologically active botulinum neurotoxin complex comprised the following steps: (a) culturing bacteria, such as *Clostridium botulinum* bacteria from an APF WCB vial, in a seed/culturing bottle, (b) then fermenting *Clostridium botulinum* bacteria in a fermentor (toxin production fermentor) having APF fermentation medium to expand the cell line, proceeding with fermentation and botulinum toxin production until a desired cell lysis phase is reached. Next, (c) harvesting (e.g. clarifying by filtration) the APF fermentation medium to obtain a harvested fermentation medium, (d) proceeding with concentration and dilution resulting in a diluted harvested fermentation medium that is (e) passed through a capture column to remove impurities, (f) contacting eluent from the capture column with a polishing column to further remove impurities, and optionally a second polishing column (g) concentration and buffer exchange of the polishing column eluent, (h) followed by bioburden reduction filtration and the (i) filling of vials.

Allergan, Inc.'s '748 Patent (JTX_004) at Fig. 1B, 35:33-53

# Allergan, Inc.'s '748 Super Pure Process Patent Purified the Active Part of BoNT/A

1. A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

Allergan, Inc.'s '748 Patent






# Allergan, Inc.'s '748 Super Pure Process Patent Combined Two Specific Columns in a Series

(a) contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

(d) further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

Allergan, Inc.'s '748 Patent

# Allergan, Inc.'s '748 Super Pure Process Patent Combined Two Specific Columns in a Series

## Anion Exchange Chromatography ("AEX")

+ Charge




## Cation Exchange Chromatography ("CEX")




- Charge

# '748 Patent Can Make BoNT/A with No More than 1 ppm Residual Nucleic Acid

8. The process according to claim 1, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

Allergan, Inc.'s '748 Patent (JTX_004) at claims

# ’748 Patent Can Make BoNT/A with No More than 1 ppm Residual Nucleic Acid



# Amount of Residual Nucleic Acid that Remains in BoNT Is Impacted by Many Factors



pH
temperature
gunk coming out
buffers
column type
liquid going in
pores in sand
liquid coming out
resin chemistry
resin type
target produc
wash-off conditions
resin size
pressure
resin charge
gunk going in
column combination
timing of collection
collection plan
time in column

# Example 2 Describes Process Conditions that (as a Whole) Can Reduce Nucleic Acids

Example 2

APF, Two and Three Column Chromatographic Systems and Processes for Obtaining a Botulinum Neurotoxin

Upstream Steps (Culturing and Fermentation)

Our Example 2 process had two general stages; an upstream stage and a downstream stage. The upstream stage includes expansion of a starting cell line (growth and reproduction of *Clostridium botulinum* bacteria in a substantially APF culture medium), fermentation, harvest (removal of cellular debris) to provide a clarified, harvested culture that is then concentrated and diluted. Thus, in this example the nine steps of our two column process are culturing, fermentation, harvest filtration, concentration, capture (anion) chromatography, polishing (cation) chromatography, buffer exchange, bioburden reduction and vial fill.

Once the fermentation medium was cooled to 25° C., the cell debris was separated from the botulinum neurotoxin type A complex containing lysate by depth filtration, first through a 5-0.9 μm nominal retention rating gradient pre-filter to remove cell debris, and then through a positively charged 0.8-0.2 μm nominal retention rating gradient to remove DNA (removal of up to about 80%). Both filters

Downstream Steps (Purification)

Downstream steps included capture of the botulinum neurotoxin on an anion exchange column, elution from the column and further separation from impurities by polishing on a cation exchange column, and preferably (in the three column process), passage of eluent containing desired botulinum neurotoxin through a third column, preferably a hydrophobic interaction column (e.g. chromatography), followed by concentration and buffer exchange using tangential flow filtration (TFF), and bioburden reduction (e.g. by further filtration using a 0.2 μm filter) to a final botulinum neurotoxin type A complex optimized for cold storage, preferably freezing, and eventual compounding into a botulinum neurotoxin type A complex pharmaceutical composition. The sequence of the chromatography and filtration

Allergan, Inc.'s '748 Patent (JTX_004) at 29:51-55, 30:44-55, 31:20-26, 32:5-20

# These References Would Not Have Led to Allergan, Inc.'s '748 Super Pure Process

## Malizio 2000




## Xiang '669



US 20050238669A1

(19) **United States**
(12) **Patent Application Publication** (10) **Pub. No.: US 2005/0238669 A1**
**Xiang et al.** (43) **Pub. Date: Oct. 27, 2005**

(54) **ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN**

(75) Inventors: **Hui Xiang**, Irvine, CA (US); **Mingjiang Luo**, Newport Beach, CA (US); **Ping Wang**, Irvine, CA (US); **Stephen Donovan**, Capistrano Beach, CA (US)

Correspondence Address:
**Stephen Donovan**
**Allergan, Inc.**
**2525 Dupont Circle**
**Irvine, CA 92612 (US)**

(73) Assignee: **ALLERGAN, INC.**, Irvine, CA

(21) Appl. No.: **11/072,673**

(22) Filed: **Mar. 3, 2005**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003.

**Publication Classification**

(51) **Int. Cl.**[7] .......... **A61K 39/08**; C07K 14/33
(52) **U.S. Cl.** .......... **424/239.1**; 530/350

(57) **ABSTRACT**

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-113

EXHIBIT
16

REV_DAX-02172826
JTX-113.0001

# These References Would Not Have Led to Allergan, Inc.'s '748 Super Pure Process

## Malizio 2000




## Xiang '669


US 20050238669A1

(19) United States
(12) Patent Application Publication
Xiang et al.

