**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Allergan, Inc.,

Plaintiff,

v.

Revance Therapeutics, Inc. and PCI San Diego, Inc.,

Defendants.

C.A. No. 21-1411-RGA-LDH

**REDACTED - PUBLIC VERSION**
**(Filed August 6, 2025)**

**EXHIBIT A TO DEFENDANTS' LETTER TO THE HONORABLE RICHARD G. ANDREWS FROM SAMANTHA G. WILSON REGARDING OBJECTIONS TO PLAINTIFF'S OPENING STATEMENT**

Of Counsel:

Dennies Varughese, Pharm. D.
Adam C. LaRock
Byron L. Pickard
Nirav N. Desai
Deirdre M. Wells
Anna G. Phillips
Christopher M. Gallo
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

Peter J. Armenio
Andrew Solomon
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.*

Dated: July 13, 2025

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Allergan, Inc.'s Opening Statement

*July 14, 2025*

# Allergan: The World Leader in Safely Harnessing Botulinum Toxin



***Botulinum Toxin Type A***



# Early Development of Botox®

*Dr. Allan Scott*



Allergan



# Allergan's Botulinum Toxin Work

**1991**
Allergan buys Oculinum, Inc.

**1992**
Oculinum product renamed "Botox"

**2002**
**Glabellar Lines FDA (Forehead Wrinkles)**

**2004**
Hyperhidrosis FDA

**2010**
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA

**2011**
Adult Detrusor Overactivity FDA

**2013**
Overactive Bladder FDA

**2015**
Adult Thumb Spasticity FDA

**2016**
Adult Lower Limb Spasticity FDA

**2019**
Pediatric Upper/Lower Limb Spasticity FDA

**2021**
Pediatric Detrusor Overactivity FDA

1990s | 2000s | 2010s | 2020s


Allergan's Work on Animal-Protein-Free Botulinum Toxin
1991
Allergan buys Oculinum, Inc.
1992
Oculinum product renamed "Botox"
Allergan, Inc.'s Patent Applications
Hyperhidrosis FDA
2010
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA
2011
Adult Detrusor Overactivity FDA
2013
Overactive Bladder FDA
2015
Adult Thumb Spasticity FDA
2016
Adult Lower Limb Spasticity FDA
2019
Pediatric Upper/Lower Limb Spasticity FDA
2021
Pediatric Detrusor Overactivity FDA
1990s
2000s
2010s
2020s
Allergan
Privileged and Confidential
PDX10-7

## Dr. Ron Broide





# Allergan's Botulinum Toxin Work

**1991**
Allergan buys Oculinum, Inc.

**1992**
Oculinum product renamed "Botox"

**2002**
**Glabellar Lines FDA (Forehead Wrinkles)**

**2004**
Hyperhidrosis FDA

**2010**
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA

**2011**
Adult Detrusor Overactivity FDA

**2013**
Overactive Bladder FDA

**2015**
Adult Thumb Spasticity FDA

**2016**
Adult Lower Limb Spasticity FDA

**2019**
Pediatric Upper/Lower Limb Spasticity FDA

**2021**
Pediatric Detrusor Overactivity FDA

1990s | 2000s | 2010s | 2020s


Allergan's Work on Animal-Protein-Free Botulinum Toxin
2010
Adult Upper Limb Spasticity FDA
Chronic Migraine FDA
2011
Adult Detrusor Overactivity FDA
2013
Allergan, Inc.'s Patent Applications
Hyperhidrosis FDA
Internal Work
Allergan's Initial FDA Submission
SUPPLEMENT APPROVAL
2019
Internal Work
2021
Pediatric Detrusor Overactivity FDA
Adult Lower Limb Spasticity FDA
2000s
2010s
2017
2020s
Allergan
Privileged and Confidential
PDX10-25

# Revance Must Be Held Accountable




## What is the fair amount to compensate Allergan, Inc. for Revance's patent infringement?

# Revance Must Pay Allergan, Inc. a Reasonable Royalty



# Revance Must Pay Allergan, Inc. a Reasonable Royalty



**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 13, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jeremy A. Tigan
Anthony D. Raucci
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899
jtigan@morrisnichols.com
araucci@morrisnichols.com

Candace Polster
Robert Unikel
PAUL HASTINGS LLP
71 South Wacker Drive
Suite 4500
Chicago, IL 60606
candacepolster@paulhastings.com
robertunikel@paulhastings.com

*Attorneys for Plaintiff*

Eric W. Dittmann
Chad J. Peterman
Melanie R. Rupert
Bruce M. Wexler
Ashley N. Mays-Williams, Ph.D.
Krystina L. Ho, Ph.D.
Carl J. Minniti, III
Isaac S. Ashkenazi
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

Felix A. Eyzaguirre
PAUL HASTINGS LLP
600 Travis Street, 58th Floor
Houston, Texas 77002
felixeyzaguirre@paulhastings.com

Karthik R. Kasaraneni
David M. Valente
Amanda K. Taylor
Vladimir J. Semendyai
PAUL HASTINGS LLP
2050 M. Street NW
Washington, DC 20036
karthikkasaraneni@paulhastings.com
davidvalente@paulhastings.com
amandataylor@paulhastings.com
vladimirsemendyai@paulhastings.com

Dated: July 13, 2025

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Samantha G. Wilson*

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.*