**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Allergan, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Revance Therapeutics, Inc. and PCI San Diego, Inc.,<br><br>Defendants. | C.A. No. 21-1411-RGA-LDH<br><br>**REDACTED - PUBLIC VERSION (Filed August 6, 2025)** |

**LETTER TO THE HONORABLE RICHARD G. ANDREWS**
**FROM SAMANTHA G. WILSON REGARDING**
**OBJECTIONS TO DEPOSITION DESIGNATIONS AND DEMONSTRATIVE**
**<u>EXHIBITS TO BE PRESENTED JULY 14, 2025</u>**

Of Counsel:

Dennies Varughese, Pharm. D.
Adam C. LaRock
Byron L. Pickard
Nirav N. Desai
Deirdre M. Wells
Anna G. Phillips
Christopher M. Gallo
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

Peter J. Armenio
Andrew Solomon
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.*

Dated: July 13, 2025

Dear Judge Andrews:

Pursuant to Paragraphs 99, 101, and 102 of the Amended PTO (D.I. 574, 607), Defendants ("Revance") identify the following issues and objections regarding Plaintiff Allergan, Inc.'s ("Allergan") deposition designations to be played in Court on Monday, July 14, 2025 (*see* Exhibit A, with objections highlighted in yellow) and the Broide and Bates witness demonstrative exhibits (*see* Exhibits B and C, with objections highlighted in yellow):

## I. Deposition Designations of Connor Gallagher, Ph.D. (34:15-19 and 34:20-23)

Revance renews its motion *in limine* (D.I. 407), as the Court permitted (D.I. 433), objecting to Plaintiff's designation of Dr. Gallagher's testimony related to knowledge gained during his former employment at Allergan Canada. The subject of the testimony is his awareness of the "DS2 project at Allergan," concerning an affiliate's effort to develop a new botulinum toxin product. The implication that Gallagher knew of this endeavor is irrelevant because neither infringement nor willfulness are issues in this case. D.I. 574-01 at ¶ 92. Plaintiff could use this testimony to imply Revance copied Plaintiff's process, but Plaintiff's copying allegations are based on an allegation that another individual, *not* Dr. Gallagher, copied Plaintiff's process. D.I. 407 at n.1. Plaintiff should not be permitted to improperly suggest to the jury that Dr. Gallagher misused Allergan information obtained during his employment. This testimony should be precluded under Fed. R. Evid. 401, 402, and/or 403.

## II. Broide Demonstratives and Bates Demonstratives

Revance repeats its objections to the pervasive use of "Allergan" throughout Plaintiff's opening demonstratives. *See* D.I. 613, Section I. Plaintiff elides which entity among the family of companies related to it is being referenced by uniformly using the moniker "Allergan." Plaintiff should not be permitted to imply that it is responsible for the separate actions of its distinct corporate affiliates. Revance requests that Plaintiff specify the particular "Allergan" entity referenced in each slide, including when it is Allergan, Inc. *See, e.g.*, July 1 Pretrial Conference Tr. at 9:16-11:4; 11:25-12:16.

The highlighted portions of the Broide demonstratives (Ex. B) and Bates demonstratives (Ex. C) show each occurrence of the use of "Allergan" as an umbrella term for the Allergan family of companies. Failure to identify the particular Allergan entity referred to in each of Plaintiff's slides is misleading and confusing to the jury under Fed. R. Evid. 403.

Respectfully,

*/s/ Samantha G. Wilson*

Samantha G. Wilson (No. 5816)

Enclosures (Exhibits A-C)
cc: All Counsel of Record (Via E-mail)

