**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

Allergan, Inc.,

Plaintiff,

v.

Revance Therapeutics, Inc. and PCI San Diego, Inc.,

Defendants.

C.A. No. 21-1411-RGA-LDH

**REDACTED - PUBLIC VERSION**
**(Filed August 6, 2025)**

**LETTER TO THE HONORABLE RICHARD G. ANDREWS**
**FROM SAMANTHA G. WILSON REGARDING OBJECTIONS**
**<u>TO DEMONSTRATIVE EXHIBITS TO BE PRESENTED JULY 15, 2025</u>**

Of Counsel:

Dennies Varughese, Pharm. D.
Adam C. LaRock
Byron L. Pickard
Nirav N. Desai
Deirdre M. Wells
Anna G. Phillips
Christopher M. Gallo
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

Peter J. Armenio
Andrew Solomon
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.*

Dated: July 14, 2025

Dear Judge Andrews:

Pursuant to Paragraph 102 of the Amended PTO (D.I. 574, 607), Defendants ("Revance") identify the following issues and objections regarding Plaintiff Allergan, Inc.'s ("Allergan") demonstratives (*see* Exhibits A and B, with objections highlighted in yellow):

## I. Dr. Gessler's Demonstratives (PDX15)

The subject of Dr. Gessler's demonstratives indicate that he intends to discuss "switching from a BoNT manufacturing process that does not use animal products to a manufacturing process that does include animal products." Ex. A, PDX15-2. But this issue is no longer in the case, as the Court found this type of design-around was not available. D.I. 571 at 15-16. Dr. Gessler's opinion responds to the specific animal protein design-around Dr. Meagher formerly presented, but as Revance told Plaintiff, Revance is not planning to present an animal-protein free to animal protein design-around theory. Dr. Nagaich will not present a design-around theory. Therefore, there is no reason for Dr. Gessler's testimony.

## II. Siegwarth undisclosed and misleading demonstratives

Revance objects to Slides 5-7 of Dr. Siegwarth's demonstratives as presenting new opinion. PDX17-5 to 17-7. Slide 17-5 misleads by presenting a figure without numbers and that is contrary to the one she presented at the Daubert hearing. Slide 17-6 is not supported in her report. And Slide 17-7 is also contrary to her presentation at the Daubert hearing.

## III. Siegwarth Demonstratives Language

Revance objects to use of phrases "profit boost"; "expected higher profits"; and "launch with a license" as not reflecting Dr. Siegwarth's actual analysis (which speaks to potential avoided profit losses due to delay related to a potential design around) and seeking to create the false impression that an Allergan license would somehow increase Revance's profits (which is not an opinion Siegwarth gave) as opposed to reducing Revance's profits.

Revance objects to the use of the phrase "drug product recipe" in Siegwarth's demonstratives in connection with the formulation patent as incorrect, confusing, and prejudicial. Revance further objects to same as untimely, given that Siegwarth has consistently called this the "formulation patent," and all of her reports and deposition testimony use that language. *See, e.g.* Siegwarth Op. Rep. ¶14b; Siegwarth Reply Rep. ¶ 11.

The highlighted portions of the demonstratives (Ex. B) show each occurrence of use of the identified terms.

Respectfully,

*/s/ Samantha G. Wilson*

Samantha G. Wilson (No. 5816)

Enclosures (Exhibits A-B)
cc: All Counsel of Record (Via E-mail)

# Exhibit A

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Frank Gessler

*July 15, 2025*

# Dr. Gessler's Role In This Case

## Question Asked:

Would switching from a BoNT manufacturing process that **does not** use animal products to a manufacturing process that **does include** animal products be a major technical change?

# Dr. Gessler's Role In This Case

## Question Asked:

Would switching from a BoNT manufacturing process that **does not** use animal products to a manufacturing process that **does include** animal products be a major technical change?

**It would be a major technical change**

# Exhibit B

*Allergan, Inc. v. Revance Therapeutics, Inc. et al.*

*C.A. No. 21-1411-RGA-LDH*

# Direct Examination of Dr. Christine Siegwarth

*July 15, 2025*

# Professional Qualifications



**Christine Siegwarth, Ph.D.**
Economist

## Education

**Massachusetts Institute of Technology**
*Ph.D., Economics (1995)*

**United States Military Academy, West Point**
*B.S., Economics (1988)*

## Relevant Work Experience

**NERA Economic Consulting**
*Senior Managing Director (2000 – present)*

**Colgate University**
*Visiting Assistant Professor (1999 – 2000)*

**Bentley College**
*Assistant Professor (1995 – 1999)*

**U.S. Army Military Police**

PTX-973

# A Reasonable Royalty




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Hypothetical Negotiation for the Manufacturing Patents

## Date: June 2019

| **Revance Benefits**<br>Certainty of Launching on Time | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Immediate revenue<br>▪ No design-around cost or risks<br>▪ Expected higher profits through life of patents and beyond<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |



