**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Allergan, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Revance Therapeutics, Inc. and PCI San Diego, Inc.,<br><br>Defendants. | C.A. No. 21-1411-RGA-LDH<br><br>**REDACTED - PUBLIC VERSION (Filed August 6, 2025)** |

**LETTER TO THE HONORABLE RICHARD G. ANDREWS**
**<u>FROM SAMANTHA G. WILSON REGARDING AQUA SHIELD CASE</u>**


Of Counsel:

Dennies Varughese, Pharm. D.
Adam C. LaRock
Byron L. Pickard
Nirav N. Desai
Deirdre M. Wells
Anna G. Phillips
Christopher M. Gallo
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C
1101 K Street, NW, 10th Floor
Washington, DC 20005
(202) 371-2600

Peter J. Armenio
Andrew Solomon
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.*


Dated: July 15, 2025

Dear Judge Andrews:

Pursuant to the Court's direction during Monday's trial proceedings, *see* July 14, 2025 Trial Tr. at 101:25-102:8, Revance provides the following explanation regarding how it intends to use Allergan's post-hypothetical negotiation investor statements, specifically DTX-315 (also JTX-175), DTX-318, DTX-319 and DTX-586[1], at trial, and how that use is appropriate under *Aqua Shield v. Inter Pool Cover Team*, 774 F.3d 766, 770 (Fed. Cir. 2014), and other relevant law.

Allergan, Inc.'s ("Allergan's") damages theory heavily relies on the idea that, during the hypothetical negotiation, Allergan would have viewed Daxxify as a "direct competitor" to Botox, causing Allergan to be "unmotivated" to license the asserted patents to Revance, and "skew[ing]" the "bargaining power [during the negotiation] in favor of Allergan." *See* July 9, 2025 Hrg. Tr. at 13:10-15:23; *see also* PDX17 (Direct Examination of Dr. Christine Siegwarth Demonstratives) at PDX17-4, 17-6, 17-9 (attached). Revance intends to use DTX-315, DTX-318, DTX-319, and DTX-586 to help show that the parties would not have anticipated any such competition during the hypothetical negotiation.

These exhibits provide statements of Allergan's senior personnel recognizing that, following the launch of Daxxify, Botox did not actually lose any share to Daxxify, and that Daxxify did not actually directly compete for Botox sales. *See* DTX-315.0006; DTX-318.0015; DTX-319.006; DTX-586.0019. Importantly, these statements within DTX-315, DTX-318, DTX-319, and DTX-586 are fully consistent with Allergan's past experience with Botox. As illustrated below, since 2009, Botox U.S. sales have consistently increased, despite the entry of multiple competitive products before and including Daxxify:

ILLUSTRATION 7: COMPETITOR ENTRY EFFECTS ON BOTOX U.S. COSMETIC SALES[384]




Trexler Rebuttal Report, ¶¶ 152-153, Illustration 7; *see also id.*, ¶¶ 30-46, 76-79. Thus, the evidence collectively shows that: (a) since at least 2009 and through to the 2019 and 2021/2022

[1] The parties specifically disputed Revance's use of DTX-318 and DTX-586 within its opening statement demonstratives during Monday's trial proceedings, but the arguments herein equally apply to Allergan's other, similar investor statements contained in each of DTX-315, DTX-318, DTX-319, and DTX-586.

hypothetical negotiation dates for the manufacturing and formulation patents, respectively, competitive entry of other, prior cosmetic products had essentially no effect on Botox's steadily increasing sales; (b) at the time of the hypothetical negotiation regarding Daxxify, Allergan would have expected that the entrance of Daxxify would likewise have essentially no effect on Botox's increasing sales; and (c) in fact, that *is* what happened following Daxxify's entry—Allergan did not actually lose any share of Botox to Daxxify following its launch, as confirmed by Allergan's statements in DTX-315, DTX-318, DTX-319, and DTX-586.

Although DTX-315, DTX-318, DTX-319, and DTX-586 are dated in 2023 and 2024, and thus post-date the hypothetical negotiation, Revance's specific intended use of these two documents, explained above, is entirely appropriate under the relevant law on the use of post-hypothetical negotiation evidence. The Federal Circuit in *Aqua Shield* stated that, consistent with prior Federal Circuit precedent, evidence showing ***"[w]hat an infringer's profits actually turned out to have been during the infringement period may be relevant" where it "bear[s] on" what "anticipated profits" the accused infringer would have forecast at the hypothetical negotiation***. *Aqua Shield*, 774 F.3d at 770-772 (emphasis added) (citing *Trans-World Mfg. Corp. v. Al Nyman & Sons*, 750 F.2d 1552, 1568 (Fed. Cir. 1984) ("[e]vidence of the infringer's actual profits generally is admissible as probative of his anticipated profits") and *Lucent Techs., Inc. v. Gateway, Inc.*, 580 F.3d 1301, 1333-34 (Fed. Cir. 2009) ("consideration of evidence of usage after infringement started can [] be helpful to the jury and the court in assessing whether a royalty is reasonable … [u]sage (or similar) data may provide information that the parties would frequently have estimated during the negotiation")).

Moreover, as recognized by the Supreme Court, the Federal Circuit, and courts in this District, such post-negotiation evidence is important because actual experience is thus "available to correct uncertain prophecy." *Sinclair Refining Co. v. Jenkins Petroleum Process Co.*, 289 U.S. 689, 698 (1933) (enumerating the "book of wisdom" approach); *Fromson v. Western Litho Plate and Supply Co.*, 853 F.2d 1568, 1575 (Fed. Cir. 1988) (adopting the book of wisdom approach for patent damages); *see also St. Clair Intellectual Property Consultants, Inc. v. Canon, Inc.*, No. Civ.A. 03-241, 2004 WL 2213562 at *2 (D. Del. Sept. 28, 2004) (allowing the "consider[ation] [of] events after the date [of] infringement began as a basis for inferring what the pre-infringement negotiated value of a license would have been"); *Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp.*, 378 F.Supp.2d 459, 465 (D. Del. 2005) (the book of wisdom permits a "patent [to] prove[] its worth" after the act of first infringement).

Revance intends to use Allergan's statements within DTX-315, DTX-318, DTX-319, and DTX-586 that Botox did not actually face direct competition from Daxxify to show what competition the parties would have anticipated during the hypothetical negotiation and to provide confirmation of the "uncertain prophecy" of what the parties would have expected during the previous hypothetical negotiation regarding whether Daxxify would—or rather, would not—actually provide "direct competition" for Botox. Indeed, Allergan's own arguments during the trial proceedings Monday—repeatedly pointing to post-hypothetical negotiation evidence regarding Revance's supposed targeting of the Botox market to "ask[] you, the jury, to hold Revance accountable for its choices" by awarding damages, July 14, 2025 Trial Tr. at 120:1-121:13—shows that it, too, recognizes that post-hypothetical negotiation date evidence may be used to supply supposed confirmation of what the parties would have expected and what royalty they would have agreed to at the hypothetical negotiation.

The *Aqua Shield* Court's explanation of when post-hypothetical negotiation evidence may *not* be used also confirms the propriety of Revance's reliance on DTX-315, DTX-318, DTX-319, and DTX-586. Specifically, the Court stated that it is "err [to] treat[] the profits [defendants] actually earned during the period of infringement as a royalty cap" as that "incorrectly replaces the hypothetical inquiry into what the parties would have anticipated, looking forward when negotiating, with a backward-looking inquiry into what turned out to have happened." *Aqua Shield* at 772. Here, Revance is not using Allergan's statements regarding Daxxify's lack of impact on Botox sales as some sort of "royalty cap" (nor has Allergan ever argued that Revance intends to do so), and, far from using these two documents as "a backward-looking inquiry into what turned out to have happened," Revance is instead using them to show what the parties would have reasonably expected during the hypothetical negotiation based on Allergan's past experience with competitive entry: Daxxify would have—and in fact, did have—effectively no impact on the increasing sales of Botox, and thus would not have been any sort of "direct competitor" to Botox, contrary to Allergan's damages theory here.

Finally, Revance agrees with this Court's statements during the trial proceedings on Monday that *Aqua Shield* is "consistent with what [the Court] was saying this morning" that Allergan's statements in DTX-318 and DTX-586 "could be relevant [to show that] what was going to happen was not as certain as what Dr. Siegwarth thought or says" and could "undercut her theory" regarding Allergan's view of Daxxify as a "direct competitor" to Botox, since they confirm (consistent with the other pre-hypothetical negotiation Revance cites above) that it was not so certain that Botox would actually face direct competition from Daxxify. *See* July 14, 2025 Trial Tr. at 15:8-17, 101:25-102:8.

Respectfully,

*/s/ Samantha G. Wilson*

Samantha G. Wilson (No. 5816)

Enclosures (DTX-315; DTX-318; DTX-319; DTX-586;
PDX-17-4, 17-6, and 17-9)

cc: All Counsel of Record (Via E-mail)

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# Company Conference Presentation

## Wednesday, January 10, 2024 4:15 PM GMT

Meyer Exhibit 7
(5-31-24)
WWW.DIGITALEVIDENCEGROUP.COM

TRIAL EXHIBIT
DTX-315
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents


| | | |
|---|---|---|
| Call Participants | ........................................................................ | 3 |
| Presentation | ........................................................................ | 4 |
| Question and Answer | ........................................................................ | 5 |


COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

EXECUTIVES

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

**Robert A. Michael**
*President & COO*

**Roopal Thakkar**
*Senior VP & Chief Medical Officer of Global Therapeutics*

ANALYSTS

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Good morning, everybody. I'm Chris Schott at JPMorgan and it's my pleasure to be hosting a fireside chat today with AbbVie. From the company, we have Rob Michael, President and Chief Operating Officer; Jeff Stewart, Chief Commercial Officer; Scott Reents, CFO; and Roopal Thakkar, Chief Medical Officer. So thanks, everyone, for joining us today.

**Robert A. Michael**
*President & COO*
Thanks for having us Chris.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

So Rob, maybe just to kick off, looking at 2024, can you just walk through some of your top priorities and there's been a lot of activity with the company. So how this might change over the course of the last year or so?

**Robert A. Michael**
*President & COO*

The focus for the company is clearly on trying to return to growth in '25, like strong growth in '25. So it's really about the growth platform. I'm going to have Jeff cover some of the details, but if you think about it, it's really the 5 key therapeutic brands, Skyrizi, Rinvoq, Ubrelvy, Vraylar, Qulipta as well as the aesthetics portfolio. So maybe Jeff can talk about some of the progress we're making on those 5 brands, and I'll come back on the pipeline.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. I mean, these big brands, as Rob described, the growth platform, we have very, very strong momentum. So if you think about Skyrizi and Rinvoq, we anticipate continued very, very strong share gains over the year. That's driven by sort of fundamental sort of commercial execution and I think also several catalysts that we'll see over the year. Some of those are R&D catalysts that have already taken place.

We often describe for Skyrizi and Rinvoq really an unprecedented position with 9 head-to-head trials across all of those big indications against really leading players. And so a full year impact of having those big head-to-head trials is going to be very, very important going forward.

And then we have additional indications. So for example, our performance has been very strong in IBD for both Skyrizi and Rinvoq, and we'll have the fourth indication approved really in the middle of the year. So Skyrizi and Rinvoq are powerhouses.

**Robert A. Michael**
*President & COO*

And really what we're seeing now is essentially -- we're seeing nice share capture in psoriasis, room, AD for the brands, but really it's IBD that's really taken off. I mean for Crohn's right now for in-play patients, we're capturing 1 out of 3 between Skyrizi and Rinvoq. And then for Rinvoq, as Jeff mentioned, we have a UC approval in Rinvoq, we're capturing 1 out of 5. So there's really a tremendous share rent that we're seeing for IBD.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

So if we move to another big platform, which is our neuroscience platform, it's also very encouraging. So with significant growth with the approval of adjunctive major depressive disorder for Vraylar, that brand is growing very, very nicely. And then we have really what we think of sort of our triple play in migraine. So we have Botox Therapeutic, strong growth across the globe. We see that continuing in '24. And then our oral products, both Ubrelvy and Qulipta.

So in '24, we are going to see the expansion of Qulipta into the international markets, which is very, very strong and just continued momentum up into sort of the leading share position there for those oral CGRPs. So this is attractive.

**Robert A. Michael**
*President & COO*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Neuroscience probably isn't appreciated as much as we would like it to be. I mean it's our second largest therapeutic area. It's going to grow by over $1 billion in 2023. We talk about Vraylar with the adjunctive MDD approval about a year ago. We've seen a tremendous ramp. We're going to grow about 35% in '23.

And then you look at the oral CGRP portfolio with Ubrelvy and Qulipta, those on a combined basis will approach 50% growth. So we're seeing really nice momentum on our neuroscience portfolio, really driven by psychiatry with Vraylar and the migraine portfolio inclusive of Botox Therapeutic, about 40% of Botox therapeutic is for chronic migraine.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

And if we move on to another large platform, which, of course, is aesthetic. So we are seeing some nice recovery in those markets. I'll describe that briefly. So for example, Botox, typically, what happens after you've had like some economic disruption, in this case, the hyperinflationary approach. Botox comes back first. That's sort of the lead there. And we see that. We see return to market growth in the third quarter. We're going to continue to see momentum in the fourth quarter in our share position despite the launch of other products, so-called long-acting products, has not moved at all.

So we've been incredibly efficient at maintaining our leading share position of about 68%. Now the fillers are also recovering. That market is recovering as well. Typically, it's on a couple quarter lag from the toxin market. And what's also encouraging, we're seeing that, that's recovering and our share position is even stronger than it was before. So we're actually seeing share gains, mostly being driven by some of our new product launches, our new toxins such as Volux and SkinVive. So that's also very attractive in terms of our overall momentum as we come into '24.

**Robert A. Michael**
*President & COO*

And there's been questions on the aesthetics business, but we're seeing a trend very nicely. We expect it to return to growth in '24. As Jeff mentioned, toxins are clearly on that trend. We've now seen 2 quarters of very nice growth. Fillers are getting there, but we're most encouraged by the share performance. Despite Daxxify coming in the market, we've held our share for Botox and then to see Juvederm gaining share with the new launches of Volux and SkinVive is very encouraging.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Right.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

And we continue on with, of course, eye care and eye care is right now, it's a very stable business, but we're anticipating a big transformation in the pipeline with Regenxbio. So fundamentally, our strategy there is in interventional retina and interventional glaucoma. And we continue to build out that business. It's a very, very attractive business.

Commercially, it's very easy to get to the top physicians in a very efficient sort of SG&A driven manner. And we look forward to continuing to see that data set on the gene therapy with Regenxbio because it's really potentially highly transformative in both wet AMD, Roopal can talk about this a little bit later if we need to and also diabetic retinopathy. So that's a significant opportunity for us.

**Robert A. Michael**
*President & COO*

And then maybe to round out the '24 priorities, if you think of the pipeline milestones, Jeff mentioned, the UC approval and Skyrizi is an important milestone for us this year as well as 951 approval in the U.S., we now just announced the EU approval. We've been approved in Japan. So it will now have essentially by the middle of the year, the global launch of 951 that's important. Potential submission of Teliso-V, our

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ADC targeting c-MET as well as Phase III starts for lutikizumab in immunology as well as 383 or BCMA bispecific in oncology. So some important pipeline milestones as well.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

And I'd say just lastly before we move on is the -- to Rob's point, obviously, we had 2 of these very important deals for the company, which were designed really to provide the growth in the next decade, because we're in a very strong position here for this decade given the momentum that we described. But certainly, it will be a big focus of the management team to be able to close those deals, integrate properly and really begin what will be traditionally in our company, very strong execution on integration.

**Robert A. Michael**
*President & COO*

We're obviously very excited about both deals, then, of course, managing the U.S. Humira biosimilar erosion, which has gone exceptionally well. But I'd say it's really about the growth platform, advancing the pipeline and then closing and integrating these deals.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Excellent. Maybe on the BD front, you took some dilution with the transactions. I think about $0.32 you announced. You reiterated the $11 trough earnings level. So can you speak to what gave you confidence to be able to restate that commitment despite some of the dilution come?

**Robert A. Michael**
*President & COO*

Yes. So if you recall, originally, the floor is at $10.70, we took it up to $11 on a Q3 call, really because of the momentum of the growth platform. It was greater than $1.4 billion above our original guidance. So we flowed that through on the third quarter call. Fast forward then to December, we're announcing these deals. We essentially, at that point, had a good sense of where Humira contracting was landing. And essentially, we are going to have more parity access than we initially anticipated. So it was really that level of, I'd say, volume that we expect to still capture in '24 for Humira that we initially did not anticipate we would, that allowed us to essentially absorb that dilution.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Okay. And I guess so just greater visibility, you've got Humira in the near term, obviously, Skyrizi and Rinvoq trends are going in a nice direction. Did that factor into your willingness to look to do deals that maybe weren't near-term accretive and you could kind of maybe absorb more dilution than otherwise?

**Robert A. Michael**
*President & COO*

I'd say it's the overall growth platform performance. We look at just the momentum we're building, we expect to return to strong growth in '25. When you look at the trajectory and we've committed to a high single-digit CAGR for the company from '24 through '29 of the top line and operating margin expansion, which should mean the earnings would grow faster than sales. So there's plenty of capacity. By the time you get to 2028, these 2 deals essentially offset each other. So there's some near-term dilution that we can easily absorb given the rate of growth from the growth platform.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Okay. Great. On the margin profile, I know you kind of touched on there, 2024 is expected to come in this kind of 46%, 47% range. Just remind us underlying assumptions there. Did that change at all the recent transactions? And then just how do I think about margin progression as we look out to '25 and beyond?

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Robert A. Michael**
*President & COO*

I think there's enough room in that range where we would look at the additional R&D that we're going to be investing for these 2 transactions that we can still operate within that range. And so we'll give you guidance on the Q4 call, but expect it to be within that 46% to 47% range. And then we do expect to return to operating margin expansion starting in '25, given the amount of growth on the top line. We've had a long history of leverage the P&L. We'll fully invest in the business. That will essentially be the gating item for how rapidly we expand operating margin. But we'll make sure that we're investing in R&D and SG&A to drive long-term growth. But we do expect operating margin to begin expanding again in '25 and then beyond.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. And then you talked about the company's ability to delever back down to 2x by 2026. Just should we talk about -- think about AbbVie mostly focused on maybe smaller earlier-stage deals post these transactions? Just how do I think about the balance of leverage versus the longer term?

**Robert A. Michael**
*President & COO*

I mean I think we have more balance sheet capacity. It's really not about balance capacity, it's really more about organizational focus. We want to make sure that we close and integrate these 2 companies well. We really like the portfolio we have. We look across the growth platform plus these 2 assets are set up to help drive growth in the next decade.

We're very satisfied with the position we're in. We will continue to look for early stage opportunities will be smaller in size because the focus for BD throughout '23 was looking for assets that can drive long-term growth, really, I think, in the next decade. We have clear line of sight for this decade with our current portfolio. We didn't need to go outside to supplement that. So even though these 2 deals at some level of revenue this decade, it wasn't really about that. It was more about the next decade. So our BD focus doesn't change. We continue to look for assets that can drive growth in the next decade, but they will be more early stage, smaller size deals for the foreseeable future.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Okay. That's helpful. Maybe moving over to Humira. Talked a little bit about expectations for 2024 as I think about access and pricing. I think I mean on the second quarter call, you talked about, I think, at the time, it was a $7 billion U.S. consensus number. You thought it was a reasonable target. Is that still the case? And just any other details you may want to share?

**Robert A. Michael**
*President & COO*

Sure. Well, clearly, since we provided that on both the Q2 call and the Q3 call, I mentioned that the analyst sell-side average of $7 billion was a reasonable expectation. Well, clearly, since then, things transpire more positively. I mean, at that point, we weren't anticipating a level of parity access. We will still have a parity access for the vast majority of lives. It will step down year-over-year, but we'll still have, I think, a very good position. And so it is reasonable to assume we'll be better than that. We'll obviously give you more details on the call.

I have said, and this will still hold true that expect the majority of the erosion in '24 to really come from price. That's for 2 reasons. One, if you recall, in the middle of the year, we increased our rebates. We knew we had, at that point, it was 7 to 9 biosimilars coming in the middle of the year. We felt it was important to make sure that we maintain parity access, make sure that our patients have that continuity of access. So we did offer additional rebates in the second half of the year. So you'll see an annualization

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence


REV_DAX-03323566
DTX-315.0008

impact from that. Plus we did offer additional rebates for '24 to maintain that level of parity access. And so it will be predominantly price. There will be some volume.

As I mentioned, we're not going to be quite at the level of parity access we had in '23, but still the vast majority of lives will be covered.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Okay. And then just maybe -- I know there's an announcement with CVS last week just with some perspective of how to think about that relative to those comments you made?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. So I think if you listen to what Rob just highlighted, the vast majority of our lives will still be at parity, right? So if you take the CVS announcement in particular, they have a couple of big segments of business. They have template lives, which are typically smaller employers, unions, et cetera, and they've got custom wise, which are big health plans like Anthem, for example. So some of their formularies on the template side, so let's say, half of their business are going to disadvantage Humira in favor of low list price biosimilars. And that's very consistent with what we said over time. As time goes by, you'll see more adoption, particularly with certain clients that want to assess those lower list price products. So no surprises there.

Again, still the majority of even CVS will be at parity. So when you also take a look at another component of the announcement, this was for agreement on a co-branded Humira, which is essentially just the same Humira slightly different packaging because it's got a small little Cordavis logo, that's their distribution company. And that will be available for the lives that want to continue to think about Humira's parity. So it's really nothing beyond that. So very consistent with what we planned for. We obviously knew that this was going to take place and also very consistent with what Rob that has just highlighted.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

The success you've had the last -- this year -- or last year and this year on Humira, does that change at all how you think about the tail of the product? And maybe just share your thoughts of as we look out the next few years, what should we think about from here?

**Robert A. Michael**
*President & COO*

We're having a lot of internal conversations right now what the tail looks like. Obviously, this is an unprecedented situation in the industry. And so we've learned a lot over the course of last year. I think there's still more learning as we go through '24. So I wouldn't expect us to give any more additional color on the tail in '24. But I think certainly, as it settles out in '25, '26, sometime in the '25 time frame, could we come out and give a little bit more guidance on what the tail could look like. I think that would be an appropriate time. But I think we need to see -- if you think about it's going to be the first full year with biosimilars this year. We have to look at what does interchangeability mean. There's enough I think, moves in the market that could take place that I think it's prudent to see how '24 plays out before we start to opine on the tail.

We're clearly very, very pleased with the way it's transpired and the way the team has managed it. But certainly, I don't think it's a bit premature to be giving a lot more color on the tail in '24. But I think in '25, we can be in that position.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Okay. Excellent. Maybe staying on immunology and shifting over to Skyrizi, Rinvoq, we're coming off a very strong 2023 trends for both assets. Just high level, talk about -- as you think about how large these products could become. Just any perspective you can share?

**Robert A. Michael**
*President & COO*

Yes. I think probably the best proxy is looking at the relationship between in-place shares. So that's the dynamic share capture new patients switching patients and TRx share to get a sense of like how much headroom for growth is there, right? And TRx share doesn't always get to in-play share, but it's a good -- it will continue to pull up if in-play share is high. So if you think about -- let's go through it RA for Rinvoq. Our in-place share is in the low teens, right? I think our TRx share right now is just under 7%. So that tells you there's certainly more room for growth there.

Atopic dermatitis, in-play shares in the high teens, and then our TRx share is high single digits. So a lot of room for growth there. What really -- and then in Skyrizi with psoriasis, we're capturing 1 out of 2 patients so 50% employee share and the TRx share is in the mid- to high 30s. So there's still a lot of room in those indications where I think we'd see the most rapid growth from where we are today, though, is an IBD. So IBD, we mentioned earlier that between Skyrizi in Crohn, we're capturing about 33% in-play share. So -- and I think our share is in the mid-single digits -- or TRx share in the mid-single digits. So a tremendous growth potential and then in UC, it's in the high teens, almost 20% for Rinvoq. We'll have Skyrizi as well. And that one is also in the, I think, in the mid-single digits TRx share.

So there's plenty of room for growth in those indications, plus we're going to have new indications for Rinvoq, alopecia, vitiligo, lupus, GCA that will come online later in this decade. And so that will be another inflection growth. So when you think about that, you size, and these are markets that are growing, right? So you add market growth, you think about the share growth potential, the new indications, they could become quite significant.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Yes. And you expect that with those new indications coming over time, this should be a growth franchise for the foreseeable future?

**Robert A. Michael**
*President & COO*

It should be a strong growth franchise. I mean right now, we've said at least until 2033. And that's why when I look at -- I get the question a lot on the difference between our outlook and sell-side consensus, the biggest disconnect in Skyrizi and Rinvoq, you just don't see the type of growth. You see, I think it's somewhat like low single-digit growth from '27 on. It will continue -- both brands will continue to grow robustly. And so we would expect that robust growth through the early part of the next decade.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Excellent. Pricing, I think, debate in immunology. I know there was some noise with Q1 last year quite down a little bit. Just share your perspective as maybe Humira prices come lower, biosimilar prices come down. Does that impact at all your payer discussions or how you think about price for your branded assets?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

The payers are always looking for discounts. They'll basically try to do different levers in terms of their formularies. That's just normal negotiation. But if you really take a step back, one of the biggest fundamental aspects is how distinctive Skyrizi and Rinvoq are. So again, I highlighted in the opening remarks, we have 9 head-to-head trials. The last one, the ninth that we just looked at was an IBD versus

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

the market-leading STELARA. And it was a huge difference in terms of overall healing on endoscopy, which is now the #1 driver of basically markets sharing preference.

So the ability for us to physicians and also to payers and the medical officers of the payers to sort of highlight that distinction helps give us some significant protection in terms of the biosimilars that have started to appear.

So in the last 2 years, we've seen no material pressure on the price. Now, it is going to continue to grow over time, and we'll have to continue to defend the value, but we're really prepared to do that.

