YOUNG CONAWAY

WILMINGTON
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

July 16, 2025

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

**REDACTED - PUBLIC VERSION**
**(Filed August 6, 2025)**

Re: *Allergan, Inc. v. Revance Therapeutics, Inc. et al.*,
C.A. No., 21-1411-RGA-LDH

Dear Judge Andrews:

Pursuant to the Court's direction, Trial Tr. at 288:12-290:18, Revance renews its request (D.I. 619) to use DTX-315 (which is also stamped JTX-175), DTX-318, DTX-319 and DTX-586 as post hypothetical negotiation evidence regarding the issue of competition between the parties. In permitting Revance to renew its request to use these exhibits, the Court stated that it "need[s] to hear what the pre-hypothetical negotiation evidence is" before it allows their use. Trial Tr. at 290:2-18. Revance elicited such evidence during the cross-examination of Dr. Siegwarth.

For example, Revance elicited testimony regarding JTX-065, a November 2020 Allergan, Inc. ("Allergan") report that Dr. Siegwarth admits is relevant to the hypothetical negotiation. Trial Tr. at 611:9-17. This document provides "Key insights" into how Allergan viewed long acting competition during the relevant time period. *See* JTX-065.0010. According to Allergan, "[l]onger duration of action is desirable, but how it is achieved is a key consideration as interest lessens if it is only possible by increasing the dose." JTX-65.26 Allergan further states: "New brands unlikely to see much uptake until they become established (unless also offering a substantial discount vs current products)." *Id.* Further, Allergan stated that a "[r]apid, widespread switch to a new LA toxin" would be "unlikely if released at a premium by a little-known toxin manufacturer." *Id.* Dr. Siegwarth admitted on cross-examination that, at the time of the hypothetical negotiation, Revance was a "little known toxin manufacturer" and that it planned to sell Daxxify at a premium price. Trial Tr. at 611:23-613:7. Dr. Siegwarth admitted that this put Revance and its Daxxify product squarely into Allergan's statement that a "[r]apid, widespread switch" was unlikely. *Id.*

Revance also elicited testimony regarding JTX-158, a 2020 Allergan presentation on "Aesthetics Neurotoxin LRP Strategy" that provides additional insight into how Allergan viewed neurotoxin competition around the hypothetical negotiation dates. Trial Tr. at 615:17-616:6. In the exhibit, Allergan differentiates its market position from that of a new entrant like Revance, including by stating: "Allergan Aesthetics is the global market leader in the cosmetic

neurotoxin category with an iconic brand that created the neurotoxin market." *See* JTX-158.0003. Consistent with its dominant market position, Allergan's "Key Priorities" include: "Defend leadership position against competitive threats." *Id.* (emphasis added). The document further provides Allergan's vision: "continue to be the number one brand in neurotoxins with a trusted, robust neurotoxin portfolio." JTX-158.0004

Revance also elicited testimony regarding JTX-091, which shows the uncertainties regarding competition from Revance's perspective. Trial Tr. at 615:5-16. As of the hypothetical negotiation, Revance understood it would face significant headwinds as the "[f]ifth entrant in [a] highly competitive market." *See* JTX-091.0003. Revance was well aware of the challenges to its ability to compete, including "[l]imited resources, and a need to focus on both commercialization and launch," its "[l]ack of aesthetic portfolio," and the [l]imited awareness among the broader HCP community." *Id.* In total alignment with Allergan's "Key insight" on pricing discussed above, Revance understood that DAXXIFY's "[p]remium price could impact broader uptake." *Id.*

The Court has already confirmed the importance of the issue of competition to the damages issues in the case: "if they weren't competitors Allergan would be in a much different position in terms of what their view is in the hypothetical negotiation because they're not competitors giving the license, whatever the license is for is just profit to Allergan." Trial Tr. at 288:21-25.

Given the uncertainty both parties expressed about their potential competition around the time of the hypothetical negotiations, post hypothetical negotiation date evidence that Allergan did not lose any market share to Revance is relevant under *Aqua Shield*. The documents and testimony show that the parties did not know whether, and to what extent, a little known manufacturer like Revance, with limited resources, low awareness among prescribers, and premium pricing would be able to compete with the entrenched market leader, Allergan.

Respectfully,

*/s/ Anne Shea Gaza*

Anne Shea Gaza (No. 4093)

Enclosures (JTX-65, JTX-91, JTX-158, PTX-335)
cc: All Counsel of Record (Via E-mail)

Gonzales
Exhibit 16
(8-31-23)
WWW.DIGITALEVIDENCEGROUP.COM

Allergan Aesthetics
an AbbVie company

INT-NON-2050769

# LA TOXINS & CONJOINT

FINAL REPORT

NOV 2020

research partnership





C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-065

# CONTEXT

Allergan Aesthetics
an AbbVie company

**Objective:** to determine toxin product preferences and relative importance of product attributes (for toxin naïve and toxin experienced patients) to feed into forecasting

**Why?**

To support and inform forecasting, **alongside other competitor intelligence and market information**

**How?**

An Adaptive Choice Based Conjoint (ACBC) exercise invites respondents to trade off product profiles; the series of choices made allows the individual's preferences to be modeled

**Outputs?**

Conjoint results are built in a **simulator,** to allow Allergan to **model different product profiles and market scenarios**

*The simulator has both 'calibrated' and 'uncalibrated' settings. We recommend the calibrated data is used for forecasting, as this has been adjusted to align with current market shares. However, longer term, the uncalibrated data should be kept in mind as a 'worst case scenario' due to the potential for changes in brand value over time*

# Methodology

- Phase 1: 27x qualitative web-assisted telephone interviews with Dermatologists and Plastic Surgeons in UK, Canada and China
- **Phase 2 (this research): 30 minute quantitative questionnaire**

Fieldwork conducted: 29th July – 14th August 2020 (ex-US) / 18th August – 1st September 2020 (US)

| Phase 2 sample |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Aesthetic Dermatologist | 50 (core) | 15 | 40 | 30 | 40 | 27 |
| Plastic Surgeon | 30 (core) | 18 | 40 | 10 | 19 | 19 |
| Aesthetic Medical Doctor (AMD) (including GPs, ENT specialists and Dentists) | 80 (non-core) | 41 | | 38 | 25 | 11 |
| Nurse | | 5 | | | | |
| TOTAL | **160** | **79** | **80** | **78** | **84** | **57** |

- **Screening criteria:**
  - Working in specialty 3-35 years (US:2-38 years)
  - See 10+ (US: 30+) facial aesthetic / cosmetic patients per month
  - Personally inject 5+ facial aesthetic (US: 16+) patients with a toxin per month
  - Influence decisions about purchasing botulinum toxin brands (except UK nurses)
  - Screened sample monitored during recruitment to ensure sample aligns with Allergan's PRF shares

# CONJOINT DESIGN

Allergan Aesthetics
an AbbVie company

# An adaptive choice-based conjoint approach was used to allow us to test the high volume of levels in the grid but remain engaging for HCPs

## Adaptive choice-based conjoint approach (ACBC)

- **ACBC is a an adaptive approach, making it suitable for test a large number of attributes while remaining engaging for users**
- HCPs select their most preferred product in stages. Each time they are shown various products combinations based on their previous choice
- Takes into account any ‘Must have’ or ‘Unacceptable’ features in a product based on respondent’s selection patterns

**Individual adaptation**

**Build your own** — Respondents identify the “best” product by specifying their ideal level for each feature

**Screening** — Concepts similar to the one specified in the “Build-Your-Own” task are shown, and respondents select the acceptable ones. The aim is to remove levels outside of the respondent’s consideration from future tasks.

**Choice based tasks**

**Choice tournament** — Concepts marked as acceptable are entered into a choice tournament, where winning concepts survive in subsequent choice tasks.

**Calibration**

**Concept evaluation** — Concept evaluation is used to calibrate the choice model based on those who are really likely to purchase a product, providing a more reasonable none level than traditional discrete choice.

# Simplified conjoint grid (country differences and restrictions not shown in detail)

| Attributes | |
|---|---|
| X1 | **Brand** |
| X2 | **Manufacturer / promoter** |
| X3 | **Time to visible results** *(1 grade improvement)* |
| X4 | **Duration** *(50% patients with at least a 2 grade improvement)* |
| X5 | **Duration achieved by:** |
| X6 | **Form** |
| X7 | **Storage** |
| X8 | **Price to HCP** *for pack configured to standard or Speywood units (based on list price)* |
| Fixed | **Other features** |

# Simplified conjoint grid (country differences and restrictions not shown in detail)

| | Attributes | 1 | 2 | 3 | 4 | 5 | 6-10 |
|---|---|---|---|---|---|---|---|
| X1 | **Brand** | BOTOX | Xeomin / Bocouture (blinded as "other current BT product" where relevant) | Dysport / Azzalure (blinded as "other current BT product" where relevant) | Prosigne / HengLi (blinded as "other current BT product" where relevant) | Botulift / Neuronox (blinded as "other current BT product" where relevant) | 6. Other current type A botulinum toxin product<br>7. New botulinum toxin type A product<br>8. New South Korean botulinum toxin type A product |
| X2 | **Manufacturer / promoter** | Allergan | Merz | Galderma | Lanzhou (blinded as "Chinese manufacturer" where relevant) | Medytox (blinded as "South Korean manufacturer" where relevant) | 6. South Korean manufacturer<br>7. Revance / Chinese manufacturer<br>8. Daewoong / Evolus / South Korean manufacturer<br>9. Other manufacturer<br>10. Manufacturer making biosimilar version of brand |
| X3 | **Time to visible results** *(1 grade improvement)* | 24 hours | 2 days | 3 days | 4-7 days | | |
| X4 | **Duration** *(50% patients with at least a 2 grade improvement)* | 12-16 weeks *(3-4 months)* | 20 weeks *(5 months)* | 24 weeks *(6 months)* | 28 weeks *(7 months)* | 36 weeks *(9 months)* | |
| X5 | **Duration achieved by:** | Increased dosage | Standard dosing for product | | | | |
| X6 | **Form** | • Ready to use liquid in a vial<br>• Fixed dilution ratio | • Ready to use liquid in a pre-filled syringe<br>• Fixed dilution ratio | • Freeze dried | | | |
| X7 | **Storage** | Requires refrigeration | Store at room temperature | | | | |
| X8 | **Price to HCP** *for pack configured to standard or Speywood units (based on list price)* | Priced as current (premium) brand **-40%** | Priced as current (premium) brand **-20%** | Priced as current (premium) brand | Priced as current (premium) brand **+10%** | Priced as current (premium) brand **+30%** | |
| Fixed | **Other features** | Safety and efficacy comparable with currently available products<br>Shelf life: minimum 2 years<br>All product attributes supported by clinical data | | | | | |

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

# KEY INSIGHTS

Allergan Aesthetics
an AbbVie company

## Key insights

**Heritage is important in the context of longer-acting products**

- Allergan and BOTOX are highly influential in HCP preference
  - Twice as important in driving choice as their nearest competitor (Galderma/Dysport)
  - ➢ New brands unlikely to see much uptake until they become established (unless also offering a substantial discount vs current products)

**HCP interest in longer duration must be considered in the wider market context**

- Longer duration of action is desirable, but how it is achieved is a key consideration as interest lessens if it is only possible by increasing the dose
- Price, manufacturer and brand drive half of decision making
  - ➢ Rapid, widespread switch to a new LA toxin unlikely if released at a premium by a little-known manufacturer
- In addition, not all physicians are fully comfortable with the potential impact to their business and to patient relationships

**Please speak to your insights representative for any guidance, questions or clarifications**

# DETAILED FINDINGS

Allergan Aesthetics
an AbbVie company

DETAILED FINDINGS

# CONJOINT OUTPUTS

Allergan Aesthetics
an AbbVie company

# A longer duration of action is the future innovation most desired by physicians, though not all are comfortable with a 9-month option

**Botulinum toxin product features:** *Future desired innovations*

**Desired future innovations with botulinum toxin products** (non conjoint question)**:**




*Qual insight*

**6-month duration offers a motivating increase**

- ✓ HCPs comfortable with duration as an improvement but still close to current practice
- ✓ Reassuring to see patients on a frequent enough basis to maintain relationship
- ✓ Longer than currently achieved for many
    - • **Some** already achieving this/close to this (maj. CN, min. other)
    - ✓ Short enough that any SEs won't last too long (>CA)

*Qual insight*

**9-month duration offers value for patients but HCPs have some concerns**

- ✓ HCPs perceive value for patient from less frequent attendance and injection pain (a benefit if patients are currently unsatisfied with these)
- ✓ Ability to co-ordinate with filler appointments where desired

**However:**

- × **Unnerving** for some; risk of longer-lasting unwanted / AEs
- × Potential to **impact HCP-patient relationship**
- • Pricing considerations:
    - Need to price so as not to impact practice **profitability**
    - **High upfront outlay** may be off-putting to patients

Base: Total respondents = 538; International=378, US=160
Q5. [See notes for question text].
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

# Within the tested grid: price, manufacturer and brand drive half of decision making between toxins; amongst the product attributes, duration, how duration is achieved and time to results represent the key drivers

**Botulinum toxin product features:** *Perceived importance*

**Relative Importance of Attributes:**
*2020 conjoint; % importance for new and experienced patients (calibrated data)*




*(Note: overall only – level importance varies within these attributes)*

Base: Total respondents = 538; International=378, US=160
Q5. [See notes for question text].
*excludes US

Brand and manufacturer: US: 29%; Int: 29%

Duration & source: US: 27%; Int: 25%

Storage and form: US: 15%; Int: 13%

*Qual insight*

**Although duration is important, it is not the most important factor when choosing a product**

- ✓ Price and brand/manufacturer heritage have more impact on an HCP's decision
- ✓ Also important is the source of the duration – whether the duration is achieved by an increased dose vs current, or if it is the standard dosing for the product

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

HIGHLY CONFIDENTIAL INFORMATION

# Allergan and BOTOX are highly influential in HCP preference, being twice as important in driving choice as their nearest competitor (Galderma/Dysport)

**Relative importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (1/2)*




Base: Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company

Supporting research in appendix provides insight on Allergan and BOTOX market perceptions and drivers of importance (Loyalty Drivers Research 2019)

Please speak to your insights representative for any guidance, questions or clarifications

# New brands unlikely to see much uptake until they become established (unless also offering a large discount vs current products)

**Implications of importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (1/2)*




Base: Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company

Supporting research in appendix provides insight on Allergan and BOTOX market perceptions and drivers of importance (Loyalty Drivers Research 2019)



Please speak to your insights representative for any guidance, questions or clarifications

# Though longer acting products have higher appeal, physicians are less willing to use them if an increased dose is required to achieve the longer duration

- HCPs anticipate that a future "long-acting" toxin would last 7 months or more, and meets a patient need by reducing the frequency of injections

**Relative importance of levels within attributes:** *2020 conjoint, % importance (calib*




- HCPs not currently comfortable / do not entirely believe that increasing the dose achieves longer duration, but are concerned about increased risk of "frozen face" and ptosis

Base: Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

# Low interest in increasing current dosing combined with brand importance suggests little threat from competitors using a higher dose to reach a 6 month duration

**Implications of importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (2/2)*




Base:Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

HIGHLY CONFIDENTIAL INFORMATION

ALGN-1844430

JTX-065.0018

# Physicians prefer faster onset, although true benefit only comes from the fastest times (i.e. within 24 hours); HCPs may also report longer time to onset to patients, to help manage their expectations

**Relative importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (1/2)*




| Attribute | Level | International* | US |
|---|---|---|---|
| Duration | 12-16 weeks (3-4 months) | 8% | 5% |
| | 20 weeks (5 months) | 10% | 8% |
| | 24 weeks (6 months) | 16% | 17% |
| | 28 weeks (7 months) | 20% | 22% |
| | 36 weeks (9 months) | 46% | 48% |
| Source of Duration | Increased dosage | 21% | 15% |
| | Standard dosing for product | 79% | 85% |
| Time to onset | 24 hours | 49% | 45% |
| | 2 days | 22% | |
| | 3 days | 17% | |
| | 4-7 days | 12% | |
| Form | Ready to use liquid in a vial, fixed dilution ratio | 40% | |
| | Ready to use liquid in a prefilled syringe, fixed dilution ratio | 37% | 36% |
| | Freeze dried | 23% | 23% |
| Storage | Requires refrigeration | 45% | 35% |
| | Store at room temperature | 55% | 65% |

- HCPs currently expect onset of action on average within 3.5-5 days, but will manage patient expectations by telling them to expect onset with 5-6 days
- **Qual insight:** Little benefit to HCP unless onset is immediate

Base: Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

# Pre-filled forms (vial or syringe) are preferred over freeze dried, while room temperature storage is more strongly preferred in the US

**Relative importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (1/2)*




| Attribute | Level | International* | US |
|---|---|---|---|
| Duration | 12-16 weeks (3-4 months) | 8% | 5% |
| | 20 weeks (5 months) | 10% | 8% |
| | 24 weeks (6 months) | 16% | 17% |
| | 28 weeks (7 months) | 20% | 22% |
| | 36 weeks (9 months) | 46% | 48% |
| Source of Duration | Increased dosage | 21% | 15% |
| | Standard dosing for product | 79% | 85% |
| Time to onset | 24 hours | 49% | 45% |
| | 2 days | 22% | 21% |
| | 3 days | 17% | 18% |
| | 4-7 days | 12% | 16% |
| Form | Ready to use liquid in a vial, fixed dilution ratio | 40% | 41% |
| | Ready to use liquid in a prefilled syringe, fixed dilution ratio | 37% | 36% |
| | Freeze dried | 23% | 23% |
| Storage | Requires refrigeration | 45% | 35% |
| | Store at room temperature | 55% | 65% |

Base: Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

HIGHLY CONFIDENTIAL INFORMATION ALGN-1844432

JTX-065.0020

?

