# Exhibit JTX-065

Gonzales Exhibit 16 (8-31-23)
WWW.DIGITALEVIDENCEGROUP.COM

Allergan Aesthetics
an AbbVie company

INT-NON-2050769

# LA TOXINS & CONJOINT

FINAL REPORT

NOV 2020

research partnership



# CONTEXT

Allergan Aesthetics
an AbbVie company

**Objective:** **to determine toxin product preferences and relative importance of product attributes (for toxin naïve and toxin experienced patients) to feed into forecasting**

**Why?**

To support and inform forecasting, **alongside other competitor intelligence and market information**

**How?**

An Adaptive Choice Based Conjoint (ACBC) exercise invites respondents to trade off product profiles; the series of choices made allows the individual's preferences to be modeled

**Outputs?**

Conjoint results are built in a **simulator,** to allow Allergan to **model different product profiles and market scenarios**

*The simulator has both 'calibrated' and 'uncalibrated' settings. We recommend the calibrated data is used for forecasting, as this has been adjusted to align with current market shares. However, longer term, the uncalibrated data should be kept in mind as a 'worst case scenario' due to the potential for changes in brand value over time*

# Methodology

- Phase 1: 27x qualitative web-assisted telephone interviews with Dermatologists and Plastic Surgeons in UK, Canada and China
- **Phase 2 (this research): 30 minute quantitative questionnaire**

Fieldwork conducted: 29th July – 14th August 2020 (ex-US) / 18th August – 1st September 2020 (US)

| Phase 2 sample | US | UK | China | Canada | Brazil | Japan |
|---|---|---|---|---|---|---|
| Aesthetic Dermatologist | 50 (core) | 15 | 40 | 30 | 40 | 27 |
| Plastic Surgeon | 30 (core) | 18 | 40 | 10 | 19 | 19 |
| Aesthetic Medical Doctor (AMD) (including GPs, ENT specialists and Dentists) | 80 (non-core) | 41 | | 38 | 25 | 11 |
| Nurse | | 5 | | | | |
| TOTAL | **160** | **79** | **80** | **78** | **84** | **57** |

- **Screening criteria:**
  - Working in specialty 3-35 years (US:2-38 years)
  - See 10+ (US: 30+) facial aesthetic / cosmetic patients per month
  - Personally inject 5+ facial aesthetic (US: 16+) patients with a toxin per month
  - Influence decisions about purchasing botulinum toxin brands (except UK nurses)
  - Screened sample monitored during recruitment to ensure sample aligns with Allergan's PRF shares

# CONJOINT DESIGN

Allergan Aesthetics
an AbbVie company

# An adaptive choice-based conjoint approach was used to allow us to test the high volume of levels in the grid but remain engaging for HCPs

## Adaptive choice-based conjoint approach (ACBC)

- **ACBC is a an adaptive approach, making it suitable for test a large number of attributes while remaining engaging for users**
- HCPs select their most preferred product in stages. Each time they are shown various products combinations based on their previous choice
- Takes into account any 'Must have' or 'Unacceptable' features in a product based on respondent's selection patterns



# Simplified conjoint grid (country differences and restrictions not shown in detail)

| Attributes | |
|---|---|
| X1 | **Brand** |
| X2 | **Manufacturer / promoter** |
| X3 | **Time to visible results** *(1 grade improvement)* |
| X4 | **Duration** *(50% patients with at least a 2 grade improvement)* |
| X5 | **Duration achieved by:** |
| X6 | **Form** |
| X7 | **Storage** |
| X8 | **Price to HCP** *for pack configured to standard or Speywood units (based on list price)* |
| Fixed | **Other features** |

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

HIGHLY CONFIDENTIAL INFORMATION

# Simplified conjoint grid (country differences and restrictions not shown in detail)

| Attributes | | 1 | 2 | 3 | 4 | 5 | 6-10 |
|---|---|---|---|---|---|---|---|
| X1 | **Brand** | BOTOX | Xeomin / Bocouture (blinded as "other current BT product" where relevant) | Dysport / Azzalure (blinded as "other current BT product" where relevant) | Prosigne / HengLi (blinded as "other current BT product" where relevant) | Botulift / Neuronox (blinded as "other current BT product" where relevant) | 6. Other current type A botulinum toxin product<br>7. New botulinum toxin type A product<br>8. New South Korean botulinum toxin type A product |
| X2 | **Manufacturer / promoter** | Allergan | Merz | Galderma | Lanzhou (blinded as "Chinese manufacturer" where relevant) | Medytox (blinded as "South Korean manufacturer" where relevant) | 6. South Korean manufacturer<br>7. Revance / Chinese manufacturer<br>8. Daewoong / Evolus / South Korean manufacturer<br>9. Other manufacturer<br>10. Manufacturer making biosimilar version of brand |
| X3 | **Time to visible results** *(1 grade improvement)* | 24 hours | 2 days | 3 days | 4-7 days | | |
| X4 | **Duration** *(50% patients with at least a 2 grade improvement)* | 12-16 weeks *(3-4 months)* | 20 weeks *(5 months)* | 24 weeks *(6 months)* | 28 weeks *(7 months)* | 36 weeks *(9 months)* | |
| X5 | **Duration achieved by:** | Increased dosage | Standard dosing for product | | | | |
| X6 | **Form** | • Ready to use liquid in a vial<br>• Fixed dilution ratio | • Ready to use liquid in a pre-filled syringe<br>• Fixed dilution ratio | • Freeze dried | | | |
| X7 | **Storage** | Requires refrigeration | Store at room temperature | | | | |
| X8 | **Price to HCP** *for pack configured to standard or Speywood units (based on list price)* | Priced as current (premium) brand **-40%** | Priced as current (premium) brand **-20%** | Priced as current (premium) brand | Priced as current (premium) brand **+10%** | Priced as current (premium) brand **+30%** | |
| Fixed | **Other features** | Safety and efficacy comparable with currently available products<br>Shelf life: minimum 2 years<br>All product attributes supported by clinical data | | | | | |

Allergan Aesthetics
an AbbVie company



**Please speak to your insights representative for any guidance, questions or clarifications**

HIGHLY CONFIDENTIAL INFORMATION

# KEY INSIGHTS

Allergan Aesthetics
an AbbVie company

## Key insights

### Heritage is important in the context of longer-acting products

- Allergan and BOTOX are highly influential in HCP preference
  - Twice as important in driving choice as their nearest competitor (Galderma/Dysport)
  - ➢ New brands unlikely to see much uptake until they become established (unless also offering a substantial discount vs current products)

### HCP interest in longer duration must be considered in the wider market context

- Longer duration of action is desirable, but how it is achieved is a key consideration as interest lessens if it is only possible by increasing the dose

- Price, manufacturer and brand drive half of decision making
  - ➢ Rapid, widespread switch to a new LA toxin unlikely if released at a premium by a little-known manufacturer

- In addition, not all physicians are fully comfortable with the potential impact to their business and to patient relationships

**Please speak to your insights representative for any guidance, questions or clarifications**

# DETAILED FINDINGS

Allergan Aesthetics
an AbbVie company

DETAILED FINDINGS

# CONJOINT OUTPUTS

Allergan Aesthetics
an AbbVie company

# A longer duration of action is the future innovation most desired by physicians, though not all are comfortable with a 9-month option

**Botulinum toxin product features:** *Future desired innovations*

**Desired future innovations with botulinum toxin products** (non conjoint question)**:**




*Qual insight* 6

### 6-month duration offers a motivating increase

- ✓ HCPs comfortable with duration as an improvement but still close to current practice
- ✓ Reassuring to see patients on a frequent enough basis to maintain relationship
- ✓ Longer than currently achieved for many
  - • **Some** already achieving this/close to this (maj. CN, min. other)
  - ✓ Short enough that any SEs won't last too long (>CA)

*Qual insight* 9

### 9-month duration offers value for patients but HCPs have some concerns

- ✓ HCPs perceive value for patient from less frequent attendance and injection pain (a benefit if patients are currently unsatisfied with these)
- ✓ Ability to co-ordinate with filler appointments where desired

**However:**

- × **Unnerving** for some; risk of longer-lasting unwanted / AEs
- × Potential to **impact HCP-patient relationship**
- • Pricing considerations:
  - • Need to price so as not to impact practice **profitability**
  - • **High upfront outlay** may be off-putting to patients

Base: Total respondents = 538; International=378, US=160
Q5. [See notes for question text].
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

# Within the tested grid: price, manufacturer and brand drive half of decision making between toxins; amongst the product attributes, duration, how duration is achieved and time to results represent the key drivers

**Botulinum toxin product features:** *Perceived importance*

**Relative Importance of Attributes:**
*2020 conjoint; % importance for new and experienced patients (calibrated data)*




*(Note: overall only – level importance varies within these attributes)*

Brand and manufacturer: US: 29%; Int: 29%

Duration & source: US: 27%; Int: 25%

Storage and form: US: 15%; Int: 13%

*Qual insight*

**Although duration is important, it is not the most important factor when choosing a product**

- ✓ Price and brand/manufacturer heritage have more impact on an HCP's decision
- ✓ Also important is the source of the duration – whether the duration is achieved by an increased dose vs current, or if it is the standard dosing for the product

Base: Total respondents = 538; International=378, US=160
Q5. [See notes for question text].
*excludes US

# Allergan and BOTOX are highly influential in HCP preference, being twice as important in driving choice as their nearest competitor (Galderma/Dysport)

**Relative importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (1/2)*




| Attribute | Level | International* | US |
|---|---|---|---|
| Price | Base Price -40% | 47% | 52% |
| | Base Price -20% | 26% | 24% |
| | Base Price | 15% | 14% |
| | Base Price +10% | 7% | 7% |
| | Base Price +30% | 4% | 3% |
| Manufacturer / Promoter | Allergan | 37% | 44% |
| | Galderma | 13% | 16% |
| | Merz | 11% | 10% |
| | Lanzhou | 7% | |
| | Revance | 7% | |
| | South Korean manufacturer | 6% | 6% |
| | Chinese manufacturer | 5% | 5% |
| | Medytox | 4% | |
| | Daewoong / Evolus | 1% | 6% |
| | Manufacturer making biosimilar version of brand | 5% | 4% |
| | Other manufacturer | 4% | 3% |
| Brand | BOTOX | 45% | 55% |
| | Dysport / Azzalure | 12% | 18% |
| | Xeomin / Bocouture | 10% | 11% |
| | HengLi / Prosigne | 8% | |
| | Neuronox / Botulift | 7% | |
| | New botulinum toxin type A product | 7% | 6% |
| | Other current type A botulinum toxin product | 6% | 5% |
| | New South Korean botulinum toxin A product | 6% | 5% |

Base: Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company

Supporting research in appendix provides insight on Allergan and BOTOX market perceptions and drivers of importance (Loyalty Drivers Research 2019)



Please speak to your insights representative for any guidance, questions or clarifications

# New brands unlikely to see much uptake until they become established (unless also offering a large discount vs current products)

**Implications of importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (1/2)*




Base: Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company

Supporting research in appendix provides insight on Allergan and BOTOX market perceptions and drivers of importance (Loyalty Drivers Research 2019)



Please speak to your insights representative for any guidance, questions or clarifications

# Though longer acting products have higher appeal, physicians are less willing to use them if an increased dose is required to achieve the longer duration

**Relative importance of levels within attributes:** *2020 conjoint, % importance (calib*

- HCPs anticipate that a future "long-acting" toxin would last 7 months or more, and meets a patient need by reducing the frequency of injections




| Attribute | Level | International* | US |
|---|---|---|---|
| Duration | 12-16 weeks (3-4 months) | 8% | 5% |
| | 20 weeks (5 months) | 10% | 8% |
| | 24 weeks (6 months) | 16% | 17% |
| | 28 weeks (7 months) | 20% | 22% |
| | 36 weeks (9 months) | 46% | 48% |
| Source of Duration | Increased dosage | 21% | 15% |
| | Standard dosing for product | 79% | 85% |
| Time to onset | 24 hours | 49% | [illegible] |
| | 2 days | 22% | [illegible] |
| | 3 days | 17% | [illegible] |
| | 4-7 days | 12% | 16% |
| Form | Ready to use liquid in a vial, fixed dilution ratio | 40% | 41% |
| | Ready to use liquid in a prefilled syringe, fixed dilution ratio | 37% | 36% |
| | Freeze dried | 23% | 23% |
| Storage | Requires refrigeration | 45% | 35% |
| | Store at room temperature | 55% | 65% |

- HCPs not currently comfortable / do not entirely believe that increasing the dose achieves longer duration, but are concerned about increased risk of "frozen face" and ptosis

Base:Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

# Low interest in increasing current dosing combined with brand importance suggests little threat from competitors using a higher dose to reach a 6 month duration

**Implications of importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (2/2)*




Base:Total respondents = 538; International=378, US=160
*excludes US

# Physicians prefer faster onset, although true benefit only comes from the fastest times (i.e. within 24 hours); HCPs may also report longer time to onset to patients, to help manage their expectations

**Relative importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (1/2)*




| Attribute | Level | International* | US |
|---|---|---|---|
| Duration | 12-16 weeks (3-4 months) | 8% | 5% |
| | 20 weeks (5 months) | 10% | 8% |
| | 24 weeks (6 months) | 16% | 17% |
| | 28 weeks (7 months) | 20% | 22% |
| | 36 weeks (9 months) | 46% | 48% |
| Source of Duration | Increased dosage | 21% | 15% |
| | Standard dosing for product | 79% | 85% |
| Time to onset | 24 hours | 49% | 45% |
| | 2 days | 22% | |
| | 3 days | 17% | |
| | 4-7 days | 12% | |
| Form | Ready to use liquid in a vial, fixed dilution ratio | 40% | |
| | Ready to use liquid in a prefilled syringe, fixed dilution ratio | 37% | 36% |
| | Freeze dried | 23% | 23% |
| Storage | Requires refrigeration | 45% | 35% |
| | Store at room temperature | 55% | 65% |

- HCPs currently expect onset of action on average within 3.5-5 days, but will manage patient expectations by telling them to expect onset with 5-6 days
- **Qual insight:** Little benefit to HCP unless onset is immediate

Base: Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

HIGHLY CONFIDENTIAL INFORMATION

ALGN-1844431

JTX-065.0019

# Pre-filled forms (vial or syringe) are preferred over freeze dried, while room temperature storage is more strongly preferred in the US

**Relative importance of levels within attributes:** *2020 conjoint, % importance (calibrated) (1/2)*




| Attribute | Level | International* | US |
|---|---|---|---|
| Duration | 12-16 weeks (3-4 months) | 8% | 5% |
| | 20 weeks (5 months) | 10% | 8% |
| | 24 weeks (6 months) | 16% | 17% |
| | 28 weeks (7 months) | 20% | 22% |
| | 36 weeks (9 months) | 46% | 48% |
| Source of Duration | Increased dosage | 21% | 15% |
| | Standard dosing for product | 79% | 85% |
| Time to onset | 24 hours | 49% | 45% |
| | 2 days | 22% | 21% |
| | 3 days | 17% | 18% |
| | 4-7 days | 12% | 16% |
| Form | Ready to use liquid in a vial, fixed dilution ratio | 40% | 41% |
| | Ready to use liquid in a prefilled syringe, fixed dilution ratio | 37% | 36% |
| | Freeze dried | 23% | 23% |
| Storage | Requires refrigeration | 45% | 35% |
| | Store at room temperature | 55% | 65% |

Base:Total respondents = 538; International=378, US=160
*excludes US

Allergan Aesthetics
an AbbVie company



Please speak to your insights representative for any guidance, questions or clarifications

HIGHLY CONFIDENTIAL INFORMATION ALGN-1844432

JTX-065.0020

?

So what does this mean for Allergan?

# The simulator provides outputs that enable you to model and compare different market scenarios, to support forecasting of anticipated future developments

## Example scenarios

Baseline shown in green - any feature changes from the baseline shown in orange.

| Scenario | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Duration | | 6 months | | | | 9 months |
| Source of duration | Standard dosing | Standard dosing | Increased dosing | Standard dosing | Increased dosing | Increased dosing |
| Form | Liquid vial | PFS | Liquid vial | Liquid vial | Liquid vial | Liquid vial |
| Brand / manufacturer | Botox / Allergan | Botox / Allergan | Botox / Allergan | Dysport / Galderma | Dysport / Galderma | Botox / Allergan |
| Preference rank (normalized to scenario 1) | 1 | | | | | |

Other consistent elements: time to onset 4-7 days, price: 20% increase, requires refrigeration. Product added to 'current market' (UK, CN, CA, BR, JP, US), normalized to preference index score 100 based on Scenario 1 (baseline). Calibrated data, discount factor of 40% applied

Allergan Aesthetics
an AbbVie company

Please speak to your insights representative for any guidance, questions or clarifications

# While long duration is important, source of duration and manufacturer affect uptake – 6 month standard dosing outperforms a 9 month option with increased dosing

## Example scenarios

Baseline shown in green - any feature changes from the baseline shown in orange.

| Scenario | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Duration** | **6 months** | | | | | **9 months** |
| **Source of duration** | Standard dosing | Standard dosing | Increased dosing | Standard dosing | Increased dosing | Increased dosing |
| **Form** | Liquid vial | PFS | Liquid vial | Liquid vial | Liquid vial | Liquid vial |
| **Brand / manufacturer** | Botox / Allergan | Botox / Allergan | Botox / Allergan | Dysport / Galderma | Dysport / Galderma | Botox / Allergan |
| **Preference rank (normalized to scenario 1)** | **1** | **2** | **4** | **5** | **6** | **3** |
| **Relative preference** | | | | | | |



Other consistent elements: time to onset 4-7 days, price: 20% increase, requires refrigeration. Product added to 'current market' (UK, CN, CA, BR, JP, US), normalized to preference index score 100 based on Scenario 1 (baseline). Calibrated data, discount factor of 40% applied

Allergan Aesthetics
an AbbVie company

Please speak to your insights representative for any guidance, questions or clarifications

# Worked example of how a product profile could be optimized within the simulator

**Focus on Daxi:** *2020 conjoint, attribute sensitivities (calibrated; 'new base' scenario but current price).*

Data based on simulator only – these are not forecast shares.
Changes in patient share are not cumulative, but indicative of the potential impact of a single attribute change from the baseline.



