IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Allergan, Inc.,

*Plaintiff/*
*Counterclaim Defendant*,

v.

Revance Therapeutics, Inc. and
PCI San Diego, Inc. f/k/a Ajinomoto Althea, Inc.

*Defendants/Counterclaim*
*Plaintiffs*.

**REDACTED - PUBLIC VERSION**

C.A. No. 21-1411-RGA-LDH

[redacted]

**EXHIBIT 7 TO AMENDED JOINT PROPOSED PRETRIAL ORDER (D.I. 574)**
**JOINT TRIAL EXHIBIT LIST**

# EXHIBIT 7

*Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*
Case No. 21-1411-RGA (D. Del.)
Joint Trial Exhibit List (dated November 14, 2024)

| JTX No. | PTX No. | DTX No. | Bates Beg | Description |
|---|---|---|---|---|
| JTX_001 | PTX_001 | DTX_001 | ALGN-0000212 | U.S. Patent No. 11,147,878 |
| JTX_002 | PTX_002 | DTX_009 | ALGN-0013405 | U.S. Patent No. 11,285,216 |
| JTX_003 | PTX_003 | DTX_006 | ALGN-0013186 | U.S. Patent No. 7,354,740 |
| JTX_004 | PTX_005 | DTX_008 | ALGN-0013375 | U.S. Patent No. 11,203,748 |
| JTX_005 | PTX_007 | DTX_007 | ALGN-0013262 | U.S. Patent No. 11,033,625 |
| JTX_006 | PTX_008 | DTX_384 | REV_DAX-03340125 | U.S. Provisional Application No. 60/725,126 |
| JTX_007 | PTX_011 | DTX_356 | REV_DAX-03327946 | U.S. Patent No. 11,033,625 - Prosecution History |
| JTX_008 | PTX_013 | DTX_562 | REV_DAX-03330667 | U.S. Patent No. 11,147,878 - Prosecution History |
| JTX_009 | PTX_015 | DTX_361 | REV_DAX-03333270 | U.S. Patent No. 11,285,216 - Prosecution History |
| JTX_010 | PTX_016 | DTX_355 | REV_DAX-03326515 | U.S. Patent No. 7,354,740 - Prosecution History |
| JTX_011 | PTX_025 | DTX_004 | ALGN-0012619 | Agreement between Allergan, Inc. and Allergan Botox Limit, Allergan Pharmaceuticals Holdings (Ireland) Limited, and Allergan Pharmaceuticals Ireland |
| JTX_012 | PTX_037 | DTX_010 | ALGN-0029144 | Allergan Notebook [redacted] |
| JTX_013 | PTX_038 | DTX_005 | ALGN-0012886 | Results from Experiment 21 |
| JTX_014 | PTX_058 | DTX_055 | ALGN-1363491 | BPS-RR-08-010, "Development the Anion Exchange Chromatography Capture Step for the AGN-191622 Drug Substance 2 (DS2) Manufacturing Process" |
| JTX_015 | PTX_060 | DTX_080 | ALGN-1843012 | BPS-RR-07-017, "Development of an Animal Product Free Downstream Process for the Clostridium botulinum Neurotoxin Type A Complex" |
| JTX_016 | PTX_061 | DTX_014 | ALGN-0043345 | [redacted] |
| JTX_017 | PTX_062 | DTX_053 | ALGN-1363342 | BP-R-08-004, "Analysis of Residual Genomic DNA Content in AGN-191622-DS1 and AGN-191622-DS2 Drug Substances by Real-time Quantitative Polymerase Chain Reaction (qPCR)" |
| JTX_018 | PTX_063 | DTX_058 | ALGN-1363763 | BPS-RR-07-020, "Resin Screening for Purification of 900 kDa Clostridium botulinum Neurotoxin Type A Complex" |
| JTX_019 | PTX_064 | DTX_057 | ALGN-1363727 | ABD-2009-R-0028, "Development of the Cation Exchange Chromatography Intermediate Purification Step for the AGN-191622 Drug Substance 2 (DS2) Manufacturing Process" |
| JTX_020 | PTX_076 | DTX_056 | ALGN-1363537 | Allergan Presentation - "Preliminary Analytical Comparability Assessment of AGN-191622-DS1 vs. AGN-191622-DS2" |
| JTX_021 | PTX_077 | DTX_050 | ALGN-1363000 | [redacted] |
| JTX_022 | PTX_081 | DTX_143 | REV_DAX-00003306 | BLA No. 761127, Section 3.2.P.1 - Description and Composition (Nov. 5, 2019) |
| JTX_023 | PTX_085 | DTX_145 | REV_DAX-00003310 | BLA No. 761127, Section 3.2.P.2.2 - Description of Manufacturing Process and Process Controls (Nov. 9, 2019) |
| JTX_024 | PTX_094 | DTX_228 | REV_DAX-02572358 | BLA No. 761127, Section 2.7.6 - Synopsis of Individual Studies (Oct. 10, 2019) |
| JTX_025 | PTX_097 | DTX_164 | REV_DAX-02088949 | [redacted] |
| JTX_026 | PTX_102 | DTX_172 | REV_DAX-02105998 | BLA No. 761127, Approval Letter |
| JTX_027 | PTX_103 | DTX_280 | REV_DAX-02755534 | BLA No. 761127, Supplement Approval for Cervical Dystonia (Aug. 11, 2023) |

*Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*
Case No. 21-1411-RGA (D. Del.)
Joint Trial Exhibit List (dated November 14, 2024)

| JTX No. | PTX No. | DTX No. | Bates Beg | Description |
|---|---|---|---|---|
| JTX_028 | PTX_107 | DTX_162 | REV_DAX-02088441 | BLA No. 761127, Section 3.2.S.4.1 - Specification (Nov. 8, 2020) |
| JTX_029 | PTX_108 | DTX_170 | REV_DAX-02104843 | BLA No. 761127, Section 3.2.S.2.6 - Manufacturing Process Development (Aug. 29, 2022) |
| JTX_030 | PTX_109 | DTX_166 | REV_DAX-02090911 | BLA No. 761127, Section 3.2.S.4.4 - Batch Analyses (Mar. 2, 2022) |
| JTX_031 | PTX_111 | DTX_141 | REV_DAX-00002010 | BLA No. 761127, Section 2.3.S.3 - Characterization (Nov. 15, 2019) |
| JTX_032 | PTX_116 | DTX_168 | REV_DAX-02104605 | BLA No. 761127, Section 3.2.S.2.2 - Description of Manufacturing Process and Process Controls (July 22, 2022) |
| JTX_033 | PTX_122 | DTX_157 | REV_DAX-02085433 | BLA No. 761127, Section 1.11.1 - Quality Information Amendment (Feb. 20, 2020) |
| JTX_034 | PTX_132 | DTX_158 | REV_DAX-02085880 | BLA No. 761127, Section 3.2.A.1 - Facilities and Equipment (Apr. 30, 2020) |
| JTX_035 | PTX_133 | DTX_159 | REV_DAX-02086403 | BLA No. 761127, Section 3.2.A.1 - Facilities and Equipment (July 7, 2020) |
| JTX_036 | PTX_138 | DTX_144 | REV_DAX-00003307 | BLA No. 761127, Section 3.2.P.2.1 - Components of the Drug Product (Nov. 9, 2019) |
| JTX_037 | PTX_142 | DTX_279 | REV_DAX-02753892 | BLA No. 761127, Section 3.2.P.3.2 - Batch Formula - ABPS (Sept. 8, 2022) |
| JTX_038 | PTX_143 | DTX_147 | REV_DAX-00003564 | BLA No. 761127, Section 3.2.P.3.2 - Batch Formula (Nov. 7, 2019) |
| JTX_039 | PTX_150 | DTX_148 | REV_DAX-00003565 | BLA No. 761127, Section 3.2.P.3.3 - Description of Manufacturing Process and Process Controls (Nov. 8, 2019) |
| JTX_040 | PTX_184 | DTX_149 | REV_DAX-00004870 | BLA No. 761127, Section 3.2.S.2.3 - Control of Materials (Nov. 7, 2019) |
| JTX_041 | PTX_191 | DTX_226 | REV_DAX-02507360 | BLA No. 761127, Section 3.2.S.4.4 - Batch Analysis (Nov. 7, 2019) |
| JTX_042 | PTX_192 | DTX_152 | REV_DAX-00006144 | BLA No. 761127, Section 3.2.S.4.5 - Justification of Specification (Nov. 7, 2019) |
| JTX_043 | PTX_195 | DTX_160 | REV_DAX-02086577 | BLA No. 761127, Section 3.2.S.7.1 - Stability Summary and Conclusions (July 17, 2020) |
| JTX_044 | PTX_206 | DTX_326 | REV_DAX-03324144 | FDA Label - Botox Cosmetic (Rev. 11/2023) |
| JTX_045 | PTX_207 | DTX_330 | REV_DAX-03324803 | FDA Label - Dysport (Rev. 9/2023) |
| JTX_046 | PTX_208 | DTX_345 | REV_DAX-03325879 | FDA Label - Xeomin (9/2023) |
| JTX_047 | PTX_209 | DTX_580 | REV_DAX-03325138 | FDA Label - Jeuveau (Rev. 7/2019) |
| JTX_048 | PTX_210 | DTX_353 | REV_DAX-03326254 | FDA Label - Daxxify (Rev. 8/2023) |
| JTX_049 | PTX_213 | DTX_048 | ALGN-0430534 | FDA Label - Botox (Rev. 12/2000) |
| JTX_050 | PTX_216 | DTX_047 | ALGN-0162591 | FDA Label - Botox Cosmetic (Rev. 07/2020) |
| JTX_051 | PTX_217 | DTX_236 | REV_DAX-02640552 | FDA Label - Botox Cosmetic (Rev. 3/2002) |
| JTX_052 | PTX_220 | DTX_281 | REV_DAX-02808644 | FDA Label - Dysport (Rev. 7/2020) |
| JTX_053 | PTX_222 | DTX_604 | REV_DAX-03325146 | FDA Label - Jeuveau (Rev. 2/2019) |
| JTX_054 | PTX_225 | DTX_573 | REV_DAX-03325847 | FDA Label - Xeomin (2010) |
| JTX_055 | PTX_226 | DTX_574 | REV_DAX-03325859 | FDA Label - Xeomin (Rev. 5/2019) |
| JTX_056 | PTX_227 | DTX_575 | REV_DAX-03325904 | FDA Label - Xeomin (Rev. 9/2023) |
| JTX_057 | PTX_228 | DTX_322 | REV_DAX-03324013 | FDA Label (PDR) - Botox (Rev. 8/2010) |
| JTX_058 | PTX_229 | DTX_328 | REV_DAX-03324759 | FDA Label (PDR) - Dysport (Rev. 5/2009) |
| JTX_059 | PTX_230 | DTX_091 | ALGN-1845217 | Rupp, et. al., Poster: "A Cell-Penetrating Peptide CPP Did Not Decrease 150-kDa BoNT/A Toxin Adsorption to Surfaces or Increase Toxin Potency or Duration in a Prototype Formulation" |
| JTX_060 | PTX_236 | DTX_018 | ALGN-0048173 | Allergan Presentation - "DS2 Program Overview" (April 6, 2015) |
| JTX_061 | PTX_237 | DTX_011 | ALGN-0032081 | [redacted] |

*Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*
Case No. 21-1411-RGA (D. Del.)
Joint Trial Exhibit List (dated November 14, 2024)

| JTX No. | PTX No. | DTX No. | Bates Beg | Description |
|---|---|---|---|---|
| JTX_062 | PTX_238 | DTX_049 | ALGN-1362172 | [redacted] |
| JTX_063 | PTX_239 | DTX_039 | ALGN-0069510 | [redacted] |
| JTX_064 | PTX_240 | DTX_042 | ALGN-0070354 | [redacted] |
| JTX_065 | PTX_241 | DTX_087 | ALGN-1844413 | Allergan Presentation - "LA Toxins & Conjoint" (Nov 2020) |
| JTX_066 | PTX_242 | DTX_085 | ALGN-1844310 | [redacted] |
| JTX_067 | PTX_243 | DTX_081 | ALGN-1843788 | [redacted] |
| JTX_068 | PTX_244 | DTX_084 | ALGN-1844023 | [redacted] |
| JTX_069 | PTX_246 | DTX_028 | ALGN-0065104 | [redacted] |
| JTX_070 | PTX_247 | DTX_060 | ALGN-1821482 | [redacted] |
| JTX_071 | PTX_248 | DTX_025 | ALGN-0059041 | [redacted] |
| JTX_072 | PTX_251 | DTX_026 | ALGN-0059723 | [redacted] |
| JTX_073 | PTX_254 | DTX_065 | ALGN-1825926 | [redacted] |
| JTX_074 | PTX_255 | DTX_037 | ALGN-0069096 | Email chain, top message from Chad Lindemann 12/14/20 HIGHLY CONFIDENTIAL |
| JTX_075 | PTX_256 | DTX_092 | ALGN-1845266 | [redacted] |
| JTX_076 | PTX_257 | DTX_073 | ALGN-1837368 | Email chain, top message from Ben Marzouk 8/3/20 HIGHLY CONFIDENTIAL |
| JTX_077 | PTX_260 | DTX_041 | ALGN-0069887 | Email from Sarah Nguyen 4/7/21 HIGHLY CONFIDENTIAL includes attachment also marked as Lindemann Exhibit 21 |
| JTX_078 | PTX_263 | DTX_063 | ALGN-1825251 | Allergan Presentation - "Facial Injectables ATU: Neurotoxins, Final Report" |
| JTX_079 | PTX_264 | DTX_034 | ALGN-0068368 | [redacted] |
| JTX_080 | PTX_265 | DTX_027 | ALGN-0061184 | [redacted] |
| JTX_081 | PTX_269 | DTX_094 | ALGN-1845835 | File name: "ALGN-1845835.pdf" |
| JTX_082 | PTX_271 | DTX_524 | ALGN-1835967 | [redacted] |
| JTX_083 | PTX_272 | DTX_054 | ALGN-1363447 | [redacted] |
| JTX_084 | PTX_273 | DTX_104 | ALGN-1846053 | [redacted] |
| JTX_085 | PTX_275 | DTX_064 | ALGN-1825805 | [redacted] |
| JTX_086 | PTX_276 | DTX_071 | ALGN-1834948 | [redacted] |
| JTX_087 | PTX_278 | DTX_061 | ALGN-1824241 | [redacted] |
| JTX_088 | PTX_294 | DTX_175 | REV_DAX-02154906 | [redacted] |
| JTX_089 | PTX_297 | DTX_257 | REV_DAX-02675392 | Healthcare Professional FAQs for Customer Service |
| JTX_090 | PTX_298 | DTX_258 | REV_DAX-02676150 | [redacted] |
| JTX_091 | PTX_299 | DTX_269 | REV_DAX-02687206 | Revance Presentation - "Launch Planning" |
| JTX_092 | PTX_301 | DTX_270 | REV_DAX-02691642 | Revance Presentation - [redacted] |
| JTX_093 | PTX_303 | DTX_268 | REV_DAX-02687035 | Revance Presentation - "Daxi Price Journey Price Setting" |
| JTX_094 | PTX_317 | DTX_146 | REV_DAX-00003437 | [redacted] |

*Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*
Case No. 21-1411-RGA (D. Del.)
Joint Trial Exhibit List (dated November 14, 2024)

| JTX No. | PTX No. | DTX No. | Bates Beg | Description |
|---|---|---|---|---|
| JTX_095 | PTX_342 | DTX_255 | REV_DAX-02672832 | Revance Presentation - "RT002 [redacted] |
| JTX_096 | PTX_344 | DTX_256 | REV_DAX-02673436 | Revance Presentation - "RT002 Pricing Assessment" (Oct. 2018) |
| JTX_097 | PTX_345 | DTX_254 | REV_DAX-02672700 | Revance Presentation - [redacted] |
| JTX_098 | PTX_346 | DTX_242 | REV_DAX-02665350 | Revance Presentation - [redacted] |
| JTX_099 | PTX_371 | DTX_260 | REV_DAX-02681230 | Revance Presentation - [redacted] |
| JTX_100 | PTX_374 | DTX_267 | REV_DAX-02686248 | Revance Presentation - "Forecast" |
| JTX_101 | PTX_390 | DTX_150 | REV_DAX-00005126 | [redacted] |
| JTX_102 | PTX_399 | DTX_245 | REV_DAX-02667351 | File name: "Qsight-Aesthetics-Tracker_Alert_Daxxify_October_2022.pdf" |
| JTX_103 | PTX_402 | DTX_119 | ALGN-1847813 | Press Release - "DAXXIFY Becomes First Facial Injectable to be Named to TIME's Best Inventions" (Oct. 26, 2023) |
| JTX_104 | PTX_407 | DTX_231 | REV_DAX-02579414 | [redacted] |
| JTX_105 | PTX_408 | DTX_278 | REV_DAX-02753334 | [redacted] |
| JTX_106 | PTX_411 | DTX_241 | REV_DAX-02664778 | Revance Presentation - "RT002 [redacted] |
| JTX_107 | PTX_413 | DTX_275 | REV_DAX-02730584 | [redacted] |
| JTX_108 | PTX_422 | DTX_132 | REV_DAX-00000587 | Letter from K. Marcus to S. Malhi re Meeting Request-Written Responses with Written Responses attached |
| JTX_109 | PTX_423 | DTX_134 | REV_DAX-00000737 | [redacted] |
| JTX_110 | PTX_428 | DTX_193 | REV_DAX-02170020 | Dissertation Entitled Characterization and Stabilization of Clostridium Botulinum Neurotoxin for Medical Use, Michael C. Goodnough |
| JTX_111 | PTX_429 | DTX_186 | REV_DAX-02169202 | DasGupta et al., "Purification and Amino Acid Composition of Type A Botulinum Neurotoxin," Toxicon 22(3):415-24 (1984) |
| JTX_112 | PTX_431 | DTX_190 | REV_DAX-02169854 | U.S. Department of Health and Human Services, Food and Drug Administration, "Guidance for Industry: Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products") ("FDA Guidance 1999") |
| JTX_113 | PTX_432 | DTX_210 | REV_DAX-02172826 | U.S. Patent Application Publication No. 2005/0238669 ("Xiang '669") |
| JTX_114 | PTX_434 | DTX_286 | REV_DAX-03296407 | Asher, "Prions, Mayhem and Management" (2002) ("Prions Mayhem") |
| JTX_115 | PTX_435 | DTX_283 | REV_DAX-03296144 | Q5A Viral Safety Evaluation of Biotechnology Products Derived from Cell Lines of Human or Animal Origin, 63 Fed. Reg. 51075 (Sept. 24, 1998) ("FDA Guidance 1998") |
| JTX_116 | PTX_436 | DTX_214 | REV_DAX-02173736 | WO/2001058472 ("Hunt '472") |
| JTX_117 | PTX_437 | DTX_116 | ALGN-1847206 | U.S. Patent No. 9,469,849 (Ruegg) |
| JTX_118 | PTX_442 | DTX_346 | REV_DAX-03325984 | Davis & Dubos, "The Binding of Fatty Acids by Serum Albumin, a Protective Growth Factor in Bacteriological Media," J. Exp. Med., Vol. 86, No. 3, pp 215–28 (1947)) ("Davis 1947") |

*Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*
Case No. 21-1411-RGA (D. Del.)
Joint Trial Exhibit List (dated November 14, 2024)

| JTX No. | PTX No. | DTX No. | Bates Beg | Description |
|---|---|---|---|---|
| JTX_119 | PTX_444 | DTX_311 | REV_DAX-03323122 | Solish et al., "Overview of DaxibotulinumtoxinA for Injections: A Novel Formulation of Botulinum Toxin Type A" (Oct. 13, 2021) ("Solish 2021") |
| JTX_120 | PTX_445 | DTX_533 | REV_DAX-03323089 | Batista et al., Abstract: "A Cell Penetrating Peptide Enhances Membrane Binding of Botulinum Neurotoxin Type A and Increases SNAP-25 Cleavage" (2024) ("Batista 2024") |
| JTX_121 | PTX_447 | DTX_156 | REV_DAX-01071813 | Stone, H. et al., "Characterization of diffusion and duration of action of a new botulinum toxin type A formulation," Toxicon, 58:159–167 (2011) ("Stone 2011") |
| JTX_122 | PTX_449 | DTX_277 | REV_DAX-02730955 | Market Insights, "Therapeutic Botulinum Toxin Global" (Sept. 6, 2022) |
| JTX_123 | PTX_451 | DTX_297 | REV_DAX-03320896 | Goodnough et al., "Stabilization of Botulinum Toxin Type A during Lyophilization" (July 1992) ("Goodnough 1992") |
| JTX_124 | PTX_452 | DTX_052 | ALGN-1363084 | [redacted] |
| JTX_125 | PTX_456 | DTX_313 | REV_DAX-03323322 | Aoki et al., Preclinical Update on Botox botulinum toxin type A-purified neurotoxin complex relative to other botulinum neurotoxin preparation, Eu. J. Neurol. 64:s3-s10 1999 ("Aoki 1999") |
| JTX_126 | PTX_471 | DTX_113 | ALGN-1846714 | Committee for Medicinal Products for Human Use, Guideline on Immunogenicity Assessment of Biotechnology-Derived Therapeutic Proteins (2007) ("EMA Guidelines 2007") |
| JTX_127 | PTX_473 | DTX_129 | ALGN-1848090 | Cromwell, et al., "Protein Aggregation and Bioprocessing," AAPS J., Vol. 8, No, 3, pp. E572-79 (2006) ("Cromwell 2006") |
| JTX_128 | PTX_485 | DTX_561 | REV_DAX-03339952 | File name: "L-Histidine hydrochloride hydrate.pdf" |
| JTX_129 | PTX_494 | DTX_123 | ALGN-1847969 | ICH Q2(R2) Guideline on Validation of Analytical Procedures (Dec.14, 2023) ("ICH Q2(R2)") |
| JTX_130 | PTX_497 | DTX_298 | REV_DAX-03320985 | Janson & Rydén, Protein Purification, Principles, High Resolution Methods, and Applications (1998) ("Janson 1998") |
| JTX_131 | PTX_498 | DTX_105 | ALGN-1846054 | Janson, J. & Rydén, L. Eds., Protein Purification, Principles, High Resolution Methods, and Applications, Chapters 1 & 7 2nd Ed. 1998 |
| JTX_132 | PTX_507 | DTX_114 | ALGN-1846732 | Letter from Dep't of Human & Health Services, Food & Drug Administration to Manufacturers of Biological Products (April 19, 2000) ("FDA April 2000 Letter") |
| JTX_133 | PTX_513 | DTX_126 | ALGN-1848031 | Mahler, et al., "Protein Aggregation: Pathways, Induction Factors and Analysis," J. Pharm. Sci., Vol. 98, No. 9, pp. 2909-34 (2009) ("Mahler 2009") |
| JTX_134 | PTX_515 | DTX_251 | REV_DAX-02671338 | [redacted] |
| JTX_135 | PTX_519 | DTX_122 | ALGN-1847964 | Millipore Sigma, Bovine Serum Albumin ("Millipore BSA") |
| JTX_136 | PTX_521 | DTX_121 | ALGN-1847957 | Millipore Sigma, Fetal Bovine Serum ("Millipore FBS") |
| JTX_137 | PTX_522 | DTX_351 | REV_DAX-03326156 | Millipore Sigma, Human Serum Albumin ("Millipore HSA") |
| JTX_138 | PTX_525 | DTX_127 | ALGN-1848057 | Neagu, et al., "Applications of Tandem Mass Spectrometry (MS/MS) in Protein Analysis for Biomedical Research," Molecules, Vol. 27, No. 8, pp. 1-29 (2022) ("Neagu 2022") |
| JTX_139 | PTX_527 | DTX_124 | ALGN-1848002 | Pellett, "Progress in Cell Based Assays for Botulinum Neurotoxin Detection," Curr. Top. Microbiol. Immunol., Vol. 364, pp. 257-85 (2013) ("Pellett 2013") |

*Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*
Case No. 21-1411-RGA (D. Del.)
Joint Trial Exhibit List (dated November 14, 2024)

