# JTX-158

Allergan Aesthetics
an AbbVie company

Broide Exhibit 18 (11-7-23)
WWW.DIGITALEVIDENCEGROUP.COM

# AESTHETICS NEUROTOXIN LRP STRATEGY

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-158

*AbbVie recognizes that laws and regulations change often, and, that they vary by country/region across the world concerning the marketing, promotion and sale of prescription drugs, and also concerning disease awareness and scientific exchange. Accordingly, AbbVie is committed to adjust this plan as necessary prior to execution in each country/region to ensure compliance with local laws and regulations. Internal use only / Company Confidential*

# Revance and Galderma pose the largest competitive challenge due to perceived innovations in duration and convenience; other competitors lack differentiation

## Global Aesthetic Neurotoxin Market

### Key Competitive Dynamics

**Perceived Long duration entrants**
Creation of a longer acting profile by Revance with others also pursuing "higher dose" strategies

**New formulation convenience**
Development of first-to-market liquid toxins in either vial or pre-filled syringe

**"Me too" pricing pressure**
Surge in undifferentiated global toxins from S Korea increasing commoditization and competitive pricing pressure

**Potential toxin biosimilar**
Revance and Mylan partnership

### Notable Competitors

Competitor Challenge Level: High → Low

| Competitor & Portfolio | 2020 Mkt. Share[1,2] | Competitive Advantage |
|---|---|---|
| revance; DAXI | *US Entry Nov 2020*<br>*Intl entry 2021* | • Potential 6-mo duration label<br>• Portfolio benefit of Teoxane fillers and HintMD |
| GALDERMA; IPSEN; Dysport; QM-1114; Azzalure; Alluzience | 17% (US)<br>26% (Intl) | • Strong focus on next gen formulations (*liquid*) which are likely coming to market before our offerings |
| MERZ; XEOMIN incobotulinumtoxinA; BOCOUTURE | 10% (US)<br>13% (Intl) | • Broad aesthetics portfolio<br>• Focus on higher dilutions for Skin Quality |
| evolus; DAEWOONG; Jeuveau; NABOTA | 7% (US)<br>0% (Intl) | • Aggressive marketing with "cosmetic" approach (*US only*)<br>• Lower price than competitors |
| HUGEL; croma; Botulax | *US Entry 2021* | • Low cost entrant pursuing US mkt with Chroma partnership |

Allergan Aesthetics an AbbVie company

*[1]US market share from Allergan finance team estimates*
*[2]Intl market share from Face Intl HCP Tracker (PRF data) year-to-date*



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

Pre-Read

# There are three key emerging competitive threats on the horizon that challenge Allergan Aesthetics long-term neurotoxin market leadership

| | Therapeutics & Aesthetics | Therapeutics & Aesthetics | Aesthetics only |
|---|---|---|---|
| ***Potential disruption*** | Revance "Daxi" "Long-acting" Toxin | BOTOX® biosimilar | Liquid formulation |
| ***What we know*** | • Published data suggests longer duration vs. BOTOX® labeled dose<br>• Aesthetic data consistent with double dosing & possible formulation effect<br>• PDUFA Nov 25, 2020 (GL) | • Mylan has stated a 2025 timeline[1]<br>• Revance reflected on biosimilar pricing scenarios vis-à-vis Daxi visit frequency[2] | • Ipsen/Galderma first to market with Alluzience EU 1H 2021<br>• Galderma's QM-1114 (new entity) in US Jun-Dec 2022 |
| ***Key areas of uncertainty*** | • Will Daxi label explicitly include duration claim?<br>• Will safety profile be comparable to BOTOX®?<br>• Will Daxi be an acceptable option for all UFLs? | • Whether biosimilar will be approved by FDA<br>• Biosimilar timing and impact to BOTOX® franchise<br>• Potential support from Revance commercial org | • Will QM-1114 have longer duration?<br>• Will Merz have a PFS? (estimated 2021-2023) |

***Despite uncertainties, we must plan and respond according to publicly available timelines***

Allergan Aesthetics
an AbbVie company

[1]Mylan Q4 2019 Earnings Call
[2]CEO Comments at Morgan Stanley Healthcare Conference, Sep 2020



2020 Aesthetics LRP Strategy DRAFT | Company Confidential © 2020

HIGHLY CONFIDENTIAL INFORMATION 

# JTX-96

EXHIBIT 18
KELLIE LAO
9/13/23
Cheryl Haab Scott, RDR, CRR, CCRR
CA CSR No. 13600

# RT002 Pricing Assessment

*Research Summary*

October 2018

Insight STRATEGY ADVISORS

# HCPs anticipate utilizing RT002 in ~10-12% of their toxin patients, with share sourced proportionally across the current brands.

HCP Patient

**Conjoint Results**

## Change in Toxin Patient Share* Given RT002 Availability – Base Case

*% Patients (n=250) – weighted by patients*

| Toxin Product | Returning Patients | | Naïve Patients | |
|---|---|---|---|---|
| | % Patients | Change | % Patients | Change |
| ***RT002*** | 10.4% | ***+10.4%*** | 12.7% | ***+12.7%*** |
| **Botox** | 59% | *-6.3%* | 58% | *-7.7%* |
| **Dysport** | 19% | *-2.7%* | 19% | *-3.3%* |
| **Xeomin** | 11% | *-1.4%* | 11% | *-1.7%* |

Current Utilization
Future Utilization

** Note: Preference Share represents patient share at launch based on product attributes and does not account for the potential impact of commercial tactics (i.e. pull-through); it also assumes that RT002 is available in-office to all HCPs and can therefore be provided to patients*

Q23. Assuming Product X and all comparator products are available, reallocate the percent of Returning and Treatment Naïve patients that will receive treatment at your practice next month.
Q24. Considering the Product X scenarios reviewed, please indicate below how certain you are that you would recommend the product to the same number of patients as you indicated in the earlier reallocation exercise if you were making an actual decision in your practice.

Insight STRATEGY ADVISORS

# PTX-409

revance

# Board of Directors Meeting Background

December 6, 2019

1

C.A. No. 21-1411-RGA-LDH
**Plaintiffs' Trial Exhibit**
**PTX-409**

Inefficient model precedence has manufacturers trying to support of 30k+ accounts. Revance to stratify accounts and focus on narrow band.

**Allergan Tiers**

*Number of Accounts / Percent of Injectable Revenue*




*Most productive accounts are comprised of non-core, plastics and dermatologists*

revance

6