# DDX-10

# Dana Trexler, CPA/CFF

REVANCE®

# Expectations Supported by Real World Experience

**JUL 2023**

**Carrie Strom**

Senior VP of AbbVie & President of Global Allergan Aesthetics

"So in terms of **DAXI**, it's been more than 6 months since their launch and the **uptake has been quite limited from our perspective** in the low single digits."

REVANCE

**DEC 2022**



DAXXIFY
daxibotulinumtoxinA-lanm injection

**Begin Sales**

**Allergan, Inc.**

**JUL 2023**

**Carrie Strom**

Senior VP of AbbVie & President of Global Allergan Aesthetics

DTX-318

# Expectations Supported by Real World Experience

**JUL 2023**

**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

"So **we have yet to see impact on Botox share and Botox** will continue to be the clear market leader as the other toxins compete for the #2, 3, 4 position in our customers' offices."

REVANCE

**DEC 2022**




DAXXIFY
daxibotulinumtoxinA-lanm injection

**Begin Sales**

**Allergan, Inc.**

**JUL 2023**

**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

DTX-318

# Expectations Supported by Real World Experience

**OCT 2023**

**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

"Botox continues to perform very well despite increasing competition. It remains the clear market leader with a strong and stable share, and we have seen **little to no share impact from new competitive entrants**."

REVANCE

**DEC 2022**



DAXXIFY
daxibotulinumtoxinA-lanm injection

**Begin Sales**

**Allergan, Inc.**

**JUL 2023**
**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

**OCT 2023**
**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

DTX-318; DTX-319

# Expectations Supported by Real World Experience

**JAN 2024**

**Jeffrey Stewart**
Executive VP & Chief Commercial Officer

**Robert A. Michael**
President & COO

"[1] We're going to continue to see momentum in the fourth quarter in our share position despite the launch of other products, so-called long-acting products, has not moved at all [2] We've been **incredibly efficient at maintaining our leading share position of about 68%** [and] [3] **Despite Daxxify coming in the market, we've held our share for Botox** . . . "

REVANCE

**DEC 2022**




DAXXIFY®
daxibotulinumtoxinA-lanm injection

**Begin Sales**

**Allergan, Inc.**

**JUL 2023**
**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

**OCT 2023**
**Carrie Strom**
Senior VP of AbbVie & President of Global Allergan Aesthetics

**JAN 2024**
**Jeffrey Stewart**
Executive VP & Chief Commercial Officer

JTX-175; DTX-318; DTX- 319

# DTX-71

Allergan Aesthetics
an AbbVie company

# BOTOX® Cosmetic Situation Analysis

May 31, 2023

TRIAL EXHIBIT
DTX-071
C.A. No. 21-1411-RGA-LDH

HIGHLY CONFIDENTIAL INFORMATION
TO BE TREATED AS EAR-PROTECTED INFORMATION

## Summary of Key Trends

### Market Size & Growth

- The NTX market **continued to grow**, but **slower** than in 2021 due to the **weakening economy**
- Growth in 2022 is attributed [redacted]
- Change in the patient composition also led to a **change in demographics**
- [redacted] continue to be an important focus as the market trends towards [redacted]

### Market Share

- BTXC continues to **lead** the NTX market and to [redacted]
- [redacted] are a focus for both consumers and HCPs and are not owned by any brand
- [redacted] also play a role (esp. for younger patients), as consumers consider and discuss more brands
- Securing the [redacted] essential, as they are most at risk

### BTXC Utilization & Loyalty

- BTXC maintains the [redacted] among HCPs and consumers
- [redacted] when it occurs, is highest among those that [redacted]
- Product utilization volume is highest among **repeat users**
- [redacted]

© Allergan Aesthetics



HIGHLY CONFIDENTIAL INFORMATION
TO BE TREATED AS EAR-PROTECTED INFORMATION

Market Size & Growth

## NTX revenue growth is predicted to achieve [redacted] from 2021-2024, [redacted]



Market Growth & Trends | Consumer Demographics | Customer & SoS Trends | Treatment Optimization

