# DTX-319

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ3 2023 Earnings Call Transcripts

## Friday, October 27, 2023 1:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ3 2023- | | | -FQ4 2023- | -FY 2023- | | -FY 2024- | |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS | GUIDANCE |
| EPS Normalized | 2.87 | 2.95 | ▲2.79 | 2.79 | 11.02 | - | 11.07 | 11.00 |
| Revenue (mm) | 13707.25 | 13927.00 | ▲1.60 | 13771.47 | 53581.75 | 53400.00 | 53055.76 | - |

Currency: USD
Consensus as of Oct-27-2023 1:54 PM GMT




- EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ4 2022 | 3.58 | 3.60 | ▲1 0.56 % |
| FQ1 2023 | 2.49 | 2.46 | ▼2 (1.20 %) |
| FQ2 2023 | 2.81 | 2.91 | ▲3 3.56 % |
| FQ3 2023 | 2.87 | 2.95 | ▲4 2.79 % |

TRIAL EXHIBIT
DTX-319
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Presentation

**Operator**

Good morning, and thank you for standing by. Welcome to the AbbVie Third Quarter 2023 Earnings Conference Call. [Operator Instructions]

I would now like to introduce Ms. Liz Shea, Senior Vice President, Investor Relations. Thank you. You may begin.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

Good morning, and thanks for joining us. Also on the call with me today are Rick Gonzalez, Chairman of the Board and Chief Executive Officer; Rob Michael, President and Chief Operating Officer; Jeff Stewart, Executive Vice President, Chief Commercial Officer; Scott Reents, Executive Vice President, Chief Financial Officer; Carrie Strom, Senior Vice President, AbbVie and President, Global Allergan Aesthetics; and Tom Hudson, Senior Vice President, R&D and Chief Scientific Officer.

Joining us for the Q&A portion of the call is Roopal Thakkar, Senior Vice President, Development and Regulatory Affairs and Chief Medical Officer. Before we get started, I'll note that some statements we make today may be considered forward-looking statements based on our current expectations. AbbVie cautions that these forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from those indicated in our forward-looking statements. Additional information about these risks and uncertainties is included in our SEC filings. AbbVie undertakes no obligation to update these forward-looking statements, except as required by law. On today's conference call, non-GAAP financial measures will be used to help investors understand AbbVie's business performance. These non-GAAP financial measures are reconciled with comparable GAAP financial measures in our earnings release and regulatory filings from today, which can be found on our website. Following our prepared remarks, we'll take your questions.

So with that, I'll turn the call over to Rick.

**Richard A. Gonzalez**
*Chairman & CEO*

Thank you, Liz. Good morning, everyone, and thank you for joining us today. AbbVie continues to perform exceptionally well. We once again delivered an excellent quarter with results ahead of our expectations. We are now several quarters into the U.S. biosimilar event for HUMIRA and continue to effectively manage erosion. We've been able to maintain significant volume with the majority of the impact to date driven by lower price.

Importantly, our growth platform, the base business, excluding HUMIRA which includes a well-diversified portfolio with multiple leading products in highly attractive markets across Immunology, Neuroscience, Oncology and Aesthetics continues to demonstrate robust performance and outperform expectations. This platform, which is the critical driver in our return to rapid growth in 2025 and beyond, delivered strong double-digit revenue growth this quarter, a considerable acceleration from the first half of this year. We anticipate this platform, which is led by SKYRIZI, RINVOQ, VRAYLAR and BOTOX will continue to drive significant revenue growth going forward.

At the same time, we have several promising R&D programs with the potential to contribute meaningfully in the latter part of this decade and into the 2030s. This includes next-generation approaches in immunology, a focus on bispecifics, ADCs and novel IO in oncology as well as innovative therapies to potentially treat a range of neuropsychiatric and neurodegenerative disorders.

In summary, I'm extremely pleased with the continued strong momentum and execution across our business. The growth platform is substantially outperforming our expectations, giving us the confidence to once again raise our financial outlook, including upgraded guidance for floor earnings, which Rob will

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

First question comes from Chris Shibutani with Goldman Sachs.

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

The 2024 earnings guidance, it seems as if you were quite confident heading in that $11 floor. As we await further details from top line and other margin structures, can you maybe identify some of the key push-pulls that actually gave you that conviction to go to above and where directionally we should be thinking about the source of further growth on the forward?

**Robert A. Michael**
*President & COO*

Chris, it's Rob. I'll take that question. So since we provided that guidance in February, recall we gave a $10.70 EPS floor to really help investors model earnings regardless of whether the trough recurred in '23 or '24, we've raised growth platform sales by $1.4 billion covering Immunology, Neuroscience and Aesthetics. We're seeing the IBD indications for SKYRIZI and RINVOQ very nicely, and we continue to capture more share in their other indications, both VRAYLAR and our migraine portfolio have outperformed our share forecast and the strong recovery of BOTOX has led us to raise guidance for Aesthetics twice this year. So given the clear overperformance of the growth platform, we decided to raise the floor to $11 ex IPR&D. We hope this provides investors the view of the low end of the 2024 guidance range and also confirms that '24 will indeed be the trough year. And given that we expect to deliver a high single-digit CAGR from '24 to the end of the decade, it should allow investors to value the company with a better growth multiple.

**Operator**

Our next question comes from Mohit Bansal with Wells Fargo.

**Mohit Bansal**
*Wells Fargo Securities, LLC, Research Division*

I have a question regarding Aesthetic. So it seems like you are keeping the guidance here. So the first part of the question is it seems like across the board, there is a 10% quarter-over-quarter decline on all the products. Can you help us understand what's happening sequentially? And then if you are keeping the guidance, it seems like there would be quite a bump in fourth quarter. So how should we think about that?

**Robert A. Michael**
*President & COO*

Maybe I'll start -- this is Rob. I'll start with your question. So one thing to keep in mind is that we mentioned in the last call that we had some dynamics in the international market when you look at the growth rates where we had more difficult comparison because of some of the -- some stocking that occurred in the prior year, is that something to keep in mind. We also do have a certain amount of seasonality that occurs in our business in the U.S. in particular. So those are things to keep in mind. I'd say as we look at it, we're very encouraged by the return to growth of the U.S. toxin market.

