# EXHIBIT A

REVANCE®

# Overview



## Background: Revance and DAXXIFY®

1. Are Allergan, Inc.'s Patents Invalid?

2. Should Revance Pay Allergan, Inc. Any Damages?

# DAXXIFY®: The Only Fast-Acting, Long-Lasting Botulinum Toxin




REVANCE®

DAXXIFY®
daxibotulinumtoxinA-lanm injection

The only fast-acting, long-lasting peptide formulation to improve the appearance of skin quality and other medical treatments

September 7, 2022

FDA U.S. FOOD & DRUG ADMINISTRATION

APPROVED

# Inventor of DAXXIFY®






**Curtis Ruegg, Ph.D.**

REVANCE®

JOHNS HOPKINS UNIVERSITY

STANFORD SCHOOL OF MEDICINE
Stanford University Medical Center

## EXPERIENCE

Revance Therapeutics, Inc.
VP Technical Operations

## EDUCATION

Johns Hopkins University
**Ph.D., Retroviral-Mediated Immunosuppression**

Stanford University School of Medicine
**Cancer Research Institute Fellow**

REVANCE®

DAXXIFY®

daxibotulinumtoxinA-lanm injection

DAXXIFY® is the first and only purified 150-kDa neuromodulator formulated with Peptide Exchange Technology™ (PXT).[4-8]

**40U DAXXIFY® Dose**

Same amount of core active neurotoxin in a 20U Botox® Cosmetic dose.






REVANCE®

DAXXIFY®
daxibotulinumtoxinA-lanm injection

# Cervical Dystonia

DAXXIFY® is now FDA approved for the treatment of cervical dystonia in adults



Painful and often debilitating neurological disorder affecting the neck muscles

# Comparison of Products: Diffusion






# Comparison of Products: Diffusion






# Comparison of Products: Diffusion






# Comparison of Products: Diffusion






# *Botulinum* Toxin Breakthrough



100
Years of
Research

## 20th Century

### Small Dosage of Toxin:

- Was non-toxic
- It could relieve pain
- *Botulinum* toxin can be given to patients as a safe and effective therapy for many medical conditions

**DEC 29, 1989**

BOTOX®
onabotulinumtoxinA



**DEC 29, 1989**

BOTOX®
onabotulinumtoxinA




**APR 29, 2009**

Dysport®
abobotulinumtoxinA for Injection



## DEC 29, 1989

BOTOX®
onabotulinumtoxinA




## APR 29, 2009

Dysport®
abobotulinumtoxinA for Injection




## JUL 30, 2009

XEOMIN®
incobotulinumtoxinA



**DEC 29, 1989**

BOTOX®
onabotulinumtoxinA




**APR 29, 2009**

Dysport®
abobotulinumtoxinA for Injection




**JUL 30, 2009**

XEOMIN®
incobotulinumtoxinA




**FEB 1, 2019**

Jeuveau™
prabotulinumtoxinA-xvfs



REVANCE®

**DEC 29, 1989**

BOTOX
onabotulinumtoxinA




**APR 29, 2009**

Dysport®
abobotulinumtoxinA for Injection




**JUL 30, 2009**

XEOMIN®
incobotulinumtoxinA




**FEB 1, 2019**

Jeuveau™
prabotulinumtoxinA-xvfs




**SEP 8, 2022**

DAXXIFY®
daxibotulinumtoxinA-lanm injection



# Allergan, Inc.'s Patents

## '878 Patent
Claim 6

US011147878B2

(12) United States Patent
Hunt

(10) Patent No.: US 11,147,878 B2
(45) Date of Patent: *Oct. 19, 2021

**ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS**

EXPIRES:
**SEP 21, 2026**

JTX-001.0001

JTX-001

## '748 Patent
Claim 8

US011203748B2

(12) United States Patent
Ton et al.

(10) Patent No.: US 11,203,748 B2
(45) Date of Patent: *Dec. 21, 2021

**PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN**

EXPIRES:
**JULY 13, 2029**

JTX-004.0001

JTX-004

## '740 Patent
Claim 8

US007354740B2

(12) United States Patent
Xiang et al.

