# EXHIBIT B

# Michael Meagher, Ph.D.

Direct Testimony

# Problems with Dr. Schöneich's Duration-of-Action Opinions



**Christian Schöneich, Ph.D.**

Expert Witness

**Allergan, Inc.**

1 Allergan, Inc. did not test DAXXIFY®

2 Allergan, Inc.'s duration-of-action data do not support Dr. Schöneich's conclusions

# Michael Meagher, Ph.D.

St. Jude Children's® Research Hospital

NEBRASKA

IOWA STATE UNIVERSITY

Colorado State University

## QUALIFICATIONS

| | |
|---|---|
| 2022 – Present | Meagher Biopharma Consulting, President |
| 2011 – 2022 | St. Jude Children's Research Hospital, Faculty |
| 1994 – 2011 | Biological Process Development Facility, University of Nebraska-Lincoln, Founder |

## EDUCATION

| | |
|---|---|
| 1987 | Iowa State University<br>**Ph.D., Chemical Engineering** |
| 1984 | Iowa State University<br>**Master of Science (M.S.), Chemical Engineering** |
| 1980 | Colorado State University<br>**Bachelor of Science (B.S.), Engineering Science** |

# Problems with Dr. Schöneich's Duration-of-Action Opinions



**Christian Schöneich, Ph.D.**

Expert Witness

**Allergan, Inc.**

**1** Allergan, Inc. did not test DAXXIFY®

**2** Allergan, Inc.'s duration-of-action data do not support Dr. Schöneich's conclusions

# Differences Between DAXXIFY® and Allergan, Inc.'s "Mimic" (Formulation 3)

| | REVANCE DAXXIFY® | Allergan, Inc. "Mimic" Formulation 3 | Difference |
|---|---|---|---|
| **Concentration of Trehalose** | Up to 16% | 2% | Mimic has up to **8x less** |
| **Ratio of Polysorbate 20 to Peptide** | 8.5:1 | 28.4:1 | Mimic ratio is **3x higher** |
| **Concentration of Histidine** | 3.3-6.7 mM | 20 mM | Mimic has **3-6x more** |
| **pH** | 5.5 | 6 | Mimic is **less acidic** |

# Problems with Dr. Schöneich's Duration-of-Action Opinions



**Christian Schöneich, Ph.D.**

Expert Witness

**Allergan, Inc.**

1. Allergan, Inc. did not test DAXXIFY®
2. Allergan, Inc.'s duration-of-action data do not support Dr. Schöneich's conclusions

# Formulations 2 and 3 Are Not Significantly Different from Formulation 1

**Figure 4–2** **Plot of Mean Peak DAS Values for Mice Receiving IM Administration of BoNT/A Formulations +/- CPP**




Comparison of mean peak DAS values for three test formulations +/- CPP versus a BSA control formulation. Mean Peak DAS values were not significantly different between x and y (p=0.124) or x and z (p=0.539). *The BSA control group mean peak DAS was significantly different from the 20-mM histidine, 2% trehalose, CPP without Tween-20 group (p<0.001; one-way ANOVA, Holm-Sidak post hoc analysis); (p<0.001, Student's t-test and Welch's t-tests). DAS (digit abduction score); CPP (cell-penetrating peptide); BSA (bovine serum albumin); sal (saline); his (histidine); treh (trehalose); Tw20 (Tween20).

> Mean Peak DAS values were not significantly different between x and y (p=0.124) or x and z (p=0.539).

**Figure 4–3** **Comparison of Mean DAS Versus Day for Mice Receiving IM Administration of BoNT/A Formulations +/- CPP**




Comparison of durability-of-response profiles for three test formulations +/- CPP versus a BSA control formulation. Mean AUC values were comparable to the BSA control group except for in the 20-mM histidine, 2% trehalose, CPP without Tween-20 group. This latter group was found to differ significantly from the BSA control group (p<0.001; one-way ANOVA, Holm-Sidak post hoc analysis). DAS (digit abduction score); CPP (cell-penetrating peptide); BSA (bovine serum albumin); sal (saline); his (histidine); treh (trehalose); Tw20 (Tween20); $ED_{25}$ (effective dose-25)

> Mean AUC values were comparable to the BSA control group except for in the 20-mM histidine, 2% trehalose, CPP without Tween-20 group.

**Figure 4–4** **Plot of Mean DAS AUC Values From Duration Plots in Figure 4–3 for Mice Receiving IM Administration of BoNT/A Formulations +/- CPP**




Comparison of mean durability-of-response AUC values for three test formulations +/- CPP versus a BSA control formulation. Mean DAS AUC values were not significantly different between x and y (p=0.0.371) or x and z (p=0.300). *The BSA control group mean peak DAS was significantly different from the20-mM histidine, 2% trehalose, CPP without Tween-20 group (p<0.001; one-way ANOVA, Holm-Sidak post hoc analysis); (p<0.001, Student's t-test and Welch's t-tests). AUC (area under the curve); CPP (cell-penetrating peptide); BSA (bovine serum albumin); sal (saline); his (histidine); treh (trehalose); Tw20 (Tween20).

> Mean DAS AUC values were not significantly different between x and y (p=0.0.371 [sic]) or x and z (p=0.300).

JTX-202.0008-.0010