# EXHIBIT C

# Joshua Ramsey, Ph.D.

## Direct Testimony

# Joshua Ramsey, Ph.D.

## EDUCATION

2006 University of Illinois
**Doctor of Philosophy (Ph.D.), Chemical and Biomolecular Engineering**

2003 University of Illinois
**Master of Science (M.S.), Chemical Engineering**

2000 Oklahoma State University
**Bachelor of Science (B.S.), Chemical Engineering**

## QUALIFICATIONS

2008 – Present Oklahoma State University,
*Professor of Chemical Engineering*

# Revance's Peptide




DTX-309.0003

# Peptides Attract to Toxin and Toxin Attracts to Cell Surface



# Peptides Attract to Toxin and Toxin Attracts to Cell Surface



# Peptides Attract to Toxin and Toxin Attracts to Cell Surface



# Peptides Attract to Cell Surface and Toxin Attracts to Peptide



# Peptides Attract to Cell Surface and Toxin Attracts to Peptide



# Peptides Attract to Cell Surface and Toxin Attracts to Peptide

