# EXHIBIT D

# Akhilesh Nagaich, Ph.D.

Direct Testimony

# Akhilesh Nagaich, Ph.D.

## PROFESSIONAL EXPERIENCE

### EDUCATION

| | |
|---|---|
| 1983 | Bundelkhand University, Jhansi, India<br>**Bachelor of Science (B.S.), Chemistry and Biology** |
| 1985 | Bundelkhand University, Jhansi, India<br>**Master of Science (M.S.), Chemistry** |
| 1993 | University of Allahabad, Allahabad, India<br>**Ph.D., Chemistry** |

### EXPERIENCE

| | |
|---|---|
| 2000 – 2005 | Center for Cancer Research, National Cancer Institute at the National Institute of Health in Maryland |
| 2005 – 2013 | U.S. Food and Drug Administration |
| 2017 – Present | FDAInsight, LLC |