# EXHIBIT E

DDX-5.1

# Michael Goodnough, Ph.D.

## Invalidity:

## Claim 8 of the ’748 Patent

## Claim 8 of the ’740 Patent

# Claim 8 of the ’748 Patent and Claim 8 of the ’740 Patent



## ’748 Patent

Claims 1 and 8

**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

contacting the first eluate with a buffer;

further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

JTX-004

## ’740 Patent

Claims 6 and 8



**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

JTX-003

# Summary of Opinions

1 Claim 8 of the ’748 Patent would have been obvious in view of the combination of Malizio and Xiang

2 Claim 8 of the ’740 Patent would have been obvious in view of the combination of Gessler, FDA Guidance, and Smelt

# Michael Goodnough, Ph.D.

## PROFESSIONAL AND EDUCATIONAL BACKGROUND:

### EXPERIENCE

2019 – Present Object Pharma, Executive Vice President

1999 – 2019 Metabiologics, Co-Founder

### EDUCATION

1994 University of Wisconsin-Madison
**Ph.D., Food Microbiology**

1991 University of Wisconsin-Madison
**Master of Science (M.S.), Food Microbiology**

1986 University of Wisconsin-Madison
**Bachelor of Science (B.S.), Bacteriology and Genetics**

# Obviousness

Patent claims are invalid as obvious "if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains."

35 U.S.C. § 103

# Obviousness

- Scope and content of the prior art
- Level of ordinary skill in the art
- Differences between the prior art and the patent claims
- Secondary considerations of non-obviousness

# Qualifications of a Person of Ordinary Skill in the Art

Bachelor's degree in a relevant scientific field, such as biochemistry, biochemical engineering, pharmaceutical science, molecular biology, or an advanced degree, such as a Master's or Ph.D. with 2-6 years of experience in the field of proteins, including toxins, including several years of experience in purifying proteins and an understanding of the various factors involved in purifying proteins

# U.S. Patent No. 11,203,748

## '748 Patent

US011203748B2

(12) **United States Patent**
Ton et al.

(10) Patent No.: **US 11,203,748 B2**
(45) Date of Patent: ***Dec. 21, 2021**

(54) PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN

(71) Applicant: Allergan, Inc., Irvine, CA (US)

(72) Inventors: Jennifer L. Ton, Irvine, CA (US); Hemant A. Patel, Rancho Santa Margarita, CA (US); Ronald C. Bates, Irvine, CA (US); Wajdie M. Ahmad, Westminster, CA (US)

(73) Assignee: Allergan, Inc., Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days. This patent is subject to a terminal disclaimer.

(21) Appl. No.: 17/340,720

(22) Filed: Jun. 7, 2021

(65) Prior Publication Data
US 2021/0292727 A1 Sep. 23, 2021

Related U.S. Application Data

(60) ... now Pat. No. 8,927,229, which is a continuation of application No. 12/502,181, filed on Jul. 13, 2009, now Pat. No. 8,120,139.

(56) References Cited

(57) ABSTRACT

Rapid, animal protein free, chromatographic processes and systems for obtaining high potency, high yield botulinum neurotoxin for research, therapeutic and cosmetic use.

14 Claims, 1 Drawing Sheet

JTX-004

JTX-004.0001

**Priority Date: July 13, 2009**

JTX-004

## Claims 1 and 8

[pre] **1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

[a] contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

[b] eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

[c] contacting the first eluate with a buffer;

[d] further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

[e] eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

# Summary of Common Knowledge by 2009

1. Animal-derived products carried risk of disease transmission.

2. Eliminating animal-derived products eliminated risk of disease transmission.


1
*Clostridium botulinum* toxin serotype A mixture
2
Anion Exchange Stationary Phase (impurities stuck on column)
3
Partially purified toxin complex collected
4
Sample containing partially purified toxin complex
5
Cation Exchange Stationary Phase (partially purified complex)
6
Impurities collected at the bottom
7
Purified toxin collected

# 900 kDa *Botulinum* Toxin VS 150 kDa *Botulinum* Toxin

*Botulinum* Toxin Complex

Purified Neurotoxin



# ’748 Patent Cites Goodnough’s Contribution

## Prior Art: Johnson



Type A neurotoxin is purified from the associated non-toxic proteins of the complex by a modification of the method of Tse et al. (1982) Goodnough, M.C., 1994, Thesis, UW, Wis.).

