# EXHIBIT F

# Raj Suryanarayanan, Ph.D.

## Invalidity: Claim 6 of the ’878 Patent

# Claim 6 of the ’878 Patent Is Invalid as Obvious

# Testimony Topics

Qualifications and Background

Obviousness of Claim 6 of the ’878 Patent

Rebuttal to Dr. Schöneich’s Validity Opinions and Opinions on Unexpected Results

# ’878 Patent: Claim 6 Is Obvious



US011147878B2

(12) **United States Patent**
**Hunt**

(10) **Patent No.: US 11,147,878 B2**
(45) **Date of Patent: *Oct. 19, 2021**

(54) **ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS**

(71) Applicant: **Allergan, Inc.**, Irvine, CA (US)

(72) Inventor: **Terrence J. Hunt**, Corona, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/322,283**

(22) Filed: **May 17, 2021**

(65) **Prior Publication Data**

US 2021/0268109 A1 Sep. 2, 2021

**Related U.S. Application Data**

(63) Continuation of application No. 17/143,770, filed on Jan. 7, 2021, which is a continuation of application No. 17/071,239, filed on Oct. 15, 2020, now Pat. No. 11,033,625, which is a continuation of application No. 16/925,667, filed on Jul. 10, 2020, now abandoned, which is a continuation of application No. 13/427,582, filed on Mar. 22, 2012, now abandoned, which is a continuation of application No. 12/331,816, filed on Dec. 10, 2008, now Pat. No. 8,168,206, which is a continuation of application No. 11/524,683, filed on Sep. 21, 2006, now Pat. No. 8,137,677.

(60) Provisional application No. 60/725,126, filed on Oct. 6, 2005.

(51) **Int. Cl.**
*A61K 47/32* (2006.01)
*A61K 47/10* (2017.01)
*A61K 38/48* (2006.01)
*A61K 9/19* (2006.01)
*A61K 9/00* (2006.01)
*A61K 47/26* (2006.01)

(52) **U.S. Cl.**
CPC ............ ***A61K 47/10*** (2013.01); ***A61K 9/0019*** (2013.01); ***A61K 9/19*** (2013.01); ***A61K 38/4893*** (2013.01); ***A61K 47/26*** (2013.01); ***A61K 47/32*** (2013.01)

(58) **Field of Classification Search**
CPC ........................ A61K 47/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,201,706 | A | 5/1980 | Trager et al. |
| 4,891,319 | A | 1/1990 | Roser |
| 5,145,871 | A | 9/1992 | Cavazza |
| 5,472,706 | A | 12/1995 | Friedman et al. |
| 5,512,547 | A | 4/1996 | Johnson et al. |
| 5,556,771 | A | 9/1996 | Shen |
| 5,696,077 | A | 12/1997 | Johnson et al. |
| 5,756,468 | A | 5/1998 | Johnson et al. |
| 5,945,098 | A | 8/1999 | Sarno |
| 5,989,545 | A | 11/1999 | Foster et al. |
| 6,087,327 | A | 7/2000 | Pearce et al. |
| 6,306,423 | B1 | 10/2001 | Donovan et al. |
| 6,461,617 | B1 | 10/2002 | Shone |
| 6,585,987 | B1 | 7/2003 | Fransoni |
| 6,632,440 | B1 | 10/2003 | Quinn et al. |
| 6,653,062 | B1 | 11/2003 | Depablo |
| 6,777,196 | B2 | 8/2004 | Klein |
| 6,843,998 | B1 | 1/2005 | Steward |
| 7,132,259 | B1 | 11/2006 | Dolly |
| 7,223,577 | B2 | 5/2007 | Steward |
| 7,354,740 | B2 | 4/2008 | Xiang |
| 7,419,676 | B2 | 9/2008 | Dolly et al. |
| 7,560,100 | B2 | 7/2009 | Pinchasi |
| 7,758,873 | B2 | 7/2010 | Hunt |
| 7,780,967 | B2 | 8/2010 | Hunt |
| 7,829,525 | B2 | 11/2010 | Frevert |
| 7,879,341 | B2 | 2/2011 | Taylor |
| 7,998,489 | B2 | 8/2011 | Steward |
| 8,067,200 | B2 | 11/2011 | Foster |
| 8,137,677 | B2 | 3/2012 | Hunt |
| 8,168,206 | B1 | 5/2012 | Hunt |
| 8,216,591 | B2 | 7/2012 | Hunt |
| 8,322,666 | B2 | 12/2012 | Duemmel |
| 8,372,645 | B2 | 2/2013 | Taylor |
| 8,529,939 | B2 | 9/2013 | Masters |
| 8,580,250 | B2 | 11/2013 | Hunt |
| 8,632,785 | B2 | 1/2014 | Hunt |
| 8,642,047 | B2 | 2/2014 | Hunt |
| 9,044,477 | B2 | 6/2015 | Blanda et al. |
| 9,050,336 | B2 | 6/2015 | Blanda et al. |
| 9,107,815 | B2 | 8/2015 | Hunt |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2005274822 | 10/2008 |
| CA | 2668417 | 5/2008 |

(Continued)

OTHER PUBLICATIONS

Johnson, Keith A., Preparation of Peptide and Protein Powders for Inhalation, Advance Drup Delivery Reviews, 1997, 26, pp. 3-15, Elsevier, California.
Kedlaya, D., et al., Botulinum Toxin, Medscape, 2019,1-19.
Hunt, T., et al., Potency of the botulinim toxin product CNBTX-A significantly exceeds labeled units in standard potency test, J. Am. Acad. Dermatol. 2008, 58(3): 517-518.
Hunt, T., et al., Reconsistuted onabotulinumtoxinA retains potency and safety under extended refrigerated storage, Abstract Toxins 2013, 68:114 (abstract only).

(Continued)

*Primary Examiner* — Albert M Navarro
(74) *Attorney, Agent, or Firm* — Foley Hoag LLP

(57) **ABSTRACT**

Animal protein-free, solid-form Clostridial toxin pharmaceutical compositions comprising a Clostridial toxin active ingredient and at least two excipients.