(10) Pub. No.: US 2005/0238669 A1
(43) Pub. Date: Oct. 27, 2005

(54) ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN

(75) Inventors: Hui Xiang, Irvine, CA (US); Mingjiang Luo, Newport Beach, CA (US); Ping Wang, Irvine, CA (US); Stephen Donovan, Capistrano Beach, CA (US)

Correspondence Address:
Stephen Donovan
Allergan, Inc.
2525 Dupont Circle
Irvine, CA 92612 (US)

(73) Assignee: ALLERGAN, INC., Irvine, CA

(21) Appl. No.: 11/072,673

(22) Filed: Mar. 3, 2005

Related U.S. Application Data

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003.

Publication Classification

(51) Int. Cl.[7] ..................... A61K 39/08; C07K 14/33
(52) U.S. Cl. ..................... 424/239.1; 530/350

(57) ABSTRACT

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

Joint Trial Exhibit
JTX-113
EXHIBIT
REV_DAX-02172826
JTX-113.0001

# U.S. Patent Office Already Considered Malizio 2000

'748 Patent



**US 11,203,748 B2**

Page 3

* * *

(56) **References Cited**

OTHER PUBLICATIONS

* * *

Li et al., "Expression and characterization of the heavy chain of tetanus toxin: reconstitution of the fully-recombinant dichain protein in active form," Journal of Biochemistry (Tokyo), 125(6): 1200-1208(1999).

Lungdahl et al., "Working with anaerobic bacteria," Manual of Industrial Microbiology and Biotechnology, Chapter 8: 84-96 (1986).

Malizio et al., "Purification of Clostridium botulinum Type A Neurotoxin," Methods in Molecular Biology, 145: 27-39 (2000).

Marconi et al., "A protein-chip Membrane-Capture Assay for Botulinum Neurotoxin Activity," Toxicol. App. Pharmacol., 233(3): 439-446 (2008).

Allergan, Inc.'s '748 Patent (JTX_004) at (56)

# Malizio 2000 Used Animal Products In Its Process

## 2. Materials

### *2.1. Toxin Production*

1. Hall A strain: *Clostridium botulinum* (*see* **ref. *[23]*** for genetic characterization).
2. Inoculum medium: 500 mL of $dH_2O$, 2.0% casein hydrolysate, 1.0% yeast extract, 0.5% glucose (w/v), pH 7.2. Autoclave for 30 min at 121°C.
3. 50 g of glucose solution in 500 mL of $dH_2O$. Autoclaved for 30 min.
4. 10 L of toxin production medium in 13 L of carboy: 9.5 L of $dH_2O$, 2.0% casein hydrolysate, 1.0% yeast extract (w/v), pH 7.2. Autoclave for 90 min at 121°C.

Malizio 2000 (DTX-196) at 30

**Malizio 2000**



# Malizio 2000 Lists Possible Additional Steps in Its Non-APF Process

**Malizio 2000**




### 3.5. Purification of Botulinum Type A Neurotoxin

Recovery of neurotoxin from the complex is typically 10–13%. Because crystalline toxin is one of the more stable forms, only the required amount of neurotoxin (which is more labile than the crystals) is usually purified as needed.

1. Dissolve the required amount of crystals in 0.02 *M* sodium phosphate buffer, pH 7.9, for 1–2 h and dialyze for 18 h (10× with three buffer changes) to remove ammonium sulfate.
2. Pack and wash DEAE-Sephadex A-50 in a column sufficient in size to bind all the complex (*see* **Note 11**).
3. Centrifuge (12,000*g* for 10 min at 10°C) sample and load onto column. Wash column with at least 50 mL of starting buffer or until $A_{280}$ is less than 0.01.
4. Set flow rate at 30 mL/h and begin collecting fractions.
5. Neurotoxin is eluted with a linear gradient of sodium chloride made of running buffer plus running buffer containing 0.3 *M* sodium chloride. Toxin elutes at ca. 0.15 *M* chloride ion. The volume of eluant is dependent on column size but is typically 4–5× the volume of the gel volume.
6. Read $A_{280}$ of fractions and pool first peak eluted in the sodium chloride gradient (*see* **Note 12**).

### 3.6. Additional Purification Steps

The following methods can be used to eliminate any trace contaminants that may be present in the toxin pool that could interfere with sensitive protocols. Specific toxicity generally will not be improved, but trace contaminants are removed.

#### 3.6.1. Treatment with Carbohydrate-Binding Affinity Gel

1. Mix pooled toxin with 1 mL of washed pAPTG gel and gently mix for 15 min at 20–22°C.
2. Load toxin–pAPTG slurry into the column and collect the toxin as it elutes using $A_{280}$ to pool fractions. Neurotoxin does not bind to the gel matrix but nontoxic proteins including those with hemagglutinating activity do bind under these conditions.