# Exhibit A

# Gallagher_PLA_EXC

Designation List Report

**Gallagher, Conor** **2023-10-20**

| | |
|---|---|
| PLA Designations | 00:20:39 |
| DEF Counters | 00:00:15 |
| **TOTAL RUN TIME** | **00:20:54** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 10:12 - 10:14 | **Gallagher, Conor 2023-10-20**<br>10:12 Please state your full name for the<br>10:13 record.<br>10:14 A. Conor Gallagher. | 00:00:03 | **Gallagher_PLA_EXC.1** |
| 15:14 - 15:17 | **Gallagher, Conor 2023-10-20**<br>15:14 Q. Dr. Gallagher, are you currently the vice<br>15:15 president, medical affairs and scientific innovation<br>15:16 at Revance Therapeutics, Inc.?<br>15:17 A. Yes. | 00:00:12 | **Gallagher_PLA_EXC.2** |
| 15:20 - 15:21 | **Gallagher, Conor 2023-10-20**<br>15:20 After you completed your postdoctoral<br>15:21 fellowship in 2005, where did you go? | 00:00:13 | **Gallagher_PLA_EXC.3** |
| 15:22 - 15:23 | **Gallagher, Conor 2023-10-20**<br>15:22 A. So after I completed my postdoctoral<br>15:23 fellowship, I joined Allergan Canada. | 00:00:09 | **Gallagher_PLA_EXC.4** |
| 16:11 - 16:13 | **Gallagher, Conor 2023-10-20**<br>16:11 Q. What Allergan products did you work on at<br>16:12 that time?<br>16:13 A. At that time, I was working on Botox. | 00:00:13 | **Gallagher_PLA_EXC.5** |
| 19:10 - 19:12 | **Gallagher, Conor 2023-10-20**<br>19:10 Q. What were your responsibilities as<br>19:11 director of global neurotoxin science medical<br>19:12 affairs at Allergan? | 00:00:12 | **Gallagher_PLA_EXC.6** |
| 19:13 - 19:23 | **Gallagher, Conor 2023-10-20**<br>19:13 A. It was primarily understanding the U.S.<br>19:14 and global neurotoxin landscape.<br>19:15 Q. What does that mean?<br>19:16 A. Understanding the products that are on the<br>19:17 market in the U.S. and being a repository of that<br>19:18 knowledge for Allergan.<br>19:19 Q. Would that involve competitive<br>19:20 intelligence-type of work?<br>19:21 A. It would involve having a knowledge of the<br>19:22 clinical profile of botulinum toxins that were<br>19:23 currently on the market in the U.S. at that time. | 00:00:53 | **Gallagher_PLA_EXC.7** |
| 30:06 - 30:13 | **Gallagher, Conor 2023-10-20**<br>30:06 Q. Were you aware of Revance Therapeutics<br>30:07 while you were employed at Allergan? | 00:00:30 | **Gallagher_PLA_EXC.8** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 30:08 A. Yes.<br>30:09 Q. And what did you know about Revance when<br>30:10 you were employed at Allergan?<br>30:11 A. I knew they were developing a topical<br>30:12 botulinum toxin and that they were subsequently<br>30:13 developing an injectable botulinum toxin. | | |
| 31:20 - 31:23 | **Gallagher, Conor 2023-10-20**<br>31:20 In approximately 2017 to early 2018 before<br>31:21 you left Allergan, is it your understanding that<br>31:22 Allergan was considering Revance to be developing a<br>31:23 product that was going to compete with Botox? | 00:00:23 | **Gallagher_PLA_EXC.9** |
| 31:24 - 32:01 | **Gallagher, Conor 2023-10-20**<br>31:24 A. I'd say it would be generally understood<br>31:25 that Revance was developing a product that would<br>32:01 compete with Botox. | 00:00:18 | **Gallagher_PLA_EXC.10** |
| 32:07 - 32:10 | **Gallagher, Conor 2023-10-20**<br>32:07 Q. During the 2017 to early 2018 time frame,<br>32:08 what was your understanding of the product<br>32:09 characteristics of RT002, now known as Daxxify, that<br>32:10 Revance was developing at that time? | 00:00:30 | **Gallagher_PLA_EXC.11** |