# Revance's Expected Profit Boost with a License




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Balancing the Parties' Interests

| **Revance Benefits**<br>Certainty of Launching on Time | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
| --- | --- |
| ▪ Immediate revenue<br>▪ No design-around cost or risks<br>▪ Expected higher profits through life of patents and beyond<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |
| **2025 Focal Point** | |
| ▪ Daxxify reaches peak market share<br>▪ Revance launches biosimilar to Botox | ▪ Planned Long-Acting Injectable (LAI) launch<br>▪ Revance launches biosimilar to Botox |

# Reasonable Royalty for the Manufacturing Patents

$$\frac{\text{Profit Boost through 2025}}{\text{Total Sales through 2029}} = \text{Royalty Rate}$$

# A Reasonable Royalty




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827

# Hypothetical Negotiation for the Drug Product Recipe Patent

## Date: October 2021

| **Revance Benefits**<br>Product Differentiation | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Differentiate from competition in established, crowded market<br>▪ Longer duration will drive Daxxify sales<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |



# Revance Differentiates Daxxify with Duration



**Bryan Bullock**
Senior Director of Marketing for Aesthetics
**Revance Therapeutics**

**Q.** *How does Daxxify differentiate itself from those conventional toxins?*

**A.** *The primary way* is when we talk about our *long-lasting results, the median duration of six months* and up to nine months for some patients.

But there's a lot of parts where we are different, but *that's the – how we generally compete against other competitors in this space*.

Oct. 18, 2023 Bullock Deposition Tr. 71:21 – 72:03

# Contemporary Surveys Showed the Value of Duration

| 2018 Revance Survey | 2020 Allergan Survey |
|---|---|
| 26% | 24% |

JTX-96.12; JTX-65.13

# Importance of Duration (Allergan Survey)

## A longer duration of action is the future innovation most desired by physicians, though not all are comfortable with a 9-month option

**Botulinum toxin product features:** *Future desired innovations*

**Desired future innovations with botulinum toxin products** (non conjoint question)**:**




*Qual insight*

**6-month duration offers a motivating increase**

- ✓ HCPs comfortable with duration as an improvement but still close to current practice
- ✓ Reassuring to see patients on a frequent enough basis to maintain relationship
- ✓ Longer than currently achieved for many
  - **Some** already achieving this/close to this (maj. CN, min. other)
  - ✓ Short enough that any SEs won't last too long (>CA)

*Qual insight*

**9-month duration offers value for patients but HCPs have some concerns**

- ✓ HCPs perceive value for patient from less frequent attendance and injection pain (a benefit if patients are currently unsatisfied with these)
- ✓ Ability to co-ordinate with filler appointments where desired

**However:**

- **Unnerving** for some; risk of longer-lasting unwanted / AEs
- Potential to **impact HCP-patient relationship**
- Pricing considerations:
  - Need to price so as not to impact practice **profitability**
  - **High upfront outlay** may be off-putting to patients

Base: Total respondents = 538; International=378, US=160
Q5. [See notes for question text].
*excludes US

Allergan Aesthetics
an AbbVie company

Please speak to your insights representative for any guidance, questions or clarifications



HIGHLY CONFIDENTIAL INFORMATION

ALGN-1844425

JTX-065.0013

JTX-65.13

# Importance of Duration (Allergan Survey)


A longer duration of action is the future innovation most desired by p
though not all are comfortable with a 9-month option

Botulinum toxin product features: *Future desired innovations*

Desired future innovations with botulinum toxin products (non conjoint question):

US
International*

% ranking 1st - 3rd

| | US | International* |
|---|---|---|
| Longer duration of action | 72% | 75% |
| Fewer side effects | 29% | 46% |
| Faster onset of action | 36% | 40% |
| Longer shelf-life | 49% | 38% |
| Ready-to-use | 42% | 38% |
| Faster time to peak effect | 38% | 31% |
| Ability to store at room temperature | 34% | 31% |

6-month duration offers a
9-month duration offers va
HCPs have some concerns

Allergan Aesthetics

Please speak to your insights representative for any guidance, questions or clarifications

22

HIGHLY CONFIDENTIAL INFORMATION

ALGN-1844425

JTX-065.0013




**Value of Duration:**

$$\frac{72\%}{3} = 24\%$$

JTX-65.13

# Importance of Duration (Revance Survey)




JTX-96.12

# Importance of Duration (Revance Survey)

Q10. From the following list, rank the importance of the following factors associated with your CURRENT botulinum toxin treatment in terms of importance to you.
Q11. From the following list, rank the top five most important factors when considering a NEW botulinum toxin treatment in terms of importance to you.




**Value of Duration:**

$$\frac{(80\% + 48\%)}{5} = 26\%$$

JTX-96.12

# A Reasonable Royalty




PTX-821, PTX-822, PTX-823, PTX-824, PTX-825, PTX-826, PTX-827