I think the second key point that I'll make, which is sometimes not very apparent is if you recall, a couple of years ago, which you will remember that Rinvoq in the United States is actually stepped behind TNF based on the Xeljanz oral surveillance study that came out in RA. So in some ways, it's already basically step behind, if you want to call it a biosimilar or whatever is a lower-priced option for a huge piece of the business. So in some ways, there's this moat around that drug in terms of basically it's feeding into growing markets in the second, third and fourth line, and you're still achieving that level of growth.

So when we look at it, we think that the level of distinction, the market structure is going to allow us to navigate pricing very well.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

So, I guess in that context, just thinking about something like a low single-digit price erosion. Is that sort of a reasonable way to envision what price could look like here?

**Robert A. Michael**
*President & COO*

I think it's a reasonable assumption. We'll obviously be more specific when we give the guidance on Q4 calls where we've landed for '24. But I think for modeling purposes, I think that's a very fair approach.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

But to your point that last year, when we saw the higher price erosion, that was a unique time point with 7 indications that all came in 1 year, which was really again unprecedented. And we were able to, with those concessions at that moment in time, basically achieve paid access within 60 days. So it was a huge lever to basically drive the type of volume and overall value that we've created in 2023 as we go into '24.

**Robert A. Michael**
*President & COO*

I mean, it is appropriate trade-off when you consider that these 2 brands will grow over 50% in '23. And so -- and that's with high single-digit price concessions that will not continue.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Yes. Excellent. I guess just on Rinvoq. I was hoping to get a little bit more color on the IBD opportunity there. I think that's been one that Skyrizi has been a great drug and was a little more controversy around Rinvoq after the label change. So can you just talk about the launches you've seen there? How those are trending versus your expectations? And I know you shared some of those in-place share numbers. But where do you think share can go for that product?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Maybe I'll ask Roopal to talk about because I think it's really critical over a drug like Rinvoq and IBD just doesn't move that way based on commercial execution. It's a very, very special product in IBD and then maybe I'll address your share question.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Roopal Thakkar**
*Senior VP & Chief Medical Officer of Global Therapeutics*

Yes. Thanks, Jeff. A couple of things. So in ulcerative colitis, we've seen the highest level of efficacy noted, even with Phase II readouts for other mechanism, the Phase III data from Rinvoq for UC in particular, is still unmatched. And there's a couple of drivers that clinicians and patients really like and one is just the rapid onset of being an oral works very fast.

The second piece is you're able to not only improve symptoms to very high levels. But as Jeff was referencing heal the gut which is very important for clinicians as they see that as a marker for continued improvement and lack of other sequela that the patients going to have. So you combine that with the ability to remove steroids, it sets up a very, very nice profile as an oral.

And then what we thought going into Rinvoq development many, many years ago, that likely the JAK inhibitor path may not work in Crohn's disease. And I think we've seen that played out with other JAK inhibitors, which are not likely going to ever get to market. But Rinvoq was a standout Crohn's disease. So we see that as very differentiated, even within the class, the mechanism for Rinvoq is very unique. And with that one, all the observed benefits that we saw in ulcerative colitis, we also saw the ability to take people off of their steroids during induction, which is extremely unique. We haven't even seen that with biologics. So that sets up a very impressive profile.

And as Jeff was saying, the so-called moat in a way, a majority of the patients that are going to be taking these drugs, 60, 70-plus percent have already seen an anti-TNF, so it's not like they have to wait to step through. Many of them can access it immediately and get that relief.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

So if you think about the size there, we were always a little bit surprised many years ago that how fast IBD grew even in the Humira days. And there's not a lot of medications. There's more in UC, which is the smaller of the 2 indications. There's not a lot of medications in Crohn's. So to Rob's point, when you look at -- we just recently launched Rinvoq and Skyrizi hasn't been out very long. And the world hasn't fully seen the impact of the head-to-head versus STELARA. And so today, we're capturing 1 out of 3 patients and the TRx shares in the mid-single digits. So you have significant headroom for basically the wheel to turn and to create a lot of value.

So in some ways, if you look at one angle on the market, which is bio penetration. So what percent of the moderate-to-severe population is exposed to a biologic. IBD is the highest. But on the other way to look at it is you haven't seen basically really the lines of therapy start to develop like you have in the other areas. So in our view, it's actually an immature market where there's still probably the most unmet needs in all of the biologic immunology area, and we've got 2 really nice horses to play there for a long time.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Yes, it should be -- nice growth driver going forward. Pivoting over to aesthetics, it sounds like some encouraging trends you're seeing. Just elaborate a little bit more in terms of -- have we seen a bottom for this business? Can we really be comfortable that we're getting back to growth in 2024?

**Robert A. Michael**
*President & COO*

We're certainly seeing very nice trends and we anticipated this. I mean when we look at historically, this market in the U.S. grew in the mid-teens, and when we studied whenever there's been an economic headwind, it's rebounded very robustly coming out of that, right? And we're starting to see -- and not surprisingly, given the price points, you tend to see toxins recover before fillers. So we're very encouraged.

As we mentioned, we saw a return to growth in the third quarter. We've seen an acceleration in the fourth quarter. We expect that to continue for toxins, and fillers are right behind it. So all the metrics

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we're tracking are very encouraging in terms of the market is recovering, and we're starting to see an acceleration in the overall market growth.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

And in terms of your longer-term expectations, has anything changed in terms of ?

**Robert A. Michael**
*President & COO*

No, it's been somewhat controversial. I've seen some reports on questioning our ability to hit the $9 billion by 2029, greater than $9 billion by 2029 and you think about it from '23 and '29 to deliver that, you need high single-digit growth. I mentioned the market is historically is growing in the mid-teens, right? So it's a market -- the penetration rates are very low. We're very good at driving that growth. And so clearly, by market growth by itself should help you get there, but we're not counting on market growth alone. We have a very interesting pipeline. Jeff can talk about how BoNT/E or short acting toxin fits into overall portfolio. We're very excited about that as a trial toxins for those consumers who are on the sidelines because they're fearful of an unnatural look. It's a great way to try it. .

We can talk a bit more on the details of how that would work. But ultimately, that could be an inflection in the market growth and certainly also drive more share capture for Botox. If it works, and short-acting the consumer comes back, they're most likely going to want to have Botox going forward. So that's certainly something we're very excited about.

Think about the masseter and platysma indications for Botox, those will each add a couple of hundred million dollars in revenue. And then we have the regenerative fillers that also will drive the growth in the filler space. So we look at the combination of the market growth potential, given the penetration rates and history as well as the pipeline, we feel very confident in delivering on that greater than $9 billion by 2029.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. Great. Continuing on CNS. This is an important area for the company, maybe one that doesn't get as much attention as some others. Maybe just bigger picture question, like why is this the right market for AbbVie. I mean it seems like you had some real success with these assets. Can you just talk a little bit about your kind of broader organizational interest in the space?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. I think that one aspect is that we always had some significant interest in neuroscience, but we didn't have a lot of significant on-market brands. We essentially had Duopa. There was a long history with Abbott many years ago, but that was the time has passed. And we had this very significant neuroscience discovery with Alzheimer's, degenerative issues like Advanced Parkinson's, et cetera. So the Allergan acquisition for us was transformative because we were able to have some very nice on-market brands that came super fast with Ubrelvy, Qulipta, I mentioned therapeutic Botox and then certainly Vraylar, which was a really special product that then got super boosted by this recent approval.

So suddenly, when you have that on market, you start to say, okay, how can I build this out over time? How can I anticipate my advanced pipeline. And we just think it's very, very special. We think that there's very good pricing. We have fantastic commercial infrastructure. Our sales reps and medical experts, in some cases, have decades of relationships with psychiatrists, and they know these markets very, very well.

So it's a nice fit. I mean, as we look at our growth rates. I mean, neuroscience is right up there with immunology in terms of the growth that we see. And it was through that lens that we basically look to see -- because we knew when Vraylar, which is a big driver would go LOE. This was a piece of our consideration set for the recent acquisition with Cerevel. And so fantastic market, commercial expertise, very strong personnel and then back integrated into rubles area in discovery, which is powerful.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Roopal Thakkar**
*Senior VP & Chief Medical Officer of Global Therapeutics*

Well, maybe just to add, Jeff, the other thing that's attractive is the headroom for efficacy outcomes. So if you look at migraine, unipolar depression, depression, schizophrenia, anxiety, all these other states that we'd be interested in there. There's still a tremendous amount of room to gain efficacy to get to a cure-like level. It's reminiscent of IBD a little bit, where efficacy still has a ways to go to serve. So a huge unmet need still exists.

**Robert A. Michael**
*President & COO*

We're very excited about Cerevel because it really gives us with Emraclidine, a clear growth driver in psychiatry beyond Vraylar, very attractive. And then we have a very compelling core antagonist in their pipeline that fits very nicely within our overall neuroscience franchise. So between our own pipeline with Cerevel brings to the table, we feel that neuroscience will be a strong growth driver for a long time.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Can I just on the Cerevel transaction, just your willingness to take kind of -- or comfort of taking clinical development risk here? I mean, certainly, a very exciting class. It seems like the Phase I data was obviously very positive. But just talk about when you thought about committing the capital there, the diligence you did and the comfort you have in the asset?

**Roopal Thakkar**
*Senior VP & Chief Medical Officer of Global Therapeutics*

Yes, it starts out with a large Phase Ib study, about 80 patients, so larger than a typical 1b, I would say that's outside of oncology. And then we saw the pattern with 2 doses achieving benefits and positive symptoms and negative symptoms. So you look at that together, and then you continue to see the profile, which is a singular molecular energy, once a day dosing with a good half life, no need for titration, no food effect that sets up a very strong profile. So that starts at all.

And then when we look at the design of what's called a Phase II, we see them more as pivotal based on their size of 2 studies, over 370 patients, powered to achieve their endpoints adequately as you would do in a Phase III, a very robust statistical analysis plan that contemplates adjustments from multiple testing, all the things you would want to see to make it robust from a regulatory standpoint. So those are the 2 ends of it.

And in the middle, we're able to see aggregated blinded data as the trials continue. And if you compare that data to what we see in Ib, again, aggregate, it looks similar. And that's from an efficacy standpoint and from a safety standpoint.

So it sets up a very strong profile and some elements of derisking before we get to the data. And the other thing is when you take a profile like that, that has a very strong safety profile, very different from the atypicals. We don't see the sedation, the metabolic effects, the weight gains, the movement disorders, nor do we see anticholinergic effects, again, being a singular molecular entity onboarding could be simple for a patient population in schizophrenia that adherence can be very challenging if they can't take their advance. So being once a day helps there and then not having the adverse events as they onboard really helps keep them on, especially outside of a clinical trial setting.

A lot of things you do in a clinical trial don't always translate to the real world. So if you can have an enhanced profile that's going to help us in the real world. And the other big swing factor is that when you have that profile I just described, it allows you to transition to a long-acting injectable, potentially much more smoothly from an R&D standpoint, CMC standpoint. And also if you can stabilize the patient quickly and see that they're tolerating, then you're not worried about taking a risk for a depot injection once a month or even further stretched out because if they're not stable and they're not tolerating then you don't want to give them a long term because it's hard to reverse once it's in.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So taken all together, I think that led us, along with the high unmet need in the large market, if you will, that exists even if there's multiple assets, I'm seeing us with that profile being able to be very competitive.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Yes. It seems like a nice market opportunity when I was starting to cover the group, these were some of like the biggest products across the industry. And I know it's been a while since spread a lot of innovation, but it seems like that's kind of exciting [indiscernible]. Just pivoting over to your other acquisition here with ImmunoGen -- just talk a little bit about what attracted you to this asset and how you're kind of fitting into the broader oncology portfolio?

**Robert A. Michael**
*President & COO*

Yes, with [indiscernible] here essentially being on market, gives us an early entry into the solid tumors. We obviously have pipeline in ADCs with Teliso-V 400. So there was a nice fit there. There was an area, obviously, we've done a lot of research in ADCs. We saw the opportunity to get an early start on solid tumors, but also we're excited about their pipeline as well, 151, their next generation ADC targeting FR alpha is very compelling. And then [indiscernible] in blood cancers, obviously, as you know, we have a presence in hematology. So we saw a very nice fit there as well. And we put it all together, we thought about our main objective being driving growth into the next decade, it met all that criteria.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Okay. Can you talk a little bit about another maybe clinical development risk question, like how you think about the product moving upstream. Where are you most confident, where you're going to see the day we've seen so far translate? What's the [indiscernible]?.

**Roopal Thakkar**
*Senior VP & Chief Medical Officer of Global Therapeutics*

So right now, we see a really terrific data in the platinum-resistant where it's a very high unmet need. There is accelerated approval, strong uptake, then a pivotal study, confirmatory study, reading out and under review right now that showed an overall survival benefit, which that has not been observed in extended duration of additional 4 months at the median. So that right there is very impressive.

And in the resistant population, that's roughly half -- the other half is the sensitive population. So there's no mechanistic reason why it wouldn't work insensitive. It has to deal with progress before 6 months or after 6 months that defines it. So again, nothing mechanistic or nothing driving that. And there's also data insensitive that's being generated now that looks very similar to resistence. So that, in effect, doubles the population. So you can take the programs that you're running and run them in sensitive as well and also an opportunity that is combinable with platinum in a safe way at full dose. So we've seen evidence of that. So that allows you to move further upstream.

Also, we've seen evidence of efficacy in the medium expressors. If around -- the 35% is around the high expressors, 30% is the median. So in effect, another doubling potentially and then we're able to do that in combination with bevacizumab or a platinum and then move even earlier right after induction, where some patients qualify for PARP inhibition, we have an opportunity to combine their or move on to bevacizumab for maintenance. We've already seen data that can combine there.

So it can start checking all the different categories, and we can start rapidly moving into studies that will start reading out later in the -- well, very late in this decade, but mostly into the 2030 and beyond, as Rob was describing. And with 151, that's a biparatopic, that binds to 2 different epitopes may have a greater internalization, more stable linker, better half-life that we can look at everything we just saw potentially endometrial, triple-negative breast, lung can also play there. But with that enhanced potency potentially

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

even low FRA alpha expressors. So that's how we would think about it. So I think there's quite a bit of development work that we can do and still very high unmet need.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Maybe last question here in the last minute or 2. The Street assigned still pretty fairly limited value, I'd say, for AbbVie's internal pipeline. What are you most excited about? Is there kind of like a 2 or 3 assets you'd point us to pay attention to that?

**Roopal Thakkar**
*Senior VP & Chief Medical Officer of Global Therapeutics*

Yes, a couple of 3. I mean Rob alluded to a couple of them. So 383, I'll talk about, that's our BCMA CD3 bispecific high affinity bivalent interaction with BCMA, UniValent low interaction to CD3. It seems to create a very nice balance and a nice half-life. So what does that mean high efficacy, strong safety, mostly what we've observed now that we showed at ASH was CRS is in the grade 1 range and single-digit grade 2, nothing 3 or beyond, that enables potentially outpatient dosing rather than the need for multiple hospitalizations and the potential for no need for a step-up dosing, which that means you can start treating these patients very quickly and get them controlled because patients with myeloma can progress like that. So you want to get a handle on it. So that creates a very nice profile that our experts are very excited about.

So outpatient dosing once a month is a very nice profile potentially best-in-class. We'll be moving rapidly into Phase III monotherapy this year and multiple other dose optimization combinations with other lines of therapy to getting into earlier lines, second line, et cetera. So that's a very nice one. Rob also mentioned 400 as part of our c-Met franchise, I will say, Teliso-V, we'll talk to regulators this year, 400 has a higher DAA, has more warhead as topoisomerase. That lets us look at the same disease states like lung, but in particular, colorectal which we see high unmet need. We've seen very strong data there in late lines, and we'll rapidly start developing that into earlier lines. So there are some couple of big ones that I'd like to mention. Thank you.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Great. Well, I appreciate the time, and thanks for joining us today.

**Robert A. Michael**
*President & COO*

Thank you very much.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*
Thanks so much.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ2 2023 Earnings Call Transcripts

## Thursday, July 27, 2023 1:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2023- | | | -FQ3 2023- | -FY 2023- | | -FY 2024- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| EPS Normalized | 2.81 | 2.91 | ▲3.56 | 2.82 | 10.88 | - | 11.08 |
| Revenue (mm) | 13520.30 | 13865.00 | ▲2.55 | 13340.14 | 52333.24 | 52400.00 | 52345.57 |

Currency: USD
Consensus as of Jul-27-2023 1:51 PM GMT




- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2022 | 3.57 | 3.66 | ▲2.52 % |
| FQ4 2022 | 3.58 | 3.60 | ▲0.56 % |
| FQ1 2023 | 2.49 | 2.46 | ▼(1.20 %) |
| FQ2 2023 | 2.81 | 2.91 | ▲3.56 % |

TRIAL EXHIBIT
DTX-318
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ........................................ | 3 |
| Presentation | ........................................ | 4 |
| Question and Answer | ........................................ | 11 |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

EXECUTIVES

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

**Elizabeth Shea**
*Vice President of Investor Relations*

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

**Richard A. Gonzalez**
*Chairman & CEO*

**Robert A. Michael**
*President & COO*

**Roopal Thakkar**
*SVP of Development & Regulatory Affairs and Chief Medical Officer*

**Thomas J. Hudson**
*Senior VP of Research & Development and Chief Scientific Officer*

ANALYSTS

**Carter Lewis Gould**
*Barclays Bank PLC, Research Division*

**Christopher Joseph Raymond**
*Piper Sandler & Co., Research Division*

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

**David Reed Risinger**
*SVB Securities LLC, Research Division*

**Evan David Seigerman**
*BMO Capital Markets Equity Research*

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

**Mohit Bansal**
*Wells Fargo Securities, LLC, Research Division*

**Stephen Michael Scala**
*TD Cowen, Research Division*

**Terence C. Flynn**
*Morgan Stanley, Research Division*

**Timothy Minton Anderson**
*Wolfe Research, LLC*

**Vamil Kishore Divan**
*Guggenheim Securities, LLC, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, and thanks for joining us. Also on the call with me today are Rick Gonzalez, Chairman of the Board and Chief Executive Officer; Rob Michael, President and Chief Operating Officer; Jeff Stewart, Executive Vice President and Chief Commercial Officer; Scott Reents, Executive Vice President and Chief Financial Officer; Carrie Strom, Senior Vice President, AbbVie and President, Global Allergan Aesthetics; and Tom Hudson, Senior Vice President, R&D and Chief Scientific Officer. Joining us for the Q&A portion of the call is Roopal Thakkar, Senior Vice President, Development and Regulatory Affairs and Chief Medical Officer.

Before we get started, I'll note that some statements we make today may be considered forward-looking statements based on our current expectations. AbbVie cautions that these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those indicated in our forward-looking statements.

Additional information about these risks and uncertainties is included in our SEC filings. AbbVie undertakes no obligation to update these forward-looking statements, except as required by law. On today's conference call, non-GAAP financial measures will be used to help investors understand AbbVie's business performance. These non-GAAP financial measures are reconciled with comparable GAAP financial measures in our earnings release and regulatory filings from today, which can be found on our website. Following our prepared remarks, we'll take your questions.

So with that, I'll turn the call over to Rick.

**Richard A. Gonzalez**
*Chairman & CEO*

Thank you, Liz. Good morning, everyone, and thank you for joining us today. 2023 is an important year for AbbVie as we experience Humira biosimilar competition in the U.S. market, and as we execute our long-term diversification growth strategy. Now roughly 7 months into the year, I'm extremely pleased with the progress that we're making against these objectives.

The U.S. Humira biosimilar impact is playing out as projected and slightly better than our planning assumptions. We are competing very effectively with the various biosimilar offerings. We have exceeded our guidance in burst in second quarters with the overachievement predominantly driven by our growth platform, the base portfolio, excluding Humira which, as you know, is the critical driver in our rapid return to growth in 2025 and beyond. To that point, this platform demonstrated operational revenue growth of nearly 8% this quarter with growth expected to further accelerate in the second half of this year. We are also once again raising our full year revenue guidance by $1 billion, which is on top of the $400 million sales increase we delivered in the first quarter for a total overachievement of $1.4 billion. And lastly, we are making good progress with our pipeline, across all stages of development, including recent strong data for Skyrizi in ulcerative colitis as well as the recent U.S. approvals for Rinvoq in Crohn's disease and Epkinly in relapsed or refractory DLBCL, both important new therapies for patients.

So in summary, I'm extremely pleased with the strong momentum and execution across the business. It reinforces our confidence in our ability to return to robust growth in 2025 with high single-digit compounded growth rate to the end of the decade.

With that, I'll turn the call over to Rob for additional comments on our business performance. Rob?

**Robert A. Michael**
*President & COO*

Thank you, Rick. AbbVie delivered excellent results once again this quarter. We are demonstrating strong execution across our business with each of our 5 key therapeutic areas beating expectations. We reported adjusted earnings per share of $2.91, which is $0.11 above our guidance midpoint.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Total net revenues were nearly $13.9 billion, more than $350 million ahead of our guidance with the vast majority of the beat coming from our ex Humira growth platform. In immunology, Skyrizi and Rinvoq are demonstrating impressive growth with sales for both therapies up more than 50% versus the prior year. These 2 agents have achieved differentiated clinical profiles, including head-to-head data versus Humira and other novel therapies. Skyrizi and Rinvoq are now collectively approved across 10 large indications, and we are forecasting combined revenue growth of more than $3.5 billion this year with ongoing programs in several additional disease areas, we expect both Skyrizi and Rinvoq to deliver robust growth into the next decade and significantly exceed Humira peak revenue.

U.S. Humira is also performing well. The first half erosion coming in better than our expectations due to volume. We have been carefully analyzing the biosimilar marketplace, where the total number of competitors has now expanded to 8. While many of these biosimilars have been added to payer formularies, Humira continues to maintain strong parity access. Based on the volume trends and parity access, we now anticipate U.S. Humira erosion of approximately 35%, an improvement of 2 points versus our original guidance.

Neuroscience is another area that is outperforming expectations. Based on the current run rate, this portfolio is now on pace to add more than $1 billion of incremental revenue this year. with continued strong growth from Vraylar as well as our leading migraine portfolio. In aesthetics, the outlook continues to improve. We delivered positive growth this quarter, driven by strong international performance and stabilizing trends in the U.S. These positive trends give us the confidence to once again raise our full year guidance for aesthetics. And as a clear market leader, we are focused on expanding the aesthetics category with increased commercial investment and continued innovation to support robust long-term growth.

Given the strong and balanced performance across our diverse portfolio, we are raising our full year adjusted earnings per share guidance by $0.23 and now expect adjusted earnings per share between $10.90 and $11.10. In closing, our operational execution has been outstanding, and we are very well positioned to deliver on our commitments in 2023 and beyond.

With that, I'll turn the call over to Jeff for additional comments on our commercial highlights. Jeff?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Thank you, Rob. I'll start with immunology, which delivered total revenues of $6.8 billion, exceeding our expectations. Skyrizi continues to perform exceptionally well. Global sales were approximately $1.9 billion, reflecting very strong operational growth of 51%. Our performance in psoriasis continues to be impressive. Total prescription share in the U.S. biologic market is now at 32%, double the share of the next closest biologic therapy.

When you consider that Skyrizi is capturing roughly 1 out of 2 every in-play patients, which are either new to therapy or switching, there remains substantial opportunity for continued robust sales growth. And based on the available clinical data we are seeing from emerging competitive therapies in psoriasis, including orals. We feel very confident in Skyrizi's long-term potential with robust sales growth expected through the early part of the next decade. We are also seeing very nice prescription growth in psoriatic arthritis, especially in the U.S. dermatology segment where Skyrizi is approaching the leading new patient biologic market share. Skyrizi's momentum across psoriatic disease is very solid globally as well. with total in-play share leadership in nearly 30 key countries.

Turning now to IBD, where Skyrizi has demonstrated a very compelling clinical profile, including strong endoscopic data paired with convenient dosing. Uptake in Crohn's disease has been rapid, with total in-play patient share of approximately 25% in the U.S., roughly at parity leadership with Stelara. This uptake is very encouraging for Skyrizi's potential in ulcerative colitis, where we recently reported positive maintenance data with approval and commercialization anticipated next year.

Given the momentum we are seeing across all of the approved indications, we will be raising our full year sales outlook for Skyrizi.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving now to Rinvoq which delivered global sales of $918 million, reflecting operational growth of nearly 57%. A key element of Rinvoq's success is its strong differentiation. It is now approved across 7 distinct indications, including 4 in rheumatology, 2 in IBD as well as atopic dermatitis. It's the only potent daily oral medication with compelling head-to-head data against multiple novel therapies, including superiority to Humira in RA and Dupixent in AD. It's the only JAK inhibitor now approved to treat both Crohn's disease and ulcerative colitis. And we have established strong and broad commercial access for each of the core diseases with formulary coverage for Crohn's expected to ramp quickly over the next months. As it pertains to Rinvoq's performance, we are seeing increasing prescriptions across each of the room indications globally, further market share momentum in atopic dermatitis, including now high-teens in-play patient share in the U.S. and robust uptake in IBD, where Rinvoq has demonstrated strong rates of remission and endoscopic improvement. Rinvoq is now capturing roughly 1 out of every 4 in-play ulcerative colitis patients in the second line plus setting.

And the early data for Crohn's, which launched just in May, also shows a very strong ramp in new patient starts. We remained well positioned for continued momentum in this new indication as the only JAK inhibitor approved to treat Crohn's disease. This level of performance, along with the development of ongoing projects across several other diseases, such as giant cell arteritis and systemic lupus in rheumatology and multiple additional derm indications, reinforces the long-term potential for Rinvoq with strong sales growth expected through the early part of the next decade.

Global Humira sales were $4 billion, down 24.8% on an operational basis due to biosimilar competition. erosion in the U.S. remains slightly better than our expectations due to volume with the vast majority of the impact this quarter driven by price.

Turning now to hematologic oncology, where total revenues were approaching $1.5 billion. Imbruvica global revenues were $907 million, down 20.8%, consistent with our expectations. Venclexta global sales were $571 million, up 15% on an operational basis with strong demand for both CLL and AML, and we are particularly pleased with the international performance here, following continued reimbursement progress in the EU and inclusion in China's national reimbursement list. We also recently received the U.S. approval for Epkinly in third line plus DLBCL further expanding our on-market portfolio in hem/onc. Early prescription trends have been encouraging, with a more robust opportunity expected as we progress development in earlier lines of therapy. We also anticipate approval and commercialization in Europe and Japan later this year. In neuroscience, revenues were nearly $1.9 billion, up 14.2% on an operational basis.