So what does this mean for Allergan?

# The simulator provides outputs that enable you to model and compare different market scenarios, to support forecasting of anticipated future developments

## Example scenarios

Baseline shown in green - any feature changes from the baseline shown in orange.

| Scenario | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Duration** | | **6 months** | | | | **9 months** |
| **Source of duration** | Standard dosing | Standard dosing | Increased dosing | Standard dosing | Increased dosing | Increased dosing |
| **Form** | Liquid vial | PFS | Liquid vial | Liquid vial | Liquid vial | Liquid vial |
| **Brand / manufacturer** | Botox / Allergan | Botox / Allergan | Botox / Allergan | Dysport / Galderma | Dysport / Galderma | Botox / Allergan |
| **Preference rank (normalized to scenario 1)** | **1** | | | | | |

Other consistent elements: time to onset 4-7 days, price: 20% increase, requires refrigeration. Product added to 'current market' (UK, CN, CA, BR, JP, US), normalized to preference index score 100 based on Scenario 1 (baseline). Calibrated data, discount factor of 40% applied

Allergan Aesthetics
an AbbVie company

**Please speak to your insights representative for any guidance, questions or clarifications**

# While long duration is important, source of duration and manufacturer affect uptake – 6 month standard dosing outperforms a 9 month option with increased dosing

## Example scenarios

Baseline shown in green - any feature changes from the baseline shown in orange.

| Scenario | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Duration** | 6 months | | | | | 9 months |
| **Source of duration** | Standard dosing | Standard dosing | Increased dosing | Standard dosing | Increased dosing | Increased dosing |
| **Form** | Liquid vial | PFS | Liquid vial | Liquid vial | Liquid vial | Liquid vial |
| **Brand / manufacturer** | Botox / Allergan | Botox / Allergan | Botox / Allergan | Dysport / Galderma | Dysport / Galderma | Botox / Allergan |
| **Preference rank (normalized to scenario 1)** | 1 | 2 | 4 | 5 | 6 | 3 |
| **Relative preference** |  | | | | | |

Other consistent elements: time to onset 4-7 days, price: 20% increase, requires refrigeration. Product added to 'current market' (UK, CN, CA, BR, JP, US), normalized to preference index score 100 based on Scenario 1 (baseline). Calibrated data, discount factor of 40% applied

Allergan Aesthetics
an AbbVie company

Please speak to your insights representative for any guidance, questions or clarifications

# Worked example of how a product profile could be optimized within the simulator

**Focus on Daxi:** *2020 conjoint, attribute sensitivities (calibrated; 'new base' scenario but current price).*

Data based on simulator only – these are not forecast shares.
Changes in patient share are not cumulative, but indicative of the potential impact of a single attribute change from the baseline.




Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

# KEY INSIGHTS

Allergan Aesthetics
an AbbVie company

## Key insights

### Heritage is important in the context of longer-acting products

- Allergan and BOTOX are highly influential in HCP preference
  - Twice as important in driving choice as their nearest competitor (Galderma/Dysport)
  - ➢ New brands unlikely to see much uptake until they become established (unless also offering a substantial discount vs current products)

### HCP interest in longer duration must be considered in the wider market context

- Longer duration of action is desirable, but how it is achieved is a key consideration as interest lessens if it is only possible by increasing the dose
- Price, manufacturer and brand drive half of decision making
  - ➢ Rapid, widespread switch to a new LA toxin unlikely if released at a premium by a little-known manufacturer
- In addition, not all physicians are fully comfortable with the potential impact to their business and to patient relationships

Please speak to your insights representative for any guidance, questions or clarifications

# Supporting qual research available in appendix

*Source: INT.0755.2018a Loyalty Drivers Research, 2019:*

- Reasons for recommending BOTOX vs Dysport
- Allergan's strengths and vulnerabilities on optimal products and services desired
- Brand/Manufacturer loyalty behaviour
- Drivers behind Allergan usage
  - How these could be leveraged as vulnerabilities
  - Considerations for building/defending loyalty

*Source: INT-NON-2050437 LA Toxin Qual Research, 2020*

- Expectations / situation of use for LA toxins
- How to protect against share loss vs. first to market




Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

revance

# Launch Planning

EXHIBIT 8
Bullock
10/18/2023
Reported by: Michael P. Hensley, RDR
CA CSR #14114

## About Revance and Lead Asset DaxibotulinumtoxinA (DAXI)

- Revance Therapeutics is a Silicon Valley-based biotechnology company, pioneering new innovations in neuromodulators for aesthetic and therapeutic indications.
- Revance's lead product candidate, DaxibotulinumtoxinA for Injection (DAXI), combines a proprietary stabilizing peptide excipient with a highly purified botulinum toxin that does not contain human or animal-based components.
- Revance has successfully completed a Phase 3 program for DAXI in glabellar (frown) lines and is pursuing U.S. regulatory approval in 2020. Revance is also evaluating DAXI in forehead lines and lateral canthal lines (crow's feet), as well as in three therapeutic indications - cervical dystonia, adult upper limb spasticity and plantar fasciitis, with plans to study migraine.

revance

# DAXI SWOT

## Strengths

- Longer duration and higher response rates vs. existing treatments
- Consistent results with 2 treatments per year means patients can maintain their look without changing their behaviour
- First truly innovative formulation in more than 30 years, with a unique stabilizing peptide technology
- Contains no human- or animal-derived components
- Superior results and safety proven in the largest ever neuromodulator GL clinical trial
- Newest, most modern approach to neuromodulator manufacturing
- KOL advocates
- R&D, manufacturing and distribution all done in the U.S.A.
- Made by a company that is truly unique in its genuine commitment to scientific advancement (in both therapeutic and aesthetics)
- No cold storage required, allowing for flexibility in shipping and storage
- A highly experienced team, with strong industry connections and respect
- Start-up attitude renders us more nimble than bureaucratic pharmaceutical companies




## Weakness

- Fifth entrant in highly competitive market
- Counter-intuitive full-face dosing vs. established products, but inability to train beyond our approved indication in GL
- Limited resources, and a need to focus on both commercialization and launch
- Lack of aesthetic portfolio
- Limited awareness among broader HCP community
- Smaller vial size could cause administration difficulties
- Premium price could impact broader uptake
- Reported pain on injection site could hinder uptake *[pending results from preserved saline trial]*

## Opportunities

- Fulfill top unmet HCP and patient need for long-lasting product
- Create a new HCP and patient experience, redefining expectations and setting a new standard of care to break through the existing 'sea of sameness' in both product and marketing differentiation
- Create ownable "peptide" category that goes beyond duration and transaction model
- Make innovative manufacturing process relevant
- Capitalize on uncertainty with potential competitor ownership changes and fragmented focus
- Create a value proposition that clearly links dosing and price
- Explore ways to attract a segment of the market that has been untapped so far
- 5th to market means we can learn from the mistakes and wins of our competitors, and find ways to do things better

## Threats

- Competitors may counter-position DAXI duration as a function of dose
- Competitors may seed that adverse events also have a longer duration
- Patients/HCPs satisfied with current neuromodulators
- Engrained dosing and administration habits which will be hard to break
- HCPs may fear lost income due to fewer patient visits, and need to understand the full treatment journey
- Lack of hands-on experience, and 6-months to really see results, could lead to a 'wait and see' attitude
- Bundling drives physician choice
- Loyalty programs restrict patient switch, and competitors could put additional resources behind these to protect and preserve
- Newest product Jeuveau getting attention for being modern, digital brand targeting a younger audience

3

revance

## Neurotoxin landscape in aesthetics is becoming more crowded, yet Allergan continues to hold dominant share







revance

Data from Guidepoint Tracker October 2019 release

TC




Set up for this slide:
Table stakes include:
HCPs need to be confidant in product clinical profile and comfortable administering product
HCP margin
Consumer demand

**Botox created the category and other brands try to be similar in units, reconstitution and dosing to compete. All compete on price against Botox**




| Attribute | Botox | Dysport | Xeomin | Jeuveau | DAXI |
|---|---|---|---|---|---|
| Typical Vial Size (U) | 100 | 300 | 100 | 100 | 100 |
| Label vial dilution (ml) (Reconstitution) | 2.5 | 3.0 / 1.5 | 2.5 | 2.5 | 1.2 |
| Volume per injection point (ml) | 0.1 | 0.1 / 0.05 | 0.1 | 0.1 | 0.1 |
| GL Dose | 20U | 50U | 20U | 20U | 40U |
| Labeled duration | 3-4 months | 3-4 months | 3 months | 30 days | TBD |



**DAXI is different** – DAXI must compete differently – it is **NOT** simply longer lasting Botox

revance

6

## Beyond foundational marketing, our strategy will unlock value by prioritizing 3 key levers




### Key Points of Differentiation



| | Drive Successful Outcomes | Integrate Easily into the Practice | Foster Practice Growth |
|---|---|---|---|
| DAXI will | Introduce brow position as hallmark of good outcomes. Leverage evolution of beauty assessment with new treatment paradigm and DAXI technique | Solve pain points experienced by staff and heavily invest in staff; build DAXI centers of excellence | Defeat commoditization, by shifting to value of time y and shift dialogue to more "corrected days" for patients. |
| Our competitors | Train reconstitution, injection sites, and treating signs of "aging, focused on age and ethnicity" | Staff are an afterthought: overlooked and underappreciated | Driving share through discounts: focused on price of product as only lever for growth |

revance

## Key market considerations for launch

**The DAXI Situation:**
**Limited real-world experience at launch**

- Only 65 injectors have experience with DAXI, in a single area (frown lines)
- Only 8 injectors with experience in crows feet and forehead lines
- The first aesthetic launch without prior ex-US experience



**The Market Context:**
**Digital and social rule the world**

- Viral nature of social media raises the stakes – we can't afford bad outcomes
- Botched results are always attributed to the product vs. injector; we can't own our story




**Our Solution:**
**Thoughtful launch approach**

- Exclusivity to ensure optimal outcomes and deliver the DAXI experience
- Build of consensus guidelines, and key trainers sharing their experiences
- Ultimately, driving launch success and revenue



revance

Picture of clinical trial injection pattern for GL - show they are forced to stay here


Medical aesthetics is a consumer-driven market with high grant rate – **when** the product is proven to deliver
Revance will need to prime the market by establishing base of practices skilled with DAXI before accelerating consumer demand
CRAWL
WALK
RUN
FLY
HCPs trained to inject a new product
HCPs understand how to easily integrate new product into practice
HCPs confident talking to existing patients about product
Brand now prepared to drive broader consumer demand
revance
9




Does DS want headline to include mention of training on brow position?


Consumer strategy will support DAXI uptake along each stage of launch
Commercial Launch
Experience program
Market Adoption
2021
2022
Apr – May
May - Dec
CONSUMER
AWARENESS & CONSIDERATION
CONVERSION & TRIAL
Drive broader consumer demand for DAXI
Goal: Credential DAXI in the practice through patient education and elevate the problem DAXI solves with content marketing (i.e. Before & After's)
Impact: Patients evaluate alternatives to their current brand
Goal: Move patients to a purchasing decision by emphasizing DAXI value proposition and reasons to believe
Impact: Patients try DAXI and plan to use it again in the future
Goal: Broaden demand for DAXI to accelerate patient base and practice uptake
Impact:
✓ Attracts new consumers to the brand and category
✓ Reinforces brand value to existing patients (retention support)
✓ New practices eager to integrate DAXI to meet growing consumer demand
revance
11

## SII: Building Belief in the DAXI Difference

| Critical issues | Strategic Imperatives | Launch Levers | Strategies | Example KPIs (no numbers at this point - TBD) |
|---|---|---|---|---|
| **Established competitor base with limited differentiation** will be focused on protecting their share by aggressively blunting Revance's DAXI launch | **Build believers in the DAXI difference** – create excitement and pique interest amongst HCPs and consumers pre-launch, and build a differentiated and compelling brand story at launch | **Build belief in the DAXI difference** | **Build our scientific story and campaign** in order to establish a new category of long-lasting neuromodulation with peptide and articulate the DAXI difference to HCPs | % recall of scientific messages<br>Share of voice<br>Podium presence<br>Sales |
| | | | **Build a differentiated media story and campaign** in order to create intrigue amongst consumers pre-launch and articulate the DAXI difference to consumers post-launch | # consumers registering interest<br>% recall of consumer messages<br>Share of voice |
| | | | **Leverage HCP and consumer influencers** to share the DAXI story across media channels | # influencers<br>Reach<br>Engagement |
| | | | **Increase advocacy across thought leaders** to drive awareness and excitement for DAXI | Podium presence<br>Adopt-a-doc engagement<br>MSL engagement |

**NOTES:**

- Removed 'new category of peptide neuromodulation' from the SI and made it a strategy instead
- Avoided focus on education/consensus guidelines, as these fit better in SI2
- Tweaked wording on launch lever to focus on defining the DAXI difference (it's about more than just getting advocates, it's about building a compelling story pre- and post-launch)

revance

## SI2: Successful treatment outcomes

| Critical issues | Strategic Imperatives | Launch Levers | Strategies | Example KPIs [no numbers at this point - TBD] |
|---|---|---|---|---|
| DAXI uses a known injection pattern and does not possess a unique indication so physicians will place focus on unit conversion instead of scientific differentiation, risking suboptimal patient outcomes at launch | **Support successful treatment outcomes** – own a unique DAXI dialogue and make the science meaningful through education and training, in order to ensure early positive experiences with DAXI | **Drive successful outcomes** | Partner with medical to develop consensus guidelines, and develop **on-label training** which focuses on product messaging (as opposed to needle-to-skin) | # HCPs participating in training<br>% HCPs able to spontaneously articulate DAXI dosing |
| | | | Establish a compliant approach to **reactively manage broader training and usage questions** | Consensus guideline published<br>CME training plan |
| | | | **Develop a robust experience program** to help give physicians early hands-on experience with using DAXI | # HCPs participating in program<br># Patients injected through program |
| | | | Provide a platform/materials to help **facilitate peer-to-peer sharing of education and positive experiences** | # HCP peer-peer educational events<br># positive experiences shared |