# KEY INSIGHTS

Allergan Aesthetics
an AbbVie company

# Key insights

**Heritage is important in the context of longer-acting products**

- Allergan and BOTOX are highly influential in HCP preference
  - Twice as important in driving choice as their nearest competitor (Galderma/Dysport)
  - ➢ New brands unlikely to see much uptake until they become established (unless also offering a substantial discount vs current products)

**HCP interest in longer duration must be considered in the wider market context**

- Longer duration of action is desirable, but how it is achieved is a key consideration as interest lessens if it is only possible by increasing the dose

- Price, manufacturer and brand drive half of decision making
  - ➢ Rapid, widespread switch to a new LA toxin unlikely if released at a premium by a little-known manufacturer

- In addition, not all physicians are fully comfortable with the potential impact to their business and to patient relationships

**Please speak to your insights representative for any guidance, questions or clarifications**

# Supporting qual research available in appendix

*Source: INT.0755.2018a Loyalty Drivers Research, 2019:*

- Reasons for recommending BOTOX vs Dysport
- Allergan's strengths and vulnerabilities on optimal products and services desired
- Brand/Manufacturer loyalty behaviour
- Drivers behind Allergan usage
  - How these could be leveraged as vulnerabilities
  - Considerations for building/defending loyalty

*Source: INT-NON-2050437 LA Toxin Qual Research, 2020*

- Expectations / situation of use for LA toxins
- How to protect against share loss vs. first to market



# Exhibit JTX-096

EXHIBIT 18
KELLIE LAO
9/13/23
Cheryl Haab Scott, RDR, CRR, CCRR
CA CSR No. 13600

# RT002 Pricing Assessment

*Research Summary*

October 2018

Insight STRATEGY ADVISORS

# Table of Contents

**Objectives and Approach**

Executive Summary

- Patient Model
- Provider Model
- Linked Model

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Project Objectives

**Overall project objective**

- In preparation for RT002's launch, Revance is looking to determine an optimal price within the aesthetic market.
- Determine potential price bands based upon pricing sensitivity within the aesthetic market based on physician and patient research.

**Key project goals**

- Evaluate the current pricing landscape within the aesthetic market
- Identify price/share bands for RT002 along with the rationale, risks and opportunities driving these ranges
- Analyze tradeoffs for investing in a filler in order to maximize the price of RT002
- Identify difference in price bands based on different types of providers and patients
- Identify difference in price bands based on various product attributes

Source: ISA Primary Research

# A sample of 250 HCPs and 298 patients were surveyed across the US.

*45-min web-based quantitative survey*

| | Stakeholder | N=250 |
|---|---|---|
| HCPs | Dermatologists | 137 |
| | Plastic Surgeons / Aesthetic Physicians | 82 |
| | Nurse Practitioners/ Physician Assistants | 31 |
| | **TOTAL** | **250** |

*30-min web-based quantitative survey*

| | Stakeholder | N=298 |
|---|---|---|
| Patients | Current / Returning | 180 |
| | Treatment Naïve | 118 |
| | **TOTAL** | **298** |

**Key HCP Screener Criteria**

- All HCPs provided botulinum toxin products for cosmetic use and have been in practice for >3 years
- All HCPs were among the key decision makers for determining which toxin products are offered and were knowledgeable about the price their organization pays for the products
- All HCPs administered toxin to a minimum of 15 patients with facial wrinkles in a typical month

**Key Patient Screener Criteria**

- All current patients received botulinum toxin products for cosmetic purposes
- All naïve patients were planning to receive botulinum toxin treatment in the next year
- Patient sample represented a mix of demographics and socio-economic factors (e.g. employment, household income etc.)

Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# The ISA team customized a HCP and patient survey covering four prioritized topic areas to achieve project objectives.

## Patient

**1 — Patient Background**
1. Screener
2. Demographics
3. Socio-economic status

**2 — Market Landscape**
1. Current utilization
2. Current perceptions
3. Participation in Loyalty Progs

**3 — Product Perceptions**
1. RT002 perceptions
2. Top attributes
3. Likelihood of adoption

**4 — Tradeoff Exercise**
1. Base and best case selection
2. Varying profile selection
3. Certainty to utilize RT002



Patient



HCP

## HCP

**1 — Practice Dynamics**
1. Screener
2. Size of practice
3. Range of discounts

**2 — Market Landscape**
1. Current utilization
2. Current perceptions
3. Current price

**3 — Product Perceptions**
1. RT002 perceptions
2. Top attributes
3. Likelihood to prescribe

**4 — Tradeoff Exercise**
1. Base case share allocations
2. Varying share allocations
3. Allocation with Generic

Source: ISA Primary Research

# Weighting Calculation

HCP

## Weighting Approach

**Weighting is based on the number of 'naïve' and 'returning' patients in a HCP's practice in an average month, and is applied to current and future HCP share.**

*Please estimate the percentage of botulinum toxin patients in your practice who are Returning (patients who have had toxin treatments in the past) vs. Treatment Naive (patients who have not had toxin treatments in the past) in an average month.*

| Respondent | # |
|---|---|
| 1 | 30 |
| 2 | 50 |
| 3 | 60 |
| 4 | 100 |
| **Mean** | **60** |

The mean number of patients in an average month (both naïve and returning) by each respondent was calculated

| Respondent | Weight Calculation | Weights |
|---|---|---|
| 1 | 30 / 60 | 0.5 |
| 2 | 50 / 60 | 0.83 |
| 3 | 60 / 60 | 1 |
| 4 | 100 / 60 | 1.67 |
| **Mean** | **60** | |

Respondent-level weights were calculated based on the ratio of their toxin patients to the mean of all respondents' patients

The weights are now applied to the corresponding respondent's shares for naïve and returning patients in order to obtain weighted answers

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Discounting Approach & Rationale.

HCP

*In order to reduce the effects of overstatement, the following discounting approaches may be applied, based on **HCPs' level of certainty to recommend RT002 in their practice** (Q24):*

- ***Conservative Approach:** A probabilistic approach is applied to account for overestimation where each level (from 0 = "Not at all Certain" to 10 = "Particularly Certain") is associated with a probability coefficient*
- ***Very Conservative Approach:** Share is "zeroed out" for HCPs who rated <=7 in terms of the level of certainty to prescribe RT002*

*Based on current best practices, it is appropriate to apply a discount factor to raw preference shares. However, since we will be 'linking' the patient and provider preference share, it will be in itself a discount and hence we recommend going with the Undiscounted approach*

## RT002 Preference Share*– Base Case

*% Patients (n=250) – weighted by patients*




**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office and can therefore be provided to patients.*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.
Q24. Considering the Product X scenarios reviewed, please indicate below how certain you are that you would recommend the product to the same number of patients as you indicated in the earlier reallocation exercise if you were making an actual decision in your practice.

# Table of Contents


Objectives and Approach

**Executive Summary**

- Patient Model
- Provider Model
- Linked Model

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Price and duration are the most important attributes for RT002 with significant tradeoffs at different levels of these attributes.

HCP Patient

## Relative Attribute Contribution to RT002 Preference Share

*% of Returning Patients, Results of Conjoint Analysis*




**Key Points:**

- ***Patients care mostly about duration,*** they want a quality product and are willing to pay for it; the fact that price is third in terms of importance means that they are relatively less price sensitive
- ***HCPs care mostly about price***, that's the first thing they think of and the biggest driver of behavior for them
- ***Price sensitivity begins with HCPs***, who effectively act as gatekeepers in this market
- Duration is important to both patients and HCPs, ***any duration less than the 6 month base case results in significant decrease of preference share***

**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through, brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

# Tradeoffs exist between price and share, with the optimal price for RT002 being at parity to Botox.

HCP Patient

**RT002 Price Bands – 6 Months Duration**

*% Relative to Botox*




**Key Points:**

- Patients are ***price insensitive*** at price points ***up to a 50% premium to Botox***
- For HCPs the optimal price is at ***parity or a slight premium to Botox*** – there is a share penalty for prices above that of Botox that makes it difficult to take a significant premium
- Combining both patient and HCP sensitivity results in an ***optimal price at parity to Botox***

**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through, brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Table of Contents

Objectives and Approach

Executive Summary

**Patient Model**

Provider Model

Linked Model

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Patients are generally looking for the same top attributes (improvement, cost & safety) in a new product as their current brand.

Patient

## Most Important Attributes – Top 5

*% of Patients (n=180 returning, 298 returning and naive)*

Attributes for a new product do not vary significantly by patient type




Q10. From the following list, rank the importance of the following factors associated with your CURRENT botulinum toxin treatment in terms of importance to you.
Q11. From the following list, rank the top five most important factors when considering a NEW botulinum toxin treatment in terms of importance to you.
Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Similar to HCPs, patients also view RT002's duration of response, safety and onset of action as the most attractive attributes.

Patient

No differences between patient type on perceptions of RT002

## Perceptions of RT002 – Top 3 Most/Least Attractive Attributes

*% of Patients (n=298)*




Q17. Please rank the three most attractive product characteristics from the list below.
Q18. Please rank the three least attractive product characteristics from the list below.
Source: ISA Primary Research

Insight STRATEGY ADVISORS 13

HIGHLY CONFIDENTIAL INFORMATION

REV_DAX-02673448

JTX-096.0013

# Patient Attributes & Levels Utilized for Conjoint.

Patient

☐ *Represents RT002 base case*

| Attribute | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | Level 6 |
|---|---|---|---|---|---|---|
| **Length of time before effects wear off** | 3-4 months (12 - 16 weeks) | 5 months (20 weeks) | 6 months (24 weeks) | greater than 6 months (24 weeks) | | |
| **Cost of your toxin treatment (including discounts and promotions)** | 50% higher than you normally pay | 25% higher than you normally pay | Same price you normally pay | 25% less than you normally pay | | |
| **Manufacturer offers loyalty program** | None | Earn points with each treatment - 100 points = $10 coupon | $20 off on patient's birthday | Earn points with each treatment - 100 points = $10 coupon and $20 off on patient's birthday | | |
| **Discounts are offered on other non-toxin procedures** | None | $50 off treatment | $100 off treatment | $150 off treatment | | |
| **The brand was recommended to you by:** | None | Friend or family member | Positive reviews on social media | TV or magazine ad | Endorsed by a celebrity I admire | Office or spa recommends |

Source: ISA Primary Research

# Overall preference share for patients is relatively high, suggesting that many are willing to try a longer-lasting toxin.

Patient

**Conjoint Results**

## Relative Attribute Contribution to RT002 Preference Share
## Returning Patients

Downside
Upside

*Attributes sorted by relative importance*

*Baseline = 59.4%**




| *Attribute* | *Relative Importance* | |
|---|---|---|
| **Length of time before effects wear off** | 44% | *The fact that duration is the most important attribute to patients by far suggests that they* ***see real value*** *in a longer-lasting toxin, and are* ***willing to pay more*** *for it; the difference in preference share between the 6 month and 3-4 month levels further indicates that without the perception of longer duration RT002 will struggle for share* |
| **The brand was recommended by** | 25% | *Patients will listen to recommendations and* ***brand awareness is a very important component of purchasing decisions*** |
| **Cost of your toxin treatment (including discounts and promotions)** | 17% | *Cost is only the third most important attribute suggesting that patients are* ***willing to pay more for unique products with good brand*** *awareness; it also suggests that an aggressive* ***low-price*** *strategy* ***may not be successful*** *for a "me-too" product* |
| **Manufacturer offers loyalty program** | 7% | *A loyalty program does have some importance to patients, but much lower when compared to duration, recommendation and price* |
| **Discounts are offered on other non-toxin procedures** | 6% | *Discounts on non-toxin procedures came out as least important, however that* ***could vary when isolating patient sub-populations*** *that utilize more fillers, which we were unable to do in this analysis* |

**Note: Share represents patient choice at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.
Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# Patients are most sensitive to changes in duration, with significant decreases in patient share for any duration lower than 6 months.

Patient

**Conjoint Results**

**RT002 Preference Share* - Duration**

*% of Patients, Base Case Attributes*




***A 6-month duration is a key differentiator for RT002 and will drive significant share even at a premium to Botox; however, there is significant risk to RT002 if duration is less than 6 months***

**Note: Share represents patient choice at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# While the influence of particular recommendations varies, it is important that patients be made aware of the brand in some way.

Patient

**Conjoint Results**

**RT002 Preference Share* - Product Recommendation**

*% of Patients, Base Case Attributes*




**RETURNING PATIENTS**

***It is difficult to identify the best source of a recommendation, however it is clear that brand awareness and a recommendation of some sort is important to drive patient demand***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# Based on preference share, the optimal price for RT002 is ~50% greater than what patients usually pay for Botox.

Patient

**Conjoint Results**

**RT002 Preference Share* and Indexed Revenue**

*% of Returning Patients, Base Case Attributes*




***Patients are price-insensitive up to a 50% premium to Botox, which is mainly driven by the 6 month duration, after which there is a steep decline in preference share***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

REV_DAX-02673453

JTX-096.0018

Patient

# The optimal price for RT002 is ~50% greater than what patients usually pay for Botox if RT002 has at least a 6 month duration.




***Patients are price-insensitive up to a 50% premium to Botox, however if RT002 has a duration less than 6 months it will take significant price discounts to achieve the same preference share***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Table of Contents

Objectives and Approach

Executive Summary

Patient Model

**Provider Model**

Linked Model

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Cost, familiarity and patient request of brands are among the most influential factors of provider product selection.

HCP

## Factors Influencing Provider Toxin Brand Selection – Ranking Top 3 Factors*

*% of HCPs (n=250)*

Drivers of brand selection did not vary significantly by practice size or provider type




*Attribute importance is evaluated after removing patient satisfaction and efficacy

Q14. Please rank the three factors that influence your treatment selection of a botulinum toxin where 1=Most Attractive, 2=Next Most Attractive, etc.

Source: ISA Primary Research

# RT002's duration of response, safety/tolerability and onset of action are among the most attractive attributes.

HCP

Perceptions of RT002 did not vary significantly by practice size or provider type

## Perceptions of RT002 – Top 3 Most/Least Attractive Attributes

*% of HCPs (n=250)*




Q16 / Q17. Please rank the three most / least attractive product characteristics from the list below, where 1=Most / Least Attractive, 2=Next Most / Least Attractive, etc.

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

REV_DAX-02673457

JTX-096.0022

# Providers expect margins from RT002 to be slightly higher than those currently received from Botox.

HCP

Trend did not vary significantly by specialty type




Q15. About what margins are you currently receiving on your Botox sales?
Q20. What margins do you expect to apply for product X?
Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# HCP Attributes & Levels Utilized for Conjoint.

HCP

☐ *Represents RT002 base case*

| Attribute | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| **Toxin Duration** | 3-4 months (12 - 14 weeks) | 5 months (20 weeks) | 6 months (24 weeks) | greater than 6 months (24 weeks) |
| **Number of Indications** | Glabellar | Glabellar, Forehead, Crow's Feet | | |
| **Preparation/Dosing/Injection** | Equivalent Dilution (i.e. Equivalent units per injection site, at the same injection points, using the same amount of core active neurotoxin as Botox.) | Different Dilution (i.e. Different units per injection site, at the same injection points, using the same amount of core active neurotoxin as Botox.) | | |
| **Price you pay for toxin including all discounts and rebates** | 50% greater than Botox | 25% greater than Botox | Same as Botox | 25% less than Botox |
| **Discounts given to you on other non-toxin products** | None | Bundled with filler which receives a 20% discount vs. what you pay for Juvederm or other filler | | |
| **Relationship with sales rep** | None | Sales rep visits weekly or bi-weekly | Sales rep visits monthly | Sales rep visits a few times per year |
| **Manufacturer offers support programs for practice** | None | Practice management support such as consulting and marketing | Injector training | Practice management support such as consulting and marketing as well as injector training |
| **Manufacturer offers patient loyalty program** | Yes | No | | |

Source: ISA Primary Research

# Price visibly has the greatest impact on provider preference share followed by toxin duration.

HCP

## Relative Attribute Contribution to RT002 Selection

**Conjoint Results**

### Returning Patients




*As expected, price and duration are the two largest drivers of preference share*

*Of the remaining attributes, a **patient loyalty program matters most** to providers suggesting that they see it as **a good tool to get patients into the practice***

*None of the other attributes had significant impact on preference share*

**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

REV_DAX-02673460

JTX-096.0025

# Based on provider preference share, the optimal price for RT002 is a slight premium to Botox.

HCP

**Conjoint Results**




**Average Price per Vial**
*All Providers*

| Brand | Avg. Price |
|---|---|
| Botox | $519 |
| Dysport | $480 |
| Xeomin | $455 |

***While a price significantly higher than Botox leads to a decrease in preference share among providers, a lower price does not result in sufficiently greater share to offset the discounted price***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

Insight STRATEGY ADVISORS

# With a 6 month duration, the optimal price for RT002 is at a slight premium to Botox.

HCP

**Conjoint Results**

**RT002 Price Bands**
*% Relative to Botox*




***HCPs see less value in a 5 month duration, and require a slightly lower price to drive utilization, however a 3-4 month duration would not have much value and requires significant discounts***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

# Table of Contents


Objectives and Approach

Executive Summary

Patient Model

Provider Model

**Linked Model**

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Price and toxin duration of action represent the most important attributes for RT002.