| JTX No. | PTX No. | DTX No. | Bates Beg | Description |
|---|---|---|---|---|
| JTX_140 | PTX_530 | DTX_131 | ALGN-1848167 | Pulkoski-Gross et al., Poster: "A Cell Penetrating Peptide Binds Directly to and Enhances Membrane Binding of the Core Toxin of Botulinum Toxin Type A BoNTA," TOXINS Conference (July 27-30, 2022) ("Pulkoski-Gross 2022") |
| JTX_141 | PTX_532 | DTX_115 | ALGN-1846758 | Restrictions on the Importation of Ruminants, Meat and Meat Products from Ruminants, and Certain Other Ruminant Products, 63 Fed. Reg. 406 (Jan. 6, 1998) (“FDA Restrictions 1998”) |
| JTX_142 | PTX_533 | DTX_130 | ALGN-1848098 | Roche, et al., “The Antioxidant Properties of Serum Albumin,” FEBS Letters, Vol. 582, No. 13, pp. 1783-87 (2008) (“Roche 2008”) |
| JTX_143 | PTX_537 | DTX_303 | REV_DAX-03321549 | Schantz & Johnson, E, “Preparation and Characterization of Botulinum Toxin Type A for Human Treatment,” in Therapy with Botulinum Toxin, pp. 41-49 (1994) (“Schantz 1994”) |
| JTX_144 | PTX_538 | DTX_198 | REV_DAX-02171593 | Schantz & Johnson, E., “Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine,” Microbiol. Rev., Vol. 56, No. 1, pp. 80 99 (1992) (“Schantz 1992”) |
| JTX_145 | PTX_539 | DTX_199 | REV_DAX-02171620 | Schmidt & Siegel, “Purification of Type E Botulinum Neurotoxin by High-Performance Ion Exchange Chromatography,” Anal. Biochem., Vol. 156, pp. 213-19 (1986) (“Schmidt 1986”) |
| JTX_146 | PTX_541 | DTX_200 | REV_DAX-02171650 | Scopes, Protein Purification: Principles and Practice Third Edition (1994) (“Scopes 1994”) |
| JTX_147 | PTX_542 | DTX_117 | ALGN-1847241 | Scopes, Protein Purification: Principles and Practice Third Edition (1994)) (“Scopes 1994”) |
| JTX_148 | PTX_544 | DTX_304 | REV_DAX-03321560 | Shibata, Murotani & Onodera, “Difference in Tryptophan-nicotinamide Conversion According to Dietary Nitrogen Sources; Casein, Casein Hydrolysate, and Mixtures of Amino Acids,” Biosci. Biotech. Biochem., Vol. 56, No. 4, pp. 665-69 (1992) (“Shibata 1992”) |
| JTX_149 | PTX_545 | DTX_128 | ALGN-1848086 | Shimoni, et al., “Process Improvements Increase Production Capacity of a Legacy Product,” BioProcess Tech., Vol. 11, No. 10, pp. 26-31 (2013) (“Shimoni 2013") |
| JTX_150 | PTX_546 | DTX_106 | ALGN-1846125 | Shukla, Etzel, & Gadam, Process Scale Bioseparations for the Biopharmaceutical Industry (2007) (“Shukla 2007”) |
| JTX_151 | PTX_548 | DTX_201 | REV_DAX-02171818 | Simpson, Schmidt & Middlebrook, “Isolation and Characterization of the Botulinum Neurotoxins,” in Preparation of Toxins, Chpt. 12, pp 76-85 (1988) (“Simpson 1988”) |
| JTX_152 | PTX_555 | DTX_203 | REV_DAX-02171869 | Sugiyama et al., “Improved Procedure for Crystallization of Clostridium botulinum Type A Toxic Complexes,” Appl. Environ. Microbiol., Vol. 33, No. 4, p. 963-66 (1977) (“Sugiyama 1977”) |
| JTX_153 | PTX_558 | DTX_125 | ALGN-1848028 | Thiry & Cingolani, “Optimizing Scale-Up Fermentation Processes,” Trends Biotechnol., Vol. 20, No. 3, pp. 103-05 (2002) (“Thiry 2002”) |
| JTX_154 | PTX_560 | DTX_120 | ALGN-1847818 | TIME, The Best Inventions of 2023, Smoother Skin, Revance Therapeutics Daxxify, https://time.com/collection/best-inventions- 2023/6326375/revance-theraputics-daxxify/ |
| JTX_155 | PTX_563 | DTX_205 | REV_DAX-02171956 | Tugnoli, et al., “The Therapeutic Use of Botulinum Toxin,” Exp. Opin. Investig. Drugs, Vol. 6(10), pp. 1383-94 (1997)) (“Tugnoli 1997”) |
| JTX_156 | PTX_575 | DTX_118 | ALGN-1847403 | Vossen, Kreysa & Coll, “Overview of the BSE Risk Assessments of the European Commission’s Scientific Steering Committee (SSC) and its TSE/BSE ad hoc Group”(2003) (“SSC June 2003”) |

*Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*
Case No. 21-1411-RGA (D. Del.)
Joint Trial Exhibit List (dated November 14, 2024)