### Global Cosmetic Toxin (BoNT) Revenue

*$US Billion*




© Allergan Aesthetics

Source: Aesthetics Medical Insights Report 2019-2026, slide 4

# DTX-314

abbvie

**2022**
**Annual Report**
**on Form 10-K**

2023
Notice of Annual Meeting
& Proxy Statement

# A decade of impact

# Endless possibilities

AbbVie 10






REV_DAX-03323330

TRIAL EXHIBIT
DTX-314
C.A. No. 21-1411-RGA-LDH

## Stockholder Information

**AbbVie Inc. Corporate Headquarters**
1 North Waukegan Road
North Chicago, IL 60064
847.932.7900
abbvie.com

Investor Relations
Dept. ZZ05, AP34

Corporate Secretary
Dept. V364, AP34

**Stock Listing**
The ticker for AbbVie's common stock is ABBV. The principal market for the AbbVie common stock is the NYSE. AbbVie common stock is also listed on the Chicago Stock Exchange.

**Annual Meeting**
The Annual Meeting will be held on Friday, May 5, 2023, at 9 a.m. CT. Please see the proxy statement for information about how to attend the virtual Annual Meeting.

**Dividend Reinvestment Plan**
The AbbVie Dividend Reinvestment Plan offers registered stockholders an opportunity to purchase additional shares, commission-free, through automatic dividend reinvestment and/or optional cash investments. Interested persons may contact the transfer agent.

**Transfer Agent**
EQ Shareholder Services
P.O. Box 64874
St. Paul, MN 55164-0874
www.shareowneronline.com
877.881.5970
651.450.4064

**About AbbVie**
AbbVie's mission is to discover and deliver innovative medicines that solve serious health issues today and address the medical challenges of tomorrow. We strive to have a remarkable impact on people's lives across several key therapeutic areas: immunology, oncology, aesthetics, neuroscience and eye care.

For more information about AbbVie, please visit us at **abbvie.com**.

# 10-Year Anniversary Key Facts and Figures

AbbVie's first day as a new company was **January 2, 2013**.

**$58B**
Revenue in 2022

AbbVie launched with an estimated **$18 billion in annual revenues.** In 2022, AbbVie reported net revenues of more than **$58 billion**.

**50K**
Employees

At launch, AbbVie had approximately 21,000 employees dedicated to meeting the needs of patients.

**30+**
Brands

**175+**
Countries

Today, 50,000 employees at AbbVie make a real difference in people's lives in more than 175+ countries with 30 brands treating 75+ conditions from the combined legacies of AbbVie and Allergan.

abbvie

Dear AbbVie Shareholder,

In 2022, AbbVie delivered another year of strong performance that reflects both our decade of significant impact and confidence in our long-term growth strategy to deliver value for patients, communities and stakeholders for years to come.

This past year was a highly productive year and we executed well across our diverse portfolio to drive growth. Our full-year adjusted Earnings Per Share (EPS) of $13.77 reflects double-digit growth over the prior year, and our total net revenues of more than $58 billion reflect a 5.1% increase on an operational basis over 2021. These results were driven by the growth of our neuroscience portfolio and the outstanding performance of our immunology growth drivers, Skyrizi and Rinvoq which generated nearly $7.7 billion last year combined. We also continued our strong commitment to science and innovation investing $7.1 billion in adjusted R&D and today our pipeline includes more than 80 programs across all development stages, which further supports our long-term growth outlook.

We have built a strong company since our inception in 2013, transforming AbbVie into a broadly diversified major pharmaceutical company that is powered by growth drivers in immunology, hematologic oncology, neuroscience, aesthetics and eye care. We have grown from 21,000 employees to approximately 50,000 employees globally, while our annual net revenues have grown from $18 billion at launch to more than $58 billion. We have invested more than $55 billion in adjusted R&D and have discovered and developed five blockbuster medicines.

Our business performance has created tremendous value for our stakeholders. In our first decade, we delivered a total shareholder return of 613% through the end of 2022 and grew our quarterly dividend by 270%.