BOTOX is performing very well, and we're certainly doing a very nice job maintaining our share position despite competitive pressure. So I'd say we're very pleased there. I'd say on pillars, what we're seeing is probably more of a lag in the recovery. And if we've studied this market historically, we do tend to see a lag and that's really relative to thinking about the price point for fillers versus toxins, it's natural to assume that the recovery will take a little bit longer. So we are seeing that recovery take a little bit longer. We're still very, very encouraged by the trends we're seeing. We're very excited about the new fillers we've launched, both SkinVive and VOLUX. We're starting to see some nice share momentum come

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-320

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ4 2023 Earnings Call Transcripts

## Friday, February 02, 2024 2:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2023- | | | -FQ1 2024- | -FY 2023- | | | -FY 2024- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | 2.80 | 2.79 | ▼(0.36 %) | 2.45 | 11.13 | 11.11 | ▼(0.18 %) | 11.30 |
| **Revenue (mm)** | 14026.67 | 14301.00 | ▲1.96 | 12297.19 | 54047.47 | 54318.00 | ▲0.50 | 54064.95 |

Currency: USD
Consensus as of Feb-02-2024 1:40 PM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**




**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2023** | 2.49 | 2.46 | ▼1 (1.20 %) |
| **FQ2 2023** | 2.81 | 2.91 | ▲2 3.56 % |
| **FQ3 2023** | 2.87 | 2.95 | ▲3 2.79 % |
| **FQ4 2023** | 2.80 | 2.79 | ▼4 (0.36 %) |

TRIAL EXHIBIT
DTX-320
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

in new prescriptions across all indications, following the approval as an adjunctive treatment for major depressive disorder just over a year ago.

And our leading oral CGRP portfolio for migraine contributed $348 million in combined sales this quarter, reflecting growth of approximately 40%. We anticipate continued robust demand for both Ubrelvy and Qulipta this year, including the expansion of Qulipta, the only once-daily oral CGRP for prevention of both episodic and chronic migraine into the international markets.

Based on the strong momentum, we have raised the outlook for our CGRP portfolio and now expect total peak sales from Ubrelvy and Qulipta combined to exceed $3 billion.

Total Botox Therapeutic global sales were $776 million, up 6.7% on an operational basis. reflecting momentum in chronic migraine as well as other approved indications.

And lastly, we recently launched 951 in both Japan and Europe, and we are pursuing commercial approval in the U.S. later this year. This treatment represents a potentially transformative next-generation therapy for advanced Parkinson's disease and a $1 billion-plus peak sales opportunity.

So overall, I'm extremely pleased with the commercial execution across our diversified portfolio, especially the growth platform, which is demonstrating very strong momentum as we head into 2024. And with that, I'll turn the call over to Carrie for additional comments on aesthetics. Carrie?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Thank you, Jeff. Fourth quarter global aesthetic sales were approximately $1.4 billion, an operational increase of 6.9%. In the U.S., aesthetic sales of $884 million increased 5.7%, marked by accelerating market growth and strong key product performance. Fourth quarter U.S. Botox cosmetic sales were $453 million, an increase of 7.3%. We continue to see sustained momentum in the recovery of the U.S. facial toxin market which was a primary driver of growth in the fourth quarter.

Botox Cosmetic remains the clear market leader with strong and stable share despite new competitive entrants. U.S. Juvederm sales were $156 million in the fourth quarter, an increase of more than 20% versus the prior year. This robust growth was driven by the strong launches of Volux and SkinVive, which continue to drive new consumers and greater penetration in the dermal filler category.

Consistent with our expectations, the U.S. filler market recovery trails out of toxins, but is continuing to show improvement, as year-over-year growth was roughly flat in the fourth quarter. As we look to 2024, we are pleased with the momentum of our U.S. aesthetics portfolio. We expect full year sales growth as our market leadership positions us very well from a competitive perspective, and we anticipate continued recovery in both toxin and filler markets. Internationally, fourth quarter aesthetic sales were $487 million, representing an operational increase of 9%. We experienced strong performance in most regions and growth benefited from the impact of China's COVID lockdowns in late 2022.

Within China, the softening economic conditions that emerged in the third quarter continued to impact results. Consistent with what we experienced in the U.S., the economic slowdown has impacted fillers more than toxins based upon their relatively higher price. We anticipate economic headwinds will continue in China over the near term, balanced against our expectations for continued strong performance in other international regions.

Looking to the long term, aesthetics remains an area with very low market penetration, and we have demonstrated our ability to drive growth through investments in our customers, consumers and innovation. As such, we anticipate aesthetics will be a strong growth portfolio for years to come and remain confident in our ability to deliver more than $9 billion of sales by the end of the decade. With that, I'll turn the call over to Roopal.

**Roopal Thakkar**
*Senior VP & Chief Medical Officer of Global Therapeutics*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-367

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2023

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ___ to ___

Commission File No. 001-36297

# Revance Therapeutics, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0551645** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1222 Demonbreun Street, Suite 2000, Nashville, Tennessee, 37203**
(Address, including zip code, of principal executive offices)

**(615) 724-7755**
(Registrant's telephone number, including area code)

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | RVNC | Nasdaq Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | | |
|---|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ | Emerging growth company | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Number of shares outstanding of the registrant's common stock, par value $0.001 per share, as of October 31, 2023: 87,813,480

TRIAL EXHIBIT
DTX-367
C.A. No. 21-1411-RGA-LDH

REV_DAX-03337943

# DTX-368

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2023

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ___ to ___

Commission File No. 001-36297

# Revance Therapeutics, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0551645** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1222 Demonbreun Street, Suite 2000, Nashville, Tennessee, 37203**
(Address, including zip code, of principal executive offices)

**(615) 724-7755**
(Registrant's telephone number, including area code)

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registere |
|---|---|---|
| Common Stock, par value $0.001 per share | RVNC | Nasdaq Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | | |
|---|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ | Emerging growth company | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial statement accounting standards provide pursuance to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Number of shares outstanding of the registrant's common stock, par value $0.001 per share, as of April 28, 2023: 84,040,352

TRIAL EXHIBIT
DTX-368
C.A. No. 21-1411-RGA-LDH

REV_DAX-03338464

# DTX-369

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2023

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ___ to ___

Commission File No. 001-36297

# Revance Therapeutics, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0551645** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1222 Demonbreun Street, Suite 2000, Nashville, Tennessee, 37203**
(Address, including zip code, of principal executive offices)