(10) Patent No.: US 7,354,740 B2
(45) Date of Patent: *Apr. 8, 2008

**ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN**

EXPIRED:
**DEC 19, 2023**

JTX-003.0001

JTX-003

**Composition Patent**

**Purification / Manufacturing Patents**

# Allergan, Inc.: Key Dates

**OCT 1, 2021**
Allergan, Inc. sues Revance for infringement

**OCT 6, 2005**
**’878 Patent**
Priority Date

**MAY 17, 2021**
**’878 Patent**
Filing Date

**OCT 19, 2021**
**’878 Patent**
Issue Date



JTX-001

**NOV 25, 2019**
Revance Announces BLA Filing



REVANCE    COMPANY    PRODUCTS AND PIPELINE    INVESTORS    CAREERS

View All News

**Revance Submits Biologics License Application (BLA) to the FDA for DAXI to Treat Glabellar (Frown) Lines**

NOVEMBER 25, 2019

Download

NEWARK, Calif.--(BUSINESS WIRE)--Nov. 25, 2019-- Revance Therapeutics, Inc. (Nasdaq: RVNC), a biotechnology company pioneering new innovations in neuromodulator products for aesthetic and therapeutic indications, today announced the Company has submitted a Biologics License Application (BLA) to the U.S. Food and Drug Administration (FDA) for DaxibotulinumtoxinA for Injection (DAXI) in the treatment of moderate to severe glabellar (frown) lines. The submission includes results from the SAKURA Phase 3 trials, which is the largest aesthetic neuromodulator clinical program ever conducted for the treatment of glabellar frown lines.

PTX-651

**JUL 13, 2009**
**’748 Patent**
Priority Date

**JUN 7, 2021**
**’748 Patent**
Filing Date

**DEC 21, 2021**
**’748 Patent**
Issue Date



JTX-004

# Questions You Get to Decide as a Juror



**1** **Are Allergan, Inc.'s Patents Invalid?**

# Who Is a Person of Ordinary Skill in the Art?




1. **A hypothetical person aware of all prior art**
2. **Not a layperson**
3. **Has knowledge and skills in technical field**

JTX-111; JTX-112; DTX-192; DTX-194; DTX-196; DTX-202; DTX-207; JTX-113; DTX-213; JTX-116; DTX-285

# Allergan, Inc.'s Composition Patent

## '878 Patent
Claim 6

US011147878B2

(12) United States Patent
Hunt

(10) Patent No.: US 11,147,878 B2
(45) Date of Patent: *Oct. 19, 2021

**ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS**

**EXPIRES: SEP 21, 2026**

JTX-001.0001

JTX-001

**Composition Patent**

## '748 Patent
Claim 8

US011203748B2

(12) United States Patent
Ton et al.

(10) Patent No.: US 11,203,748 B2
(45) Date of Patent: *Dec. 21, 2021

**PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN**

**EXPIRES: JULY 13, 2029**

JTX-004.0001

JTX-004

## '740 Patent
Claim 8

US007354740B2

(12) United States Patent
Xiang et al.

(10) Patent No.: US 7,354,740 B2
(45) Date of Patent: *Apr. 8, 2008

**ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN**

**EXPIRED: DEC 19, 2023**

JTX-003.0001

JTX-003

**Purification / Manufacturing Patents**

# Revance's Invalidity Expert: Raj Suryanarayanan, Ph.D. (Sury)



University of Minnesota

The University of British Columbia

काशी हिन्दू विश्वविद्यालय Banaras Hindu University

1. **Hunt** and **Johnson** disclose every element of Claim 6 of the '878 Patent.
2. There was a **motivation or reason to combine** Hunt and Johnson to arrive at the claimed subject matter.
3. A person of ordinary skill would have **reasonably expected success** in combining Hunt and Johnson.