Toxin complex is recovered from the DEAE-Sephadex A 50 (Sigma Chemical Co., St Louis, Mo.), pH 5.5. column and is precipitated by addition of 39 g of solid ammonium sulfite/100 ml. The precipitated toxin complex is collected by centrifugation, dialyzed against 25 mM sodium phosphate, pH 7.9, and applied to a DEAE-Sephadex A50 column equilibrated with the same buffer.

Toxin is separated from the non-toxic proteins of the complex and eluted from the column with a linear 0-0.5M sodium chloride gradient. Partially purified neurotoxin is recovered from the DEAE-Sephadex A50 column at pH 7.9 and dialyzed against 25 mM sodium phosphate, pH 7.0. The dialyzed toxin is applied to SP-Sephadex C50 (Sigma Chemical Co.) in 25 mM sodium phosphate, pH 7.0. Contaminating material does not bind to the column under these conditions.

The neurotoxin is eluted with a linear 0-0.25M sodium chloride gradient.

DTX-207.0003

## Allergan, Inc. ’748 Patent



In one method of purifying the about 150 kDa neurotoxic component from the associated non-toxic proteins (e.g. HAs, NTNH), type A neurotoxin is purified from the associated non-toxic proteins of the complex by a modification of the method of Tse et al. (1982) (Goodnough, M. C., 1994, Thesis, UW, Wis.).

Botulinum neurotoxin complex obtained by our IAPF process (which utilizes either the 2-column anion-cation or 3-column anion-cation-HIC steps, as discussed above) is recovered from an DEAE-Sephadex A 50 (Sigma Chemical Co., St. Louis, Mo.), pH 5.5, column and is precipitated by addition of 39 g of solid ammonium sulfate/100 mL. The precipitated toxin complex is collected by centrifugation, dialyzed against 25 mM sodium phosphate, pH 7.9, and applied to a DEAE-Sephadex A50 column equilibrated with the same buffer.

The neurotoxic component is separated from the non-toxic proteins of the complex and eluted from the column with a linear 0-0.5 M sodium chloride gradient. Partially purified neurotoxin component is recovered from the DEAE-Sephadex A50 column at pH 7.9 and dialyzed against 25 mM sodium phosphate, pH 7.0. The dialyzed toxin is applied to SP-Sephadex C50 (Sigma Chemical Co.) in 25 mM sodium phosphate, pH 7.0. Contaminating material does not bind to the column under these conditions.

The pure neurotoxin (the about 150 kDa component) is eluted with a linear 0-0.25 M sodium chloride gradient.

JTX-004.0027-.0028

# ’748 Patent Cites Goodnough’s Contribution

## Prior Art: Johnson



Type A neurotoxin is purified from the associated non-toxic proteins of the complex by a modification of the method of Tse et al. (1982) Goodnough, M.C., 1994, Thesis, UW, Wis.).

Toxin complex is recovered from the DEAE-Sephadex A 50 (Sigma Chemical Co., St Louis, Mo.), pH 5.5. column and is precipitated by addition of 39 g of solid ammonium sulfite/100 ml. The precipitated toxin complex is collected by centrifugation, dialyzed against 25 mM sodium phosphate, pH 7.9, and applied to a DEAE-Sephadex A50 column equilibrated with the same buffer.

Toxin is separated from the non-toxic proteins of the complex and eluted from the column with a linear 0-0.5M sodium chloride gradient. Partially purified neurotoxin is recovered from the DEAE-Sephadex A50 column at pH 7.9 and dialyzed against 25 mM sodium phosphate, pH 7.0. The dialyzed toxin is applied to SP-Sephadex C50 (Sigma Chemical Co.) in 25 mM sodium phosphate, pH 7.0. Contaminating material does not bind to the column under these conditions.

The neurotoxin is eluted with a linear 0-0.25M sodium chloride gradient.

DTX-207.0003

## Allergan, Inc. ’748 Patent



In one method of purifying the about 150 kDa neurotoxic component from the associated non-toxic proteins (e.g. HAs, NTNH), type A neurotoxin is purified from the associated non-toxic proteins of the complex by a modification of the method of Tse et al. (1982) (Goodnough, M. C., 1994, Thesis, UW, Wis.).

Botulinum neurotoxin complex obtained by our IAPF process (which utilizes either the 2-column anion-cation or 3-column anion-cation-HIC steps, as discussed above) is recovered from an DEAE-Sephadex A 50 (Sigma Chemical Co., St. Louis, Mo.), pH 5.5, column and is precipitated by addition of 39 g of solid ammonium sulfate/100 mL. The precipitated toxin complex is collected by centrifugation, dialyzed against 25 mM sodium phosphate, pH 7.9, and applied to a DEAE-Sephadex A50 column equilibrated with the same buffer.