**21 Claims, No Drawings**

Joint Trial Exhibit
JTX-001

JTX-001.0001

## ’878 Patent, Claims 1 and 6

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

**6.** The method of claim **1**, wherein the disaccharide is trehalose.

# Testimony Topics

Qualifications and Background

Obviousness of Claim 6 of the ’878 Patent

Rebuttal to Dr. Schöneich’s Validity Opinions and Opinions on Unexpected Results

# Raj Suryanarayanan, Ph.D.

University of Minnesota

The University of British Columbia

## POSITIONS HELD

| | |
|---|---|
| 2024 – Present | Head of Department of Pharmaceutics |
| 1999 – Present | University of Minnesota, Professor |
| 1994 – 1998 | University of Minnesota, Director of Graduate Studies |
| 1985 – 1992 | University of Minnesota, Assistant Professor |

## EDUCATION

| | |
|---|---|
| 1985 | University of British Columbia, Vancouver, Canada<br>**Ph.D., Pharmaceutics** |
| 1981 | University of British Columbia, Vancouver, Canada<br>**Master of Science (M.S.), Pharmaceutics** |
| 1978 | Indian Institute of Technology, Varanasi, India<br>**Master of Pharmacy (M.Pharm.), Pharmacy** |
| 1976 | Indian Institute of Technology, Varanasi, India<br>**Bachelor of Pharmacy (B.Pharm.), Pharmacy** |

DTX-529

# Raj Sury, Ph.D.

Over 200 peer-reviewed publications

- Sonje, J., Thakral, S., Krueger, S., Suryanarayanan, R., "Enabling Efficient Design of Biological Formulations Through Advanced Characterization," *Pharm Res*, 40(6):1459-1477 (2023).

- Thakral, S., Sonje, J., Munjal, B., Bhatnagar, B., Suryanarayanan, R., "Mannitol as an Excipient for Lyophilized Injectable Formulations," *J Pharm Sci*, 112(1):12-35 (2023).

- Sonje, J., Thakral, S., Mayhugh, B., Sacha, G., Nail, S., Srinivasan, J., Suryanarayanan, R., "Mannitol Hemihydrate in Lyophilized Protein Formulations: Impact of Its Dehydration During Storage on Sucrose Crystallinity and Protein Stability," *Int J Pharm*, 624:121974 (2022).

# Testimony Topics

Qualifications and Background

Obviousness of Claim 6 of the ’878 Patent

Rebuttal to Dr. Schöneich’s Validity Opinions and Opinions on Unexpected Results

# Obviousness

Level of Ordinary Skill in the Art

Scope and Content of the Prior Art

Differences Between the Prior Art and the Patent Claims

Objective Indicia of Nonobviousness

# Obviousness

Level of Ordinary Skill in the Art

Scope and Content of the Prior Art

Differences Between the Prior Art and the Patent Claims

Objective Indicia of Nonobviousness

# Patent at Issue: Priority Date

## ’878 Patent

US011147878B2

(12) **United States Patent**
**Hunt**

(10) **Patent No.: US 11,147,878 B2**
(45) **Date of Patent: *Oct. 19, 2021**

(54) **ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS**

(71) Applicant: **Allergan, Inc.**, Irvine, CA (US)

(72) Inventor: **Terrence J. Hunt**, Corona, CA (US)

| | | | |
|---|---|---|---|
| 5,556,771 | A | 9/1996 | Shen |
| 5,696,077 | A | 12/1997 | Johnson et al. |
| 5,756,468 | A | 5/1998 | Johnson et al. |
| 5,945,098 | A | 8/1999 | Sarno |
| 5,989,545 | A | 11/1999 | Foster et al. |
| 6,087,327 | A | 7/2000 | Pearce et al. |
| 6,306,423 | B1 | 10/2001 | Donovan et al. |

Provisional application No. 60/725,126, filed on Oct. 6, 2005.

11,033,625, which is a continuation of application No. 16/925,667, filed on Jul. 10, 2020, now abandoned, which is a continuation of application No. 13/427,582, filed on Mar. 22, 2012, now abandoned, which is a continuation of application No. 12/331,816, filed on Dec. 10, 2008, now Pat. No. 8,168,206, which is a continuation of application No. 11/524,683, filed on Sep. 21, 2006, now Pat. No. 8,137,677.

(60) Provisional application No. 60/725,126, filed on Oct. 6, 2005.

(51) **Int. Cl.**

| | |
|---|---|
| ***A61K 47/32*** | (2006.01) |
| ***A61K 47/10*** | (2017.01) |
| ***A61K 38/48*** | (2006.01) |
| ***A61K 9/19*** | (2006.01) |
| ***A61K 9/00*** | (2006.01) |
| ***A61K 47/26*** | (2006.01) |

(52) **U.S. Cl.**
CPC ............ ***A61K 47/10*** (2013.01); ***A61K 9/0019*** (2013.01); ***A61K 9/19*** (2013.01); ***A61K 38/4893*** (2013.01); ***A61K 47/26*** (2013.01); ***A61K 47/32*** (2013.01)

(58) **Field of Classification Search**
CPC .................................................. A61K 47/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,201,706 | A | 5/1980 | Trager et al. |
| 4,891,319 | A | 1/1990 | Roser |
| 5,145,871 | A | 9/1992 | Cavazza |
| 5,472,706 | A | 12/1995 | Friedman et al. |
| 5,512,547 | A | 4/1996 | Johnson et al. |

| | | | |
|---|---|---|---|
| 9,044,477 | B2 | 6/2015 | Blanda et al. |
| 9,050,336 | B2 | 6/2015 | Blanda et al. |
| 9,107,815 | B2 | 8/2015 | Hunt |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 2005274822 | 10/2008 |
| CA | 2668417 | 5/2008 |

(Continued)

OTHER PUBLICATIONS

Johnson, Keith A., Preparation of Peptide and Protein Powders for Inhalation, Advance Drup Delivery Reviews, 1997, 26, pp. 3-15, Elsevier, California.
Kedlaya, D., et al., Botulinum Toxin, Medscape, 2019,1-19.
Hunt, T., et al., Potency of the botulinim toxin product CNBTX-A significantly exceeds labeled units in standard potency test, J. Am. Acad. Dermatol. 2008, 58(3): 517-518.
Hunt, T., et al., Reconsistuted onabotulinumtoxinA retains potency and safety under extended refrigerated storage, Abstract Toxins 2013, 68:114 (abstract only).