#### 3.6.2. Chromatography on SP-Sephadex C-50

1. Dialyze toxin against 0.02 *M* sodium phosphate, pH 7.0, at 4°C against several changes of buffer.

Malizio 2000 (DTX_196) at 34

# These References Would Not Have Led to Allergan, Inc.'s '748 Super Pure Process

## Malizio 2000




TRIAL EXHIBIT DTX-196

EXHIBIT Goodnough 14

REV_DAX-02170715

DTX-196.0001

## Xiang '669

US 20050238669A1

(19) **United States**
(12) **Patent Application Publication**
**Xiang et al.**

(10) **Pub. No.: US 2005/0238669 A1**
(43) **Pub. Date: Oct. 27, 2005**

(54) **ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN**

(75) Inventors: **Hui Xiang**, Irvine, CA (US); **Mingjiang Luo**, Newport Beach, CA (US); **Ping Wang**, Irvine, CA (US); **Stephen Donovan**, Capistrano Beach, CA (US)

Correspondence Address:
**Stephen Donovan**
**Allergan, Inc.**
**2525 Dupont Circle**
**Irvine, CA 92612 (US)**

(73) Assignee: **ALLERGAN, INC.**, Irvine, CA

(21) Appl. No.: **11/072,673**

(22) Filed: **Mar. 3, 2005**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003.

**Publication Classification**

(51) **Int. Cl.**[7] .......... **A61K 39/08**; C07K 14/33
(52) **U.S. Cl.** .......... **424/239.1**; 530/350

(57) **ABSTRACT**


Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.


Joint Trial Exhibit JTX-113

EXHIBIT Goodnough 16

REV_DAX-02172826
JTX-113.0001

# Xiang '669 = '740 Animal Free Patent

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: **US 2005/0238669 A1**
Xiang et al. (43) Pub. Date: **Oct. 27, 2005**

(12) **United States Patent** (10) **Patent No.: US 7,354,740 B2**
**Xiang et al.** (45) **Date of Patent: *Apr. 8, 2008**

* * *

(65) **Prior Publication Data**

US 2005/0238669 A1 Oct. 27, 2005

**Same**

# U.S. Patent Office Already Considered Xiang '669/'740 Patent

'748 Patent



(12) **United States Patent**
**Ton et al.**

(10) **Patent No.: US 11,203,748 B2**
(45) **Date of Patent: *Dec. 21, 2021**

* * *

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,401,683 | A | 8/1983 | Thompson |
| 5,565,330 | A | 10/1996 | Atkinson et al. |
| 5,962,637 | A | 10/1999 | Shone et al. |
| 6,043,042 | A | 3/2000 | Shone et al. |
| 6,337,386 | B1 | 1/2002 | Shone et al. |
| 6,444,209 | B1 | 9/2002 | Johnson et al. |
| 6,558,926 | B1 | 5/2003 | Demain et al. |
| 6,818,409 | B2 | 11/2004 | Oguma |
| 7,148,041 | B2 | 12/2006 | Donovan |
| 7,160,699 | B2 | 1/2007 | Wang et al. |
| 7,183,066 | B2 | 2/2007 | Fernandez-Salas et al. |
| 7,189,541 | B2 | 3/2007 | Donovan |
| 7,208,285 | B2 | 4/2007 | Steward et al. |
| 7,332,567 | B2 | 2/2008 | Steward et al. |
| 7,354,470 | B2 | 4/2008 | Condrad |
| 7,354,740 | B2 | 4/2008 | Xiang et al. |

Xiang '669 = '740 patent

Allergan, Inc.'s '748 Patent (JTX_004) at (56) (annotation added)

# Allergan, Inc.'s Two Inventions Use Different Chromatography

## Xiang '669/'740 Patent

### Hydrophobic Interaction Column ("HIC")




Water-Hating or Water-Loving

### Ion Exchange Column ("IEX")

+ or - Charge




## '748 Super Pure Patent

### Anion Exchange Chromatography ("AEX")




+ Charge

### Cation Exchange Chromatography ("CEX")

- Charge



# Allergan Earlier Warned Against Using the Same AEX That Is Used in the '748 Patent

JTX_212


United States Patent
US 7,452,697 B2
JTX-212

Example 16

Three Column APF Chromatographic Method and System for Purifying a *Botulinum* Toxin

* * *

We carried out an experiment which determined that anion exchange column chromatography (such as Q Sepharose and DEAE Sepharose resins) should not be used in toxin column chromatography purification because such columns can cause the toxin band pattern to change. Briefly, the experi-

JTX_212 at 55:53-57

# In 2019, Revance Filed Its Own Patent on an AEX to CEX Process

## Revance's Patent Application


Docket No.: 13720.0011U6

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Revance Therapeutics, Inc.

Inventor(s): Curtis L. Ruegg, *et al.* Art Unit: 1645

Serial No.: 16/700,728 Examiner: MINNIFIELD, Nita M.

Filed: 12/02/2019 Confirmation No. 1739

Title: Methods and Systems for Purifying Non-Complexed Botulinum Neurotoxin

RESPONSE AND AMENDMENT

SUBMITTED VIA EFS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Responsive to the Non-final Office Action dated June 23, 2020 for the above-referenced case and to the Notice of Non-Compliant Amendment dated January 8, 2021, Applicant respectfully requests entry and consideration of the following amendments and remarks. The Commissioner is hereby authorized to charge Deposit Account No. 14-0629, Order No. 13720.0011U6 for any fee(s) that may be necessary for the entry and consideration of this paper.

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks** begin on page 6 of this paper.