| 32:11 - 32:14 | **Gallagher, Conor 2023-10-20**<br>32:11 A. So my understanding was that that product<br>32:12 may have a longer duration of clinical benefit than<br>32:13 toxin products that were on the market currently --<br>32:14 or "currently" meaning at that time. | 00:00:17 | **Gallagher_PLA_EXC.12** |
| 34:15 - 34:19 | **Gallagher, Conor 2023-10-20**<br>34:15 Q. While you were at Allergan, had you ever<br>34:16 heard the term "DS2"?<br>34:17 A. Yes.<br>34:18 Q. What is the DS2 project at Allergan while<br>34:19 you were employed there, to your understanding? | 00:00:27 | **Gallagher_PLA_EXC.13** |
| 34:20 - 34:23 | **Gallagher, Conor 2023-10-20**<br>34:20 A. Knowing that "DS" stands for "drug<br>34:21 substance," it was a -- my limited understanding is<br>34:22 that it was -- a goal was to develop a somehow new<br>34:23 drug substance for Botox. | 00:00:35 | **Gallagher_PLA_EXC.14** |
| 37:23 - 37:24 | **Gallagher, Conor 2023-10-20**<br>37:23 Q. Are you aware of what an animal | 00:00:11 | **Gallagher_PLA_EXC.15** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 37:24 protein-free toxin formulation is? | | |
| 37:25 - 38:05 | **Gallagher, Conor 2023-10-20**<br>37:25 A. Yes.<br>38:01 Q. What is that?<br>38:02 A. My understanding would be that an animal<br>38:03 protein-free toxin composition is a toxin<br>38:04 formulation that is manufactured without animal<br>38:05 proteins. | 00:00:26 | **Gallagher_PLA_EXC.16** |
| 38:06 - 38:07 | **Gallagher, Conor 2023-10-20**<br>38:06 Q. And would that include a formulation<br>38:07 without serum albumin? | 00:00:12 | **Gallagher_PLA_EXC.17** |
| 38:08 - 38:10 | **Gallagher, Conor 2023-10-20**<br>38:08 A. In the sense that human serum albumin is a<br>38:09 formulation excipient and that humans are animals,<br>38:10 yes. | 00:00:12 | **Gallagher_PLA_EXC.18** |
| 38:11 - 38:13 | **Gallagher, Conor 2023-10-20**<br>38:11 Q. While you were employed at Allergan, did<br>38:12 you have an understanding that there had been work<br>38:13 done for APF protein-free toxin formulations? | 00:00:39 | **Gallagher_PLA_EXC.19** |
| 38:14 - 38:17 | **Gallagher, Conor 2023-10-20**<br>38:14 A. I was aware of a clinical study that was<br>38:15 looking at an albumin-free form of botulinum toxin.<br>38:16 But I'm not aware of a wholly animal-free<br>38:17 formulation that was being worked on at the time. | 00:00:26 | **Gallagher_PLA_EXC.20** |
| 38:18 - 38:23 | **Gallagher, Conor 2023-10-20**<br>38:18 Q. Did you have any involvement in this<br>38:19 clinical study looking at an albumin-free toxin<br>38:20 formulation?<br>38:21 A. When I worked at Allergan Canada, we were<br>38:22 instructed to identify potential clinical trial<br>38:23 sites for such a project. | 00:00:39 | **Gallagher_PLA_EXC.21** |
| 39:05 - 39:07 | **Gallagher, Conor 2023-10-20**<br>39:05 Q. You joined Revance Therapeutics in<br>39:06 April 2018; is that correct?<br>39:07 A. That is correct. | 00:00:11 | **Gallagher_PLA_EXC.22** |
| 39:11 - 39:18 | **Gallagher, Conor 2023-10-20**<br>39:11 Q. What are your responsibilities in the role<br>39:12 of vice president medical affairs and scientific | 00:01:06 | **Gallagher_PLA_EXC.23** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 39:13 innovation?<br>39:14 A. So in this role, I oversee the medical<br>39:15 affairs function at Revance. More recently I have<br>39:16 assumed responsibilities for the preclinical<br>39:17 research and development group and even more<br>39:18 recently of the process development group. | | |