Vraylar continues to exceed our expectations. Sales of $658 million were up 33.9% on an operational basis with increasing momentum across all indications following the MDD approval late last year. Within migraine, we remain the clear market leader with unique treatment options for both acute and chronic conditions. Our oral CGRP portfolio contributed $292 million in combined sales this quarter reflecting growth of more than 30% as we continue to see strong prescription demand for both Ubrelvy and Qulipta.

Lastly, total Botox Therapeutic sales were $748 million, up 11.3% on an operational basis, reflecting nice momentum in chronic migraine as well as other approved indications. This franchise continues to outperform our expectations, and we will be raising our full year guidance for the collective neuroscience portfolio. So overall, I'm extremely pleased with the performance and execution across the therapeutic portfolio with growth expected to accelerate through the second half of the year.

And with that, I'll turn the call over to Carrie for additional comments on aesthetics. Carrie?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Thank you, Jeff. Second quarter global aesthetics sales were approximately $1.4 billion, up 2.9% on an operational basis with strong performance from our international portfolio offsetting the economic impact in the U.S.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

U.S. aesthetic sales were $829 million, down 6.2%. Our U.S. portfolio continues to perform well from a competitive perspective. And as expected, the aesthetics markets continued to be impacted by lower consumer spending related to inflationary pressures, which weighed on year-over-year growth rates.

U.S. Botox cosmetic sales were $420 million, a decline of 6.5% versus the prior year. While the U.S. cosmetic toxin market declined low single digits in the second quarter on a year-over-year basis, growth rates improved through the quarter, with June showing a return to positive year-over-year market growth.

Botox Cosmetic continues to be the clear market leader, maintaining strong and stable share despite new competitive entrants. U.S. Juvederm sales were $125 million, down 14.5% on a year-over-year basis as we continue to see a more pronounced impact from inflationary dynamics on higher-priced, more deferrable procedures such as Filler. The U.S. Filler market declined approximately 20% in the quarter on a year-over-year basis due to the persistent inflationary environment. Our Juvederm collection remains market leader and share was stable in the quarter. The economic metrics that we track for the U.S. have largely stabilized. Our consumer market research shows a meaningful recovery from last summer and those intending to get treated with toxins and fillers. Additionally, we have now lapped the beginning of the market downturn, which occurred in the second quarter of last year. Based on these factors, we expect growth rates for the U.S. facial injectables to improve in the second half of this year.

Our international aesthetics portfolio continues to perform exceptionally well with strong results in many key markets. Second quarter sales were $555 million, reflecting operational growth of nearly 20%. The International Botox cosmetic sales of $265 million increased approximately 14% on an operational basis and International Juvederm sales were $243 million, up approximately 28% on an operational basis.

Growth in the Asia Pacific region was particularly robust as aesthetic treatment rates in China have fully recovered to pre-COVID levels. We continue to anticipate strong normalized growth through the remainder of the year in China. We are very pleased with the strong performance of our international aesthetics portfolio over the first half of the year and continue to expect similarly strong results in the second half. In the third quarter, we will be facing a challenging year-over-year comparison due to a shipment timing benefit we saw in the third quarter of 2022. This is expected to result in relatively flat growth for our international portfolio in the third quarter.

On a full year basis, we expect our international aesthetics sales to grow high single digits. We continue to invest to drive future growth for our aesthetics portfolio with a focus on enhanced promotional activities improve digital products and services through our Alle platform, Salesforce expansion and injector training. We continue to invest in our pipeline as well. And we remain committed to a regular cadence of new product introductions and indication expansions for Botox cosmetic in Juvederm.

We recently announced the FDA approval of SkinVive the first hyaluronic acid Filler in the U.S. for improved skin smoothness of the cheeks, which, along with the recently launched Volux Filler for jawline contouring will help sustain our leadership position in the U.S. Filler market. Our investments will allow us to maintain a strong leadership position in the highly underpenetrated and rapidly growing global aesthetics markets. We remain very confident in the long-term outlook for our aesthetics portfolio and continue to expect to deliver greater than $9 billion in 2029. In the near term, the improving aesthetics outlook in the U.S. and continued robust international performance gives us confidence to once again raise our full year aesthetics guidance with an expectation for continued operational growth over the back half of the year.

With that, I'll turn the call over to Tom.

**Thomas J. Hudson**
*Senior VP of Research & Development and Chief Scientific Officer*

Thank you, Carrie. We've continued to make very good progress with our pipeline over the quarter. We had a substantial amount of activity across our R&D pipeline, resulting in new approvals and advancements of several programs.

In immunology, we received FDA approval for Rinvoq in Crohn's disease, marking its seventh FDA approval across gastroenterology, rheumatology and dermatology. In our Crohn's development program, Rinvoq

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

demonstrated a very rapid and strong impact on symptoms as well as endoscopic improvement. Given its strong benefit risk profile, we believe Rinvoq will be an important new medicine for patients suffering from moderate to severe Crohn's disease. While Crohn's disease approval marks the completion of the core indications, we believe Rinvoq has this -- the potential to become a highly effective therapy in several additional important diseases. We recently began Phase III studies for Rinvoq in systemic lupus, a hidradenitis, suppurativa, and we remain on track to begin Phase III studies in Alopecia areata later this year.

We'll also see later this year from a Phase II study in vitiligo, which could support advancement to Phase III in this indication as well.

Moving to Skyrizi, where in the quarter, we announced positive top line results from our Phase III maintenance trial in ulcerative colitis. In this study, Skyrizi met the primary and key secondary end points at week 52 compared to the withdrawal arm, demonstrating that patients continuing treatment with Skyrizi maintain high levels of clinical remission as well as more stringent endpoints such as endoscopic improvement, histologic endoscopic mucosal improvement and steroid-free remission.

It's important to note that approximately 75% of the patients in this study had failed advanced therapy, including not only anti-TNFs, but also other biologics, JAK inhibitors and S1P modulators. This represents a very difficult-to-treat population in ulcerative colitis. Skyrizi's strong performance in patients with and without failure to advanced therapies including patients who were naive to advanced therapy demonstrate its utility across the spectrum of moderate to severe UC patients. We remain on track to submit our regulatory applications in the third quarter with approvals anticipated in 2024.

We also recently published results from a head-to-head trial comparing Skyrizi to Otezla in patients with moderate psoriasis with Skyrizi demonstrating clear superiority to Otezla on all primary and ranked secondary endpoints at week 16 and 52. At week 52 of this study, 64% of patients achieved absolute skin clearance as measured by PASI 100 an sPGA clear compared to just 3% for Otezla, underscoring Skyrizi's ability to drive very high and durable responses in these moderate patients.

In addition to higher clinical efficacy outcomes, the patients treat with Skyrizi which is a self-injectable administered quarterly reported improvements in health-related quality of life measures and greater treatment satisfaction compared to those treated with Otezla, which is an oral administered twice daily. Additionally, Skyrizi demonstrated favorable safety and tolerability compared to Otezla. The rates of adverse events, including serious and severe AEs were numerically higher with Otezla than with Skyrizi treatment. Previous to -- similar to previous studies, Otezla treatment was associated with high rates of gastrointestinal distress such as nausea, diarrhea and vomiting, which resulted in a 7% discontinuation rate in the first 16 weeks of treatment compared to no discontinuations for Skyrizi patients.

We're incredibly pleased with these results, which further underscores Skyrizi's position as the best in category treatment for moderate-to-severe psoriasis, providing very high efficacy, durable responses a safe and tolerable profile and convenient quarterly administration.

In oncology, we received accelerated approval in the U.S. for Epkinly as a monotherapy treatment for patients with relapsed or refractory DLBCL who had received 2 or more systemic therapies. We also recently received positive CHMP opinion with an approval decision in Europe expected later this year. DLBCL is a very aggressive disease where later-line patients have limited options. We're extremely excited to bring this new subcutaneous treatment option to patients. In the quarter, we also announced positive top line results from the follicular lymphoma cohort of a Phase II trial evaluating Epkinly in patients who have received at least 2 [prior lines ] of therapy. In this study, Epkinly performed very well as a monotherapy, demonstrating an overall response rate of 82%.

We are pleased these results and plan to discuss these data with regulatory agencies about the potential to support a submission for accelerated approval. Beyond the mid-stage studies supporting accelerated approvals in [later lines ] of therapy. We also have Phase III trials ongoing in earlier lines of DLBCL and for lymphoma, and we look forward to providing updates on these programs as the data mature.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In our Navitoclax program, we recently saw top line results from the Phase III TRANSFORM 1 trial, evaluating Navitoclax in combination with ruxolitinib in for patients with treatment naive myelofibrosis. This study met the primary endpoint at week 24, demonstrating a statistically significant improvement in the percentage of patients who achieved complete volume reduction of at least 35% compared to Rux plus placebo. For the primary endpoint, the Navitoclax combination showed a doubling of improvement over Rux alone with 63% of patients on the Navitoclax combination achieving SVR35 compared to 32% in the Rux plus placebo combination. In this study, the Navitoclax combination did not achieve the first ranked secondary endpoint, which was improvement in total symptom score at week 24. We additional follow-up data on SVR and TSS as well as other endpoints are expected in the fourth quarter of this year. We plan to wait for these more mature data before engaging with regulatory agencies in order to have a more comprehensive picture of the patient's clinical response and clinical benefit that Navitoclax can provide.

Looking to the remainder of this year. We remain on track for several additional data readouts from our late-stage oncology programs, including Phase III data from Venclexta's CANOVA trial in relapsed/refractory multiple myeloma patients with t(1114) mutation. As a reminder, this is an event-driven study, and we're just waiting -- we're waiting for just a handful of remaining events. So we'd expect to have these data in-house in the coming months. And we remain on track to see Phase II data for Teliso-V in second-line plus advanced non-squamous non-small cell lung cancer in the fourth quarter. We're also making very good progress with several earlier line, earlier stage solid tumor programs. We recently initiated a Phase II study for ABBV-151, our anti-GARP antibody in Hepatocellular carcinoma and plan to begin Phase II in several additional solid tumors over the course of the next 12 months.

At the recent ASCO meeting, we presented promising initial results from a Phase I study evaluating our next-generation c-Met ADC, ABBV-400 in several advanced solid tumor types. We're seeing responses across multiple tumors, indicating broad activity. Results in late-line colorectal patients were particularly encouraging, where monotherapy treatment with 400 resulted in a confirmed overall response rate of 22% well in excess of standard of care, which is typically less than 2% to 3%. We're also encouraged by the doability of response seen in these early results. These patients had an average of 5 prior lines of therapy, so this level of efficacy is very encouraging. Based on these results, we plan to start our Phase II program later this year, beginning with a second line colorectal cancer study.

Now moving to neuroscience, where in the quarter, we received a positive CHMP opinion recommending approval of atogepant for migraine prevention. We anticipate a decision in the coming months. And if approved, atogepant would be the only oral CGRP antagonist approved in Europe for prevention of both episodic and chronic migraine. This is a debilitating condition that impacts tens of millions of people in Europe, and we look forward to making this new oral treatment option available to patients once approved.

Also in the area of neuroscience, ABBV-916, our Abeta antibody for Alzheimer's disease is rapidly advancing to dose escalation studies. This antibody is demonstrating a long half-life and very low antidrug antibodies, both important attributes to achieve a best-in-class profile for our Abeta antibody. Dose selection in Phase II is expected to begin early next year. And lastly, in our aesthetics pipeline, we recently submitted our regulatory application for Botox in masseter muscle prominence in China, which is the initial focus for our program given the prevalence of masseter muscle prominence in Asian populations and a significant unmet need for minimally invasive treatment options.

In our Platysma prominence program for Botox, we remain on track to see data from 2 additional Phase III studies later this year with our regulatory submission in the U.S. expected near the end of the year. So in summary, we had a very productive first half of the year across all stages and therapeutic areas of our pipeline, and we look forward to the second half of 2023 with several important clinical and regulatory milestones.

With that, I'll turn the call over to Scott.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Tom. I'm very pleased with the performance and outlook of the business, including the strong momentum from our ex-Humira growth plan.

Starting with our second quarter results. We reported adjusted earnings per share of $2.91, which is $0.11 above our guidance midpoint. These results include a $0.15 unfavorable impact from acquired IP R&D expense. Total net revenues were nearly $13.9 billion, more than $350 million ahead of our guidance and down 4.2% on an operational basis, excluding a 0.7% unfavorable impact from foreign exchange.

Importantly, these results reflect high single-digit sales growth from our growth platform. The adjusted operating margin ratio was 47% of sales. This includes adjusted gross margin of 84.7% of sales, adjusted R&D investment of 12.5% of sales, acquired IP R&D expense of 2% of sales and adjusted SG&A expense of 23.2% of sales. Net interest expense was $454 million, the adjusted tax rate was 15.8%.

Turning to our financial outlook. We are raising the midpoint of our full year adjusted earnings per share guidance by $0.23 and now expect adjusted earnings per share between $10.90 and $11.10. This guidance does not include an estimate for acquired IP R&D expense that may be incurred beyond the second quarter. We now expect total net revenues of approximately $53.4 billion, an increase of $1 billion. At current rates, we expect foreign exchange to have a modest unfavorable impact on full year sales growth. This guidance includes the following updated assumptions with more than half of the sales improvement attributed to our ex-Humira growth platform.

We now expect Skyrizi global sales of approximately $7.6 billion, an increase of $200 million due to continued strong performance across all approved indications. We now expect neuroscience sales of approximately $7.7 billion, an increase of $300 million, reflecting robust prescription growth for Vraylar following the MDD approval as well as better-than-expected performance of Botox Therapeutics and Qulipta. And for aesthetics, we now expect global revenue of approximately $5.4 billion, an increase of $100 million, primarily reflecting momentum from Botox Cosmetic. Lastly, we now anticipate U.S. Humira erosion of approximately 35%, resulting in a sales guidance increase of $400 million based on volume trends and strong parity access.

Moving to the P&L. We continue to anticipate adjusted gross margin of 84% of sales and now expect adjusted R&D expense of $6.9 billion, SG&A expense of $12.7 billion and an adjusted operating margin ratio of approximately 46.5% of sales.

Turning to the third quarter. We anticipate net revenues of approximately $13.7 billion, which includes U.S. Humira erosion of approximately 40%. And rates, we expect foreign exchange to have a modest unfavorable impact on sales growth. We expect adjusted earnings per share between $2.80 and $2.90. This guidance does not include acquired IP R&D expense that may be incurred in the quarter.

In closing, AbbVie has once again delivered strong top and bottom line performance, and we are very pleased with the momentum of the business heading into the second half of the year.

With that, I'll turn the call back over to Liz.

**Elizabeth Shea**
*Vice President of Investor Relations*
Thanks, Scott. We will now open the call for questions in the interest of hearing from as many analysts as possible over the remainder of the call, we ask that you please limit your questions to 1 or 2. Operator, we'll take the first question, please.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

Vamil Divan, Guggenheim Securities. .

**Vamil Kishore Divan**
*Guggenheim Securities, LLC, Research Division*

So one, I'm just curious, given the strong quarter and the guidance raise, in terms of that you talked about your floor EPS, is that -- do you still see a floor of $10.70 or is it different? And can you talk anymore at this point or when you see that floor happening? And then my second question is around IRA, and you obviously a lot of focus there. I'm curious if you have any thoughts around if we look at the first list of products around September 1. Are you expecting AbbVie products to be included in that first group of 10.

And then infused just on Rinvoq specifically and how you see that might be at risk from IRA, given you bring obviously a lot of life cycle development there. And is there a chance that a life cycle may not be quite as long? Or kind of how are you thinking about prioritizing investing in a small molecule like Rinvoq?

**Richard A. Gonzalez**
*Chairman & CEO*

Vamil, this is Rick. I'll take the first question and then maybe Rob and I can also tag team on the first one and the second one as well. So if you look at the floor, if you step back and look at how the business is performing. Obviously, the business is performing extremely well. And a significant part of the over achievement is not the Humira business. In fact, of the $1.4 billion we're raising, as Scott said, only $400 million of it is Humira. So $1 billion of it is the growth platform.

So all that speaks. We have very strong momentum going into 2024. And we talked before on these calls about, well, when will the trough year occur. And as you think about the floor, I think you have to sort of think about the trough year at the same time. We said in the past that if we significantly overachieved in 2023, that would increase the probability that the trough year was in 2024. And we said that in the backdrop of primarily thinking about it as Humira overachieving. And obviously, now what we're seeing that it's the majority of the other products that are overachieving the growth platform.

So as we look at '24 and as we look at the trough, I think we have to let the year play out a little bit further to see where we're going. But I would say that we're feeling pretty -- we're feeling very good about '24. And the growth of that non-Humira business could more than offset the over performance that we're seeing this year, especially the over performance that we're seeing on Humira. So it's too early to raise the floor. But what I would tell you is the performance that we're seeing now gives us a tremendous amount of confidence of what '24 looks like. Rob, anything you'd add?

**Robert A. Michael**
*President & COO*

I'd just add that we've now collectively raised revenue guidance by $1.4 billion, as Rick mentioned, we raised $400 million in the first quarter, $1 billion this quarter. When you look at it, it's really across the key therapeutic areas that will drive long-term growth. We've raised Skyrizi, aesthetics, neuroscience, and also Humira. So we do feel very good about the performance of the business. We've debated when we update the floor that will come at some point may not come until we actually give the Q4 guidance -- on the Q4 call of 2024 guidance, but as we look at it, the fundamentals of the business are very, very strong, and we're seeing performance across all of the therapeutic areas.

**Richard A. Gonzalez**
*Chairman & CEO*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On your second question, IRA. I think it's very difficult to predict. In our planning assumptions, we have assumed for some products to be impacted here early on. Imbruvica is obviously one product that we're looking at carefully. I would say it's right from how you would calculate it based on the data that we would have, it would be right on the bubble of where the cutoff would occur in those first 10 products.

So it could be 10, it could be 9, it could be 11, depending upon how some other products. And I say it that way because remember, we're using the data that we have, we're not 100% sure that, that is the data that CMS is going to use. So there's not perfect clarity around it. But I would say that's one that we obviously have on the radar screen and we're looking at carefully. Anything you'd add, Rob?

**Robert A. Michael**
*President & COO*

When IRA was passed a year ago, we obviously modeled the impact and we reaffirmed the long-term guidance expectation of high single-digit growth in the second half of this decade. That remains. We looked at what it means in terms of inflation penalties, party benefit redesign, negotiations. So we did make assumptions around that. I think Rick is correct in that there is still enough uncertainty we're going to know soon, right? September 1 is when they expect to announce the first list.

We have modeled it, but we feel good even with IRA although it does have an impact . It has impacted everyone in the industry, we can still deliver on our long-term growth expectations. On your question -- and I think keep in mind, too, when you look at the Medicare percent of business for AbbVie. In the U.S., it's about 20%. Globally, it's a little bit lower, obviously. And so you look at us relative to our peers, we have a lower percent of the business as exposed to Medicare.

And then when we look at specific at Rinvoq, I think you have to keep in mind with Rinvoq with indication expansion, the percent of sales you're talking about by the time it potentially be selected for negotiation, potentially in the later part of the decade, you're talking about something where like 10% to 12% because if you keep in mind, new indications, in many cases, serve younger patient population. And so that's the way we're looking at Rinvoq continuing to develop it. We obviously have a number of indications that could launch later in the decade. We feel very good about that. those indications can collectively contribute a couple of billion dollars of revenue. We'll continue to drive that robust growth we expect from Rinvoq and Skyrizi as well. And so, even we've modeled the impact of IRA, we don't expect it to impact the development plans for Rinvoq.

**Elizabeth Shea**
*Vice President of Investor Relations*

Thank you, Vamil. Operator, next question, please.

**Operator**

Chris Schott, JPMorgan.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Just two questions for me. I guess first, can you just elaborate in terms of what you're seeing with biosimilar Humira as we think about kind of the price and volume dynamics. I guess specifically, any surprises from your side in terms of how this is playing out? And then just any qualitative comments you can provide about how you see this kind of translating as we kind of think out to 2024? And then my second question was just on the Skyrizi updated guidance. Just a little bit more color on that $7.6 billion of at this point, how much is coming from psoriasis versus psoriatic arthritis versus this Crohn's launch that seems to be off to such a strong start. So just directional color of like the mix of the indications would be very helpful.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Chris, it's Jeff. And I'll answer your first question. So in a nutshell, we haven't been surprised at any of the dynamics that we've seen play out, we've called it very, very accurately. So again, nothing that's really other than some small volume holding on a little bit better that's really different. So we're quite pleased with how our contracting and access has played out. And that parity access for Humira has been important.

And again, it's what we believe would happen -- we think it's good for patients, obviously, who can maintain their therapy with very little volatility, and it certainly provided us with a lot of predictability. And so I think we've managed sort of the first half with the Amgen launch and then the second half dynamics very, very well. And if you look to '24, as I've highlighted before, we do have 2-year agreements with some of our accounts.

And we negotiated those in good faith, and we expect them to be honored. And remember, these are parity contracts for both '23 and '24 and with Humira access coexisting with these multiple biosimilars. So I would say based on these dynamics, we're confident that Humira access will remain quite meaningful in 2024. And we know that as more biosimilars become established, we're also, as we've highlighted, appropriately planning for some volume loss in those certain so-called wax-sensitive accounts over time. So really no surprises in terms of what we've seen overall. So we're quite pleased.

**Robert A. Michael**
*President & COO*

Chris, this is Rob. Just to give you some color, both in terms of the '23 guidance and the erosion assumptions around that, and then I'll talk about '24 briefly as well. In the first half of the year, obviously, the vast majority of that erosion came from price. We saw very little volume impact. But now with 8 biosimilars on the market and some pursuing a low act strategy, we have assumed high single-digit volume erosion in the second half of the year, which would put the full year volume impact at mid-single digits.

The rest of the 35% comes from prices. We've negotiated those higher rebates and maintain strong parity access. Now while we're not providing '24 guidance today for U.S. Humira, it is reasonable to assume that there will be additional price erosion. Some will come from the annualization of the rebates that increased in the second half of this year and some will come from rebate increases negotiated for 2024 parity access. I'd also expect more volume erosion in '24, given the midyear entry of biosimilars this year, especially those that are pursuing a low act strategy. We've taken a close look at consensus estimates, analyst estimates have a very wide range the difference between the lowest estimate and the highest estimate approach is $4 billion.

However, I'd say the average of those estimates appears to be a reasonable expectation for next year. Obviously, we'll give formal guidance likely on the Q4 call, which is our customary practice. But if you look at the average of those estimates, it should give you a good sense.

**Elizabeth Shea**
*Vice President of Investor Relations*

Thanks, Chris. Operator? No, sorry.

**Robert A. Michael**
*President & COO*

Yes. And then I'll take -- this is Rob on to your question on Skyrizi. So of the $200 million, it's split evenly between psoriatic $100 million and IBD a $100 million -- so that $7.6 billion psoriatics, about $6.7 million and IBD is around $900 million.

**Elizabeth Shea**
*Vice President of Investor Relations*

Operator, next question, please.

**Operator**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Mohit Bansal, Wells Fargo.

**Mohit Bansal**
*Wells Fargo Securities, LLC, Research Division*

Congrats on the quarter. One clarification question and then one question. So clarification. So Rick, you mentioned that you think, like, again, at this point, you're not talking about increasing the floor, but you feel comfortable about the floor EPS range of $10.70. Is that fair, be it in 2023 or '24, that's the first clarification question. And then second one is, when we talk to investors, they do feel comfortable about the ex-Humira portfolio. But one question that cuts up all the time is that, I mean, the lack of shiny object or pipeline beyond Skyrizi and Rinvoq. To the extent you agree with that assessment, how do you plan to mitigate that? Or is there anything in the pipeline that investors are missing at this point?

**Richard A. Gonzalez**
*Chairman & CEO*

Okay. This is Rick. So as far as the $10.70, I would tell you that we feel highly confident in the $10.70. So there shouldn't be any concern there. And as I said, with how the growth platform is performing, we would expect to update at some point the floor. And obviously, by the way I'm saying it, the update would be in an upward direction. So hopefully, that gives some clarity around the floor. .

I think when you think about the pipeline, what I tell you about the way we operate is we design our investment in R&D to be able to deliver the kind of growth that we expect for the business over the long term, both short term and the long term. Our expectations of the business haven't changed. Our expectations are to build a strategy that allows this business to grow at the top tier and be able to do it over the long term and do it in a consistent way. And I'd say, as I look at our historical performance, we've obviously delivered on that. But as I look at forward-looking performance through the end of this decade and into the early part of the 30s, we're highly confident we can deliver high single-digit growth with the pipeline that we have now, and ultimately, with the assets that we have in the marketplace and how they're performing in the marketplace and their ability to be able to drive significant growth.

And you see that in the performance that we're delivering now. If you look at the growth -- platform's growth in first quarter, and then look at it in the second quarter, it's accelerating at a very good pace, and it will continue to accelerate as we go through the rest of this year. And that once we get to a stable tail relatively stable tail on Humira will be that growth that emerges to be able to drive the company, and that's what gives us such a high level of confidence. But I think when you look at our pipeline, Certainly, we invested significantly in Skyrizi and Rinvoq, and that investment is paying off extremely well. We have a number of assets in our pipeline that will continue to help accelerate that growth as we move forward. So venetoclax for t(1114) and MDS are in samples of that.

ABBV-951, we should do any submission and get that product on the marketplace.

This a huge need for that product in the marketplace. And a number of other assets, I won't go through every one of them. the rest of our investment in R&D has really been focusing on assets that are designed to be able to sustain our growth from 2030 forward. And so as I look at our pipeline, and I know you don't have as much visibility as we do [it on other our ] pipeline for things like the ABBY-400 platform and the cement platform that we have, the data we're seeing in CRC, non-small cell, that's a significant opportunity for us or is another significant opportunity for us.