**NOTES:**

- Included 'through education and training' as part of the SI, to ensure it's more focused
- Strategies are focused on training and education, and ensuring management of negative experiences
- Did not include consumer sharing of positive experiences as this can sit within influencers in SI1

revance

## SI3: Easily Integrate DAXI into the Practice

| Critical issues | Strategic Imperatives | Launch Levers | Strategies | Example KPIs (no numbers at this point - TBD) |
|---|---|---|---|---|
| Physicians unsure how to practically integrate DAXI into their practice, and since patient satisfaction is already high, they may take a "wait and see" approach | **Seamless practice integration** – ensure the transition to DAXI is simple for physicians, staff and patients by offering practical and logistical support, advice and tools | **Integrate** easily into the practice | Establish a seamless **back-end process for ordering and inventory management** | # orders placed<br># HCPs using inventory management system |
| | | | **Provide hands-on rep support to help embed DAXI** into practices (e.g. providing materials, discussion tools) | # practices visited by reps for support<br>% positive feedback from practices |
| | | | **Support customers in talking to patients** about the reason to switch from existing brands (or for new patients - to start with DAXI) | # patient switches<br>% positive feedback on switch process |
| | | | Develop a simple **approach to switching patients** (i.e. so everything feels the same, except the treatment itself) | |

**NOTES:**

- Critical issue updated to remove any reference to profitability
- SI updated to be more focused on practical/logistical support with transitioning to DAXI; and to ensure it covers HCPs, staff and patients
- Strategies more focused on ensuring this seamless, practical integration and patient switch
- Moved loyalty out of this SI, and into profitability

revance

14

## SI4: Foster Profitability

| Critical issues | Strategic Imperatives | Launch Levers | Strategies | Example KPIs (no numbers at this point - TBD) |
|---|---|---|---|---|
| Bundling is a common practice and profitability drives physician preference. Consumers are influenced by physician recommendation. | **Foster HCP business growth** – support HCPs in profiting from bringing DAXI into their practice, and help drive patient demand and retention through loyalty | **Foster Practice Economic Growth** | Find a way to **offer innovative purchasing incentives** at launch | Sales<br>Speed of uptake<br># HCPs with X% of DAXI in practice |
| | | | **Establish the value of DAXI** by shifting the discussion from units to treatment outcome | |
| | | | **Reward consumer loyalty** that goes beyond financial incentives | # participants in loyalty scheme |
| | | | **Equip sales reps** with the knowledge and tools required to open accounts effectively and hold business-level conversations with their customers | # accounts opened<br># sales conversions |

**NOTES:**

- Moved 'create innovative purchasing incentives' to be a strategy, instead of sitting as part of the SI itself; and updated the SI to be focused on HCPs profiting from DAXI and growing/retaining their patient base
- Strategies all focus on profitability, business growth and loyalty

revance

revance

revance

# DAXI Value Proposition

In-market concepts to drive understanding of new model options

Revance leveraged years of research, consumer analogs, and an IDEO in market project to identify solutions to "breakthrough"

**DAXI can be the "DryBar" for our category, create distance from the conventional brands**

DryBar: only offers blowouts for a flat price.

Consumers choose from style (outcomes) menu, get a guaranteed outcome.

Consumers pay a premium for a blowout at DryBar, even though they can get the same service at a full service hair salon.



**Consumers are willing to pay a premium for outcome and duration when framed right**

Existing User Base (Switchers)

"Double the duration" motivates switchers willingness to pay at least 2x Botox.

Naïve Consumer

Two 15 minute appointments per year motivates naïve consumers willingness to pay more than 2x Botox.

revance

17




People and HCPs view 'skin care' and related treatments as an investment in maintaining the best version of themselves. This often helps consumers justify higher price points




Talking point: DAXI can erode a tension between patient and HCP
HCP perception that consumers are not willing to pay more and therefore a higher priced NTX will limit their ability to compete.
HCPs do not believe they can pass along price to consumer. 10 years of commoditization is the current normal.

## DRAFT Positioning Statement

| | |
|---|---|
| For… | HCPs seeking advancements in aesthetics and their patients who desire a beautiful, long-lasting outcome |
| DAXI is… | The first and only peptide-enhanced wrinkle reducer with a six-month duration |
| Which… | Delivers consistent results with just two treatments per year |
| So that… | HCPs and consumers now have a new standard with a product that rewrites the rules for what's possible |

| Reasons to Believe | | | | |
|---|---|---|---|---|
| | Peptide excipient technology extends the effect of BoNT-A | Unique, innovative formulation with stabilizing, peptide (HSA free, and no animal-derived components) | Lasts up to six months so patients maintain their look with only two treatments per year | Superior results and safety proven in the largest ever neuromodulator clinical trial |

revance 20

What are opportunities if the category is long-lasting and what is the opportunity if the category is peptide-enhanced?


revance
Digital

# 2020 Focus by Quarter

**Q1**
- Digital Ecosystem: Governance and UX for Brand.com, Social Handles, Customer Portal and HCP CRM

**Q2**
- Digital Ecosystem: Governance and UX for Consumer (non-HCP) Brand.com
- Content strategy for Social and Brand.com
- Design/build Brand.com, Social and HCP CRM

**Q3**
- Media Strategy
- Content development for Social and Brand.com
- Continue design/build Brand.com, Social and HCP CRM
- Consumer CRM strategy

**Q4**
- Media Planning and 2021 tactical plan
- Deploy Brand.com and Brand Social
- Consumer CRM tactical plan

revance

22

## Digital business requirements for portal – HCP Audience

- Overview: (Problem we are solving): Ability for purchasing customers to easily direct channel of communication with Revance corporate – replace a "bad rep" – support needs that are put on hold when they don't have a good rep. Request for clinical information, ordering, if we move to incentive programs: dashboard for how they are doing, training, registering a new account, ordering, update my information, open my account, sign up new user, add a practice. Ability to push notifications – no other company has been able to implement an open, two way channel"
- Who is the target: HCPs who purchase from Revance – practice managers, medical director?
- Stakeholders: TZ, TC, Ben, Gil – Content dependencies on Jessie, Kjersti.
- Goal for portal.com (daxi dashboard): seamless ordering/tracking
- Needs by phase: this will be for purchasing customers – assume that 3 months after approval customers will be purchasing. Different systems need to talk to each other.
- Dashboard needs to have- get Tatiana's flow chart for dashboard and then follow-up with her on outstanding questions. Where I stand compared to my peers in nation/region/specialty (when they register an account they will need to verify these fields if they want to track/sort).
- Content
- Functionality: pull from different databases easily and create one view. Dashboard needs to be visual, cannot have tables that they need to download. Design like an infographic – not a big need to download a comprehensive report. Big problem with other systems is dashboard numbers don't match what rep numbers are. Finance data and sales data never match. – Use finance numbers since that is what company reports and marketing uses. Why does sales and marketing have different quarter periods than finance. Talk to Marc/Joanna about reporting periods to make sure they align.
- Portal SSO?, tracking, analytics, data capture.
  - SSO for practices: ability to support multiple seats per practice
  - (portal goals ordering, # HCPs enroll in CRM, etc.)

revance

23

Allergan Aesthetics
an AbbVie company

Broide Exhibit 18 (11-7-23)
WWW.DIGITALEVIDENCEGROUP.COM

# AESTHETICS NEUROTOXIN LRP STRATEGY

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-158

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

# EXECUTIVE SUMMARY

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

Allergan Aesthetics
an AbbVie company

# Background and Summary

**Background**

- Allergan Aesthetics is the global market leader in the cosmetic neurotoxin category with an iconic brand that created the neurotoxin market
- BOTOX®, has historically had global double-digit growth driven by global expansion and new facial indications with leading market share across all facial areas
- Continued growth is challenged by innovation in high-dose and ready-to-use formulations, regional low-cost me-too competitive entrants, and a limited new indication runway for existing neurotoxin products
- Innovation in novel formulations and new neurotoxin products is required to maintain market leadership in aesthetic neurotoxins, drive explosive revenue growth for Allergan Aesthetics and support continued long-term sustainability in the neurotoxin space

**Key Priorities**

The aesthetic Neurotoxin franchise has a few powerful levers to drive growth with the key priorities being:

- **Expand global reach and consumer engagement** by:
  - building on Allergan Aesthetics' historic strength of HCP relationships with additional increased consumer engagement through improved Alle loyalty program and direct to consumer efforts
  - systematically understanding our patient's journeys to enable us to address specific pain points and bring back lapsed patients into care while encouraging appropriate frequency and dosing
- **Defend leadership position against competitive threats**
  - doubled dose for duration *(e.g., Daxi)*
  - lower cost "me-too" neurotoxins like Xeomin, Jeuveau, other Asian competitors globally
  - Ready to use liquid neurotoxins (*e.g., Ipsen's upcoming Alluzience launch*)
- **Advance from the single iconic brand BOTOX®, to a future portfolio of 5+ neurotoxins** with the addition of rapid onset/short acting BoNT/E, convenient Pre-Filled Syringe BOTOX®, Nivobotulinum, and long-acting injectable (LAI) neurotoxin

# Allergan Aesthetics intends to remain a leader in innovation and scientific rigor while prioritizing market expansion and consumer engagement near term

**OUR VISION:**

Continue to be the number one brand in neurotoxins with a trusted, robust neurotoxin portfolio

**Near Term** *(1-2 years)*

**Mid to Long Term** *(2+ years)*

**Initiatives**

**Expand global reach and consumer engagement**

- Target new patients
- Bring back lapsed patients
- Expand Consumer and HCP loyalty programs and promotions by leveraging US Data Labs and Allē
- Educate patients through HCPs and drive brand choice during consultation
- Increase cross-purchasing within portfolio

**Defend leadership position against competitive threats**

- Convince more customers of meaningful brand and differentiation story
- Implement Revance competitive strategy
- Communicate link of dose to duration, as current underdosing of BOTOX® may be compromising duration
- Advance R&D Clinical Trial Leadership
  - Develop and apply digital science technology to clinical trial/data generation

**Transition to a portfolio of toxin and formulation offerings**

- Create a robust portfolio around innovative new neurotoxins and formulations to move from one iconic toxin to many
  - Improve practice efficiency, productivity, and confidence through RTU formulation optionality
  - Innovate in 1) long acting and 2) rapid onset/short duration toxins to address consumer unmet needs
  - Develop next generation toxin based on physician desired attributes
- Launch novel indications in core facial market and high-value adjacencies

# MARKET LANDSCAPE

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

Allergan Aesthetics
an AbbVie company

# The global Aesthetic Neurotoxin market is projected to continue its steady growth trajectory, reaching ~$4B by 2025

## Global Cosmetic Neurotoxin Market Forecast[1]

*($M)*




## Market Headwinds /Tailwinds

- ↑ **Toxins are the largest aesthetic pharma segment** & highest level of pipeline investment, with BOTOX® as most important brand
- ↑ **Increasing patient base** and conversion of fast growing segments like millennials, males, etc.
- ↑ **Fast COVID-19 recovery** in majority of our largest countries; some market have more uncertainty but generally we feel optimistic
- ↑ **Growing role of medi-spas** and extender injectors in the U.S.
- ↓ **New Competitors entering the market** with cohesive multi-modality portfolio vs a singular product
- ↓ **Perception of a long acting entrance** by Revance and "premium" segment
- ↓ **Increasing commoditization** and competitive pressure on pricing with existing toxins
- ↓ **Market moving from single product profile** of original botulinum type A to various formulation offerings (e.g. competitive convenience plays of liquid toxins)

*[1]US finance market model; Int'l represents from external Medical Insights Sept 2020 report. Int'l market forecast shown does not directly tie to financial LRP assumptions and is more conservative in 2020 versus latest internal estimates.*

**Allergan Aesthetics** an AbbVie company

**DRAFT: SUBJECT TO REVIEW BY ABBVIE**



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# Our Neurotoxins revenue is expected to grow from ~$1.8B in 2021 to ~$4.2B in 2029, representing a 11% CAGR

Global Neurotoxin Base and Pipeline Revenue Forecast 2019-2029[1]

*($M, Nominal)*




Allergan Aesthetics
an AbbVie company

[1]LRP2020 Sales Detail Final

DRAFT: SUBJECT TO REVIEW BY ABBVIE



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Pre-Read

# The US cosmetic neurotoxin market continues to grow in double-digits driven by continued investment and increasing acceptance of neurotoxin procedures







Allergan Aesthetics
an AbbVie company

**DRAFT: SUBJECT TO REVIEW BY ABBVIE**



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Pre-Read

# International Neurotoxin (BOTOX®/Vistabel®) market growth and share evolution

| Key Affiliates | Market Size (Patients)* 2019 | Market Growth (CAGR 2021-2029) | AA Growth (CAGR 2021-2029) | Market Share Trend 2021-2029 | Commentary |
|---|---|---|---|---|---|
| China | 2.16MM | 8.0% | 15.5% | ▲ | Market seeing growth with new toxins, indications and patients; patient share to grow with masseter |
| UK/Ireland | 0.88M | 5.0% | 5.7% | ▬ | Market seeing growth with new toxins, indications and patients; patient share to stay stable |
| Canada | 0.32MM | 6.7% | 6.3% | ▬ | Market seeing growth with new toxins, indications and patients; patient share lost in short-term but stable in long-term |
| ANZ | 0.49MM | 6.5% | 7.6% | ▬ | Market seeing growth with new toxins, indications and patients; patient share to stay stable |
| Brazil | 0.80MM | 8.4% | 7.9% | ▬ | Market seeing growth with new toxins, indications and patients; patient share lost in short-term but stable in long-term |
| Japan | 0.59MM | 7.0% | 7.6% | ▬ | Market seeing growth with new toxins, indications and patients; patient share to stay stable |

Allergan Aesthetics
an AbbVie company

Sources:
- Market size = AA Patient Model Sep 2020
- Market Growth = DRG MedTech 360 Facial injectables reports LATAM, Europe. APAC 2018/19
- Market Share = internal assumptions

DRAFT: SUBJECT TO REVIEW BY ABBVIE



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# BOTOX® has held ~65-70% US and ~52-56% international market share despite intensifying competition over the years







- BOTOX® share has largely held in the **65-70%** range despite new competitors
- Past entrants have all tried to compete directly with BOTOX®; typically gain **~5-10% share** in first two years
- BOTOX® Int'l share **remains stable at ~52-56%** despite emergence of low-cost entrants in some markets
- Dysport™ and Xeomin® continue to be the main Int'l competitors for BOTOX®
- DAXI as newest entrant in the market is different from past entrants given **"premium" positioning**

Allergan Aesthetics
an AbbVie company

*[1] Unit share (net equivalent units) from AGN Finance team estimates (directional read)*
*[2] Int'l patient share tracker, YTD 2020*

Pre-Read

# Globally, BOTOX® holds a strong share of the toxin market with some variations by market




Allergan Aesthetics an AbbVie company

*Includes Vistabel® / Vistabex®; ** includes Azzalure/Dysport, Bocoture/Xeomin, Hengli, Nuceiva, other
[1] Int'l patient share tracker, Q2 2020; [2]US market share is unit share while Int'l is patient share

# Neurotoxin duration, safety, and convenience top the list of HCP and Consumer unmet needs and are currently being addressed by us and competitors