HCP Patient

**Conjoint Results**

## Relative Attribute Contribution to RT002 Preference Share

### Returning Patients




*HCPs act as gatekeepers*, *with their price sensitivity influencing overall preference share*

Toxin duration is *important to both HCPs and Patients*

*None of the other attributes had significant impact on preference share*

**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

**As expected, the most important attributes are price and duration. The fact that brand recommendation and patient loyalty programs are also important suggests that these attributes will drive patients to a practice.**

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

# Without significantly higher duration than other toxins, RT002 becomes a "me-too" product and will struggle for share.

HCP Patient

**Conjoint Results**

**RT002 Preference Share***
*% of Patients, Base Case Attributes*




***The foundational attribute of RT002 is duration – ensuring that Providers and Patients perceive RT002's duration to be greater than that of competing products is the single largest factor for success***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

# Based on provider and patient preference share, the optimal price for RT002 is at parity to the net Botox price.

HCP Patient

## RT002 Preference Share* and Indexed Revenue

*% of Returning Patients, Base Case Attributes*




## Conjoint Results

**Average Price per Vial**

*All Providers*

| Brand | Avg. Price |
|---|---|
| Botox | $519 |
| Dysport | $480 |
| Xeomin | $455 |

***Perception of a price higher than Botox leads to a significant decrease in preference share among both providers and patients, making it hard to optimize revenue at higher price points***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

# Based on provider and patient preference share, the optimal price for RT002 is at parity to the net Botox price.

HCP Patient

**Conjoint Results**

**RT002 Price Bands**
*% Relative to Botox*




***Perception of a price higher than Botox leads to a significant decrease in preference share among both providers and patients, making it hard to optimize revenue at higher price points***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

# HCPs anticipate utilizing RT002 in ~10-12% of their toxin patients, with share sourced proportionally across the current brands.

HCP Patient

**Conjoint Results**

## Change in Toxin Patient Share* Given RT002 Availability – Base Case

*% Patients (n=250) – weighted by patients*

Current Utilization
Future Utilization

| Toxin Product | Returning Patients | | Naïve Patients | |
|---|---|---|---|---|
| | % Patients | Change | % Patients | Change |
| ***RT002*** | 10.4% | **+10.4%** | 12.7% | **+12.7%** |
| **Botox** | 59% | -6.3% | 58% | -7.7% |
| **Dysport** | 19% | -2.7% | 19% | -3.3% |
| **Xeomin** | 11% | -1.4% | 11% | -1.7% |

** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.
Q24. Considering the Product X scenarios reviewed, please indicate below how certain you are that you would recommend the product to the same number of patients as you indicated in the earlier reallocation exercise if you were making an actual decision in your practice.

# With the availability of generic Botox, RT002 share falls by ~20-30% compared to the scenario when only RT002 is available.

HCP Patient

**Conjoint Results**

## Change in Patient Share* Given RT002 & Generic Botox Availability

*% Patients (n=250) – weighted by patients*

| Toxin Product | Returning Patients | | Naïve Patients | |
|---|---|---|---|---|
| | % Patients | Change | % Patients | Change |
| ***RT002*** | 7% | -3.2% | 9% | -3.7% |
| ***Generic Botox*** | 10% | **+10%** | 13% | **+13%** |
| **Botox** | 53% | -12.0% | 52% | -14.1% |
| **Dysport** | 19% | -3.0% | 17% | -5.0% |
| **Xeomin** | 11% | -1.0% | 10% | -2.4% |

Current Utilization
Future Utilization

** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q25. Assuming a 'generic Botox' (non-Allergan product), priced 20-30% lower than the branded product, came to market at the same time or before Product X, please reallocate the percent of Returning and Treatment Naïve customers patients that will receive treatment at your practice next month.

Source: ISA Primary Research

# Table of Contents


Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

- **Current Practice**
- Market Landscape
- RT002 Perceptions
- RT002 Share & Sensitivity

Detailed Research Findings: **Patient**

Appendix

# Survey respondents were screened to ensure that specific specialties and years of experience were included in the sample.

HCP

**Provider Mix** – By Practice Size
*% of HCPs (n=250)*




Plastic Surgeons tend to be in practices that do fewer toxin injections

**Years of Experience**
*% of HCPs (n=250)*




No noticeable differences in provider years of experience among practice sizes

| Practice | Total |
|---|---|
| Small Practice Size | 93 |
| Medium Practice Size | 62 |
| Large Practice Size | 46 |
| Very Large Practice Size | 49 |

S2. How many years have you been providing aesthetic products & services?
S9. How would you characterize your specialty?
Source: ISA Primary Research

# The sample obtained was from a mix of practice settings and locations.

HCP

## Practice Setting – By Practice Size
*% of HCPs (n=250)*




| Practice | Total |
|---|---|
| Small Practice Size | 93 |
| Medium Practice Size | 62 |
| Large Practice Size | 46 |
| Very Large Practice Size | 49 |

## Practice Region – By Practice Size
*% of HCPs (n=250)*




## Practice Location – By Practice Size
*% of HCPs (n=250)*




S3. How would you describe your practice setting?
S7. Where is your practice located?
S8. How would you describe the setting of your current practice?
Source: ISA Primary Research

# Nearly 3 in 5 HCPs note that over a quarter of their toxin patients are also getting fillers and non-invasive cosmetic surgery.

HCP

**Proportion of Patients Undergoing Procedures in Addition to Toxin Injections**
*% of HCPs*




Manufacturers like Allergan may bundle non-toxin products with their botulinum toxin in accordance with this patient preference for multiple cosmetic procedure types.

Q10. What percent of your botulinum toxin patients get fillers in addition to toxin treatment?
Q11. What percent of you botulinum toxin patients have received cosmetic surgery in addition to toxin treatment?
Q12. What percent of you botulinum toxin patients have received non-invasive cosmetic treatments in addition to toxin treatment?
Source: ISA Primary Research

# Irrespective of practice size, patients are most commonly receiving toxin injections two to three times per year.

HCP

**Frequency of Toxin Administration to Patients** – By Practice Size

*% of Patients (n=250)*




| Practice | Total |
|---|---|
| Small Practice Size | 93 |
| Medium Practice Size | 62 |
| Large Practice Size | 46 |
| Very Large Practice Size | 49 |

Q4. What percent of your botulinum toxin patients visit for botulinum toxin at each frequency below?

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Table of Contents

Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Current Practice

**Market Landscape**

RT002 Perceptions

RT002 Share & Sensitivity

Detailed Research Findings: **Patient**

Appendix

# According to respondents, Botox currently holds two thirds of the botulinum toxin patient share.

HCP




Q1. Please estimate the percentage of botulinum toxin patients in your practice who are returning vs. treatment naïve in an average month.
Q2. For the returning botulinum toxin patients that you treat in an average month, please provide the percent breakdown that receive Botox, Dysport, and Xeomin?
Q3. For the treatment naïve botulinum toxin patients that you treat in an average month, please provide the percent breakdown that receive Botox, Dysport, and Xeomin?

Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# Larger practices tend to have lower Botox share, a trend driven by the lower representation of Plastic Surgeons at those practices.

HCP

Plastic Surgeons tend to be in practices that do fewer toxin injections

**Returning Patient Toxin Treatment Breakdown** – By Specialty
*% of Patients (n=250)*




**Returning Patient Toxin Treatment Breakdown** – By Practice Size
*% of Patients (n=250)*




Q1. Please estimate the percentage of botulinum toxin patients in your practice who are returning vs. treatment naïve in an average month.
Q2. For the returning botulinum toxin patients that you treat in an average month, please provide the percent breakdown that receive Botox, Dysport, and Xeomin?
Q3. For the treatment naïve botulinum toxin patients that you treat in an average month, please provide the percent breakdown that receive Botox, Dysport, and Xeomin?

Source: ISA Primary Research

Insight STRATEGY ADVISORS

# Allergan sales reps have the highest interactions across practice sizes; larger practices receive the greater rep visits from all brands.

HCP




Q13. How often do you interact with an in-person sales rep for the following products?
Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# Nearly half of the practices receive up to 10% discount across all toxin products; expectedly, larger practices tend to receive greater discounts.

HCP

## Range of Discounts on Most Recent Toxin Order

*% of HCPs (n=250)*




Q6. To the best of you knowledge, what was the range of discounts you received, if any, on your last toxin order?
Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# Table of Contents


Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

- Current Practice
- Market Landscape
- **RT002 Perceptions**
- RT002 Share & Sensitivity

Detailed Research Findings: **Patient**

Appendix

HCP

# Patient satisfaction, efficacy, and cost of botulinum toxins are the most influential factors of provider product selection.

**Factors Influencing Provider Toxin Brand Selection –** Ranking Top 3 Factors

*% of HCPs (n=250)*




Q14. Please rank the three factors that influence your treatment selection of a botulinum toxin where 1=Most Attractive, 2=Next Most Attractive, etc.

Source: ISA Primary Research

# RT002's duration of response, safety/tolerability and onset of action are among the most attractive attributes.

HCP

Perceptions of RT002 did not vary significantly by practice size or provider type

**Perceptions of RT002 –** Top 3 Most/Least Attractive Attributes

*% of HCPs (n=250)*




Q16. Please rank the three most attractive product characteristics from the list below, where 1=Most Attractive, 2=Next Most Attractive, etc.
Q17. Please rank the three least attractive product characteristics from the list below, where 1=Least Attractive, 2=Next Least Attractive, etc.
Source: ISA Primary Research

# Nearly 3 in 5 HCPs note that they are very likely to use RT002 and a third of HCPs state that they are very likely to provide it on patients request.

HCP

## Degree of Perceived Improvement

*% HCPs (n=250)*




## Likelihood of Using RT002 to Treat Patients

*% HCPs (n = 250)*




## Likelihood of Providing RT002 to Patients upon Request

*% HCPs Rating on a 0-10 scale (n = 250)*




**Perceptions of RT002 did not vary significantly by practice size or provider type**

Q18. On a scale of 1 to 5, to what degree is Product X an improvement to botulinum toxins that are available today?
Q19. If Product X was approved with this profile, what would the likelihood be that you would use it to treat patients?
Q22. If a patient comes and asks you for Product X (by the brand name specifically), what is the likelihood you would provide it for them?

Source: ISA Primary Research

# While Providers expect margins from RT002 to be slightly higher than those currently received from Botox, we did not find a strong trend.

HCP

Trend did not vary significantly by specialty type

**Margins – Current Botox and Expected RT002**
*% of HCPs (n=250)*




| ***Practice Size:*** | **SMALL** | **MEDIUM** | **LARGE** | **VERY LARGE** |
|---|---|---|---|---|
| Expected Difference | +14% | +5% | +17% | +1% |

*Overall: +10%*

| Practice | Total |
|---|---|
| Small Patient Base | 93 |
| Medium Patient Base | 62 |
| Large Patient Base | 46 |
| Very Large Patient Base | 49 |

Q15. About what margins are you currently receiving on your Botox sales?
Q20. What margins do you expect to apply for product X?
Source: ISA Primary Research

HIGHLY CONFIDENTIAL INFORMATION

Insight Strategy Advisors



REV_DAX-02673484

JTX-096.0049

# Most respondents predict revenue impact of RT002 adoption will be dependent on the product's price.

HCP

**Expected Impact of RT002 on Revenue** – By Practice Size
*% of HCPs (n=250)*




The **largest practices** were most likely to expect a **decrease in revenue** as a result of RT002 adoption

| Practice | Total |
|---|---|
| Small Patient Base | 93 |
| Medium Patient Base | 62 |
| Large Patient Base | 46 |
| Very Large Patient Base | 49 |

Q21. If patients come to your practice twice a year in order to get a botulinum toxin treatment with Product X, how do you anticipate that it will impact your practice's revenues?

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Table of Contents


Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

- Current Practice
- Market Landscape
- RT002 Perceptions
- **RT002 Share & Sensitivity**

Detailed Research Findings: **Patient**

Appendix

# HCPs anticipate utilizing RT002 in ~17-19% of their toxin patients, with share sourced proportionally across the current brands.

HCP

**Untempered Share**

## Change in Toxin Patient Share* Given RT002 Availability – Base Case

*% Patients (n=250) – weighted by patients*

Legend: Current Utilization (dashed outline); Future Utilization (solid bar)

| Toxin Product | Returning Patients: % Patients | Returning Patients: Change | Naïve Patients: % Patients | Naïve Patients: Change |
|---|---|---|---|---|
| ***RT002*** | 17.5% | **+17.5%** | 19.1% | **+19.1%** |
| **Botox** | 55% | -10.6% | 54% | -12.6 |
| **Dysport** | 17% | -4.5% | 18% | -4.1% |
| **Xeomin** | 10% | -2.4% | 9% | -2.4% |

** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

# RT002 share is relatively consistent across practice sizes and specialty (Derms and Plastic Surgeons).

HCP

**Untempered Share**

## RT002 Patient Share* – Base Case

*% Patients (n=250) – weighted by patients*




**Note: Preference share represents share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through)*

# Preference shares for both Returning and Naïve patients are similar with price and duration having the greatest impact.

HCP

**Untempered Share**

## Relative Attribute Contribution to RT002 Selection




*Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

**A manufacturer loyalty program for patients does have a slight impact on preference share and should be included, but no other attributes registered as significant drivers of expected utilization**

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

# **Conjoint output:** Utilities modeled to determine share sensitivities of level changes within attributes and relative importance of attributes

HCP

***Illustrative***

## Conjoint Output: Relative Attribute Contribution to RT002 Selection

*Level 1 of Attribute X subtracts share relative to the Base case*

*Level 2 represents the Base case*

*Level 3 of Attribute X adds share relative to the Base case*

**Attribute X**

*-% RT002 share from Base Case*




*+% RT002 share over Base Case*

In this example, a change in from Level 2 in Attribute X generates an increase in share of 5% over the Base Case

## Conjoint Output: Aggregate Contribution of Level Changes from Lowest to Base to Highest Share




The aggregate increase / decrease in share from base case is not a cumulative function of individual attributes (e.g. if attribute X leads to a 5% increase and attribute Y leads to 3% increase in share, attribute X + Y may not lead to a 8% increase in share)

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

REV_DAX-02673490

JTX-096.0055

# HCP preference share for RT002 is most sensitive to changes in 'price' and 'toxin duration'.

HCP

**Untempered Share**

**All Graphs Reflective of Patient Share***
*– weighted by patients*

*Represents base case*

| Price you pay for toxin including all discounts and rebates | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| | 25% less than Botox | Same as Botox | 25% more than Botox | 50% more than Botox |




| Toxin Duration | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| | 3-4 months (12 - 14 weeks) | 5 months (20 weeks) | 6 months (24 weeks) | Greater than 6 months (24 weeks) |




**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office and can therefore be provided to patients.*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research



Insight STRATEGY ADVISORS

# **Conjoint output:** Utilities modeled to determine share sensitivities of level changes within attributes and relative importance of attributes

HCP

*Illustrative*

## Conjoint Output: Relative Attribute Contribution to RT002 Selection




In this example, a change in from Level 2 in Attribute X generates an increase in share of 5% over the Base Case

## **Conjoint Output:** Aggregate Contribution of Level Changes from Lowest to Base to Highest Share




The aggregate increase / decrease in share from base case is not a cumulative function of individual attributes (e.g. if attribute X leads to a 5% increase and attribute Y leads to 3% increase in share, attribute X + Y may not lead to a 8% increase in share)

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# In the highest share scenario, HCPs anticipate doubling RT002 share from base with the increase driven by lower price compared to Botox.

HCP

**Untempered Share**

## RT002 Patient Share

*% Patients (n=250) – weighted by patients*

*Attributes sorted by relative importance*

| | Lowest | Base Case | Highest |
|---|---|---|---|
| ***Price you pay for toxin including all discounts and rebates*** | 50% greater than Botox | 25% greater than Botox | 25% less than Botox |
| ***Toxin Duration*** | 3-4 months (12 - 14 weeks) | 6 months (24 weeks) | Greater than 6 months (24 weeks) |
| ***Manufacturer offers patient loyalty program*** | No | Yes | |
| ***Preparation/Dosing/Injection*** | Equivalent Dilution | Different Dilution | |
| ***Number of Indications*** | Glabellar | | Glabellar, Forehead, Crow's Feet |
| ***Discounts given to you on other non-toxin products*** | None | | Bundled with filler which receives a 20% discount vs. what you pay for Juvederm or other filler |
| ***Relationship with sales rep*** | None | Sales rep visits monthly | Sales rep visits weekly or bi-weekly |
| ***Manufacturer offers support programs for practice*** | None | Practice management support such as consulting and marketing as well as injector training | |




** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Source: ISA Primary Research

Insight Strategy Advisors



HIGHLY CONFIDENTIAL INFORMATION

REV_DAX-02673493

JTX-096.0058

# With the availability of generic Botox, RT002 share falls by ~25%-30% compared to the scenario when only RT002 is available.

HCP

**Untempered Share**

## Change in Patient Share* Given RT002 & Generic Botox Availability

*% Patients (n=250) – weighted by patients*

| Toxin Product | Returning Patients | | Naïve Patients | |
|---|---|---|---|---|
| | % Patients | Change | % Patients | Change |
| *RT002* | 13% | -4.6% | 13% | -6.0% |
| *Generic Botox* | 18% | +18.2% | 20% | +19.8% |
| Botox | 45% | -21.3% | 44% | -22.3 |
| Dysport | 15% | -6.8% | 15% | -7.0% |
| Xeomin | 9% | -3.4% | 8% | -3.6% |

Current Utilization
Future Utilization

* *Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q25. Assuming a 'generic Botox' (non-Allergan product), priced 20-30% lower than the branded product, came to market at the same time or before Product X, please reallocate the percent of Returning and Treatment Naïve customers patients that will receive treatment at your practice next month.