| JTX No. | PTX No. | DTX No. | Bates Beg | Description |
|---|---|---|---|---|
| JTX_157 | PTX_576 | DTX_307 | REV_DAX-03321672 | Wang, Y. et al., "The Preparation and Quality of Botulinum Toxin Type A for Injection (BTXA-China) and Its Clinical Use," Movement Disorders, 15(2):55 (2000) ("Wang 2000 Clinical Science") |
| JTX_158 | PTX_586 | DTX_086 | ALGN-1844340 | Allergan Presentation - "Aesthetics Neurotoxin LRP Strategy" |
| JTX_159 | PTX_587 | DTX_082 | ALGN-1843826 | [redacted] |
| JTX_160 | PTX_588 | DTX_083 | ALGN-1843852 | [redacted] |
| JTX_161 | PTX_590 | DTX_031 | ALGN-0067860 | |
| JTX_162 | PTX_591 | DTX_043 | ALGN-0070440 | |
| JTX_163 | PTX_593 | DTX_033 | ALGN-0067924 | |
| JTX_164 | PTX_596 | DTX_070 | ALGN-1834385 | Presentation: Daxxify Launch Tracker Main Quant Study Report, May and June Waves w/HCPs (June 30, 2023) |
| JTX_165 | PTX_597 | DTX_074 | ALGN-1837437 | [redacted] |
| JTX_166 | PTX_598 | DTX_044 | ALGN-0070510 | |
| JTX_167 | PTX_602 | DTX_107 | ALGN-1846297 | File name: "ALGN-1846297-HIGHLY CONFIDENTIAL.xlsx" |
| JTX_168 | PTX_603 | DTX_112 | ALGN-1846586 | [redacted] |
| JTX_169 | PTX_604 | DTX_069 | ALGN-1834340 | Presentation: Daxxify Launch Tracker Main Quant Study Report, May Wave w/ HCPs (June 6, 2023) |
| JTX_170 | PTX_608 | DTX_108 | ALGN-1846299 | File name: "ALGN-1846299-HIGHLY CONFIDENTIAL.xlsx" |
| JTX_171 | PTX_610 | DTX_109 | ALGN-1846301 | File name: "ALGN-1846301-HIGHLY CONFIDENTIAL.xlsx" |
| JTX_172 | PTX_611 | DTX_075 | ALGN-1837670 | File name: "Botox Cosmetic - One-Pager 2021 LRP (6-1-21).xlsx" |
| JTX_173 | PTX_616 | DTX_321 | REV_DAX-03323699 | SEC Filing - Allergan, Inc. Form 10-K (Period Ending December 31, 2017) |
| JTX_174 | PTX_625 | DTX_234 | REV_DAX-02640101 | File name: "Revance Data request 10 year plan.xlsx" |
| JTX_175 | PTX_628 | DTX_315 | REV_DAX-03323559 | S&P Global Market Intelligence Transcript: AbbVie Inc. (NYSE: ABBV) Company Conference Presentation |
| JTX_176 | PTX_630 | DTX_243 | REV_DAX-02666351 | [redacted] |
| JTX_177 | PTX_632 | DTX_259 | REV_DAX-02680442 | File name: "2023 DAXXIFY Business Plan_Account Productivity Method_v4.4.2.xlsx" |
| JTX_178 | PTX_641 | DTX_287 | REV_DAX-03316772 | File name: "Daxxify Current Quarter Order Details -with batch information.xlsx" |
| JTX_179 | PTX_660 | DTX_110 | ALGN-1846302 | Revance Therapeutics, Inc., Q1 2023 Earnings Call, May 09, 2023 |
| JTX_180 | PTX_685 | DTX_090 | ALGN-1844769 | [redacted] |
| JTX_181 | PTX_688 | DTX_089 | ALGN-1844747 | [redacted] |
| JTX_182 | PTX_691 | DTX_088 | ALGN-1844440 | |
| JTX_183 | PTX_692 | DTX_274 | REV_DAX-02707686 | Agreement between Revance and BioSentinel (Apr. 11, 2016) |
| JTX_184 | PTX_717 | DTX_111 | ALGN-1846533 | U.S. Department of Health and Human Services, Food and Drug Administration, "Guidance for Industry: Q5E Comparability of Biotechnological/Biological Products Subject to Changes in Their Manufacturing Process" (June 2005) ("FDA Q5E") |

*Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*
Case No. 21-1411-RGA (D. Del.)
Joint Trial Exhibit List (dated November 14, 2024)