Critical to our success is our culture of giving back, which is woven into the fabric of our company. In 2022, thousands of AbbVie's employees participated in our global week of volunteering, and we raised almost $22 million through our annual giving campaign. Since our inception, AbbVie and the AbbVie Foundation have donated almost $650 million to nonprofits around the world.

In 2022, we also continued to advance our Environmental, Social & Governance (ESG) framework, enhancing disclosures, including publication of our first Task Force for Climate Related Financial Disclosures report, and taking meaningful actions to deliver sustainable solutions for our business and our society. We will share more on our progress in our 2022 ESG Action Report.

As AbbVie's founding CEO, it has been a tremendous privilege to lead our company's first decade of incredible success. Our future has never been brighter. We have built a strong foundation for the next phase of our journey, and I am confident about our potential to continue to have a remarkable impact on people's lives, and drive strong performance.

Thank you for your support of our important work. I know AbbVie's next 10 years will be even more exciting and successful than our first 10 years.

Sincerely,

Richard A. Gonzalez
*Chairman and Chief Executive Officer*

# DTX-315

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# Company Conference Presentation

## Wednesday, January 10, 2024 4:15 PM GMT

Meyer Exhibit 7
(5-31-24)
WWW.DIGITALEVIDENCEGROUP.COM

TRIAL EXHIBIT
DTX-315
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Neuroscience probably isn't appreciated as much as we would like it to be. I mean it's our second largest therapeutic area. It's going to grow by over $1 billion in 2023. We talk about Vraylar with the adjunctive MDD approval about a year ago. We've seen a tremendous ramp. We're going to grow about 35% in '23.

And then you look at the oral CGRP portfolio with Ubrelvy and Qulipta, those on a combined basis will approach 50% growth. So we're seeing really nice momentum on our neuroscience portfolio, really driven by psychiatry with Vraylar and the migraine portfolio inclusive of Botox Therapeutic, about 40% of Botox therapeutic is for chronic migraine.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

And if we move on to another large platform, which, of course, is aesthetic. So we are seeing some nice recovery in those markets. I'll describe that briefly. So for example, Botox, typically, what happens after you've had like some economic disruption, in this case, the hyperinflationary approach. Botox comes back first. That's sort of the lead there. And we see that. We see return to market growth in the third quarter. We're going to continue to see momentum in the fourth quarter in our share position despite the launch of other products, so-called long-acting products, has not moved at all.

So we've been incredibly efficient at maintaining our leading share position of about 68%. Now the fillers are also recovering. That market is recovering as well. Typically, it's on a couple quarter lag from the toxin market. And what's also encouraging, we're seeing that, that's recovering and our share position is even stronger than it was before. So we're actually seeing share gains, mostly being driven by some of our new product launches, our new toxins such as Volux and SkinVive. So that's also very attractive in terms of our overall momentum as we come into '24.

**Robert A. Michael**
*President & COO*

And there's been questions on the aesthetics business, but we're seeing a trend very nicely. We expect it to return to growth in '24. As Jeff mentioned, toxins are clearly on that trend. We've now seen 2 quarters of very nice growth. Fillers are getting there, but we're most encouraged by the share performance. Despite Daxxify coming in the market, we've held our share for Botox and then to see Juvederm gaining share with the new launches of Volux and SkinVive is very encouraging.

**Christopher Thomas Schott**
*JPMorgan Chase & Co, Research Division*

Right.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

And we continue on with, of course, eye care and eye care is right now, it's a very stable business, but we're anticipating a big transformation in the pipeline with Regenxbio. So fundamentally, our strategy there is in interventional retina and interventional glaucoma. And we continue to build out that business. It's a very, very attractive business.

Commercially, it's very easy to get to the top physicians in a very efficient sort of SG&A driven manner. And we look forward to continuing to see that data set on the gene therapy with Regenxbio because it's really potentially highly transformative in both wet AMD, Roopal can talk about this a little bit later if we need to and also diabetic retinopathy. So that's a significant opportunity for us.