**(615) 724-7755**
(Registrant's telephone number, including area code)

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registere |
|---|---|---|
| Common Stock, par value $0.001 per share | RVNC | Nasdaq Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | | |
|---|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ | Emerging growth company | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial statement accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Number of shares outstanding of the registrant's common stock, par value $0.001 per share, as of July 31, 2023: 87,955,357

TRIAL EXHIBIT
DTX-369
C.A. No. 21-1411-RGA-LDH

REV_DAX-03338549

# DTX-370

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

## FORM 10-K

(Mark One)
☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2023

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ___ to ___

Commission File No. 001-36297

## Revance Therapeutics, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0551645** |
|---|---|
| State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification No.) |

**1222 Demonbreun Street, Suite 2000, Nashville, Tennessee, 37203**
(Address, including zip code, of principal executive offices)

**(615) 724-7755**
(Registrant's telephone number, including area code)

TRIAL EXHIBIT
DTX-370
C.A. No. 21-1411-RGA-LDH

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.001 per share | RVNC | The Nasdaq Global Market LLC |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Emerging growth company ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to § 240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant as of June 30, 2023, the last business day of the

# DTX-374

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

---

# FORM 10-K

---

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31 , 2022

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ___ to ___

Commission File No. 001-36297

---

# Revance Therapeutics, Inc.

(Exact name of registrant as specified in its charter)

---

| **Delaware** | **77-0551645** |
|---|---|
| State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification No.) |

**1222 Demonbreun Street, Suite 2000 , Nashville , Tennessee , 37203**
(Address, including zip code, of principal executive offices)

**( 615 ) 724-7755**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class** | **Trading Symbol(s)** | **Name of Exchange on Which Registered** |
|---|---|---|
| Common Stock, par value $0.001 per share | RVNC | The Nasdaq Global Market LLC |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Emerging growth company ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ | |

TRIAL EXHIBIT
DTX-374
C.A. No. 21-1411-RGA-LDH

# DTX-430

Allergan, Inc. et al v. Revance Therapeutics, Inc. et al
DAXXIFY Average Selling Price
Exhibit 7.1

| | Year | Month | [1] DAXXIFY Revenue | [1] DAXXIFY Vials Sold | DAXXIFY Average Selling Price |
|---|---|---|---|---|---|
| 1 | 2023 | 1 | $ 2,626,700 | 7,061 | $ 372.00 |
| 2 | 2023 | 2 | 2,013,750 | 5,417 | $ 371.75 |
| 3 | 2023 | 3 | 10,822,795 | 28,429 | $ 380.70 |
| 4 | 2023 | 4 | 6,176,500 | 15,950 | $ 387.24 |
| 5 | 2023 | 5 | 7,401,300 | 18,955 | $ 390.47 |
| 6 | 2023 | 6 | 9,033,775 | 23,245 | $ 388.63 |
| 7 | 2023 | 7 | 3,897,750 | 9,885 | $ 394.31 |
| 8 | 2023 | 8 | 5,783,970 | 14,835 | $ 389.89 |
| 9 | 2023 | 1-8 | $ 47,756,540 | 123,777 | $ 385.83 |
| 10 | 2023 | 9 | $ 12,448,620 | 39,433 | $ 315.69 |
| 11 | 2023 | 10 | 3,916,065 | 11,912 | $ 328.75 |
| 12 | 2023 | 11 | 2,045,950 | 6,425 | $ 318.44 |
| 13 | 2023 | 9-11 | $ 18,410,635 | 57,770 | $ 318.69 |

[1] REV_DAX-03316772, tab "Daxxify Current Quarter Order D." Note that the revenue units associated with part of the March 20, 2023 order shipped to Glo Medical Aesthetics (the part with an "Order Number" of 1033911 and "Daxxify Batch Number" of R1005667) is excluded from the above calculation as the order yielded a per vial selling price of $8,250 and appears to be an error in the data.
Orders with an "Order Status" of Cancelled were also excluded from the above summary. For the list of cancelled orders, see Exhibit 8.5.
Two different Average Selling Price calculation periods are shown in this exhibit. The price is calculated separately for January to August 2023 as a decrease in DAXXIFY price can be observed from September 2023 onward. This is in line with Revance's public messaging regarding DAXXIFY pricing. In its Form 10-Q for Q3 2023, Revance announced that "in September 2023, we introduced new pricing for DAXXIFY, which prices the product to be more competitive with other neuromodulators." See Revance Therapeutics, Inc., Form 10-Q, Q3 2023, p. 31.



TRIAL EXHIBIT
DTX-430
C.A. No. 21-1411-RGA-LDH

# DTX-431

Allergan, Inc. et al v. Revance Therapeutics, Inc. et al
BOTOX Aesthetic Average Selling Price
Exhibit 7.2

| | Year | Month | BOTOX Aesthetic Sales [1] Revenue | [2] 100 Unit Vials Sold | [2] 50 Unit Vials Sold | [3] 50 Unit to 100 Unit Adjustment Factor | Total Adjusted 100 Unit Vials Sold | Average Selling Price - 100 Unit Vials |
|---|---|---|---|---|---|---|---|---|
| | Calculation | | [A] | [B] | [C] | [D] | [E] = [B] + ([C] * [D]) | [F] = [A] / [E] |
| 1 | 2023 | 1 | $ 201,325,564 | 303,805 | 24,618 | 0.5 | 316,114 | $ 636.88 |
| 2 | 2023 | 2 | 112,573,551 | 169,690 | 14,643 | 0.5 | 177,012 | $ 635.97 |
| 3 | 2023 | 3 | 199,690,711 | 303,220 | 22,559 | 0.5 | 314,500 | $ 634.95 |
| 4 | 2023 | 4 | 149,903,657 | 226,764 | 18,861 | 0.5 | 236,195 | $ 634.66 |
| 5 | 2023 | 5 | 190,284,689 | 289,178 | 20,698 | 0.5 | 299,527 | $ 635.28 |
| 6 | 2023 | 6 | 194,764,752 | 295,617 | 22,126 | 0.5 | 306,680 | $ 635.07 |
| 7 | 2023 | 7 | 135,752,490 | 203,450 | 18,423 | 0.5 | 212,662 | $ 638.35 |
| 8 | 2023 | 8 | 170,743,669 | 255,354 | 20,867 | 0.5 | 265,788 | $ 642.41 |
| 9 | 2023 | 1-8 | $ 1,355,039,083 | 2,047,078 | 162,795 | | 2,128,476 | $ 636.62 |

[1] ALGN-1846301, tab "Sheet0". See column "Total Gross less Returns Sales Amount".
[2] ALGN-1846301, tab "Sheet0". See column "Total Gross less Returns Units". Samples excluded from the above summary.
[3] 50 Unit Vials multiplied by 50% to adjust the unit sales to a 100 Unit Vial Basis.