# ’878 Patent, Claims 1 and 6


United States Patent
Hunt
(54) ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS
(71) Applicant: Allergan, Inc., Irvine, CA (US)
(72) Inventor: Terrence J. Hunt, Corona, CA (US)
(73) Assignee: Allergan, Inc., Irvine, CA (US)
(21) Appl. No.: 17/322,283
(22) Filed: May 17, 2021
21 Claims, No Drawings
JTX-001.0001

JTX-001

**Animal Protein-free Composition**

**Use of Trehalose**

**Use of Trehalose**

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of **trehalose** and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

**6.** The method of claim **1**, wherein the disaccharide is **trehalose**.

# ’878 Patent, Claims 1 and 6 Are Invalid Over Prior Art

## Hunt Publication
2003

US 20030118598A1

(19) **United States**
(12) **Patent Application Publication** (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........................ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........................ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

**Discloses**
Animal Protein-Free Composition
and every other step in process

DTX-209

+

## Johnson Patent
1998

US005756468A

**United States Patent** [19] [11] Patent Number: 5,756,468
Johnson et al. [45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: Eric A. Johnson, Madison; Michael C. Goodnough, Stoughton, both of Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] Int. Cl.[6] ........................ A61K 38/00; C07K 1/00
[52] U.S. Cl. ........................ 514/21; 514/2; 530/350; 530/363; 530/364; 530/825
[58] Field of Search ........................ 514/21, 2; 530/350, 530/363, 364, 825

[56] References Cited

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off. .
WO94/00481 1/1994 WIPO .
WO95/05842 3/1995 WIPO .

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426–3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80–99.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41–49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426–3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] ABSTRACT

Lyophilized pharmaceutical compositions containing botulinum toxin or botulinum neurotoxin and effective amounts of trehalose and methionine have a shelf life of up to 4

**Discloses**
Use of Trehalose

EXHIBIT 9

TRIAL EXHIBIT
DTX-207
C.A. No. 21-1411-RGA-LDH

REV_DAX-02172000

DTX-207.0001

DTX-207

# ’878 Patent, Claim 6 Is Invalid Over Prior Art

## Prior Art

*Related to Composition Patent*

### Hunt Publication
2003

US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

**Discloses**
Animal Protein-Free Composition and every other step in process

DTX-209

+

### Johnson Patent
1998

United States Patent [19] [11] Patent Number: 5,756,468
Johnson et al. [45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

**Discloses**
Use of Trehalose

REV_DAX-02172000

DTX-207 0001

DTX-207

# Allergan, Inc.'s Purification / Manufacturing Patents

## '878 Patent
Claim 6

United States Patent
Hunt
Patent No.: US 11,147,878 B2
Date of Patent: *Oct. 19, 2021

ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS

EXPIRES: SEP 21, 2026

JTX-001.0001

JTX-001

## '748 Patent
Claim 8

United States Patent
Ton et al.
Patent No.: US 11,203,748 B2
Date of Patent: *Dec. 21, 2021

PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN

EXPIRES: JULY 13, 2029

JTX-004.0001

JTX-004

## '740 Patent
Claim 8

United States Patent
Xiang et al.
Patent No.: US 7,354,740 B2
Date of Patent: *Apr. 8, 2008

ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN

EXPIRED: DEC 19, 2023

JTX-003.0001

JTX-003

Composition Patent

Purification / Manufacturing Patents

# Revance's Invalidity Expert: Michael Goodnough, Ph.D.



Object Pharma

Metabiologics

THE UNIVERSITY of WISCONSIN MADISON

1. Co-author of Malizio
2. Malizio and Xiang disclose every element of Claim 8 of the '748 Patent
3. There was a **motivation or reason to combine** Malizio and Xiang to arrive at the invention
4. A person of ordinary skill would have **reasonably expected success** in combining Malizio and Xiang

# Claim 8 of the '748 Patent Is Invalid Over Prior Art

US011203748B2

(12) United States Patent
Ton et al.