The neurotoxic component is separated from the non-toxic proteins of the complex and eluted from the column with a linear 0-0.5 M sodium chloride gradient. Partially purified neurotoxin component is recovered from the DEAE-Sephadex A50 column at pH 7.9 and dialyzed against 25 mM sodium phosphate, pH 7.0. The dialyzed toxin is applied to SP-Sephadex C50 (Sigma Chemical Co.) in 25 mM sodium phosphate, pH 7.0. Contaminating material does not bind to the column under these conditions.

The pure neurotoxin (the about 150 kDa component) is eluted with a linear 0-0.25 M sodium chloride gradient.

JTX-004.0027-.0028

# State of the Art Before 2009

## 1984
DasGupta




JTX-111

## 1998
Johnson




DTX-207

## 1999
Gessler




DTX-192

## 2000
Malizio




DTX-196

## JUL 13, 2009
'748 Patent
Priority Date




JTX-004

# Claim 1: Malizio + Xiang

## Malizio




DTX-196

## Xiang




JTX-113

## ’748 Patent, Claim 1

[pre] **1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

[a] contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

[b] eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

[c] contacting the first eluate with a buffer;

[d] further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

[e] eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Shows "[a] substantially animal product free process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A)"

## Malizio



30 Malizio, Goodnough, and Johnson

The best storage method for the neurotoxin is dependent on the end-use of the material. Neurotoxin standards with stabilizing protein added have been kept for years at 20–22°C in low-pH buffers with no appreciable loss of activity *(21)*. Ammonium sulfate precipitated neurotoxin can be stored at 4°C for several weeks. However, within a month, SDS-PAGE will show fragmentation and breakdown products of the neurotoxin stored in this manner. The neurotoxin can also be stored at –20°C with 50% glycerol as a cryoprotectant for years. Because crystals of the complex are very stable, purifying the neurotoxin from the complex as required could be the best option.

**2. Materials**

***2.1. Toxin Production***

1. Hall A strain: *Clostridium botulinum* (see **ref.** *[23]* for genetic characterization).
2. Inoculum medium: 500 mL of $dH_2O$, 2.0% casein hydrolysate, 1.0% yeast extract, 0.5% glucose (w/v), pH 7.2. Autoclave for 30 min at 121°C.
3. 50 g of glucose solution in 500 mL of $dH_2O$. Autoclaved for 30 min.
4. 10 L of toxin production medium in 13 L of carboy: 9.5 L of $dH_2O$, 2.0% casein hydrolysate, 1.0% yeast extract (w/v), pH 7.2. Autoclave for 90 min at 121°C.

***2.2. Precipitation and Extraction***

1. 3 *N* Sulfuric acid.
2. Sterile water.
3. 0.2 *M* Sodium phosphate buffer, pH 6.0.
4. 1.0 *N* Sodium hydroxide.
5. Ultrapure ammonium sulfate.

***2.3. Purification of Type A Complex***

1. 0.05 *M* Sodium citrate buffer, pH 5.5.
2. DEAE-Sephadex A-50 gel (80 g dry) swelled to a volume of 1–1.5 L and degassed.
3. Chromatography column (5 cm × 50 cm).
4. Dialysis tubing.
5. Fraction collector.
6. UV-spectrophotometer.
7. Ultrapure ammonium sulfate.

***2.4. Crystallization of Type A Complex***

1. 0.05 *M* Sodium phosphate buffer, pH 6.8.
2. Dialysis tubing.
3. UV-spectrophotometer.
4. 4 *M* Sterile ammonium sulfate solution.
5. 0.9 *M* Sterile ammonium sulfate solution.

*Purification of Botulinum Type A Neurotoxin* 31

***2.5. Purification of Type A Neurotoxin***

1. 0.02 *M* sodium phosphate buffer, pH 7.9.
2. Dialysis tubing.
3. Chromatography column (2.5 cm × 20 cm).
4. DEAE-Sephadex A–50 (19 g dry) swelled and degassed.
5. Gradient maker apparatus.
6. Fraction collector.
7. UV-spectrophotometer.

***2.6. Additional Purification Steps***

*2.6.1. Treatment with Carbohydrate-Binding Affinity Gel*

1. Washed and equilibrated *p*-aminophenyl-β-D-thiogalactopyranoside (pAPTG, Sigma).
2. 10-mL Chromatography column.
3. Fraction collector.
4. UV-spectrophotometer.