(Continued)

*Primary Examiner* — Albert M Navarro
(74) *Attorney, Agent, or Firm* — Foley Hoag LLP

(57) **ABSTRACT**

Animal protein-free, solid-form Clostridial toxin pharmaceutical compositions comprising a Clostridial toxin active ingredient and at least two excipients.

**21 Claims, No Drawings**

Joint Trial Exhibit
JTX-001

JTX-001.0001

JTX-001

# Person of Ordinary Skill in the Art (POSA)

## Dr. Sury's Definition

In my opinion, a POSA in the field of Allergan's Asserted Composition Patents typically would have had an advanced degree (*e.g.*, a Master's or Ph.D. degree) in biochemistry, biochemical engineering, pharmaceutical science, molecular biology, or other related discipline with several years of experience with protein compositions, including the preparation, purification, characterization (including activity determinations), and/or formulation of such compositions. This person could have a lower level of formal education but compensate by having a longer period of experience.

Sury Op. Report ¶13

# Obviousness

Level of ordinary skill in the art

Scope and Content of the Prior Art

Differences Between the Prior Art and the Patent Claims

Objective Indicia of Nonobviousness

# Hunt Publication and Johnson Patent

## Hunt Publication



US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........................ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........................ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.



DTX-209

## Johnson Patent



US005756468A

United States Patent [19] [11] Patent Number: 5,756,468
Johnson et al. [45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: Eric A. Johnson, Madison; Michael C. Goodnough, Stoughton, both of Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] Int. Cl.[6] ........................ A61K 38/00; C07K 1/00
[52] U.S. Cl. ........................ 514/21; 514/2; 530/350; 530/363; 530/364; 530/825
[58] Field of Search ........................ 514/21, 2; 530/350, 530/363, 364, 825

[56] References Cited

U.S. PATENT DOCUMENTS

5,512,547 4/1996 Johnson et al. ........................ 514/21

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off. .
WO94/00481 1/1994 WIPO .
WO95/05842 3/1995 WIPO .

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426–3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80–95.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41–49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426–3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] ABSTRACT

Lyophilized pharmaceutical compositions containing botulinum toxin or botulinum neurotoxin and effective amounts of trehalose and methionine have a shelf life of up to 4 months or more at room temperature and above.

7 Claims, No Drawings



DTX-207

# Hunt Publication and Johnson Patent

## Hunt Publication

US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] .......... A61K 39/00; A61K 39/38
(52) U.S. Cl. .......... 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

**Pub. Date: Jun. 26, 2003**

TRIAL EXHIBIT
DTX-209
C.A. No. 21-1411-RGA-LDH

EXHIBIT

REV_DAX-02172651

DTX-209.0001

DTX-209

## Johnson Patent

US005756468A

United States Patent [19] [11] Patent Number: 5,756,468
Johnson et al. [45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: Eric A. Johnson, Madison; Michael C. Goodnough, Stoughton, both of Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] Int. Cl.[6] .......... A61K 38/00; C07K 1/00
[52] U.S. Cl. .......... 514/21; 514/2; 530/350; 530/363; 530/364; 530/825
[58] Field of Search .......... 514/21, 2; 530/350, 530/363, 364, 825

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off. .
WO94/00481 1/1994 WIPO .
WO95/05842 3/1995 WIPO .

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426-3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80-99.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41-49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426-3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] ABSTRACT

Lyophilized pharmaceutical compositions containing botulinum toxin or botulinum neurotoxin and effective amounts

**Date of Patent: *May 26, 1998**

EXHIBIT
9

TRIAL EXHIBIT
DTX-207
C.A. No. 21-1411-RGA-LDH

REV_DAX-02172000

DTX-207.0001

DTX-207

# Hunt and Johnson Disclose All Elements of Claim 6

## Hunt Publication



US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT DTX-209

EXHIBIT

REV_DAX-02172651

DTX-209.0001

DTX-209

## ’878 Patent, Claims 1 and 6

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

**6.** The method of claim **1**, wherein the disaccharide is trehalose.

# Hunt and Johnson Disclose All Elements of Claim 6

## Hunt Publication


US 20030118598A1

(19) United States
(12) Patent Application Publication
Hunt
(10) Pub. No.: US 2003/0118598 A1
(43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

## Johnson Patent


US005756468A

United States Patent [19]
Johnson et al.
[11] Patent Number: 5,756,468
[45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: Eric A. Johnson, Madison; Michael C. Goodnough, Stoughton, both of Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] Int. Cl.[6] ........ A61K 38/00; C07K 1/00
[52] U.S. Cl. ........ 514/21; 514/2; 530/350; 530/363; 530/364; 530/825
[58] Field of Search ........ 514/21, 2; 530/350, 530/363, 364, 825

[56] References Cited

U.S. PATENT DOCUMENTS

5,512,547 4/1996 Johnson et al. ........ 514/21

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off. .
WO94/00481 1/1994 WIPO .
WO95/05842 3/1995 WIPO .

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426–3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80–99.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41–49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426–3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] ABSTRACT

Lyophilized pharmaceutical compositions containing botulinum toxin or botulinum neurotoxin and effective amounts of trehalose and methionine have a shelf life of up to 4 months or more at room temperature and above.

7 Claims, No Drawings

EXHIBIT 9

TRIAL EXHIBIT DTX-207

REV_DAX-02172000

DTX-207.0001

DTX-207

## ’878 Patent, Claims 1 and 6

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

**6.** The method of claim **1**, wherein the disaccharide is trehalose.

# Hunt Discloses Animal Protein-Free Compositions

## Hunt Publication

US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT DTX-209 C.A. No. 21-1411-RGA-LDH

EXHIBIT

REV_DAX-02172651

DTX-209.0001

DTX-209

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

# Hunt Tested Stability at Below Freezing

## Hunt Publication

US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT
DTX-209
C.A. No. 21-1411-RGA-LDH

EXHIBIT
Suryanarayanan
8
5/29/24

REV_DAX-02172651

DTX-209.0001

DTX-209

Example 3

Potency Differences Between Human Serum Albumin Botulinum Toxin Pharmaceutical Compositions and Recombinant Human Serum Albumin Botulinum Toxin Pharmaceutical Compositions

[0223] Upon lyophilization and after less than one week of storage at –5 degrees C. (i.e. at $T_0$) the vacuum dried pharmaceutical compositions of Examples 1 and 2 (i.e. Formulations A and B) were reconstituted with sterile normal saline without a preservative (0.9% sodium chloride injection) and their respective potencies determined by the known mouse LD50 assay. Other samples of the lyophilized botulinum toxin type A complex Formulations A and B (as well as samples of the Formulations C-F described below) were stored at –5 degrees C. for six months and then reconstituted with the sterile normal saline without a preservative (0.9% sodium chloride injection) and their respective potencies were again determined (i.e. at $T_6$) using the mouse LD50 assay.