ALGN-1847067

PTX-433.0133

1. (Currently Amended) A method for purifying a non-complexed *botulinum* toxin, the method comprising:

(i) providing a mixture comprising a crude non-complexed *botulinum* toxin;

(ii) loading the mixture ~~crude non-complexed botulinum toxin~~ on an anion exchange column so as to permit capture of the non-complexed botulinum toxin by the anion exchange column;

(iii) eluting the non-complexed botulinum toxin from the anion exchange column to give an eluent comprising the non-complexed botulinum toxin;

(iv) loading a cation exchange column with the eluent from the anion exchange column so as to permit capture of the non-complexed botulinum toxin by the cation exchange column; and

(v) eluting purified non-complexed *botulinum* toxin from the cation exchange column.

Revance's '728 Application (PTX_433) at 433.0134

# Revance Told the U.S. Patent Office that Allergan, Inc.'s Example 16 "Teaches Away"

## Revance's Patent Application


Docket No.: 13720.0011U6

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Applicant(s): Revance Therapeutics, Inc.

Inventor(s): Curtis L. Ruegg, *et al.* Art Unit: 1645

Serial No.: 16/700,728 Examiner: MINNIFIELD, Nita M.

Filed: 12/02/2019 Confirmation No.: 1739

Title: Methods and Systems for Purifying Non-Complexed Botulinum Neurotoxin

RESPONSE AND AMENDMENT

SUBMITTED VIA EFS
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

Responsive to the Non-final Office Action dated June 23, 2020 for the above-referenced case and to the Notice of Non-Compliant Amendment dated January 8, 2021, Applicant respectfully requests entry and consideration of the following amendments and remarks. The Commissioner is hereby authorized to charge Deposit Account No. 14-0629, Order No. 13720.0011U6 for any fee(s) that may be necessary for the entry and consideration of this paper.

**Amendments to the Claims** begin on page 2 of this paper.

**Remarks** begin on page 6 of this paper.

ALGN-1847067

PTX-433.0133

**RESPONSE AND AMENDMENT**

**Example 16**

* * *

Moreover, paragraph [0476] actually teaches away from adding an anion exchange step for toxin purification. In the side experiment, Luo observed a banding pattern change and as a result concluded that "anion exchange column chromatography [sic] *should not be used in toxin column chromatography purification*." Luo at [0476]. Based upon this statement, a person of skill would be discouraged from adding an anionic exchange step in combination with cationic exchange step.

Revance's Patent Application (PTX_433A) at 433.0140

# These References Would Not Have Led to Allergan, Inc.'s '748 Super Pure Process

## Malizio 2000




## Xiang '669



# Allergan, Inc.'s '748 "Super Pure" Patent Is Not Obvious

# EXHIBIT J

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Christian Schöneich – Rebuttal on Validity

*July 17, 2025*

# Overview of Opinions

1. Terrence Hunt set out to solve a difficult problem

2. Hunt's disaccharide + surfactant combination drives longer duration in the body—an unexpected property

3. **Claim 6 of the '878 patent is valid and was not obvious**

# Claim 6 of the ’878 Patent Is Not Invalid

## Hunt 598

US 20030118598A1

(19) United States
(12) Patent Application Publication
Hunt
(10) Pub. No.: US 2003/0118598 A1
(43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

REV_DAX-02172651

DTX-209

## Johnson 468

US005756468A

United States Patent [19]
Johnson et al.
[11] Patent Number: 5,756,468
[45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: Eric A. Johnson, Madison; Michael C. Goodnough, Stoughton, both of Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] Int. Cl.[6] ........ A61K 38/00; C07K 1/00
[52] U.S. Cl. ........ 514/21; 514/2; 530/350; 530/363; 530/364; 530/825
[58] Field of Search ........ 514/21, 2; 530/350, 530/363, 364, 825

[56] References Cited

U.S. PATENT DOCUMENTS

5,512,547 4/1996 Johnson et al. ........ 514/21

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off. .
WO94/00481 1/1994 WIPO .
WO95/05842 3/1995 WIPO .

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426–3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80–99.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41–49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426–3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] ABSTRACT

Lyophilized pharmaceutical compositions containing botulinum toxin or botulinum neurotoxin and effective amounts of trehalose and methionine have a shelf life of up to 4 months or more at room temperature and above.

7 Claims, No Drawings

REV_DAX-02172000

DTX-207

## U.S. Patent No. 11,147,878

1. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:
(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and
(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;
wherein:
the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;
the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;
the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;
the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and
the powdered formulation is animal protein free and polysaccharide free.

* * *

6. The method of claim 1, wherein the disaccharide is trehalose.

JTX-001

# Issues with BoNT Drug Products

***Botulinum Toxin Type A ("BoNT/A")***



1. Extremely dangerous
2. Strict precautions
3. Low amounts used in drug product vial
4. Highly unpredictable

# Claim 6 of the '878 Patent

**U.S. Patent No. 11,147,878**

1. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

* * *

6. The method of claim 1, wherein the disaccharide is trehalose.

JTX-001



# What Hunt 598 Taught Skilled Scientists to Formulate





US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT
DTX-209

EXHIBIT

REV_DAX-02172651

DTX-209.0001

**Hunt 598**

DTX-209

## Terrence Hunt and 2003 Patent Publication

| Can use: | Don't use: |
|---|---|
| *Polysaccharides* | *Disaccharides* |
| *Recombinant Albumin* | |
| *Recombinant Gelatin* | |
| *Recombinant Collagen* | |

# What Hunt 598 Taught Skilled Scientists to Formulate




(19) United States
(12) Patent Application Publication
Hunt
(10) Pub. No.: US 2003/0118598 A1
(43) Pub. Date: Jun. 26, 2003
(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS
(75) Inventor: Terrence J. Hunt, Corona, CA (US)
(73) Assignee: Allergan, Inc.
ABSTRACT
TRIAL EXHIBIT DTX-209
REV_DAX-02172651
DTX-209.0001