| 47:08 - 47:14 | **Gallagher, Conor 2023-10-20**<br>47:08 Q. When you joined Revance in 2018, and<br>47:09 moving forward for, let's say, the next year or so,<br>47:10 what pipeline products were you working on at<br>47:11 Revance?<br>47:12 A. For that first year, we would have been<br>47:13 working on Daxi -- well, RT002, a product that would<br>47:14 ultimately become Daxxify. | 00:00:36 | **Gallagher_PLA_EXC.24** |
| 76:12 - 76:17 | **Gallagher, Conor 2023-10-20**<br>76:12 Handing you a document that is marked<br>76:13 Exhibit 13. This document bears the Bates numbers<br>76:14 REV_DAX-02663830 through the Bates number ending in<br>76:15 838.<br>76:16 (Exhibit 13 was marked for<br>76:17 identification.) | 00:00:35 | **Gallagher_PLA_EXC.25** |
| 76:19 - 76:24 | **Gallagher, Conor 2023-10-20**<br>76:19 Q. The title of this document is<br>76:20 "FDA-approved [sic] FAQs for PACs"; is that correct?<br>76:21 A. That is correct.<br>76:22 Q. Have you seen this document or any similar<br>76:23 FAQ documents like this before?<br>76:24 A. I have seen FAQ documents in the past. | 00:00:17 | **Gallagher_PLA_EXC.26** |
| 83:12 - 83:17 | **Gallagher, Conor 2023-10-20**<br>83:12 ATTORNEY MINNITI: Dr. Gallagher, I'm<br>83:13 handing you a document that has been marked<br>83:14 Exhibit 14. This document bears the Bates numbers<br>83:15 REV_DAX-02578434 and ends in the Bates numbers 450.<br>83:16 (Exhibit 14 was marked for<br>83:17 identification.) | 00:00:33 | **Gallagher_PLA_EXC.27** |
| 83:19 - 83:23 | **Gallagher, Conor 2023-10-20**<br>83:19 Q. The cover slide of this document states<br>83:20 "DaxibotulinumtoxinA for Injection: A Novel<br>83:21 Formulation." | 00:00:09 | **Gallagher_PLA_EXC.28** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 83:22 Is that correct? | | |
| | 83:23 A. That is correct. | | |
| 84:07 - 84:09 | **Gallagher, Conor 2023-10-20** | 00:00:06 | **Gallagher_PLA_EXC.29** |
| | 84:07 Are you familiar with the subject matter | | |
| | 84:08 that's reflected in this presentation? | | |
| | 84:09 A. Yes. | | |
| 87:12 - 87:24 | **Gallagher, Conor 2023-10-20** | 00:00:50 | **Gallagher_PLA_EXC.30** |
| | 87:12 Q. Looking at these puzzle pieces to the | | |
| | 87:13 formulation, can you identify which one of these you | | |
| | 87:14 believe yields the longer-duration profile of | | |
| | 87:15 Daxxify. | | |
| | 87:16 A. So I believe that the formulation in | | |
| | 87:17 aggregation -- so the composition of all of the | | |
| | 87:18 elements here -- is what contributes to the clinical | | |
| | 87:19 performance of Daxxify. | | |
| | 87:20 Q. Do you think there's one piece to this | | |
| | 87:21 puzzle that provides more of a duration benefit than | | |
| | 87:22 any other? | | |
| | 87:23 A. I would have no basis to make a statement | | |
| | 87:24 like that. | | |
| 88:15 - 88:16 | **Gallagher, Conor 2023-10-20** | 00:00:07 | **Gallagher_PLA_EXC.31** |
| | 88:15 Why does the charge of the peptide matter | | |
| | 88:16 for the formulation? | | |
| 88:18 - 88:21 | **Gallagher, Conor 2023-10-20** | 00:00:10 | **Gallagher_PLA_EXC.32** |
| | 88:18 THE WITNESS: So my understanding would be | | |
| | 88:19 it relates to the bullet point 3, which says it | | |
| | 88:20 forms an electrostatic interaction with the | | |
| | 88:21 negatively charged botulinum neurotoxin. | | |
| 89:05 - 89:07 | **Gallagher, Conor 2023-10-20** | 00:00:21 | **Gallagher_PLA_EXC.33** |
| | 89:05 Q. Why does that matter for the formulation? | | |
| | 89:06 A. I am not clear that there is a specific | | |
| | 89:07 formulation role for that electrostatic interaction. | | |
| 91:05 - 91:07 | **Gallagher, Conor 2023-10-20** | 00:00:09 | **Gallagher_PLA_EXC.34** |
| | 91:05 Q. You were an employee when the BLA was | | |