Our neuroscience portfolio is ABBV-916 and other assets is another significant opportunity for us that will emerge in that time frame. We have a next-generation BTK degrader that we're excited about. We have a second-generation BCL-2 that we're very interested in pursuing in multiple myeloma. And so there's a number of assets here that just haven't emerged to the point that you have clear visibility on all that data, but we do have visibility to where they're progressing. And so I think it's just hard for you to assess that earlier pipeline, but it's really designed to deliver on that long-term growth. So we're confident between now and the early 30s. And as that pipeline matures and the data comes out, is another good example of where we have a lot of data now that is demonstrating that is probably best in class for a bispecific in

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

myeloma. And so as that data emerges, you're going to get more visibility to it. And then obviously, we have the ability to go out and acquire things and we find things that we're interested in.

**Elizabeth Shea**
*Vice President of Investor Relations*

Okay. Thank you, Mohit. Operator, next question, please.

**Operator**

Terence Flynn, Morgan Stanley.

**Terence C. Flynn**
*Morgan Stanley, Research Division*

Maybe a couple for me. maybe Rick, just to follow-up on that last comment, maybe just an update on your M&A BD appetite here, particularly assets that can contribute more near term to growth? And then again, I want to see what you guys are hearing out there regarding the long-acting Botox competitor. It sounds like you're seeing stable market share, but any feedback on that product?

**Richard A. Gonzalez**
*Chairman & CEO*

Okay. So M&A, I mean, obviously, we have a very active group who's constantly working in the area of business development. We're primarily focused in the areas that we operate in franchises. So think of things like immunology, neuroscience, certain areas of neuroscience, oncology, aesthetics, as an example, we constantly look at and then eye care would be, I would say, the key areas of focus. As I said before, we don't need anything to be able to drive that high single digits. Obviously, if we can grow even faster, that's a good thing. I think all of us recognize that.

If we find assets that are out there that are later-stage assets, and they fit our strategy and they fit the kind of target product profile that we would expect because we only look for assets that can significantly change standard of care. That's what we're good at. And so we evaluate lots of things, but many of them don't meet that threshold that we're looking for. But if we find something, we would obviously pursue it. If it was in an area that we thought we could maximize the value of it. And so, we'll continue to do that. So like I said, I feel good about where we are and what we can drive, and I feel good about how we're looking at assets that are in the outside. We certainly have the financial wherewithal to be able to acquire assets that are out there. And as we've mentioned before, we obviously acquire larger assets. And so we continue to look at those. But they have to meet our criteria and they have to be able to deliver a good return to the business. On DAXI, I feel very good about how the team -- Harry and the team are performing against that. But I'll let Carrie actually describe to you how it looks.

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Thanks, Rick. So in terms of DAXI, it's been more than 6 months since their launch and the uptake has been quite limited from our perspective in the low single digits.

So for context, as we benchmark our competitive launches. And you would benchmark this launch versus the most recent toxin to enter the U.S. market you would see it's tracking to about 25% of where another product would be at the same point in its launch. And in terms of customer feedback, we continue to hear that expectations are just not being met on duration, that expectations on the customer side and on the consumer side. So we have yet to see impact on Botox share and Botox will continue to be the clear market leader as the other toxins compete for the #2, 3, 4 position in our customers' offices. We are very pleased with the team's ability to execute on these competitive strategies here. And actually, their clear focus not only on the competitive strategies, but also on the broader focus and vision to grow the entire toxin market in the U.S., which we continue to see as biggest opportunity now and in the future.

**Elizabeth Shea**
*Vice President of Investor Relations*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Thank you, Carrie. Operator, next question, please.

**Operator**

Evan Seigerman, BMO.

**Evan David Seigerman**
*BMO Capital Markets Equity Research*

I wanted to just talk about kind of how you think about market share across the growth portfolio, specifically Skyrizi and Rinvoq kind of going forward. Is there a potential ceiling for them in [one ] market share you can realize in these markets? Or maybe comment on some of the gating factors for market share growth in each of the patient provider or reimbursement agreements.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. Evan, it's Jeff. I'll take that one. One of the aspects that we have that I highlight and we look very carefully at, we look at both sort of in-play capture which I often refer to, for example, right now, the in-play capture for Skyrizi in psoriasis is about 50%. So we're capturing one out of every 2 patients. And our market share is about 32%, as I highlighted. So theoretically, as we study these markets that if there's not major innovation or major disruption that comes in place. And we really don't see that in psoriasis. You get such a high level of efficacy with Skyrizi, your market share, so the 32% starts to ramp up over time towards your in-play capture because you get the persistency effects and the fall off that take place in the market. So really, when you look at that, I could say the same thing, for example, with Rinvoq.

I mentioned that it's capturing 25% of second line plus in-play share. It has like a 3% market share. So in terms of the ability to sort of grow that market share over time, we really monitor that capture rate in the early years, and then you just sort of -- the in place sort of pulls up your market share over time. So that's why we're quite encouraged at the speed of the ramps that we're seeing there and the ability to move that market share. Now when we study the models, you don't fully get there because typically, something else launches, time goes by. But we can feel very, very encouraged as we look at our in-play momentum that the market share starts to approach that over our long-range planning cycle.

**Richard A. Gonzalez**
*Chairman & CEO*

The only other thing I would add, this is Rick, is with Otezla head-to-head. I would say currently, Skyrizi is not competing much against Otezla, which is a pretty sizable opportunity. And we're very pleased with this head-to-head data. So that will open up another pool of patients that today Skyrizi doesn't necessarily compete against. So that data will obviously allow us to be able to position it quite effectively against Otezla.

**Elizabeth Shea**
*Vice President of Investor Relations*

All right. Thank you, Chris. Operator, next question, please.

**Operator**

Chris Raymond, Piper Sandler.

**Christopher Joseph Raymond**
*Piper Sandler & Co., Research Division*

Just maybe a pipeline line of questioning here. Rick, I heard you mention maybe ABBV-951, but it wasn't in your prepared comments. Maybe -- I know you guys were saying you're working to respond to the CRL later this year with PDUFA in the first half. Is that still the case. And then maybe also on the pipeline. A couple of quarters ago, I think you guys talked about an interesting combo opportunity in IBD with that GLP-2 in-licensed, I think, from Scripps. Any updated thoughts here with this sort of mechanism as a combo agent?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Roopal Thakkar**
*SVP of Development & Regulatory Affairs and Chief Medical Officer*

It's Roopal. I can take those. So for ABBV-951, the team is still on track for a resubmission this year, consistent with what you just stated. And in fact, we've launched in Japan, and there's already commercial patients receiving it. So the team is very excited about that. And what was described earlier. The unmet need is still quite high, and we still believe in a very strong profile in that asset. Along the lines of combinations, as you mentioned, on GLP-2, we feel with -- something like Skyrizi, the data that we've seen in Crohn's and ulcerative colitis there's still potentially an opportunity to even increase endoscopic or mucosal healing even higher. We're seeing high ranges already 50%, 60%. But we can still potentially go higher and something like a GLP-2 can directly address mucosal healing.

So that could be a potential combo. There's other assets in our immunology pipeline that we are also considering for a combination. But when you have an asset like Skyrizi and the safety profile that we continue to observe that creates, I would say, multiple opportunities.

**Thomas J. Hudson**
*Senior VP of Research & Development and Chief Scientific Officer*

If I can just add, we didn't really opt in yet. Our collaboration with Caliber, which we expanded this week to more programs includes them doing a Phase Ia study which is almost finished. We're going to see the data and make that decision. It does fall into our -- part of our immunology program, which is in epithelial repair, which Roopal just mentioned. And so this is one of the assets which we think if you get a healthier gut to prepare that there will be in combination with immunomodulators will get a better response over time. We have another program called RIPK1, which also is involved in epithelial repair. So as multiple strategies, but this is one where we'll be making a decision and announcing a later time this year.

**Elizabeth Shea**
*Vice President of Investor Relations*

Thank you, Chris. Operator, next question, please.

**Operator**

Steve Scala, TD Cowen.

**Stephen Michael Scala**
*TD Cowen, Research Division*

A couple of questions. This morning, Takeda noted weakness in the U.S. GI market, and it seemed to be mainly on patient levels as opposed to competition. Wondering if you're seeing this and to what do you attribute it? So that's the first question. On the second question, on the Q1 call, the company said it would narrow the EPS range when it had clarity on biosimilar Humira and the landscape for that. .

So you narrowed that range today despite most biosimilars having been on the market for only 3 weeks, what do you know now that you didn't know when you reported in April that gives you the confidence to narrow the range today or is it all about the performance of the rest of the portfolio and really not about Humira?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Steve, it's Jeff. No, we don't see any slowdown in the IBD market. I mean this market has been just one of the highest growth markets we've seen from a CAGR perspective over many, many years. There's such unmet need. And so no, we're not seeing any patient slowdown. I would say, look, if we look at our particular data, I mean, you're seeing very fast ramps on this in-place share from Skyrizi and Crohn's disease. .

Now you're seeing an equally fast ramp in the early weeks from Rinvoq and Crohn's disease. And again, we're capturing up to 25% of the second line plus patients in ulcerative colitis. So I don't know what data

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Takeda is looking at, but we're seeing that the competitors in that space. And the leading competitors are Stelara and Entyvio and of course, our own Humira, but it's Stelara and Entyvio, they're under pressure in terms of incremental patient capture since our launch, and we'll continue to monitor. But we don't see any patient flow issues in the marketplace.

**Robert A. Michael**
*President & COO*

And Steve, this is Rob. On your second question. I think it's a combination of both. We're seeing very strong performance from the ex-Humira growth platform, as you can see by the guidance raise, that's really a contributor. But now that we're beyond the middle of the year. We know the biosimilars that have entered the market, we know they're facing prices. We've maintained strong parity access. And so that also increased our confidence which is why we've narrowed the range to $0.20. But it's a combination of both the ex-Humira growth platform performing very strongly as well as where we sit today with biosimilar competition for Humira.

**Elizabeth Shea**
*Vice President of Investor Relations*

Thanks, Steve. Operator, next question, please.

**Operator**

Carter Gould, Barclays.

**Carter Lewis Gould**
*Barclays Bank PLC, Research Division*

I guess, two, acknowledging all your comments on the pipeline and previous comments on BD. Rick, was looking to get your thoughts on how the more assertive FTC here is limiting your target list on BD or your ability to complete deals? And then maybe just on Botox. Just was hoping for a little bit more color on the sustainability of the ex-U.S. trends versus maybe some of that demand getting pushed into the quarter after some of the shutdowns, COVID impacts and whatnot ex-U.S.

**Richard A. Gonzalez**
*Chairman & CEO*

Okay. So I'll take the first question. Obviously, the FTC appears to be applying a lot more scrutiny to transactions. Having said that, I would say even before this happened, we would always evaluate an acquisition of a product or a company in the backdrop of what we thought the competitive environment would be our position in that market, meaning we didn't necessarily go out and try to do transactions that we thought would be extremely difficult from an FTC standpoint. .

So I think the way we think about the FTC situation now is, look, it may require more time to get acquisitions through it may even require that you're willing to pursue litigation in order to get those through. But in the end, if your position is that what you're trying to do is not anticompetitive. You will be able to ultimately prevail in that process. And I think we're seeing that as some of these transactions go to court. Some not in our own industry, but in other industries, I think that's playing out. And so I think ultimately, it will end up being more of a delay, but not something that staples your ability to do things that are appropriate to do. That's my perspective on it. Carrie?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Sure. In terms of the aesthetics market internationally, like we said, we've been very pleased with the performance so far, and we expect to -- we continue to expect to see that type of strong performance through the rest of the year. We're continuing to invest in key growth markets like Japan and in markets like Brazil. And of course, China has become our second biggest market globally. And in China, in the first quarter, we did see significant growth as the market was reopening from COVID and some pent-up demand that came through in Q1 and early Q2.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And now China has returned to normalized high growth rates. And so despite some economic pressures there, we really continue to see strong growth as we continue to invest and expand our promotional footprint there through field force, through injector training and our consumer efforts. And China will continue to be a really attractive market for us. Based on that commercial expansion and also, we're going to have a steady flow of new product launches throughout the decade in that market. One thing to note, which we did mention in our prepared remarks is that we do expect Q3 to be relatively flat internationally based on shipment timing from last year with that return to growth in Q4 and high single-digit growth for the full year internationally.

**Robert A. Michael**
*President & COO*

And then, Carter, you were specifically asking about international Botox. I think if you just look at the run rate through the 6 months of the year, that's probably a good proxy for where we expect international Botox to land. We're holding strong share positions. [Force] is very, very good. So there's really no dynamic there. As Carrie mentioned, I mean you have to keep in mind that fillers a very large market for us, business for us internationally. We do have the Q3 dynamic. But when you look at the full year for international, that high single-digit growth, is certainly a way to think about the international business for aesthetics.

**Elizabeth Shea**
*Vice President of Investor Relations*

Thanks, Carter. Operator, next question, please.

**Operator**

David Risinger, Leerink Partners.

**David Reed Risinger**
*SVB Securities LLC, Research Division*

Yes. So I have two questions. Rick, you had mentioned that you're expecting stabilization of Humira sales at some point. Could you provide some perspective on when you might expect that? And then second, with respect to the Filler franchise, obviously, it's performing strongly, could you discuss the prospects including the driver of weight loss drug patients seeking to compensate for facial hallowing?

**Richard A. Gonzalez**
*Chairman & CEO*

On the Humira tail, as Rob mentioned earlier, obviously, you have the annualization of the impact that we have this year, the second half annualization that's going to roll into '24. We're going to have further price erosion in '24, both based on the contracts that we have and how we're expecting the market to play out. And I'd say the pricing in the marketplace has been consistent with what our original assumptions were. .

So I think the expectation you'll start to see stabilization of that tail in '25. And benefit operates similar to what we see in the international markets, which I think would probably be low at that point. it becomes relatively stable, I'd say, in '26 going forward. And it should be still a substantial tail that we maintain. But see less erosion pressure on it at that point. Carrie, do you want to talk a little bit about the Otezla impact?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Sure. So in terms of the Filler opportunity and outlook, I guess, it was that big -- I'll start -- I'll zoom out a little bit and just comment on that the Filler market continues to be really attractive, especially internationally, as you've already seen here right now. with China driving some strong growth.

And really some of the key Juvederm brand have just become available in China in the past few years, and we'll continue to have, like I said, a cadence of Juvederm launches in China. And then our increased

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

investment all over the world and continues to drive our Filler business and gives us a lot of optimism there internationally.

Now in the U.S., we have said that the inflationary dynamics have impacted the U.S. market for Filler and more than toxin just by the nature of the Filler pricing and procedure. And also in terms of the patient journey patients tend to start on toxin before they add Filler. And so for all those reasons, we believe that the top -- the Filler market will continue to improve in the second half of the year. although it will lag the toxin market recovery a bit.

Now in terms of the question around Ozempic, we have been keeping an eye on that and how these weight loss products could have an impact on the aesthetics market. And what we see is that really anything that gets a consumer engaged in their appearance, including products like Ozempic are a positive tailwind for the aesthetics business.

And we are hearing some customers say that this facial hollowing for fillers -- or for -- that's a result of these products is an opportunity for fillers. We see that on social media. We're tracking it in other forms of media. And we think that like many other consumer trends around aesthetics, this will just continue to be a tailwind and the positive dynamic of the business.

**Elizabeth Shea**
*Vice President of Investor Relations*

Thanks, David Risinger. Operator, next question, please.

**Operator**

Tim Anderson, Wolfe Research.

**Timothy Minton Anderson**
*Wolfe Research, LLC*

A couple of questions. How much uncertainty is there in terms of contracting in the I&I category in 2024 from a pricing standpoint for Skyrizi and Rinvoq. And when will you be able to provide an update on how those pricing discussions are going for those 2 brands. So not the formal sales guidance for those products, but how the pricing discussions are going. And what is your expectation today for that level of price erosion in 2024 relative to what it's been in 2023?

**Richard A. Gonzalez**
*Chairman & CEO*

Okay. So I think Jeff and I will tag team this one. It's a great question because, look, I think we all know there has been some question out in the marketplace since the first quarter about I&I pricing. And so let me try to frame our perspective on the pricing because I think there's some misconception that's developed in the marketplace to some extent around I&I pricing. I guess the first thing I'd say to you, this is a market we know well. We've been in this market for a long time. We're obviously a leader in this market.

So it's a market we know extremely well. And obviously, we know any trend that's occurring in this market to a high degree of detail. And what I would tell you is that we see no fundamental change in the way pricing is being dealt with in this marketplace nor do we expect to see any fundamental change that occurs in the foreseeable future. So that brings me to the rebate question in the first quarter.

And I would tell you that we're operating exactly the same way we have historically operated in this segment as it relates to rebating or discounting. When we get a new indication or when we get a new product, one of the things that we evaluate is -- okay, what level of rebating should we do in order to maximize 2 things for the product. The speed at which we can drive the ramp and the ultimate peak sales that we can drive for that asset. We weigh those 2 things against how we look at contracting and getting on formulary. And so when you get an indication, you make a trade off.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Do I want to be on formulator? I don't. If I do, I have to provide some level of incremental rebates. Is that a financially positive decision for the asset in the company. And if it is, we make that decision. And I would say that Skyrizi and Rinvoq are classic examples of that strategy. And I would say, look at how they're performing. We're going to grow those 2 assets despite the increased rebates, $3.5 billion this year. And that's a pretty good trade-off. I don't know, Jeff, anything you'd add?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. Maybe just to build on that point, Rick. I mean this fact base of 7 indications in one year in one category with one firm, it's just -- it's really unprecedented. It's not going to happen again. And I think it's important to think about how it works. I mean, when you get a new indication and they're sequencing over time, you've got to clear the payer's P&T clinical committee, and they don't meet every day.

They meet every couple of months. So there's a process there. And then you've got to be added to the formulary structure. So you either have to somehow gain a new spot by indication or replace a competitor. And that's not easy as well. And so that's why what we see in the marketplace. Many competitive firms have to offer these free or bridge programs and not just for a quarter or 2, sometimes there are multiple quarters or years until that access ramps.

And I would say, in contrast, Rick, as you noted, on average, we achieved fully paid access for those 7 indications in about 60 days, really, really unprecedented. So that means we had to give very little free goods we had almost immediate paid access and profit flow and then, of course, that rapid revenue accumulation that you highlighted. So definitely the right trade-off, and we don't see that recurring. .

**Robert A. Michael**
*President & COO*

And Tim, on your second question, I mean we've said this before, the high single-digit price impact this year is a function, again, as Jeff mentioned, 7 new indications. We do not expect that type of price erosion going forward. It should not be what investors are modeling. So I wouldn't be concerned about high single-digit price erosion in '24.

**Elizabeth Shea**
*Vice President of Investor Relations*

Thanks, Tim. Operator, we have time for one final question.

**Operator**

And that will be from Geoff Meacham, Bank of America.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

On OUS Humira, you're obviously well past the initial biosimilar way, but you're still seeing some sequential decline. So what's the context here? And is there a dynamic that could impact Skyrizi or Rinvoq even indirectly OUS?

And then on Navitoclax, I know you guys have more details to come, but is there a threshold you're looking for and TRANSFORM-1 to move forward or even to inform development in other indications, just thinking about maybe the tolerability profile and the comps in that?

**Robert A. Michael**
*President & COO*

So Jeff, this is Rob. I'll answer your question on International Humira. If you look at the '23 erosions, Its's about $600 million it's really split in, I'd say, 3 buckets. About $300 million of it is new biosimilar markets, markets like Canada, Puerto Rico, Mexico. Those are -- remember, we have additional waves coming in. So that's the next wave coming in so about half of it is that. And then I characterize about $200 million being really the impact of new agents like Skyrizi and Rinvoq, right?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So you have agents that deliver higher standard of care, and so you're going to see share erosion just through that dynamic. And fortunately, we've brought forward our own products that do that. And so I'd say of that $600 million, $200 million is roughly that. And then in the international markets, you typically see some, I'd say, low to mid-single-digit price erosion, just typically year-over-year.

So that's about another $100 million. So it's important to characterize it the right way. It's not so much markets that were biosimilar several years ago. It's more recent biosimilar markets, our own competition from our own agents as well as the typical price erosion you see in the international market.

**Roopal Thakkar**
*SVP of Development & Regulatory Affairs and Chief Medical Officer*

It's Roopal. I'll take the Navitoclax question. So we'll continue to monitor the spleen volume reduction and see how that looks towards the end of the year. And if it maintains the high level that Tom described, that's something that definitely a positive. The other things that we'll get that will reveal themselves over the longer term as the marrow fibrosis and that, along with the spleen volume reduction and actually some of our earlier data may be correlative for survival events.

So we'll get an early look at those. And then in terms of tolerability, what we've seen thus far is consistent with what we've seen initially, and it is a titratable dosing. So the clinicians can tailor in the study to what the patient needs. So more to come by year-end.

**Elizabeth Shea**
*Vice President of Investor Relations*

Okay. Thanks, Jeff. And that concludes today's conference call. If you'd like to listen to a replay of the call, please visit our website at investors.abbvie.com. Thanks again for joining us.

**Operator**
As we are concluded. Again, thank you for your participation. You may please disconnect at this time.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ3 2023 Earnings Call Transcripts

## Friday, October 27, 2023 1:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ3 2023- | | | -FQ4 2023- | -FY 2023- | | -FY 2024- | |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS | GUIDANCE |
| EPS Normalized | 2.87 | 2.95 | 2.79 | 2.79 | 11.02 | - | 11.07 | 11.00 |
| Revenue (mm) | 13707.25 | 13927.00 | 1.60 | 13771.47 | 53581.75 | 53400.00 | 53055.76 | - |

Currency: USD
Consensus as of Oct-27-2023 1:54 PM GMT




- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2022 | 3.58 | 3.60 | 0.56 % |
| FQ1 2023 | 2.49 | 2.46 | (1.20 %) |
| FQ2 2023 | 2.81 | 2.91 | 3.56 % |
| FQ3 2023 | 2.87 | 2.95 | 2.79 % |

TRIAL EXHIBIT
DTX-319
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents


| | | |
|---|---|---|
| **Call Participants** | ........................................ | 3 |
| **Presentation** | ........................................ | 4 |
| **Question and Answer** | ........................................ | 10 |


COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

## EXECUTIVES

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

**Richard A. Gonzalez**
*Chairman & CEO*

**Robert A. Michael**
*President & COO*

**Roopal Thakkar**
*SVP of Development & Regulatory Affairs and Chief Medical Officer*

**Scott T. Reents**
*Executive VP & CFO*

**Thomas J. Hudson**
*Senior VP of Research & Development and Chief Scientific Officer*

## ANALYSTS

**Alice Jennifer Nettleton**
*Wolfe Research, LLC*

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

**David Reed Risinger**
*Leerink Partners LLC, Research Division*

**Evan David Seigerman**
*BMO Capital Markets Equity Research*

**Gary Jay Nachman**
*Raymond James & Associates, Inc., Research Division*

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

**Luisa Caroline Hector**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

**Mohit Bansal**
*Wells Fargo Securities, LLC, Research Division*

**Stephen Michael Scala**
*TD Cowen, Research Division*

**Terence C. Flynn**
*Morgan Stanley, Research Division*

**Trung Chuong Huynh**
*UBS Investment Bank, Research Division*

**Vamil Kishore Divan**
*Guggenheim Securities, LLC, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


REV_DAX-03323635
DTX-319.0003

# Presentation

**Operator**

Good morning, and thank you for standing by. Welcome to the AbbVie Third Quarter 2023 Earnings Conference Call. [Operator Instructions]

I would now like to introduce Ms. Liz Shea, Senior Vice President, Investor Relations. Thank you. You may begin.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

Good morning, and thanks for joining us. Also on the call with me today are Rick Gonzalez, Chairman of the Board and Chief Executive Officer; Rob Michael, President and Chief Operating Officer; Jeff Stewart, Executive Vice President, Chief Commercial Officer; Scott Reents, Executive Vice President, Chief Financial Officer; Carrie Strom, Senior Vice President, AbbVie and President, Global Allergan Aesthetics; and Tom Hudson, Senior Vice President, R&D and Chief Scientific Officer.

Joining us for the Q&A portion of the call is Roopal Thakkar, Senior Vice President, Development and Regulatory Affairs and Chief Medical Officer. Before we get started, I'll note that some statements we make today may be considered forward-looking statements based on our current expectations. AbbVie cautions that these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those indicated in our forward-looking statements. Additional information about these risks and uncertainties is included in our SEC filings. AbbVie undertakes no obligation to update these forward-looking statements, except as required by law. On today's conference call, non-GAAP financial measures will be used to help investors understand AbbVie's business performance. These non-GAAP financial measures are reconciled with comparable GAAP financial measures in our earnings release and regulatory filings from today, which can be found on our website. Following our prepared remarks, we'll take your questions.

So with that, I'll turn the call over to Rick.

**Richard A. Gonzalez**
*Chairman & CEO*

Thank you, Liz. Good morning, everyone, and thank you for joining us today. AbbVie continues to perform exceptionally well. We once again delivered an excellent quarter with results ahead of our expectations. We are now several quarters into the U.S. biosimilar event for HUMIRA and continue to effectively manage erosion. We've been able to maintain significant volume with the majority of the impact to date driven by lower price.

Importantly, our growth platform, the base business, excluding HUMIRA which includes a well-diversified portfolio with multiple leading products in highly attractive markets across Immunology, Neuroscience, Oncology and Aesthetics continues to demonstrate robust performance and outperform expectations. This platform, which is the critical driver in our return to rapid growth in 2025 and beyond, delivered strong double-digit revenue growth this quarter, a considerable acceleration from the first half of this year. We anticipate this platform, which is led by SKYRIZI, RINVOQ, VRAYLAR and BOTOX will continue to drive significant revenue growth going forward.

At the same time, we have several promising R&D programs with the potential to contribute meaningfully in the latter part of this decade and into the 2030s. This includes next-generation approaches in immunology, a focus on bispecifics, ADCs and novel IO in oncology as well as innovative therapies to potentially treat a range of neuropsychiatric and neurodegenerative disorders.