Degree of Unmet Need[1] (High → Low)

| Unmet Need | HCP / Consumer | Description | Market Response |
|---|---|---|---|
| **Sustained Natural-Looking Response** | HCP, Consumer | *Improving PD profile to extend the duration of the peak effect for **more consistent outcomes*** | Early science to develop products to **extend optimal clinical effect** (vs. higher peak of higher dose) (*Allergan Aesthetics next-gen toxin program*) |
| **Longer Duration** | HCP, Consumer | *Reduction in injection frequency **positively impacts user experience** and reduces hassle* | Long-acting injectables with **~5-6-month duration** in development (*anticipated approval of Revance, DAXI in Q4 2020, though unlikely a 6mo claim in label*) |
| **Uncertain Outcomes** | Consumer | *Concern over **potential outcomes** (e.g. frozen face) is an impediment for consumers entering funnel* | ***Short duration** program in development providing consumer confidence for AEs while also utilizing HCP education to lower barrier* |
| **Lower Face & Skin Quality** | HCP, Consumer | *Expansion into **high-value lower face and skin quality** indications to appeal to broad consumer base* | Clinical programs in progress for **Masseter Prominence**, **Platysma Bands**, and **Skin Quality** |
| **Convenience** | HCP | *Ready to use formulations for high-throughput offices to **reduce reconstitution time*** | **Liquid vial** and **pre-filled syringe** products to reduce injection preparation time (*Merz, Ipsen, Allergan Aesthetics*) |

# Revance and Galderma pose the largest competitive challenge due to perceived innovations in duration and convenience; other competitors lack differentiation

## Global Aesthetic Neurotoxin Market

### Key Competitive Dynamics

- **Perceived Long duration entrants**
  Creation of a longer acting profile by Revance with others also pursuing "higher dose" strategies
- **New formulation convenience**
  Development of first-to-market liquid toxins in either vial or pre-filled syringe
- **"Me too" pricing pressure**
  Surge in undifferentiated global toxins from S Korea increasing commoditization and competitive pricing pressure
- **Potential toxin biosimilar**
  Revance and Mylan partnership

### Notable Competitors

Competitor Challenge Level: High → Low

| Competitor & Portfolio | 2020 Mkt. Share[1,2] | Competitive Advantage |
|---|---|---|
| revance; DAXI | *US Entry Nov 2020*<br>*Intl entry 2021* | • Potential 6-mo duration label<br>• Portfolio benefit of Teoxane fillers and HintMD |
| GALDERMA; IPSEN; Dysport, QM-1114; Azzalure, Alluzience | 17% (US)<br>26% (Intl) | • Strong focus on next gen formulations (*liquid*) which are likely coming to market before our offerings |
| MERZ; XEOMIN; BOCOUTURE | 10% (US)<br>13% (Intl) | • Broad aesthetics portfolio<br>• Focus on higher dilutions for Skin Quality |
| evolus; DAEWOONG; Jeuveau; NABOTA | 7% (US)<br>0% (Intl) | • Aggressive marketing with "cosmetic" approach (*US only*)<br>• Lower price than competitors |
| HUGEL; croma; Botulax | *US Entry 2021* | • Low cost entrant pursuing US mkt with Chroma partnership |

Allergan Aesthetics
an AbbVie company

*[1]US market share from Allergan finance team estimates*
*[2]Intl market share from Face Intl HCP Tracker (PRF data) year-to-date*

**DRAFT: SUBJECT TO REVIEW BY ABBVIE** 

2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Pre-Read

# There are three key emerging competitive threats on the horizon that challenge Allergan Aesthetics long-term neurotoxin market leadership

| | Therapeutics & Aesthetics | Therapeutics & Aesthetics | Aesthetics only |
|---|---|---|---|
| ***Potential disruption*** | **Revance "Daxi" "Long-acting" Toxin** | **BOTOX® biosimilar** | **Liquid formulation** |
| ***What we know*** | • Published data suggests longer duration vs. BOTOX® labeled dose<br>• Aesthetic data consistent with double dosing & possible formulation effect<br>• PDUFA Nov 25, 2020 (GL) | • Mylan has stated a 2025 timeline[1]<br>• Revance reflected on biosimilar pricing scenarios vis-à-vis Daxi visit frequency[2] | • Ipsen/Galderma first to market with Alluzience EU 1H 2021<br>• Galderma's QM-1114 (new entity) in US Jun-Dec 2022 |
| ***Key areas of uncertainty*** | • Will Daxi label explicitly include duration claim?<br>• Will safety profile be comparable to BOTOX®?<br>• Will Daxi be an acceptable option for all UFLs? | • Whether biosimilar will be approved by FDA<br>• Biosimilar timing and impact to BOTOX® franchise<br>• Potential support from Revance commercial org | • Will QM-1114 have longer duration?<br>• Will Merz have a PFS? (estimated 2021-2023) |

***Despite uncertainties, we must plan and respond according to publicly available timelines***

Allergan Aesthetics
an AbbVie company

[1]Mylan Q4 2019 Earnings Call
[2]CEO Comments at Morgan Stanley Healthcare Conference, Sep 2020

# STRATEGIC PRIORITIES

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

Allergan Aesthetics
an AbbVie company

# Allergan intends to remain a leader in innovation and scientific rigor while prioritizing market expansion and consumer engagement near term

## OUR VISION:

Continue to be the number one brand in neurotoxins with a trusted, robust toxin portfolio

**Near Term** *(1-2 years)*

**Mid to Long Term** *(2+ years)*

**Initiatives**

### Expand global reach and consumer engagement

- Target new patients
- Bring back lapsed patients
- Expand Consumer and HCP loyalty programs and promotions by leveraging US Data Labs and Allē
- Educate patients through HCPs and drive brand choice during consultation
- Increase cross-purchasing within portfolio

### Defend leadership position against competitive threats

- Convince more customers of meaningful brand and differentiation story
- Implement Revance competitive strategy
- Communicate link of dose to duration, as current underdosing of BOTOX® may be compromising duration
- Advance R&D Clinical Trial Leadership
  - Develop and apply digital science technology to clinical trial/data generation

### Transition to a portfolio of toxin and formulation offerings

- Create a robust portfolio around innovative new toxins and formulations to move from one iconic toxin to many
  - Improve practice efficiency, productivity, and confidence through RTU formulation optionality
  - Innovate in 1) long acting and 2) rapid onset/short duration toxins to address consumer unmet needs
  - Develop next generation toxin based on physician desired attributes
- Launch novel indications in core facial market and high-value adjacencies



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# In the US, we have recovered from COVID and are preparing to drive growth heading into 2021




***US BOTOX® 2020 Sales (Oct LBE) vs 2019***

Allergan Aesthetics
an AbbVie company



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# BOTOX Cosmetic strategic priorities fuel growth and strengthen market position

### Grow the market

Bring new consumers into the market and increase spend among existing consumers through promotion, and DTC

### Strengthen brand positioning

Affirm BOTOX as the leading brand by messaging the brand's differentiation to HCPs and consumers

### Protect and earn share w/ customers

Maintain and grow relative position as Revance (Daxi) enters by increasing touchpoints with top accounts and POS tools

### Invest in technology

Invest in personalization and data analytics to strengthen consumer loyalty and Scale ALLE

### Support Good Outcomes

Utilize AMI to educate on injection protocol, clinical performance, patient consultation skills and to support new injector growth

# Identified tactical actions against each priority to execute our strategy

| Strategic priorities | Key actions to deliver on priorities in 2021 *(not exhaustive)* |
|---|---|
| Grow the market | • **DTC** - Continue to invest in DTC to activate more end consumers and drive higher return (via Data Labs); Optimize digital allocation towards highest return channels (e.g. TV, search, social)<br>• **Drive volume** - Encourage optimal dosing across treatment sites and repeat use with Optimal Outcome campaign |
| Strengthen brand positioning | • **Own narrative** - Double down on AGN products delivering natural results (e.g., "Real people, Real conversations")<br>• **Differentiate** - Emphasize predictability + precision of BOTOX |
| Protect and earn share with customers | • **SAM** - Differentially invest in our Strategic Accounts<br>• **SF Expansion** – Hire more BDM1s + inside sales reps to enable more time spent at top accounts<br>• **Special contracts** - Tighten Allergan contracts with high-value, high-risk accounts<br>• **POS rebates** - Protect patients at point of sale via coupons that prevent switching<br>• **Rep messaging/tools** - Arm sales team with tools and talk tracks (e.g., "Pain of Change", "Science of Compliance") to position DAXI as a risky, high-dose "me-too" |
| Invest in technology | • **Tech adoption** - Scale ALLE to >10k practices<br>• **Innovation** - Evaluate potential tech feature expansions (e.g. NexTech integration, ALLEpay)<br>• **Data centricity** - Equip ADCs and Data Labs teams with ALLE data to personalize practice messaging and lead gen activities (incl more regional/local market data, more data mining) |
| Support Good Outcomes | • **AMI** - Invest to improve and expand reach of injectables education and trainings to support clinical differentiation and to create new injectors to meet growing consumer demand |


2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# Internationally, we have seen a similar recovery from initial COVID impact and are preparing to drive growth heading into 2021

Monthly aesthetics **Int'l BOTOX® net sales**, $MM




BOTOX® showed a strong recovery in all areas as clinics across international started to re-open

International are expecting to be slightly above 2019 levels in Q4, historically our largest quarter of the year

Allergan Aesthetics
an AbbVie company

# There are 4 levers to drive BOTOX® performance

Revenue

| Lever | Approach |
|---|---|
| Patients treated in last 12 months | Multi-faceted approach through sales, AMI, business excellence and medical |
| Patient share | Sales force differentiation and segmentation/targeting |
| Areas/Units injected | Optimize dose and treatments through AMI, sales and medical channels |
| ASP/vial | Value perception, differentiation and trade channel |

# Translating into the international professional strategy: Strengthening leadership of global toxin market

Patients treated in last 12m

Patient share

Areas/United injected

ASP $/vial

| GROWTH DRIVERS | Convince more customers of a meaningful brand story | Educate patients through HCPs | Prove duration through dosing |
|---|---|---|---|
| STRATEGIC IMPERATIVES | • Ensure balanced share of voice within sales, AMI, business excellence, medical<br>• Develop a stronger story to effectively differentiate BOTOX® through new campaign<br>• Ensure the salesforce are capable, confident and inspired to differentiate BOTOX® effectively | • Ensure that product choice and rationale is part of consultation through AMI<br>• Improve consultation skills through AMI<br>• Support with materials on patient aftercare<br>• Cross-consultation program to support HCPs | • Optimise dosing through sales force effectiveness, AMI and medical channels<br>• Convince on-label dosing can provide a natural look with high satisfaction<br>• Define duration and myth busting of competitor claims |

Allergan Aesthetics
an AbbVie company



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# BOTOX® revenue in China will more than double by 2029

| $MM | 2026 | 2029 |
|---|---|---|
| BOTOX® Net Sales | 323 | 393 |
| BOTOX® CAGR VS 2019 | 7% | 7% |
| Toxin Market CAGR VS 2019 | 8% | 8% |




## Strategic Initiatives to Drive LRP Growth

- **Brand Differentiation:** Differentiate with 7 international toxin competitors to be launched within next 5 years.
- **SAM/KAM Strategy:** Increase share in key accounts by enhancing strategic partnership
- **Middle Tier City Expansion:** Increase share and develop market at low tier cities
- **Accelerated Injectors development:** Continue to expand injectors by leveraging AMI strength

## Additional Opportunities

- **2nd Wave Of low Tier City Expansion:** Cover additional 30 3rd tier cities with 2~4m population/city
- **Radical increase in AMI clinical specialists headcount:** to significantly injector development
- **Collaborate with public medical university:** to set up MA subject in order to sustainably expand the MA physician pool

Allergan Aesthetics
an AbbVie company

DRAFT: SUBJECT TO REVIEW BY ABBVIE 

2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

3 Frequency

Pre-Read

# International physicians believe majority of patients receive two BOTOX® sessions per year and 54% are treated with all three approved indications







Allergan Aesthetics
an AbbVie company

*Int'l patient share tracker, Q2 2020*



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

3 Frequency

Pre-Read

# Internationally, only 32% of patients are using toxins and fillers together and only 57% of accounts are buying BOTOX® and Juvederm®

According to physician stated research, only 32% of patients have had both toxin and filler[1]

And at an account level, 57% of accounts are buying both BOTOX® and JUVEDERM®[2]







A cross-consultation program will be launched in 2021 to address these findings

Allergan Aesthetics an AbbVie company

[1]Int'l Patient Share HCP Tracker; Q2 2020
[2]Data from Int'l account sales as of August 2020



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION ALGN-1844364

JTX-158.0025

# STRATEGIC PRIORITIES: **EXPAND GLOBAL REACH AND CONSUMER ENAGEMENT**

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

Allergan Aesthetics
an AbbVie company

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

# We believe there is meaningful headroom to grow the aesthetics market

## Facial Injectable Consider and Usage – 2020 Total Consumers ($50K+ HHI)

**157.2M[1]** (158.1M) — Females & Males Age 18 to 74, Total Household Income of $50k+

**63.3M** (65.2M) (Midpoint of Interest Range) — Potential Interest in Facial Injectables
- *72.9M (75.4M) willing to consider a professionally-administered treatment to improve lines / wrinkles on their face[2]*
- *53.6M (55.0M) note possibility of ever receiving a facial injectable[3]*

**34.4M[4]** (36.3M) — Would EVER Consider Facial Injectables *(Specifically Note Maybe to Definitely Consider NTXs or Fillers)*

**19.9M[5]** (21.6M) — Next 2 YEAR Consideration of Facial Injectables

**10.2M[5]** (11.2M) — Next 1 YEAR Consideration of Facial Injectables

**10.7M[6]** (8.6M) — EVER Treated w/ Facial Injectable

**5.5M[7]** (4.3M) — Treated w/ Facial Injectable in P1Y

| **3.3M** (2.4M) NTX Only | **1.2M** (1.1M) NTX & Filler | **1.0M** (0.8M) Filler Only |
|---|---|---|

NOTE: Data may not sum due to rounding
(2019 data shown in parentheses)
1. 2019 US Census Projections: calculated from 2019 projections using 2018 data collected. (HHI $50K+ Base: n=8,333).
2. Aesthetic Market Sizing - Question A7a: Percent willing to consider a professionally-administered cosmetic treatment and/or product to address lines or wrinkles on upper face (e.g., crow's feet, frown lines or forehead lines) or lower face / around the mouth -- by rating either a 3-5 on a 5-pt scale, where "3" = "May or May Not", "4" = "Probably Will" and "5" = "Definitely Would"
3. Aesthetic Market Sizing - Question S29: Percent considering Facial Injectables (Neurotoxin and/or Dermal Filler) by rating either a 2-5 on a 5-pt scale, where "2" = "Probably Would Not", "3" = "May or May Not", "4" = "Probably Will" and "5" = "Definitely Would – 34.8%
4. Aesthetic Market Sizing - Question S29: Percent considering Facial Injectables (Neurotoxin and/or Dermal Filler) by rating either a 3-5 on a 5-pt scale, where "3" = "May or May Not", "4" = "Probably Will" and "5" = "Definitely Would
5. Question S30: Percent considering Facial Injectables (Neurotoxin and/or Dermal Filler) in the next 2 years; next 1 year
6. Question S19: Percent Ever received Facial Injectables (Neurotoxin and/or Dermal Filler)
7. Question S22: Percent used any Neurotoxin Brand or Dermal Filler Brand in the past one year – includes consumers who qualified for the study, partials, and terminates

## Key Barriers (Q2 '20 survey)

| Barrier | % |
|---|---|
| Cost (not sure "worth it", feel guilty) | 56% |
| Concerned that my results would not look natural | 24% |
| Concerned about long-term safety | 21% |
| Concerned about the immediate side effects | 20% |
| Concerned about starting and having to continually repeat treatment | 19% |
| Don't know enough about it yet | 13% |
| Fear of needles/injections | 12% |

**DRAFT: SUBJECT TO REVIEW BY ABBVIE** 27

Pre-Read

# Four levers to drive consumer performance



Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

# Must believe for double-digit growth: We can pull all four levers in concert to move established consumer behaviors




Source: 2019 total treatments based on BD data and actual units sold. Assumes consumer behavior in BD parallels overall Botox / Juvéderm patient populations.