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Table of Contents


Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

- **Patient Background**
- Current Utilization & Perceptions
- RT002 Review & Preference Share

Appendix

# Patients were screened to ensure that they represent a mix of ages and are from carrying regions.

Patient

**Practice Region**
*% of Patients (n=298)*




**Practice Setting**
*% of Patients (n=298)*




**Patient Age**
*% of Patients (n=298)*




Patients <25 yrs were screened out.

S11. How old are you?
S6. Where do / would you receive your botulinum toxin injections?
S7. How would you describe the setting of the practice at which you get (or would get) botulinum toxin treatments?
Source: ISA Primary Research

# Patient sample is comprised of individuals with varying socio-economic status.

Patient










S11x. What is your approximate household income?
S12. What would best describe your current employment status?
S15. How would you describe your current approach to spending?

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Patients used or expected to use botulinum toxin for cosmetic purposes and reported utilizing a variety of other aesthetic treatments.

Patient

## Patient Reason for Toxin Use – By Patient Type

*% of Patients (n=298)*




## Patient Aesthetic Treatment Use/ Expected Use – By Patient Type

*% of Patients (n=190 returning, 118 naive)*




S4. For what use are you receiving, or would you receive, botulinum toxin products?
S13. Which of the following aesthetic treatments have you ever used or plan to use in the future?

Source: ISA Primary Research

# Patients in the sample represent those who are proactive anti-agers and those who want to restore their youth.

Patient




S8. Which statement best describes your perception of beauty?

Source: ISA Primary Research

# Table of Contents

Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Patient Background

**Current Utilization & Perceptions**

RT002 Review & Preference Share

Appendix

# Vast majority of the patients have used / expect to use Botox; current patients are getting injections from Derms or Plastic Surgeons.

Patient

## Providers Treating Patients with Toxin

*% of Patients (n=298)*

## Past / Expected Brand Utilization

*% of Patients (n=180 Returning, 118 Naive)*







Q1. Which botulinum toxin brand(s) did you receive in the last 6 months? OR Which botulinum toxin brand(s) would you be interested in receiving in the next 6 months?
Q2. In the last 6 months, who did you receive botulinum toxin treatments from? OR In the next 6 months, who would you want to receive botulinum toxin treatments from?

Source: ISA Primary Research

# The majority of patients are receiving / would like to receive toxin injections for forehead lines, crow's feet, and glabellar lines.

Patient




**Patient Site of Injection** – By Patient Type
*% of Patients (n=180 Returning, 118 Naive)*




Q3. Where on your face/neck do you get or plan to get botulinum toxin treatments?
Source: ISA Primary Research

HIGHLY CONFIDENTIAL INFORMATION



REV_DAX-02673502

JTX-096.0067

# Current patients most commonly receive two treatments per year and are paying per unit for the injections.

Patient










Nearly half of the current patients believe that toxin is fairly priced

Q4. How many times per year do you currently / plan to go in to get botulinum toxin treatment?
Q5. How are you currently charged for your toxin treatments? OR How would you want to be charged for your toxin treatments?
Q12. What is your perception of the value associated with botulinum toxins?

Source: ISA Primary Research

# Cost of treatment is the main reason why patients have or would switch practices.

Patient

## Factors Influencing Patient Switch to Another Practice – Ranking Top 3 Factors

*% of Patients (n=298)*

Factors influencing decision to switch practices did not vary significantly by patient type




Q7. Have you switched from one practice to another due to any of the following reasons? OR Which of the following reasons would cause you to switch from one practice to another?

Source: ISA Primary Research

# Patients are generally looking for the same top attributes (improvement in looks, cost and safety) in a new toxin product as their current brand.

Patient

## Most Important Attributes – Top 5

*% of Patients (n=180 returning, 298 returning and naive)*

Attributes for a new product did not vary significantly by patient type




Q10. From the following list, rank the importance of the following factors associated with your CURRENT botulinum toxin treatment in terms of importance to you.
Q11. From the following list, rank the top five most important factors when considering a NEW botulinum toxin treatment in terms of importance to you.
Source: ISA Primary Research

# Botox's Brilliant Distinctions has the highest membership among patients and also the most members receiving referral rewards.

Patient

## Loyalty Program Awareness and Membership – Returning Patients Only

| *Loyalty Rewards Program* | Awareness (n=180 Returning) | Membership (n=180 Returning) | *Average Rewards Amount* | *Percent of Members Receiving Referral Rewards* |
|---|---|---|---|---|
| **Botox:** Brilliant Distinctions | 54% | 35% | $79 | 52% *(n=63)* |
| **Dysport:** Aspire Galderma Rewards | 27% | 7% | *N/A (Insignificant n sizes)* | 33% *(n=12)* |
| **Xeomin:** Xperience | 21% | 3% | | 17% *(n=6)* |
| Physician's office loyalty rewards program | 38% | 17% | $126 | 29% *(n=19)* |

Approximately two thirds of patients received less than $100 in rewards, and one third received > $100 in rewards.

Approximately two thirds of patients received $150 or less in rewards, and one third received $150 - $345.

*Responds who did not know the amount of their last reward were excluded from n=69. Outliers were excluded from average rewards amounts.
Q13. Which loyalty program(s), if any, are you aware of and a member of?
Q14. Are you currently receiving any rewards points for referring a friend through a manufacturers loyalty program?
Q15. What was the value of your last loyalty program reward and annual reward?

# Most Loyalty Program Members acknowledge that their membership saves them money and influences their continued use of the brand.

Patient

## Loyalty Program Membership – Returning Patients Only
*% of Patients (n=180 Returning)*




## Loyalty Program Affect on Continued Use of Brand – Returning Patients Only
*% of Patients (n=85 Members)*




Q16. How does/would loyalty program membership affect your continued use of a particular brand?



HIGHLY CONFIDENTIAL INFORMATION

# Table of Contents


Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

- Patient Background
- Current Utilization & Perceptions
- **RT002 Review & Preference Share**

Appendix




HIGHLY CONFIDENTIAL INFORMATION

# Similar to HCPs, patients also view RT002's duration of response, safety and onset of action as the most attractive attributes.

Patient

No differences between patient type on perceptions of RT002

## Perceptions of RT002 – Top 3 Most/Least Attractive Attributes

*% of Patients (n=298)*




Q17. Please rank the three most attractive product characteristics from the list below.
Q18. Please rank the three least attractive product characteristics from the list below.
Source: ISA Primary Research

# Overall, the perceptions of RT002 are very positive with nearly 3 in 4 patients reporting that they are likely to try it.

Patient










Of those patients who answered 'yes', 35% were willing to pay 5-15% premium to current price and nearly 90% were willing to pay 5-30%

Q19. To what degree is Product X an improvement as compared to Botox?
Q20. If Product X was approved with this profile, what would the likelihood be that you would try it?
Q21. Would you pay more for the convenience of twice annual practice visits?

# Overall preference share for patients is relatively high, suggesting that many are willing to try a longer-lasting toxin.

Patient

**Untempered Share**

## Relative Attribute Contribution to RT002 Selection

Downside / Upside

### Current Patients

*Attributes sorted by relative importance*

| *Attribute* | *Baseline = 59.4%** Downside | Upside | *Relative Importance* |
|---|---|---|---|
| Length of time before effects wear off | -34.5% | | 44% |
| The brand was recommended by | -18.4% | +1.4% | 25% |
| Cost of your toxin treatment (including discounts and promotions) | -9.2% | +4.5% | 17% |
| Manufacturer offers loyalty program | | +1.7% | 7% |
| Discounts are offered on other non-toxin procedures | | +5.1% | 6% |

### Naïve Patients

*Attributes sorted by relative importance*

| *Attribute* | *Baseline = 66.1%** Downside | Upside | *Relative Importance* |
|---|---|---|---|
| Length of time before effects wear off | -34.5% | +2.6% | 32% |
| The brand was recommended by | -27.2% | +0.3% | 24% |
| Cost of your toxin treatment (including discounts and promotions) | -23.9% | +3.0% | 23% |
| Manufacturer offers loyalty program | -17.9% | +0.5% | 16% |
| Discounts are offered on other non-toxin procedures | | +4.7% | 4% |

**Note: Share represents patient choice at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Patients are willing to pay more for a longer lasting toxin and a brand that has been recommended to them; brand awareness with the perception of longer duration can help drive patient choice even at premium prices.

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.
Source: ISA Primary Research

# Patients are most sensitive to changes in duration, with significant decreases in patient share for duration lower than 6 months

Patient

**Derived Share**

**RT002 Preference Share***
*% of Patients, Base Case Attributes*




***A 6-month duration is a key differentiator for RT002 and will drive significant share even at a premium to Botox; however, there is significant risk to RT002 if duration is less than 5-6 months***

**Note: Share represents patient choice at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# While the influence of particular recommendations varies, it is important that patients be made aware of the brand in some way.

Patient

**Derived Share**

**RT002 Preference Share***
*% of Patients, Base Case Attributes*

*Represents base case*




***It is difficult to identify the best source of a recommendation, however it is clear that brand awareness and a recommendation of some sort is critical to drive patient demand***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# Driven by duration and brand awareness, the delta from the lowest preference share to the highest is very drastic.

Patient

**Untempered Share**

## RT002 Preference Share

*% Patients (n=298)*

| | Lowest | Base Case | Highest |
|---|---|---|---|
| Length of time before effects wear off | 3-4 months (12 - 14 weeks) | 6 months (24 weeks) | Greater than 6 months (24 weeks) |
| The brand was recommended to you by: | None | Office or spa recommends | Positive reviews on social media |
| Cost of your toxin treatment (including discounts and promotions) | 50% higher than you normally pay | 25% higher than you normally pay | 25% less than you normally pay |
| Manufacturer offers loyalty program | None | Earn points with each treatment - 100 points = $10 coupon | Earn points with each treatment - 100 points = $10 coupon and $20 off on patient's birthday |
| Discounts are offered on other non-toxin procedures | None | None | $50 off treatment |




**Ensuring that the brand is positioned as a longer lasting toxin, and that patients are aware of the brand will be critical to driving utilization**

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# Table of Contents

Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

**Appendix**

# Comparison of Kaiser and ISA Research Methodology.

| | Kaiser Approach | ISA Approach |
|---|---|---|
| **Sample** | Provider demand research<br><br>Only large practice sizes by patient volume | Provider & patient demand research<br><br>Mix of practice sizes by patient volume |
| **Methodology** | Brand blinded choice-based conjoint<br><br>RT002 enters a market with 4 brands including Evolus | Brand unblinded choice-based conjoint<br><br>RT002 enters a market with 3 brands |
| **Tempering Approach** | Provider preference shares discounted to account for impact of brand and market entry to arrive at peak share (since shares obtained were brand blind) | Untempered provider and patient preference shares at launch were linked to obtain a combined demand impact |

# Exhibit JTX-164

Allergan
Aesthetics
an AbbVie company

# Daxxify® Launch Tracker

## Main Quant Study Report

*May and June Waves w/ HCPs*



*June 30, 2023*
*Wave 2*

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

EXHIBIT
6
M.C. 5/31/24

HIGHLY CONFIDENTIAL INFORMATION
TO BE TREATED AS EAR-PROTECTED INFORMATION

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-164

**Table of Contents**


| | Page |
|---|---|
| Objectives and Methodology | 3 |
| Executive Summary | 4 |
| Summary of Findings | |
| • Neurotoxin Usage Behaviors | 5 |
| • Perceptions of Daxxify® Relative to Other NTXs | 18 |
| • Price and Free Good Evaluation | 30 |
| • Daxxify® Promotion / Communications | 36 |
| • Sale Rep Detailing and Counter Messaging Assessment | 39 |
| • RHA Assessment | 46 |
| Appendix | 48 |

## Objectives & Methodology



**Objectives:**

- Evaluate perceptions and behaviors related to Daxxify® among HCPs who are using and/or have been detailed on Daxxify®

**Quantitative Sample:**

| | May (Wave 1) | June (Wave 2) |
|---|---|---|
| **Total HCPs who are Using Daxxify® or Have Available at Practice & Been Detailed by Rep** | n = 96 | n = 143 |
| Dermatologists | n = 37 | n = 65 |
| Plastic Surgeons | n = 29 | n = 47 |
| Non-Core | n = 13 | n = 14 |
| Extenders | n = 17 | n = 17 |
| Daxxify® Injectors | n = 78 | n = 117 |
| Daxxify® Non-Users *(have available / seen Daxxify® rep)* | n = 18 | n = 26 |

Qualitative Research was conducted on June 27 – 29, 2023

- 6 HCPs injecting Daxxify® (5 PLSs, 1 Derm, 1 Extender)
- Use of Daxxify® varied between 5% share (started using Mar – May) and 25% - 30% (started in Dec)

**Key Criteria**

- Treat 15+ NTX patients per month (Average: WV2: 71 / WV1: 71)
- Have Daxxify® available at practice (though some are not using it yet)
- Years in Practice: 2 – 38 (Average: W2: 13 / WV1: 14)

**Quantitative:** ~25-minute online survey

Fielding was conducted:

| Wave 1 | Wave 2 |
|---|---|
| May 8-21, 2023 | June 8 - 26, 2023 |

© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

# Executive Summary

*Daxxify® Launch Tracker - HCPs*
*(Wave 2: June 2023)*



1 ➢ **Key Aspects of Daxxify® Use:**

- Among Daxxify® injectors, Daxxify® has captured a 13% share of the NTX market
- As the market leader, BTXC is the main NTX that Daxxify® captures share from (share capture is proportional to BTXC use).
- Daxxify® is mainly used for glabellar lines, but use in all three areas has increased over the past month (May to June)
- Daxxify® is not being dosed to label:
  Average dose is 29 units in GL, with > 70% of HCPs dosing less than 40U (increase in % under dosing GL from May to June).
  Even fewer Daxxify® units for forehead lines (88% of HCPs dose < 40U) and LCL (87% < 40U).
- 71% of Daxxify® patients are existing patients, though trial of Daxxify® in new patients increased in June.

2 ➢ Driver of Daxxify® use is the longer duration – perceived 5½ months on average.

  - ❖ HCPs perceive the longer duration is due more to an increase in units rather than the peptide (slight shift from May).
  - ❖ However, among patients receiving retreatment already with Daxxify®, over half achieved a duration of ≤ 4 months.
- Patient request for Daxxify® or a long-acting NTX is also a key driver, increasing slightly from 36% in May to 43% in June.

3 ➢ BTXC still holds a favorable position vs. Daxxify® even among Daxxify® injectors.

- HCPs are significantly more likely to recommend BTXC to a colleague (69%) than Daxxify® (45%).
- BTXC is perceived to perform significantly better than Daxxify® on consistency, predictability, and profitability.
  Perception about having consistent results w/ Daxxify® has decreased in June (52% perceive consistent in May, 38% in June).

4 ➢ The key messages to convey to counter Daxxify® are potentially less revenue if patients come less frequently, duration driven by double dosing, and 40U toxin has <5% achieving 2 grade results at 24 weeks.

Source: 2023-PM-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

5

# Neurotoxin Usage Behaviors

© Allergan Aesthetics

Among Daxxify® injectors, share of Daxxify® increased slightly from May to June.

NTX Share Among Daxxify®® Injectors




**81%** of the HCPs using Daxxify® offer 4 or all 5 NTXs at their practice (WV1: 81%)

**Among Daxxify® Injectors…**

- 98% also offer BTXC (WV1: 100%)
- 91% also offer Dysport (WV1: 88%)
- 71% also offer Jeuveau (WV1: 74%)
- 80% also offer Xeomin (WV1: 74%)

© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

S9a. Which option describes your awareness and usage of the following neurotoxins?
S9b. Of the cosmetic patients you treated with neurotoxins in the PAST MONTH, what percent were treated with each brand?

The adoption of Daxxify® had minimal impact on what NTXs HCPs carry.

7




© Allergan Aesthetics

F0 Have you stopped carrying any neurotoxins since Daxxify®?

8

As the market leader, BTXC is the main NTX that Daxxify® captures share from (though proportional to BTXC use).




© Allergan Aesthetics

N9. Of the patients treated with Daxxify® in the past month who were NEW to neurotoxins treatment, what percent would have received each neurotoxin had they NOT been treated with Daxxify®?
N10. Of the patients treated with Daxxify® in the past month who were EXISTING neurotoxin patients, what percent previously received each neurotoxin last?

Daxxify® use is being driven by patient requests (increased in June) and to a lesser extent HCP recommendations.

9

**Who Recommended / Requested Daxxify®**
- % among Daxxify® injectors -




**Qual Results**

- Daxxify® is being recommended to
  - Well-established patients receiving NTX 3+ times a year – HCP and these patient have a trusting relationship, so HCP feels comfortable trying it in these patients
  - Patients complaining about frequency of injections
  - Patients with diminished efficacy on existing NTXs
- Of the patients HCPs offer Daxxify®, half or less go forward with it. Main patient barriers to adoption are
  1. Satisfied and familiar with current NTX
  2. Do not want to try something new to market
  3. Sticker shock – had a price in mind and planned to pay, do not want to exceed that (at least at this visit)
  - HCPs note patients initially not accepting Daxxify® now may be more open to it in the future (e.g., can plan for higher cost)

"I have very satisfied patients with Botox who have been doing it for ten plus years and there's no reason to change. They're very happy. I offer Daxxify®, point out that it could potentially last longer and come in one less time a year, but they're like 'no, I like my Botox.'" *Derm*

© Allergan Aesthetics

Source: 2023 PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

N12 For how many months have you been injecting patients with Daxxify®? N13 For how many of your neurotoxin patients in total have received Daxxify® since you started injecting it?
N14 Of the patients receiving Daxxify®, what percent




N8. Of the cosmetic patients you have treated with the following neurotoxins in the past month, what percent were new to neurotoxin treatment vs. previously had neurotoxin treatment?