| JTX No. | PTX No. | DTX No. | Bates Beg | Description |
|---|---|---|---|---|
| JTX_185 | PTX_781 | DTX_372 | ALGN-1367492 | SEC Filing - Revance Therapeutics, Inc., Form 10-Q (Period Ending June 30, 2022) |
| JTX_186 | PTX_787 | DTX_368 | ALGN-1368331 | SEC Filing - Revance Therapeutics, Inc., Form 10-Q (Period Ending Mar. 31, 2023) |
| JTX_187 | PTX_790 | DTX_371 | ALGN-1368627 | SEC Filing - Revance Therapeutics, Inc., Form 10-Q (Period Ending Mar. 31, 2022) |
| JTX_188 | PTX_797 | DTX_312 | ALGN-1369653 | SEC Filing - Revance Therapeutics, Inc., Form 10-Q (Period Ending Sept. 30, 2022) |
| JTX_189 | PTX_024 | DTX_664 | ALGN-0012623 | Agreement Between Allergan Pharmaceuticals Ireland and Allergan USA, Inc. (Jan. 1, 2018) |
| JTX_190 | PTX_027 | DTX_665 | ALGN-0012645 | Agreement between Allergn Botox Unlimited Company, Allergan Pharmaceuticals Holdings (Ireland) Unlimited Company, and Allergan Pharmaceuticals Ireland (Jan. 21, 2020) |
| JTX_191 | PTX_028 | DTX_666 | ALGN-0012656 | Agreement between Allergn Botox Unlimited Company, Allergan Pharmaceuticals Holdings (Ireland) Unlimited Company, Allergan Pharmaceuticals Ireland, and Allergan, Inc. - IP Asset Purchase (Jan. 21, 2020) |
| JTX_192 | PTX_031 | DTX_648 | ALGN-0028505 | Allergan Notebook [redacted] |
| JTX_193 | PTX_032 | DTX_649 | ALGN-0012903 | Allergan Notebook [redacted] |
| JTX_194 | PTX_033 | DTX_650 | ALGN-0012877 | Results from Experiment 9 |
| JTX_195 | PTX_034 | DTX_651 | ALGN-0028719 | Allergan Notebook [redacted] |
| JTX_196 | PTX_035 | DTX_652 | ALGN-0012882 | Results from Experiment 14 |
| JTX_197 | PTX_036 | DTX_653 | ALGN-0012884 | Results from Experiment 17 |
| JTX_198 | PTX_091 | DTX_595 | REV_DAX-00002851 | BLA No. 761127, Section 3.2.A.3.1 - General Information |
| JTX_199 | PTX_101 | DTX_601 | REV_DAX-02089357 | BLA No. 761127, Section 1.11.4 - Complete Response (Mar. 6, 2022) |
| JTX_200 | PTX_120 | DTX_606 | REV_DAX-03326320 | BLA No. 761127, CDER Mult-Discipline Review (Mar. 8, 2022) |
| JTX_201 | PTX_186 | DTX_607 | REV_DAX-00004971 | BLA No. 761127, Section 3.2.S.2.6 - Manufacturing Process Development (Nov. 12, 2019) |
| JTX_202 | PTX_232 | DTX_591 | ALGN-1844877 | Allergan Sales, LLC, "Evaluation of Cell-penetrating Peptide Effects on BoNT/A Potency in the Mouse Digit Abduction Score (DAS) Assay," BIO-20-1288 |
| JTX_203 | PTX_245 | DTX_655 | ALGN-1841463 | 2020 Neurotoxin Strategy (Aesthetic / Therapeutic) presentation |
| JTX_204 | PTX_249 | DTX_668 | ALGN-0066908 | [redacted] |
| JTX_205 | PTX_252 | DTX_657 | ALGN-0066681 | [redacted] |
| JTX_206 | PTX_258 | DTX_659 | ALGN-0069679 | [redacted] |
| JTX_207 | PTX_259 | DTX_660 | ALGN-1845430 | Internal training document HIGHLY CONFIDENTIAL |
| JTX_208 | PTX_261 | DTX_661 | ALGN-0067228 | Give Her Lips More BDM $100 PTD through Oct 07, 2018 |
| JTX_209 | PTX_262 | DTX_662 | ALGN-1837433 | [redacted] "Botox one-pager" |
| JTX_210 | PTX_267 | DTX_667 | ALGN-0070396 | [redacted] |
| JTX_211 | PTX_300 | DTX_634 | REV_DAX-02731117 | Revance Presentation - "Daxxify Pulse Survey Kx Advisors" (Aug. 14 2023) |
| JTX_212 | PTX_453 | DTX_673 | REV_DAX-02172190 | U.S. Patent No. 7,452,697 |

| *Allergan, Inc. et al. v. Revance Therapeutics, Inc. et al.,*<br>Case No. 21-1411-RGA (D. Del.)<br>Joint Trial Exhibit List (dated November 14, 2024) | | | | |
|---|---|---|---|---|
| **JTX No.** | **PTX No.** | **DTX No.** | **Bates Beg** | **Description** |
| JTX_213 | PTX_465 | DTX_619 | REV_DAX-03324941 | Broide et al., The rat Digital Abductor Score DAS assay: A physiological model for assessing botulinum neurotoxin induced skeletal muscle paralysis, TOXICON 71:18-24 2013 ("Broide 2013") |
| JTX_214 | PTX_520 | DTX_624 | REV_DAX-03326124 | Millipore Sigma, Casein Hydrolysate ("Millipore Casein") |
| JTX_215 | PTX_535 | DTX_632 | REV_DAX-03324955 | Rupp et al., "OnabotulinumtoxinA Displays Greater Biological Activity Compared to IncobotulinumtoxinA, Demonstrating Non Interchangeability in Both In Vitro and In Vivo Assays," Toxins 12:6:393 (2020) ("Rupp 2020") |
| JTX_216 | PTX_594 | DTX_656 | ALGN-0031042 | [redacted] |
| JTX_217 | PTX_627 | DTX_658 | ALGN-1365233 | SEC Filing - Revance Therapeutics, Inc. Form 10-K (Period Ending December 31, 2022) |
| JTX_218 | PTX_845 | DTX_644 | ALGN-1848430 | Botox Cosmetic sales data |
| JTX_219 | PTX_846 | DTX_645 | ALGN-1848431 | Botox Therapeutics sales data |
| JTX_220 | PTX_601 | DTX_669 | n/a | [redacted] |