**Robert A. Michael**
*President & COO*

And then maybe to round out the '24 priorities, if you think of the pipeline milestones, Jeff mentioned, the UC approval and Skyrizi is an important milestone for us this year as well as 951 approval in the U.S., we now just announced the EU approval. We've been approved in Japan. So it will now have essentially by the middle of the year, the global launch of 951 that's important. Potential submission of Teliso-V, our

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-316

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# Company Conference Presentation

## Wednesday, September 13, 2023 3:50 PM GMT

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

TRIAL EXHIBIT
DTX-316
C.A. No. 21-1411-RGA-LDH



REV_DAX-03323576

shorter acting as maybe like a way to continue to build this market. So again, maybe just kind of square that for us in terms of what we're hearing from a competitor about what the kind of needs are out there versus why you guys are going with a shorter acting?

**Roopal Thakkar**
*SVP of Development & Regulatory Affairs and Chief Medical Officer*

I can start off. So we do have a program in place for long acting. And I think there's a segment of the population that really wants a truly long-acting. However, much of the conversation with patients is they do tend to come in to the office 2, 3, 4 times a year the clinics certainly like that because they'll come in for more than just one procedure. And for something like BOTOX that has multiple indications and more to come, that's a huge advantage.

Now getting back to the short term, that is an ask, there's a couple of questions, right? One is I'm thinking about the toxin now because I have an event. We talk about weddings or reunions. And these toxins because of the longer half-life take long to have that peak effect. So if you're thinking and you want it now, they short acting that we're developing offers a solution right away.

Now the other question we get is, well, I don't know if I want to commit to the toxin because I'm going to get a look that I may not be comfortable with for 90 days or longer. So the other benefit of the short-acting is a rapid onset and a rapid offset. So then someone can come in and say, "Well, let me see how I'm going to look." They see that and they're like, "Okay, I like it." And then they can move on to BOTOX and for maybe a smaller segment in the future as we develop the long-acting, then move on to a long acting.

**Robert A. Michael**
*President & COO*

That's a very interesting opportunity. If you think about what's going to drive our ability to deliver on that greater than $9 billion. It's like kind of high single-digit growth in aesthetics. It's about expanding the market. So this is a great opportunity for us to drive that market expansion with if you think about it as a trial talks and to bring new consumers and providers practices.

**Terence C. Flynn**
*Morgan Stanley, Research Division*

Yes. And what -- and maybe can you elaborate at all on kind of what you saw in 2Q about competitive dynamics out there. Again, it sounds like there's not much of an impact. But again, I know there's still some debate about how over the medium to long term.

**Robert A. Michael**
*President & COO*

And we do believe there is a place for a long acting. I think there's a question whether a Daxxify is truly providing the duration that's being spoken about. In terms of the share capture, we had assumed in our guidance, there would be some level of share capture from Daxxify. We've seen very little impact so far, I'd say, from our intelligence, looks like they've gained I'd say, a low single-digit share position, not all coming from BOTOX but low single-digit share capture. So a little bit lower than we had expected, but something obviously we're monitoring carefully.

**Terence C. Flynn**
*Morgan Stanley, Research Division*

Okay. Well, I think we're up against time. But thank you all so much for the time today. Really appreciate it.

**Robert A. Michael**
*President & COO*

Thank you.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-317

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ1 2023 Earnings Call Transcripts

## Thursday, April 27, 2023 1:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2023- | | | -FQ2 2023- | -FY 2023- | | -FY 2024- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| EPS Normalized | 2.49 | 2.46 | ▼ (1.20 %) | 2.84 | 10.97 | - | 11.14 |
| Revenue (mm) | 12230.03 | 12225.00 | ▼ (0.04 %) | 13326.24 | 52659.75 | 52000.00 | 52470.64 |

Currency: USD
Consensus as of Apr-25-2023 7:59 AM GMT




**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2022 | 3.31 | 3.37 | ▲1 1.81 % |
| FQ3 2022 | 3.57 | 3.66 | ▲2 2.52 % |
| FQ4 2022 | 3.58 | 3.60 | ▲3 0.56 % |
| FQ1 2023 | 2.49 | 2.46 | ▼4 (1.20 %) |

TRIAL EXHIBIT
DTX-317
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

In Crohn's disease, we are seeing very fast adoption of Skyrizi in the U.S., with a total in-play patient share at approximately 20%, second only to STELARA. Feedback from gastroenterologists is very positive, especially as it relates to Skyrizi's novel dosing and overall clinical profile. We see strong uptake in Japan and Canada as well with the European launch forthcoming.