TRIAL EXHIBIT
DTX-431
C.A. No. 21-1411-RGA-LDH

# DTX-479

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

# FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2023

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ___ to ___

Commission File No. 001-36297

# Revance Therapeutics, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0551645** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**1222 Demonbreun Street, Suite 2000, Nashville, Tennessee, 37203**
(Address, including zip code, of principal executive offices)

**(615) 724-7755**
(Registrant's telephone number, including area code)

**Securities Registered Pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.001 per share | RVNC | Nasdaq Global Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | | |
|---|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ | Emerging growth company | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Number of shares outstanding of the registrant's common stock, par value $0.001 per share, as of October 31, 2023: 87,813,480

TRIAL EXHIBIT
DTX-479
C.A. No. 21-1411-RGA-LDH

# DTX-512

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D. C. 20549**

## FORM 10-K

**(MARK ONE)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2023

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _______________ to _______________

**Commission file number 001-35565**

abbvie

## AbbVie Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **32-0375147** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification number) |

TRIAL EXHIBIT
DTX-512
C.A. No. 21-1411-RGA-LDH

**1 North Waukegan Road**
**North Chicago, Illinois 60064-6400**
**(847) 932-7900**
(Address, including zip code, and telephone number of principal executive offices)

Securities Registered Pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.01 per share | ABBV | New York Stock Exchange<br>Chicago Stock Exchange |
| 1.375% Senior Notes due 2024 | ABBV24 | New York Stock Exchange |
| 1.250% Senior Notes due 2024 | ABBV24B | New York Stock Exchange |
| 0.750% Senior Notes due 2027 | ABBV27 | New York Stock Exchange |
| 2.125% Senior Notes due 2028 | ABBV28 | New York Stock Exchange |
| 2.625% Senior Notes due 2028 | ABBV28B | New York Stock Exchange |
| 2.125% Senior Notes due 2029 | ABBV29 | New York Stock Exchange |
| 1.250% Senior Notes due 2031 | ABBV31 | New York Stock Exchange |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.

Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large Accelerated Filer ☒ | Accelerated Filer ☐ |
| Non-Accelerated Filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by checkmark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐ No ☒

The aggregate market value of the 1,748,902,939 shares of voting stock held by non-affiliates of the registrant, computed by reference to the closing price as reported on the New York Stock Exchange, as of the last business day of AbbVie Inc.'s most recently completed second fiscal quarter (June 30, 2023), was $235,629,692,915. AbbVie has no non-voting common equity.

Number of common shares outstanding as of January 31, 2024: 1,766,473,359

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the 2024 AbbVie Inc. Proxy Statement are incorporated by reference into Part III. The Definitive Proxy Statement will be filed on or about March 18, 2024.

# DTX-586

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ2 2024 Earnings Call Transcripts

## Thursday, July 25, 2024 1:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2024- | | | -FQ3 2024- | -FY 2024- | | -FY 2025- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| EPS Normalized | 2.66 | 2.65 | ▼(0.38 %) | 2.92 | 10.77 | - | 12.08 |
| Revenue (mm) | 14027.08 | 14462.00 | ▲3.10 | 14182.47 | 55292.63 | 55000.00 | 58399.43 |

Currency: USD
Consensus as of Jul-25-2024 1:39 PM GMT




| - EPS NORMALIZED - | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ3 2023 | 2.87 | 2.95 | ▲2.79 % |
| FQ4 2023 | 2.80 | 2.79 | ▼(0.36 %) |
| FQ1 2024 | 2.26 | 2.31 | ▲2.21 % |
| FQ2 2024 | 2.66 | 2.65 | ▼(0.38 %) |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

TRIAL EXHIBIT
DTX-586
C.A. No. 21-1411-RGA-LDH

You mentioned some of the Humira contracts go into 2025. Does that also apply to Skyrizi and Rinvoq, and that's what gives you visibility on the low single-digit price erosion?

And secondly, has the introduction of co-branded Humira and now that PBMs are more into trying biosimilars change negotiation dynamics at all?

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. So typically, again, in some cases, we are able to secure multiyear contracts. And as you can imagine that we would do that for the portfolio, basically, the way that our products work. So that does help with the visibility in terms of what our access would look like for '25 as well as the pricing dynamics.

Again, I want to clarify that the negotiating season is not fully complete, but the dynamics are progressing, as I highlighted there. So yes, to your first question. The other dynamic in terms of Cordavis, I'm not sure that, that's actually changing the dynamics in terms of the negotiations overall. That was obviously a volume-related deal with CVS that we announced over a year ago or almost a year ago now. So it doesn't necessarily play into other negotiations. Each of these payers and pharmacy benefit managers, they have their own ideas in terms of how they want to approach the I&I category and certainly the emergence of the Humira biosimilars. So it's a CVS unique dynamic.

**Elizabeth Shea**
*Senior Vice President of Investor Relations*

Thanks, James. We have time for one final question, operator.

**Operator**

For our last question, we'll go to the line of Louise Chen from Cantor Fitzgerald.

**Louise Alesandra Chen**
*Cantor Fitzgerald & Co., Research Division*

So I wanted to first ask you, do you still feel that your aesthetics business is a good strategic asset for you? And if so, where do you see the synergies within your organization? And second question I wanted to ask you is how you think pharma will fare under Democratic versus the Republican presidency and how you're going to navigate through that uncertainty in the near term.

**Robert A. Michael**
*CEO & Director*

Louise, this is Rob. I'll take your question. Look, we like the aesthetics business. When you think about the growth profile, the profitability, we have set it up as a fully integrated stand-alone unit because it behaves differently than the therapeutics business. We think we've actually seen since we announced the transaction, really strong performance. We've exceeded our deal model expectations since we announced the deal. So we think it's operating very well.