(10) Patent No.: US 11,203,748 B2
(45) Date of Patent: *Dec. 21, 2021

(54) PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN

(71) Applicant: **Allergan, Inc.**, Irvine, CA (US)

(72) Inventors: **Jennifer L. Ton**, Irvine, CA (US); **Hemant A. Patel**, Rancho Santa Margarita, CA (US); **Ronald C. Bates**, Irvine, CA (US); **Wajdie M. Ahmad**, Westminster, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/340,720**

(22) Filed: **Jun. 7, 2021**

(65) **Prior Publication Data**

US 2021/0292727 A1 Sep. 23, 2021

**Related U.S. Application Data**

(60) Continuation of application No. 16/673,444, filed on Nov. 4, 2019, now Pat. No. 11,124,786, which is a continuation of application No. 15/664,456, filed on Jul. 31, 2017, now Pat. No. 10,465,178, which is a division of application No. 14/961,327, filed on Dec. 7, 2015, now Pat. No. 9,719,076, which is a division of application No. 14/561,402, filed on Dec. 5, 2014, now Pat. No. 9,206,409, which is a continuation of application No. 13/407,662, filed on Feb. 28, 2012, now Pat. No. 8,932,827, which is a continuation of application No. 13/344,399, filed on Jan. 5, 2012, now Pat. No. 8,927,229, which is a continuation of application No. 12/502,181, filed on Jul. 13, 2009, now Pat. No. 8,129,139.

(51) **Int. Cl.**

| | |
|---|---|
| *C12P 1/00* | (2006.01) |
| *C12N 9/52* | (2006.01) |
| *C07K 14/33* | (2006.01) |
| *C07K 1/18* | (2006.01) |
| *C12N 1/20* | (2006.01) |
| *C12P 21/02* | (2006.01) |
| *B01D 15/36* | (2006.01) |
| *C12R 1/145* | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***C12N 9/52*** (2013.01); ***B01D 15/361*** (2013.01); ***B01D 15/362*** (2013.01); ***B01D 15/363*** (2013.01); ***C07K 1/18*** (2013.01); ***C07K 14/33*** (2013.01); ***C12N 1/20*** (2013.01); ***C12P 21/02*** (2013.01); *C12R 2001/145* (2021.05); *C12Y 304/24069* (2013.01)

(58) **Field of Classification Search**
CPC ........................................ C12N 9/52
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,401,683 | A | 8/1983 | Thompson |
| 5,565,330 | A | 10/1996 | Atkinson et al. |
| 5,962,637 | A | 10/1999 | Shone et al. |
| 6,043,042 | A | 3/2000 | Shone et al. |
| 6,337,386 | B1 | 1/2002 | Shone et al. |
| 6,444,209 | B1 | 9/2002 | Johnson et al. |
| 6,558,926 | B1 | 5/2003 | Demain et al. |
| 6,818,409 | B2 | 11/2004 | Oguma |
| 7,148,041 | B2 | 12/2006 | Donovan |
| 7,160,699 | B2 | 1/2007 | Wang et al. |
| 7,183,066 | B2 | 2/2007 | Fernandez-Salas et al. |
| 7,189,541 | B2 | 3/2007 | Donovan |
| 7,208,285 | B2 | 4/2007 | Steward et al. |
| 7,332,567 | B2 | 2/2008 | Steward et al. |
| 7,354,470 | B2 | 4/2008 | Condrad |
| 8,409,828 | B2 | 4/2013 | Xiang et al. |
| 8,841,110 | B2 | 9/2014 | Xiang et al. |
| 8,927,229 | B2 | 1/2015 | Ton et al. |
| 8,932,827 | B2 | 1/2015 | Ton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1081159 | A1 | 3/2001 |
| JP | 2002/501387 | A | 1/2002 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 12/098,896, filed Apr. 2, 2013, Xiang et al.
Aktories et al., "Modification of Actin and Rho Proteins by Clostridial ADP-Ribosylating Toxins," Bacterial Toxins and Virulence Factors in Disease, Handbook of Natural Toxins vol. 8, 491-520 (1995).
Amersdorfer et al., "Molecular Characterization of Murine Humoral Immune Response to Botulinum Neurotoxin Type A Binding Domain as Assessed by Using Phage Antibody Libraries", Infect. Immun., 65(9): 3743-3752 (1997).
Anellis et al., "Comparative Resistance of Strains of Clostridium botulinum to Gamma Rays," 10(4): 326-330 (1962).
Aoki, "Botulinum neurotoxin serotypes A and B preparations have different safety margins in preclinical models of muscle weakening efficacy and systemic safety," Toxicon, 40: 923-928 (2002).