*2.6.2. Chromatography on SP-Sephadex C-50*

1. 25-mL Chromatography column.
2. Dialysis tubing.
3. 0.02 *M* Sodium phosphate buffer, pH 7.0.
4. SP-Sephadex C-50 gel swelled and degassed.
5. Gradient maker.
6. Fraction collector.
7. UV-spectrophotometer.

***2.7. Bioassays***

*2.7.1. IV Assay*

1. Female ICR mice, 18–22 g.
2. Mouse restraint ("mouse trap").
3. 30 m*M* Sodium phosphate buffer, pH 6.3, + 0.2% (w/v) gelatin.
4. IV Standard curve for crystalline type A toxin.
5. 1-mL Syringe with 25–26-gage needle.

*2.7.2. IP Assay*

1. Female ICR mice, 18–22 g.
2. Sterile 30 m*M* sodium phosphate buffer, pH 6.3, + 0.2% (w/v) gelatin.
3. Sterile serial dilution blanks.
4. 1-mL Syringe with 25–26-gage needle.

DTX-196.0006-.0007

## '748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A)~~ in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

[a] contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

[b] eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

[c] contacting the first eluate with a buffer;

[d] further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

[e] eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Shows Purifying "in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein"

## Malizio



The best storage method for the neurotoxin is dependent on the end-use of the material. Neurotoxin standards with stabilizing protein added have been kept for years at 20–22°C in low-pH buffers with no appreciable loss of activity *(21)*. Ammonium sulfate precipitated neurotoxin can be stored at 4°C for several weeks. However, within a month, SDS-PAGE will show fragmentation and breakdown products of the neurotoxin stored in this manner. The neurotoxin can also be stored at –20°C with 50% glycerol as a cryoprotectant for years. Because crystals of the complex are very stable, purifying the neurotoxin from the complex as required could be the best option.

**2. Materials**

***2.1. Toxin Production***

1. Hall A strain: *Clostridium botulinum* (*see* **ref.** *[23]* for genetic characterization).
2. Inoculum medium: 500 mL of $dH_2O$, 2.0% casein hydrolysate, 1.0% yeast extract, 0.5% glucose (w/v), pH 7.2. Autoclave for 30 min at 121°C.
3. 50 g of glucose solution in 500 mL of $dH_2O$. Autoclaved for 30 min.
4. 10 L of toxin production medium in 13 L of carboy: 9.5 L of $dH_2O$, 2.0% casein hydrolysate, 1.0% yeast extract (w/v), pH 7.2. Autoclave for 90 min at 121°C.

***2.2. Precipitation and Extraction***

1. 3 *N* Sulfuric acid.
2. Sterile water.
3. 0.2 *M* Sodium phosphate buffer, pH 6.0.
4. 1.0 *N* Sodium hydroxide.
5. Ultrapure ammonium sulfate.

***2.3. Purification of Type A Complex***

1. 0.05 *M* Sodium citrate buffer, pH 5.5.
2. DEAE-Sephadex A-50 gel (80 g dry) swelled to a volume of 1–1.5 L and degassed.
3. Chromatography column (5 cm × 50 cm).
4. Dialysis tubing.
5. Fraction collector.
6. UV-spectrophotometer.
7. Ultrapure ammonium sulfate.

***2.4. Crystallization of Type A Complex***

1. 0.05 *M* Sodium phosphate buffer, pH 6.8.
2. Dialysis tubing.
3. UV-spectrophotometer.
4. 4 *M* Sterile ammonium sulfate solution.
5. 0.9 *M* Sterile ammonium sulfate solution.



***2.5. Purification of Type A Neurotoxin***

1. 0.02 *M* sodium phosphate buffer, pH 7.9.
2. Dialysis tubing.
3. Chromatography column (2.5 cm × 20 cm).
4. DEAE-Sephadex A-50 (19 g dry) swelled and degassed.
5. Gradient maker apparatus.
6. Fraction collector.
7. UV-spectrophotometer.

***2.6. Additional Purification Steps***

*2.6.1. Treatment with Carbohydrate-Binding Affinity Gel*

1. Washed and equilibrated *p*-aminophenyl-β-D-thiogalactopyranoside (pAPTG, Sigma).
2. 10-mL Chromatography column.
3. Fraction collector.
4. UV-spectrophotometer.