DTX-209.0024

# Johnson Discloses the Benefit of Trehalose

## Johnson Patent

US005756468A

**United States Patent** [19] [11] **Patent Number: 5,756,468**
**Johnson et al.** [45] **Date of Patent: *May 26, 1998**

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: **Eric A. Johnson**, Madison; **Michael C. Goodnough**, Stoughton, both of Wis.

[73] Assignee: **Wisconsin Alumni Research Foundation**, Madison, Wis.

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: **624,771**

[22] Filed: **Mar. 27, 1996**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] **Int. Cl.**[6] .......... **A61K 38/00**; C07K 1/00
[52] **U.S. Cl.** .......... **514/21**; 514/2; 530/350; 530/363; 530/364; 530/825
[58] **Field of Search** .......... 514/21, 2; 530/350, 530/363, 364, 825

[56] **References Cited**

U.S. PATENT DOCUMENTS

5,512,547 4/1996 Johnson et al. .......... 514/21

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off. .
WO94/00481 1/1994 WIPO .
WO95/05842 3/1995 WIPO .

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426–3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80–99.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41–49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426–3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] **ABSTRACT**

Lyophilized pharmaceutical compositions containing botulinum toxin or botulinum neurotoxin and effective amounts of trehalose and methionine have a shelf life of up to 4 months or more at room temperature and above.

**7 Claims, No Drawings**

EXHIBIT 9

TRIAL EXHIBIT DTX-207

REV_DAX-02172000

DTX-207.0001

DTX-207

We previously discovered that pharmaceutical compositions made from an aqueous pre-lyophilization formulation containing essentially pure botulinum type A neurotoxin, human serum albumin (HSA), and trehalose provided for the improved recovery of active toxin following lyophilization (>80%). The use of the pure neurotoxin instead of the toxin complex, which is used commercially, reduced the amount of toxin required to obtain the necessary number of active U per vial as mandated by the U.S. Food and Drug Administration. This improvement also reduces the amount of inactive toxin (toxoid) in each vial and thereby lessens the possibility of antibody formation after injection of the preparation into patients.

We also previously discovered that the compositions obtained by adding trehalose to the pre-lyophilization formula had an increased shelf life at higher storage temperatures (e.g., up to 6 months at 37° C.).

DTX-207.0002

# Johnson Discloses the Benefit of Trehalose

## Johnson Patent




DTX-207

TABLE 2

| Excipient combination from Table 1 | Storage Temperature | Days of storage | % recovery* |
|---|---|---|---|
| 1. BSA alone | −20° C. | 10 | 90 |
| | | 60 | 90 |
| | | 125 | 90 |
| | 4° C. | 60 | 90 |
| | | 100 | 50 |
| | | 125 | 25 |
| | 37° C. | 15 | 75 |
| | | 60 | 50 |
| | | 125 | 25 |
| 5. BSA + trehalose | 4° C. | 60 | 75 |
| | | 100 | 75 |
| | | 125 | 75 |
| | 37° C. | 60 | 90 |
| | | 100 | 90 |
| | | 125 | 90 |
| 7. BSA + methionine | 25° C. | 15 | 75 |
| | | 30 | 50 |
| | | 60 | 50 |
| | 37° C. | 15 | 75 |
| | | 30 | 50 |
| | | 60 | 25 |
| | 42° C. | 15 | 50 |
| | | 30 | 25 |
| 8. BSA + trehalose + methionine | 25° C. | 15 | 90 |
| | | 30 | 90 |
| | | 60 | 90 |
| | 37° C. | 15 | 90 |
| | | 30 | 90 |
| | | 60 | 90 |
| | 42° C. | 15 | 90 |
| | | 30 | 90 |
| | | 60 | 90 |

DTX-207.0004

# ’878 Patent: Claim 6 Is Obvious

## Hunt Publication


US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

DTX-209

## Johnson Patent


US005756468A

United States Patent [19] [11] Patent Number: 5,756,468
Johnson et al. [45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: Eric A. Johnson, Madison; Michael C. Goodnough, Stoughton, both of Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] Int. Cl.[6] ........ A61K 38/00; C07K 1/00
[52] U.S. Cl. ........ 514/21; 514/2; 530/350; 530/363; 530/364; 530/825
[58] Field of Search ........ 514/21, 2; 530/350, 530/363, 364, 825

[56] References Cited

U.S. PATENT DOCUMENTS

5,512,547 4/1996 Johnson et al. ........ 514/21

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off. .
WO94/00481 1/1994 WIPO .
WO95/05842 3/1995 WIPO .

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426–3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80–99.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41–49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426–3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] ABSTRACT

Lyophilized pharmaceutical compositions containing botulinum toxin or botulinum neurotoxin and effective amounts of trehalose and methionine have a shelf life of up to 4 months or more at room temperature and above.

7 Claims, No Drawings

EXHIBIT 9

TRIAL EXHIBIT DTX-207

REV_DAX-02172000

DTX-207.0001

DTX-207

Hunt only provides data for storage at freezing

Hunt’s formulations contain recombinant human serum albumin

Johnson shows room temperature stability for albumin-containing *botulinum* toxin formulations

Trehalose had a long history of being used for protein stabilization

# Prior Art: Carpenter

## Carpenter

*Pharmaceutical Research, Vol. 14, No. 8, 1997*

*Review Article*

**Rational Design of Stable Lyophilized Protein Formulations: Some Practical Advice**

John F. Carpenter,[1,2,6] Michael J. Pikal,[3] Byeong S. Chang,[4] and Theodore W. Randolph[1,5]

*Received March 7, 1997; accepted May 15, 1997*

**KEY WORDS:** protein drugs; design of formulations; lyophilization; stabilization of proteins.

**WHY USE LYOPHILIZATION TO PREPARE STABLE PROTEIN DRUG PRODUCTS?**

TRIAL EXHIBIT DTX-179 C.A. No. 21-1411-RGA-LDH

EXHIBIT

REV_DAX-021690

DTX-17

Among the numerous compounds tested it appears that the most effective stabilizers during the lyophilization cycle are disaccharides (2,5,6,11,15,16,25–28). However, one group of compounds that should be avoided are the reducing sugars.