**Hunt 598**

DTX-209

## Terrence Hunt and 2003 Patent Publication

| Can use: | Don't use: |
|---|---|
| *Polysaccharides* | *Disaccharides* |
| *Recombinant Albumin* | |
| *Recombinant Gelatin* | |
| *Recombinant Collagen* | |

# Hunt 598 Teaches the Opposite of the '878 Patent

## Hunt 598



[0180] A preferred polysaccharide for use in the present composition comprises a plurality of glucose monomers (mol wt 180) with one or more substituents on a majority of the glucose monomers, so that the preferred polysaccharide has a molecular weight range of between about 20 kD and about 800 kD. Surprisingly, such a polysaccharide can stabilize a neurotoxin component present in a pharmaceutical composition. The present invention excludes from its scope disaccharide oligosaccharides with a weight average molecular weight of less than about 20 kD. The present invention also excludes from its scope cyclic polymers such as the cyclodextrins. The latter two classes of compounds

DTX-209

## U.S. Patent No. 11,147,878

1. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:
   (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and
   (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:
   the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;
   the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;
   the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;
   the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and
   the powdered formulation is animal protein free and polysaccharide free.

* * *

6. The method of claim 1, wherein the disaccharide is trehalose.

JTX-001

# Hunt 598 Teaches the Opposite of the '878 Patent

## Hunt 598



[0180] A preferred polysaccharide for use in the present composition comprises a plurality of glucose monomers (mol wt 180) with one or more substituents on a majority of the glucose monomers, so that the preferred polysaccharide has a molecular weight range of between about 20 kD and about 800 kD. Surprisingly, such a polysaccharide can stabilize a neurotoxin component present in a pharmaceutical composition. The present invention excludes from its scope disaccharide oligosaccharides with a weight average molecular weight of less than about 20 kD. The present invention also excludes from its scope cyclic polymers such as the cyclodextrins. The latter two classes of compounds

DTX-209

## U.S. Patent No. 11,147,878

1. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

* * *

6. The method of claim 1, wherein the disaccharide is trehalose.

JTX-001

# What Hunt 598 Taught Skilled Scientists to Formulate




US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ..................... A61K 39/00; A61K 39/38
(52) U.S. Cl. ..................... 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT
DTX-209

EXHIBIT

REV_DAX-02172651

DTX-209.0001

**Hunt 598**

DTX-209

## Terrence Hunt and 2003 Patent Publication

| **Can use:** | **Don't use:** |
|---|---|
| ***Polysaccharides*** | *Disaccharides* |
| *Recombinant Albumin* | |
| *Recombinant Gelatin* | |
| *Recombinant Collagen* | |

# What Hunt 598 Taught Skilled Scientists to Formulate






**Hunt 598**

DTX-209

## Terrence Hunt and 2003 Patent Publication

| Can use: | Don't use: |
|---|---|
| *Polysaccharides* | *Disaccharides* |
| ***Recombinant Albumin*** | |
| *Recombinant Gelatin* | |
| *Recombinant Collagen* | |

# BoNT Drug Product Vials with Albumin

***Ingredients***



Toxin



Animal-derived Albumin



***Ingredients***



Toxin



Recombinant HSA

# What Hunt 598 Taught Skilled Scientists to Formulate




US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ............ A61K 39/00; A61K 39/38
(52) U.S. Cl. ............ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT DTX-209

EXHIBIT

REV_DAX-02172651

DTX-209.0001

**Hunt 598**

DTX-209

## Terrence Hunt and 2003 Patent Publication

| Can use: | Don't use: |
|---|---|
| *Polysaccharides* | *Disaccharides* |
| *Recombinant Albumin* | |
| ***Recombinant Gelatin*** | |
| *Recombinant Collagen* | |





US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] .............. A61K 39/00; A61K 39/38
(52) U.S. Cl. .............................. 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT DTX-209

EXHIBIT

REV_DAX-02172651

DTX-209.0001

**Hunt 598**

DTX-209

## Terrence Hunt and 2003 Patent Publication

| Can use: | Don't use: |
|---|---|
| *Polysaccharides* | *Disaccharides* |
| *Recombinant Albumin* | |
| *Recombinant Gelatin* | |
| ***Recombinant Collagen*** | |

# Johnson 468 Teaches the Opposite of the '878 Patent

## Johnson 468


United States Patent [19]
Johnson et al.
[11] Patent Number: 5,756,468
[45] Date of Patent: *May 26, 1998
[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION
FOREIGN PATENT DOCUMENTS
OTHER PUBLICATIONS
Related U.S. Application Data
[56] References Cited
U.S. PATENT DOCUMENTS
[57] ABSTRACT
5 Claims, No Drawings

DTX-207



***"BSA" = Bovine Serum Albumin***

## U.S. Patent No. 11,147,878

1. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

* * *

6. The method of claim 1, wherein the disaccharide is trehalose.

JTX-001

# Hunt 598 Teaches the Opposite of the '878 Patent

## Hunt 598



[0180] A preferred polysaccharide for use in the present composition comprises a plurality of glucose monomers (mol wt 180) with one or more substituents on a majority of the glucose monomers, so that the preferred polysaccharide has a molecular weight range of between about 20 kD and about 800 kD. Surprisingly, such a polysaccharide can stabilize a neurotoxin component present in a pharmaceutical composition. The present invention excludes from its scope disaccharide oligosaccharides with a weight average molecular weight of less than about 20 kD. The present invention also excludes from its scope cyclic polymers such as the cyclodextrins. The latter two classes of compounds

DTX-209

## U.S. Patent No. 11,147,878

1. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:
   (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and
   (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:
   the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;
   the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;
   the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;
   the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and
   the powdered formulation is animal protein free and polysaccharide free.