| | 91:06 submitted to the FDA; correct? | | |
| | 91:07 A. Correct. | | |
| 91:18 - 91:22 | **Gallagher, Conor 2023-10-20** | 00:00:55 | **Gallagher_PLA_EXC.35** |
| | 91:18 to your understanding, at the time BLA number 761127 | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 91:19 was submitted to the FDA for approval of Daxxify,<br>91:20 was there an intention for RTP004 to exert a<br>91:21 therapeutic effect at the intended dose of Daxxify?<br>91:22 A. I don't know. | | |
| 101:04 - 101:05 | **Gallagher, Conor 2023-10-20**<br>101:04 Let's turn back to the "FDA Approval FAQs"<br>101:05 document. | 00:00:20 | **Gallagher_PLA_EXC.36** |
| 101:09 - 101:10 | **Gallagher, Conor 2023-10-20**<br>101:09 Q. Please turn to the page ending in<br>101:10 Bates 832. | 00:00:11 | **Gallagher_PLA_EXC.37** |
| 101:11 - 101:13 | **Gallagher, Conor 2023-10-20**<br>101:11 Do you see that there's a Number 2 which<br>101:12 states "Why does the peptide matter?"<br>101:13 A. Yes. | 00:00:10 | **Gallagher_PLA_EXC.38** |
| 101:14 - 101:16 | **Gallagher, Conor 2023-10-20**<br>101:14 Q. Let me ask. Why does the peptide matter?<br>101:15 A. Because the peptide is a essential<br>101:16 component of the overall Daxxify formulation. | 00:00:15 | **Gallagher_PLA_EXC.39** |
| 101:17 - 102:08 | **Gallagher, Conor 2023-10-20**<br>101:17 Q. Do you see in this document it states:<br>101:18 [As Read] Peptide Exchange Technology<br>101:19 offers multiple advantages"?<br>101:20 A. Yes.<br>101:21 Q. And for clarity, does "Peptide Exchange<br>101:22 Technology" refer to RTP004?<br>101:23 A. It is a marketing term referring to<br>101:24 RTP004.<br>101:25 Q. So then listed below in this document,<br>102:01 there are four bullet points.<br>102:02 Do you see that?<br>102:03 A. I do.<br>102:04 Q. The first is:<br>102:05 [As Read] Preventing adsorption and<br>102:06 aggregation of BoNT-A.<br>102:07 Is that right?<br>102:08 A. That is correct. | 00:00:51 | **Gallagher_PLA_EXC.40** |
| 102:09 - 103:06 | **Gallagher, Conor 2023-10-20**<br>102:09 Q. And does that go to the concept of<br>102:10 stabilization? | 00:00:53 | **Gallagher_PLA_EXC.41** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 102:11 A. Yes.<br>102:12 Q. And then below that, there are three<br>102:13 additional bullet points.<br>102:14 Do you see that?<br>102:15 A. I do.<br>102:16 Q. The first one states:<br>102:17 [As Read] Enhancing the affinity of<br>102:18 BoNT-A for cell membranes.<br>102:19 Correct?<br>102:20 A. Correct.<br>102:21 Q. The next one states:<br>102:22 [As Read] Anchoring BoNT-A to its<br>102:23 target.<br>102:24 Is that correct?<br>102:25 A. That's correct.<br>103:01 Q. And then the last one states the peptide<br>103:02 may:<br>103:03 [As Read] Enhance internalization,<br>103:04 maximizing the efficiency of BoNT-A<br>103:05 Is that correct?<br>103:06 A. That's what it says there. | | |
| 106:03 - 106:05 | **Gallagher, Conor 2023-10-20**<br>106:03 Is the enhancement of the affinity of<br>106:04 botulinum toxin-type A to cell membranes necessarily<br>106:05 connected to a longer-duration profile for Daxxify? | 00:00:33 | **Gallagher_PLA_EXC.42** |
| 106:06 - 106:18 | **Gallagher, Conor 2023-10-20**<br>106:06 A. To my knowledge, we have not directly made<br>106:07 that connection. Bullet point 4 says "May enhance<br>106:08 internalization," which is a hypothetical statement<br>106:09 regarding what happens to the botulinum toxin after<br>106:10 it anchors or binds to the cell membrane.<br>106:11 Q. Does the anchoring or binding to the cell<br>106:12 membrane play a role in duration?<br>106:13 A. I couldn't make a direct link between<br>106:14 those two.<br>106:15 (Clarification inquiry by the Court<br>106:16 Reporter.)<br>106:17 THE WITNESS: I could not maintain a<br>106:18 direct link between those two. | 00:00:38 | **Gallagher_PLA_EXC.43** |