In summary, I'm extremely pleased with the continued strong momentum and execution across our business. The growth platform is substantially outperforming our expectations, giving us the confidence to once again raise our financial outlook, including upgraded guidance for floor earnings, which Rob will

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

share momentarily and further underscoring our confidence in AbbVie's long-term outlook. Today, we also announced an increase in our quarterly dividend, which we have grown by more than 285% since our inception. With that, I'll turn the call over to Rob for additional comments on our business performance. Rob?

**Robert A. Michael**
*President & COO*

Thank you, Rick. Our results once again demonstrate the strength of our broad portfolio and support AbbVie's long-term growth outlook. We reported adjusted earnings per share of $2.95, which is $0.14 above our guidance midpoint. Total net revenues were $13.9 billion, roughly $225 million ahead of our guidance. The performance of our ex-HUMIRA growth platform continues to be very strong with revenue growth above 12% this quarter, including more than 50% growth from both SKYRIZI and RINVOQ, our best-in-category immunology medicines. We continue to anticipate that these 2 products will collectively exceed HUMIRA peak revenues by 2027 with robust growth expected into the next decade.

Neuroscience also delivered strong performance, with operational sales growth of more than 20% this quarter, driven by our leading portfolio for migraine and psychiatric conditions. And lastly, Aesthetics performance was highlighted by the return to growth of the U.S. toxin market. This outstanding execution across our well-diversified portfolio gives us the confidence to once again raise our near-term financial outlook. We are increasing our full year revenue guidance by $600 million and have now raised total revenue by $2 billion since our initial guidance in February, including more than $1.4 billion from our ex-HUMIRA growth platform. As a result, we are also raising our full year adjusted earnings per share guidance by $0.25, and now expect adjusted EPS between $11.19 and $11.23.

Given the strong momentum of our growth platform, which is significantly outperforming our expectations this year, we are now raising the floor guidance for 2024 adjusted EPS to $11, which is $0.30 better than our previous expectations. This floor guidance continues to exclude any impact from IPR&D expense. As is our typical practice, we'll provide our formal EPS guidance range for 2024 on the fourth quarter call. Finally, today, we are announcing a 4.7% increase in our quarterly cash dividend from $1.48 to $1.55 beginning with the dividend payable in February 2024. Since inception, we have grown our quarterly dividend by more than 285%. In summary, I am very pleased with the strong execution across our portfolio. We remain confident in our long-term outlook including a return to robust revenue growth in 2025 with a high single-digit CAGR to the end of the decade. With that, I'll turn the call over to Jeff for additional comments on our commercial highlights. Jeff?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Thank you, Rob. We once again delivered strong results across our therapeutic portfolio this quarter. I'll start with Immunology, which delivered total revenues of nearly $6.8 billion, exceeding our expectations. SKYRIZI and RINVOQ continue to demonstrate impressive growth and are now on pace to deliver approximately $11.6 billion in combined sales this year. This performance is especially encouraging, recognizing that we are still in the early launch phase for both assets in IBD, an area of high unmet need where we are very competitively positioned with 2 complementary assets each having generated strong response rates and durable remission across our development programs. SKYRIZI total sales were $2.1 billion, reflecting operational growth of more than 50%.

This robust performance includes further share gains in psoriasis, where we remain the clear market leader, capturing roughly 1/3 of the total prescriptions in the U.S. biologic market and approximately 50% of in-play patients who are either new to therapy or switching, increasing momentum in psoriatic arthritis, where SKYRIZI is now the leading in-play biologic therapy in the U.S. dermatology segment as well as continued rapid uptake in Crohn's disease, where we are capturing roughly 1 out of every 4 in-play patients. Importantly, we recently announced positive results from sequence, the ninth and perhaps the most impactful head-to-head study across our development program for SKYRIZI and RINVOQ.

SEQUENCE is a Phase III head-to-head study in Crohn's, which demonstrated SKYRIZI superiority versus STELARA across key efficacy parameters, including impressive statistically significant differences in both

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

clinical and endoscopic remission. The detailed data from this trial were presented earlier this month, and we plan to share the findings more broadly now via our medical personnel and representatives in the field. We anticipate these strong head-to-head results will clearly support SKYRIZI as the best-in-category therapy for Crohn's, which is important for continued rapid share capture. So based on this very positive data as well as our continued momentum, we will be once again raising the full year sales outlook for SKYRIZI. Moving now to RINVOQ, which delivered global sales of $1.1 billion reflecting operational growth of nearly 60% with increasing prescriptions across each of the approved indications.

In particular, I'm very excited about RINVOQ's growth potential in gastroenterology where uptake is exceeding our expectations. In ulcerative colitis, RINVOQ is now capturing more than 25% total in-play patient share in the U.S. second-line plus setting, nearly at parity to the current market-leading therapy. And in Crohn's disease, RINVOQ is ramping very significantly. The inflection we are seeing is even faster when compared to our time-align launch in UC just last year. Given this impressive momentum in IBD, we will now be raising our full year sales outlook for RINVOQ. Global HUMIRA sales were more than $3.5 billion, down 36.2% due to biosimilar competition. The erosion impact in the U.S. played out largely in line with our expectations this quarter, while performance across our international markets is trending better than expected. Turning now to oncology, where total revenues were $1.5 billion. IMBRUVICA global revenues were $908 million, down 20% and consistent with our expectations.

VENCLEXTA global sales were $590 million, up 14% on an operational basis with strong demand for both CLL and AML across our key countries. The U.S. launch of Epkinly in third line plus DLBCL is also tracking well with commercialization also now underway in Europe and Japan, following the recent respective approvals. In Neuroscience, total revenues were more than $2 billion, up 22% on an operational basis. VRAYLAR continues to demonstrate robust growth Global sales of $751 million were up 35.4%, and we have seen a significant uplift in new prescriptions across all indications following the approval as an adjunctive treatment for major depressive disorder late last year.

Our leading oral CGRP portfolio for migraine contributed $365 million in combined sales this quarter, reflecting growth of nearly 65% as we continue to see strong demand for both UBRELVY and Qulipta. Atogepant was also recently approved as a new therapy in Europe, branded as Aquipta where it is the only once-daily oral CGRP for prevention of both episodic and chronic migraine, further strengthening our competitive product profile and long-term growth opportunity. Lastly, total BOTOX Therapeutic global sales were $748 million, up 7.4% on an operational basis, reflecting momentum in chronic migraine as well as other approved indications. So overall, I'm extremely pleased with commercial execution across the therapeutic portfolio, especially with our growth platform, which is demonstrating strong revenue growth. And with that, I'll turn the call over to Carrie for additional comments on Aesthetics. Carrie?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Thank you, Jeff. Third quarter global Aesthetics sales were approximately $1.2 billion, an operational decline of 4%. In the U.S., Aesthetics sales of $759 million were roughly flat to last year as growth for BOTOX Cosmetic was offset by declines in other brands that continue to be impacted by lower consumer spending related to inflationary pressures. U.S. BOTOX Cosmetic sales were $388 million, an increase of 5%. We are beginning to see a recovery in the U.S. toxin market, which posted positive year-over-year growth in the third quarter following 3 consecutive quarters of declines due to economic pressures.

BOTOX continues to perform very well despite increasing competition. It remains the clear market leader with a strong and stable share, and we have seen little to no share impact from new competitive entrants. U.S. Juvederm sales were $116 million in the third quarter, a decline of 6.4% versus prior year as recovery in the facial filler market continues to lag the cosmetic toxin market. The filler market is improving, however, as a higher priced, more deferrable procedure relative to toxins. This segment of the Aesthetics market continues to be suppressed by lower consumer spending. In the third quarter, the U.S. facial filler market was down low teens percentage compared to the prior year.

Juvederm remains the market-leading facial filler in the U.S. and share was stable in the quarter. While the U.S. facial injectable markets continue to be impacted by lower consumer spending in this inflationary environment, we are seeing signs of stabilization and even a return to growth in the cosmetic toxin

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

segment. This gives us confidence in a stable to improving outlook in the U.S. as we end this year and enter 2024. Internationally, third quarter Aesthetics sales were $480 million, representing an operational decline of 9.7%. As anticipated, year-over-year performance in the quarter was impacted by a shipment timing benefit we experienced in the third quarter of last year. Results were also impacted by softening economic conditions across major international Aesthetics markets, primarily China.

Despite the economic pressures that are currently impacting our Aesthetics portfolio, we remain very confident in its long-term growth outlook. In September, we began launching SkinVive in the U.S. And in the next few years, we plan to launch new indications for BOTOX in the lower face segment, and our novel fast-onset, short-duration toxin BoNT/E. In addition to our R&D programs, we have a robust Alle technology pipeline, which will bring new tech products into the U.S. market to help our customers acquire, retain and cross-sell more Aesthetics patients. Our strong leadership positions in both cosmetic toxins and facial fillers combined with the significant investments we're making to drive market acceleration will position us for strong growth going forward.

With that, I'll turn the call over to Tom.

**Thomas J. Hudson**
*Senior VP of Research & Development and Chief Scientific Officer*

Thank you, Carrie. In Immunology, we had 2 important milestones in the third quarter for SKYRIZI in inflammatory bowel disease. Following completion of the Phase III maintenance trial in ulcerative colitis. We submitted our regulatory applications for SKYRIZI in this indication in the U.S. and Europe with approvals anticipated in 2024. We also recently presented results from the sequence head-to-head trial comparing SKYRIZI to STELARA in patients with moderate to severe Crohn's disease. We're extremely pleased with how SKYRIZI performed in this study, which enrolled very difficult-to-treat patients who all failed anti-TNF therapy. SKYRIZI met the primary and all secondary endpoints in the trial, demonstrating clear superiority to STELARA on all endpoints at week 48 with a more than doubling of effect in endoscopic remission at 32% of SKYRIZI versus 16% for STELARA and endoscopic response at 45% versus 22% for STELARA.

Furthermore, steroid-free clinical remission was 61% for SKYRIZI versus 40% for STELARA. So these compelling head-to-head Crohn's data combined with the additional indication approval for ulcerative colitis expected next year will further position SKYRIZI as a highly effective, durable, safe and well-tolerated treatment option for patients with moderate to severe inflammatory bowel disease. We continue to make very good progress with the second wave of RINVOQ development programs as well in addition to the ongoing Phase III programs in GCA, lupus and HS, we recently began the Phase III program for RINVOQ in alopecia areata. We also recently announced positive top line results from a Phase II study for RINVOQ in vitiligo. In this study, RINVOQ met the primary and all secondary endpoints at week 24, demonstrating a significant improvement in both facial and total body vitiligo scoring measures compared to placebo.

Importantly, these results continued to improve through week 52 of the study, illustrating RINVOQ's potential to provide significant skin repigmentation to patients suffering from vitiligo. Based on these results, we're advancing RINVOQ to Phase III in this indication with studies expected to begin soon. Moving to Oncology, where in the quarter, we received approval in Europe and Japan for epcoritamab as a monotherapy treatment for patients with relapsed or refractory DLBCL, who have received 2 or more systemic therapies. These approvals represent important regulatory milestones for EPCO, and we look forward to bringing this new subcutaneous treatment option to patients in these international markets. We also continue to make good progress with the development programs in earlier lines of DLBCL and follicular lymphoma and we look forward to providing updates on these programs as the data mature.

In our VENCLEXTA multiple myeloma program, we recently announced top line results of a Phase III CANOVA trial evaluating VENCLEXTA plus dexamethasone compared to PomDex in relapsed/refractory patients with a t(11;14) mutation. In this study, the primary endpoint of IRCSS PFS was longer with VenDex versus PomDex but did not meet statistical significance. The VENCLEXTA combination also resulted in numerically higher response rates and longer overall survival compared to PomDex. While the differences in efficacy measures were not statistically significant, we believe the totality of the data show a

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

benefit with the VENCLEXTA combination and we plan to discuss the results with regulatory agencies. We'll provide updates on the program as they become available.

Behind VENCLEXTA, we have several exciting multiple myeloma programs emerging from our earlier stage pipeline. We continue to make good progress with our BCMA-CD3 bispecific ABBV-383 where we're nearing completion of the dose optimization work and are on track to begin Phase III studies in the first half of next year. At an upcoming medical meeting, we plan to present updated Phase I efficacy and safety results as well as monthly administration dose -- data. We're also making good progress with our next-generation BCL2 inhibitor, ABBV-453, which is currently in Phase I studies and we'll provide updates as the data become available. Now moving to Neuroscience, where in the quarter, we received approval for Aquipta in Europe, which is now the only oral CGRP antagonist approved in Europe for prevention of both episodic and chronic migraine.

And lastly, in our Aesthetics pipeline, we recently announced top line results from a second Phase III study evaluating BOTOX in platysma prominence, similar to results from the first Phase III study, all primary and secondary endpoints were met with BOTOX demonstrating a significant reduction in platysma prominence and vertical neckband. We anticipate a regulatory submission in the U.S. near the end of the year. In addition to indication expansion for BOTOX, we continue to advance our novel toxin pipeline. We recently announced positive top line results from 2 Phase III trials evaluating BoNT/E, our rapid onset, short-acting novel toxin in glabellar lines. BoNT/E performed very well in both studies meeting the primary and all secondary endpoints compared to placebo. BoNT/E was well tolerated and no safety concerns were identified. We're very pleased with these results, which demonstrate this toxin's rapid onset of action and short duration of effect. Patients treated with BoNT/E showed an improvement in glabellar lines as early as 8 hours following injection and a duration of effective 2 to 3 weeks.

This highly differentiated clinical profile could offer patients a novel option compared to currently available neurotoxins. We plan to complete the remaining development work over the course of the next few quarters and anticipate submitting our regulatory applications in the second half of next year. So in summary, we continue to make good progress across all stages and therapeutic areas of our pipeline, and we look forward to several more important milestones in the remainder of this year, including Phase II data for Teliso-V and second line plus advanced non-squamous non-small cell lung cancer, which has the potential to support an accelerated approval. Phase II proof-of-concept data for our anti-IL-1 alpha beta bispecific antibody, lutikizumab in hidradenitis suppurativa, and regulatory approval in Europe for ABBV-951, our novel subcutaneous levodopa/carbidopa delivery system for advanced Parkinson's disease. We also plan to submit updated 951 data in the U.S. near the end of the year. With that, I'll turn the call over to Scott.

**Scott T. Reents**
*Executive VP & CFO*

Thank you, Tom. I'm very pleased with the momentum of our business. The strong performance we are demonstrating from our ex-HUMIRA growth platform continues to support AbbVie's long-term growth outlook. Starting with our third quarter results. We reported adjusted earnings per share of $2.95, which is $0.14 above our guidance midpoint. These results include a $0.04 unfavorable impact from acquired IPR&D expense. Total net revenues were $13.9 billion, roughly $225 million ahead of our guidance and down 5.8% on an operational basis excluding a 0.2% unfavorable impact from foreign exchange. Importantly, these results reflect double-digit sales growth from our ex-HUMIRA growth platform.

The adjusted operating margin ratio was 46.7% of sales. This includes adjusted gross margin of 83.5% of sales, adjusted R&D investment of 12.4% of sales, acquired IPR&D expense of 0.5% of sales and adjusted SG&A expense of 23.9% of sales. Net interest expense was $398 million. The adjusted tax rate was 15.7%. Turning to our financial outlook. We are raising the midpoint of our full year adjusted earnings per share guidance by $0.25 and now expect adjusted earnings per share between $11.19 and $11.23.

This guidance does not include an estimate for acquired IPR&D expense that may be incurred in the fourth quarter. We now expect total net revenues of approximately $54 billion, an increase of $600 million. At current rates, we expect foreign exchange to have a 0.5% unfavorable impact on full year sales growth. The updated revenue forecast contemplates a full year sales increase of $300 million, roughly split evenly

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

between SKYRIZI and RINVOQ, reflecting strong uptake in IBD. The remaining $300 million of full year sales increase is primarily attributed to better-than-expected performance of international HUMIRA and RESTASIS.

Moving to the P&L. We continue to forecast an adjusted operating margin ratio of approximately 46.5% of sales. We now expect adjusted net interest expense of roughly $1.7 billion. And we forecast our non-GAAP tax rate to be approximately 15.5%, reflecting IPR&D incurred through the third quarter. Turning to the fourth quarter. We anticipate net revenues of approximately $14 billion. At current rates, we expect foreign exchange to have a modest unfavorable impact on sales growth. We expect adjusted earnings per share between $2.87 and $2.91. This guidance does not include acquired IPR&D expense that may be incurred in the quarter. Finally, AbbVie's strong business performance continues to support our capital allocation priorities. We generated more than $16.5 billion of adjusted free cash flow which is net of approximately $1.1 billion of SKYRIZI royalty payments in the first 9 months of the year.

And our cash balance at the end of September was approximately $13.3 billion. Underscoring our confidence in AbbVie's long-term outlook, today we announced a 4.7% increase in our quarterly cash dividend, beginning with the dividend payment in February of 2024, and we remain on track to achieve by the end of this year, $34 billion of cumulative debt paydown since the Allergan transaction, maintaining a net leverage ratio around 1.8x. In closing, AbbVie has once again delivered outstanding results and our financial outlook remains very strong.

With that, I'll turn the call over to Liz.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*
Thanks, Scott. [Operator Instructions] Operator, we'll take the first question, please.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

First question comes from Chris Shibutani with Goldman Sachs.

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

The 2024 earnings guidance, it seems as if you were quite confident heading in that $11 floor. As we await further details from top line and other margin structures, can you maybe identify some of the key push-pulls that actually gave you that conviction to go to above and where directionally we should be thinking about the source of further growth on the forward?

**Robert A. Michael**
*President & COO*

Chris, it's Rob. I'll take that question. So since we provided that guidance in February, recall we gave a $10.70 EPS floor to really help investors model earnings regardless of whether the trough recurred in '23 or '24, we've raised growth platform sales by $1.4 billion covering Immunology, Neuroscience and Aesthetics. We're seeing the IBD indications for SKYRIZI and RINVOQ very nicely, and we continue to capture more share in their other indications, both VRAYLAR and our migraine portfolio have outperformed our share forecast and the strong recovery of BOTOX has led us to raise guidance for Aesthetics twice this year. So given the clear overperformance of the growth platform, we decided to raise the floor to $11 ex IPR&D. We hope this provides investors the view of the low end of the 2024 guidance range and also confirms that '24 will indeed be the trough year. And given that we expect to deliver a high single-digit CAGR from '24 to the end of the decade, it should allow investors to value the company with a better growth multiple.

**Operator**

Our next question comes from Mohit Bansal with Wells Fargo.

**Mohit Bansal**
*Wells Fargo Securities, LLC, Research Division*

I have a question regarding Aesthetic. So it seems like you are keeping the guidance here. So the first part of the question is it seems like across the board, there is a 10% quarter-over-quarter decline on all the products. Can you help us understand what's happening sequentially? And then if you are keeping the guidance, it seems like there would be quite a bump in fourth quarter. So how should we think about that?

**Robert A. Michael**
*President & COO*

Maybe I'll start -- this is Rob. I'll start with your question. So one thing to keep in mind is that we mentioned in the last call that we had some dynamics in the international market when you look at the growth rates where we had more difficult comparison because of some of the -- some stocking that occurred in the prior year, is that something to keep in mind. We also do have a certain amount of seasonality that occurs in our business in the U.S. in particular. So those are things to keep in mind. I'd say as we look at it, we're very encouraged by the return to growth of the U.S. toxin market.

BOTOX is performing very well, and we're certainly doing a very nice job maintaining our share position despite competitive pressure. So I'd say we're very pleased there. I'd say on pillars, what we're seeing is probably more of a lag in the recovery. And if we've studied this market historically, we do tend to see a lag and that's really relative to thinking about the price point for fillers versus toxins, it's natural to assume that the recovery will take a little bit longer. So we are seeing that recovery take a little bit longer. We're still very, very encouraged by the trends we're seeing. We're very excited about the new fillers we've launched, both SkinVive and VOLUX. We're starting to see some nice share momentum come

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

from those new introductions. And so from that standpoint, we feel very good. And then as we've been monitoring the situation in China, as all of you I'm sure have been watching very carefully.

We saw, as you recall, a very strong recovery in the first half of the year. We've seen it moderate, and we're keeping a close eye on that. And so that's something we're obviously paying a lot of attention to. Now we look at the rest of the international business, it's growing nicely. And so as I think about the guidance for this year, I'd say we're fairly close. We're not overly concerned. We don't adjust guidance for plus or minus $100 million. If it was greater than that, we would consider it. So that's something to keep in mind. But as we look at this, the long-term outlook for this business, we're very confident. When you think about the U.S. toxin market, it's historically grown in the mid-teens and it's still heavily underpenetrated in the low single digits.

And market growth is really the key to deliver on our long-term outlook. We've seen this market rebound very strongly following a period of economic pressure, and we've demonstrated time and again that we can increase new patient starts for our promotional efforts. And something I think probably isn't appreciated is that we do have several innovations that can accelerate that growth. And when you think about the master and platysma indications for BOTOX, those can each add a few hundred million dollars. Our novel short-acting toxin BoNT/E has the potential to activate new patients that could really drive an inflection in market growth. As you think about one of the biggest barriers for new patients is fear of an unnatural look, and the short-acting toxin opportunity is a great way to unlock that. And then if you look at our regenerative fillers pipeline, those are aimed at providing both short- and long-term treatment benefits for consumers.

And as I mentioned, we're also very excited about the new fillers we've launched both SkinVive and VOLUX. So with this business, you see us go through some cycles with economic pressure. But over the long term, we feel very confident that we can certainly deliver very robust growth and deliver on that real than $9 billion expectation for 2029.

**Richard A. Gonzalez**
*Chairman & CEO*

Mohit, this is Rick. The other thing that you're looking at sequentially, you have to keep in mind is we do BOTOX today in the fourth quarter. So that elevates revenue in the fourth quarter, and that occurs every year. So if you're looking at third quarter to fourth quarter and trying to understand why is there a big step up, part of that step-up is that.

**Operator**

Our next question comes from Chris Schott with JPMorgan.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Just maybe a 2-parter really focused on Immunology for 2024. So maybe first on SKYRIZI and RINVOQ, I guess, with more of the '24 formulary discussions complete, we're seeing some great volume trends. But are you still comfortable that we should expect more normalized price erosion for those 2 products versus the high single digits we're seeing this year? And then the second one was on HUMIRA for 2024. And I think, Rob, you might have commented last quarter of your comfort with where consensus sits. And again, maybe a similar question with maybe more color about formulary for next year. Is that something you're still comfortable? And just how should we think about dynamics there?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. It's Jeff. I'll take the first question. Yes, we're very comfortable as we see things start to evolve and close here as we move into 2024. I mean if you think about all the indications that we've had, 7, over the last 18 months, I highlighted in my remarks, 9 head-to-head trials. We're just in a very, very nice position for SKYRIZI and RINVOQ as we move into '24 to continue some very strong momentum that we're seeing in the actual. So quite confident in terms of how we're looking at that. And to your key point there on the

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

price, we continue to see that we're not going to have a repeat of what we saw this year. And remember, the background there were those 7 indications that came very fast all on top of each other. And so that was the root cause of that -- of those concessions that won't repeat. Next year, we have really 1 more big indication, not 7, and that's SKYRIZI you see that Tom highlighted. So we'll see the normalized price erosion more in line with industry norms versus what we saw this year.

**Robert A. Michael**
*President & COO*

And then, Chris, this is Rob. On HUMIRA, I think if you think about the annualization rebates that given the [indiscernible] increase in the second half of this year, so you have an annualization impact, and the additional rebates to secure parity access next year, really price should be the main driver of the erosion in '24. I mean volume will have an impact, particularly in wax sensitive accounts, but price will make up the vast majority of the erosion next year. And while we're not giving '24 guidance today, as you've mentioned, Chris, I've highlighted the average, it was about $7 billion when I mentioned that was a reasonable expectation for U.S. HUMIRA next year. Now there are a few analysts who have forecasted U.S. HUMIRA above $8 billion next year, which is just not a reasonable expectation given the price dynamic.

**Operator**

Next question comes from Terence Flynn with Morgan Stanley.

**Terence C. Flynn**
*Morgan Stanley, Research Division*

Obviously, you guys are very well positioned coming out of the HUMIRA LOE in terms of the growth franchise. But I think there's focus from investors on maybe bolstering the pipeline. So as you guys think about M&A and business development, maybe you could just walk us through your latest thoughts and anything in terms of therapeutic areas of interest and stage of development.

**Richard A. Gonzalez**
*Chairman & CEO*

Okay. Terence, this is Rick. I'll cover that question for you. Yes, I think as we look at the business, as Rob indicated, we're extremely comfortable with how the growth platform is performing. And I'd say how we're managing the biosimilar erosion, which gives us a lot of confidence that we can deliver this high single-digit going forward -- from '25 and going forward through the end of the decade. So I'd say the bulk of what we're looking at, and we're in a fortunate position from that standpoint. There are many companies in our sector we need to go out and do lots of BD to be able to drive the growth that they're trying to achieve. We're not in that position. But I'd say the bulk of what we're looking at is we're looking to add assets that could give us incremental pipeline and revenue growth towards the end of this decade and into the '30s. That's what our -- the bulk of our focus is on.

And I'd say if I look at AbbVie's track record, certainly, BD has been a critical part of how we've grown this company over the last 11 years. And I'd say, for the most part, we have done a pretty good job when we acquire assets and bring them in, we can make them perform quite well. SKYRIZI is a good example of that. Certainly, Allergan was another good example of that, and there are many others. So I'd say we value BD as a very important tool and how we should grow the business and how we should position our leadership positions in these franchises. Our primary focus is within the franchises that we're operating in. So let's take immunology as an example.