# BOTOX® acquisition and churn: Retention around 67%, new patients and reactivations needed to offset churn




- We are continuing to grow the toxin market, adding **~500K+ first time Botox patients in BD each year**
- However, roughly **~1/3 of patients churn** each year, dampening the impact of acquisition
- Significant opportunity to improve **retention from a patient's first year to the next**
- To achieve our financial targets, we are **targeting adding 600k+ first time Botox patients** in Alle in 2021

Note: Figures for 2017 and 2018 discounted by 7% to account for the impact of two-factor authentication in 2019, after which the ratio of BD points to sales shifted by 7% - i.e. transaction counts likely were inflated prior to 2019

# Building brand loyalty through new loyalty programs will help us reduce churn and lapsed users

## Current understanding of barriers

**Financial:** Value of treatment, cost, guilty of spending

**Treatment Satisfaction:** Concern about safety, natural look, pain

**Treatment Experience:** Ability for HCP to build relationship with consumer

## Activities to address churn

**Additional Injector Loyalty Programs –** Loyalty programs and promotions for heavy users to encourage additional uptake and drive share growth

**Launch Alle** (US and international pilot markets) with a goal of 1.6M US JVD treatments in Alle by 2021 (+16% vs. 2019)

**Consumer segmentation** to more deeply understand profiles of users who churn and their needs

**Cross-functional team** within Allergan Digital Labs kicked off to focus on US facial patient churn

- A / B testing on performance of new journeys, creative / messaging
- Targeted pilot offers with specific focus on closing year 1 to year 2 retention gap

**Build international baseline** with expansion of consumer focus in key markets (e.g., UK, Canada)

# BD Frequency: Despite adding more members, frequency of BD treatments has remained remarkably stable




- Overall visit frequency has stayed **extremely stable**
- **Nearly half** of consumers in any given year visit **only once**
- **Upside potential** in lifting visit frequency, but challenging to shift **entrenched behavior**

Allergan Aesthetics an AbbVie company

Note: Does not adjust for implementation of two-factor authentication



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

# Increased investment will drive scale and conversion

## 2019

Google — *Search Impression Share*

| | |
|---|---|
| Branded searches | 59% |
| Unbranded searches | 30% |
| Competitive searches | 70% |
| **Total SEM Budget** | $6M |

*Social Media Reach & Frequency*

| | |
|---|---|
| Reach | 49M |
| Frequency | 10 / yr. |
| **Total Social Budget** | $12M |

## 2021

Google — *Search Impression Share*

| | |
|---|---|
| Branded searches | 91% |
| Unbranded searches | 84% |
| Competitive searches | 90% |
| **Total SEM Budget** | $14M |

*Social Media Reach & Frequency*

| | |
|---|---|
| Reach | 75M |
| Frequency | 36 / yr. |
| **Total Social Budget** | $15.5M |

# STRATEGIC PRIORITIES: **DEFEND LEADERSHIP POSITION AGAINST COMPETITIVE THREATS**

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

Allergan Aesthetics
an AbbVie company

Pre-Read

# Revance anticipates approval and launch of DAXI for Glabellar Lines in early 2021

2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024+

***Study Completion:***
*Glabellar Lines*

***FDA Filing:***
*BLA submitted in Nov. 2019 (Glabellar Lines)*

***EU expected Filing:***
*Q2 2020 (Glabellar Lines)*

***Study to commence:***
*FHL, GL & CFL (PhIII)*

***EU expected approval & Launch:***
*Q2 2021 (Glabellar Lines)*

***US expected approval:***
*FHL and CFL*

***Study Results Expected:***
*FHL & CFL (PhII)*
*Plantar Fasciitis (PhII)*
*CD (PhIII)*

***U.S. PDUFA:***
*Glabellar Lines in Nov 25th 2020, launch Q1 2021*

***Canada Expected Filing***

***Canada Expected Launch GL***

***Expected Launch China:***
*Glabellar Lines 2025+*

# DAXI is the newest market entrant and differentiates from past entrants with "premium" longer-lasting positioning focused on converting existing patients

## Revance Portfolio

**DAXI cosmetic**
*Alleging to be a "premium, longer lasting" alternative to BOTOX®, expected launch Q4 2020 though viewed as unlikely to get 6mo duration claim in label (TBD)*

**DAXI therapeutic**
*First therapeutic approval in cervical dystonia expected Q1 2022, with ongoing trials for plantar fasciitis and upper limb spasticity*




Mylan
**Mylan BOTOX® biosimilar partnership:** *Collaboration and license agreement for a BOTOX® biosimilar to be commercialized globally by Mylan with claimed launch in 2025 (though viewed as unlikely)*

FOSUN 复星
**China partnership:** *Licensing agreement for daxi in China across aesthetics and therapeutic indications*

HINTMD
**Aesthetics tech solutions:** *Recently acquired Fintech company that provides technology solution to medical aesthetics practices focused on point of sale payment hardware and subscription service to spread cost over time*

TEOXANE
**RHA Collection of Dermal Fillers:** *Exclusive U.S. distribution agreement for Teoxane fillers to launch Q3 2020 already launched internationally (9% share in EU5)*

## Revance positioning

- ✓ Claims to have differentiated neuromodulator with longer-lasting results (6 mo vs 3-4 for *BOTOX*®) though exact label remains TBD
- ✓ Ability to leverage the portfolio of products for customers, and provide competitive pricing (e.g. Fillers already appear discounted)
- ✓ Ability to gather customer and consumer data through HintMD if widely adopted
- ✓ Ability to drive physician loyalty through HintMD which is positioned for the office
- ✓ Access to funding through public offering with significant cash on hand

Pre-Read

# Near term steps are to continually strengthen and adapt our Revance competitive strategy and deploy the appropriate actions

## What we anticipate about Revance's go-to-market strategy

| | |
|---|---|
| **Clinical** | Expect label to reflect 2pt composite data with 40U dosing, potential to also include none or mild chart (unlikely but possible for duration claim in label) |
| **Pricing** | Expect Daxi to be priced lower vs. BOTOX® to customers on a per unit basis, allowing for a treatment price premium that is less than double the price of BOTOX® for consumers, leading to higher margins for customers |
| **Customer targeting and messaging** | Accounts: Target top 3K AGN customers with 100 sales reps<br>Tactics: Leverage early experience program, including free samples, training (PREVU[1]), RHA pricing integration, etc.<br>Messaging: Tout DAXI as the first-ever high-dose neuromodulator with 24 week duration, coupled with HintMD that can lock in consumers through subscription for recurring revenue |
| **Consumer targeting and messaging** | Patients: Convert established BOTOX® users<br>Tactics: Market DAXI as the "innovative, longer-lasting" product that drives "up to 6 month" results without any animal derived components |
| **Portfolio integration** | Leverage RHA portfolio to drive discounting for DAXI<br>Position HintMD as the loyalty program for your practice; potentially leverage portfolio with DAXI to drive adoption |

Allergan Aesthetics
an AbbVie company

[1]RHA line's Prestige Education and Training Program for select practices
Source: Revance Investor Presentation; Analyst reports; AGN internal reports



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

Pre-Read

# DAXI might include SAKURA 1/2 phase 3 none or mild chart on label

## None or Mild Response Rates for Glabellar Lines on 4-Point Investigator Assessment over Time




Allergan Aesthetics an AbbVie company

*Source: Carruthers et al 2019 SAKURA 1/2 study phase 3 results*

Pre-Read

# Daxi will point to longer duration of 40U in clinical trials

## Belmont - Ph 2 results

Ph2 dosing study showed daxi (RT002) had higher response versus *BOTOX*® (OnabotulinumtoxinA)




*p < .05, **p < .01, ***p < .001 versus placebo
†p < .05, ††p < .01 versus onabotulinumtoxinA (*BOTOX*®)
N = 35 to 42 for respective groups

## SAKURA 1/2 – Pivotal Ph 3 results

Pivotal Ph3 results show stat-sig reduction in severity of glabellar lines at 6-month duration




Allergan Aesthetics
an AbbVie company

Source: Carruthers et al 2017 Ph 2 Belmont Study results (left), Revance Investor presentation June 2020 (right)



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# Core components of our Revance strategy include proactive, strong counter-messaging to customers and reinforcing consumer loyalty in BOTOX®

| | |
|---|---|
| **Clinical** | **Proactively engage KOLs to refute Revance messaging** and position DAXI as an undifferentiated and higher-dose toxin with unknown immunogenicity |
| **Customer** | **Deploy strong counter-messaging** to pre-seed doubt about "double-dose DAXI", emphasize the lack of dosing clarity outside GL, highlight the extra work + risk of training for higher dosing, and potential patient dissatisfaction that daxibotulinumtoxinA doesn't last 6 months<br>**Reinforce precision and predictability of natural looking results with BOTOX®**, and communicate the value of BOTOX® patients to the practice<br>**Drive the new International 'BOTOX® Its all in the Detail' Campaign**, focusing on the 2 key differentiators 1. Recipe for Success & 2. Driven by data<br>**Provide Comprehensive Training plan** to country sales teams to ensure they have the product knowledge and confidence to handle objections<br>**Focus on locking in highest-risk top accounts** through more frequent visits (SF expansion), strategic account management, stickier contracts, & increased AMI trainings |
| **Technology** | **Continue launch and drive investment in Allē** in US, building on existing personalization and loyalty strength via the widest data set in all of aesthetics |
| **Consumer** | **Drive loyalty with our top BOTOX® users** by deploying targeted marketing campaigns to retain top consumers with POS promos and messaging the "natural" look of BOTOX® |

Pre-Read

# Pressure tested talk track developed as part of Revance competitive strategy

**Dose = Duration:** DAXI's duration is driven by double-dosing

**Outcome risks:** Higher-dose often associated with 'frozen effect'

**The truth about the peptide:** DAXI's peptide has no proven purpose, and has unknown immunogenicity

**"Not-worth-it":** Only 3% of the patients would meet all the conditions for DAXI trial

**HCP Administered Dose** HCPs often don't inject full dose; For DAXI this will likely reduce duration

---

**Pain of change:** Time and cost to train injector, educate consumers, etc.

**Opportunity cost of reduced visit frequency:** Science of Compliance: lose chance to improve visit freq.

**Alle vs. HintMD:** Alle invests in your consumers and growing the market vs. self-funded rewards with Hint

**Commitment to you:** AGN is committed to you and your practice

**24-week NoM Efficacy** At 24 weeks, just over 30%[1] of patients continue to show response, leaving 70% not achieving 6 months duration

Allergan Aesthetics an AbbVie company

[1]SAKURA 1 and 2 Phase 3 Pivotal Study Results



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | **Defend Leadership** | Transition to Toxin Portfolio

Pre-Read

# We will lead with 'why-ALLE' messaging to demonstrate differentiation and superiority vs HintMD

### ALLE is differentiated and the first of its kind
- Back in 2009, BD was the first loyalty program in aesthetics
- ALLE is the *first* program in the market to reward a full portfolio of spend (40+ aesthetics procedures, 24 of which are non-AGN)

### ALLE has the most members and strongest engagement
- BD has the widest reach with 6.5M members and ~20k practices using it[4] (vs. ~100-300 practices using Hint)
- ~12k aesthetic treatments were logged by the ~30 practices in the 3 month ALLE limited release pilot

### AGN is committed to continue growing the aesthetics market with ALLE
- ALLE puts money in consumers' hands for you: ~$201M consumer allowances[1] redeemed in '19
- ALLE used these funds to drive over 1M new aesthetics consumers in 2019

### ALLE/BD brings money and consumers to *your* practice
- BD/ALLE drives ~120 new NTX patients per year to the average large practice[2]
- Members spend 36% more per year on aesthetics treatments and visit their providers 23% more often than those not enrolled[3]

*Working to show practice-specific redemptions and number of new consumers in sales rep system*

### ALLE enables the widest dataset in all of aesthetics which we share to power your insights
- All practices have had access to BD Analytics for 8 years, the value of this data will only grow with ALLE
- Our ADCs can help you use this data to drive outsized results
- Our DataLabs team is customizing offers with the most personalization potential

Allergan Aesthetics
an AbbVie company

[1]Includes BD point redemptions, DTC promos, and POS promos; [2]Among top 3K ship-tos as determined by BOTOX+JUV gross spend in 2019 (2018 value of new consumers represented); [3]$2658 vs $1950 per Longitudinal NTXC Switch Dosing Record Study (conducted in June 2018); [4]~11k have enrolled / signed up for ALLE and are in the process of being transitioned over



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# We anticipate DAXI will capture 11% US market share by the end of 2021, resulting in a 4% loss of BOTOX® share in 2021

## US Toxin Market Share 2019 - 2021




### BOTOX® Share Change

| | 2019 ACT | 2020 Jun | 2020 LBE | 2021 IPL |
|---|---|---|---|---|
| *Avg.* | *67%* | *67%* | *66%* | *65%* |
| *Exit* | *67%* | *67%* | *64%* | *63%* |

### BOTOX® Exit Change Drivers

| DAXI | Jeuveau | Others[1] |
|---|---|---|
| -8% | +2% | +2% |

**2021 vs 2020**

-4%

## US Toxin Market Share

- Daxi is assumed to gain up to 5% in the first 3 months and afterwards ramp up linear to **11% by YE**.
- Daxi will only target **the top 3k BOTOX® accounts** due to their limited Field Force footprint.
- It is expected that Daxi will also gain share from both Dysport and Xeomin; BOTOX® will **only lose relative share to Daxi** (*8% by YE 2021 compared to R3M Jun share of 67%*)
- Jeuveau may be forced off the market for ITC reasons. **BOTOX® could capture 2% share points from Jeuveau**.

*[1]Risk in gaining 2-points in share from other competitors; 2-points worth $16M*

Expand Global Reach | **Defend Leadership** | Transition to Toxin Portfolio

Pre-Read

# DAXI is expected to have a $34M to $74M impact on BOTOX® in 2021, based on multiple scenarios and historic toxin competitor launches

## Historic US Toxin Competitor Analogues

*Ramp first 15-months*




- Historically, competitor launches have demonstrated fast ramps within the first 3 months

## DAXI US Projections

*Ramp first 15-months*




- Projections assume less aggressive ramp for DAXI followed by linear growth to YE exit of 11%
- Across multiple scenarios DAXI's impact on BOTOX® is between: $34M more revenue (*optimistic, relative share*) - $74M less revenue (*worst case, all share from BOTOX®*)

**Allergan Aesthetics** an AbbVie company

● BCG Best Case (*looking at customer by customer risk profiles*)



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

**HIGHLY CONFIDENTIAL INFORMATION**

Pre-Read

# To continue to set Allergan Aesthetics apart from the competition as leaders in data generation, we aim to develop and apply digital science technology in upcoming clinical trials

## Clinical Grade Remote Image / Video Capture

- Pre-screen clinical trial candidates remotely when imaging is required
- Conduct virtual follow-ups when imaging is required
- Supports algorithmic end point analysis as we move to modern digital image end points
- Supports image- and video-based diagnostic/efficacy tracking tools

## Digital End Points

- Innovative and elegant solution to the current subjective approach with associated inter- and intra- rater variability using photo-numeric scales – 2 grade change does not reflect outcomes achieved in clinical setting
- Will initially be integrated as exploratory end points, but the goal is to eventually use as primary end points

## Skin Quality Scoring

- Efficacy tracking capabilities will be added as secondary end points to clinical studies
- Diagnostic and efficacy tracking tools can be built into consumer and provider mobile applications and in-office kiosks
- Consistent measurement tools (*objective*) for historically subjective areas
- Establishes Allergan Aesthetics as ”the” innovator in aesthetics medicine with the creation of the AASQ

# STRATEGIC PRIORITIES: **TRANSITION TO A PORTFOLIO OF TOXIN AND FORMULATION OFFERINGS**

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

Allergan Aesthetics
an AbbVie company

# To maintain toxin leadership we plan to expand our label, transition to many brands, and innovate in new toxins

## Continue to **Lead** in **Indication Expansion**

- Lower Face
  - Masseter Prominence
  - Platysma Prominence
- Skin Quality Fine Lines

## **Transition** from one brand **to many**

- BOTOX®
- BOTOX® Pre-Filled Syringe
- BoNT/E
- Long-Acting Injectable (*LAI*)[1]

## **Develop next generation** BOTOX®

- Next-Gen Toxin Concept
  - 6-9 month duration
  - Extended peak with "broader shoulder"
  - <24hr Onset
- Next Gen Delivery (microneedle patches, etc.)