N1a What percent of patients receiving each neurotoxin in the PAST MONTH were treated in the following facial area?




N2a On average, how many UNITS of each neurotoxin are you typically injecting when treating GLABELLAR LINES during a SINGLE visit?
N2b On average, how many UNITS of each neurotoxin are you typically injecting when treating FOREHEAD LINES during a SINGLE visit?
N2c On average, how many UNITS of each neurotoxin are you typically injecting when treating CROW'S FEET (BOTH SIDES) during a SINGLE visit?

## Qual Results



### HCPs realize they are underdosing Daxxify®.

**Underdosing is mainly due to:**

1) Concerns about potential side effects / negative reactions that last several months
2) Gaining familiarity with Daxxify® – want to start low
3) Patients not be able to afford 40U recommended dose

- HCPs do NOT report underdosing from a practice profitability standpoint

**HCPs are open to increasing the number of Daxxify® units if they do NOT receive the desired results at lower doses.**

- Patient satisfaction can differ based on how many units they received, and area where they received it (higher satisfaction if only received in glabellar, less satisfaction with FHL and LCL)
- Challenge with FHL and LCL is HCPs can be hesitant about larger doses increasing risk of complications in these areas – becomes a trade off of duration vs. potentially increase SE risk.

*"Maybe Daxxify® will last a little bit longer. Six months is what you're supposed to be looking at, but I haven't been doing the dosage that they say with Daxxify®. Been doing about 20 units. I don't think it's going to last 6 months. I'd just rather start lower. I do tell the patients I am not starting at the recommended dose because if something goes wrong or you react to this, we will have a problem. I might use higher units of Daxxify® if it doesn't work." PLS*

*"In terms of duration, glabella lasts for about 4½ to 5 months, the forehead lasts for about 3 months, and for crow's feet about 4 months. But it's still a work in progress figuring out the ideal dosage. For the forehead, I have been using about 30 units but that isn't getting the same duration, so I might increase it." Derm injecting Daxi since Dec.*

© Allergan Aesthetics

Source: 2023 P8 BT XC-Daxxify® Launch Tracker JUNE Report | HCP




N8a Which neurotoxin brand are you most likely to give to the following patient types?

BTXC is the preferred NTX regardless of filler used, though likelihood to use Daxxify® increases for patients receiving RHA.

15




© Allergan Aesthetics

N8b For patients who are currently using the following filler brands and are planning to start receiving a neurotoxin, what neurotoxin brand would you use?

16

Most NTXs will be offered 12 months from now.

**Anticipated Neurotoxins to be Offered 12 Months from Now**

- % among those that currently offer, June (W2) -




© Allergan Aesthetics

Source: 2023 PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

F1. 12 months from now, which neurotoxins do you anticipate your practice will carry / offer at that time?

HCPs anticipate their use of Daxxify® to increase over the next 12 months, mainly capturing share from BTXC as the market leader.

17




© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

F3. Consider your patients who will receive neurotoxins 12 months from now. What percent of patients do you anticipate will receive the following neurotoxins?

18

# Perceptions of Daxxify® Relative to Other NTXs

© Allergan Aesthetics

HIGHLY CONFIDENTIAL INFORMATION
TO BE TREATED AS EAR-PROTECTED INFORMATION

Significantly fewer HCPs are likely to recommend Daxxify® to an HCP colleague than BTXC. 19




N3 On a scale of 0 to 10, how likely are you to recommend the following neurotoxins to a colleague?
N4 How satisfied are your patients who were treated with each neurotoxin?




N5. We would like to understand how well you perceive the following neurotoxins perform or will perform on each attribute.




N5. We would like to understand how well you perceive the following neurotoxins perform or will perform on each attribute.

## Qualitative Results: HCP Perceptions of Daxxify® on Following Characteristics



**Duration**

- Perceive it is longer than what achieve w/ Daxxify®, and Revance is clearly emphasizing 6M duration
  - However, some question if Daxxify® can achieve a 6M duration – especially if dosed at lower than 40U.

**Predictability**

- As HCPs are using Daxxify®, they are not achieving consistent duration in patients – with some patients returning within 3 – 4M.
  - This is somewhat attributed to < 40U dosing, but HCPs still learning what to expect with Daxxify®.

**Minimal SE Potential**

- Most patients have NOT experienced SEs - though still a concern if they occur they will last longer.
  - A minority of HCPs indicate **slight burning** in some patients but does not limit use as it is tolerable for patients, the use products to minimize the pain, or changed the saline type and it is no longer an issue.

**Quick Onset**

- Is perceived to have a faster onset – not pivotal with a NTX but does help with perceptions that Daxxify® is effective when patients switch to the new product. More important for few patients needing it prior to an event.

**Achieves Natural Looking Results**

- Generally perceived to achieve similar looking results as BTXC and Dysport
  - Couple HCPs note a minority of patients perceived to appear to have a "stiffer" / "tighter" appearance on Daxxify®.

**Profitable**

- Mixed reactions: could be similar to BTXC (make more per Daxxify® visit but patients come less) or could decrease given less touch points. It is not perceived to be more profitable.

© Allergan Aesthetics

Source: 2023 [illegible] BTXC-Daxxify® Launch Tracker JUNE Report - HCP




N6. On average, when do you perceive the neurotoxin starts to wear off (can see more movement), vs when you recommend patients return for treatment?
N7. On average, how many DAYS is it until patients notice visible results (onset) with each neurotoxin?

Longer duration is the primary reason HCPs switch to Daxxify®, but patient requests and wanting to offer the newest treatments are also drivers.






© Allergan Aesthetics

N11. Why did you switch away from other neurotoxins to Daxxify®?

## HCPs perceive the longer duration is due more to an increase in units rather than the peptide (a shift from last month).

25

**Impact of Longer Duration of Daxxify® Due to Peptide vs. Increase in Units**
- % indicating, n=67 Who Perceive Daxxify® Duration is LONGER than BTXC -




Qual Results:

- HCPs initially note it is a mix of the peptide and the higher units that achieves the longer action But if they are not achieving longer duration at lower than recommended units, they begin to shift to thinking duration is related more to dosing

*"Does it make a difference about the dosing or is it the secret sauce of the peptide? My guess is that it could be a little bit of both but mostly double the dosing. Jeuveau has launched a study where they've provided 40 units as opposed to 20 and preliminary data shows that it's replicating the data from Daxxify®. That suggest it's more of a dose dependent effect. But then it comes to what's the cost. If I double the cost for Botox or for the other ones, it would be cost prohibitive." PLS*

© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

N11a To what extent do you perceive the longer duration of Daxxify® is due to the peptide vs. increase in the number of units given?

2/5th of HCPs perceive dosing other NTXs at the same units as Daxxify® will lead to similar duration, with many considering trying higher doses.









© Allergan Aesthetics

N14d If you dosed other neurotoxins (e.g., Botox Cosmetic, Dysport) at the same number of units as Daxxify®, do you perceive it would last as long as Daxxify®?
N14e: Have you considered dosing other neurotoxins similar to Daxxify® (same number of units)?

Duration not meeting patient expectations is the most common concern with Daxxify®, though that concern is with 1/3rd of HCPs.




© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

N15. How concerned are you about the following regarding Daxxify®?

Most patients who have been retreated with Daxxify® did NOT achieve 6M duration, with over half achieving a duration of 4 months or less.









© Allergan Aesthetics

N17 For patients who received Daxxify® and require retreatment, what percent had results lasting...
N18 For patients who received Daxxify® and have since required retreatment, what neurotoxin did they typically receive again?

Training on Daxxify® is mainly coming via webinars or training at the practice.




© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

N19 Have you received training on how to inject Daxxify®?

# Price and Free Good Evaluation

© Allergan Aesthetics

Most of the Daxxify® vials used were purchased – but only a minority have reordered it again. 31




P0. Have you received free goods or sample vials of Daxxify®?
P1. What percent of the Daxxify® vials you used in the past month were free goods / samples vs. you purchased the vials?
P1a How likely are you to reorder Daxxify®?

HCPs are charging for Daxxify® at about 1½ times the cost of BTXC (per treatment). 32

**Typically Charge Patients for NTXs**
- % indicating -




| | Botox® Cosmetic | Daxxify® | | Dysport® |
|---|---|---|---|---|
| Avg price per unit charged to patients | $14<br>n=113 | $16<br>n=67 | 15% increase in cost per unit | $11<br>n=90 |
| Avg price per area injected charged to patients | $382<br>n=33 | $570<br>n=27 | 49% increase in cost per area | $388<br>n=26 |

When consider increase in units w/ Daxxify®, this comes to a 56% increase in price per treatment

© Allergan Aesthetics

P2. How do you typically charge patients for each neurotoxin?
P3a. What is the average price PER UNIT that you charge patients for each neurotoxin?
P3b. When treating glabellar lines, what is the average price you charge patients for the neurotoxin (do NOT include other injectables)?
P4. What is the average NET price PER VIAL that you / your practice pays for each neurotoxin after all the discounts / rebates have been realized (i.e., final cost from manufacturer)?

Assume the net price includes all free goods and practice rebates (including rebates based on HCP loyalty programs, but excluding any rebates / discounts your patients receive).

Revance is recommending how to price Daxxify® for about half the HCPs, generally at 1½ times the total treatment cost of BTXC.

33




© Allergan Aesthetics

P5. Has Revance provided recommendations on how to price Daxxify® to patients?
P6. What has Revance conveyed about how to price Daxxify®?

The most common cost to the practice for Daxxify® vial is between $385 - $400, though some HCPs perceive they are paying more than $450 and most are unsure what they pay for Daxxify®.

**47** Daxxify®* Vials purchased by practice on average

3/4th of HCPs are Unsure of Daxxify® Cost

**Price Per Vial Practice Pays for 100U Vial**
- % using Daxxify®, n=38 -




© Allergan Aesthetics

P4a In total, how many VIALs has your practice purchased of Daxxify®?
P4b What is the price per vial that your practice pays (price per 100 unit vial)?

Half of HCPs are aware of Revance offering some type of promotion to patients receiving Daxxify®.

35




© Allergan Aesthetics

P7. What direct-to-patient discounts / rebates were offered by Revance for patients receiving Daxxify®, if any?
P8. How much of a savings / money off was the patient rebate or coupon for Daxxify®?
P8a. How much of a patient rebate off of Daxxify® is there when patients purchase an annual subscription?

36

# Daxxify® Promotion / Communications

© Allergan Aesthetics




X2. Which of the following have you done to promote Daxxify® in your practice?




X3. What do you convey about Daxxify® to your patients?

# Sale Rep Detailing and Counter Messaging Assessment

© Allergan Aesthetics

Daxxify® / Revance sales rep has a slightly higher presence in HCPs offices than A/A (in practices where Daxxify® is being used / offered).




© Allergan Aesthetics

X1b. When was the last time you saw a sales representative for each brand in-person?
X2a. How satisfied have you been with sales reps you have seen for the following neurotoxins?
X1ba: Has someone else at your practice seen a Daxxify® Sale rep in the past 3 months?

The main messages recalled from Revance about Daxxify® are last 6 months / twice as long and is peptide-powered.

41




© Allergan Aesthetics

X4a. Which of the following messages do you recall hearing about Daxxify®?

## The longer duration / 6-month message though is the key motivator for using Daxxify®.



**Motivation of Daxxify® Messages**
- % Very Motivating (6 – 7 on 1 – 7 scale) -

| | June (W2) (n=143) | May (W1) (n=82) |
|---|---|---|
| Lasts twice as long as other neurotoxins | 59% | 58% |
| Median duration of 6 months | 58% | 65% |
| Some patients have results that last 9 months | 56% | 66% |
| Greater than 95% of patients showed a response to Daxxify® | 55% | 59% |
| Consumers are willing to pay for more duration | 55% | 57% |
| Daxxify® is a premium product, ensuring higher revenue and higher margins for the practice | 50% | 38% |
| Daxxify® is manufactured in the U.S. for drug substance and drug product | 45% | 44% |
| Consumers are coming in only 1.8 times a year on average anyways so appropriate for Daxxify® twice a year | 41% | 44% |
| Daxxify® conducted 3 unprecedented phase 3 clinical trials (largest aesthetic program in glabella lines) | 40% | 53% |
| Daxxify® has no animal derived components, and No human serum albumin (HSA) | 38% | 35% |
| Peptide powered | 35% | 27% |
| Completely novel formulation | 34% | 40% |

© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

X6. To what extent does each message motivate you to want to use Daxxify®?

While this duration is motivating, many HCPs are unsure of the credibility of this message.

43

**Credibility of Daxxify® Messages**
- % Very Credible (6 – 7 on 1 – 7 scale) -

| | June (W2) (n=143) | May (W1) (n=82) |
| --- | --- | --- |
| Daxxify® has no animal derived components, and No human serum albumin (HSA) | 64% | 72% |
| Daxxify® is manufactured in the U.S. for drug substance and drug product | 62% | 65% |
| Greater than 95% of patients showed a response to Daxxify® | 59% | 45% |
| Peptide-powered | 59% | 47% |
| Some patients have results that last 9 months | 46% | 39% |
| Completely novel formulation | 46% | 48% |
| Daxxify® conducted 5 unprecedented phase 3 clinical trials (largest aesthetic program in glabella lines) | 46% | 52% |
| Median duration of 6 months | 45% | 52% |
| Lasts twice as long as other neurotoxins | 41% | 36% |
| Consumers are willing to pay for more duration | 39% | 38% |
| Consumers are coming in only 1.3 times a year on average anyways so appropriate for Daxxify® twice a year | 36% | 39% |
| Daxxify® is a premium product, ensuring higher revenue and higher margins for the practice | 33% | 31% |

The credibility of the 6M message has decreased slightly

© Allergan Aesthetics

Source: [illegible] Daxxify® Launch Tracker JUNE Report - HCP

X5. How credible are the following messages about Daxxify®?

One-fifth of HCPs using and/or being detailed on Daxxify® have also been counter-detailed on Daxxify®, mainly by A/A. 44

**% of Competitive NTX Manufacturers Conveying Information about Daxxify®**
- % Indicating: June (W2): n=143 / May (W1): n=96 -




- 20% from Allergan Aesthetics (WV1: 19%)
- 11% from Galderma (WV1: 7%)
- 12% from Evolus (WV1: 7%)
- 5% from Merz (WV1: 4%)

Qual Result: Restylane rep also has emphasized how they have a longer acting NTX in development

| **Messages Being Conveyed by Competitive Manufacturers** (aided, Who Have Had Competitive Details) | May/June (W1/2) (n=61) |
|---|---|
| With Daxxify® longer-lasting effect, it's likely that patients may come in less frequently, resulting in fewer touchpoints and potentially less revenue for your practice | 72% |
| Daxxify® duration is driven by double-dosing (40 units instead of 20 units) | 64% |
| The 40-Unit toxin showed: • < 5% of patients achieved the ≥ 2-grade composite score at 24 weeks (composite investigator and patient assessment)1 • 0% of patients achieved the ≥ 2-grade composite score at 36 weeks1 • ~ 1 in 3 patients achieved a response of none or mild at 24 weeks based on investigator assessment | 56% |
| The longer-term immunogenicity and safety profile of Daxxify® are unknown outside of pivotal clinical trials. | 56% |
| The stated role of the Daxxify® peptide has continuously changed over the last few years. It was originally designed for a topical application trial to help optimize transcutaneous delivery of the toxin molecule through the skin. It is now part of the approved formulation for intramuscular injection. The cell penetrating peptide has never been used in an FDA approved product before Daxxify® | 54% |
| Higher-dose often associated with frozen effect | 50% |

© Allergan Aesthetics

Source: 2023 [illegible] Daxxify® Launch Tracker [illegible] Report - HCP

Y1a What other neurotoxin manufacturers have conveyed information about Daxxify®? Y1 Do you recall other neurotoxin manufacturers conveying the following information about Daxxify® (e.g., Allergan Aesthetics, Galderma, Evolus, Merz)?

## The key message to convey to counter Daxxify® relates to less frequent visits results in fewer touch points / less revenue.

45

**Top Messages Influencing HCPs NOT to Use Daxxify®**
HCPs with Daxxify® Available at their Practice

| Message | June (W2) (n=143) | May (W1) (n=96) |
|---|---|---|
| With Daxxify® longer-lasting effect, it's likely that patients may come in less frequently, resulting in fewer touchpoints and potentially less revenue for your practice | 64% | 59% |
| Daxxify®'s duration is driven by double-dosing (40 units instead of 20 units) | 62% | 50% |
| The 40-Unit toxin showed: • < 5% of patients achieved the ≥ 2-grade composite score at 24 weeks (composite investigator and patient assessment)1 • 0% of patients achieved the ≥ 2-grade composite score at 36 weeks1 • ~ 1 in 3 patients achieved a response of none or mild at 24 weeks based on investigator assessment | 50% | 63% |
| Higher-dose often associated with frozen effect | 45% | 41% |
| The stated role of the Daxxify®™ peptide has continuously changed over the last few years. It was originally designed for a topical application trial to help optimize transcutaneous delivery of the toxin molecule through the skin. It is now part of the approved formulation for intramuscular injection. The cell penetrating peptide has never been used in an FDA approved product before Daxxify® | 41% | 38% |
| The longer-term immunogenicity and safety profile of Daxxify®™ are unknown outside of pivotal clinical trials | 39% | 50% |

**10%** of HCPs not none of these messages negatively impacts interest in Daxxify® (WV1: 17%)

© Allergan Aesthetics

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

Y2 Given all the messages we reviewed, rank up to the top 3 based on which have the greatest impact on influencing you NOT to use Daxxify®?