We also recently reported strong induction data for Skyrizi in ulcerative colitis, which Tom will discuss momentarily. Based on the results of that trial, it is increasingly clear that Skyrizi represents a differentiated asset across inflammatory bowel disease and we look forward to bringing this potential new indication to physicians and patients next year.

Turning now to Rinvoq, which delivered global sales of $686 million, reflecting operational growth of more than 50% despite similar retail inventory destocking in the quarter. I'm very pleased with the performance in rheumatology with total prescriptions increasing across each of the 4 approved indications. Atopic dermatitis is also tracking in line with our expectations. We continue to see market share momentum globally, including in-play patient share increasing to approximately 17% in the U.S.

We are very excited about the growth potential in gastroenterology. Rinvoq has set a high bar for efficacy in both ulcerative colitis and Crohn's disease, demonstrating strong rates of remission and endoscopic improvement. We're seeing very strong momentum in UC, where adoption has been robust. Rinvoq is now achieving a 23% in-play share in the U.S. second-line plus setting, reflecting an impressive ramp since our launch in UC less than 1 year ago. This accelerated adoption among gastroenterologists is very encouraging for Rinvoq's pending outlook in Crohn's. We are currently launching this indication in the EU, a geography where Rinvoq is the only JAK approved to treat both IBD conditions, and we remain on track for CD approval and commercialization in the U.S. later this quarter with broad formulary access anticipated to ramp quickly over the back half of this year.

So we see inflammatory bowel disease continues to be an area of high unmet need. Having 2 novel therapies in IBD with Skyrizi and Rinvoq that each deliver differentiated levels of efficacy is an important step forward for patients. And with these 2 complementary assets, we are very well positioned to compete against other oral or biological agents.

Global Humira sales were approximately $3.5 billion, down 24.3% on an operational basis due to biosimilar competition. Erosion in the U.S. remains in line with our expectations with most of the impact driven by price.

Turning now to hematologic oncology, where total revenues were $1.4 billion with continued pressure on Imbruvica, partially offset by robust double-digit growth with Venclexta. Imbruvica global revenues were $878 million, down 25.2% due to increasing competition and the cumulative impact of a suppressed market. Venclexta global sales were $538 million, up 17.5% on an operational basis with strong momentum across both AML and CLL.

In neuroscience, revenues were approximately $1.7 billion, up 15% on an operational basis. Vraylar is performing exceptionally well. Sales of $561 million were up 31.3% on an operational basis, above our expectations. We are very pleased with the AMDD label and the launch, which has resulted in a significant uplift in total new prescriptions for Vraylar. With a dedicated sales force that calls on both psychiatrists and primary care as well as ramping DTC promotion, we see an opportunity for accelerated growth across all approved indications. And we will be raising our full year guidance for Vraylar accordingly.

Within migraine, we remain uniquely positioned with a portfolio to support complete migraine freedom. Our leading oral CGRP therapies contributed $218 million in combined sales this quarter, reflecting growth of more than 45% as we continue to see strong prescription demand for both Ubrelvy and Qulipta. We recently expanded the label for Qulipta, which is now uniquely positioned as the only oral CGRP available as a preventative treatment for patients with both chronic and episodic migraine further strengthening our competitive profile.