Obviously, we're working through some macroeconomic headwinds. But when you look at, for example, share performance, we had the entry of Daxxify last year, and we did not lose any share. I think a lot of investors were concerned that we'd see considerable share loss. And so I think the team has done a remarkable job of competing in this marketplace going through a period with economic headwinds. We're still very confident given low penetration rates, given our relationship in the field, the potential innovations that we plan to bring forward. It has a very nice fit. And you think about just from a profitability and a growth standpoint, it fits the profile we're looking for. So I certainly feel it's a nice fit for the company.

As it relates to the election, look, it's hard to handicap it, whether it's Democrat or Republican, if you think about with -- we've obviously contemplated the Inflation Reduction Act. We've come out and said that even with modeling that impact in that we still expect to deliver on our long-term outlook. Now I will say in our view on the IRA from a policy perspective is we're certainly in favor of the Part D benefit

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-587

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# Company Conference Presentation

## Wednesday, June 12, 2024 3:00 PM GMT

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

TRIAL EXHIBIT
DTX-587
C.A. No. 21-1411-RGA-LDH



REV_DAX-03343093

DTX-587.0001

# Question and Answer

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

We always manage to find -- or maybe it's always the case for AbbVie that there's some sentinel junctures. It's hard to keep you guys out of the spotlight, but we're post 2023, such a momentous year. You guys navigated extremely well through that. As we get through 2024, and with the announcement of your ascendancy, talk to us about how you're feeling about where the company is at, just big picture, and then we'll dive deeper.

**Robert A. Michael**
*President & COO*

Yes. I -- thanks for having us, Chris. I'm very pleased with the performance of the business. When you think about the ex-HUMIRA platform, it makes up more than 80% of our revenue now. It's growing in the mid-teens. It's allowed us to return to revenue growth just 1 year after the U.S. HUMIRA LOE, which no one in our industry has ever experienced. It also positions us very well for return to robust growth next year, and we would define that as being above industry average. Industry average is low single digits. So we expect to be above that in 2025 and then deliver a compound annual revenue growth that's high single digits through the end of the decade.

We're very pleased as we look across the portfolio, clearly, we continually raise our guidance. We've seen outperformance across the growth platform. When I think about the priorities for the business, really maximizing Skyrizi and Rinvoq in its current indications, and we have another wave of indications, we'll have UC for Skyrizi. We'll certainly have another wave of indications for Rinvoq. In the future, we think about elevating standard of care, thinking about combination therapies with new mechanisms with Skyrizi or Rinvoq as a backbone. So there's a lot of excitement, and we'll certainly continue to be a large player, a leader in immunology for the long term. So I feel very confident about that part of our growth platform.

Neuroscience, our second largest therapeutic area, a lot of excitement there. We've seen Vraylar with the adjunctive MDD approval over a year ago, performed very nicely, well on its way to that $5 billion peak we've talked about. Our migraine portfolio is very strong. You see the uptake for Ubrelvy and Qulipta. In addition to about 40 -- a little over 40% of Botox Therapeutic is for chronic migraine. So when you think about that combined migraine portfolio for the company, it's very, very strong.

We're excited about the Cerevel transaction. We continue to expect to close that transaction in the middle part of the year. That gives us several legs of growth, certainly in psychiatry with emraclidine, tavapadon. The early data looks very promising. It gives us I'd say, a very fulsome portfolio in Parkinson's because we also have VYALEV, we have Duodopa. So again, if you think about the portfolio in migraine, now we have the portfolio in Parkinson's very, very strong.

Oncology, a lot to be excited about. We've talked for a long time about returning to growth in oncology. The pipeline, we certainly just came off of ASCO, a lot to be excited about there with 383 in heme, 400 in solid tumors, obviously, ELAHERE with the ImmunoGen acquisition, their next-generation FR alpha-targeted ADC 151. A number of likes of growth in oncology.

In eye care, we talked about REGENXBIO being an important part of the overall strategy as we look at that gene therapy for wet AMD and diabetic retinopathy, clearly a growth driver for us. Then aesthetics, we expect to continue to deliver on that greater than $9 billion revenue target for 2029. Great opportunities there. That's one that -- we're market leaders. We've, I think, done a very nice job protecting share despite the entry of DAXXIFY. A lot of attention during a conversation last year on what DAXXIFY could mean for us.

So when I look at the business overall, and I think about that growth platform. We're very well positioned. We certainly, as you think about the growth profile of the company going forward will be in the industry

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-588

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# Company Conference Presentation

## Wednesday, May 15, 2024 6:40 PM GMT

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

TRIAL EXHIBIT
DTX-588
C.A. No. 21-1411-RGA-LDH

And you would totally expect naturally step edits to happen in the class initially. But I think over time though, better clinical profile for muscarinics, I think, is going to ultimately lead to a much better -- longer duration of use, I would say.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

It's a great question. I mean typically, I mean, you do get step edits with the older generics, although the promise of these agents is so different that I think what will happen naturally is if there are step edits early, patients will cycle through super fast because they're so poorly tolerated.

And to your point, I think in many territories around the world, it's -- given the profile, it would be difficult for payers given the pressure from advocacy and the clinicians to really stand in front of agents that look like what we see with emra, for example. But it will take a little bit of time to mature, but that's how we see the payer landscape play out, which is similar to what you highlighted.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

VRAYLAR is also growing very nicely. Maybe just in the next several years, what would you say is the bigger driver there? Is it just market expansion, we have geographic expansion? Just give us some perspective on that.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Yes. It's largely share. So if we take a look at the 2 big indications are growing about the same pace. So we have the bipolar disorder, and we had the adjunctive MDD. What we highlighted before, schizophrenia, we don't promote it, and it's not a real player based on the profile. So it's the 2 -- these 2 big indications. And as we watch basically the ramp in our in-play capture, the large driver of value is going to be ongoing share capture. And the market is so big that even small changes in share deliver a lot of value.