(Continued)

*Primary Examiner* — Albert M Navarro
(74) *Attorney, Agent, or Firm* — Foley Hoag LLP

(57) **ABSTRACT**

Rapid, animal protein free, chromatographic processes and systems for obtaining high potency, high yield botulinum neurotoxin for research, therapeutic and cosmetic use.

**14 Claims, 1 Drawing Sheet**

JTX-004

**Animal Product Free (APF) Process**

**Chromatography Process**

**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

(a) contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

(b) eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

(c) contacting the first eluate with a buffer;

(d) further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

(e) eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

(f) recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

# Claim 8 of the ’748 Patent Is Invalid Over Prior Art

## Malizio
2000




**Discloses**
Claimed Chromatography Process

DTX-196

## Xiang Patent
2005



US 20050238669A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2005/0238669 A1
Xiang et al. (43) Pub. Date: Oct. 27, 2005

(54) ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN

(75) Inventors: **Hui Xiang**, Irvine, CA (US); **Mingjiang Luo**, Newport Beach, CA (US); **Ping Wang**, Irvine, CA (US); **Stephen Donovan**, Capistrano Beach, CA (US)

Correspondence Address:
Stephen Donovan
Allergan, Inc.
2525 Dupont Circle
Irvine, CA 92612 (US)

(73) Assignee: ALLERGAN, INC., Irvine, CA

(21) Appl. No.: 11/072,673

(22) Filed: Mar. 3, 2005

Related U.S. Application Data

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/08; C07K 14/33
(52) U.S. Cl. ........ 424/239.1; 530/350

(57) ABSTRACT

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-113

EXHIBIT
Goodnough 16

REV_DAX_02172826
JTX-113.0001

**Discloses**
Animal Product Free (APF) Process

JTX-113

# Claim 8 of the '748 Patent Is Invalid Over Prior Art

## Prior Art

*Related to the Purification / Manufacturing Patent*

### Malizio
2000




**Discloses**
Claimed Chromatography Process

DTX-196

+

### Xiang Patent
2005



US 20050238669A1

(19) United States
(12) Patent Application Publication
Xiang et al.
(10) Pub. No.: US 2005/0238669 A1
(43) Pub. Date: Oct. 27, 2005

(54) ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN

(75) Inventors: Hui Xiang, Irvine, CA (US); Mingjiang Luo, Newport Beach, CA (US); Ping Wang, Irvine, CA (US); Stephen Donovan, Capistrano Beach, CA (US)

Correspondence Address:
Stephen Donovan
Allergan, Inc.
2525 Dupont Circle
Irvine, CA 92612 (US)

(73) Assignee: ALLERGAN, INC., Irvine, CA

(21) Appl. No.: 11/072,673

(22) Filed: Mar. 3, 2005

Related U.S. Application Data

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/08; C07K 14/33
(52) U.S. Cl. ........ 424/239.1; 530/350

(57) ABSTRACT

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.



**Discloses**
Animal Product Free (APF) Process

JTX-113

# Allergan, Inc.'s Purification / Manufacturing Patents

## '878 Patent
Claim 6

ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS

EXPIRES:
SEP 21, 2026

JTX-001.0001

JTX-001

Composition Patent

## '748 Patent
Claim 8

PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN

EXPIRES:
JULY 13, 2029

JTX-004.0001

JTX-004

## '740 Patent
Claim 8

ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN

EXPIRED:
DEC 19, 2023

JTX-003.0001

JTX-003

Purification / Manufacturing Patents

# Claim 8 of the '740 Patent Is Invalid Over Prior Art

## '740 Patent


US007354740B2

(12) United States Patent
Xiang et al.

(10) Patent No.: US 7,354,740 B2
(45) Date of Patent: *Apr. 8, 2008

(54) ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A *BOTULINUM* TOXIN

(75) Inventors: **Hui Xiang**, Irvine, CA (US); **Mingjiang Luo**, Newport Beach, CA (US); **Ping Wang**, Irvine, CA (US); **Stephen Donovan**, Capistrano Beach, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 85 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/072,673**

(22) Filed: **Mar. 3, 2005**

(65) **Prior Publication Data**

US 2005/0238669 A1 Oct. 27, 2005

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, now Pat. No. 7,160,699, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003, now Pat. No. 7,148,041.