*2.6.2. Chromatography on SP-Sephadex C-50*

1. 25-mL Chromatography column.
2. Dialysis tubing.
3. 0.02 *M* Sodium phosphate buffer, pH 7.0.
4. SP-Sephadex C-50 gel swelled and degassed.
5. Gradient maker.
6. Fraction collector.
7. UV-spectrophotometer.

***2.7. Bioassays***

*2.7.1. IV Assay*

1. Female ICR mice, 18–22 g.
2. Mouse restraint ("mouse trap").
3. 30 m*M* Sodium phosphate buffer, pH 6.3, + 0.2% (w/v) gelatin.
4. IV Standard curve for crystalline type A toxin.
5. 1-mL Syringe with 25–26-gage needle.

*2.7.2. IP Assay*

1. Female ICR mice, 18–22 g.
2. Sterile 30 m*M* sodium phosphate buffer, pH 6.3, + 0.2% (w/v) gelatin.
3. Sterile serial dilution blanks.
4. 1-mL Syringe with 25–26-gage needle.

DTX-196.0006-.0007

## '748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

[b] eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

[c] contacting the first eluate with a buffer;

[d] further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

[e] eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Discloses Step (a)

## Malizio

### 3.5. Purification of Botulinum Type A Neurotoxin

Recovery of neurotoxin from the complex is typically 10–13%. Because crystalline toxin is one of the more stable forms, only the required amount of neurotoxin (which is more labile than the crystals) is usually purified as needed.

1. Dissolve the required amount of crystals in 0.02 *M* sodium phosphate buffer, pH 7.9, for 1–2 h and dialyze for 18 h (10× with three buffer changes) to remove ammonium sulfate.
2. Pack and wash DEAE-Sephadex A-50 in a column sufficient in size to bind all the complex (*see* **Note 11**).

DEAE-Sephadex A-50 will bind approx 0.9 mg/mL of the complex under these running conditions.

**AEX**

5. Neurotoxin is eluted with a linear gradient of sodium chloride made of running buffer plus running buffer containing 0.3 *M* sodium chloride. Toxin elutes at ca 0.15 *M* chloride ion. The volume of eluant is dependent on column size but is typically 4–5× the volume of the gel volume.

**Neurotoxin is eluted**

DTX-196.0010, .0013

## '748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

[b] eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

[c] contacting the first eluate with a buffer;

[d] further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

[e] eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Discloses Step (b)

## Malizio

### 3.5. Purification of Botulinum Type A Neurotoxin

Recovery of neurotoxin from the complex is typically 10–13%. Because crystalline toxin is one of the more stable forms, only the required amount of neurotoxin (which is more labile than the crystals) is usually purified as needed.

1. Dissolve the required amount of crystals in 0.02 *M* sodium phosphate buffer, pH 7.9, for 1–2 h and dialyze for 18 h (10× with three buffer changes) to remove ammonium sulfate.
2. Pack and wash DEAE-Sephadex A-50 in a column sufficient in size to bind all the complex (*see* **Note 11**).
3. Centrifuge (12,000*g* for 10 min at 10°C) sample and load onto column. Wash column with at least 50 mL of starting buffer or until $A_{280}$ is less than 0.01.
4. Set flow rate at 30 mL/h and begin collecting fractions.
5. Neurotoxin is eluted with a linear gradient of sodium chloride made of running buffer plus running buffer containing 0.3 *M* sodium chloride. Toxin elutes at ca. 0.15 *M* chloride ion ... it is typically 4–5× the v...

Neurotoxin is eluted

DTX-196.0010

## ’748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

[b] ~~eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;~~

[c] contacting the first eluate with a buffer;

[d] further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

[e] eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Discloses Step (c)

## Malizio

*3.6.2. Chromatography on SP-Sephadex C-50*

1. Dialyze toxin against 0.02 *M* sodium phosphate, pH 7.0, at 4°C against several changes of buffer.
2. Pack and wash SP-Sephadex C-50 column wi... sodiu... Set flow rate at 30 mL/h.
3. Centrifuge toxin (12,000*g* for 10 min at 10°C) and load clarified solution onto column. Wash column with 2–3 column volumes of the running buffer. Elute neurotoxin with a 0-0.5 *M* sodium chloride gradient that is 4–5× the column volume.

buffer.