At this point, the major component missing is a nonreducing disaccharide, which forms an amorphous phase with the protein in the dried solid and serves as the primary stabilizer. The main choices are sucrose or trehalose (5,6). These compounds are relatively effective at protecting proteins during freezing and usually excellent at inhibiting unfolding during dehydration (5,6,15,16,25–28). Freezing protection depends on

DTX-179.0004-.0005

# Hunt Discloses Preamble

## ’878 Patent, Claim 6

[pre] **6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-

[pre] **6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Preamble

## Hunt

[0093] The present invention meets this need and provides a botulinum toxin pharmaceutical composition which is free of animal derived proteins such as a blood pooled or blood fraction derived human serum albumin or gelatin. One embodiment of the present invention is a botulinum toxin pharmaceutical composition wherein the primary stabilizer present in the formulation is a recombinantly made albumin.

Example 2

Recombinant Human Serum Albumin Botulinum Toxin Pharmaceutical Composition (Formulation B)

[0222] A botulinum toxin type A complex was obtained as set forth in Example 1 and the same pharmaceutical composition made, except that instead of HSA, an rHSA was used in the formulation.

DTX-209.0013, .0024

## '878 Patent, Claim 6

[pre] **6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Preamble

## Hunt Publication

US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.$^7$ ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT DTX-209
C.A. No. 21-1411-RGA-LDH

EXHIBIT

REV_DAX-02172651

DTX-209.0001

DTX-209

[0101] "Animal protein free" means the absence of blood derived, blood pooled and other animal derived products or compounds. "Animal" means a mammal (such as a human), bird, reptile, fish, insect, spider or other animal species. "Animal" excludes microorganisms, such as bacteria. Thus, an animal protein free pharmaceutical composition can include a Clostridial neurotoxin. For example, an animal protein free pharmaceutical composition means a pharmaceutical composition which is either substantially free or essentially free or entirely free of a serum derived albumin, gelatin and other animal derived proteins, such as immunoglobulins. An example of an animal protein free pharmaceutical composition is a pharmaceutical composition which comprises or which consists of a botulinum toxin (as the active ingredient) and a recombinantly made albumin or other recombinantly made stabilizer or excipient.

DTX-209.0013

# ’878 Patent

US011147878B2

(12) **United States Patent**
**Hunt**

(10) **Patent No.: US 11,147,878 B2**
(45) **Date of Patent: *Oct. 19, 2021**

(54) **ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS**

(71) Applicant: **Allergan, Inc.**, Irvine, CA (US)

(72) Inventor: **Terrence J. Hunt**, Corona, CA (US)

| | | | |
|---|---|---|---|
| 5,556,771 | A | 9/1996 | Shen |
| 5,696,077 | A | 12/1997 | Johnson et al. |
| 5,756,468 | A | 5/1998 | Johnson et al. |
| 5,945,098 | A | 8/1999 | Sarno |
| 5,989,545 | A | 11/1999 | Foster et al. |
| 6,087,327 | A | 7/2000 | Pearce et al. |
| 6,306,423 | B1 | 10/2001 | Donovan et al. |

directly from an animal source. **As such, an animal protein recombinantly produced from a microorganism is excluded from the term “animal-derived product or compound.”** Thus,

6, 2005.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 47/32* | (2006.01) |
| *A61K 47/10* | (2017.01) |
| *A61K 38/48* | (2006.01) |
| *A61K 9/19* | (2006.01) |
| *A61K 9/00* | (2006.01) |
| *A61K 47/26* | (2006.01) |

(52) **U.S. Cl.**
CPC ........... ***A61K 47/10*** (2013.01); ***A61K 9/0019*** (2013.01); ***A61K 9/19*** (2013.01); ***A61K 38/4893*** (2013.01); ***A61K 47/26*** (2013.01); ***A61K 47/32*** (2013.01)

(58) **Field of Classification Search**
CPC ........................................................ A61K 47/10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,201,706 | A | 5/1980 | Trager et al. |
| 4,891,319 | A | 1/1990 | Roser |
| 5,145,871 | A | 9/1992 | Cavazza |
| 5,472,706 | A | 12/1995 | Friedman et al. |
| 5,512,547 | A | 4/1996 | Johnson et al. |

OTHER PUBLICATIONS

Johnson, Keith A., Preparation of Peptide and Protein Powders for Inhalation, Advance Drup Delivery Reviews, 1997, 26, pp. 3-15, Elsevier, California.
Kedlaya, D., et al., Botulinum Toxin, Medscape, 2019,1-19.
Hunt, T., et al., Potency of the botulinim toxin product CNBTX-A significantly exceeds labeled units in standard potency test, J. Am. Acad. Dermatol. 2008, 58(3): 517-518.
Hunt, T., et al., Reconsistuted onabotulinumtoxinA retains potency and safety under extended refrigerated storage, Abstract Toxins 2013, 68:114 (abstract only).
(Continued)

*Primary Examiner* — Albert M Navarro
(74) *Attorney, Agent, or Firm* — Foley Hoag LLP

(57) **ABSTRACT**

Animal protein-free, solid-form Clostridial toxin pharmaceutical compositions comprising a Clostridial toxin active ingredient and at least two excipients.

**21 Claims, No Drawings**

Joint Trial Exhibit
JTX-001

JTX-001.0001

JTX-001

# Hunt Discloses Preamble

## ’878 Patent, Claim 6

[pre] **6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-

[pre] **6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Preamble

## ’878 Patent, Claim 6

[pre] **6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-

~~[pre] **6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (a)

## '878 Patent, Claim 6

[pre] 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (a)

## Hunt

Example 1

Human Serum Albumin Botulinum Toxin Pharmaceutical Composition (Formulation A)

[0221] A botulinum toxin type A complex can be obtained from a culture of the Hall strain of Clostridium botulinum grown in a medium containing N-Z amine and yeast extract. The botulinum toxin type A complex is purified from the culture solution by a series of acid precipitations to a crystalline complex consisting of the active high molecular weight toxin protein and an associated hemagglutinin protein. The crystalline complex is then re-dissolved in a solution containing saline and albumin and sterile filtered (0.2 microns) prior to vacuum-drying. The vacuum dried composition can be reconstituted with sterile, non-preserved saline prior to injection. Each vial of vacuum dried composition can contain about 100 units (U) of Clostridium botulinum toxin type A complex, 0.5 milligrams of human serum albumin and 0.9 milligrams of sodium chloride in a sterile, vacuum-dried form without a preservative (Formulation A).