* * *

6. The method of claim 1, wherein the disaccharide is trehalose.

JTX-001

# EXHIBIT K

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Allergan, Inc.'s Closing Statement

*July 18, 2025*

# Four Key Undisputed Truths

1. U.S. Patent Office granted Allergan, Inc. three different patents

2. Revance uses all three Allergan, Inc. inventions in its Daxxify drug product

3. Revance has not stopped using Allergan, Inc.'s three inventions

4. Revance made $273M selling Daxxify using Allergan, Inc.'s three inventions

# 1 U.S. Patent Office Granted Allergan, Inc. Three Different Patents



# 2 Revance Uses All Three Allergan, Inc. Inventions in Its Daxxify Drug Product



## 2 Revance Uses All Three Allergan, Inc. Inventions in Its Daxxify Drug Product

| Super Pure Process | Botulinum Toxin | Excipient Ingredients | Peptide | Daxxify |
|---|---|---|---|---|
| ’740 | <1 ppm NA | Surfactant | | |
| | | ’878 Patent | | |

# 3 Revance Has Not Stopped Using Allergan, Inc.’s Three Inventions

# 4 Revance Made $273M Selling Daxxify Using Allergan, Inc.'s Three Inventions



# Allergan, Inc.'s Drug Product Recipe and Manufacturing Patents Are Valid

**<u>U.S. Patent No. 11,147,878</u>**
***Botulinum Toxin Drug Product Recipe***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

**<u>U.S. Patent No. 7,354,740</u>**
***First Botulinum Toxin Manufacturing Process***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

**<u>U.S. Patent No. 11,203,748</u>**
***Second Botulinum Toxin Manufacturing Process***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

# Allergan, Inc.'s Drug Product Recipe Patent Is Valid

**U.S. Patent No. 11,147,878**
***Botulinum Toxin***
***Drug Product Recipe***


The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

**U.S. Patent No. 7,354,740**
***First Botulinum Toxin***
***Manufacturing Process***


The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

**U.S. Patent No. 11,203,748**
***Second Botulinum Toxin***
***Manufacturing Process***


The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

# Hunt 598 Teaches the Opposite of the '878 Patent

## Hunt 598



[0180] A preferred polysaccharide for use in the present composition comprises a plurality of glucose monomers (mol wt 180) with one or more substituents on a majority of the glucose monomers, so that the preferred polysaccharide has a molecular weight range of between about 20 kD and about 800 kD. Surprisingly, such a polysaccharide can stabilize a neurotoxin component present in a pharmaceutical composition. The present invention excludes from its scope disaccharide oligosaccharides with a weight average molecular weight of less than about 20 kD. The present invention also excludes from its scope cyclic polymers such as the cyclodextrins. The latter two classes of compounds

DTX-209

## U.S. Patent No. 11,147,878

1. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

* * *

6. The method of claim 1, wherein the disaccharide is trehalose.

JTX-001

# Allergan, Inc.'s Animal-Free Drug Manufacturing Patents Are Valid

## U.S. Patent No. 11,147,878
***Botulinum Toxin Drug Product Recipe***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

## U.S. Patent No. 7,354,740
***First Botulinum Toxin Manufacturing Process***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

## U.S. Patent No. 11,203,748
***Second Botulinum Toxin Manufacturing Process***



The United States of America

The Director of the United States Patent and Trademark Office

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the invention throughout the United States of America or importing the invention into the United States of America, and if the invention is a process, of the right to exclude others from using, offering for sale or selling throughout the United States of America, or importing into the United States of America, products made by that process, for the term set forth in 35 U.S.C. 154(a)(2) or (c)(1), subject to the payment of maintenance fees as provided by 35 U.S.C. 41(b). See the Maintenance Fee Notice on the inside of the cover.*

*Commissioner for Patents of the United States Patent and Trademark Office*

Docket No.: 13720.0011U6

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**

| | | | |
|---|---|---|---|
| Applicant(s): | Revance Therapeutics, Inc. | | |
| Inventor(s): | Curtis L. Ruegg, *et al.* | Art Unit: | 1645 |
| Serial No.: | 16/700,728 | Examiner: | MINNIFIELD, Nita M. |
| Filed: | 12/02/2019 | Confirmation No. | 1759 |
| Title: | Methods and Systems for Purifying Non-Complexed Botulinum Neurotoxin | | |

Moreover, paragraph [0476] actually teaches away from adding an anion exchange step for toxin purification. In the side experiment, Luo observed a banding pattern change and as a result concluded that "anion exchange column chromatography [sic] *should not be used in toxin column chromatography purification*." Luo at [0476]. Based upon this statement, a person of skill would be discouraged from adding an anionic exchange step in combination with cationic exchange step.