| 119:02 - 119:10 | **Gallagher, Conor 2023-10-20** | 00:00:27 | **Gallagher_PLA_E** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 119:02 Q. Just sitting here today, do you agree with<br>119:03 the statement that RTP004 is believed to be the main<br>119:04 reason in extending duration for Daxxify?<br>119:05 A. I believe that it contributes to the<br>119:06 clinical profile.<br>119:07 Q. Would you believe it's the main reason?<br>119:08 A. I would have no basis to supporting<br>119:09 judgment like that, that it is the main<br>119:10 reason/relative judgment. | | **XC.44** |
| 123:12 - 123:23 | **Gallagher, Conor 2023-10-20**<br>123:12 ATTORNEY MINNITI: Dr. Gallagher, I'm<br>123:13 handing you a document that has been marked<br>123:14 Exhibit 22.<br>123:15 (Exhibit 22 was marked for<br>123:16 identification.)<br>123:17 ATTORNEY MINNITI: This document bears the<br>123:18 Bates numbers REV_DAX-00002851.<br>123:19 THE WITNESS: Thank you.<br>123:20 BY ATTORNEY MINNITI:<br>123:21 Q. This is Section 3.2.A.3.1 of BLA<br>123:22 number 761127; is that correct?<br>123:23 A. That's what it says here. | 00:00:38 | **Gallagher_PLA_EXC.45** |
| 125:13 - 126:05 | **Gallagher, Conor 2023-10-20**<br>125:13 Q. Can you read the next paragraph in the<br>125:14 document out loud.<br>125:15 A. Sure.<br>125:16 [As Read] RTP004 is an inactive<br>125:17 ingredient that is intentionally added to<br>125:18 a therapeutic product, but it is not<br>125:19 intended to exert therapeutic effects at<br>125:20 the intended dosage. It has no<br>125:21 pharmacological properties at the quantity<br>125:22 used in daxibotulinumtoxinA for injection,<br>125:23 and it is not required for activity or<br>125:24 function of the toxin itself, only to<br>125:25 stabilize it in the final formulation so<br>126:01 that it may maintain its activity and<br>126:02 functionality throughout the intended<br>126:03 shelf life.<br>126:04 Q. Do you have any reason to disagree with | 00:01:05 | **Gallagher_PLA_EXC.46** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 126:05 that statement? | | |
| 126:06 - 126:14 | **Gallagher, Conor 2023-10-20**<br>126:06 A. I don't know.<br>126:07 Q. You don't know what?<br>126:08 A. This is a regulatory document. I am not<br>126:09 familiar with FDA language and guidances provided by<br>126:10 the FDA.<br>126:11 Q. I think this is also a factual statement<br>126:12 by Revance to the U.S. government that:<br>126:13 [As Read] RTP004 is an inactive<br>126:14 ingredient that is intentionally added to | 00:00:30 | **Gallagher_PLA_EXC.47** |
| 126:15 - 127:04 | **Gallagher, Conor 2023-10-20**<br>126:15 a therapeutic product, but it is not<br>126:16 intended to exert therapeutic effects at<br>126:17 the intended dosage, it has no<br>126:18 pharmacological properties at the quantity<br>126:19 used in daxibotulinumtoxinA for injection,<br>126:20 and it is not required for activity or<br>126:21 function of the toxin itself, only to<br>126:22 stabilize it in the final formulation so<br>126:23 that it may maintain its activity and<br>126:24 functionality throughout the intended<br>126:25 shelf life.<br>127:01 That factual statement, do you have any<br>127:02 reason to disagree with it?<br>127:03 A. I do not have a reason to disagree with<br>127:04 that. | 00:00:37 | **Gallagher_PLA_EXC.48** |