I would say our greatest focus in immunology is to continue to add additional mechanisms in particular, that could be used in combination in order to create deeper levels of clinical response in areas like IBD, rheumatology and other areas. So we continue to look for those. We have several already that are in development now, like [indiscernible], like RIPK1 and several others in our pipeline, but we'll continue to look for additional assets that we could add to that. And like I said, especially focused on combination therapy because we think that is the way to get much deeper clinical remission or responses in those patients who aren't responding to things like SKYRIZI and RINVOQ, which obviously performed exceptionally well.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So that's a big area. Oncology is another big area. We have a high level of interest in next-generation CAR T technology. We have a high level of interest in T-cell engagers beyond our BCMA product. I think as we look at that asset continue to develop, we are very convinced it has a best-in-class profile. And it shows us that for the right indication, T-cell engagers can be extremely effective, and they're much easier to use and can be much more broadly brought to patients and CAR Ts, at least the current version of CAR T. So I'd say that's an area that we have a high level of interest. In Psychiatry, we're interested in additional assets in anxiety and mood, and a variety of other assets, but that gives you some feel for it. And we obviously have the financial wherewithal to go out and do transactions. We need to make sure we find the right transaction. So it's a value-enhancing asset for the company. And when we find them, we will act on and we will act on quickly.

**Operator**

Next question comes from Tim Anderson with Wolfe Research.

**Alice Jennifer Nettleton**
*Wolfe Research, LLC*

This is Alice Nettleton on for Tim Anderson. A question on obesity and its interface with INI and a lot of other drug categories, frankly, [indiscernible] that payers have to cover obesity medicines. And if that's correct, it's a big expense, and payers will be looking for offsets. One-off that would be for payers to squeeze other therapeutic areas as hard as they can. An example could be INI, where there's now a really good product, your own HUMIRA at a much lower price. So we're wondering how much payers might start to force a step edit for products like SKYRIZI. It's a relevant question because yesterday, one of the issues Bristol noted with its [indiscernible] product is step edits and they cite biosimilar HUMIRA as the reason.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Thank you for the question. It's Jeff. And I think you've got to take a step back regardless of the obesity issues and think about the overall strategy that we pursued, which was one of fundamental distinction. And I'll take your point over some of these head-to-head trials, and there's 9 of them, right? So if you take SKYRIZI, just in psoriasis, we have gross superiority versus every mechanism in the category. So a head-to-head of gross superiority versus HUMIRA versus the leading IL-17 Cosentyx versus the oral Otezla, and we also have versus STELARA. So fundamentally, when payers think about stepping or not stepping or how they would think about that, there's a medical dynamic there and that distinctiveness that we have across our program is very, very important to help manage maybe the urge of the payers to think of formulary structures like that. If you think about your comments that you have -- that you heard yesterday or the day before, that's a very different dynamic.

I mean, if you're not that different or you have the same efficacy as a HUMIRA, it's not going to go that well on some of these formularies. And so I think you got to take a step back and look at the fundamental distinctiveness that we have on both SKYRIZI and RINVOQ. And I think my last comment would be, let's take RINVOQ, which is growing very fast, 60%, okay? All of that is in the second-line plus setting. So from a strategic standpoint, it's already stepped. And so when you take a look at those dynamics, we remain quite confident that as we rely on the power of raising the standard of care, that will help us navigate any of these scenarios, whether it's related to obesity or not.

**Operator**

Next question comes from Vamil Divan with Guggenheim Securities.

**Vamil Kishore Divan**
*Guggenheim Securities, LLC, Research Division*

I hope you can hear me. I'm in transit right now. But the 2 questions I have actually, one is maybe building on Terence's question around business development base in the pipeline. I think we get a lot of other questions just around sort of the underappreciated assets within your pipeline. I don't know if you can maybe just comment on that. I know there's a couple of assets that you pointed out, do you think

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

people are overlooking where they might be some underappreciated upside? And then the second one is just on the charge you took today or this quarter on IMBRUVICA regarding the Medicare drug pricing program.

And obviously, I understand why you did. I'm curious on the amount and the timing of why you're doing now, I suppose I may be willing to see how the losses play out or the negotiation process plays out. And then in terms of the amount or how you -- what your assumptions were that you can share on the competitive dynamics for sort of what you're assuming around the impact of this program would have on the pricing of [indiscernible] charge.

**Richard A. Gonzalez**
*Chairman & CEO*

Divan, this is Rick. I'll take the first question, and then Scott will take the second question. So on the pipeline, I think as I look at the pipeline and how we built the pipeline and how it's playing out, I think -- I don't know that I would call it underappreciated because you don't necessarily have access to all the data that we have on some of these programs. But we obviously invested significantly over the last several years in rapidly developing the indications for RINVOQ and SKYRIZI and a lot of our focus had been built around that. But in parallel, we were advancing a number of other programs along the way.

And I would say the investment that we made on SKYRIZI and RINVOQ are pretty clear kind of return that we are getting for those assets. I mean, they're growing at a phenomenal rate. In fact, in the not-too-distant future, the combination of those 2 products on a running rate basis will be larger than HUMIRA, to give you some idea of how rapidly those products are growing and how large they are. But if I look at our pipeline, the real meaningful programs that we have in our pipeline that will be true needle movers for the company. There are several of them that are advancing now that I think we have a high level of confidence in 400, our [indiscernible] platform, with our c-Met version of that.

We're seeing very encouraging data in CRC. We'll follow that with non-small cell lung cancer. And that platform is demonstrating to us that it is a broad-based platform that we can expand to a number of other areas. And that should be a fairly significant opportunity for us going forward. Later sort of the '27, '28 kinds of time frame, I think, is when we'll have meaningful benefit play through. And then I'd say the second one is 383, our BCMA bispecific. As we indicated earlier, we're seeing more and more data out of that program that clearly tells us this has a best-in-class profile, high levels of efficacy and very good safety and very convenient dosing.

We think it has that ideal profile to be able to enter this market. And as you know, multiple myeloma is a very large market. There are very significant products in this market. So those are 2 opportunities. I would obviously say, 916. And some of our TAL programs are also exciting programs that are running in parallel to these. We'll be getting more data on those next year. And I think those have significant opportunities as well. The third program I talked about is in our eye care business. It's our REGENXBIO program for both wet AMD and diabetic retinopathy. We're seeing some very, very encouraging data out of that program, and that could be a nice opportunity for us as well, and it continues to advance well. So there are a number of important programs that you'll start to see more and more data as we go through '24 and into '25 that I think will give the market an opportunity to be able to better assess those.

**Scott T. Reents**
*Executive VP & CFO*

Vamil, this is Scott. With respect to your question on the IMBRUVICA charge. So I think a couple of things. As we have signaled in some of our regulatory filings, our last 10-Q, for instance, we had indicated that if we were -- IMBRUVICA were to be selected in the negotiation process under the Inflation Reduction Act, that there would likely trigger an impairment. And so we had anticipated that this would be happening. So the timing really relates to the fact that under the rules, you have to look at the fair value of that intangible asset with respect to future cash flows. And so the accounting rules would require that we would make that analysis upon selection as we had kind of previewed in our filings. And so we went through the process under that triggering event to determine what the impairment should be.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And I would say that when you look at that impairment, the magnitude of the impairment is driven by a number of factors, but really one of the biggest factors that you're seeing there is it requires you to discount the future cash flow. So as we calculate the future cash flows, looked at what we had assumed was a reasonable assumption on the price, we discount those back. And so that creates part of the magnitude of this adjustment. In terms of the negotiated price that we assumed, I think we're in the middle of these negotiations, and it really wouldn't be appropriate for us to talk about what that is. But we looked at a number of factors, and we think that process is going to play out. Certainly, we will see on February 1 in a private conversation with CMS what they anticipate at least an initial thought on price, but it won't be finalized until September 1 of next year. And so we will see what that price is as the process plays out.

**Operator**

Our next question comes from Steve Scala with TD Cowen.

**Stephen Michael Scala**
*TD Cowen, Research Division*

I have 2 questions and 1 clarification. First, a clarification. Is the base year for the high single-digit revenue growth to the end of the decade is the base year 2023 -- or excuse me, 2024 or 2025? I think it's '25, but maybe you can clarify that. Second, given AbbVie's stated interest in building the Oncology business, I assume that AbbVie took a hard look at the ADC deal that Merck signed with Daiichi. I'm just curious what about it didn't you like? Was it the profile of the products? Was it the price? Or do you feel you have everything you need already? And then the last question is at least one other company has changed its tax rate guidance stemming from a recent IRS document clarifying Section 174 tax legislation. Do you have any perspective on this update and why it doesn't impact AbbVie?

**Robert A. Michael**
*President & COO*

Steve, this is Rob. I'll take your first question. So the base year is '24. And if you think about it, we signaled that we expect to return a robust growth in '25. And so that high single-digit CAGR really would pick up that first year of robust growth of 25%. If you start in '25, you miss that year of growth. So our intention has always been '24 is a base year and that high single-digit CAGR starts from '24 to the end of the decade.

**Richard A. Gonzalez**
*Chairman & CEO*

Steve, this is Rick. I'll take the second question. Obviously, I'm not going to comment on whether we looked at that same transaction and that probably wouldn't be appropriate. But what I can tell you is we knew it was there. So maybe that gives you some idea of our perspective on it. But the reality is, we believe we have what we need with 400. We believe that platform, and we own that platform, we developed it internally. We give us everything that we need in that area. And so it wasn't something that we were looking at. Scott?

**Scott T. Reents**
*Executive VP & CFO*

Yes. It's Scott. So with respect to the tax legislation, I certainly -- when I can talk about what our facts are. But when we've looked at -- certainly, this results out of tax reform legislation a few years ago. The tax rules, there's always a little bit of uncertainty. And what happened this quarter, there was guidance that came out that, I would say, clarified a certain approach in treatment. Prior to that guidance, though, there was a little bit of a diversity of opinion amongst advisers as to -- and ourselves as to how we might implement. So I would tell you that we were already implementing consistent with how that guidance ultimately came out, and that's why you're not seeing any impact to us on our tax rate.

**Operator**

The next question comes from Gary Nachman with Raymond James.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Gary Jay Nachman**
*Raymond James & Associates, Inc., Research Division*

So first, back to the trough raise in 2024. How are you thinking about spending levels for both SG&A and R&D into the trough year next year to set up for growth in '25 and beyond. And do you have a better sense of where the operating margin might end up next year? And then secondly, SKYRIZI and RINVOQ have been doing very well in the IBD indications, talk about how much headroom you see for those products in UC and Crohn's with that landscape likely getting more competitive in the coming years? And any updated thoughts on 2025 guidance for those products?

**Scott T. Reents**
*Executive VP & CFO*

Gary, it's Scott. I'll start with your question regarding operating margin. So when we've looked at the operating margins we talked about in the past, for '23 and '24, we talked about those being very, very similar. So when you think about the operating margin that we've talked about for this year and next year, it's really about 46% to 47% range. This year, our guidance is 46.5% and we would expect operating margin in '24 to be very similar to what we're seeing this year. And then I think as a result, roughly the gross margin is going to be in line in '24 with what we're seeing this year as well as the expense profile. So very consistent with this year. And of course, we'll refine that when we come out with guidance.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. This is Jeff. I'll highlight the -- your comment on the head space and IBD. I mean the IBD market is very, very attractive. If we think back historically, we were always, frankly, a little surprised at how fast HUMIRA back in the day grew when we started to achieve the UC and the Crohn's indications. And again, I would say we're very, very pleasantly encouraged about the momentum. The momentum is very, very significant. So there is significant headroom. And what we see in the market dynamic is that unlike what you might think that patients would always want to rotate off of their medications because of the severity of the disease, actually physicians haven't been able to really move the market very much over the years, simply because it's very dangerous to try to go to another drug that hasn't provided any increase in benefit for those patients. It's put those patients at risk.

So when you look at what Tom had highlighted, our ability with 2 complementary assets, for example, in the U.S., SKYRIZI position in the early lines, RINVOQ position in later lines, both of which have exceptional performance criteria versus the market. That gives us a lot of confidence. The other thing that gives us a lot of confidence, because there will be more competitive entries in the future, is we think our profiles are going to hold up exceptionally well. And then there's the commercial executional component, in most of the countries around the world, we have dual sales forces that basically will carry 2 products with 4 big indications. So our ability to compete in the market for share even as it gets a little more competitive over time, is still going to be very, very strong. So lots of headroom in the market, lots of unmet need in the market, and we believe we have the best position in the market for the foreseeable future.

**Robert A. Michael**
*President & COO*

And Gary, this is Rob. On your question regarding 2025 guidance, we do periodically update the long-term guidance for our portfolio. We're obviously very pleased with the momentum we're seeing both from SKYRIZI and RINVOQ, particularly in IBD. If you recall when we provided -- last time we provided guidance for SKYRIZI, we had about $2.5 billion of revenue in IBD in 2025 and it was $1.8 billion for RINVOQ. And those are obviously ramping very nicely. We have a lot of confidence. We periodically update that guidance, we'll find the right time to provide a holistic update to our long-term guide. But clearly, the momentum is there. And the Street reflects that, too. I mean if I look at consensus, not for SKYRIZI, I think it's around $11 billion. So it's $1 billion higher than our 2025 guide. So I think the market is recognizing the strong momentum, and we'll update that long-term guide holistically at the appropriate time.

**Operator**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Next question comes from Luisa Hector with Berenberg.

**Luisa Caroline Hector**
*Joh. Berenberg, Gossler & Co. KG, Research Division*

To continue with IBD, I just wondered if you could talk a little bit more about the AbbVie pipeline emerging behind SKYRIZI and RINVOQ and how we think about that and maybe potential combinations with SKYRIZI. And with the recent competitor launch in psoriasis with a label where the FDA has asked to mention it at CNS, safety warnings. I wondered whether the FDA has mentioned anything to you about the review of label in that regard.

**Roopal Thakkar**
*SVP of Development & Regulatory Affairs and Chief Medical Officer*

It's Roopal. I'll take the IBD question. So you've heard already some mention of lutikizumab. That's our IL-1 alpha beta bispecific antibody. That's an in-house antibody. And we have observed data where there's resistance to anti-TNF and other biologics with patients with 1 beta signal. So we'll be entering into ulcerative colitis looking at a potential biomarker approach. But in addition to that, we will also be looking at a set of combinations as was already mentioned, for example, with SKYRIZI, we have lutikizumab. We have other agents as well. RIPK1 was also mentioned. There's also some partnerships that we have. GLP-2 is another mechanism we're interested in. And another one I'll mention is an IL-2 mutein.

All of these are under assessment. And we do believe either you find a biomarker approach where you can see the high efficacy or if you want to see real transformational efficacy, you're going to have to go with a combination approach. So those are the assets we'll be looking at. Now moving on to the question, I think it was around depression and suicidal ideation if I heard it correctly. This was in an IL-17 class agent that was recently approved. We've also observed a similar warning and precaution previously also in the IL-17 class. In fact, that previous asset, in fact, had a REMS in place. Remember, SKYRIZI is an anti-IL-23 very different class. And to date, with all the data that's been generated across numerous indications, we don't see that type of signal at all nor do we have any of that in our label.

And as we look at psoriasis therapy, that particular agent that's been mentioned has been available in Europe and our physicians really don't tell us that there's much of an uptake there. So SKYRIZI continues to perform well. Also, our label does not have the high rate of fungal infections that have been observed with the new one in the 17 class. And also, we've talked a lot about IBD. We -- the SKYRIZI doesn't also lead to IBD, which is another risk for the IL-17 class. And also with our dosing regimen, you get it at 0 and week 4, and then it's quarterly after that. With the new one, I think there's 5 doses that are required and potentially every 8 weeks or in heavier patients every 4 weeks. So we're very confident in SKYRIZI's position across indications, especially in psoriasis.

**Operator**

Our next question comes from David Risinger with Leerink Partners.

**David Reed Risinger**
*Leerink Partners LLC, Research Division*

Can you expand upon your vision for Oncology? Clearly, the company has compelling assets. But in light of an increasingly complex and competitive oncology landscape. Could you just paint a picture of how you see your portfolio evolving and opportunities to acquire assets when it may be difficult to see what's around the corner from, let's say, an emerging Oncology competitor in 3 to 4 years?

**Thomas J. Hudson**
*Senior VP of Research & Development and Chief Scientific Officer*

This is Tom Hudson. We've been -- we certainly -- when we talk about 400, we're also talking about going in different space than lung and breast, where there's a lot of competition, like colon cancer, gastric cancer, pancreas. So seeing that as a target that's expressed in many other tumors, and that's why we've developed this with [indiscernible], so we can go to a broader set of tumors. And that's where we're seeing a very good data with ABBV-400, even unselected patient population, third line plus, we saw a 22%

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

response versus 2% to 3%. What's also interesting about this is, it's not just for colon cancer, but most chemos, most treatments and GI tumors have a lot of toxicity, a lot of diarrhea.

And one of the things that excite the clinicians about this program is actually a very low rate of diarrhea. So what makes that not only can we see some efficacy in third line, but it sees we can move to earlier lines and combine with other therapies that have higher efficacy. So there's a lot of unmet need in GI tumors. And so this data, again, we're going to have more data in our next cohort at the end of this year. In CRC, we'll have different doses, and we'll also have potential cutoffs of biomarkers. So moving very well, but to actually in a big space, in GI tumors, as I've mentioned, even our GARP program, also where we've shown the best data is in liver cancer, which c-Met has also expressed.

We have opportunities to go explore places where there's a big unmet need and the competition is not the same. Now the other targets because we talked about [indiscernible] platform. We have others, 706, which is already in the clinic with success. Next year, we'll be going to 2 other indications, which -- for which there's less competition in terms of ADC space. So our strategy is actually to go and bring this an offering to a lot more cancer patients. I'll stop there, I'll stop there. Then maybe the team -- Roopal.

**Roopal Thakkar**
*SVP of Development & Regulatory Affairs and Chief Medical Officer*

It's Roopal. Let me add on a little bit. I think you may be also reflecting on some of the ESMO data that came out. I will mention long a little bit, we still see an opportunity with Teliso-V. We're going to get data later this year. But what we've already observed is 50% ORRs in a biomarker-selected population in the EGFR wild type. If you look at some of the data that has come out, the ORRs are probably right around 20% to 30%. We don't have all the breakdown of all the different lung subtypes. But one approach is to use a biomarker and then select the patient population rather than going so broadly that was observed at ESMO. The other thing I would say reflecting on the data that came out, if you looked at EGFR mutants in lungs, you see some higher levels of efficacy, either in the frontline or second line in that space. But that comes at a cost, and that's a chemo-like adverse event profile.

And those are things like nausea, vomiting, stomatitis, alopecia, fatigue. These are things that you may see slight increases in efficacy, but clearly, patients don't want that. And like -- as Tom was mentioning with our platform and including Teliso-V, we have an opportunity there in the mutant side to combine with osimertinib, which has a nice profile. And those mutant patients when they progress, half of them have highly expressed c-Met. So that's where a combo looks good. And then we're also seeing 50% ORR in that segment as well. And we have a plan to get into Phase III into that next year. And then as we think about heme, we spoke about 383, which we feel has best-in-class potential. And one of the things that we're observing with that one is the high level of efficacy. CRS, we're driving down past grade 3 and now driving down to get past grade 2.

So that enables the potential where you may not need hospitalization. And what you see now with the BCMA dual engagers is not just hospitalization but a REMS. And what we would add to that is dose spacing potentially every other month. So that one is a very nice profile, and we're moving into Phase III with that one, and we continue to conduct a variety of combinations there so we can move into earlier lines of therapy in multiple myeloma. We are still moving into earlier lines in Phase IIIs with Epkinly in heme, which is another dual engager. We have an asset called 453, which is our next-gen BCL2 blocker. And then we have a BTK degrader called 101 that's also in clinic. So quite a comprehensive approach across oncology.

**Operator**

Our next question comes from Geoff Meacham with Bank of America.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Just have a couple of quick ones, one on Immunology. So you guys have evaluated the impact from HUMIRA biosimilars beyond even 25%, is it your view that tail revenues are likely to be better than you initially modeled? And what, if anything, do STELARA, the delay in STELARA biosimilars impact this? And

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the second question, just on capital deployment. Just given your higher guidance, I know you guys just raised the dividend, but would you also say that the deal capacity is higher? I know you recently raised kind of M&A range and wondering if that's even going higher.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. It's -- Geoff, it's Jeff here. And we continue to study the tail. I mean it's something that we're -- we look very closely at. We continue to think that the HUMIRA tail will emerge sometime in '25 or '26. And that's looking at some of the international analogs, how we think we see pricing may move. I mean the one thing that we do believe is that you're not going to have a small molecule like tail, which is virtually nothing. There's going to be a subsegment of patients that are going to stay on HUMIRA. It's going to be modest, whether it's low price or low volume, but it will be there even in an interchangeable world.

We don't necessarily believe that since we've outperformed here in volume in '23 that that's going to fundamentally change our view on the tail at this point. And again, we're still highlighting that. In terms of STELARA, obviously, we think in the U.S. that will not come until -- and I think it was recently confirmed this week until sometime in '25. And so overall, we think that's a modest net positive for AbbVie in terms of how that may play out. But that's not the primary driver of our strategy. Our primary driver of the strategy is how distinctive we are across our indications with SKYRIZI versus STELARA, which I've already highlighted. So I hope that helps.

**Robert A. Michael**
*President & COO*

And Geoff, this is Rob. You're right. We did lift the cap. We had put that $2 billion BD cap in place, although we are rapidly paying down debt. And we lifted that at the beginning of this year because we essentially -- by the end of this year, we're going to have paid off all the incremental financing from the Allergan transaction. As Scott mentioned, our net leverage ratio is around 1.8x. And I have said previously that as long as we're going to pass back to 2x that leverage in 2 to 3 years, that's the way we're thinking about balance sheet capacity. So as we look at it, there's nothing from a balance capacity standpoint that would limit us today for pursuing the opportunities we'd be interested in. So that's not a limiting factor. And to the extent that we continue to raise guidance and perform more strongly. That just means there's even more capacity. But there's -- at this point, that's not a rate limiter for the types of opportunities we'd be interested in.

**Operator**

Our next question comes from Evan Seigerman with BMO Capital Markets.

**Evan David Seigerman**
*BMO Capital Markets Equity Research*

Congrats on the progress. I just wanted to touch on the dividend growth. So at first line, it seems that your dividend growth, while impressive, is slowing a bit relative to other recent periods. Maybe you could help us understand kind of what's driving this dynamic at play? Is it concerns around near-term performance of key products, HUMIRA erosion continuing next year? Or are you preserving capital for you [indiscernible]? Maybe some color on that would be very helpful.

**Robert A. Michael**
*President & COO*

So Evan, it's Rob. If you think about it, we're delivering dividend growth both in '23 and '24, while earnings are not growing, right? So then you look at the payout ratio we're at, we're going to be in the mid-50s. And we have said that over the long term, if you look at just across the industry as well, I'd say a good target is in, say, the mid- to high 40% payout ratio, which would mean that during this period where you see our payout ratio go up in the future, we're very committed to growing the dividend. We'll continue to grow the dividend, but we would expect then earnings would grow faster than dividend

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

increases. So I would say we've gone through this period for a couple of years where we are still delivering a very nice dividend growth despite earnings declining.

But given our commitment to that dividend, we're going to continue growing it. We'll likely see it step up from here, but not at the same rate as earnings growth because that payout ratio right now will be sitting in the mid-50s. So that's the way we think about it. Over the long term, we want to deliver a healthy, sustainable, growing dividend. And so we have a long view on this, and we are committed to delivering that growth to investors. And so that's the way we're thinking about it. We're going through a period of a couple of years here where earnings aren't growing. And then we see us return a robust growth, we'll step up that dividend again, but it's -- that's a dynamic that we're balancing here.

**Operator**

Our last question comes from Trung Huynh with UBS.

**Trung Chuong Huynh**
*UBS Investment Bank, Research Division*

I've got 2. Just one confirmation on the trough and then one on Aesthetics. So on the trough in '24, you mentioned that costs you will have the same margin in '24 is '23. So is it going to be a trough year on sales rather than the trough being driven by costs? And then second, again, just lots of noise on GLP-1s impacting Aesthetics. You've commented before on fillers and Ozempic face in the past, but there's potential impact on body sculpting. Is this actually anything that you're seeing coming through yet in the sales? And overall, is this trend a net positive or a net negative for you?

**Robert A. Michael**
*President & COO*

Trung, this is Rob. So clearly, we've communicated a floor for earnings. And Scott previously mentioned that expect a similar level of operating margin year-over-year. And so you can model the sales accordingly. It should be fairly clear.

**Richard A. Gonzalez**
*Chairman & CEO*

Operating margin profile.

**Robert A. Michael**
*President & COO*

Operating margin profile, yes. So we said the 46% to 47% is the way to think about operating margin profile in '23 and '24. We've given you the $11 EPS ex-IPR&D as a floor for next year. So I was just using those parameters to model revenue.

**Richard A. Gonzalez**
*Chairman & CEO*

Carrie?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

And this is Carrie. For your question around the weight loss products and the impact on the Aesthetics business, I mean as we look at the long-term view of this market, we continue to think that anything that gets a subset of patients engaged in their appearance, which these weight loss products can do, that is a positive tailwind for our business. And we hear that from our customers and many of our customers are bringing these GLP-1s into their practice, and they see it as a natural opportunity to cross-sell. Now that said, in the short term, especially in an environment where discretionary spending is pressured and there could be trade-offs for higher-priced products such as fillers or body contouring. Now we're not necessarily seeing that as a driver.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


REV_DAX-03323652
DTX-319.0020

Right now, what we're seeing is the broader macroeconomic dynamics. But in the short term, that could be a trade-off in terms of share of wallet. But absolutely in a long term, this is something that is going to help patients get engaged in Aesthetics and be an opportunity for cross-selling.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

And that concludes today's conference call. If you'd like to listen to a replay of the call, please visit our website at investors.abbvie.com. Thanks again for joining us.