[1] *LAI = OnabotA X*

Pre-Read

# BOTOX® is a 900kDa Type A neurotoxin with a 3-4 month duration

## Botulinum Toxin Type A Mechanism of Action[1]




BoNT Type A Complex (900 kDa protein)




*BoNT/A light chain cleaves SNAP-25, between peptides 197 and 198*

*Synaptic vesicle cannot fuse with membrane* ***(Ach release inhibited)***

| Attributes | BOTOX® Profile |
|---|---|
| **Duration** *(1 grade composite change)* | 3-4 months |
| **Peak effect (*grade 2*)** | ~7 days |
| **Pharmacodynamic Profile** *(length of time toxin is at peak effect and slope of effect offset)* |   |
| **Diffusion** *(radius of toxin spread from point of injection)* | ~1cm |
| **Formulation/Convenience** *(preparation of toxin: powder, reconstituted liquid, PFS)* | Vacuum dried powder requires reconstitution |

Allergan Aesthetics an AbbVie company

[1]Image modified from: Niemann, H., etal. (1994) Trends Cell Biol. 4, 179-185; Humeau Y, Doussau F, Grant NJ, Poulain B (2000) How botulinum and tetanus neurotoxins block neurotransmitter release. Biochimie 82:427-446; Pirazzini M, Rossetto O, Eleopra R, Montecucco C (2017) Botulinum Neurotoxins: Biology, Pharmacology, and Toxicology. Pharmacol.Rev. 69:200-235
[2]BOTOX® Cosmetic USPI, time to chemical denervation.

DRAFT: SUBJECT TO REVIEW BY ABBVIE 

2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Pre-Read

# Changes in FDA guidance related to duration following glabellar lines (GL) indication have impacted labeling and duration of effect claim strategy

## BOTOX® US Label Duration and Efficacy Claims

| Approval: | 2002 Glabellar Lines | 2013 Lateral Canthal Lines / 2017 Forehead Lines |
|---|---|---|
| Efficacy Measures | 1 Investigator FWS Rating: **None or Mild** *severity must drop by at least 1pt*<br>Frown Wrinkle Scale (FWS): 0 None, 1 Mild, 2 Moderate, 3 Severe<br>2 Subject Global Assessment of GL Change of Appearance: +2pt (**moderate improvement**)<br>Subject Assessment: -4 -3 -2 -1 0 +1 +2 +3 +4 (≥+2pt improvement from baseline) | 1 Composite Investigator and Subject FWS Rating: **2pt composite improvement** (*severity must drop by at least 2pt*)<br>Frown Wrinkle Scale (FWS): 0 None, 1 Mild, 2 Moderate, 3 Severe |
| Included Data | ✓ Investigator and Subject Assessment Tables<br>✗ No data graph included | ✓ Composite Investigator and Subject Assessment Table<br>✓ Data graph through 150 days (*% of patients achieving none or mild from baseline by visit*) |
| Duration Statement | ✓ Duration of Effect Statement Included (*The duration of effect of BOTOX® for Glabellar Lines is approximately 3-4 months*) | ✗ No duration statement included |

Allergan Aesthetics
an AbbVie company

Pre-Read

# The BOTOX® Cosmetic duration claim strategy has evolved from including duration of effect statements in the GL label to none or mild graphs in subsequent indications

## Glabellar Lines (*2002*)

Investigator's Assessment of GL Severity at Maximum Frown – Responder Rates
(% and Number of Subjects with Severity of None or Mild)

| Day | BOTOX Cosmetic | Placebo | Difference[a] |
|---|---|---|---|
| 7 | 74% 299/405 | 6% 8/132 | 68% (62, 74) |
| 30[b] | 80% 325/405 | 3% 4/132 | 77% (72, 82) |
| 60 | 70% 283/403 | 2% 2/130 | 69% (64, 74) |
| 90 | 48% 192/403 | 2% 3/128 | 45% (40, 51) |
| 120 | 25% 102/403 | 2% 2/128 | 24% (19, 29) |

[a] 95% confidence intervals are shown in parenthesis
[b] Day 30: Co-Primary Efficacy Time point, p<0.001

Subject's Assessment of Change in Appearance of Glabellar Lines – Responder Rates
(% and Number of Subjects with at Least Moderate Improvement)

| Day | BOTOX Cosmetic | Placebo | Difference[a] |
|---|---|---|---|
| 7 | 82% 334/405 | 9% 12/132 | 73% (68, 80) |
| 30[b] | 89% 362/405 | 7% 9/132 | 83% (77, 88) |
| 60 | 82% 330/403 | 4% 5/130 | 78% (73, 83) |
| 90 | 63% 254/403 | 3% 4/128 | 60% (54, 66) |
| 120 | 39% 157/403 | 1% 1/128 | 38% (33, 43) |

[a] 95% confidence intervals are shown in parenthesis
[b] Day 30: Co-Primary Efficacy Time point, p<0.001

**3-4 mo Duration Statement Included**

## Lateral Canthal Lines (*2013*)

Composite Investigator and Subject Assessment of LCL at Maximum Smile at Day 30 – Responder Rates
(% and Number of Subjects ≥2-grade improvement from baseline)

| Study | BOTOX Cosmetic 24 Units | BOTOX Cosmetic 24 Units LCL and 20 Units GL | Placebo |
|---|---|---|---|
| Study 1 | 26.1% 58/222 | - | 1.3% 3/223 |
| Study 2 | 20.3% 62/306 | 21.3% 65/305 | 0.0% 0/306 |

Percentage of Subjects with Treatment Success
(% of Subjects achieving None or Mild from Baseline) by Visit




**No Duration Statement**

## Forehead Lines (*2017*)

Composite Investigator and Subject Assessment of FHL at Max Eyebrow Elevation at Day 30 – Responder Rates
(% and Number of Subjects ≥2-grade improvement from baseline)

| Study | BOTOX Cosmetic (20 Units FHL with 20 Units GL) | BOTOX Cosmetic (20 Units FHL, 20 Units GL, and 24 Units LCL) | Placebo |
|---|---|---|---|
| Study 1 | N=290 61% | - | N=101 0% |
| Study 2 | N=318 46% | N=313 53% | N=156 1% |

Percentage of Subjects with Treatment Success
(% of Subjects achieving None or Mild from Baseline) by Visit




**No Duration Statement**

Allergan Aesthetics
an AbbVie company

DRAFT: SUBJECT TO REVIEW BY ABBVIE



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

Pre-Read

# Recently approved competitor labels and FDA feedback on Allergan Neurotoxins in development indicate the FDA will continue its stringent assessment of duration and efficacy claims




## BOTOX® GL label

*3-4 month duration based on* ***"none or mild"*** *(NoM) per investigator assessment*

## FDA Guidance on Upper Facial Lines

*Duration based on* ***2-grade improvement*** *from baseline using investigator and patient assessment*

## Revance Ph3 Assessment

Revance® DAXI Ph3 results **graphed time to loss** of NoM GL severity

## How we propose to assess LAI Durability for label

- **Optimal:** *PRO measure aspirational in context of durability*
- **Likely:** *FWS (NoM) – aspirational for statement; higher likelihood for graph*
- **Not Preferred:** *FWS (composite ≥ 2-gr improvement)*

Allergan Aesthetics an AbbVie company

[1]FWS = frown wrinkle scale; [2]GL = Glabellar Lines; [3]LCL = Lateral Canthal Lines; [4]FHL = Forehead lines



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | **Transition to Toxin Portfolio**

Pre-Read

# Pharmacodynamic profile and duration are most important toxin attributes for HCPs and drive decision making

## Core Aesthetics Attribute Importance Points[1]

*("importance points" within each indication sum to 100)*




| Attribute | Description | Avg. Importance[2] |
|---|---|---|
| **Pharmaco-dynamic Profile** | *Length of time toxin is at peak effect and slope of effect offset* | **30.7** |
| **Duration** | *Time to complete loss of clinical effects* | **22.3** |
| **Diffusion** | *Percentage increase / decrease in spread of effect from injection site* | 18.5 |
| **Price** | *List price to practice per month of product duration* | 15.1 |
| **Formulation Convenience** | *Formulation of toxin delivered to the clinic* | 10.2 |
| **Onset** | *Earliest time to noticeable effect* | 3.1 |

HCPs viewed **pharmacodynamic profile and duration** as greatest share drivers with diffusion a close 3rd impacting natural results

**Some HCPs indicate strong preference** for RTU PFS[3] or liquid vial while others prefer artistry of current formulation

Onset on its own is least impactful for HCPs, but important with other attributes

**Allergan Aesthetics** an AbbVie company

[1]Includes US and China combined; [2]Represents average attribute points weighted by indication revenue Aug 2020; [3]RTU =Ready to Use, PFS=Pre-filled syringe



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

Pre-Read

# Consumers validate the need for longer more consistent duration but also emphasize onset and a natural outcome

## Global Aesthetic Consumer Interests and Barriers to Toxin Treatment

### TOP BARRIERS

| | |
|---|---|
| 34% | I can't afford it |
| 30% | **I am concerned that my results would not look natural** |
| 30% | I am concerned about long-term safety |
| 28% | I am concerned about the immediate side effects |
| 27% | I am unsure it's worth the cost |
| 27% | I don't have the money saved right now |
| 27% | I am afraid of injecting a foreign substance into my body |
| 25% | I am concerned about it being painful |
| 22% | I want to try diet and exercise first |
| 18% | I am not bothered enough yet to get a treatment/product |

**Concern for a "natural look" is a top treatment barriers for potential patients**

### Topics discussed during first treatment

| | |
|---|---|
| 52% | Cost |
| 46% | **Effectiveness of treatment** |
| 43% | Risks / side effects |
| 39% | Recovery time / requirements |
| 39% | **Natural outcomes** |
| 37% | **Duration of actual treatment** |
| 34% | **Timing to see results** |
| 32% | Treatment goals |
| 32% | Level of pain in procedure |

53

**Treatment efficacy, natural outcomes, duration and onset are often discussed with new users**

Allergan Aesthetics
an AbbVie company

*Source: Allergan Aesthetics Consumer and MD Image Global Research Jan 28, 2018.*

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

Pre-Read

# To address these key market needs, we're developing 4 new aesthetic toxin products & 3 new BOTOX® indications

| | Unmet Need | Product | Launch positioning | First to Market Competitive Entries | Key Differentiation Needed |
|---|---|---|---|---|---|
| ***New Indications*** | Indication needs for market building | Platysma<br>Masseter<br>Skin Quality | **1st to market**<br>**1st to market**<br>**1st to market** | | |
| ***New Toxin Products*** | Convenience | RTU Nivobotulinum | **2-3 years behind** | Ipsen Alluzience launch EU 2021<br>Galderma QM-1114 launch US 2022<br>Merz Xeomin PFS launch EU 2020-2023 | BOTOX® brand preference |
| | | Pre-Filled Syringe (PFS) | **1-3 years behind** | | Optionality; push for first to market PFS |
| | Uncertain Outcomes | BoNT/E | **1st to market** | | |
| | Duration | Long-Acting Toxin (LAI) | **~5 years behind** | Revance launch US 2020/21 | Optimal duration achieved through a combination of new formulation as well as dosing |

Allergan Aesthetics
an AbbVie company

**DRAFT: SUBJECT TO REVIEW BY ABBVIE** 

2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | **Transition to Toxin Portfolio**

Pre-Read

# While we have historically led the market, competitors are catching up with innovation and lower cost alternatives

## Competitor Neurotoxin Entries

| | Today | 2021 | 2022 | 2023 | 2024 | 2025+ |
|---|---|---|---|---|---|---|
| **Standard & low cost** | evolus<br>DAEWOONG LIFE SCIENCE CO., LTD.<br>Medytox<br>Huons | HUGEL | | | | Mylan<br>*Biosimilar* |
| **Dose related performance & Long acting** | | revance<br>*DAXI* | GALDERMA<br>*high-dose* | | MERZ<br>*high-dose* | **LAI** |
| **Convenience & delivery** | | IPSEN Innovation for patient care<br>*Alluzience* | GALDERMA<br>*QM-1114** | MERZ<br>*PFS*<br>**PFS** **bot ulin** | | **BoNT/E** |

**Competitor Approvals:** X **AGN Approvals:** X Accelerated Program

In the next ~5 years we will go from **3+ to 10+ competitors**

Our competitors are innovating across:

- **Lower cost**
- **Duration**
- **Convenience**

We are **accelerating** two programs (**BoNT/E and LAI**)

*Allergan Aesthetics* an AbbVie company

**Galderma QM-1114 asset is being position with potential longer duration of up to 6-months*



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION 

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

# Our next generation toxins will be positioned for different market needs across new and existing consumers

## Tomorrow's Aesthetic Toxin Portfolio

| | BoNT/E | BOTOX® (Today) | PFS / Nivobotulinum | Long-Acting Injectable |
|---|---|---|---|---|
| **Use Case Positioning** | **"Trial Toxin"** | **"Familiar & Flexible with an iconic brand"** | **"Convenience"** | **"Maintain & Extend"** |
| **Duration** | 2 – 4 Weeks | ~3-4 Months | ~3-4 Months | 6+ Months |
| **Convenience** | *Lyophilized Powder* | *Vacuum Dried Powder* | *Pre-filled syringe / Ready-to-Use Liquid Vial* | - |
| **Value Proposition** | *Low-risk of long-lasting unnatural look, fast onset* | *Gold standard, most used, most studied, most versatile toxin* | *Enhanced convenience for practices* | *Longer-lasting performance* |
| **Target Consumer** | *"Try before you buy" New users* | *New or existing users committed to anti-aging beauty routine and treating full face* | *New or existing users* | *Existing users seeking fewer visits* |
| **Target Customer** | *Injectors with high volume of new patients* | *Injectors who hypo or hyper dilute* | *Injectors who use on-label dosing / batch reconstitute* | *All BOTOX® injectors* |

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

Pre-Read

# New toxin programs have unique product characteristics to differentiate from BOTOX® and appeal to customer and consumer unmet needs