# RHA Assessment

© Allergan Aesthetics




N3. How many neurotoxin vials (not the number of patients) of the following products did you and/or your staff (e.g. nurses, NP/Pas, estheticians) inject for cosmetic purposes?
D7. Thinking about [insert month], how many dermal filler syringes (not the number of patients) did you and/or your staff (e.g. nurses, NP/PAs, estheticians) inject of the following brands? Please round up to the nearest full syringe.

# Appendix –Practice Demographics

© Allergan Aesthetics

## Practice Demographics



| Specialty (% indicating) | May (W1) (n=96) | June (W2) (n=143) |
|---|---|---|
| Dermatologist | 39% | 45% |
| Plastic Surgeon | 23% | 24% |
| Cosmetic Surgeon | 3% | 2% |
| Facial Plastic Surgeon | 1% | 3% |
| Oculoplastic Surgeon | 3% | 3% |
| Ophthalmologist | 4% | 1% |
| Otolaryngologist / Ear, Nose and Throat | 1% | 1% |
| Primary Care | 4% | 4% |
| Obstetrics / Gynecologist | 1% | 1% |
| Dentist | 1% | 0% |
| Emergency Medicine | 1% | 1% |
| General Surgeon | 0% | 1% |
| Anesthesiologist | 1% | 0% |
| Nurse Practitioner | 9% | 7% |
| Physician Assistant | 5% | 3% |
| Registered Nurse | 3% | 2% |

| | May (W1) (n=96) | June (W2) (n=143) |
|---|---|---|
| **Organizational Structure** (% indicating) | | |
| Part of a larger organization or corporate franchise | 11% | 17% |
| Multi-independent group of practices that is not part of a larger organization or franchise | 16% | 10% |
| Independent, standalone GROUP practice – single specialty | 33% | 32% |
| Independent, standalone GROUP practice – multiple specialties | 16% | 20% |
| Independent, standalone SOLO practice | 24% | 21% |
| **Who Owns Group** (% indicating) | | |
| Private equity organization | 19% | 23% |
| Hospital system – community | 23% | 18% |
| Hospital system – academic | 19% | 31% |
| Physician-owned | 38% | 28% |
| **Region** (% indicating) | | |
| Northeast | 25% | 22% |
| Midwest/Central | 15% | 21% |
| South | 41% | 35% |
| West | 20% | 22% |

© Allergan Aesthetics

Source: 2023 PR BTXC-Daxxify® Launch Tracker JUNE Report - HCP

S1. What is your profession / specialty?
W1. Which of the following best describes your practice's organizational structure?
W2. Who owns your organization / group?
S12. In which state do you practice?

## Practice Demographics



| | May (W1) (n=96) | June (W2) (n=143) |
|---|---|---|
| **Patients Purchasing Professional-Grade Skin Care – Seen for Each Reason** (mean # of patients) | | |
| For Cosmetic reasons | 156.4 | 152.4 |
| For General Medical reasons | 140.3 | 149.3 |
| **Mean # of years in Practice** | 14.3 | 13.4 |

| | May (W1) (n=96) | June (W2) (n=143) |
|---|---|---|
| **Own, Manage or Work at MediSpa** (% indicating) | | |
| No, I do not own, manage or work at a Medi Spa | 60% | 59% |
| I own a Medi Spa | 15% | 13% |
| I manage a Medi Spa | 2% | 7% |
| I am a Medical Director at a Medi Spa | 7% | 8% |
| I am not an owner, manager, or medical director; but, I am an employee at a Medi Spa | 10% | 9% |
| I am an independent contractor at a Medi Spa | 5% | 3% |
| **Avg # of HCP performing NTX injections** (mean # of patients) | | |
| Physicians performing neurotoxin injections at practice | 4.8 | 4.3 |
| Physician Extenders (NP/PA/RNs) performing neurotoxin injections at practice | 5.2 | 4.6 |

© Allergan Aesthetics

Source: [illegible] Launch Tracker JUNE Report – HCP

S6. In the past month, approximately how many patients, in total, did you treat personally for the following reasons?
S3
W3. How many practices are affiliated with the [If W1=1: organization / If W1=2: multi-independent group]?
W4. Do you own, manage or work at a Medi Spa?
W5. INCLUDING YOURSELF, how many healthcare practitioners (e.g., physicians and physician extenders) in your practice are performing neurotoxin injections on a regular basis?
W6. Are you an investor in any of the following companies?

## Practice Demographics

51

| | May (W1) (n=96) | June (W2) (n=143) |
|---|---|---|
| **Loyalty Membership** (% indicating) | | |
| Allergan Partner Privileges | 49% | 49% |
| Aspire HCP (Galderma) | 36% | 35% |
| My Merz Select | 17% | 16% |
| Evolus Loyalty Program | 16% | 10% |
| Revance Rewards or Opul | 25% | 22% |
| Not a member of ANY loyalty program | 39% | 39% |

| Member of Loyalty Programs (% indicating) | May (W1) (n=96) | June (W2) (n=143) |
|---|---|---|
| **Allergan Partner Privileges** | N=47 | N=70 |
| Allergan First | 6% | 3% |
| Special Contracts | 4% | 6% |
| Top 500 | 9% | 11% |
| Diamond | 11% | 23% |
| Platinum Plus | 15% | 3% |
| Platinum | 15% | 19% |
| Gold | 6% | 6% |
| Silver | 2% | 0% |
| Member | 2% | 1% |
| Non-Registered / Unsure | 30% | 29% |
| **Galderma - Aspire HCP** | N=35 | N=50 |
| Presidential Elite | 3% | 2% |
| Presidential Champion | 3% | 0% |
| Presidential Executive | 6% | 12% |
| Presidential Associate | 11% | 16% |
| Preferred Champion | 14% | 18% |
| Preferred Executive | 11% | 8% |
| Preferred Associate | 6% | 4% |
| Partner Champion | 3% | 2% |
| Member | 6% | 4% |
| Do not know level | 37% | 34% |

© Allergan Aesthetics

Source: 2023-PR-BTXC-[illegible] Launch Tracker JUNE Report - HCP

W7. What manufacturer loyalty programs is your practice a member of?

# Exhibit PTX-804

# RT002 Pricing Assessment

*Research Summary*

October 2018

Insight STRATEGY ADVISORS

C.A. No. 21-1411-RGA-LDH
**Plaintiffs' Trial Exhibit**
**PTX-804**

# Project Objectives

**Overall project objective**

- In preparation for RT002's launch, Revance is looking to determine an optimal price within the aesthetic market.
- Determine potential price bands based upon pricing sensitivity within the aesthetic market based on physician and patient research.

**Key project goals**

- Evaluate the current pricing landscape within the aesthetic market
- Identify price/share bands for RT002 along with the rationale, risks and opportunities driving these ranges
- Analyze tradeoffs for investing in a filler in order to maximize the price of RT002
- Identify difference in price bands based on different types of providers and patients
- Identify difference in price bands based on various product attributes

Source: ISA Primary Research

# A sample of 250 HCPs and 298 patients were surveyed across the US.

*45-min web-based quantitative survey*

| | Stakeholder | N=250 |
|---|---|---|
| HCPs | Dermatologists | 137 |
| | Plastic Surgeons / Aesthetic Physicians | 82 |
| | Nurse Practitioners/ Physician Assistants | 31 |
| | **TOTAL** | **250** |

*30-min web-based quantitative survey*

| | Stakeholder | N=298 |
|---|---|---|
| Patients | Current / Returning | 180 |
| | Treatment Naïve | 118 |
| | **TOTAL** | **298** |

**Key HCP Screener Criteria**

- All HCPs provided botulinum toxin products for cosmetic use and have been in practice for >3 years
- All HCPs were among the key decision makers for determining which toxin products are offered and were knowledgeable about the price their organization pays for the products
- All HCPs administered toxin to a minimum of 15 patients with facial wrinkles in a typical month

**Key Patient Screener Criteria**

- All current patients received botulinum toxin products for cosmetic purposes
- All naïve patients were planning to receive botulinum toxin treatment in the next year
- Patient sample represented a mix of demographics and socio-economic factors (e.g. employment, household income etc.)

Source: ISA Primary Research


HIGHLY CONFIDENTIAL INFORMATION

# The ISA team customized a HCP and patient survey covering four prioritized topic areas to achieve project objectives.

**Patient**

1 **Patient Background**
1. Screener
2. Demographics
3. Socio-economic status

2 **Market Landscape**
1. Current utilization
2. Current perceptions
3. Participation in Loyalty Progs

3 **Product Perceptions**
1. RT002 perceptions
2. Top attributes
3. Likelihood of adoption

4 **Tradeoff Exercise**
1. Base and best case selection
2. Varying profile selection
3. Certainty to utilize RT002




**HCP**

1 **Practice Dynamics**
1. Screener
2. Size of practice
3. Range of discounts

2 **Market Landscape**
1. Current utilization
2. Current perceptions
3. Current price

3 **Product Perceptions**
1. RT002 perceptions
2. Top attributes
3. Likelihood to prescribe

4 **Tradeoff Exercise**
1. Base case share allocations
2. Varying share allocations
3. Allocation with Generic

Source: ISA Primary Research

# Weighting Calculation

HCP

## Weighting Approach

**Weighting is based on the number of 'naïve' and 'returning' patients in a HCP's practice in an average month, and is applied to current and future HCP share.**

*Please estimate the percentage of botulinum toxin patients in your practice who are Returning (patients who have had toxin treatments in the past) vs. Treatment Naive (patients who have not had toxin treatments in the past) in an average month.*

| Respondent | # |
|---|---|
| 1 | 30 |
| 2 | 50 |
| 3 | 60 |
| 4 | 100 |
| **Mean** | **60** |

The mean number of patients in an average month (both naïve and returning) by each respondent was calculated

| Respondent | Weight Calculation | Weights |
|---|---|---|
| 1 | 30 / 60 | 0.5 |
| 2 | 50 / 60 | 0.83 |
| 3 | 60 / 60 | 1 |
| 4 | 100 / 60 | 1.67 |
| **Mean** | **60** | |

Respondent-level weights were calculated based on the ratio of their toxin patients to the mean of all respondents' patients

The weights are now applied to the corresponding respondent's shares for naïve and returning patients in order to obtain weighted answers

Insight STRATEGY ADVISORS





HIGHLY CONFIDENTIAL INFORMATION

# Discounting Approach & Rationale.

HCP

*In order to reduce the effects of overstatement, the following discounting approaches may be applied, based on **HCPs' level of certainty to recommend RT002 in their practice** (Q24):*

- ***Conservative Approach:** A probabilistic approach is applied to account for overestimation where each level (from 0 = "Not at all Certain" to 10 = "Particularly Certain") is associated with a probability coefficient*
- ***Very Conservative Approach:** Share is "zeroed out" for HCPs who rated <=7 in terms of the level of certainty to prescribe RT002*

*Based on current best practices, it is appropriate to apply a discount factor to raw preference shares. However, since we will be 'linking' the patient and provider preference share, it will be in itself a discount and hence we recommend going with the Undiscounted approach*

**RT002 Preference Share*– Base Case**

*% Patients (n=250) – weighted by patients*




**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office and can therefore be provided to patients.*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.
Q24. Considering the Product X scenarios reviewed, please indicate below how certain you are that you would recommend the product to the same number of patients as you indicated in the earlier reallocation exercise if you were making an actual decision in your practice.

# Table of Contents


Objectives and Approach

**Executive Summary**

Patient Model

Provider Model

Linked Model

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Price and duration are the most important attributes for RT002 with significant tradeoffs at different levels of these attributes.

HCP Patient

**Relative Attribute Contribution to RT002 Preference Share**

*% of Returning Patients, Results of Conjoint Analysis*




**Key Points:**

- ***Patients care mostly about duration,*** they want a quality product and are willing to pay for it; the fact that price is third in terms of importance means that they are relatively less price sensitive
- ***HCPs care mostly about price***, that's the first thing they think of and the biggest driver of behavior for them
- ***Price sensitivity begins with HCPs***, who effectively act as gatekeepers in this market
- Duration is important to both patients and HCPs, ***any duration less than the 6 month base case results in significant decrease of preference share***

**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through, brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

# Tradeoffs exist between price and share, with the optimal price for RT002 being at parity to Botox.

HCP Patient

**RT002 Price Bands – 6 Months Duration**

*% Relative to Botox*




**Key Points:**

- Patients are ***price insensitive*** at price points ***up to a 50% premium to Botox***
- For HCPs the optimal price is at ***parity or a slight premium to Botox*** – there is a share penalty for prices above that of Botox that makes it difficult to take a significant premium
- Combining both patient and HCP sensitivity results in an ***optimal price at parity to Botox***

**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through, brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

# Table of Contents

Objectives and Approach

Executive Summary

**Patient Model**

Provider Model

Linked Model

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Patients are generally looking for the same top attributes (improvement, cost & safety) in a new product as their current brand.

Patient

## Most Important Attributes – Top 5

*% of Patients (n=180 returning, 298 returning and naive)*

Attributes for a new product do not vary significantly by patient type




Q10. From the following list, rank the importance of the following factors associated with your CURRENT botulinum toxin treatment in terms of importance to you.
Q11. From the following list, rank the top five most important factors when considering a NEW botulinum toxin treatment in terms of importance to you.
Source: ISA Primary Research

Insight STRATEGY ADVISORS





HIGHLY CONFIDENTIAL INFORMATION

# Similar to HCPs, patients also view RT002's duration of response, safety and onset of action as the most attractive attributes.

Patient

No differences between patient type on perceptions of RT002

## Perceptions of RT002 – Top 3 Most/Least Attractive Attributes

*% of Patients (n=298)*




Q17. Please rank the three most attractive product characteristics from the list below.
Q18. Please rank the three least attractive product characteristics from the list below.
Source: ISA Primary Research

# Patient Attributes & Levels Utilized for Conjoint.

Patient

*Represents RT002 base case*

| Attribute | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 | Level 6 |
|---|---|---|---|---|---|---|
| **Length of time before effects wear off** | 3-4 months (12 - 16 weeks) | 5 months (20 weeks) | 6 months (24 weeks) | greater than 6 months (24 weeks) | | |
| **Cost of your toxin treatment (including discounts and promotions)** | 50% higher than you normally pay | 25% higher than you normally pay | Same price you normally pay | 25% less than you normally pay | | |
| **Manufacturer offers loyalty program** | None | Earn points with each treatment - 100 points = $10 coupon | $20 off on patient's birthday | Earn points with each treatment - 100 points = $10 coupon and $20 off on patient's birthday | | |
| **Discounts are offered on other non-toxin procedures** | None | $50 off treatment | $100 off treatment | $150 off treatment | | |
| **The brand was recommended to you by:** | None | Friend or family member | Positive reviews on social media | TV or magazine ad | Endorsed by a celebrity I admire | Office or spa recommends |

Source: ISA Primary Research

# Overall preference share for patients is relatively high, suggesting that many are willing to try a longer-lasting toxin.

Patient

## Relative Attribute Contribution to RT002 Preference Share

### Returning Patients

Conjoint Results

Downside
Upside




*Attributes sorted by relative importance*

| *Attribute* | *Relative Importance* | |
|---|---|---|
| **Length of time before effects wear off** | 44% | *The fact that duration is the most important attribute to patients by far suggests that they **see real value** in a longer-lasting toxin, and are **willing to pay more** for it; the difference in preference share between the 6 month and 3-4 month levels further indicates that without the perception of longer duration RT002 will struggle for share* |
| **The brand was recommended by** | 25% | *Patients will listen to recommendations and **brand awareness is a very important component of purchasing decisions*** |
| **Cost of your toxin treatment (including discounts and promotions)** | 17% | *Cost is only the third most important attribute suggesting that patients are **willing to pay more for unique products with good brand** awareness; it also suggests that an aggressive **low-price** strategy **may not be successful** for a "me-too" product* |
| **Manufacturer offers loyalty program** | 7% | *A loyalty program does have some importance to patients, but much lower when compared to duration, recommendation and price* |
| **Discounts are offered on other non-toxin procedures** | 6% | *Discounts on non-toxin procedures came out as least important, however that **could vary when isolating patient sub-populations** that utilize more fillers, which we were unable to do in this analysis* |

**Note: Share represents patient choice at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.
Source: ISA Primary Research

# Patients are most sensitive to changes in duration, with significant decreases in patient share for any duration lower than 6 months.

Patient

**Conjoint Results**

**RT002 Preference Share* - Duration**

*% of Patients, Base Case Attributes*




***A 6-month duration is a key differentiator for RT002 and will drive significant share even at a premium to Botox; however, there is significant risk to RT002 if duration is less than 6 months***

**Note: Share represents patient choice at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# While the influence of particular recommendations varies, it is important that patients be made aware of the brand in some way.

Patient

**Conjoint Results**

**RT002 Preference Share* - Product Recommendation**

*% of Patients, Base Case Attributes*




**RETURNING PATIENTS**

***It is difficult to identify the best source of a recommendation, however it is clear that brand awareness and a recommendation of some sort is important to drive patient demand***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# Based on preference share, the optimal price for RT002 is ~50% greater than what patients usually pay for Botox.

Patient

**Conjoint Results**

**RT002 Preference Share* and Indexed Revenue**

*% of Returning Patients, Base Case Attributes*




***While a price significantly higher than Botox leads to a decrease in preference share among providers, but a lower price does not result in sufficiently greater share to offset the discounted price***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

Insight STRATEGY ADVISORS



PTX-804.0017

HIGHLY CONFIDENTIAL INFORMATION

REV_DAX-02666805

# The optimal price for RT002 is ~50% greater than what patients usually pay for Botox if RT002 has at least a 6 month duration.