Lastly, total Botox Therapeutic sales were $719 million, reflecting strong performance in chronic migraine as well as other approved indications. So overall, I'm extremely pleased with the performance across the therapeutic portfolio.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-318

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ2 2023 Earnings Call Transcripts

## Thursday, July 27, 2023 1:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2023- | | | -FQ3 2023- | -FY 2023- | | -FY 2024- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| EPS Normalized | 2.81 | 2.91 | ▲3.56 | 2.82 | 10.88 | - | 11.08 |
| Revenue (mm) | 13520.30 | 13865.00 | ▲2.55 | 13340.14 | 52333.24 | 52400.00 | 52345.57 |

Currency: USD
Consensus as of Jul-27-2023 1:51 PM GMT




| - EPS NORMALIZED - | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2022 | 3.57 | 3.66 | ▲1 2.52 % |
| FQ4 2022 | 3.58 | 3.60 | ▲2 0.56 % |
| FQ1 2023 | 2.49 | 2.46 | ▼3 (1.20 %) |
| FQ2 2023 | 2.81 | 2.91 | ▲4 3.56 % |

TRIAL EXHIBIT
DTX-318
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

Moving now to Rinvoq which delivered global sales of $918 million, reflecting operational growth of nearly 57%. A key element of Rinvoq's success is its strong differentiation. It is now approved across 7 distinct indications, including 4 in rheumatology, 2 in IBD as well as atopic dermatitis. It's the only potent daily oral medication with compelling head-to-head data against multiple novel therapies, including superiority to Humira in RA and Dupixent in AD. It's the only JAK inhibitor now approved to treat both Crohn's disease and ulcerative colitis. And we have established strong and broad commercial access for each of the core diseases with formulary coverage for Crohn's expected to ramp quickly over the next months. As it pertains to Rinvoq's performance, we are seeing increasing prescriptions across each of the room indications globally, further market share momentum in atopic dermatitis, including now high-teens in-play patient share in the U.S. and robust uptake in IBD, where Rinvoq has demonstrated strong rates of remission and endoscopic improvement. Rinvoq is now capturing roughly 1 out of every 4 in-play ulcerative colitis patients in the second line plus setting.

And the early data for Crohn's, which launched just in May, also shows a very strong ramp in new patient starts. We remained well positioned for continued momentum in this new indication as the only JAK inhibitor approved to treat Crohn's disease. This level of performance, along with the development of ongoing projects across several other diseases, such as giant cell arteritis and systemic lupus in rheumatology and multiple additional derm indications, reinforces the long-term potential for Rinvoq with strong sales growth expected through the early part of the next decade.

Global Humira sales were $4 billion, down 24.8% on an operational basis due to biosimilar competition. erosion in the U.S. remains slightly better than our expectations due to volume with the vast majority of the impact this quarter driven by price.

Turning now to hematologic oncology, where total revenues were approaching $1.5 billion. Imbruvica global revenues were $907 million, down 20.8%, consistent with our expectations. Venclexta global sales were $571 million, up 15% on an operational basis with strong demand for both CLL and AML, and we are particularly pleased with the international performance here, following continued reimbursement progress in the EU and inclusion in China's national reimbursement list. We also recently received the U.S. approval for Epkinly in third line plus DLBCL further expanding our on-market portfolio in hem/onc. Early prescription trends have been encouraging, with a more robust opportunity expected as we progress development in earlier lines of therapy. We also anticipate approval and commercialization in Europe and Japan later this year. In neuroscience, revenues were nearly $1.9 billion, up 14.2% on an operational basis.

Vraylar continues to exceed our expectations. Sales of $658 million were up 33.9% on an operational basis with increasing momentum across all indications following the MDD approval late last year. Within migraine, we remain the clear market leader with unique treatment options for both acute and chronic conditions. Our oral CGRP portfolio contributed $292 million in combined sales this quarter reflecting growth of more than 30% as we continue to see strong prescription demand for both Ubrelvy and Qulipta.

Lastly, total Botox Therapeutic sales were $748 million, up 11.3% on an operational basis, reflecting nice momentum in chronic migraine as well as other approved indications. This franchise continues to outperform our expectations, and we will be raising our full year guidance for the collective neuroscience portfolio. So overall, I'm extremely pleased with the performance and execution across the therapeutic portfolio with growth expected to accelerate through the second half of the year.

And with that, I'll turn the call over to Carrie for additional comments on aesthetics. Carrie?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Thank you, Jeff. Second quarter global aesthetics sales were approximately $1.4 billion, up 2.9% on an operational basis with strong performance from our international portfolio offsetting the economic impact in the U.S.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.