We do have some geographic expansion, but it's pretty nominal. So it's a U.S. story around the ability for us to move those 2 big indications. What is encouraging when we go talk to the psychiatrists and the big prescribers, we can see in the most recent market research that we have the highest perceived value in the bipolar segment and very, very close to the top, tied for #1 in the adjunctive MDD segment. So we've got a very nice product there that we can gain a lot of share.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Right. Let's switch gears to Botox. So where would you say that we are in kind of the economic cycle? I know it's been flattish. It's been up and down in the past couple of quarters, but it feels like we're maybe coming at the end of kind of this perhaps an economic uncertainty, and maybe there you'll expect to see a little bit more growth there.

**Robert A. Michael**
*President & COO*

So if you -- on the U.S. toxin market, we saw it really return -- the market return to growth in the third quarter last year. We saw that continue in the fourth quarter, and we saw again the first quarter, thinking like in terms of mid-single-digit market growth. So we are seeing a recovery there.

We've actually given -- if you look at the guidance we've given for the aesthetics business this year, it's high single-digit growth. So we'd say we've returned to growth. The U.S. is -- we're seeing this sequential improvement. Even fillers were somewhat -- I think the market was essentially flat. It tends to lag somewhere around 2 quarters of toxins, but we're seeing nice recovery there in the overall market.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


REV_DAX-03343088
DTX-588.0011

But what's really encouraging is the share performance. There was a lot of questions around the impact of DAXXIFY, what that meant for Botox Cosmetic. We've held our share throughout that entire launch. And so it's been pretty resilient.

And then we've actually seen with Juvederm, the Juvederm family, we've seen actually share increase as we've had the launches of VOLUX and SkinVive, we've seen a nice improvement in share. And so when I look at the fundamentals of the aesthetics business, they're very strong.

We had a dynamic in the first quarter with shifting promotions. And that I think what you're referring to is probably as you look at the revenue, looking at something that's flattish. But if you adjust for the share performance, the market performance and back out that, it was essentially an inventory change in the quarter. It's performing in line with our expectations, and we're still very confident to be able to deliver on the outlook this year and ultimately delivering on the longer-term outlook of greater than $9 billion by '29.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

What would you say from a long-term kind of growth perspective? Would you -- I mean is this mid- to high single digit?

**Robert A. Michael**
*President & COO*

Yes. Well, you have to believe to get to this is the business, the aesthetics business have to grow high single digits. Now if you look historically, these markets have grown mid-teens, right? So you don't necessarily need that type of growth.

The other area I'd point to is, I mean, innovation is going to play a role. I mean we have, in some cases, additional indications for Botox like platysma and masseter, which each add a couple of hundred million dollars.

But we're very excited about the short-acting BoNT/E that fast to onset, fast to offset, short-acting toxin that we think can really drive an inflection in the market growth. I mean this is a market that has very low penetration rates.

And one of the biggest barriers is fear of an unnatural look. And so if you have an offering in which you now can present an opportunity for a consumer to try Botox with less risk and then they like the result, they're coming back and they're going to want Botox.

And so you could see a very nice inflection in market growth as well as more share capture. And so we're very excited about the opportunity there. We also would say our programs around regenerative fillers, biostimulatory fillers could also drive that innovation, can drive growth on the filler side of the business. So those are things that we're looking at that will ultimately help us drive that high single-digit average growth expectation to get to that $9 billion.

**Geoffrey Christopher Meacham**
*BofA Securities, Research Division*

Makes sense. Yes. And then next couple -- final few minutes, let's talk a little bit about BD. So you guys did some -- a few deals. I know the focus is mostly on sort of delevering. But what's the -- in the near term, but where do you see -- of all the therapeutic areas that you guys are in, where do you see the biggest opportunities? And maybe give us some context on kind of size or scale from here.

**Robert A. Michael**
*President & COO*

Sure. Sure. I mean given our current portfolio that can deliver that high single-digit compound growth in this decade, our BD priorities are really around definitely assets that can drive growth in the next decade. And that's largely, if you think about Cerevel and ImmunoGen, both fit that profile.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-589

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# Company Conference Presentation

## Tuesday, March 05, 2024 2:10 PM GMT

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

TRIAL EXHIBIT
DTX-589
C.A. No. 21-1411-RGA-LDH

they're not seeing that, they have more confidence in using it. And plus they're seeing very high benefit and efficacy in particular in inflammatory bowel disease, where similar to atopic dermatitis, that patients are substantially younger than they are in rheumatoid arthritis.

And it's utilized in general as a monotherapy and efficacy in chrome in ulcerative colitis like what we see with RINVOQ, whether it's a naive populations and jurisdictions where that's on label or in bioexperience is the highest that's ever been achieved. So there is a lot of uptake, and it continues to grow very strongly, I would say.

**Jeffrey Ryan Stewart**
*Executive VP & Chief Commercial Officer*

Just to add to Roopal's point, I think it's important, which is while it's very unlikely that you're going to see a change of the sequencing or the loss of frontline that happened with oral surveillance, with the JAK class.

We basically pivoted the positioning into second line plus and every single indication now, at the end of last year, whether it's atopic dermatitis, I mentioned Crohn's, you see every single rheumatology indication. We are now at RINVOQ, the leading second-line plus product there. So we've done very, very well. And the second and third line are now bigger than many of the frontline indications as more and more innovation is coming to the market. And so it's quite attractive. And that's what's really driven.

We grew RINVOQ almost by 60% last year. So we're able to continue to have a very, very strong engine here despite that loss of the frontline access in some of those indications.

**Unknown Executive**

I think despite the label change. I think we managed that very well. And obviously, we did take up our long-term guidance for RINVOQ. So we didn't have that in our original guidance. So I think Jeff and his team have done a remarkable job. If you think about the power of having both SKYRIZI and RINVOQ, we've been able to make those adjustments in the U.S. market and continue to grow the business.

**Stephen Michael Scala**
*TD Cowen, Research Division*

We're actually out of time, but please allow me 3 more questions. So we'll keep this short. So Botox, not an infrequent investor question is about these long-acting competitors. AbbVie has said from time to time that it's working on long acting, it's working on short-acting. Apologies if I missed it, but I don't remember ever seeing anything from the company on those programs. So what's going on with it?