(51) **Int. Cl.**
*C12P 21/04* (2006.01)
*C12N 1/00* (2006.01)
*C12N 1/20* (2006.01)

(52) **U.S. Cl.** .............. **435/71.1**; 435/252.7; 435/253.6; 424/842; 424/236.1; 424/239.1

(58) **Field of Classification Search** .............. 435/71.1, 435/252.7, 253.6; 424/842, 236.1, 239.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

6,558,926 B1 5/2003 Demain et al.
2003/0008367 A1 1/2003 Oguma .................... 435/184
2003/0118598 A1 6/2003 Hunt

FOREIGN PATENT DOCUMENTS

WO WO 94/09115 10/1993
WO WO 96/05222 6/1995
WO WO 98/54296 5/1998
WO WO 01/05997 A2 7/2000
WO WO 01/05997 A3 7/2000
WO WO 01-36655 10/2000
WO WO 01/58472 2/2001

OTHER PUBLICATIONS

Coligan, et al., *Current protocols in protein science, Front Matter*, Aug. 2003.
Lungdahl, L.G., et al., Working with anaerobic bacteria, *Manual of Industrial Microbiology and Biotechnology*, Chp. 8, 1986, pp. 84-96.
Mueller, J.H., et al., Variable factors influencing the product of tetanus toxin, *J. Bacteriol*, 1954; 67:271-7.
Ozutsumi, K., et al., Rapid, simplified method for production and purification of tetanus toxin, *Applied and Environmental Microbiology*, Apr. 1985, vol. 49, No. 4, pp. 939-943.
Chp. 1, pp. 1-88, Strategies of Protein Purification and Characterization, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed. Chp. 21, pp. 1-282.
Chp. 21, pp. 1-282, Peptidases, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed.
Heenan, C. N., et al., Lebensm.-Wiss. U.-Technol. 35 (2002), pp. 171-176.
Miwa, Norinaga, et al., International Journal of Food Microbiology, 49 (1999), pp. 103-106.
Mueller, J. H., et al., J. Bacteriology, Mar. 1954, 67(3), pp. 271-277.
Whitmer, M. E., et al., Applid and Environmental Microbiology, Mar. 1988, 54(3), pp. 753-759.
Oxoid—Product CM0149—product description, pp. 1-2, 2004.
Bedu-Addo, F., et al., *Use of Biophysical Characterization in Preformulation Developmnt of a Heavy-Chain Fragment of Botulinum Serotype B: Evaluation of Suitable Purificaiton Process Conditions*, Pharmaceutical Research, Aug. 2004, vol. 21, No. 8, pp. 1353-1361.
Byrne, M., et al., *Purification, Potency, and Efficacy of the Botulinum Neurotoxin Type A Binding Domain from Pichia Pastoris as a Recombinant Vaccine Candidate*, Infection and Immunity, Oct. 1998, vol. 66, No. 10, pp. 4817-4822.
Byrne, M., et al., *Fermentation, Purification, and Efficacy of a Recombinant Vaccine Candidate Against Botulinum Neurotoxin Type F from Pichia pastoris*, Protein Expression and Purification, 2000, 18, pp. 327-337.
Gessler, F., et al., *Production and Purification of Clostridium Botulinum Type C and D Neurotoxin*, FEMS Immunology and Medical Microbiology, 1999, vol. 24, pp.
Gimenez, J., et al., *Simplified Purification* ... *Botulinum Type E Toxin*, Applied and Env... Dec. 1987, vol. 53, No. 12, pp. 2827-283...
Johnson, S., et al., *Scale-up of the Fermen*... *the Recombinant Havy Chain Fragment C*... *Serotype F, Expressed in Pichia Pastoris*... Purification, 2003, vol. 32, pp. 1-9.
Kozaki, H., et al., *Immunological Cha*... *Induced Fragments of Clostridium Botul*... *and Interaction of the Fragments with Br*... tion and Immunity, 1989, vol. 57, No. 9, ...
Prabakaran, S., et al., *Botulinum Neur*... *Purification, Limited Proteolysis by Endoproteinase Glu-C and Pepsin, and Comparison of Their Identified Cleaved Sites Relative to the Three-Dimensional Structure of Type A Neurotoxin*, Toxicon, 2001, vol. 39, pp. 1515-1531.
Weatherly, G., et al., *Initial Purification of Recombinant Botulinum Neurotoxin Fragments for Pharmaceutical Production Using Hydrophobic Charge Induction of Chromatography*, Journal of Chromatography A, 2002, vol. 952, pp. 99-110.