DTX-196.0010-.0011

## ’748 Patent, Claim 1

[pre] ~~1. A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

[b] ~~eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;~~

[c] ~~contacting the first eluate with a buffer;~~

[d] further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

[e] eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Discloses Step (d)

## Malizio

CEX

*3.6.2. Chromatography on SP-Sephadex C-50*

1. Dialyze toxin against 0.02 *M* sodium phosphate, pH 7.0, at 4°C against several changes of buffer.
2. Pack and wash SP-Sephadex C-50 column with sodium phosphate buffer. Set flow rate at 30 mL/h.
3. Centrifuge toxin (12,000*g* for 10 min at 10°C) and load clarified solution onto column. Wash column with 2–3 column volumes of the running buffer. Elute neurotoxin with a 0-0.5 *M* sodium chloride gradient that is 4–5× the column volume.

DTX-196.0010-.0011

## ’748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

[b] ~~eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;~~

[c] ~~contacting the first eluate with a buffer;~~

[d] ~~further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;~~

[e] eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Discloses Step (e)

## Malizio

*3.6.2. Chromatography on SP-Sephadex C-50*

1. Dialyze toxin against 0.02 *M* sodium phosphate, pH 7.0, at 4°C against several changes of buffer.

* * *

4. Read $A_{280}$ of fractions eluted with the sodium chloride gradient and pool fractions containing neurotoxin.

eluted

DTX-196.0010-.0011

## '748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

[b] ~~eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;~~

[c] ~~contacting the first eluate with a buffer;~~

[d] ~~further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;~~

[e] ~~eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and~~

[f] recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Discloses Step (f)

## Malizio

12. Protein concentration can be determined using an extinction coefficient of 1.63 for type A neurotoxin. Analysis of pure neurotoxin off of the second DEAE-Sephadex column by SDS-PAGE should show one band ($M_r$ = 150 kDa) when unreduced (**Fig. 1**). Toxin should be >98% homogeneous and have a specific toxicity of >$10^8 LD_{50}$/mg.

150 kDa

DTX-196.0013

## '748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

[b] ~~eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;~~

[c] ~~contacting the first eluate with a buffer;~~

[d] ~~further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;~~

[e] ~~eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and~~

[f] ~~recovering a composition comprising purified approximately 150 kDa BoNT/A;~~

wherein the composition is essentially free of 900 kDa BoNT/A.

# Malizio Discloses Obtaining Toxin Essentially Free of 900 kDa BoNT/A

## Malizio

12. Protein concentration can be determined using an extinction coefficient of 1.63 for type A neurotoxin. Analysis of pure neurotoxin off of the second DEAE-Sephadex column by SDS-PAGE should show one band ($M_r$ = 150 kDa) when unreduced (**Fig. 1**). Toxin should be >98% homogeneous and have a specific toxicity of >$10^8 LD_{50}$/mg.

**150 kDa**

DTX-196.0013

**150 kDa**

(Essentially free of 900 kDa)



## ’748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

[b] ~~eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;~~

[c] ~~contacting the first eluate with a buffer;~~

[d] ~~further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;~~

[e] ~~eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and~~

[f] ~~recovering a composition comprising purified approximately 150 kDa BoNT/A;~~

~~wherein the composition is essentially free of 900 kDa BoNT/A.~~

# Claim 8 of the '748 Patent

'748 Patent




**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

## '748 Patent, Claim 1

[pre] ~~**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

~~...rovide a~~

~~...xchange ...reby the ...edia;~~

~~...rovide a second eluate; and~~

[f] ~~recovering a composition comprising purified approximately 150 kDa BoNT/A;~~

~~wherein the composition is essentially free of 900 kDa BoNT/A.~~

**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

# Claim 8: Malizio + Xiang

’748 Patent



## ’748 Patent, Claim 1

[pre] ~~1. A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:~~

[a] ~~contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;~~

~~rovide a~~

~~xchange~~
~~reby the~~
~~media;~~

~~rovide a~~
~~second eluate; and~~

[f] ~~recovering a composition comprising purified approximately 150 kDa BoNT/A;~~

~~wherein the composition is essentially free of 900 kDa BoNT/A.~~

~~**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.~~

~~**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.~~

# Luo Does Not Teach Away from Anion Exchange

## Luo



US007452697B2

(12) **United States Patent**
Luo et al.

(10) **Patent No.:** US 7,452,697 B2
(45) **Date of Patent:** *Nov. 18, 2008

(54) CHROMATOGRAPHIC METHOD AND SYSTEM FOR PURIFYING A BOTULINUM TOXIN

(75) Inventors: **Mingjiang Luo**, Newport Beach, CA (US); **Hui Xiang**, Irvine, CA (US); **Yao Yu**, Yorba Linda, CA (US); **Stephen Donovan**, Capistrano Beach, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 23 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/452,570**

(22) Filed: **Jun. 14, 2006**

(65) **Prior Publication Data**

US 2006/0228780 A1 Oct. 12, 2006

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 11/072,673, filed on Mar. 3, 2005, now Pat. No. 7,354,740, which is a continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, now Pat. No. 7,160,699, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003, now Pat. No. 7,148,041.