DTX-209.0024

## ’878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (a)

## Hunt

TABLE 1

Botulinum Toxin (Type A Complex) Pharmaceutical Compositions

| Formu-lation | Toxin (units) | NaCl (ug) | Albumin (ug) | Octanoate (ug) | NAT (ug) | $ZnCl_2$ (ug) | P80 (ug) |
|---|---|---|---|---|---|---|---|
| A | 100 | 900 | 500 HSA | 7 | 10 | 0 | 0 |
| B | 100 | 900 | 500 r-HSA | 13 | 0 | 0 | 0.04 |
| C | 100 | 900 | 500 r-HSA | 13 | 10 | 0 | 0.04 |
| D | 100 | 900 | 500 HSA | 7 | 10 | 4 | 0 |
| E | 100 | 900 | 500 r-HSA | 13 | 10 | 4 | 0.04 |
| F | 100 | 900 | 500 r-HSA | 13 | 0 | 4 | 0.04 |

DTX-209.0025

## ’878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (a)

## '878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] (a) compounding an aqueous carrier with two or more non-

[a] ~~(a) compounding an aqueous carrier with two or more non animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (b)

## ’878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] (b) lyophilizing or vacuum-drying the compounded formulation

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (b)

## Hunt

[0004] For storage stability and convenience of handling, a pharmaceutical composition can be formulated as a lyophilized (i.e. freeze dried) or vacuum dried powder which can be reconstituted with a suitable fluid, such as saline or water, prior to administration to a patient. Alternately, the

DTX-209.0005

## ’878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (b)

## '878 Patent, Claim 6

[pre] 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (c) "Surfactant"

## '878 Patent, Claim 6

[pre] 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (c) "Surfactant"

## Hunt

TABLE 1

Botulinum Toxin (Type A Complex) Pharmaceutical Compositions

| Formulation | Toxin (units) | NaCl (ug) | Albumin (ug) | Octanoate (ug) | NAT (ug) | ZnCl (ug) | P80 (ug) |
|---|---|---|---|---|---|---|---|
| A | 100 | 900 | 500 HSA | 7 | 10 | 0 | 0 |
| B | 100 | 900 | 500 r-HSA | 13 | 0 | 0 | 0.04 |
| C | 100 | 900 | 500 r-HSA | 13 | 10 | 0 | 0.04 |
| D | 100 | 900 | 500 HSA | 7 | 10 | 4 | 0 |
| E | 100 | 900 | 500 r-HSA | 13 | 10 | 4 | 0.04 |
| F | 100 | 900 | 500 r-HSA | 13 | 0 | 4 | 0.04 |

DTX-209.0025

## '878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

6. The method of claim 1, wherein the disaccharide is trehalose.

# Hunt Discloses Step (c) "Surfactant"

## '878 Patent, Claim 6

[pre] 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

6. The method of claim 1, wherein the disaccharide is trehalose.

# Johnson Discloses Step (c) "trehalose"

## Johnson

We previously discovered that pharmaceutical compositions made from an aqueous pre-lyophilization formulation containing essentially pure botulinum type A neurotoxin, human serum albumin (HSA), and trehalose provided for the improved recovery of active toxin following lyophilization (>80%). The use of the pure neurotoxin instead of the toxin complex, which is used commercially, reduced the amount of toxin required to obtain the necessary number of active U per vial as mandated by the U.S. Food and Drug Administration. This improvement also reduces the amount of inactive toxin (toxoid) in each vial and thereby lessens the possibility of antibody formation after injection of the preparation into patients.

We also previously discovered that the compositions obtained by adding trehalose to the pre-lyophilization formula had an increased shelf life at higher storage temperatures (e.g., up to 6 months at 37° C.).

DTX-207.0002

## '878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] ~~the two or more non-animal derived non-protein excipients comprise (i) a surfactant~~ and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Johnson Discloses Step (c) "trehalose"

## '878 Patent, Claim 6

[pre] 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

# Hunt Publication Discloses Step (d)

## ’878 Patent, Claim 6

[pre] ~~**6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (d)

## Hunt

[0226] (b) the potency of Formulation B was 96 at $T_0$ and 95 at $T_6$. This experiment therefore showed that Formulation B was 13% more potent at $T_0$ and 32% more potent at $T_6$ than was Formulation A. Thus, it was found that surprisingly the rHSA formulation (B) was more potent than was the HSA formulation (A).

[0227] (c) the potency of a Formulation B to which 10 micrograms of NAT were added per 100 units of toxin (to thereby make a Formulation C) was 100 at $T_0$ and 97 at $T_6$.

[0229] (e) the potency of Formulation C to which of 4 micrograms of zinc chloride was added (to thereby make a Formulation E) increased the potencies to 116 $T_0$ and to 99 at $T_6$. This experiment therefore showed that the addition of zinc increased the potency of Formulation E as compared to Formulation C (16% increase at $T_0$ and 2% increase at $T_6$). Thus, surprisingly the addition of zinc by itself increased the potency of the r-HSA formulation.

DTX-209.0002-.0003

## '878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] ~~the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;~~

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (d)

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

## ’878 Patent, Claim 6

| | |
|---|---|
| [pre] | 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising: |
| [a] | (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and |
| [d] | the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water; |
| [e] | the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water; |
| [f] | the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and |
| [g] | the powdered formulation is animal protein free and polysaccharide free. |

# Hunt Discloses Step (e)

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

## '878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] ~~the two or more non-animal derived non-protein excipients~~

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (e)

## Hunt

[0124] A pharmaceutical composition within the scope of the present invention can also include a neurotoxin, and a polysaccharide. The polysaccharide stabilizes the neurotoxin. The pharmaceutical compositions disclosed herein can have a pH of between about 5 and 7.3 when reconstituted or upon injection. The average molecular weight of a

DTX-209.0015

## '878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] ~~the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;~~

[d] ~~the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;~~

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (e)

## ’878 Patent, Claim 6

[pre] 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[e] the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (f)

## ’878 Patent, Claim 6

| | |
|---|---|
| [pre] | 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising: |
| [a] | (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and |
| [b] | (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation; |
| | wherein: |
| [c] | the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from |
| [f] | the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and |
| [g] | the powdered formulation is animal protein free and polysaccharide free. |

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

# Hunt Discloses Step (f)

## Hunt Publication

[0206] The lyophilized neurotoxin may be reconstituted before administering the neurotoxin to a subject by adding water, saline, or any buffer solution to the lyophilized neurotoxin. In certain embodiments, sodium free buffers may be preferred to help reduce denaturation of the neurotoxin.