# The Patent Office Did Not Get It Wrong Three Times

## U.S. Patent No. 11,147,878
***Botulinum Toxin***
***Drug Product Recipe***

**Hunt '598**



**Johnson '468**



## U.S. Patent No. 7,354,740
***First Botulinum Toxin***
***Manufacturing Process***

**Gessler**



**Smelt**



**FDA Guidance**




## U.S. Patent No. 11,203,748
***Second Botulinum Toxin***
***Manufacturing Process***

**Bacterial Toxins**




**Xiang '669**



# Revance's Heavy Burden of Clear and Convincing Evidence

- Clear and convincing evidence is evidence that the truth of a fact is **highly probable**
- Proof by clear and convincing evidence is a **higher burden of proof** than proof by a preponderance of the evidence



# Allergan Scientists Did It First



Mr. Terry Hunt



Dr. Ronald Bates

# Revance's Peptide in Daxxify

| Botulinum Toxin | Excipient Ingredients | Peptide | Daxxify |
|---|---|---|---|



+



Disaccharide
(Trehalose)



Surfactant

+



=



# Revance's Use of Disaccharide + Surfactant Drives Duration

| Botulinum Toxin | Excipient Ingredients | Peptide | Daxxify |
|---|---|---|---|



Disaccharide (Trehalose)

Surfactant





**3.2.A.3 GENERAL INFORMATION [RTP004, BACHEM AMERICAS, INC.]**

The proprietary peptide, RTP004 Acetate (RTP004), is a custom material made exclusively for

RTP004 is an inactive ingredient that is intentionally added to a therapeutic product but it is not intended to exert therapeutic effects at the intended dosage, it has no pharmacological properties at the quantity used in DaxibotulinumtoxinA for Injection, and it is not required for activity or function of the toxin itself, only to stabilize it in the final formulation so that it may maintain its activity and functionality throughout the intended shelf life.

Toxicology studies to assess pharmacological activity have been performed according to ICH guidance for industry *S7A Safety Pharmacology Studies for Human Pharmaceuticals* and are presented in Module 2.4 and 2.6. In summary, RTP004 produced no muscle paralysis or any adverse effects and was considered to show no pharmacological activity. The toxicology studies demonstrated no RTP004-related adverse toxicities, no central nervous system (CNS) effects, and no evidence of muscle damage. The development of anti-RTP004 antibodies showed an overall low immunogenic potential. The perinatal/postnatal reproductive study demonstrated no adverse toxicity to dams or adverse developmental effects or reproductive toxicities in the F1 generation of rats.

**3.2.A.3.1 Structure**

The completed chemical sequence of RTP004 is provided in Figure 1.

Protein transduction domain (PTD) domains are indicated with an underline.

**Figure 1: Chemical Sequence of RTP004**

H-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Gly-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-OH

The following studies were conducted to demonstrate that the molecule performs as a stabilizer of the active ingredient:



OUTSIDE COUNSEL EYES ONLY PURSUANT
TO LOCAL RULE 26.2
SUBJECT TO EAR

Allergan v Revance
31
Bernardo
9/27/23 CY 14316

REV_DAX-00002851

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-198

JTX-198.0001

**Figure 4–3** **Comparison of Mean DAS Versus Day for Mice Receiving IM Administration of BoNT/A Formulations +/- CPP**




Comparison of durability-of-response profiles for three test formulations +/- CPP versus a BSA control formulation. Mean AUC values were comparable to the BSA control group except for in the 20-mM histidine, 2% trehalose, CPP without Tween-20 group. This latter group was found to differ significantly from the BSA control group ($p<0.001$; one-way ANOVA, Holm-Sidak post hoc analysis). DAS (digit abduction score); CPP (cell-penetrating peptide); BSA (bovine serum albumin); sal (saline); his (histidine); treh (trehalose); Tw20 (Tween20); $ED_{25}$ (effective dose-25)

**Figure 5: DAS Results LSB-DAS-12-14-15**



**3.2.A.3 GENERAL INFORMATION [RTP004, BACHEM AMERICAS, INC.]**

The proprietary peptide, RTP004 Acetate (RTP004), is a custom material made exclusively for

RTP004 is an inactive ingredient that is intentionally added to a therapeutic product but it is not intended to exert therapeutic effects at the intended dosage, it has no pharmacological properties at the quantity used in DaxibotulinumtoxinA for Injection, and it is not required for activity or function of the toxin itself, only to stabilize it in the final formulation so that it may maintain its activity and functionality throughout the intended shelf life.

Toxicology studies to assess pharmacological activity have been performed according to ICH guidance for industry *S7A Safety Pharmacology Studies for Human Pharmaceuticals* and are presented in Module 2.4 and 2.6. In summary, RTP004 produced no muscle paralysis or any adverse effects and was considered to show no pharmacological activity. The toxicology studies demonstrated no RTP004-related adverse toxicities, no central nervous system (CNS) effects, and no evidence of muscle damage. The development of anti-RTP004 antibodies showed an overall low immunogenic potential. The perinatal/postnatal reproductive study demonstrated no adverse toxicity to dams or adverse developmental effects or reproductive toxicities in the F1 generation of rats.

**3.2.A.3.1 Structure**

The completed chemical sequence of RTP004 is provided in Figure 1.

Protein transduction domain (PTD) domains are indicated with an underline.