| | |
|---|---|
| PLA Designations | 00:20:39 |
| DEF Counters | 00:00:15 |
| **TOTAL RUN TIME** | **00:20:54** |

# Exhibit B

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Testimony of Ronald Broide

*July 14, 2025*

# Allergan's Work on Botox

● Pre-Allergan ● Medical ● Cosmetic

**1968**
Dr. Scott initiates medical testing with BoNT/A

**1989**
Strabismus FDA
Blepharospasm FDA

**1991**
Allergan buys Oculinum, Inc.

1960s | 1980s | 1990s | 2000s | 2010s | 2020s

# Allergan's Work on Botox

● Pre-Allergan ● Medical ● Cosmetic

**1968**
Dr. Scott initiates medical testing with BoNT/A

**1989**
Strabismus FDA
Blepharospasm FDA

**1991**
Allergan buys Oculinum, Inc.

**1992**
Oculinum product renamed "Botox"

**2002**
**Glabellar Lines FDA (Forehead Wrinkles)**

**2013**
**Crows Feet Lines FDA**

**2017**
**Forehead Lines FDA**

**2024**
**Platysma Bands FDA**

1960s | 1980s | 1990s | 2000s | 2010s | 2020s

# Allergan's Work on Botox



# Exhibit C

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Ronald Bates

*July 14, 2025*

# Professional Experience

Pfizer

**Research Scientist, BioProcess Research and Development** (1999-2001)
**Senior Research Scientist, BioProcess Research and Development** (2001-2003)

Bristol Myers Squibb™

**Manager, Purification Process Development** (2003-2005)
**Senior Manager, Purification Process Development** (2003-2007)

Allergan

**Senior Manager Process Development, Purification Group** (2007-2010)
**Director Process Development, Purification Group** (2010-2013)
**Director Process Development** (2013)

Bristol Myers Squibb™

**Director, Manufacturing Science and Technology** (2013-2020)

# Allergan Wanted an Alternative Source of Materials to Make BoNT/A





# Allergan's '740 Animal Free Process Patent for Making BoNT/A



US007354740B2

(12) United States Patent
Xiang et al.

(10) Patent No.: US 7,354,740 B2
(45) Date of Patent: *Apr. 8, 2008

(54) ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A *BOTULINUM* TOXIN

(75) Inventors: **Hui Xiang**, Irvine, CA (US); **Mingjiang Luo**, Newport Beach, CA (US); **Ping Wang**, Irvine, CA (US); **Stephen Donovan**, Capistrano Beach, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 85 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/072,673**

(22) Filed: **Mar. 3, 2005**

(65) **Prior Publication Data**

US 2005/0238669 A1 Oct. 27, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, now Pat. No. 7,160,699, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003, now Pat. No. 7,148,041.

(51) **Int. Cl.**
*C12P 21/04* (2006.01)
*C12N 1/00* (2006.01)
*C12N 1/20* (2006.01)

(52) **U.S. Cl.** ............ **435/71.1**; 435/252.7; 435/253.6; 424/842; 424/236.1; 424/239.1

(58) **Field of Classification Search** ............ 435/71.1, 435/252.7, 253.6; 424/842, 236.1, 239.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,558,926 B1 5/2003 Demain et al.
2003/0008367 A1 1/2003 Oguma ............ 435/184
2003/0118598 A1 6/2003 Hunt

FOREIGN PATENT DOCUMENTS

WO WO 94/09115 10/1993
WO WO 96/05222 6/1995
WO WO 98/54296 5/1998
WO WO 01/05997 A2 7/2000
WO WO 01/05997 A3 7/2000
WO WO 01-36655 10/2000
WO WO 01/58472 2/2001