**Operator**
Thank you, and that concludes today's conference. You may all disconnect at this time.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ2 2024 Earnings Call Transcripts

## Thursday, July 25, 2024 1:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2024- | | | -FQ3 2024- | -FY 2024- | | -FY 2025- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| EPS Normalized | 2.66 | 2.65 | ▼(0.38 %) | 2.92 | 10.77 | - | 12.08 |
| Revenue (mm) | 14027.08 | 14462.00 | ▲3.10 | 14182.47 | 55292.63 | 55000.00 | 58399.43 |

Currency: USD
Consensus as of Jul-25-2024 1:39 PM GMT




- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2023 | 2.87 | 2.95 | ▲2.79 % |
| FQ4 2023 | 2.80 | 2.79 | ▼(0.36 %) |
| FQ1 2024 | 2.26 | 2.31 | ▲2.21 % |
| FQ2 2024 | 2.66 | 2.65 | ▼(0.38 %) |

TRIAL EXHIBIT
DTX-586
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| Call Participants | ........................................................................... | 3 |
| Presentation | ........................................................................... | 4 |
| Question and Answer | ........................................................................... | 10 |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

## EXECUTIVES

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

**Robert A. Michael**
*CEO & Director*

**Roopal Thakkar**
*Executive VP of Research and Development & Chief Scientific Officer*

**Scott T. Reents**
*Executive VP & CFO*

## ANALYSTS

**Carter Lewis Gould**
*Barclays Bank PLC, Research Division*

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

**Christopher Joseph Raymond**
*Piper Sandler & Co., Research Division*

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

**Evan David Seigerman**
*BMO Capital Markets Equity Research*

**Gary Jay Nachman**
*Raymond James & Associates, Inc., Research Division*

**James John Shin**
*Deutsche Bank AG, Research Division*

**Louise Alesandra Chen**
*Cantor Fitzgerald & Co., Research Division*

**Mohit Bansal**
*Wells Fargo Securities, LLC, Research Division*

**Stephen Michael Scala**
*TD Cowen, Research Division*

**Terence C. Flynn**
*Morgan Stanley, Research Division*

**Trung Chuong Huynh**
*UBS Investment Bank, Research Division*

**Vamil Kishore Divan**
*Guggenheim Securities, LLC, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Presentation

**Operator**

Good morning and thank you for standing by. Welcome to the AbbVie Second Quarter 2024 Earnings Conference Call. [Operator Instructions] I would now like to introduce Ms. Liz Shea, Senior Vice President, Investor Relations.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

Good morning, and thanks for joining us. Also on the call with me today are Rob Michael, Chief Executive Officer; Jeff Stewart, Executive Vice President, Chief Commercial Officer; Roopal Thakkar, Executive Vice President, Research and Development, Chief Scientific Officer; Scott Reents, Executive Vice President, Chief Financial Officer; and Carrie Strom, Senior Vice President, AbbVie and President, Global Allergan Aesthetics.

Before we get started, I'll note that some statements we make today may be considered forward-looking statements based on our current expectations. AbbVie cautions that these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those indicated in our forward-looking statements.

Additional information about these risks and uncertainties is included in our SEC filings. AbbVie undertakes no obligation to update these forward-looking statements, except as required by law. On today's conference call, non-GAAP financial measures will be used to help investors understand AbbVie's business performance. These non-GAAP financial measures are reconciled with comparable GAAP financial measures in our earnings release and regulatory filings from today, which can be found on our website. Following our prepared remarks, we'll take your questions. So with that, I'll turn the call over to Rob.

**Robert A. Michael**
*CEO & Director*

Thank you, Liz. Good morning, everyone, and thank you for joining us. It's a pleasure to speak with you today as AbbVie's new CEO. I look forward to building on our track record of success and delivering on AbbVie's promise to our patients, employees, shareholders and communities. As we begin this new chapter, nearly every aspect of AbbVie's business is performing at or above our expectations. We are demonstrating a rapid return to revenue growth with operational sales up nearly 4% through the first half of this year, including robust mid-single-digit growth in the second quarter. Our ex-Humira growth platform, which covers more than 80% of AbbVie's total sales will outperform our initial full year sales guidance by more than $1 billion, driven by strong performance in immunology and oncology.

In addition, U.S. Humira performance continues to meet our expectations, having achieved or exceeded our guidance in all 6 quarters with biosimilar competition. The strong performance across our diversified portfolio will drive top-tier high single-digit compound growth through the end of this decade, which will support continued investment to drive growth in the next decade.

Turning to our results. I'm especially pleased with immunology, where our leading portfolio is delivering performance well above our expectations. Skyrizi continues to demonstrate strong momentum in psoriasis and Crohn's disease, where we have substantial headroom for additional share gains. And the recent approval in UC will add another source of long-term growth. Rinvoq is also delivering robust growth across all approved indications. We are making excellent progress with late-stage development in 5 additional indications that we anticipate will launch in the second half of this decade.

In oncology, Elahere has accelerated our on-market presence in solid tumors. We also have several exciting pipeline programs, including two novel c-MET ADCs for solid tumors Teliso-V and 400 as well as 383, our BCMA CD3 bispecific for multiple myeloma. In neuroscience, our leading therapies for migraine and mood disorders continue to gain share and are competitively well positioned.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The pending acquisition of Cerevel will further augment our neuroscience pipeline. And we're excited about what our 2 companies can achieve together to make a difference for patients with neuropsych disorders. We have certified substantial compliance to the FTC second request and anticipate the Cerevel transaction will close soon.

Lastly, we've been very active with business development, investing in exciting opportunities that can drive growth in the next decade. Through the first half of this year, we have executed nearly a dozen early-stage deals. These include promising technologies and innovative mechanisms that can elevate the standard of care in immunology, oncology and neuroscience. In summary, I'm very pleased with the strong momentum of our business. AbbVie's results once again exceed our expectations, and we are raising guidance for the second time this year, underscoring our confidence in the business. The robust performance of our growth platform and the advancement of our pipeline supports AbbVie's top-tier long-term outlook. With that, I'll turn the call over to Jeff for additional comments on our commercial highlights. Jeff?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Thank you, Rob. We continue to demonstrate strong commercial execution across our therapeutic portfolio. I'll start with the quarterly results for immunology, which delivered total revenues of approximately $7 billion. Skyrizi and Rinvoq are performing exceptionally well, contributing more than $4.1 billion in combined sales this quarter, reflecting operational growth of 50% in their fifth full year on the market. These assets are approved across a broad set of indications and are collectively supported by 9 compelling head-to-head studies that demonstrate clear differentiation across multiple novel therapies which has resulted in strong share capture.

For Skyrizi, we continue to advance our clear leadership position in psoriasis, where total prescription share of the U.S. biologic market has increased to approximately 38%. Shares also ramping nicely in PSA, especially in the dermatology segment where Skyrizi has achieved roughly 15% total prescription share in the U.S. biologic market. And for Rinvoq, we are seeing increasing share across each of the room indications as well as additional momentum in atopic dermatitis, including total prescription share of 10% in the U.S.

We are very excited about the growth potential in gastroenterology, where Skyrizi and Rinvoq are on pace to double their respective sales in IBD this year. The adoption in Crohn's disease has been impressive. With Skyrizi and Rinvoq now achieving a combined in-play share in the U.S. of more than 40%. Skyrizi has achieved overall in-play share leadership in Crohn's with in-play share approximately now 13 points ahead of STELARA, following our compelling head-to-head sequence data published last year. This positive trial, which demonstrated Skyrizi's high efficacy versus STELARA, including a more than doubling of effect in endoscopic remission has driven a significant inflection in performance and we anticipate continued share momentum.

Commercialization for Skyrizi in ulcerative colitis is now underway in the U.S. with broad formulary access anticipated to ramp quickly over the next several months. Early feedback from gastroenterologists has been very encouraging, with Skyrizi's UC data viewed as impressive, particularly for naive patients who have not been exposed to biologics. We also expect the European launch in the coming months. We also see very robust adoption of Rinvoq in UC, where the brand is now achieving a leading in-play share in the U.S. Internationally, Rinvoq UC is now approved in 75 countries with reimbursement and share gaining momentum. Having 2 novel therapies that each deliver differentiated levels of efficacy to treat both of these IBD conditions, demonstrates our commitment to transforming the treatment landscape for physicians and patients in this area of high unmet need.

Turning now to Humira, which delivered global sales of $2.8 billion, down 28.9% on an operational basis due to biosimilar competition. Erosion in the U.S. was in line with our expectations in the quarter, and our guidance contemplates the impact of additional formulary changes over the course of the year. Importantly, we continue to anticipate that Humira will maintain parity access to biosimilars for a significant majority of patient lives this year.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Moving now to oncology, where total revenues were more than $1.6 billion. Imbruvica global revenues were $833 million, down 8.2% reflecting continued competitive dynamics in CLL. Venclexta global sales were $637 million, up 15.8% on an operational basis. with strong momentum across CLL and AML. Elahere is also performing very well with sales of $128 million, and our compelling overall survival data recent positive updates in the NCCN guidelines and the expansion of commercial resources will continue to drive rapid uptake.

Lastly, we continue to be pleased with the prescription trends for Epkinly, in DLBCL. Commercialization is now underway for Epkinly second indication, follicular lymphoma in the U.S. with European approval expected later this year. Neuroscience total revenues were nearly $2.2 billion, up 15.2% on an operational basis. This robust performance is driven by continued double-digit growth of Vraylar with global sales of $774 million, Ubrelvy with total revenue of $231 million and Qulipta with global sales of $150 million. Each of these leading assets continue to gain share and remain competitively well positioned.

Botox Therapeutic is also performing well, especially in chronic migraine. Total global sales were $814 million, up 9.6% on an operational basis. Finally, we are pleased with the early launch trends for 951 in Japan and Europe and look forward to bringing this innovative therapy for advanced Parkinson's to the U.S. soon. Overall, I'm extremely pleased with the momentum across the therapeutic portfolio. And with that, I'll turn the call over to Carrie for additional comments on aesthetics. Carrie?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Thank you, Jeff. Second quarter Global Aesthetic sales were approximately $1.4 billion, representing growth of 2.8% on an operational basis. In the U.S., aesthetic sales of $863 million increased by 4.4% and driven by Botox Cosmetic and Juvederm growth of 7.1% and 10.4%, respectively. This top line stellar performance is supported by a consistent recovery in the facial injectable market as the number of procedures in both categories increased by a mid-single-digit percentage versus the prior year.

However, this level of market growth was lower than previously anticipated. Sales for Botox Cosmetic and Juvederm also benefited from a partial reversal of the prior quarter's inventory destock, which was related to the timing of certain promotional activities. From a competitive perspective, our U.S. facial injectable portfolio remains the clear market leader with strong and stable market share. Internationally, second quarter aesthetic sales were $527 million, roughly flat versus the prior year on an operational basis as declines in China were balanced by growth in other international markets.

In China, our largest international market, sales growth continued to be impacted by sustained economic headwinds as well as a challenging comparison to the second quarter of last year, which benefited from a strong post-COVID recovery. Consistent with what we experienced in the U.S., economic challenges have impacted Juvederm sales growth more than other areas of our portfolio based upon Juvederm's relatively higher price point.

Looking to the rest of the year, we expect our market-leading aesthetics portfolio to continue to perform well from a competitive perspective across the globe. As we evaluate market dynamics and leading economic indicators, particularly in the U.S. and China, market growth trends are below our prior expectations. Based upon this, we have moderated our outlook for the remainder of the year. Despite this near-term dynamic, we remain confident in the long-term growth outlook of our aesthetics portfolio. Global market penetration rates are extremely low, and we expect long-term market growth to accelerate from current levels as economic conditions improve.

As the market leader, we are also committed to driving growth by activating new patients and launching innovative treatment options. For example, in China, launch activities are underway for the Botox Cosmetic Masseter Muscle Prominence indication. And in the U.S., we will soon launch JUVÉDERM VOLUMA XC for the treatment of temple hollowing, and we expect an approval for BOTOX cosmetic in the platysma prominence indication by the end of the year.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Pipeline catalysts like these in the key U.S. and China markets, along with our significant investment in consumer activation, injector training and practice support will enable us to grow the aesthetics market and maintain our clear leadership position over the long term. With that, I'll turn the call over to Roopal.

**Roopal Thakkar**
*Executive VP of Research and Development & Chief Scientific Officer*

Thank you, Carrie. We continue to make very good progress advancing our pipeline with several regulatory and clinical milestones since our last earnings call. I will start with immunology. We received FDA approval for Skyrizi in ulcerative colitis, which marks its second inflammatory bowel disease indication. Skyrizi is now the only IL-23 specific inhibitor approved for both ulcerative colitis and Crohn's disease. Skyrizi has proven to be a highly effective, durable, safe and well-tolerated treatment option for patients with moderate-to-severe inflammatory bowel disease.

And this recent approval further strengthens AbbVie's leadership position in this market. We also received a positive CHMP opinion recommending Skyrizi for the treatment of moderate-to-severe ulcerative colitis in Europe with an approval decision anticipated soon. Earlier this month, we submitted our regulatory applications in the U.S. and Europe for Rinvoq in giant cell arteritis. Our submissions are based on the previously announced Phase III results from our SELECT-GCA trial, where Rinvoq demonstrated superiority compared to placebo on sustained remission from week 12 through week 52 on disease flare and showed a reduction in total steroid exposure at week 52. We expect approval decisions for this indication next year.

We also recently began a Phase III study for lutikizumab, our anti-IL-1 alpha beta bispecific in hidradenitis suppurativa. HS is a skin disease that can be debilitating and there are limited treatment options. In our Phase II study, lutikizumab demonstrated strong clinical response rates and improvement in skin pain in a very refractory patient population. Based on these results, we believe lutikizumab has the potential to become an important new treatment option for patients with moderate-to-severe HS. We look forward to providing updates on the Phase III program as the data become available.

In the second quarter, we announced 2 additional immunology transactions as we continue to invest in external innovation to expand our pipeline. These include the acquisition of Celsius Therapeutics, which brings a Phase II-ready anti-TREM1 antibody for IBD and a license agreement with FutureGen, to develop next-generation anti-TL1a antibody for IBD that is designed to have less frequent dosing compared to other TL1as in development and will be evaluated in combination with Skyrizi.

This follows the 4 immunology deals we announced earlier this year, which, as a reminder, included the acquisition of Landos in their oral NLRX1 agonist in Phase II for UC. A partnership with OSE to develop a novel ChemR23 agonist for IBD and RA. A collaboration with Parvus to utilize their immune tolerisation platform for novel IBD therapies and a collaboration with Tentarix to develop conditionally active, multi-specific biologics in immunology and oncology.

Moving to oncology, where we continue to make very good progress across all stages of our heme and solid tumor pipeline. In the area of solid tumors, we recently announced positive top line results from our Phase II PICCOLO study evaluating Elahere as a monotherapy in ER alpha positive, third line plus platinum-sensitive ovarian cancer for those not eligible for retreatment with platinum-based therapies. Elahere met the primary and key secondary endpoints in the study, demonstrating an objective response rate of 52% and median duration of response of 8 1/4 months. Detailed results will be presented at an upcoming Medical Congress.

Following discussions with the FDA, we will be submitting Teliso-V for accelerated approval as a monotherapy in patients with previously treated c-MET overexpressing EGFR wild-type non-squamous non-small cell lung cancer. This submission will be reviewed under FDA's real-time oncology review program. Teliso-V has also received breakthrough therapy designation from the FDA. Our submission will be based on the results of our Phase II LUMINOSITY study, where Teliso-V demonstrated strong clinical benefits across key endpoints, including overall response rate, duration of response and overall survival with a tolerable safety profile. Submission is expected in the third quarter with an approval decision anticipated in 2025.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The confirmatory Phase III study for this potential accelerated approval is currently ongoing. We continue to see encouraging data for ABBV-400, our next-generation c-Met ADC, which uses a topo payload. Recall that we've advanced 400 in late-line colorectal cancer based on the deep responses and prolonged durability observed as a monotherapy in our Phase I trial, and we remain on track to begin a Phase III study later this year in third-line CRC. We're also seeing encouraging signals of activity for this next-gen ADC in the non-small cell lung cancer cohort from our Phase I study. The preliminary data will be presented at an upcoming medical meeting. And based on the emerging Phase I results, we plan to begin a Phase II program for 400 in lung cancer.

In the area of hematologic oncology, we received accelerated approval in the U.S. for Epkinly as a monotherapy treatment for patients with relapsed refractory follicular lymphoma after 2 or more lines of prior therapy. Epkinly is now the only T cell engaging bispecific approved in the U.S. to treat both follicular lymphoma and diffuse large B-cell lymphoma. We're extremely excited to bring this new subcutaneous treatment option to patients suffering from follicular lymphoma. We also recently received positive CHMP opinion with an approval decision in Europe expected later this year.

In the quarter, we initiated a Phase III monotherapy study for ABBV-383 in third-line multiple myeloma. 383 is designed for high affinity binding to BCMA on malignant cells and low affinity binding to a unique CD3 epitope on T cells, which has the potential to mitigate some of the adverse events associated with other T cell engaging BCMA-based therapies while preserving high levels of efficacy.

We remain excited about this asset's potential to become a best-in-class BCMA CD3 bispecific by providing deep durable responses and low incidence and severity of CRS with the potential for outpatient administration, limited or no step-up dosing and monthly administration from the beginning of treatment. In addition to our Phase III monotherapy program, we have an ongoing Phase I study in later lines of multiple myeloma to evaluate 383 in various combinations, including with POMALYST Revlimid and Darzalex. Based on this work, we will begin Phase II combination studies in earlier lines of therapy next year.

Moving to neuroscience, where in the quarter, we announced that we received a complete response letter for our 951 regulatory application in the U.S. The CRL is based on observations identified during an inspection at a third-party manufacturing site that was unrelated to 951. The CRL did not identify any issues related to the safety, efficacy or labeling of 951 nor has the FDA requested any additional clinical data or device-related testing. We're working closely with the site and the FDA to get clarity on time lines and we'll provide updates as soon as information becomes available.

Moving to an update on one of our Alzheimer's disease programs. We recently completed an interim analysis of a Phase II study evaluating ABBV-916 our a-beta antibody. The emerging efficacy and safety profile in this study is similar to what has been demonstrated by approved agents. However, given the evolving landscape, we do not believe 916 as a monotherapy treatment will be sufficiently differentiated from other emerging therapies. As a result, we are discontinuing further development for 916 and as a stand-alone antibody.

As Rob mentioned, we remain on track to close the Cerevel transaction soon, and we look forward to welcoming the team into our R&D organization. The emraclidine pivotal studies in schizophrenia remain on track to begin reading out near the end of this year. We'll also see data from 2 additional Phase III studies for Tavapadon in Parkinson's disease later this year. We look forward to providing updates on these programs once the transaction has closed and data are available.

In aesthetics, we recently received approval for Botox in China for masseter muscle prominence, marking the first global approval in this indication for any neurotoxin. Masseter prominence is common in Asian population and there is significant unmet need for minimally invasive treatment options. We anticipate high demand for Botox in this novel indication in China, which will help to further build our portfolio in the face shaping segment.

A regulatory application is under review in the U.S. for Botox and platysma prominence, which is another novel indication that will help build our position in the lower face and neck segment. We continue to expect an FDA approval decision later this year. And we remain on track to submit our regulatory application for

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

BoNT/E near the end of this year. Our rapid onset, short-acting toxin has a highly differentiated clinical profile and once approved, would offer patients a novel option compared to currently available toxins.

So in summary, we've made great progress across all of our therapeutic areas in the first half of the year, and we look forward to additional data readouts, regulatory submissions and approvals throughout the remainder of 2024. With that, I'll turn the call over to Scott.

**Scott T. Reents**
*Executive VP & CFO*

Thank you Roopal. Starting with our second quarter results. We reported adjusted earnings per share of $2.65, which is $0.10 above our guidance midpoint. These results include a $0.52 unfavorable impact from acquired IPR&D expense. Total net revenues were nearly $14.5 billion, $450 million ahead of our guidance and reflecting robust growth of 5.6% on an operational basis, excluding a 1.3% unfavorable impact from foreign exchange.

Importantly, these results reflect more than 18% sales growth from our ex-Humira growth platform. Adjusted gross margin was 85.2% of sales. Adjusted R&D expense was 13.3% of sales and adjusted SG&A expense was 22.9% of sales. The adjusted operating margin ratio was 42.6% of sales, which includes a 6.5% unfavorable impact from acquired IPR&D expense. Net interest expense was $506 million. The adjusted tax rate was 18.8%.

Turning to our financial outlook. We are raising our full year adjusted earnings per share guidance by $0.10 to between $10.71 and $10.91. This EPS guidance continues to contemplate approximately $0.19 of dilution for the pending acquisition of Cerevel, which is expected to close soon. Please also note that this guidance does not include an estimate for acquired IPR&D expense that may be incurred beyond the second quarter. We now expect total net revenues of approximately $55.5 billion, an increase of $500 million.

At current rates, we expect foreign exchange to have a 1% unfavorable impact on full year sales growth. This revenue forecast includes the following updated assumptions with the entire sales increase, once again, driven by our ex-Humira growth platform, which is now on pace to deliver nearly $6 billion of sales growth in 2024. We now expect Skyrizi global sales of approximately $11 billion, an increase of $300 million due to strong performance across all approved indications. Rinvoq total revenue of approximately $5.7 billion, an increase of $100 million, reflecting continued robust uptake in IBD. Venclexta total sales of approximately $2.5 billion, an increase of $100 million, reflecting momentum in both U.S. and international markets.

And for aesthetics, we now expect global revenue of approximately $5.5 billion, given slower-than-expected near-term market growth, particularly in the U.S. and China. As a result, our total sales guidance for Botox and Juvederm will each be lower by roughly $100 million.

Moving to the P&L for 2024. we continue to forecast a full year adjusted gross margin of approximately 84% of sales, adjusted R&D investment of 14% and adjusted SG&A expense of 23.5%. We now anticipate an adjusted operating margin ratio of roughly 44.5% of sales. In line with our previous expectations after including the approximately 2% impact of acquired IP R&D expense incurred through the second quarter. And we forecast our non-GAAP tax rate to be approximately 16.3%, also reflecting the impact of IPR&D.

Turning to the third quarter. We anticipate net revenues of approximately $14.2 billion. At current rates, we expect foreign exchange to have a 1.3% unfavorable impact on sales growth. We expect adjusted earnings per share between $2.92 and $2.96. This guidance does not include acquired IPR&D expense that maybe incurred in the quarter. In closing, AbbVie has once again delivered outstanding performance and I'm very pleased with the strong momentum across the portfolio heading into the second half of the year. With that, I'll turn the call back over to Liz.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*
Thanks, Scott. We'll now open the call for questions. [Operator Instructions]. Operator first question please.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

Our first question comes from the line of Terence Flynn from Morgan Stanley.

**Terence C. Flynn**
*Morgan Stanley, Research Division*

Great. And congrats, Rob, on the CEO position, looking forward to the forward here. The question I had is, last quarter, you guys gave some early commentary on how to think about 2025. Looking at the business, obviously, momentum in immunology, some headwinds in aesthetics. So any update on how you're thinking about the 2025 outlook, particularly growth or revenue relative to EPS?

**Scott T. Reents**
*Executive VP & CFO*

Thanks, Terence. This is Scott. I'll handle the question. So with respect to '25, as you know, we haven't given guidance yet, and we'll provide that at a later time. But we have communicated a few top-level, high-level items to put in context of several dynamics at play next year. We have indicated that we'll be returning to robust revenue growth despite the headwinds from Medicare Part D redesign and continued Humira erosion. And when you think about robust growth, we characterize robust growth to be above industry average growth, which we see in the low single digits.

So when you think about the drivers, I mentioned in my remarks that we have $6 billion of growth from the growth platform in 2024 that we're expecting. $5 billion of that is coming from Skyrizi and Rinvoq alone. Our neuro franchise is growing by more than $1 billion and aesthetics has begun to recover from the economic headwinds. In 2025, we see incremental contributions from Skyrizi UC, which was recently approved as well as 951. All these factors demonstrate strong momentum in the business.

And then when you think about the offset of Humira, that erosion that we have expected this year at $4.5 billion. Last year, that erosion was $6.5 billion and we do expect another step down in absolute dollar terms in 2025 for that erosion as well. So that will be less of a headwind to growth in 2025 than it was in 2024. So we feel very, very strong about that. And I think from a Part D perspective, we've talked about the several points of growth headwinds that we see there. And I think when you model that, you can think about those several points as approximately a 3% headwind to growth. So overall, very strong momentum from the business with some headwinds, but we feel very confident in our ability to return to robust growth at the top line.

Regarding EPS, the bottom line, we see EPS growing in line with that revenue growth that we've talked about. So EPS will benefit from operating margin expansion. We've talked about that operating margin expansion will be on the SG&A line as we leverage the revenue growth and drive efficiencies, and we have a good history of doing that. So that operating margin will expand. However, that expansion will be roughly offset by the fact that in 2025 we will have a full year of interest expense associated with the financing for Cerevel and ImmunoGen. So robust growth at the top line and in-line growth from EPS perspective.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

Operator, next question, please?

**Operator**

Next, we'll go to the line of Chris Schott from JPMorgan.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


REV_DAX-03343154
DTX-586.0010

Just 2 questions for me. Maybe first on Rinvoq and Skyrizi, great results in the quarter. Can you just elaborate a little bit more on the price versus volume dynamics this quarter? It seemed like results were maybe a little bit stronger than the Rx trends would have implied and I was wondering is there anything notable there?

My second question was on the immunology portfolio. And as we think about 2025, I know we're probably in the middle of contracting season right now. But just directionally, what are you anticipating for Humira? And should we be thinking about any incremental pressures on Rinvoq and Skyrizi just given biosimilar Humira dynamics going forward?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Chris, it's Jeff. I'll take that question. So as noted, we're very, very pleased with the fundamental momentum on Rinvoq and Skyrizi. So all of the indications are really hitting their stride, so we can see the impact of, obviously, consumer investments we've made. We've adjusted some of the sales forces. We started to anticipate the ulcerative colitis that's helped us basically increase our share of voice.

And I think the other dynamic in terms of some of the incremental strength has come from this dynamic that we started to see earlier in the quarter where some of the Humira switching that takes place actually starts to accrue towards Skyrizi and Rinvoq because the physicians when there's this disruption in the market, will sometimes bring in those patients and start to assess them. And we saw about 20% would move to other mechanisms. So while it's a component, there's certainly multifactorial approaches why we see this very, very strong volume dynamic and share capture for both of those agents.

If I move to the contracting for 2025, obviously, the contract season is in progress, and it's progressing. And the negotiations are well underway. I think it's important, if you will recall that we already have some multiyear contracts in place that cover 2025. So that's a positive dynamic. The remaining payer negotiations, as I mentioned are underway, and we anticipate that those will close out during the normal cycle.