*Level of Differentiation:* *New Formulations* → *New Molecular Entities*

| | BOTOX® | BOTOX® PFS | Nivobotulinum | LAI | BoNT/E |
|---|---|---|---|---|---|
| | *Gold standard most versatile toxin supplied as powder enabling customer dilution* | *Ready-to-use liquid formulation in a pre-filled syringe (preservative free)* | *Convenient / easy to use toxin formulation (Medytox license agreement)* | *Longer-lasting toxin requiring fewer injections per year* | *"Try before you buy" intro toxin for considerers who have hesitation to try toxins* |
| **Characteristics & Properties** | • 900KDa Serotype A1 toxin<br>• Cleaves SNAP-25 (*btw peptides 197 & 198*)<br>• 4.0U/0.1mL<br>• Vol. and Dose dependent diffusion; ~2cm from inj. | • Same toxin characteristics as BOTOX®<br>• ***No reconstitution needed; ready-to-use liquid in pre-filled syringe***<br>• Stabilizing excipients beyond preservative-free saline to achieve target shelf life in liquid form | • Similar toxin characteristics as BOTOX®<br>• ***No reconstitution needed; ready-to-use liquid vial***<br>• Different brand | • New formulation of BOTOX®<br>• Reduced local and systemic diffusion than BOTOX® in preclinical models<br>• ***RTU formulation***<br>• ***Longer duration at same BOTOX® dose in preclinical models*** | • 150kDa purified Serotype E toxin<br>• Cleaves SNAP-25 (*btw peptides 180 & 181*)<br>• ***Rapid onset***<br>• ***Short duration***<br>• ***Diffusion characteristics with IM inj. unknown*** |
| **TPP** | • GL, CFL, FHL<br>• Within 7-day onset<br>• 3-4 month duration | • 12U x 4 syringes<br>• 20U x 5 syringes<br>• Indications same as BOTOX® per current country label | • GL and LCL<br>• Anticipated 7-day onset<br>• Anticipated 3-4 month duration<br>• 50U and 100U vials | • GL<br>• 6-month duration<br>• RTU PFS and liquid vial | • GL<br>• ≤ 24 hr onset<br>• 2-3 week duration<br>• Same efficacy and safety profile as BOTOX®<br>• Lyophilized powder at launch (*RTU lifecycle extension*) |
| **Current Status** | • Most studied toxin across aesthetic indications | • Non-clinical comparability data completed<br>• Phase II initiation in 2021 | • Phase II topline results[1]<br>• Phase III clinical trial ongoing | • Unknown clinically<br>• Preclinical models showing 50-70% increased duration compared to BOTOX® at equal doses | • 1 Phase IIa study completed<br>• Phase IIb dosing cohort topline data in Nov 2020 |

**Green Font** = *key differentiation from BOTOX®*

[1] *Phase II trial not performed by Allergan*

Allergan Aesthetics an AbbVie company



DRAFT: SUBJECT TO REVIEW BY ABBVIE
HIGHLY CONFIDENTIAL INFORMATION
ALGN-1844396
JTX-158.0057

# Expanding indications create opportunities to train and promote the wider use of BOTOX®

## New Aesthetic Toxins Indications

| | BOTOX® Masseter | BOTOX® Platysma | BOTOX® Skin Quality |
|---|---|---|---|
| **Product** |  |  |  |
| **Distinctive character** | ✓ Market creation opportunity in lower face with high units per treatment<br>✓ Asia, esp. China, is a major target for treatment. We expect FTM everywhere except Korea<br>✓ Expansion push to the lower face may also appeal to new customer base (young, male) seeking lower facial contouring | ✓ Improvement of neck and jawline continues strategic expansion to lower face<br>✓ Training opportunity in these new regions increases clinician confidence and adoption<br>✓ Complements Voluma and Volux fillers, Kybella & Coolmini for lower face shaping | ✓ First-to-market intradermal treatment to improve facial skin quality and reduce Fine Lines<br>✓ This phase 1 program needs to define metrics of improvement for the field<br>✓ Target patient is younger, treatment is potential gateway to the aesthetic portfolio |
| **Expected approval** | *Expect FTM everywhere except Korea where 1st launch is 2020*<br>**US/CAN:** Q4 2024<br>**EU:** Q1 2025<br>**CHN:** Q3 2025 | *Race with Galderma for ~2025 US launch*<br>**US/CAN:** Q4 2024<br>**EU:** Q2 2025 | **US:** Q2 2028<br>**EU:** Q2 2028 |

Allergan Aesthetics
an AbbVie company



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

Pre-Read

# The toxin franchise expects a strong 5-year cadence with new programs and opportunities gaining approval globally through 2025

## Global Aesthetic Neurotoxin Product Approval Timeline

| Region | 2020 | | 2021 | | 2022 | | 2023 | | 2024 | | 2025 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| US | | Revance DAXI, GL Nov. 2020 | Galderma Dysport, high-dose June 2021 | Merz Xeomin PFS 2021 - 2023 | | Galderma QM-1114, GL / LCL July – Oct 2022 | Revance DAXI, FHL / LCL 2023 | Huons Hutox, GL 2023 | Merz Xeomin, high-dose Sept. 2024 | BOTOX® Masseter Q4 2024 | Galderma Dysport, Platysma 2025 | long-acting Q4 2025 |
| US | | | Hugel Botulax June, 2021 | | | | BOTOX® PFS Q2 2023 | Nivobotulinum Q3 2023 | | BOTOX® Platysma Q4 2024 | BoNT/E Q3 2025 | Mylan / Revance Biosimilar 2025+ |
| WEC | Evolus Nuceiva EU 2020 | Revance DAXI, GL CAN 2020 / 2021 | Huons Liztox, GL EU Q1-Q3 2021 | Hugel Botulax, GL EU Q2 2021 | Hugel (Croma) Botulax CAN 2021 | Galderma QM-1114 CAN 2H 2022 | Medytox Neuronox, GL EU 2023 | Nivobotulinum CAN Q4 2023 | BOTOX® PFS CAN Q1 2024 | BOTOX® Masseter CAN Q4 2024 | BOTOX® Masseter EU Q1 2025 | BoNT/E CAN Q3 2025 |
| WEC | Merz Xeomin PFS Germany 2020-2023 | Ipsen Liquid Toxin Alluzience 1H 2021 | Revance DAXI, GL EU Q2 2021 | | | | Galderma QM-1114 EU 2023 | Nivobotulinum EU Q4 2023 | BOTOX® PFS EU Q2 2024 | BOTOX® Platysma CAN Q4 2024 | BOTOX® Platysma EU Q2 2025 | BoNT/E EU Q4 2025 |
| JPAC | Hugel Botulax, CFL Korea 2020 | Huons Hutox, CFL Korea 2020 | Daewoong Nabota, Masseter Korea H1 2021 | Daewoong Nabota, GL AUS Q4 2021 | Merz Xeomin, GL China 2022 | | Allergan Aesthetics Nivobotulinum AUS Q1 2023 | Hugel Botulax, Masseter Korea H2 2023 | Nivobotulinum Taiwan Q2 2024 | | Nivobotulinum CHN 2025 TBC | Daewoong Nabota, GL China 2025 |
| JPAC | Medytox Masseter Korea Q4 2020 | BioCND BCD200, GL Korea 2020 | Croma Botulax, CFL AUS 2021 | Hugel Botulax, GL China 2021 | | | | | | | BOTOX® PFS CHN/AUS Q1 2025 | BOTOX® Masseter CHN/AUS Q3 2025 |
| JPAC | Ipsen Dysport, GL China Jun 2020 | | Medytox Medytoxin, GL China 2021 | | | | | | | | Huons Hutox, GL China 2025 | Fosun Pharma RT-002, GL China 2025+ |
| LATAM | Daewoong Nabota, GL Brazil 2020 | | | | | | | Nivobotulinum Brazil Q4 2023 | BOTOX® PFS Mexico Q1 2024 | | | BOTOX® Masseter Brazil Q3 2025 |
| LATAM | | | | | | | | BOTOX® PFS Brazil Q4 2023 | Nivobotulinum Mexico Q2 2024 | | | BOTOX® Masseter Mexico Q3 2025 |
| EE/MEA | BOTOX® FHL KSA Q2 2020 | | | | | | | | Nivobotulinum RUS Q3 2024 | Nivobotulinum KSA Q4 2024 | BOTOX® Masseter Turkey Q1 2025 | BOTOX® Masseter RUS Q4 2025 |
| EE/MEA | | | | | | | | | | | BOTOX® PFS Turkey Q1 2025 | |

Allergan Aesthetics Aesthetic Approvals: Indication Expansion | New Formulation | New Product

Competitor Approvals: Competitor Entry | High Impact | Medium Impact

Allergan Aesthetics
an AbbVie company

DRAFT: SUBJECT TO REVIEW BY ABBVIE



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# We have identified 1+ year acceleration opportunity for short acting toxin BoNT/E

**Time to BLA approval,**

Number of months




**Time to MAA approval,**

Number of months




**Efforts to accelerate LAI will start 10/22 and identify new timeline by EOY**

Allergan Aesthetics an AbbVie company

Acceleration is work in progress. Timelines are currently under evaluation by R&D and are resource dependent



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

Pre-Read

AS OF 10/22/2020

# BoNT/E integrated acceleration timeline




Acceleration is work in progress. Timelines are currently under evaluation by R&D and are resource dependent

**Allergan Aesthetics** an AbbVie company

[1] GLP batch run and analytics
[2] Batch run and release
[3] Packaging and labeling
[4] 14 months total = 26 wks of dosing + 12 wks of recovery + 5 months of reporting

**DRAFT: SUBJECT TO REVIEW BY ABBVIE** 61

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

# Overview of major risks tied to the BoNT/E program

★ Acceleration risks · Low · Medium · High

| Risks | Risk impact | Implication | Likelihood of risk |
|---|---|---|---|
| **Regulatory:** FDA requires cross-reactivity data with BoNT/A | Medium | • Potential delay to critical path by ~3 weeks if agency requires E to A assessment | Medium |
| **Regulatory:** FDA requires more than 200 patients for OLS study | Medium | • Reconsider moving to roll over back-up plan or increase site footprint and direct enrollment into OLS (*mitigation plan to be discussed*) | High |
| **Regulatory:** FDA does not accept interim repeat dose study report prior to initiation of Ph3 trials | Medium | • Potential delay to critical path by 3 months till final report is complete | Low |
| **Regulatory:** EMEA does not agree with FDA and request repeat-dose in 2 species | High | • Additional repeat dose studies need to be added (potential ~18 month delay) | Low |
| **Regulatory:** Agencies do not accept DAS comparability of GLP to Ph3 formulation | High | • Potential delay to critical path by 9 months | Medium |
| **Clinical:** None of the doses tested in Ph2b meet commercial target | High | • Pursue dose finding of commercial dose, e.g. in Ph2/3 seamless trial (potentially ~7.5 month delay) | Low |
| **CMC:** Facility build for DS manufacturing is delayed due to lack of resources | Medium | • Causes a day-for-day delay to Ph3 clinical trials; may require re-evaluation of starting Ph3 trials with Ph2 liquid frozen formulation | Medium |
| ★ **CMC:** DS or DP batch fails release testing after subsequent batch already started | Low<br>*There is a buffer of 3 months in the accelerated timeline till start of trials* | • Return to baseline timeline, re-do both batches, and incur cost of subsequent batch (~$300k for DS, $40k for DP) | Medium |

**Majority of the risks are universal to the program (*independent of acceleration*)**

Allergan Aesthetics an AbbVie company

Acceleration is work in progress. Timelines are currently under evaluation by R&D and are resource dependent

Expand Global Reach | Defend Leadership | Transition to Toxin Portfolio

Pre-Read

# Long acting injectable (LAI) Neurotoxin recently initiated acceleration opportunity assessment




Allergan Aesthetics an AbbVie company

*[1]proposed Aesthetics Pharma/Device Governance Board review dates*

Acceleration is work in progress. Timelines are currently under evaluation by R&D and are resource dependent

**DRAFT: SUBJECT TO REVIEW BY ABBVIE** 63

2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

# Ultimately, we would like to change the duration, onset, and peak profile of next generation toxins and are exploring several early stage concepts

## Current BOTOX® & Pipeline Products

*Address onset and duration but still have "sharp" peak effect*

## Ideal Next-Gen Toxin Concept

*Addresses <24 hour onset, 6-9 month duration, and extended peak profile delivering a forgiving, natural look*




*OnabotA is based on the actual 1-point BOTOX data at 20U. LAI and Next Gen are aspirational.*

Note Same units
(*compared to Daxi approach*)

Allergan Aesthetics
an AbbVie company



**HIGHLY CONFIDENTIAL INFORMATION**

# We aim to grow the Toxins franchise, especially in the long-term, by driving BD efforts for early-stage innovation

## Toxins Franchise

**BD Strategy**

**We seek to acquire/license novel toxin technologies & IP to differentiate against competitors and mitigate current threats (e.g., DAXI and 2nd or 3rd to market liquid toxins)**

**Product Targets**

### Delivery Technology

- Ready-to-use convenience (e.g., liquid)
- Topical delivery
- Consistent dilution & outcomes
- Sustained release for extended PD profile
- Toxin protease delivery to specific cell types

### Indications

**Native sero/subtypes and engineered toxins for:**

Skin Quality

Pore size / sebum

Facial fine lines (address collagen breakdown from age, sun, movement)

Pigmentation

Scarring

- E.g., hypertrophic

Hair growth

### Onset & Duration

**Next generation toxins & formulations for differentiated pharmacology:**

Long-acting efficacy

- Duration (return to baseline)
- Peak effect (shape of curve)

Rapid onset

- < 12 hours (ideal)
- 24-48 hours (improvement)

Diffusion

Project T may address each aspect of differentiated pharmacology

Project U could result in 10+ toxins that would support a range of potential indications and differentiated pharmacology

Allergan Aesthetics
an AbbVie company

**DRAFT: SUBJECT TO REVIEW BY ABBVIE** 



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# Collectively we aim to transition from one brand to many through our toxin portfolio evolution

## BOTOX® (1 brand)
*Present - 2026*

**Current indications**
- Glabellar lines
- Lateral Canthal lines
- Forehead lines

**New indications in development**
- Platysma
- Masseter
- Skin Quality

## 5 toxins (*4 brands*)
*2022 - 2026*

**2 BOTOX® brand offerings**
- BOTOX®
- PFS

**3 New toxin brands**
- Nivobotulinum
- BoNT/E
- LAI (potentially could also use BOTOX® brand name but TBD)

## Next-gen BOTOX® (*5+ brands*)
*2026+*

**Concept:**
- **Ideal next gen toxin** with combined duration/ onset / peak profile
- **Next gen delivery** (microneedle patches, etc.)

Shift from one brand to many will require ***management of additional complexity*** and ***driving greater awareness of new brands*** that lack history of original BOTOX®

Allergan Aesthetics an AbbVie company

*Early stage research for toxins is within toxin LRP deck



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# FINANCIAL OVERVIEW

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

Allergan Aesthetics
an AbbVie company

# Funded pipeline programs will add ~$2.4B in nominal sales by 2029 accounting for BOTOX® cannibalization




| | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BOTOX® | $1,664 | $1,398 | $1,820 | $1,984 | $2,120 | $2,177 | $2,203 | $2,130 | $1,996 | $1,830 | $1,662 |
| PFS | ... | ... | ... | ... | ... | $58 | $148 | $221 | $309 | $372 | $437 |
| Masseter | ... | ... | ... | ... | ... | ... | $39 | $88 | $138 | $158 | $161 |
| Platysma | ... | ... | ... | ... | ... | ... | $5 | $31 | $90 | $110 | $120 |
| BoNT/E | ... | ... | ... | ... | ... | ... | $19 | $93 | $139 | $153 | $170 |
| LAI | ... | ... | ... | ... | ... | ... | ... | $204 | $509 | $954 | $1,396 |
| Nivobotulinum | ... | ... | ... | ... | ... | $53 | $82 | $125 | $177 | $212 | $244 |
| **Total LRP** | **$1,664** | **$1,398** | **$1,820** | **$1,984** | **$2,120** | **$2,287** | **$2,497** | **$2,893** | **$3,357** | **$3,788** | **$4,192** |
| *yoy* | | -16% | 30% | 9% | 7% | 8% | 9% | 16% | 16% | 13% | 11% |




| 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 |
|---|---|---|---|---|---|---|---|---|---|---|
| $1,664 | $1,398 | $1,820 | $1,984 | $2,120 | $2,214 | $2,277 | $2,311 | $2,322 | $2,333 | $2,343 |
| ... | ... | ... | ... | ... | $42 | $106 | $159 | $223 | $268 | $314 |
| ... | ... | ... | ... | ... | ... | $30 | $67 | $105 | $120 | $123 |
| ... | ... | ... | ... | ... | ... | $2 | $15 | $42 | $51 | $56 |
| ... | ... | ... | ... | ... | ... | $8 | $38 | $57 | $63 | $70 |
| ... | ... | ... | ... | ... | ... | ... | $63 | $158 | $296 | $432 |
| ... | ... | ... | ... | ... | $29 | $45 | $68 | $97 | $117 | $134 |
| **$1,664** | **$1,398** | **$1,820** | **$1,984** | **$2,120** | **$2,285** | **$2,468** | **$2,723** | **$3,004** | **$3,248** | **$3,474** |
| | -16% | 30% | 9% | 7% | 8% | 8% | 10% | 10% | 8% | 7% |