Patient

## Conjoint Results




***Patients are price-insensitive up to a 50% premium to Botox, however if RT002 has a duration less than 6 months it will take significant price discounts to achieve the same preference share***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

# Table of Contents


Objectives and Approach

Executive Summary

Patient Model

**Provider Model**

Linked Model

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Cost, familiarity and patient request of brands are among the most influential factors of provider product selection.

HCP

## Factors Influencing Provider Toxin Brand Selection – Ranking Top 3 Factors*

*% of HCPs (n=250)*

Drivers of brand selection did not vary significantly by practice size or provider type




*Attribute importance is evaluated after removing patient satisfaction and efficacy

Q14. Please rank the three factors that influence your treatment selection of a botulinum toxin where 1=Most Attractive, 2=Next Most Attractive, etc.

Source: ISA Primary Research

# RT002's duration of response, safety/tolerability and onset of action are among the most attractive attributes.

HCP

Perceptions of RT002 did not vary significantly by practice size or provider type

## Perceptions of RT002 – Top 3 Most/Least Attractive Attributes

*% of HCPs (n=250)*




Q16 / Q17. Please rank the three most / least attractive product characteristics from the list below, where 1=Most / Least Attractive, 2=Next Most / Least Attractive, etc.

Source: ISA Primary Research

Insight STRATEGY ADVISORS





HIGHLY CONFIDENTIAL INFORMATION

# While Providers expect margins from RT002 to be slightly higher than those currently received from Botox, we did not find a strong trend.

HCP

Trend did not vary significantly by specialty type

## Margins – Current Botox and Expected RT002

*% of HCPs (n=250)*




| Expected Difference | +14% | +5% | +17% | +1% |
|---|---|---|---|---|

*Overall: +10%*

| Practice | Total |
|---|---|
| Small Patient Base | 93 |
| Medium Patient Base | 62 |
| Large Patient Base | 46 |
| Very Large Patient Base | 49 |

Q15. About what margins are you currently receiving on your Botox sales?
Q20. What margins do you expect to apply for product X?
Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# HCP Attributes & Levels Utilized for Conjoint.

HCP

*Represents RT002 base case*

| Attribute | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| **Toxin Duration** | 3-4 months (12 - 14 weeks) | 5 months (20 weeks) | 6 months (24 weeks) | greater than 6 months (24 weeks) |
| **Number of Indications** | Glabellar | Glabellar, Forehead, Crow's Feet | | |
| **Preparation/Dosing/Injection** | Equivalent Dilution (i.e. Equivalent units per injection site, at the same injection points, using the same amount of core active neurotoxin as Botox.) | Different Dilution (i.e. Different units per injection site, at the same injection points, using the same amount of core active neurotoxin as Botox.) | | |
| **Price you pay for toxin including all discounts and rebates** | 50% greater than Botox | 25% greater than Botox | Same as Botox | 25% less than Botox |
| **Discounts given to you on other non-toxin products** | None | Bundled with filler which receives a 20% discount vs. what you pay for Juvederm or other filler | | |
| **Relationship with sales rep** | None | Sales rep visits weekly or bi-weekly | Sales rep visits monthly | Sales rep visits a few times per year |
| **Manufacturer offers support programs for practice** | None | Practice management support such as consulting and marketing | Injector training | Practice management support such as consulting and marketing as well as injector training |
| **Manufacturer offers patient loyalty program** | Yes | No | | |

Source: ISA Primary Research

Insight STRATEGY ADVISORS



PTX-804.0023

HIGHLY CONFIDENTIAL INFORMATION

REV_DAX-02666811

# Price visibly has the greatest impact on provider preference share followed by toxin duration.

HCP

## Relative Attribute Contribution to RT002 Selection

**Conjoint Results**




*As expected, price and duration are the two largest drivers of preference share*

*Of the remaining attributes, a **patient loyalty program matters most** to providers suggesting that they see it as **a good tool to get patients into the practice***

*None of the other attributes had significant impact on preference share*

**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

Insight STRATEGY ADVISORS





HIGHLY CONFIDENTIAL INFORMATION

# Based on provider preference share, the optimal price for RT002 is near parity with Botox.

HCP

**Conjoint Results**




**Average Price per Vial**
*All Providers*

| Brand | Avg. Price |
|---|---|
| Botox | $519 |
| Dysport | $480 |
| Xeomin | $455 |

***While a price significantly higher than Botox leads to a decrease in preference share among providers, a lower price does not result in sufficiently greater share to offset the discounted price***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

# With a 6 month duration, the optimal price for RT002 is at a slight premium to Botox.

HCP

## Conjoint Results

**RT002 Price Bands**
*% Relative to Botox*




***HCPs see less value in a 5 month duration, and require a slightly lower price to drive utilization, however a 3-4 month duration would not have much value and requires significant discounts***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

# Table of Contents

Objectives and Approach

Executive Summary

Patient Model

Provider Model

**Linked Model**

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

Appendix

# Price and toxin duration of action represent the most important attributes for RT002.

HCP Patient

## Conjoint Results

### Relative Attribute Contribution to RT002 Preference Share

Downside | Upside

#### Returning Patients

*Attributes sorted by relative importance*

| *Attribute* | *Baseline = 10.4%** (Downside) | *Baseline = 10.4%** (Upside) | *Relative Importance* |
|---|---|---|---|
| **Price including all discounts and rebates** | -2.6% | 7.6% | 37% |
| **Toxin duration** | -7.6% | 0.1% | 28% |
| **Brand recommended to patient** | -3.2% | 0.2% | 12% |
| Manufacturer offers patient loyalty program | -2.0% | 0.3% | 8% |
| Discounts to patients on non-toxin products | | 0.9% | 3% |
| Preparation/dosing/injection | -0.7% | | 3% |
| Relationship with sales rep | 0.2% | 0.5% | 3% |
| Number of indications | | 0.6% | 2% |
| Discounts to manufacturers on non-toxin products | | 0.6% | 2% |
| Manufacturer offers support program for practice | -0.4% | | 2% |

***HCPs act as gatekeepers**, with their price sensitivity influencing overall preference share*

Toxin duration is ***important to both HCPs and Patients***

*None of the other attributes had significant impact on preference share*

**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

**As expected, the most important attributes are price and duration. The fact that brand recommendation and patient loyalty programs are also important suggests that these attributes will drive patients to a practice.**

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

# Without significantly higher duration than other toxins, RT002 becomes a "me-too" product and will struggle for share.

HCP Patient

**Conjoint Results**

**RT002 Preference Share***

*% of Patients, Base Case Attributes*




***The foundational attribute of RT002 is duration – ensuring that Providers and Patients perceive RT002's duration to be greater than that of competing products is the single largest factor for success***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

# Based on provider and patient preference share, the optimal price for RT002 is at parity to the net Botox price.

HCP Patient

## RT002 Preference Share* and Indexed Revenue

*% of Returning Patients, Base Case Attributes*




## Conjoint Results

**Average Price per Vial**

*All Providers*

| Brand | Avg. Price |
|---|---|
| Botox | $519 |
| Dysport | $480 |
| Xeomin | $455 |

***Perception of a price higher than Botox leads to a significant decrease in preference share among both providers and patients, making it hard to optimize revenue at higher price points***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

# Based on provider and patient preference share, the optimal price for RT002 is at parity to the net Botox price.




## Conjoint Results

**RT002 Price Bands**
*% Relative to Botox*

**Treatment Duration**




***Perception of a price higher than Botox leads to a significant decrease in preference share among both providers and patients, making it hard to optimize revenue at higher price points***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Source: ISA Primary Research

# HCPs anticipate utilizing RT002 in ~10-12% of their toxin patients, with share sourced proportionally across the current brands.

HCP Patient

**Conjoint Results**

## Change in Toxin Patient Share* Given RT002 Availability – Base Case

*% Patients (n=250) – weighted by patients*

| Toxin Product | Returning Patients | | Naïve Patients | |
|---|---|---|---|---|
| | % Patients | Change | % Patients | Change |
| *RT002* | 10.4% | **+10.4%** | 12.7% | **+12.7%** |
| Botox | 59% | -6.3% | 58% | -7.7% |
| Dysport | 19% | -2.7% | 19% | -3.3% |
| Xeomin | 11% | -1.4% | 11% | -1.7% |

Legend: Current Utilization; Future Utilization

* Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.
Q24. Considering the Product X scenarios reviewed, please indicate below how certain you are that you would recommend the product to the same number of patients as you indicated in the earlier reallocation exercise if you were making an actual decision in your practice.

# With the availability of generic Botox, RT002 share falls by ~20-30% compared to the scenario when only RT002 is available.

HCP Patient

**Conjoint Results**

## Change in Patient Share* Given RT002 & Generic Botox Availability

*% Patients (n=250) – weighted by patients*

Legend: Current Utilization / Future Utilization

| Toxin Product | Returning Patients: % Patients | Returning Patients: Change | Naïve Patients: % Patients | Naïve Patients: Change |
|---|---|---|---|---|
| ***RT002*** | 7% | -3.2% | 9% | -3.7% |
| ***Generic Botox*** | 10% | **+10%** | 13% | **+13%** |
| **Botox** | 53% | -12.0% | 52% | -14.1% |
| **Dysport** | 19% | -3.0% | 17% | -5.0% |
| **Xeomin** | 11% | -1.0% | 10% | -2.4% |

** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q25. Assuming a 'generic Botox' (non-Allergan product), priced 20-30% lower than the branded product, came to market at the same time or before Product X, please reallocate the percent of Returning and Treatment Naïve customers patients that will receive treatment at your practice next month.

Source: ISA Primary Research

# Table of Contents

Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

**Current Practice**

Market Landscape

RT002 Perceptions

RT002 Share & Sensitivity

Detailed Research Findings: **Patient**

Appendix

# Survey respondents were screened to ensure that specific specialties and years of experience were included in the sample.

HCP

**Provider Mix** – By Practice Size
*% of HCPs (n=250)*




Plastic Surgeons tend to be in practices that do fewer toxin injections

**Years of Experience**
*% of HCPs (n=250)*




No noticeable differences in provider years of experience among practice sizes

| Practice | Total |
|---|---|
| Small Practice Size | 93 |
| Medium Practice Size | 62 |
| Large Practice Size | 46 |
| Very Large Practice Size | 49 |

S2. How many years have you been providing aesthetic products & services?
S9. How would you characterize your specialty?
Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# The sample obtained was from a mix of practice settings and locations.

HCP

## Practice Setting – By Practice Size

*% of HCPs (n=250)*




| Practice | Total |
|---|---|
| Small Practice Size | 93 |
| Medium Practice Size | 62 |
| Large Practice Size | 46 |
| Very Large Practice Size | 49 |

## Practice Region – By Practice Size

*% of HCPs (n=250)*




## Practice Location – By Practice Size

*% of HCPs (n=250)*




S3. How would you describe your practice setting?
S7. Where is your practice located?
S8. How would you describe the setting of your current practice?
Source: ISA Primary Research

# Nearly 3 in 5 HCPs note that over a quarter of their toxin patients are also getting fillers and non-invasive cosmetic surgery.

HCP

**Proportion of Patients Undergoing Procedures in Addition to Toxin Injections**
*% of HCPs*




Manufacturers like Allergan may bundle non-toxin products with their botulinum toxin in accordance with this patient preference for multiple cosmetic procedure types.

Q10. What percent of your botulinum toxin patients get fillers in addition to toxin treatment?
Q11. What percent of you botulinum toxin patients have received cosmetic surgery in addition to toxin treatment?
Q12. What percent of you botulinum toxin patients have received non-invasive cosmetic treatments in addition to toxin treatment?
Source: ISA Primary Research

# Irrespective of practice size, patients are most commonly receiving toxin injections two to three times per year.

HCP

**Frequency of Toxin Administration to Patients** – By Practice Size

*% of Patients (n=250)*




| Practice | Total |
|---|---|
| Small Practice Size | 93 |
| Medium Practice Size | 62 |
| Large Practice Size | 46 |
| Very Large Practice Size | 49 |

Q4. What percent of your botulinum toxin patients visit for botulinum toxin at each frequency below?

Source: ISA Primary Research

# Table of Contents


Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

- Current Practice
- **Market Landscape**
- RT002 Perceptions
- RT002 Share & Sensitivity

Detailed Research Findings: **Patient**

Appendix

# According to respondents, Botox currently holds two thirds of the botulinum toxin patient share.

HCP




Q1. Please estimate the percentage of botulinum toxin patients in your practice who are returning vs. treatment naïve in an average month.
Q2. For the returning botulinum toxin patients that you treat in an average month, please provide the percent breakdown that receive Botox, Dysport, and Xeomin?
Q3. For the treatment naïve botulinum toxin patients that you treat in an average month, please provide the percent breakdown that receive Botox, Dysport, and Xeomin?

Source: ISA Primary Research

# Larger practices tend to have lower Botox share, a trend driven by the lower representation of Plastic Surgeons at those practices.

HCP

Plastic Surgeons tend to be in practices that do fewer toxin injections

## Returning Patient Toxin Treatment Breakdown – By Specialty

*% of Patients (n=250)*




## Returning Patient Toxin Treatment Breakdown – By Practice Size

*% of Patients (n=250)*




Q1. Please estimate the percentage of botulinum toxin patients in your practice who are returning vs. treatment naïve in an average month.
Q2. For the returning botulinum toxin patients that you treat in an average month, please provide the percent breakdown that receive Botox, Dysport, and Xeomin?
Q3. For the treatment naïve botulinum toxin patients that you treat in an average month, please provide the percent breakdown that receive Botox, Dysport, and Xeomin?

Source: ISA Primary Research

# Allergan sales reps have the highest interactions across practice sizes; larger practices receive the greater rep visits from all brands.

HCP

## Frequency of Sales Rep Visits
*% of HCPs (n=250)*

Frequency of rep visits is proportionate by toxin brand across the different practice sizes




Q13. How often do you interact with an in-person sales rep for the following products?
Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

PTX-804.0042
REV_DAX-02666830

# Nearly half of the practices receive up to 10% discount across all toxin products; expectedly, larger practices tend to receive greater discounts.

HCP

## Range of Discounts on Most Recent Toxin Order

*% of HCPs (n=250)*

Range of discounts is proportionate by toxin brand across the different practice sizes




Q6. To the best of you knowledge, what was the range of discounts you received, if any, on your last toxin order?
Source: ISA Primary Research

# Table of Contents

Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

- Current Practice
- Market Landscape
- **RT002 Perceptions**
- RT002 Share & Sensitivity

Detailed Research Findings: **Patient**

Appendix

# Patient satisfaction, efficacy, and cost of botulinum toxins are the most influential factors of provider product selection.

HCP

## Factors Influencing Provider Toxin Brand Selection – Ranking Top 3 Factors

*% of HCPs (n=250)*

Drivers of brand selection did not vary significantly by practice size or provider type




NP/PAs sited *Patient Request for Brand* among the top three factors

Q14. Please rank the three factors that influence your treatment selection of a botulinum toxin where 1=Most Attractive, 2=Next Most Attractive, etc.

Source: ISA Primary Research

# RT002's duration of response, safety/tolerability and onset of action are among the most attractive attributes.

HCP

Perceptions of RT002 did not vary significantly by practice size or provider type

## Perceptions of RT002 – Top 3 Most/Least Attractive Attributes

*% of HCPs (n=250)*




Q16. Please rank the three most attractive product characteristics from the list below, where 1=Most Attractive, 2=Next Most Attractive, etc.
Q17. Please rank the three least attractive product characteristics from the list below, where 1=Least Attractive, 2=Next Least Attractive, etc.
Source: ISA Primary Research

# Nearly 3 in 5 HCPs note that they are very likely to use RT002 and a third of HCPs state that they are very likely to provide it on patients request.

HCP

## Degree of Perceived Improvement

*% HCPs (n=250)*

■ Low Improvement (1-2) ■ Moderate Improvement (3) ■ High Improvement (4-5)

*% HCPs Rating on a 1-5 Scale*




## Likelihood of Using RT002 to Treat Patients

*% HCPs (n = 250)*

■ Very Unlikely ■ Unlikely ■ Neutral ■ Likely ■ Highly Likely

*% HCPs Rating on a 1-5 Scale*




## Likelihood of Providing RT002 to Patients upon Request

*% HCPs Rating on a 0-10 scale (n = 250)*




Perceptions of RT002 did not vary significantly by practice size or provider type

Q18. On a scale of 1 to 5, to what degree is Product X an improvement to botulinum toxins that are available today?
Q19. If Product X was approved with this profile, what would the likelihood be that you would use it to treat patients?
Q22. If a patient comes and asks you for Product X (by the brand name specifically), what is the likelihood you would provide it for them?

Source: ISA Primary Research

# While Providers expect margins from RT002 to be slightly higher than those currently received from Botox, we did not find a strong trend.

HCP

Trend did not vary significantly by specialty type

**Margins – Current Botox and Expected RT002**
By Practice Size
*% of HCPs (n=250)*




| Expected Difference | +14% | +5% | +17% | +1% |
|---|---|---|---|---|

*Overall: +10%*

| Practice | Total |
|---|---|
| Small Patient Base | 93 |
| Medium Patient Base | 62 |
| Large Patient Base | 46 |
| Very Large Patient Base | 49 |

Q15. About what margins are you currently receiving on your Botox sales?
Q20. What margins do you expect to apply for product X?