**Roopal Thakkar**
*Senior VP & Chief Medical Officer of Global Therapeutics*

Can I mention a little briefly. So on the long acting, there is quite a bit of work on the formulation side, but that is like the long acting. It is a longer-term strategy, but that's ongoing. However, what a need really appears to be maybe more so in aesthetics than a long-acting because we've seen how that's played out. It's a short-acting. And the reason for that is there's many patients, individuals on the sidelines that aren't sure they want to start using it because they're afraid of an unnatural outcome. And once they get it, it's hard to reverse it.

So you have that maybe for 2, 3, 4 months. What [ Bonti ] allows is someone to dip their toe in to decide if they like that outcome or even use it for an event. You got a high school reunion or something coming up, you can use it. Now how does that work? It's injected and within hours, you see the onset of efficacy, and it peaks at day 7 to the same level that we have seen Botox and then degrades off quickly over the next week or 2 weeks. That data has been shared and we are in the midst of that assembling that application and finishing off the CMC work, and that submission will actually go in this year.

So that will be in people's hands to access the number of patients that don't want to try it yet because once they do, they like it and then Botox is there for them.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-590

S&P Global
Market Intelligence

# AbbVie Inc. NYSE:ABBV

# FQ1 2024 Earnings Call Transcripts

## Friday, April 26, 2024 1:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ1 2024- | | | -FQ2 2024- | -FY 2024- | | -FY 2025- |
|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS |
| EPS Normalized | 2.26 | 2.31 | ▲2.21 | 2.80 | 11.11 | - | 12.13 |
| Revenue (mm) | 11935.61 | 12310.00 | ▲3.14 | 13543.77 | 54512.36 | 54200.00 | 57759.66 |

Currency: USD
Consensus as of Apr-26-2024 1:48 PM GMT




**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2023 | 2.81 | 2.91 | ▲1 3.56 % |
| FQ3 2023 | 2.87 | 2.95 | ▲2 2.79 % |
| FQ4 2023 | 2.80 | 2.79 | ▼3 (0.36 %) |
| FQ1 2024 | 2.26 | 2.31 | ▲4 2.21 % |

TRIAL EXHIBIT
DTX-590
C.A. No. 21-1411-RGA-LDH

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

$64 million of sales to AbbVie, reflecting a partial quarter of revenue following the February close of the ImmunoGen acquisition. The Elahere sales and marketing team is executing very well, and I'm pleased with the smooth integration into our commercial organization.

We anticipate that the recent positive updates in the NCCN Guidelines for both platinum-sensitive and platinum-resistant ovarian cancer patients as well as the full label approval which, of course, includes the compelling overall survival data that has never been achieved before in these platinum-resistant patients will continue to drive strong Elahere uptake. Lastly, the global launch of Epkinly in third-line plus DLBCL is also performing well, and we remain on track for the potential label expansion for follicular lymphoma later this year.

Neuroscience total revenues were nearly $2 billion, up 16% on an operational basis, again, ahead of our expectations. This robust performance is driven by continued double-digit growth of Vraylar with global sales of $694 million, Ubrelvy with total revenue of $203 million and Qulipta with global sales of $131 million. Each of these leading assets continue to gain share and remain competitively well positioned. Botox Therapeutic is also performing well, especially in chronic migraine. Total global sales were $748 million, up 4.5% on an operational basis.

And finally, we are very excited about 951, which will be commercialized as VYALEV in the U.S. and represents a potentially transformative next-generation therapy for advanced Parkinson's disease. Feedback from the launches in Japan and Europe have been very encouraging, and we remain on track for commercial approval in the U.S. later this year. So overall, I'm extremely pleased with the strong and balanced growth across our therapeutic portfolio this quarter, a testament to our differentiated product profiles and commercial execution.

And with that, I'll turn the call over to Carrie for additional comments on aesthetics. Carrie?

**Carrie C. Strom**
*Senior VP of AbbVie & President of Global Allergan Aesthetics*

Thank you, Jeff. First quarter Global aesthetics sales were over $1.2 billion, reflecting a modest decline on an operational basis. In the U.S., aesthetics sales of $776 million were roughly flat versus the prior year. We continue to see sustained momentum in the facial injectable market recovery that emerged in the back half of last year. Consistent with the past few quarters, the toxin market grew by mid-single-digit percentage. We saw similar year-over-year increases in the number of facial filler procedures, representing a return to quarterly market growth for the first time since early 2022.

From a competitive perspective, our U.S. aesthetics portfolio continues to perform well. Market share for both Botox Cosmetic and Juvederm was stable in the first quarter as these assets remain the clear market leaders. While we're pleased that the market and share trends across U.S. facial injectables are aligned with our previous expectations, our first quarter results were impacted by customers holding lower-than-normal inventory levels at quarter end. This dynamic relates to a decision made during the quarter to shift the timing of certain promotional activities into the second quarter. We, therefore, expect inventory levels to normalize in the second quarter and remain on track to deliver full year aesthetics sales growth in the U.S.

Internationally, first quarter aesthetics sales were $473 million, reflecting an operational decline of 5.5%. Consistent with our expectations, growth in China was impacted by persistent economic headwinds as well as a challenging comparison versus the first quarter of last year, which benefited from a robust recovery post COVID. We are monitoring the economic developments across China and continue to anticipate a recovery in the second half of this year.

Our pipeline continues to generate important new assets. Uptake of our recently launched VOLUX and SkinVive products remain strong, underscoring the importance of innovation within aesthetics. Given this context, we are excited for the upcoming launch of Juvederm Voluma XC for the treatment of temple hollows. As the only HA dermal filler approved for use in the upper face, we anticipate the Voluma XC introduction will activate more consumers and support the long-term growth of our filler portfolio.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# DTX-658

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
## Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31 , 2022

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ___ to ___

Commission File No. 001-36297

# Revance Therapeutics, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0551645** |
|---|---|
| State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification No.) |

**1222 Demonbreun Street, Suite 2000 , Nashville , Tennessee , 37203**

(Address, including zip code, of principal executive offices)

**( 615 ) 724-7755**

(Registrant's telephone number, including area code)

TRIAL EXHIBIT
DTX-658
C.A. No. 21-1411-RGA-LDH

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.001 per share | RVNC | The Nasdaq Global Market LLC |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Emerging growth company ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ | |

ALGN-1365233

# PTX-612

C.A. No. 21-1411-RGA-LDH
Plaintiffs' Trial Exhibit
PTX-612

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D. C. 20549

## FORM 10-K

(MARK ONE)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2022

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _______________ to _______________