(Continued)

*Primary Examiner*—Chih-Min Kam
(74) *Attorney, Agent, or Firm*—Stephen Donovan

(57) **ABSTRACT**

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

**8 Claims, 9 Drawing Sheets**

ALGN-0013187

JTX-003.0002

JTX-003

**Animal Product Free (APF) Process**

**Chromatography Process**

**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Claim 8 of the '740 Patent Is Invalid Over Prior Art

## Gessler 1999

FEMS Immunology and Medical Microbiology 24 (1999) 361–367

Production and purification of *Clostridium botulinum* type C and D neurotoxin

Frank Gessler *, Helge Böhnel

TRIAL EXHIBIT DTX-192

EXHIBIT 12

REV_DAX-02169988

DTX-192.0001

**Discloses**
Claimed Chromatography Process

DTX-192

+

## FDA Guidance 1999

Guidance for Industry

Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Biologics Evaluation and Research (CBER)
November 1999

Joint Trial Exhibit JTX-112

REV_DAX-02169854

JTX-112.0001

JTX-112

+

## Smelt 1982

Journal of Applied Bacteriology 1982, 52, 75–82

Growth and toxin formation by *Clostridium botulinum* at low pH values

J.P.P.M. Smelt, G.J.M. Raatjes, J.S. Crowther* & C.T. Verrips

TRIAL EXHIBIT DTX-202

EXHIBIT 13

REV_DAX-02171829

DTX-202.0001

**Discloses**
Animal Product Free (APF) Process

DTX-202

# Claim 8 of the '740 Patent Is Invalid Over Prior Art

## Prior Art

*Related to the Purification / Manufacturing Patents*

**Gessler**
1999




DTX-192

+

**FDA Guidance**
1999




JTX-112

+

**Smelt**
1982




DTX-202

**Discloses**
Claimed Chromatography Process

**Discloses**
Animal Product Free (APF) Process

# Questions You Get to Decide as a Juror

1. Are Allergan, Inc.'s Patents Invalid? **YES**

2. Should Revance Pay Allergan, Inc. Any Damages?



# Damages

# Revance's Damages Expert: Dana Trexler, CPA



STOUT

Wharton UNIVERSITY of PENNSYLVANIA

Bucknell UNIVERSITY

## QUALIFICATIONS

| | |
|---|---|
| 2020 – Present | Stout Experts, Managing Director, Intellectual Property Practice Leader |
| 2012 – 2020 | EisnerAmper LLP, Partner, Financial Advisory Services |
| 2004 – 2012 | PricewaterhouseCoopers LLP, Director, Forensic Services |

## EDUCATION

University of Pennsylvania Wharton School
**Master of Business Administration (M.B.A.)**

Bucknell University
**Bachelor of Science (B.S.), Accounting**

# Questions You Get to Decide as a Juror

| | | |
|---|---|---|
| 1 | Are Allergan, Inc.'s Patents Invalid? | YES |
| 2 | Should Revance Pay Allergan, Inc. Any Damages? | NO |

# Revance's Witnesses



Joshua Ramsey, Ph.D.

SCHOOL OF CHEMICAL ENGINEERING



Jeffrey Dover, M.D.

SkinCare Physicians® Celebrating 25 Years



Atul Patel, M.D., MHSA

KC BJ KANSAS CITY BONE & JOINT CLINIC



Michael Meagher, Ph.D.

St. Jude Children's Research Hospital®



Akhilesh Nagaich, Ph.D.

FDA INSIGHT

# *Thank You*

REVANCE®