(51) **Int. Cl.**

(52) **U.S. Cl.**

(58) **Field of Classification Search**

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

FOREIGN PATENT DOCUMENTS

OTHER PUBLICATIONS

(Continued)

(57) **ABSTRACT**

Chromatographic processes and systems for purifying a botulinum toxin from an APF fermentation medium.

17 Claims, 11 Drawing Sheets

A JT EXHIBIT

Joint Trial Exhibit JTX-212

JTX-212.0001

JTX-212

We carried out an experiment which determined that anion exchange column chromatography (such as Q Sepharose and DEAE Sepharose resins) should not be used in toxin column chromatography purification because such columns can cause the toxin band pattern to change. Briefly, the experi-

JTX-212.0041 at 55:53-57

**No data, no support, no SDS-PAGE gels**



# Summary of Opinions

1. Claim 8 of the ’748 Patent would have been obvious in view of the combination of Malizio and Xiang ✓

2. Claim 8 of the ’740 Patent would have been obvious in view of the combination of Gessler, FDA Guidance, and Smelt

# Claims 6 and 8 of the '740 Patent

## '740 Patent


(12) United States Patent
Xiang et al.
(10) Patent No.: US 7,354,740 B2
(45) Date of Patent: *Apr. 8, 2008
(54) ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN
(75) Inventors: Hui Xiang, Irvine, CA (US); Mingjiang Luo, Newport Beach, CA (US); Ping Wang, Irvine, CA (US); Stephen Donovan, Capistrano Beach, CA (US)
(73) Assignee: Allergan, Inc., Irvine, CA (US)
(21) Appl. No.: 11/072,673
(22) Filed: Mar. 3, 2005
8 Claims, 9 Drawing Sheets
JTX-003.0001

Priority Date: **September 25, 2003**

JTX-003

**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Types of Chromatography Stationary Phases

## Anion-Exchange Chromatography




## Cation-Exchange Chromatography




## Hydrophobic Interaction Chromatography



# ’740 Patent: Gessler + FDA Guidance + Smelt

Gessler



DTX-192

\+

FDA Guidance


Guidance for Industry

Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products

JTX-112

\+

Smelt



DTX-202

=

## ’740 Patent, Claims 6 and 8

**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses
# “an APF process for purifying a biologically active botulinum toxin”

## Gessler




Fig. 1. Purification chart of BoNT/C and D.

DTX-192.0003

## ’740 Patent, Claims 6 and 8

~~6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# A Skilled Person Had a Reason to Use a "*botulinum* toxin fermentation culture results from a substantially APF process" from FDA Guidance

## Gessler

ported [10]. Briefly, a 20 l fermentor vessel containing 10 l medium, which consisted of 1% peptone from casein, pancreatically digested, 1% meat extract, 0.3% yeast extract, 0.1% soluble starch, 0.5%

DTX-192.0002

## FDA Guidance

"Because this product is made from human blood, it may carry a risk of transmitting infectious agents, e.g., viruses, and theoretically, the Creutzfeldt-Jakob disease (CJD) agent."

JTX-112.0016

## '740 Patent, Claims 6 and 8

~~**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (b)

## Gessler

During filtration, buffer was exchanged to 50 mM Tris-HCl, pH 8.0, 1.0 M ammonium sulfate.




DTX-192.0003

## ’740 Patent, Claims 6 and 8

~~**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (c)

## Gessler

For hydrophobic interaction chromatography, the concentrated supernatant was applied to a phenyl-sepharose HP column, equilibrated with 50 mM

DTX-192.0003

Hydrophobic interaction chromatography was used as the first step in further purification. According to unpublished results, obtained in our lab, this technique was superior to initial ion exchange chromatography, which was used in previous reports on toxin purification [7]. However, total separation of

DTX-192.0006

## '740 Patent, Claims 6 and 8

~~**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (d)

## Gessler

For hydrophobic interaction chromatography, the concentrated supernatant was applied to a phenyl-sepharose HP column, equilibrated with 50 mM Tris-HCl, pH 8.0, 1.0 M ammonium sulfate. The

DTX-192.0003

tained during the four purification steps. In hydrophobic interaction chromatography, no toxin was detected in the fractions containing the unbound proteins. The toxin started to elute at an ammonium

DTX-192.0005

## '740 Patent, Claims 6 and 8

~~6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (e)

## Gessler

For hydrophobic interaction chromatography, the concentrated supernatant was applied to a phenyl-sepharose HP column, equilibrated with 50 mM Tris-HCl, pH 8.0, 1.0 M ammonium sulfate. The toxin was eluted with a linear gradient from 1.0 to 0.0 M ammonium sulfate in the same buffer. The

DTX-192.0003

## ’740 Patent, Claims 6 and 8

~~**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

~~(e) eluting the *botulinum* toxin from the hydrophobic interaction column;~~

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (f)

## Gessler

0.0 M ammonium sulfate in the same buffer. The fractions in which toxin was detected were pooled and dialyzed against 50 mM Tris-HCl, pH 8.0, for 48 h.

The dialyzed fractions were further purified on an anion exchange column, which was packed with Source 30 Q. The column was equilibrated with

DTX-192.0003

## '740 Patent, Claims 6 and 8

~~**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

~~(e) eluting the *botulinum* toxin from the hydrophobic interaction column;~~

~~(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;~~

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (g)

## Gessler

The dialyzed fractions were further purified on an anion exchange column, which was packed with Source 30 Q. The column was equilibrated with




DTX-192.0003

## '740 Patent, Claims 6 and 8

~~**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

~~(e) eluting the *botulinum* toxin from the hydrophobic interaction column;~~

~~(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;~~

~~(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;~~

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (h)

## Gessler

Source 30 Q. The column was equilibrated with 50 mM Tris-HCl, pH 8.0, and fractions were eluted

DTX-192.0003

## ’740 Patent, Claims 6 and 8

~~**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

~~(e) eluting the *botulinum* toxin from the hydrophobic interaction column;~~

~~(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;~~

~~(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;~~

~~(h) washing impurities off the ion exchange chromatography column, and~~

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (i)

## Gessler

nin eluted in separate peaks. At pH 6.0, the next step, BoNT eluted in one distinct peak. No hemagglutinin activity could be detected within any fraction. During final polishing on Superdex 200, only

DTX-192.0005

## '740 Patent, Claims 6 and 8

~~6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process;~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

~~(e) eluting the *botulinum* toxin from the hydrophobic interaction column;~~

~~(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;~~

~~(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;~~

~~(h) washing impurities off the ion exchange chromatography column, and~~

~~(i) eluting the *botulinum* toxin from the ion exchange column,~~ thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

8. The process of claim 6, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Gessler Discloses Step (i)

## Gessler

nin eluted in separate peaks. At pH 6.0, the next step, BoNT eluted in one distinct peak. No hemagglutinin activity could be detected within any fraction. During final polishing on Superdex 200, only

DTX-192.0005

## '740 Patent, Claims 6 and 8

~~6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

~~(e) eluting the *botulinum* toxin from the hydrophobic interaction column;~~

~~(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;~~

~~(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;~~

~~(h) washing impurities off the ion exchange chromatography column, and~~

~~(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.~~

8. The process of claim 6, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Claim 8: Gessler + FDA Guidance + Smelt

## ’740 Patent


United States Patent
Xiang et al.
Patent No.: US 7,354,740 B2
Date of Patent: *Apr. 8, 2008
JTX-003.0001

JTX-003

## ’740 Patent, Claims 6 and 8

~~6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

~~(e) eluting the *botulinum* toxin from the hydrophobic interaction column;~~

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

~~(h) washing impurities off the ion exchange chromatography column, and~~

~~(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.~~

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

# Claim 8: Gessler + FDA Guidance + Smelt

## ’740 Patent




JTX-003

## ’740 Patent, Claims 6 and 8

~~6. An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:~~

~~(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,~~

~~(b) conditioning the clarified culture for hydrophobic interaction chromatography;~~

~~(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;~~

~~(d) washing impurities off the hydrophobic interaction chromatography column;~~

~~(e) eluting the *botulinum* toxin from the hydrophobic interaction column;~~

~~**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.~~

~~(h) washing impurities off the ion exchange chromatography column, and~~

~~(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.~~

~~**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.~~

# Summary of Opinions

1. Claim 8 of the ’748 Patent would have been obvious in view of the combination of Malizio and Xiang ✓

2. Claim 8 of the ’740 Patent would have been obvious in view of the combination of Gessler, FDA Guidance, and Smelt ✓