[0207] The pharmaceutical compositions of the invention can be administered using conventional modes of administration. In preferred embodiments of the invention, the compositions are administered intramuscularly or subcutaneously to the subject. In other embodiments, the compositions of the invention may be administered intrathecally. In addition, the compositions of the invention may be administered with one or more analgesic or anesthetic agents.

DTX-209.0023

## ’878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] ~~the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;~~

[d] ~~the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;~~

[e] ~~the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;~~

[f] the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (f)

## '878 Patent, Claim 6

| | |
|---|---|
| [pre] | ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~ |
| [a] | ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~ |
| [b] | ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~ |
| | ~~wherein:~~ |
| [c] | ~~the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from~~ |
| [f] | the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and |
| [g] | the powdered formulation is animal protein free and polysaccharide free. |

[f] ~~the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and~~

# Hunt Discloses Step (g)

## '878 Patent, Claim 6

[pre] 6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

[a] (a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

[b] (b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

[c] the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

[d] the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum

[g] the powdered formulation is animal protein free and polysaccharide free.

saline or water; and

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (g)

## Hunt Publication

TABLE 1

Botulinum Toxin (Type A Complex) Pharmaceutical Compositions

| Formulation | Toxin (units) | NaCl (ug) | Albumin (ug) | Octanoate (ug) | NAT (ug) | $ZnCl_2$ (ug) | P80 (ug) |
|---|---|---|---|---|---|---|---|
| A | 100 | 900 | 500 HSA | 7 | 10 | 0 | 0 |
| B | 100 | 900 | 500 r-HSA | 13 | 0 | 0 | 0.04 |
| C | 100 | 900 | 500 r-HSA | 13 | 10 | 0 | 0.04 |
| D | 100 | 900 | 500 HSA | 7 | 10 | 4 | 0 |
| E | 100 | 900 | 500 r-HSA | 13 | 10 | 4 | 0.04 |
| F | 100 | 900 | 500 r-HSA | 13 | 0 | 4 | 0.04 |

DTX-209.0025

## ’878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] ~~the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;~~

[d] ~~the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;~~

[e] ~~the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;~~

[f] ~~the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and~~

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt Discloses Step (g)

## '878 Patent, Claim 6

[pre] ~~6. An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] ~~the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;~~

[d] ~~the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum~~

[g] ~~the powdered formulation is animal protein free and polysaccharide free.~~

~~saline or water; and~~

[g] the powdered formulation is animal protein free and polysaccharide free.

# Hunt and Johnson Disclose All of Claim 1

Hunt




DTX-209

Johnson




DTX-207

**Claims 6 is Obvious Over Hunt and Johnson**

## ’878 Patent, Claim 6

[pre] ~~**6.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:~~

[a] ~~(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and~~

[b] ~~(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;~~

~~wherein:~~

[c] ~~the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;~~

[d] ~~the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;~~

[e] ~~the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;~~

[f] ~~the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and~~

[g] ~~the powdered formulation is animal protein free and polysaccharide free.~~

# Testimony Topics

Qualifications and Background

Obviousness of Claim 6 of the ’878 Patent

Rebuttal to Dr. Schöneich’s Validity Opinions and Opinions on Unexpected Results

# Rebuttal to Dr. Schoneich




DTX-209

DTX-207

Hunt allegedly excludes using disaccharides

A skilled person allegedly would have also included Johnson's use of methionine

A skilled person would only get the same level of initial potency as Hunt by including all the ingredients of Hunt's rHSA compositions

# Rebuttal to Dr. Schoneich

## Hunt Publication


US 20030118598A1

(19) United States
(12) Patent Application Publication
Hunt

(10) Pub. No.: US 2003/0118598 A1
(43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

DTX-209

## Johnson Patent


US005756468A

United States Patent [19]
Johnson et al.

[11] Patent Number: 5,756,468
[45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: Eric A. Johnson, Madison; Michael C. Goodnough, Stoughton, both of Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] Int. Cl.[6] ........ A61K 38/00; C07K 1/00
[52] U.S. Cl. ........ 514/21; 514/2; 530/350; 530/363; 530/364; 530/825
[58] Field of Search ........ 514/21, 2; 530/350, 530/363, 364, 825

[56] References Cited

U.S. PATENT DOCUMENTS

5,512,547 4/1996 Johnson et al. ........ 514/21

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off. .
WO94/00481 1/1994 WIPO .
WO95/05842 3/1995 WIPO .

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426–3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80–99.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41–49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426–3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] ABSTRACT

Lyophilized pharmaceutical compositions conta
linum toxin or botulinum neurotoxin and eff
of trehalose and methionine have a shel
months or more at room temperature a

7 Claims, No Dra

DTX-207



Hunt allegedly excludes using disaccharides

A skilled person allegedly would have also included Johnson's use of methionine

A skilled person would only get the same level of initial potency as Hunt by including all the ingredients of Hunt's rHSA compositions

# Rebuttal to Dr. Schöneich

## Hunt

US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT DTX-209 C.A. No. 21-1411-RGA-LDH

EXHIBIT

REV_DAX-02172651

DTX-209.0001

DTX-209

Recombinant Albumin Botulinum Toxin Pharmaceutical Compositions and Zinc Containing Botulinum Toxin Pharmaceutical Compositions

[0153] An embodiment of my invention is a botulinum toxin active ingredient pharmaceutical composition wherein, instead of human serum albumin, the primary protein stabilizer is a recombinantly made albumin. I have surprising found that a botulinum toxin pharmaceutical composition comprising a recombinant albumin has a greater potency than does a botulinum toxin pharmaceutical composition comprising the same amount (on a weight for weight basis) of a human serum albumin.

**Disaccharides allowed**

## Schöneich Opinion

Polysaccharide Containing Pharmaceutical Composition

[0175] In another embodiment of my invention, I have surprisingly found that a suitable replacement for albumin can be a compound which is neither another protein, nor a low molecular weight, non-protein compound. Thus, I have discovered that particular high molecular weight polysaccharides can function as neurotoxin stabilizers in a pharmaceutical composition. As set forth below, an amino acid can also, or in the alternative, be added to the pharmaceutical composition to increase the stability and useful storage life of the pharmaceutical composition.

[0180] A preferred polysaccharide for use in the present composition comprises a plurality of glucose monomers (mol wt 180) with one or more substituents on a majority of the glucose monomers, so that the preferred polysaccharide has a molecular weight range of between about 20 kD and about 800 kD. Surprisingly, such a polysaccharide can stabilize a neurotoxin component present in a pharmaceutical composition. The present invention excludes from its scope disaccharide oligosaccharides with a weight average molecular weight of less than about 20 kD. The present

**Disaccharides excluded**

DTX-209.0017, .0019

# Hunt Does Not Disparage Using Trehalose

## Hunt

US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ........ A61K 39/00; A61K 39/38
(52) U.S. Cl. ........ 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT DTX-209

EXHIBIT

REV_DAX-02172651

DTX-209.0001

DTX-209

[0049] Furthermore, saccharides, including polysaccharides, are in general poor candidates to serve as protein stabilizers. Thus, it is known that a pharmaceutical composition containing a protein active ingredient is inherently unstable if the protein formulation comprises a saccharide (such as glucose or a polymer of glucose) or carbohydrates because proteins and glucose are known to interact together and to undergo the well-described Maillard reaction, due to the reducing nature of glucose and glucose polymers. Much work has been dedicated to mostly unsuccessful attempts at preventing this protein-saccharide reaction by, for example, reduction of moisture or use of non-reducing sugars. Sig-

DTX-209.0009

# Rebuttal to Dr. Schöneich




DTX-209

DTX-207

Hunt allegedly excludes using disaccharides

A skilled person allegedly would have also included Johnson's use of methionine

A skilled person would only get the same level of initial potency as Hunt by including all the ingredients of Hunt's rHSA compositions

# Rebuttal to Dr. Schoneich

TABLE 2

| Excipient combination from Table 1 | Storage Temperature | Days of storage | % recovery[a] |
|---|---|---|---|
| 1. BSA alone | −20° C. | 10 | 90 |
| | | 60 | 90 |
| | | 125 | 90 |
| | 4° C. | 60 | 90 |
| | | 100 | 50 |
| | | 125 | 25 |
| | 37° C. | 15 | 75 |
| | | 60 | 50 |
| | | 125 | 25 |
| 5. BSA + trehalose | 4° C. | 60 | 75 |
| | | 100 | 75 |
| | | 125 | 75 |
| | 37° C. | 60 | 90 |
| | | 100 | 90 |
| | | 125 | 90 |
| 7. BSA + methionine | 25° C. | 15 | 75 |
| | | 30 | 50 |
| | | 60 | 50 |
| | 37° C. | 15 | 75 |
| | | 30 | 50 |
| | | 60 | 25 |
| | 42° C. | 15 | 50 |
| | | 30 | 25 |
| 8. BSA + trehalose + methionine | 25° C. | 15 | 90 |
| | | 30 | 90 |
| | | 60 | 90 |
| | 37° C. | 15 | 90 |
| | | 30 | 90 |
| | | 60 | 90 |
| | 42° C. | 15 | 90 |
| | | 30 | 90 |
| | | 60 | 90 |

8. BSA + trehalose + methionine

DTX-207.0004

# Rebuttal to Dr. Schoneich




DTX-209

DTX-207

Hunt allegedly excludes using disaccharides

A skilled person allegedly would have also included Johnson's use of methionine

A skilled person would only get the same level of initial potency as Hunt by including all the ingredients of Hunt's rHSA compositions

# Rebuttal to Dr. Schoneich

## Hunt

TABLE 1

Botulinum Toxin (Type A Complex) Pharmaceutical Compositions

| Formulation | Toxin (units) | NaCl (ug) | Albumin (ug) | Octanoate (ug) | NAT (ug) | $ZnCl_2$ (ug) | P80 (ug) |
|---|---|---|---|---|---|---|---|
| A | 100 | 900 | 500 HSA | 7 | 10 | 0 | 0 |
| B | 100 | 900 | 500 r-HSA | 13 | 0 | 0 | 0.04 |
| C | 100 | 900 | 500 r-HSA | 13 | 10 | 0 | 0.04 |
| D | 100 | 900 | 500 HSA | 7 | 10 | 4 | 0 |
| E | 100 | 900 | 500 r-HSA | 13 | 10 | 4 | 0.04 |
| F | 100 | 900 | 500 r-HSA | 13 | 0 | 4 | 0.04 |

DTX-209.0024

# Must Compare to Closest Prior Art

## Hunt

TABLE 1

Botulinum Toxin (Type A Complex) Pharmaceutical Compositions

| Formulation | Toxin (units) | NaCl (ug) | Albumin (ug) | Octanoate (ug) | NAT (ug) | $ZnCl_2$ (ug) | P80 (ug) |
|---|---|---|---|---|---|---|---|
| A | 100 | 900 | 500 HSA | 7 | 10 | 0 | 0 |
| B | 100 | 900 | 500 r-HSA | 13 | 0 | 0 | 0.04 |
| C | 100 | 900 | 500 r-HSA | 13 | 10 | 0 | 0.04 |
| D | 100 | 900 | 500 HSA | 7 | 10 | 4 | 0 |
| E | 100 | 900 | 500 r-HSA | 13 | 10 | 4 | 0.04 |
| F | 100 | 900 | 500 r-HSA | 13 | 0 | 4 | 0.04 |

DTX-209.0024

## ’878 Patent, Claim 1

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

# No Nexus

- Claims do not recite any duration of action
- Revance's peptide materially affects duration profile and is not claimed




DTX-309.0003

# Claim 6 is Obvious Over Hunt and Johnson

Hunt '598 Publication




DTX-209

Johnson '468 Patent




DTX-207

**Claims 6 is Obvious Over Hunt and Johnson**

## '878 Patent, Claims 1 and 6

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

**6.** The method of claim **1**, wherein the disaccharide is trehalose.