**Figure 1: Chemical Sequence of RTP004**

H-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Gly-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-OH

The following studies were conducted to demonstrate that the molecule performs as a stabilizer of the active ingredient:



Allergan v Revance
31
Bernardo
9/27/23 CY 14316
OUTSIDE COUNSEL EYES ONLY PURSUANT
TO LOCAL RULE 26.2
SUBJECT TO EAR
REV_DAX-00002851
C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-198
JTX-198.0001

# Allergan's Botulinum Toxin Work

● Medical ● Cosmetic

**1991**
Allergan buys Oculinum, Inc.

**1992**
Oculinum product renamed "Botox"

**2000**
Cervical Dystonia FDA

**2002**
**Glabellar Lines FDA (Forehead Wrinkles)**

**2004**
Hyperhidrosis FDA

**2010**
Adult Upper Limb Spasticity FDA

Chronic Migraine FDA

**2011**
Adult Detrusor Overactivity FDA

**2013**
**Crows Feet Lines FDA**

Overactive Bladder FDA

**2015**
Adult Thumb Spasticity FDA

**2016**
Adult Lower Limb Spasticity FDA

**2017**
**Forehead Lines FDA**

**2019**
Pediatric Upper/Lower Limb Spasticity FDA

**2021**
Pediatric Detrusor Overactivity FDA

**2024**
**Platysma Bands FDA**

1990s | 2000s | 2010s | 2020s

# Allergan's Work on Animal-Protein-Free Botulinum Toxin



# Hypothetical Negotiation for the Allergan, Inc. Patents

## Manufacturing Patents

| Revance Benefits<br>Certainty of Launching on Time | Allergan Disadvantages<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Immediate revenue<br>▪ No design-around cost or risks<br>▪ Expected higher profits through life of patents and beyond<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |

## Drug Recipe Patent

| Revance Benefits<br>Product Differentiation | Allergan Disadvantages<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Differentiate from competition in established, crowded market<br>▪ Longer duration will drive Daxxify sales<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |

# Longer Duration Is the Most Important Feature


**A longer duration of action is the future innovation most desired by p**
**though not all are comfortable with a 9-month option**

**Botulinum toxin product features:** *Future desired innovations*

Desired future innovations with botulinum toxin products (non conjoint question):

■ US
■ International*

*% ranking 1st - 3rd*

| | US | International* |
|---|---|---|
| Longer duration of action | 72% | 75% |
| Fewer side effects | 29% | 46% (Int>US) |
| Faster onset of action | 36% | 40% |
| Longer shelf-life | 49% | 38% (US>Int) |
| Ready-to-use | 42% | 38% |
| Faster time to peak effect | 38% | 31% |
| Ability to store at room temperature | 34% | 31% |

6 Qual insight
**6-month duration offers a**
✓ HCPs comfortable with duration as an imp current practice
✓ Reassuring to see patients on a frequent relationship
✓ Longer than currently achieved for many
• **Some** already achieving this/clos
✓ Short enough that any SEs won't

9 Qual insight
**9-month duration offers va HCPs have some concerns**
✓ HCPs perceive value for patient from less injection pain (a benefit if patients are cur
✓ Ability to co-ordinate with filler appointme
**However:**
× **Unnerving** for some; risk of longer-lastin
× Potential to **impact HCP-patient relation**
• Pricing considerations:
• Need to price so as not to impact
• **High upfront outlay** may be off

Base: Total respondents = 538; International=378, US=160
Q5. [See notes for question text].
*excludes US

Allergan Aesthetics an AbbVie company

Please speak to your insights representative for any guidance, questions or clarifications

22

HIGHLY CONFIDENTIAL INFORMATION ALGN-1844425

JTX-065.0013




**Value of Duration:**

$$\frac{72\%}{3} = 24\%$$

JTX-65.13

# Revance's Expected Profit Boost with a License




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Revance Should Pay Allergan a Reasonable Royalty



# . . . Not an Unreasonable One



# Apportionment of Price Premium to Duration and APF/HSA




**Price Premium**



**20.1% Features Related to Duration**

**8.2% Features Related to APF/HSA**

**71.8% Other Unique Attributes**

- **Better** safety profile
- **Superior** wrinkle reduction
- **Superior** aesthetic look
- **Superior** onset of effect (faster onset)
- **Superior** skin quality
- **Superior** quality of muscle relaxation
- Peptide excipient formulation
- Made in the USA

JTX-078; JTX-211; DTX-430; DTX-431

## Verdict Form

When answering the questions and filling out this Verdict Form, you are to follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

**Questions and Answers**

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

# Verdict Form

**II. <u>Findings on Damages</u>**

***Question 4***: What is the reasonable royalty rate that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to?

**Formulation Claim (claim 6 of the '878 patent)** 24 % x 273M

= $65.5M

# Verdict Form

**II. Findings on Damages**

***Question 4***: What is the reasonable royalty rate that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to?

**Formulation Claim (claim 6 of the '878 patent)** 24 % x 273M

$65.5M

# Verdict Form

**II. <u>Findings on Damages</u>**

***Question 4***: What is the reasonable royalty rate that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to?

* * *

**Manufacturing Claims (claim 8 of the ’740 patent and claim 8 of the ’748 patent) until the September 25, 2023 expiration of the ’740 patent** ____15____ % x 66M

= $9.9M

$65.5M

## II. Findings on Damages

***Question 4***: What is the reasonable royalty rate that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to?

* * *

**Manufacturing Claim (claim 8 of the '748 patent) from September 25, 2023 through the expiration of the '748 patent** 15 % x 207M

= $31.0M

$65.5M

$9.9M

# Verdict Form

***Continue to Question 5.***

***Question 5***: What is the total reasonable royalty amount that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to through the end of May 2025?

$ $106.4M

$65.5M
$9.9M
+ $31.0M
$106.4M