OTHER PUBLICATIONS

Coligan, et al., *Current protocols in protein science, Front Matter*, Aug. 2003.
Lungdahl, L.G., et al., Working with anaerobic bacteria, *Manual of Industrial Microbiology and Biotechnology*, Chp. 8, 1986, pp. 84-96.
Mueller, J.H., et al., Variable factors influencing the product of tetanus toxin, *J. Bacteriol*, 1954; 67:271-7.
Ozutsumi, K., et al., Rapid, simplified method for production and purification of tetanus toxin, *Applied and Environmental Microbiology*, Apr. 1985, vol. 49, No. 4, pp. 939-943.
Chp. 1, pp. 1-88, Strategies of Protein Purification and Characterization, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed. Chp. 21, pp. 1-282.
Chp. 21, pp. 1-282, Peptidases, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed.
Heenan, C. N., et al., Lebensm.-Wiss. U.-Technol, 35 (2002), pp. 171-176.
Miwa, Norinaga, et al., International Journal of Food Microbiology, 49 (1999), pp. 103-106.
Mueller, J. H., et al., J. Bacteriology, Mar. 1954, 67(3), pp. 271-277.
Whitmer, M. E., et al., Applid and Environmental Microbiology, Mar. 1988, 54(3), pp. 753-759.
Oxoid—Product CM0149—product description, pp. 1-2, 2004.
Bedu-Addo, F., et al., *Use of Biophysical Characterization in Preformulation Developmnt of a Heavy-Chain Fragment of Botulinum Serotype B: Evaluation of Suitable Purificaiton Process Conditions*, Pharmaceutical Research, Aug. 2004, vol. 21, No. 8, pp. 1353-1361.
Byrne, M., et al., *Purification, Potency, and Efficacy of the Botulinum Neurotoxin Type A Binding Domain from Pichia Pastoris as a Recombinant Vaccine Candidate*, Infection and Immunity, Oct. 1998, vol. 66, No. 10, pp. 4817-4822.
Byrne, M., et al., *Fermentation, Purification, and Efficacy of a Recombinant Vaccine Candidate Against Botulinum Neurotoxin Type F from Pichia pastoris*, Protein Expression and Purification, 2000, 18, pp. 327-337.
Gessler, F., et al., *Production and Purification of Clostridium Botulinum Type C and D Neurotoxin*, FEMS Immunology and Medical Microbiology, 1999, vol. 24, pp. 361-367.
Gimenez, J., et al., *Simplified Purification Method for Clostridium Botulinum Type E Toxin*, Applied and Environmental Microbiology, Dec. 1987, vol. 53, No. 12, pp. 2827-2830.
Johnson, S., et al., *Scale-up of the Fermentation and Purification of the Recombinant Havy Chain Fragment C of Botulinum Neurotoxin Serotype F, Expressed in Pichia Pastoris*, Protein Expression and Purification, 2003, vol. 32, pp. 1-9.
Kozaki, H., et al., *Immunological Characterization of Papain-Induced Fragments of Clostridium Botulinum Type A Neurotoxin and Interaction of the Fragments with Brain Synaptosomes*, Infection and Immunity, 1989, vol. 57,. No. 9, pp. 2634-2639.
Prabakaran, S., et al., *Botulinum Neurotoxin Types B and E: Purification, Limited Proteolysis by Endoproteinase Glu-C and Pepsin, and Comparison of Their Identified Cleaved Sites Relative to the Three-Dimensional Structure of Type A Neurotoxin*, Toxicon, 2001, vol. 39, pp. 1515-1531.
Weatherly, G., et al., *Initial Purification of Recombinant Botulinum Neurotoxin Fragments for Pharmaceutical Production Using Hydrophobic Charge Induction of Chromatography*, Journal of Chromatography A, 2002, vol. 952, pp. 99-110.

(Continued)

*Primary Examiner*—Chih-Min Kam
(74) *Attorney, Agent, or Firm*—Stephen Donovan

(57) **ABSTRACT**

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

**8 Claims, 9 Drawing Sheets**

Joint Trial Exhibit
JTX-003

JTX-003.0001

## Inventors:

- Hui Xiang
- Mingjiang Luo
- Ping Wang
- Stephen Donovan

**Assignee:** Allergan, Inc.

**Key Date:** September 25, 2003

# Allergan's '740 Patent for a New Animal Free Process for Making BoNT/A




BoNT/A bacteria grown in plant-based food




Bacteria burst and release BoNT/A

BoNT/A purified without animal products and using chromatography

# Allergan's '740 Patent for a New Animal Free Process for Making BoNT/A




BoNT/A bacteria grown in plant-based food

# Allergan's '740 Patent for a New Animal Free Process for Making BoNT/A




BoNT/A bacteria grown in plant-based food




Bacteria burst and release BoNT/A

# Allergan's '740 Patent for a New Animal Free Process for Making BoNT/A







BoNT/A bacteria grown in plant-based food




Bacteria burst and release BoNT/A




BoNT/A purified without animal products and using chromatography

# Allergan's '740 Animal Free Process Patent Used Two Different Columns in a Series

**Hydrophobic Interaction Column ("HIC")**

**Ion Exchange Column ("IEX")**

Water-Hating or Water-Loving




\+ or - Charge

# Allergan's '748 Super Pure Process Patent for Making BoNT/A




**Inventors:**

- Jennifer L. Ton
- Hemant A. Patel
- **Ronald C. Bates**
- Wajdie M. Ahmad

**Assignee:** Allergan, Inc.

**Key Date:** July 13, 2009

# Allergan's '748 Super Pure Process Patent for Making BoNT/A



# Allergan's '748 Super Pure Process Patent for Making BoNT/A