I would say that at a macro level, we do expect to maintain parity access next year for Humira for a meaningful portion of lives across all of the channels. Now that said, our Humira access will certainly be lower than this year as we continue to anticipate and watch certain segments of the market move to adopt biosimilars. And we've understood and planned for this, obviously, as we enter that third year of the biosimilars and so we're well aware of dynamically evaluating how this is going to work out.

So certainly, things are progressing. We already have some in place from those multiyear contracts and we'll be in a better position to provide some more information, obviously, later in the year of those negotiations. So the remaining negotiations fully close out.

**Robert A. Michael**
*CEO & Director*

And Chris, this is Rob. Just to reiterate a point -- an important point that Jeff made, I mean one trend that we are watching very closely is the switching from the Humira molecule to new mechanisms, I mean we are starting to see an inflection that is accruing to new mechanisms like Skyrizi and Rinvoq, as Jeff mentioned.

And it makes sense. Doctors that are reevaluating the patients in their practice are likely looking at more than just the patients that are covered by CVS. What we have factored in is the CVS impact, what we didn't factor in necessarily is an impact beyond just the CVS lives. And to the extent that trend continues, it would represent a downside for Humira and an upside for Skyrizi and Rinvoq, which is a very good long-term trade-off for us. That's an important point, we want to make sure that was captured.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Thank you, Rob. And maybe, Chris, one more point that I didn't address was the Skyrizi and Rinvoq contracting. So we are anticipating very robust and consistent access for Skyrizi and Rinvoq. And our

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

former comments around sort of low single-digit price erosion should be quite consistent with what we said before. Obviously, the Medicare Part D is separate dynamic. So things are stable, and we're anticipating ongoing very strong access for both of those brands.

**Operator**

Next, we'll go to the line of Carter Gould from Barclays.

**Carter Lewis Gould**
*Barclays Bank PLC, Research Division*

Congratulations on the results. I guess, first, just a housekeeping point. I guess on the last call, you had talked about earnings growth not being quite at the rate of revenue growth and it sounds like today, you see those more in line? Any, I guess, further color on kind of what's driving that? I would assume it's sort of the key INI drivers. But any other color there would be appreciated. And then I guess the more pertinent question maybe on the commentary on Cerevel. Should there be any expectation for divestments or other concessions as we contemplate that deal closing.

**Scott T. Reents**
*Executive VP & CFO*

Yes. This is Scott. I'll take the question regarding EPS growth or earnings growth in line with the revenue growth. So when we look at this, as I mentioned, we were looking at a couple of things. The SG&A that were driving some operating margin expansion. We spent a lot of time focusing on that. And we do see some efficiencies that we can drive and we do see we'll have the ability to leverage that. So there will be expansion in operating margin, which you would expect to then let earnings outpace the revenue growth. However, there is this offset, and we had a very successful bond offering when we set the finance in place for Cerevel and ImmunoGen. But that will be an offset to the operating margin expansion. So you can think of those 2 as essentially netting one another and then driving that earnings growth in line with the top line.

**Robert A. Michael**
*CEO & Director*

And Carter, this is Rob. I'll take your question on Cerevel. Look, we've made very good progress with the FTC and have certified substantial compliance to their second request. No divestments are expected. I would expect the transaction to close soon potentially as early as next week. We're obviously very excited about the potential best-in-class therapies in Cerevel's pipeline, especially emraclidine for schizophrenia, Tavapadon for early Parkinson's and our core antagonist for major depression. I mean, these assets clearly will be great additions to our neuroscience franchise.

**Operator**

Next, we'll go to the line of Vamil Divan.

**Vamil Kishore Divan**
*Guggenheim Securities, LLC, Research Division*

So maybe one if I could just, I guess, for Rob, just around sort of your business development priorities now you mentioned, obviously, there's a sort of larger deals last year with Cerevel and ImmunoGen you've done a number of these smaller acquisitions. And I guess I'm trying to get a sense of the kind of balance between investing for the long term and then sort of balancing the near term earnings growth outlook. So there's a lot of focus on $11 floor for long time, obviously, with all the IPR&D you sort of dipped a little bit below that for this year, which makes sense.

But I'm just trying to think now that we're halfway through the year, how are you thinking about sort of where your priorities are and the need to kind of balance the near-term numbers versus investing for the long term.

**Robert A. Michael**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*CEO & Director*

Yes, Vamil, thanks for the question. So the $11 floor again was on an ex-IPR&D basis where obviously, with this guidance, ex-IPR&D, I think we're just a little bit over $11.40 and we're certainly positioned to return to robust growth. I mean we're delivering robust revenue growth this quarter. When you look at the outlook for '25, it's very strong. And so we should be beyond the conversations on the floor at this point.

As we think about the trade-offs for the long term, and the short term, I mean clearly, we have an on-market portfolio today that can drive the growth that we need to deliver on that high single-digit top-tier outlook in this decade. So our BD efforts continue to be focused on early-stage assets that can drive growth in the next decade. And you've seen us execute nearly a dozen deals this year along those lines. These include new mechanisms in immunology that can combine with Skyrizi or Rinvoq or be pursued as monotherapies. We've also added new platforms, including multi-specifics that have applicability in immunology and oncology.

Our deal targeting in-situ CAR-T therapy is another example of a platform investment in oncology. And we added a novel mechanism for psychiatric disorders given our focus in neuroscience. So we intend to continue adding more depth to our pipeline in our core areas, particularly think about early-stage deals because what we're really trying to set up for is that growth in the next decade. We have a clear line of sight to top-tier growth this decade and we want to position the company to deliver strong growth in the next decade as well.

**Operator**

Next, we'll go to the line of Chris Shibutani from Goldman Sachs.

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

On the aesthetics business, today has been a day of reporting across the industry. There's some commentary that aligns with what you said. However, some additional questions I have are on granularity about procedure volumes and pricing. Now in the first quarter, you talked about promotional activities that you pushed towards a seasonally strong second quarter.

One, should we think about the pricing backdrop as being a component of some of the sluggishness as opposed to purely thinking about or primarily thinking about volume procedures. And if you could sort of respond in the neurotoxin neuromodulator versus the filler segment, that would be helpful.

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

This is Carrie. I'll address the question. So first, let's talk about the market dynamics for market growth in the U.S. for facial injectables. So late last year, we started to see a recovery and the return to growth of the toxin market. And we've seen that market growth recovery continue this year in that mid-single-digit range. And that volume that is traffic into our customers' offices and that's really been consistent for the past few quarters. So the market dynamics for our business are really driven by patient demand and volume, although when we think about price, price is a factor that we'll be looking for the second half of the year, which will give us some favorable pricing dynamics. We did take a price action at the beginning of the year for toxins.

And then we will have some more efficiency when it comes to our strategic shifts in our pricing promotions for the second half of the year. So one example of that would be promotions we did last year, for example, around competitive launches that we won't need to do this year based on the success of our competitive strategy last year. So really, our performance is driven by market growth, and we have also had some nice stability in our market share. Anything you'd like to add?

**Scott T. Reents**
*Executive VP & CFO*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Maybe because it's worth mentioning, so some of that shift in promotional activity that you mentioned, we did talk about in the first quarter that there was a destocking that occurred of inventory levels. and when Carrie made remarks when we spoke about it last quarter, we said that would reverse over time. We did see that reversing in the second quarter on a partial basis. And when you think about the reversal of that Q1 destock, you can think about from the U.S. market that really would reduce by 50% or cut in half the growth rates we published for the actual results for both Botox and Juvederm.

So we saw that partial reversal of that destocking event. And then we will see that continue to unwind throughout the course of the year, especially as we have some of our larger promotional activities in the back half of the year with Botox Day and Juvederm Day, we do see typically in inventory, a stocking uplift from those activities.

**Operator**

Next, we'll go to the line of Mohit Bansal from Wells Fargo.

**Mohit Bansal**
*Wells Fargo Securities, LLC, Research Division*

I just wanted to talk a little bit about the pipeline in IBD space as well. I mean you have done a bunch of deals. And then there has been some movement, especially in the oral IBD drugs as well. I mean, given your expertise, would love to understand, how do you think about pipeline moving beyond the likes of Skyrizi, IL-17s and all because these drugs are very good. But when you think about an oral, what is the ideal profile of the drug that could be a first line drug which Rinvoq could not be and then like when you think about combinations, I mean, what are you exactly looking for?

**Roopal Thakkar**
*Executive VP of Research and Development & Chief Scientific Officer*

Mohit, it's Roopal. I can talk about that. With respect to orals, we did do this deal with Landos, and this is our NX-13 asset, which we'll anticipate a readout end of this year, beginning of next year. And early data point to good outcomes in ulcerative colitis. And this asset works through NF Kappa beta. So you'll see what we've observed in preclinical models is reductions in IL-6, IL-1, TNF interferon gamma. And it's potentially a monotherapy and one that wouldn't have a box warning so far, the safety data has looked good.

But there's also opportunities, we believe, as you mentioned, combination that you could still combine with Rinvoq. And as I mentioned the box warning and in certain geographies, Rinvoq is utilized post anti-TNF. Even with the combo there, there's still opportunity. The second and third line segment in IBD and across immunology continue to grow, and they're getting larger and larger as patients cycle through biosimilar anti-TNF. We'll see them cycle through example in IBD with IL-12, 23 like Stelara. So in the future, there's multiple opportunities.

And the way we think about these is, do we see an asset that is novel and can address mechanisms that haven't been addressed yet. And can they complement something like Rinvoq. So if you see a little bit less efficacy that may be okay if it's complementary. It may not work necessarily as a monotherapy, but we still see opportunities for combo. And given the other assets that we've talked about that could be IV or subcu, we still see a lot of opportunity with Skyrizi and a platform study in IBD will kick off later this year, looking at various combinations, many of the assets that I mentioned in the prepared remarks, including a TL1A, including our own internal alpha 4 beta 7 could be added on to Skyrizi to drive that efficacy even higher because there's still a bit of a ceiling effect. And I would say the unmet need in IBD in particular, continues to be quite high.

**Operator**

Next, we'll go to the line of Chris Raymond from Piper Sandler.

**Christopher Joseph Raymond**
*Piper Sandler & Co., Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Just another follow-up on Humira. So Jeff and Rob, just hearing your commentary about how when patients discontinue Humira a number of them are switching to newer biologics. I think you gave the 20% number going to newer biologics like Skyrizi and then also Rinvoq. But we saw some of this happening in the gastro space with one of the checks we did recently, but I wonder if you could provide maybe a little more color on this phenomenon. Is there a particular therapeutic silo where this is maybe happening more extensively? And can you give us a sense as to how this has been influenced or accelerated by biosimilar availability? And just any more color there?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. Thanks for the question. It is -- it's almost like a bimodal phenomenon. So the 20% I highlighted. So if you just look from our data, when we just look at the CVS template, so we can see the degradation of Humira that goes down pretty steeply because remember, it's an exclusion. So Humira is no longer widely available at all. So most of it happens within the first 2 or 3 weeks. And in that one segment we see that the biosimilar doesn't take up all the Humira loss, and we can see it moving to other mechanisms, particularly Skyrizi and Rinvoq. So that's within, let's say, the acute biosimilar event.

Now to Rob's point, what he highlighted is if you take a step back and you look at the macro market, we've started to see in the first quarter and second quarter, that the overall molecule, so that's the adalimumab molecule, inclusive of biosimilars has started to compress faster than it did before there was the availability of this action that was taken by CVS.

So it's a doubling of effect. It's acutely in the segment that takes place with the exclusion and then the wider market. Now we're watching this pretty carefully because we haven't -- obviously haven't seen something like this before in terms of the compression of the molecule. So that's basically the dynamics that we're seeing. And we do think it's because some physicians or segments of physicians are -- they realize that these biosimilars where there's an acute interruption, they want to check how the patients are doing.

And if they're not fully in remission when they come in for their appointment, let's say, before the switch. Sometimes they're transitioned at the rates that I described. So that's sort of the prescriber behavior. Now where is it coming from. Like we actually see that it is accruing across all of the indications, particularly Humira is quite -- has quite robust, let's say, base dynamics in the rheumatology indications, but we can see it in rheum. We can see it in derm. Derm to Skyrizi in particular, which is probably not a surprise given the position, I highlighted a 38% share and a 60% in-play share for Skyrizi in derm. And we also do see it to some degree in gastroenterology.

So to Rob's point, we're going to continue to monitor that. If the overall molecule would continue to compress, obviously, there would be some mitigation of some of it accruing over to Skyrizi and Rinvoq. And so we'll have to continue to see how these weeks and months play out here over the third quarter.

**Operator**

Next, we'll go to the line of Gary Nachman from Raymond James & Associates.

**Gary Jay Nachman**
*Raymond James & Associates, Inc., Research Division*

All right. Great. Can you talk more about how you're managing the growth first Skyrizi and Rinvoq in IBD across both UC and Crohn's, which have both been really strong. And with the Skyrizi UC launch, is there any cannibalization there with Rinvoq and I guess, generally, how do you see those products working synergistically both in terms of sales force and reimbursement if you see any sort of issues or conflicts there?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. Thank you for the question. A very important question in terms of how we commercialize these. Roopal highlighted it. Obviously, you have the 2 big indications with 2 assets within those indications. And

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

so we have constructed, not just in the U.S. but around the world, a very sophisticated approach in terms of multiple sleeves of representatives and medical experts that are representing both drugs across both indications.

And it really is, let's say, for example, in our largest market, the U.S., it's relatively easy to execute because what we see is that our representatives can highlight Skyrizi's data and potential as the obvious frontline agent which is obviously tremendous data. I mentioned the sequence data. I mentioned our core data, the naive to biologic data in UC is absolutely fantastic for the Skyrizi data. And then really, ironically because of the label changes that took place a few years ago, Rinvoq is positioned in later lines. So really, that sort of approach is highly synergistic in terms of, we recommend that physicians consider starting with Skyrizi and the efficacy will be fantastic. But to Roopal's point, there's still pressure on that disease and then you have a backstop with tremendous, tremendous data on Rinvoq in later lines.

And so that's how we position it. We look and we monitor the cannibalization, it's quite modest. And overall, when you look at the dynamic of share capture, it's quite encouraging to see how the infield teams and the commercial teams are managing all of those assets. So we're very encouraged about how we've approached the market in terms of our execution, and I think the results are speaking for themselves.

**Operator**

Next, we'll go to the line of Steve Scala from TD Cowen.

**Stephen Michael Scala**
*TD Cowen, Research Division*

Regarding the 2024 sales guidance, which I realize is about $55 billion. but it implies similar growth in the second half as in the first half, if not a slight deceleration. Why won't total sales do better? And what were your reservations about raising sales guidance today? Seems that across the business strengths are exceeding challenges. So it would seem not unreasonable to have higher sights now.

Second question is I'm wondering if you can elaborate on the comment a portion of Humira lives is a portion of Humira lives closest to 1/4, 1/2 or 3/4 of lives?

**Scott T. Reents**
*Executive VP & CFO*

Steve, this is Scott. I will talk regarding the revenue. So just to clarify, we did raise the revenue guidance in total from $55 billion the $55.5 billion, $500 million raise, and that included a $300 million raise for Skyrizi, a $100 million raise for Rinvoq, a $100 million raise for Venclexta, $200 million spread across other products and then a $200 million reduction in the guidance for aesthetics. So we do see very strong momentum in the business, and we did raise our sales guidance from $55 billion to $55.5 billion.

**Robert A. Michael**
*CEO & Director*

And Steve, this is Rob. If you just look at, as I mentioned in my remarks, the first half of the year, we've talked operational growth around 4%. If you -- the implied operational growth in the second half based on our guidance, would be slightly above that and really driven by the ex-Humira growth platform, which on a reported basis grew more than 18% this quarter. And so we're very pleased with the progress of the business. And I think when you look at the guidance and you do the math, you'll see that the actual implied second half operational growth is slightly higher than the first half.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

And Steve, it's Jeff. So to give some sense, so we're looking at the -- coming up on the third year of biosimilars. So the first way to think about it, in the first year 2023, we had very strong parity access across all the channels. And we really exited the year around, I think, 97% or something like that. This year, I think when we look at all the ins and outs, I think the 3/4 approach is quite reasonable.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And as I mentioned in my remarks to early one of the questions, it will certainly be lower next year and I would think that, that range would be around that half point. But again, we're not fully complete with all the dynamics. So that gives you some broad spectrum over 3 years maybe around the halfway point, plus or minus as we go into 2025.

**Operator**

Next, we'll go to the line of Trung Huynh from UBS.

**Trung Chuong Huynh**
*UBS Investment Bank, Research Division*

Trung Huynh from UBS. Just 2 from me. Aesthetics, thanks for your comments this year, and you've also moderated your short-term guide accordingly. But you've noted that the long-term 2029 guide remains intact. So with growth around 4% this year in line with that new guide, I imagine next year will be slightly higher. But then it does imply that growth is well into the double digits for '27, '28 and '29 on our calculations. Just what here makes you confident about that level of growth later in the decade?

And then secondly, just following up on some of your thoughts on the immunology pipeline. You noted the potential of the utility of multi specifics in immunology. You've got a pretty strong bispecific platform. Just what are your thoughts on the data that you're seeing here? Is there anything in development that we should be looking at?

**Scott T. Reents**
*Executive VP & CFO*

Trung, this is Scott. I'll start with your question regarding the long-term guidance on Aesthetics. So you're right. We've guided to a long-term $9 billion in 2029. And we're not changing that guidance. The guidance changed, as you noted that I mentioned today is just a short-term guidance change for 2024. We remain very confident in our ability to hit that $9 billion in 2029. When you think about these markets, there's very low penetration in the markets globally. There's a lot of excitement in the space, and we expect the market to recover and grow at historical rates.

I would say when we look at the market growth, we do see that rebounding and growing well. And then you also should think about there's additional innovation coming that will drive that. So we have some of the additional indications in Botox that Roopal walked through as well as the quick onset, short-acting toxin BoNT/E that will also drive additional market growth. And so we continue to feel very comfortable with our ability to achieve that on a long-term basis in 2029.

**Roopal Thakkar**
*Executive VP of Research and Development & Chief Scientific Officer*

Trung, it's Roopal, I'll take the next question on the pipeline. So we continue to be excited about bispecifics, in particular, lutikizumab. And it's an IL-1 alpha and importantly, also 1 beta. And this, we believe, distinguishes it from earlier generation assets that were singular and, let's say, only took out IL-1 alpha. We see, I would say, very, very strong benefits in hidradenitis suppurativa and I don't think that was observed as a pure monoclonal. And the efficacy that we're seeing is in a 100% anti-TNF failure population and very sick, early Stage 3, 70% is one of the most severe -- probably the most severe ever studied.

So we think there continues to be potential in the bispecific space as you take out multiple cytokines. The way to address it is through engineering of the assets. The other way is combination, so we can get to that bispecific approach through combos. And then thirdly, I would say earlier in the pipeline is the multispecific approach, which -- the advantage that could provide as you maintain your bispecific approach, but then a third arm, let's say, can target specific cells and that could further enhance efficacy and, in particular, safety. And we're looking at that approach in immunology and as well in oncology. And that was reflected in our partnership with Tentarix.

**Operator**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We'll go to the line of Evan Seigerman from BMO Capital Markets.

**Evan David Seigerman**
*BMO Capital Markets Equity Research*

Really, really helpful update today. So just looking at kind of the...

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

Can you speak out just a little bit, sorry.

**Evan David Seigerman**
*BMO Capital Markets Equity Research*

Can you guys hear me all right? Does that work?

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

It's still same, but we'll do our best.

**Evan David Seigerman**
*BMO Capital Markets Equity Research*

All right. Sorry about that. I'll speak very loudly. So when looking at expected growth for Vraylar over the next few quarters, can you comment on what type of impact do you think new competitors to the MDD market might have and what you can do to help maintain your growth position going forward?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. It's Jeff. We're very pleased with how both of the indications are performing, and we monitor them very carefully, certainly with bipolar and AMDD. so when we look at our quarterly surveys of our target physicians and really our whole call cycle, we can see now that Vraylar is the most preferred agent overall for bipolar disease based on its indication set, its tolerability, its efficacy, et cetera.

And we've really gone to the very top of the league table for AMDD as well. So if we look overall on our demand, we're tracking above 20% in terms of the push. We continue to focus our team and where necessary add share of voice in terms of our sales force. So we're quite comfortable that we can continue to grow our share, which has been growing very, very nicely, particularly on the NBRx side and certainly face the competitive dynamics and navigate those as we go forward.

**Roopal Thakkar**
*Executive VP of Research and Development & Chief Scientific Officer*

Jeff, maybe to add, it's Roopal here. There is going to be competition. But what we see is a benefit clinically for Vraylar is that full spectrum coverage in bipolar. And when you're able to take mania, you don't need an adjunctive therapy for that. So that's a big advantage. The other thing that we continue to hear and probably reflected in our data is the really limited impact on fatigue and sedation.

And so what we're hearing is with Vraylar, patients really don't have to sacrifice their daytime productivity in order to gain that benefit. And then the other benefit, I would say, with Vraylar is flexible adjustable dosing. So these things together, I think, underlie what Jeff was speaking about.

**Operator**

Next, we'll go to the line of James Shin from Deutsche Bank.

**James John Shin**
*Deutsche Bank AG, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

You mentioned some of the Humira contracts go into 2025. Does that also apply to Skyrizi and Rinvoq, and that's what gives you visibility on the low single-digit price erosion?

And secondly, has the introduction of co-branded Humira and now that PBMs are more into trying biosimilars change negotiation dynamics at all?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. So typically, again, in some cases, we are able to secure multiyear contracts. And as you can imagine that we would do that for the portfolio, basically, the way that our products work. So that does help with the visibility in terms of what our access would look like for '25 as well as the pricing dynamics.

Again, I want to clarify that the negotiating season is not fully complete, but the dynamics are progressing, as I highlighted there. So yes, to your first question. The other dynamic in terms of Cordavis, I'm not sure that, that's actually changing the dynamics in terms of the negotiations overall. That was obviously a volume-related deal with CVS that we announced over a year ago or almost a year ago now. So it doesn't necessarily play into other negotiations. Each of these payers and pharmacy benefit managers, they have their own ideas in terms of how they want to approach the I&I category and certainly the emergence of the Humira biosimilars. So it's a CVS unique dynamic.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

Thanks, James. We have time for one final question, operator.

**Operator**

For our last question, we'll go to the line of Louise Chen from Cantor Fitzgerald.

**Louise Alesandra Chen**
*Cantor Fitzgerald & Co., Research Division*

So I wanted to first ask you, do you still feel that your aesthetics business is a good strategic asset for you? And if so, where do you see the synergies within your organization? And second question I wanted to ask you is how you think pharma will fare under Democratic versus the Republican presidency and how you're going to navigate through that uncertainty in the near term.

**Robert A. Michael**
*CEO & Director*

Louise, this is Rob. I'll take your question. Look, we like the aesthetics business. When you think about the growth profile, the profitability, we have set it up as a fully integrated stand-alone unit because it behaves differently than the therapeutics business. We think we've actually seen since we announced the transaction, really strong performance. We've exceeded our deal model expectations since we announced the deal. So we think it's operating very well.

Obviously, we're working through some macroeconomic headwinds. But when you look at, for example, share performance, we had the entry of Daxxify last year, and we did not lose any share. I think a lot of investors were concerned that we'd see considerable share loss. And so I think the team has done a remarkable job of competing in this marketplace going through a period with economic headwinds. We're still very confident given low penetration rates, given our relationship in the field, the potential innovations that we plan to bring forward. It has a very nice fit. And you think about just from a profitability and a growth standpoint, it fits the profile we're looking for. So I certainly feel it's a nice fit for the company.

As it relates to the election, look, it's hard to handicap it, whether it's Democrat or Republican, if you think about with -- we've obviously contemplated the Inflation Reduction Act. We've come out and said that even with modeling that impact in that we still expect to deliver on our long-term outlook. Now I will say in our view on the IRA from a policy perspective is we're certainly in favor of the Part D benefit

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

redesign since it helps address patient out-of-pocket burden, but the price setting provisions in the IRA will certainly harm long-term innovation in our industry.

So we are hopeful that if it's a new administration or the current administration, that they'll reassess those provisions that are ultimately are harmful for long-term patient care in the U.S. I mean it clearly takes away the incentive to launch in later lines of smaller patient populations, which is really a very unfortunate negative outcome from the legislation. So the way I view it is addressing patient out-of-pocket burden is good policy. But taking away the incentive for innovation is not, and my hope is under either administration that will be reconsidered.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

Thanks, Louise. That concludes today's conference call. If you'd like to listen to a replay of the call, please visit our website at investors.abbvie.com. Thanks again for joining us.

**Operator**
Thank you all for joining the AbbVie Second Quarter 2024 Earnings Conference Call. That concludes today's conference. Please disconnect at this time, and have a wonderful rest of your day.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.

# Hypothetical Negotiation for the Manufacturing Patents

## Date: June 2019

| **Revance Benefits**<br>Certainty of Launching on Time | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Immediate revenue<br>▪ No design-around cost or risks<br>▪ Expected higher profits through life of patents and beyond<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |



# Balancing the Parties' Interests

| **Revance Benefits**<br>Certainty of Launching on Time | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Immediate revenue<br>▪ No design-around cost or risks<br>▪ Expected higher profits through life of patents and beyond<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |
| **2025 Focal Point** | |
| ▪ Daxxify reaches peak market share<br>▪ Revance launches biosimilar to Botox | ▪ Planned Long-Acting Injectable (LAI) launch<br>▪ Revance launches biosimilar to Botox |

# Hypothetical Negotiation for the Drug Product Recipe Patent

## Date: October 2021

| **Revance Benefits**<br>Product Differentiation | **Allergan Disadvantages**<br>Daxxify Will Directly Compete |
|---|---|
| ▪ Differentiate from competition in established, crowded market<br>▪ Longer duration will drive Daxxify sales<br>▪ First-to-market advantage | ▪ Botox competition with Daxxify<br>▪ Long-Acting Injectable (LAI) competition with Daxxify<br>▪ Loss of Long-Acting Injectable (LAI) first-to-market advantage |