**Allergan Aesthetics**
an AbbVie company

*[1]LRP2020 Sales Detail Final*

**DRAFT: SUBJECT TO REVIEW BY ABBVIE** 

2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Pre-Read

# We believe LAI's TPP has the potential to be better than Daxi
(*whereas prior forecast assumed a "me-too" like TPP 6 years later*)

| Attribute | LAI TPP | Daxi TPP at launch | LAI advantage? |
|---|---|---|---|
| ***Biggest TPP Driver*** **Dose** | ~20U | 40U | ✓ LAI aims to achieve duration at less then double the dose |
| **Duration** | 1gr comp / 2gr comp:<br>4 mo: >85% / >35%<br>5 mo: >70% / >25%<br>6 mo: >40% / <25% | NoM:<br>4 mo: ~80%<br>5 mo: ~50%<br>6 mo: ~30% | = Duration profile is expected to be relatively comparable |
| **Indications and approval** | GL Q4 2025 | GL Q4 2020<br>LCL/FHL 2023 | ✗ Daxi will likely have fuller indication set at launch |
| **Aesthetic outcome** | Same as BOTOX® | Similar profile though greater potential for "frozen" look at higher dose or less duration with less dose | ✓ Less dose dependence so able to have improved BOTOX® like outcome<br>(*vs. a "frozen" 40U look of Daxi*) |
| **Label** | No duration claim<br>Graph or table with 1 grade composite improvement | No duration claim<br>Graph or table with NoM data | = Labels will likely be comparable |
| **Formulation** | Liquid in a PFS | Powder | ✓ Greater convenience |
| **Point of differentiation** | HA limits diffusion and enables longer duration without doubling the dose | Duration claimed to be related to uncharacterized peptide | ✓ LAI is anticipated to have differentiation due to not relying on doubling the dose to achieve duration |

**Allergan Aesthetics** an AbbVie company



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Pre-Read

# We expect LAI to capture value from two major sources of the market

## US toxin market share, % vials




**LAI total share in '29: 22%**

- **LAI cannibalizes 30% of BOTOX®'s volume** generating incremental revenue given 20% higher net price
- **LAI captures 50% of Daxi's share** given superior TPP and brand equity

| **US toxin market, % vial market share** | **2019** | **2020** | **2021** | **2022** | **2023** | **2024** | **2025** | **2026** | **2027** | **2028** | **2029** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall AGN share** | **67 %** | **65 %** | **65 %** | **64 %** | **63 %** | **59 %** | **58 %** | **61 %** | **63 %** | **66 %** | **68 %** |
| **LAI overall** | | | | | | | | **5 %** | **11 %** | **18 %** | **22 %** |
| • LAI from Daxi | | | | | | | | 2 % | 4 % | 7 % | 9 % |
| • LAI from BOTOX® | | | | | | | | 3 % | 7 % | 11 % | 13 % |

**Allergan Aesthetics** an AbbVie company

*BOTOX® and other AA toxins AA share includes BOTOX®, BOTOX® PFS, Nivobotulinum, LAI and BoNT/E*

**DRAFT: SUBJECT TO REVIEW BY ABBVIE** 

2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Pre-Read

# Our near-term cosmetic toxins revenue is expected to grow to ~$2.1B in 2023, following strong post-COVID recovery and return to growth




- By the end of 2020, we expect a return to pre-Covid19 growth rates
- Near-term growth is driven by targeting new and lapsed patients, expanding consumer and HCP loyalty programs, and increasing cross-purchasing within our portfolio
- To maintain market share amidst new competitive entrants, we seek to convince more customers of BOTOX® differentiation and our meaningful brand story
- We also seek to educate physicians on dose-duration link to combat current BOTOX® underdosing

Allergan Aesthetics an AbbVie company

[1]LRP2020 Sales Detail Final

DRAFT: SUBJECT TO REVIEW BY ABBVIE 

2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

Pre-Read

# Our long-term cosmetic toxins revenue is expected to grow to ~$4.2B in 2029 as a result of share hold and pipeline launches

## Long-Term Global Allergan Aesthetics Base and Pipeline Revenue Forecast 2024-2029[1]

*($M, Nominal)*




- Pipeline products represent 60% of our projected revenue in 2029
- Our mid to long term goal is to transition from BOTOX® alone to a portfolio of new toxin and formulation offerings starting with mid-term new formulation launches
- Accelerated new toxin programs BoNT/E and LAI are expected to drive significant long-term franchise growth

**Allergan Aesthetics** an AbbVie company

[1]LRP2020 Sales Detail Final



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION

# To deliver on portfolio evolution we need strong defense, execution of our brand transition and a healthy pipeline

- **Defend leadership position globally** (2021-2023) before next generation portfolio launches
- **Manage transition from one brand to many** (2023+) including increased complexity of positioning, pricing and manufacturing
- **Accelerate key pipeline programs** (2021-2025) including LAI and BoNT/E
- **Reload the pipeline** (2023-2028) from early discovery, with goal of one new innovative toxin elevated to Phase 2 by 2025

EXHIBIT 8
KELLIE LAO
9/13/23
Cheryl Haab Scott, RDR, CRR, CCRR
CA CSR No. 13600

revance

# Market Background

December 30, 2019



HIGHLY CONFIDENTIAL INFORMATION



C.A. No. 21-1411-RGA-LDH
Paintiffs' Trial Exhibit
PTX-335

# Neurotoxin landscape is becoming more crowded, yet Allergan continues to hold dominant share

Current U.S. neuromodulator share by use (includes samples) (October 2019)




Current U.S. neuromodulator share by revenue (October 2019)




Data from Guidepoint Tracker October 2019 release

# Whilst growing, the facial aesthetics market remains underpenetrated




revance

OMNIBUS SURVEY UPDATE: MARKET SIZING FUNNEL, 2018

# Botox dominates a crowded, undifferentiated and complacent market

BOTOX® COSMETIC
onabotulinumtoxinA
injection

Dysport®

XEOMIN® incobotulinumtoxinA

Jeuveau™

revance

# Botox Cosmetic: "Tried and True"




- Spotlyte and Regi digital ventures to accelerate growth
- High-touch approach with health care professionals (HCPs) (increasing salesforce by ~20%, injector training & customer service)
- Insulate BOTOX through bundle strategy
- Skilled at competitive defense
- New formulations and products in the pipeline
  - Expanding indications in Masseter and Platysma
  - Pre-filled syringe, liquid neuromodulator
  - Long-acting formulation
- Double the dose duration study completed

Allergan is validating Revance and DAXI in the market with acknowledgments in corporate communications. Revance has an opportunity to own the narrative, educate and connect with audiences pre-launch

revance

# Dysport: "Fight the Overdone Look"







- Nestle sold Galderma to private equity; BAU for now, but TBD for the future
- Aesthetic Management Program: Investment in digital and tech-enabled training
- Targeting extenders and HCPs who are not loyal to Botox Cosmetic
- Galderma has published Dysport "escalating dose" studies in prior years connecting to longer duration

Galderma focusing on innovation in training, in light of uncertain future

revance

# Xeomin: Highly purified natural choice




- Leaned into "purity" product message, celebrity and insights around social stigma in promotion
- Published "escalating dose" studies in prior years connecting to longer duration, however, have been dormant in 2018 with limited promotion
- Personal and high-touch approach with HCPs, and leverages pricing discounts with XPERIENCE

Marketing efforts help sustain low share as Xeomin has not been able to exceed ~6% share since launch

revance

# **Jeuveau:** Launch of a budget "me too"




- Evolus committed to aesthetic indication only for Jeaveau
- Brand promotion capitalizes on being the "#Newtox" and targets older millennials
    - Couponing and competitive pricing to grab share quickly
- Recruiting prior industry executives and building their sales force from competitors
- Launching strong legal defense against Allergan lawsuit
- Jeuveau dosing identical to Botox Cosmetic
- Frictionless for customer switch: supply approach, sales, e-commerce

Evolus' study design does not support extended duration, DAXI will have clear differentiation and a defined and discerning target customer base, who don't take risks for a deal

# Across all of the brands in the space, everything looks the same




revance

# Physicians also perceive them as relatively the same, with minor nuances

**Why do you use these brands?**

Injectors spend less than 10 minutes with each patient, it's easier to give the patient what they asked for, rather than have a discussion about alternatives

| Brand | Perception | Reasons |
|---|---|---|
| BOTOX Cosmetic | It's Botox | • The iconic brand<br>• Patients ask for it<br>• Injectors are trained on it<br>• Injectors are comfortable with it<br>• "Why would I use something else?" |
| Dysport | It's good for certain patients | • Perceived faster onset of action for patients who need immediate results (e.g. a patient has a wedding this weekend)<br>• "Softer" look for patients who prefer it<br>• Botox stops working for some |
| XEOMIN | It's cheap, but not as efficacious | • Lower utilization<br>• Perception it is cheaper<br>• Perception of lower efficacy<br>• Lot of free product from Merz |
| Jeuveau | It's just like Botox but cheaper | • A 'me too' product<br>• Lower cost push for HCPs<br>• High social media engagement<br>• Targeting a younger audience (millennials)<br>• TBD if they will live up to their promises |

Physicians need a reason – both clinical and practical – to recommend a brand. Botox has very high brand power and is asked for and injected by default; a clear reason is needed before a patient or physician will try something else

revance

# HCPs drive product selection, and profitability drives their preference



***Table stakes:***

- ✓ *FDA approval*
- ✓ *Safe and efficacious product*
- ✓ *Proven results*

revance

# Market tensions result in commoditization with neurotoxins



Patients research treatment *outcomes*, providers, and costs

Willing to pay for good outcome; provider experience drives choice

**WHAT SHE WANTS**




+32k accounts commoditize the market through competitive "unit-based" price per product, not treatment outcome




HCPs align with products based on economic benefits (i.e. bundling) because they view toxins as interchangeable




Four manufacturers compete on price and patient couponing - discounts have emerged as leverage point since all products have similar clinical profiles

**HOW HCPS PROFIT** | **WHAT HCPS CARE ABOUT** | **HOW PRODUCTS COMPETE**

revance

## Botox created the category and other brands try to be similar in units, reconstitution and dosing to compete. All compete on price against Botox




| Attribute | Botox | Dysport | Xeomin | Jeuveau | DAXI |
|---|---|---|---|---|---|
| Typical Vial Size (U) | 100 | 300 | 100 | 100 | 100 |
| Label vial dilution (ml) (Reconstitution) | 2.5 | 3.0 / 1.5 | 2.5 | 2.5 | 1.2 |
| Volume per injection point (ml) | 0.1 | 0.1 / 0.05 | 0.1 | 0.1 | 0.1 |
| GL Dose | 20U | 50U | 20U | 20U | 40U |
| Labeled duration | 3-4 months | 3-4 months | 3 months | 30 days | TBD |



**DAXI is different** – DAXI must compete differently – it is **NOT** simply longer lasting Botox

revance

# The DAXI difference

Stabilizing peptide excipient technology delivers longer lasting outcome with same amount of core Ntx active ingredient

Largest aesthetic neuromodulator clinical trial program

Maintain your look with two treatments per year / lasts twice as long

No human- or animal-derived components / 100% made in the USA

revance

# INNOVATION CHANGES EVERYTHING

NOW

NOW
























revance

Positioning Territory

# NOT SETTLING FOR STANDARD; SETTING THE STANDARDS

DAXI will immediately establish a new standard in facial aesthetics. With 6-month duration, nobody will have to settle for the old standard of 3-4 months. DAXI will raise the bar for the entire industry: consumers will learn they can look their best at all times, and HCPs will raise their own standards and expertise with a product that rewrites the rules of what's possible. With DAXI, we're making a commitment that "good enough" will never be good enough and we'll never settle for standard in anything we do. Because it's not just the product that sets new standards. We're here to set new standards in how we talk to customers, how we inspire HCPs, and how we radically shake up a market that has been waiting for our arrival.

revance

# DRAFT Positioning Statement

| | |
|---|---|
| For... | HCPs seeking advancements in aesthetics and their patients who desire a beautiful, long-lasting outcome |
| DAXI is... | The first and only peptide-enhanced wrinkle reducer with a six-month duration |
| Which... | Delivers consistent results with just two treatments per year |
| So that... | HCPs and consumers now have a new standard with a product that rewrites the rules for what's possible |

| | | | | |
|---|---|---|---|---|
| Reasons to Believe | Peptide excipient technology extends the effect of BoNT-A | Unique, innovative formulation with stabilizing, peptide (HSA free, and no animal-derived components) | Lasts up to six months so patients maintain their look with only two treatments per year | Superior results and safety proven in the largest ever neuromodulator clinical trial |

revance

# DAXI SWOT

DAXI Aesthetics SWOT Analysis

## Strengths

- Longer duration and higher response rates vs. existing treatments
- Consistent results with 2 treatments per year means patients can maintain their look without changing their behaviour
- First truly innovative formulation in more than 30 years, with a unique stabilizing peptide technology
- Contains no human- or animal-derived components
- Superior results and safety proven in the largest ever neuromodulator GL clinical trial
- Newest, most modern approach to neuromodulator manufacturing
- KOL advocates
- R&D, manufacturing and distribution all done in the U.S.A.
- Made by a company that is truly unique in its genuine commitment to scientific advancement (in both therapeutic and aesthetics)
- No cold storage required, allowing for flexibility in shipping and storage
- A highly experienced team, with strong industry connections and respect
- Start-up attitude renders us more nimble than bureaucratic pharmaceutical companies

## Weakness

- Fifth entrant in highly competitive market
- Counter-intuitive full-face dosing vs. established products, but inability to train beyond our approved indication in GL
- Limited resources, and a need to focus on both commercialization and launch
- Lack of aesthetic portfolio
- Limited awareness among broader HCP community
- Smaller vial size could cause administration difficulties
- Premium price could impact broader uptake
- Reported pain on injection site could hinder uptake *[TBC]*

## Opportunities

- Fulfill top unmet HCP and patient need for long-lasting product
- Create a new HCP and patient experience, redefining expectations and setting a new standard of care to break through the existing 'sea of sameness' in both product and marketing differentiation
- Create ownable "peptide" category that goes beyond duration and transaction model
- Make innovative manufacturing process relevant
- Capitalize on uncertainty with potential competitor ownership changes and fragmented focus
- Create a value proposition that clearly links dosing and price
- Explore ways to attract a segment of the market that has been untapped so far
- 5th to market means we can learn from the mistakes and wins of our competitors, and find ways to do things better

## Threats

- Competitors may counter-position DAXI duration as a function of dose
- Competitors may seed that adverse events also have a longer duration
- Patients/HCPs satisfied with current neuromodulators
- Engrained dosing and administration habits which will be hard to break
- HCPs may fear lost income due to fewer patient visits, and need to understand the full treatment journey
- Lack of hands-on experience, and 6-months to really see results, could lead to a 'wait and see' attitude
- Bundling drives physician choice
- Loyalty programs restrict patient switch, and competitors could put additional resources behind these to protect and preserve
- Newest product Jeuveau getting attention for being modern, digital brand targeting a younger audience

revance

# Digital Partner Needs

- Media Strategy, Planning and Buying
  - Prioritize digital media for launch; traditional media supplement post launch
  - Explore regional approach to capitalize on early adopters
- Omni-channel Planning and Execution (HCP and Consumer)
  - Content strategy and content calendar for both owned and paid media channels (social)
  - Lead generation and CRM communication cadence
- Web Experiences (HCP and Consumer)
- Counsel Revance Brand and IT on platform evaluation and selection (is OCE marketing product suites)