# Most respondents predict revenue impact of RT002 adoption will be dependent on the product's price.

HCP

## **Expected Impact of RT002 on Revenue** – By Practice Size

*% of HCPs (n=250)*




The **largest practices** were most likely to expect a **decrease in revenue** as a result of RT002 adoption

| Practice | Total |
|---|---|
| Small Patient Base | 93 |
| Medium Patient Base | 62 |
| Large Patient Base | 46 |
| Very Large Patient Base | 49 |

Q21. If patients come to your practice twice a year in order to get a botulinum toxin treatment with Product X, how do you anticipate that it will impact your practice's revenues?

Source: ISA Primary Research

# Table of Contents

Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

- Current Practice
- Market Landscape
- RT002 Perceptions
- **RT002 Share & Sensitivity**

Detailed Research Findings: **Patient**

Appendix

# HCPs anticipate utilizing RT002 in ~17-19% of their toxin patients, with share sourced proportionally across the current brands.

HCP

**Untempered Share**

## Change in Toxin Patient Share* Given RT002 Availability – Base Case

*% Patients (n=250) – weighted by patients*

| Toxin Product | Returning Patients: % Patients | Returning Patients: Change | Naïve Patients: % Patients | Naïve Patients: Change |
|---|---|---|---|---|
| *RT002* | 17.5% | +17.5% | 19.1% | +19.1% |
| Botox | 55% | -10.6% | 54% | -12.6 |
| Dysport | 17% | -4.5% | 18% | -4.1% |
| Xeomin | 10% | -2.4% | 9% | -2.4% |

Current Utilization
Future Utilization

** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

# RT002 share is relatively consistent across practice sizes and specialty (Derms and Plastic Surgeons).

HCP

Untempered Share

## RT002 Patient Share* – Base Case

*% Patients (n=250) – weighted by patients*




**Note: Preference share represents share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through)*

# Preference shares for both Returning and Naïve patients are similar with price and duration having the greatest impact.

HCP

**Untempered Share**

## Relative Attribute Contribution to RT002 Selection




*Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients

**A manufacturer loyalty program for patients does have a slight impact on preference share and should be included, but no other attributes registered as significant drivers of expected utilization**

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

# **Conjoint output:** Utilities modeled to determine share sensitivities of level changes within attributes and relative importance of attributes

HCP

***Illustrative***

## Conjoint Output: Relative Attribute Contribution to RT002 Selection




In this example, a change in from Level 2 in Attribute X generates an increase in share of 5% over the Base Case

## **Conjoint Output:** Aggregate Contribution of Level Changes from Lowest to Base to Highest Share




The aggregate increase / decrease in share from base case is not a cumulative function of individual attributes (e.g. if attribute X leads to a 5% increase and attribute Y leads to 3% increase in share, attribute X + Y may not lead to a 8% increase in share)

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research

# HCP preference share for RT002 is most sensitive to changes in ‘price’ and ‘toxin duration’.

HCP

**Untempered Share**

**All Graphs Reflective of Patient Share***
*– weighted by patients*

*Represents base case*

| Price you pay for toxin including all discounts and rebates | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| | 25% less than Botox | Same as Botox | 25% more than Botox | 50% more than Botox |




| Toxin Duration | Level 1 | Level 2 | Level 3 | Level 4 |
|---|---|---|---|---|
| | 3-4 months (12 - 14 weeks) | 5 months (20 weeks) | 6 months (24 weeks) | Greater than 6 months (24 weeks) |




**Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office and can therefore be provided to patients.*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research



Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# **Conjoint output:** Utilities modeled to determine share sensitivities of level changes within attributes and relative importance of attributes

HCP

*Illustrative*

**Conjoint Output: Relative Attribute Contribution to RT002 Selection**




In this example, a change in from Level 2 in Attribute X generates an increase in share of 5% over the Base Case

**Conjoint Output:** Aggregate Contribution of Level Changes from Lowest to Base to Highest Share




The aggregate increase / decrease in share from base case is not a cumulative function of individual attributes (e.g. if attribute X leads to a 5% increase and attribute Y leads to 3% increase in share, attribute X + Y may not lead to a 8% increase in share)

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.

Source: ISA Primary Research





HIGHLY CONFIDENTIAL INFORMATION

# In the highest share scenario, HCPs anticipate doubling RT002 share from base with the increase driven by lower price compared to Botox.

HCP

**Untempered Share**

## RT002 Patient Share

*% Patients (n=250) – weighted by patients*

*Attributes sorted by relative importance*

| | Lowest | Base Case | Highest |
|---|---|---|---|
| ***Price you pay for toxin including all discounts and rebates*** | 50% greater than Botox | 25% greater than Botox | 25% less than Botox |
| ***Toxin Duration*** | 3-4 months (12 - 14 weeks) | 6 months (24 weeks) | Greater than 6 months (24 weeks) |
| ***Manufacturer offers patient loyalty program*** | No | Yes | |
| ***Preparation/Dosing/Injection*** | Equivalent Dilution | Different Dilution | |
| ***Number of Indications*** | Glabellar | | Glabellar, Forehead, Crow's Feet |
| ***Discounts given to you on other non-toxin products*** | None | | Bundled with filler which receives a 20% discount vs. what you pay for Juvederm or other filler |
| ***Relationship with sales rep*** | None | Sales rep visits monthly | Sales rep visits weekly or bi-weekly |
| ***Manufacturer offers support programs for practice*** | None | Practice management support such as consulting and marketing as well as injector training | |




** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Source: ISA Primary Research

# With the availability of generic Botox, RT002 share falls by ~25%-30% compared to the scenario when only RT002 is available.

HCP

**Untempered Share**

## Change in Patient Share* Given RT002 & Generic Botox Availability

*% Patients (n=250) – weighted by patients*

| Toxin Product | Returning Patients | | Naïve Patients | |
|---|---|---|---|---|
| | % Patients | Change | % Patients | Change |
| ***RT002*** | 13% | -4.6% | 13% | -6.0% |
| ***Generic Botox*** | 18% | **+18.2%** | 20% | **+19.8%** |
| **Botox** | 45% | -21.3% | 44% | -22.3 |
| **Dysport** | 15% | -6.8% | 15% | -7.0% |
| **Xeomin** | 9% | -3.4% | 8% | -3.6% |

Current Utilization

Future Utilization

** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q25. Assuming a 'generic Botox' (non-Allergan product), priced 20-30% lower than the branded product, came to market at the same time or before Product X, please reallocate the percent of Returning and Treatment Naïve customers patients that will receive treatment at your practice next month.

Source: ISA Primary Research

Insight STRATEGY ADVISORS



HIGHLY CONFIDENTIAL INFORMATION

# Table of Contents

Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

- **Patient Background**
- Current Utilization & Perceptions
- RT002 Review & Preference Share

Appendix

# Patients were screened to ensure that they represent a mix of ages and are from carrying regions.




## Practice Region

*% of Patients (n=298)*




## Practice Setting

*% of Patients (n=298)*




## Patient Age

*% of Patients (n=298)*




Patients <25 yrs were screened out.

S11. How old are you?
S6. Where do / would you receive your botulinum toxin injections?
S7. How would you describe the setting of the practice at which you get (or would get) botulinum toxin treatments?
Source: ISA Primary Research

# Patient sample is comprised of individuals with varying socio-economic status.

Patient

## Patient Household Income
*% of Patients (n=298)*




## Patient Employment Status
*% of Patients (n=298)*




## Patient Approach to Spending
*% of Patients (n=298)*




S11x. What is your approximate household income?
S12. What would best describe your current employment status?
S15. How would you describe your current approach to spending?
Source: ISA Primary Research

Insight STRATEGY ADVISORS





HIGHLY CONFIDENTIAL INFORMATION

# Patients used or expected to use botulinum toxin for cosmetic purposes and reported utilizing a variety of other aesthetic treatments.

Patient

## Patient Reason for Toxin Use – By Patient Type

*% of Patients (n=298)*




## Patient Aesthetic Treatment Use/ Expected Use – By Patient Type

*% of Patients (n=190 returning, 118 naive)*




S4. For what use are you receiving, or would you receive, botulinum toxin products?
S13. Which of the following aesthetic treatments have you ever used or plan to use in the future?

Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# Patients in the sample represent those who are proactive anti-agers and those who want to restore their youth.

Patient




S8. Which statement best describes your perception of beauty?

Source: ISA Primary Research

# Table of Contents


Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

- Patient Background
- **Current Utilization & Perceptions**
- RT002 Review & Preference Share

Appendix

# Vast majority of the patients have used / expect to use Botox; current patients are getting injections from Derms or Plastic Surgeons.

Patient

## Providers Treating Patients with Toxin

*% of Patients (n=298)*




## Past / Expected Brand Utilization

*% of Patients (n=180 Returning, 118 Naive)*




Q1. Which botulinum toxin brand(s) did you receive in the last 6 months? OR Which botulinum toxin brand(s) would you be interested in receiving in the next 6 months?
Q2. In the last 6 months, who did you receive botulinum toxin treatments from? OR In the next 6 months, who would you want to receive botulinum toxin treatments from?

Source: ISA Primary Research

# The majority of patients are receiving / would like to receive toxin injections for forehead lines, crow's feet, and glabellar lines.

Patient




**Patient Site of Injection** – By Patient Type

*% of Patients (n=180 Returning, 118 Naive)*




Q3. Where on your face/neck do you get or plan to get botulinum toxin treatments?

Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

# Current patients most commonly receive two treatments per year and are paying per unit for the injections.

Patient







Nearly half of the current patients believe that toxin is fairly priced




Q4. How many times per year do you currently / plan to go in to get botulinum toxin treatment?
Q5. How are you currently charged for your toxin treatments? OR How would you want to be charged for your toxin treatments?
Q12. What is your perception of the value associated with botulinum toxins?

Source: ISA Primary Research



HIGHLY CONFIDENTIAL INFORMATION

PTX-804.0067
REV_DAX-02666855

# Cost of treatment is the main reason why patients have or would switch practices.

Patient

## Factors Influencing Patient Switch to Another Practice – Ranking Top 3 Factors

*% of Patients (n=298)*

Factors influencing decision to switch practices did not vary significantly by patient type




Q7. Have you switched from one practice to another due to any of the following reasons? OR Which of the following reasons would cause you to switch from one practice to another?

Source: ISA Primary Research

# Patients are generally looking for the same top attributes (improvement in looks, cost and safety) in a new toxin product as their current brand.

Patient

Attributes for a new product did not vary significantly by patient type

## Most Important Attributes – Top 5

*% of Patients (n=180 returning, 298 returning and naive)*




Q10. From the following list, rank the importance of the following factors associated with your CURRENT botulinum toxin treatment in terms of importance to you.
Q11. From the following list, rank the top five most important factors when considering a NEW botulinum toxin treatment in terms of importance to you.
Source: ISA Primary Research

# Botox's Brilliant Distinctions has the highest membership among patients and also the most members receiving referral rewards.

Patient

## Loyalty Program Awareness and Membership – Returning Patients Only

| *Loyalty Rewards Program* | Awareness / Membership *(n=180 Returning)* | *Average Rewards Amount* | *Percent of Members Receiving Referral Rewards* |
|---|---|---|---|
| **Botox:** Brilliant Distinctions | Awareness 54% / Membership 35% | $79 | 52% *(n=63)* |
| **Dysport:** Aspire Galderma Rewards | Awareness 27% / Membership 7% | *N/A (Insignificant n sizes)* | 33% *(n=12)* |
| **Xeomin:** Xperience | Awareness 21% / Membership 3% | *N/A (Insignificant n sizes)* | 17% *(n=6)* |
| Physician's office loyalty rewards program | Awareness 38% / Membership 17% | $126 | 29% *(n=19)* |

Approximately two thirds of patients received less than $100 in rewards, and one third received > $100 in rewards.

Approximately two thirds of patients received $150 or less in rewards, and one third received $150 - $345.

*Responds who did not know the amount of their last reward were excluded from n=69. Outliers were excluded from average rewards amounts.
Q13. Which loyalty program(s), if any, are you aware of and a member of?
Q14. Are you currently receiving any rewards points for referring a friend through a manufacturers loyalty program?
Q15. What was the value of your last loyalty program reward and annual reward?

# Most Loyalty Program Members acknowledge that their membership saves them money and influences their continued use of the brand.

Patient

**Loyalty Program Membership –** Returning Patients Only
*% of Patients (n=180 Returning)*




**Loyalty Program Affect on Continued Use of Brand** – Returning Patients Only
*% of Patients (n=85 Members)*




Q16. How does/would loyalty program membership affect your continued use of a particular brand?

# Table of Contents


Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

- Patient Background
- Current Utilization & Perceptions
- **RT002 Review & Preference Share**

Appendix

# Similar to HCPs, patients also view RT002's duration of response, safety and onset of action as the most attractive attributes.

Patient

No differences between patient type on perceptions of RT002

## Perceptions of RT002 – Top 3 Most/Least Attractive Attributes

*% of Patients (n=298)*




Q17. Please rank the three most attractive product characteristics from the list below.
Q18. Please rank the three least attractive product characteristics from the list below.
Source: ISA Primary Research

# Overall, the perceptions of RT002 are very positive with nearly 3 in 4 patients reporting that they are likely to try it.

Patient

## Perceived Improvement vs. Botox

*% Patients (n=298)*




## Likelihood of Trying RT002

*% Patients (n = 298)*




## Willingness to Pay Premium Price for Twice Annual Visits

*% Patients (n = 298)*




Of those patients who answered 'yes', 35% were willing to pay 5-15% premium to current price and nearly 90% were willing to pay 5-30%

Q19. To what degree is Product X an improvement as compared to Botox?
Q20. If Product X was approved with this profile, what would the likelihood be that you would try it?
Q21. Would you pay more for the convenience of twice annual practice visits?

# Overall preference share for patients is relatively high, suggesting that many are willing to try a longer-lasting toxin.

Patient

## Untempered Share

### Relative Attribute Contribution to RT002 Selection

Downside / Upside

#### Current Patients

*Attributes sorted by relative importance*

| *Attribute* | Downside | Upside | *Baseline = 59.4%** *Relative Importance* |
|---|---|---|---|
| Length of time before effects wear off | -34.5% | | 44% |
| The brand was recommended by | -18.4% | +1.4% | 25% |
| Cost of your toxin treatment (including discounts and promotions) | -9.2% | +4.5% | 17% |
| Manufacturer offers loyalty program | | +1.7% | 7% |
| Discounts are offered on other non-toxin procedures | | +5.1% | 6% |

#### Naïve Patients

*Attributes sorted by relative importance*

| *Attribute* | Downside | Upside | *Baseline = 66.1%** *Relative Importance* |
|---|---|---|---|
| Length of time before effects wear off | -34.5% | +2.6% | 32% |
| The brand was recommended by | -27.2% | +0.3% | 24% |
| Cost of your toxin treatment (including discounts and promotions) | -23.9% | +3.0% | 23% |
| Manufacturer offers loyalty program | -17.9% | +0.5% | 16% |
| Discounts are offered on other non-toxin procedures | | +4.7% | 4% |

**Note: Share represents patient choice at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

**Patients are willing to pay more for a longer lasting toxin and a brand that has been recommended to them; brand awareness with the perception of longer duration can help drive patient choice even at premium prices.**

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.
Source: ISA Primary Research

# Patients are most sensitive to changes in duration, with significant decreases in patient share for duration lower than 6 months

Patient

**Derived Share**

Represents base case

**RT002 Preference Share***

*% of Patients, Base Case Attributes*




***A 6-month duration is a key differentiator for RT002 and will drive significant share even at a premium to Botox; however, there is significant risk to RT002 if duration is less than 5-6 months***

**Note: Share represents patient choice at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.





HIGHLY CONFIDENTIAL INFORMATION

# While the influence of particular recommendations varies, it is important that patients be made aware of the brand in some way.

Patient

Derived Share




***It is difficult to identify the best source of a recommendation, however it is clear that brand awareness and a recommendation of some sort is critical to drive patient demand***

**Note: Preference share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through and brand awareness); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients.*

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# Driven by duration and brand awareness, the delta from the lowest preference share to the highest is very drastic.




**Untempered Share**

## RT002 Preference Share

*% Patients (n=298)*

| | Lowest | Base Case | Highest |
|---|---|---|---|
| Length of time before effects wear off | 3-4 months (12 - 14 weeks) | 6 months (24 weeks) | Greater than 6 months (24 weeks) |
| The brand was recommended to you by: | None | Office or spa recommends | Positive reviews on social media |
| Cost of your toxin treatment (including discounts and promotions) | 50% higher than you normally pay | 25% higher than you normally pay | 25% less than you normally pay |
| Manufacturer offers loyalty program | None | Earn points with each treatment - 100 points = $10 coupon | Earn points with each treatment - 100 points = $10 coupon and $20 off on patient's birthday |
| Discounts are offered on other non-toxin procedures | None | None | $50 off treatment |

XX% % Increase in Share

Lowest Base Case Highest




Ensuring that the brand is positioned as a longer lasting toxin, and that patients are aware of the brand will be critical to driving utilization

Q22 / Q23 / Q24. Assuming that the below product attributes are available, please select your product of choice.

# Table of Contents

Objectives and Approach

Executive Summary

Detailed Research Findings: **Provider**

Detailed Research Findings: **Patient**

**Appendix**

# Comparison of Kaiser and ISA Research Methodology.

| | Kaiser Approach | ISA Approach |
|---|---|---|
| **Sample** | Provider demand research<br>Only large practice sizes by patient volume | Provider & patient demand research<br>Mix of practice sizes by patient volume |
| **Methodology** | Brand blinded choice-based conjoint<br>RT002 enters a market with 4 brands including Evolus | Brand unblinded choice-based conjoint<br>RT002 enters a market with 3 brands |
| **Tempering Approach** | Provider preference shares discounted to account for impact of brand and market entry to arrive at peak share (since shares obtained were brand blind) | Untempered provider and patient preference shares at launch were linked to obtain a combined demand impact |