**Commission file number 001-35565**

## AbbVie Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **32-0375147** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification number) |

**1 North Waukegan Road**
**North Chicago, Illinois 60064-6400**
**(847) 932-7900**
(Address, including zip code, and telephone number of principal executive offices)

Securities Registered Pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.01 per share | ABBV | New York Stock Exchange<br>Chicago Stock Exchange |
| 1.500% Senior Notes due 2023 | ABBV23B | New York Stock Exchange |
| 1.375% Senior Notes due 2024 | ABBV24 | New York Stock Exchange |
| 1.250% Senior Notes due 2024 | ABBV24B | New York Stock Exchange |
| 0.750% Senior Notes due 2027 | ABBV27 | New York Stock Exchange |
| 2.125% Senior Notes due 2028 | ABBV28 | New York Stock Exchange |
| 2.625% Senior Notes due 2028 | ABBV28B | New York Stock Exchange |
| 2.125% Senior Notes due 2029 | ABBV29 | New York Stock Exchange |
| 1.250% Senior Notes due 2031 | ABBV31 | New York Stock Exchange |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.

Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large Accelerated Filer ☒ | Accelerated Filer ☐ |
| Non-Accelerated Filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by checkmark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐ No ☒

The aggregate market value of the 1,751,453,358 shares of voting stock held by non-affiliates of the registrant, computed by reference to the closing price as reported on the New York Stock Exchange, as of the last business day of AbbVie Inc.'s most recently completed second fiscal quarter (June 30, 2022), was $268,252,598,311. AbbVie has no non-voting common equity.

Number of common shares outstanding as of January 31, 2023: 1,769,399,971

**DOCUMENTS INCORPORATED BY REFERENCE**

# PTX-613

C.A. No. 21-1411-RGA-LDH
Plaintiffs' Trial Exhibit
PTX-613

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D. C. 20549

## FORM 10-K

(MARK ONE)

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2023

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from ______________ to ______________

Commission file number 001-35565

abbvie

**AbbVie Inc.**

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **32-0375147** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification number) |

**1 North Waukegan Road**
**North Chicago, Illinois 60064-6400**
**(847) 932-7900**
(Address, including zip code, and telephone number of principal executive offices)

Securities Registered Pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol(s) | Name of Each Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.01 per share | ABBV | New York Stock Exchange<br>Chicago Stock Exchange |
| 1.375% Senior Notes due 2024 | ABBV24 | New York Stock Exchange |
| 1.250% Senior Notes due 2024 | ABBV24B | New York Stock Exchange |
| 0.750% Senior Notes due 2027 | ABBV27 | New York Stock Exchange |
| 2.125% Senior Notes due 2028 | ABBV28 | New York Stock Exchange |
| 2.625% Senior Notes due 2028 | ABBV28B | New York Stock Exchange |
| 2.125% Senior Notes due 2029 | ABBV29 | New York Stock Exchange |
| 1.250% Senior Notes due 2031 | ABBV31 | New York Stock Exchange |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act.

Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).

Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large Accelerated Filer ☒ | Accelerated Filer ☐ |
| Non-Accelerated Filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by checkmark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐ No ☒

The aggregate market value of the 1,748,902,939 shares of voting stock held by non-affiliates of the registrant, computed by reference to the closing price as reported on the New York Stock Exchange, as of the last business day of AbbVie Inc.'s most recently completed second fiscal quarter (June 30, 2023), was $235,629,692,915. AbbVie has no non-voting common equity.

Number of common shares outstanding as of January 31, 2024: 1,766,473,359

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the 2024 AbbVie Inc. Proxy Statement are incorporated by reference into Part III. The Definitive Proxy Statement will be filed on or about March 18, 2024.

# PTX-614

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

WASHINGTON, D.C. 20549

## FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2023

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _______________ to _______________

**Commission File Number: 001-35565**

## AbbVie Inc.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **32-0375147** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification number) |

**1 North Waukegan Road**
**North Chicago, Illinois 60064-6400**

Telephone: **(847) 932-7900**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of “large accelerated filer,” “accelerated filer,” “smaller reporting company,” and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large Accelerated Filer ☒ | Accelerated Filer ☐ |
| Non-Accelerated Filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, par value $0.01 per share | ABBV | New York Stock Exchange |
| | | Chicago Stock Exchange |
| 1.500% Senior Notes due 2023 | ABBV23B | New York Stock Exchange |
| 1.375% Senior Notes due 2024 | ABBV24 | New York Stock Exchange |
| 1.250% Senior Notes due 2024 | ABBV24B | New York Stock Exchange |
| 0.750% Senior Notes due 2027 | ABBV27 | New York Stock Exchange |
| 2.125% Senior Notes due 2028 | ABBV28 | New York Stock Exchange |
| 2.625% Senior Notes due 2028 | ABBV28B | New York Stock Exchange |
| 2.125% Senior Notes due 2029 | ABBV29 | New York Stock Exchange |
| 1.250% Senior Notes due 2031 | ABBV31 | New York Stock Exchange |

As of October 27, 2023, AbbVie Inc. had 1,765,537,421 shares of common stock at $0.01 par value outstanding.

C.A. No. 21-1411-RGA-LDH
**Plaintiffs' Trial Exhibit**
**PTX-614**

# PTX-627

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
# Washington, D.C. 20549

C.A. No. 21-1411-RGA-LDH
Plaintiffs' Trial Exhibit
PTX-627

## FORM 10-K

(Mark One)
☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31 , 2022

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from ___ to ___
Commission File No. 001-36297

# Revance Therapeutics, Inc.

(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0551645** |
|---|---|
| State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification No.) |

Lindemann Exhibit 11 (10-25-23)
WWW.DIGITALEVIDENCEGROUP.COM

**1222 Demonbreun Street, Suite 2000 , Nashville , Tennessee , 37203**
(Address, including zip code, of principal executive offices)

**( 615 ) 724-7755**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Trading Symbol(s) | Name of Exchange on Which Registered |
|---|---|---|
| Common Stock, par value $0.001 per share | RVNC | The Nasdaq Global Market LLC |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | |
|---|---|---|
| Large accelerated filer ☒ | Accelerated filer ☐ | Emerging growth company ☐ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ | |