# EXHIBIT G

REVANCE®

# Questions You Get to Decide as a Juror



**1** **Are Allergan, Inc.'s Patents Invalid?** — **YES**

’748 Patent is Invalid
’740 Patent is Invalid
’878 Patent is Invalid

**2** **Should Revance Pay Allergan, Inc. Any Damages?** — **NO**

# Duration

**DEC 29, 1989**

BOTOX
onabotulinumtoxinA




**APR 29, 2009**

Dysport
abobotulinumtoxinA for Injection




**JUL 30, 2009**

XEOMIN
incobotulinumtoxinA




**FEB 1, 2019**

Jeuveau
prabotulinumtoxinA-xvfs



REVANCE®

**DEC 29, 1989**

BOTOX
onabotulinumtoxinA




**APR 29, 2009**

Dysport®
abobotulinumtoxinA for Injection




**JUL 30, 2009**

XEOMIN®
incobotulinumtoxinA




**FEB 1, 2019**

Jeuveau™
prabotulinumtoxinA-xvfs




**SEP 8, 2022**

DAXXIFY®
daxibotulinumtoxinA-lanm injection



# Comparison of Products: Diffusion






# Revance's Peptide Provides Longer Duration

REVANCE®



Dr. Ruegg

2011

Characterization of diffusion and duration of action of a new botulinum toxin type A formulation

Hongran F. Stone, Zhao Zhu, Thai Q.D. Thach, Curtis L. Ruegg*

*Revance Therapeutics, Inc., 7555 Gateway Blvd., Newark, CA 94560, United States*

ABSTRACT

RT002, an injectable form of botulinum neurotoxin type A (BoNTA), comprised of a purified 150 kDa neurotoxin formulated in a novel formulation, is designed to limit the extent of diffusion and permit safe administration of longer acting doses. The aim of this study was to evaluate the degree of diffusion of RT002 in comparison to another commercially available BoNTA product, Botox® Cosmetic (OnabotulinumtoxinA, Allergan, Inc., Irvine, CA, USA), and establish the relative duration of effect for diffusion matched doses of the two BoNTA formulations using quantitative measurements in mice.

OUTSIDE COUNSEL EYES ONLY PUR
TO LOCAL RULE 26.2
SUBJECT TO EAR

JTX-121.0001

# Revance's Peptide Provides Longer Duration

REVANCE®



Dr. Ruegg

2011

**Characterization of diffusion and duration of action of a new botulinum toxin type A formulation**

Hongran F. Stone, Zhao Zhu, Thai Q.D. Thach, Curtis L. Ruegg*

*Revance Therapeutics, Inc., 7555 Gateway Blvd., Newark, CA 94560, United States*

A B S T R A C T

* * *

may permit safe administration of higher and more efficacious doses. In summary, data from two murine models suggest that RT002 may represent a next generation of BoNTA drug formulation offering superior degree and duration of effect at the intended target while controlling the unwanted diffusion and accompanying adverse effects of BoNTA at neighboring muscles and distal systemic targets.

JTX-121.0001

# Dr. Ruegg Has Patents on Daxxify

REVANCE®



Dr. Ruegg


(12) United States Patent
Thompson et al.
(10) Patent No.: US 9,340,587 B2
(45) Date of Patent: May 17, 2016
(54) ALBUMIN-FREE BOTULINUM TOXIN FORMULATIONS
(22) Filed: Jun. 25, 2010
TRIAL EXHIBIT
DTX-520
DTX-520.0001

**Patent No.:** **US 9,340,587 B2**

Filed: **Jun. 25, 2010**

**ALBUMIN-FREE BOTULINUM TOXIN FORMULATIONS**

Inventors: **Stewart A. Thompson**, Burlingame, CA (US); **Curtis L. Ruegg**, Redwood City, CA (US); **Jacob M. Waugh**, San Francisco, CA (US)

Assignee: **Revance Therapeutics, Inc.**, Newark, CA (US)

DTX-520.0001

# Dr. Ruegg Has Patents on DAXXIFY®

REVANCE®



Dr. Ruegg



(12) United States Patent
Thompson et al.

(10) Patent No.: US 9,340,587 B2
(45) Date of Patent: May 17, 2016

(54) ALBUMIN-FREE BOTULINUM TOXIN FORMULATIONS

(73) Assignee: Revance Therapeutics, Inc., Newark, CA (US)

(57) ABSTRACT

TRIAL EXHIBIT DTX-520

DTX-520.0001

This invention also provides a liquid composition comprising a botulinum toxin, a non-reducing sugar, a non-ionic surfactant, a physiologically compatible buffer, a positively charged peptide and an optional bulking agent. The positively charged peptide has an amino acid sequence selected from the group consisting of RKKRRQRRR-G-$(K)_{15}$-G-RKKRRQRRR (SEQ ID NO: 1), RGRDDRRQRRR-G-$(K)_{15}$-G-RGRDDRRQRRR (SEQ ID NO: 2), and YGRKKRRQRRR-G-$(K)_{15}$-G-YGRKKRRQRRR (SEQ ID NO: 3). The pH of the liquid composition is in the range of 4.5

DTX-520.0006 at 4:7-18

botulinum toxin + peptide

# Dr. Ruegg Has Patents on DAXXIFY®

REVANCE®



Dr. Ruegg




**Patent No.:** **US 9,956,435 B2**

PCT Filed: **Dec. 28, 2009**

**INJECTABLE BOTULINUM TOXIN FORMULATIONS**

Inventors: **Curtis L. Ruegg**, Redwood City, CA (US); **Hongran Fan Stone**, Menlo Park, CA (US); **Jacob M. Waugh**, San Francisco, CA (US)

Assignee: **REVANCE THERAPEUTICS, INC.**, Newark, CA (US)

DTX-521.0001

# Dr. Ruegg Has Patents on DAXXIFY®

REVANCE®



Dr. Ruegg

US009956435B2

(12) **United States Patent**
**Ruegg et al.**

(10) **Patent No.:** **US 9,956,435 B2**
(45) **Date of Patent:** **May 1, 2018**

(54) **INJECTABLE BOTULINUM TOXIN FORMULATIONS**

(75) Inventors: **Curtis L. Ruegg**, Redwood City, CA (US); **Hongran Fan Stone**, Menlo Park, CA (US); **Jacob M. Waugh**, San Francisco, CA (US)

(73) Assignee: **REVANCE THERAPEUTICS, INC.**, Newark, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 736 days.

(21) Appl. No.: **13/141,935**

(22) PCT Filed: **Dec. 28, 2009**

(86) PCT No.: **PCT/US2009/069576**
§ 371 (c)(1), (2), (4) Date: **Jul. 19, 2011**

(87) PCT Pub. No.: **WO2010/078242**
PCT Pub. Date: **Jul. 8, 2010**

(65) **Prior Publication Data**
US 2011/0268765 A1 Nov. 3, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/142,063, filed on Dec. 31, 2008.

(51) **Int. Cl.**
*A61Q 19/08* (2006.01)
*A61K 8/64* (2006.01)

(52) **U.S. Cl.**
CPC ................ *A61Q 19/08* (2013.01); *A61K 8/64* (2013.01); *A61K 2800/592* (2013.01); *A61K 2800/91* (2013.01)

(58) **Field of Classification Search**
CPC ................ A61K 8/64; A61K 2800/592; A61K 2800/91; A61Q 19/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,544,548 | B1 | 4/2003 | Siller-Jackson et al. | |
| 6,844,324 | B1 | 1/2005 | Zhang et al. | |
| 8,623,811 | B2 * | 1/2014 | Stone et al. | 514/1.1 |
| 2003/0147921 | A1 | 8/2003 | Goodnough et al. | |
| 2004/0220100 | A1 * | 11/2004 | Waugh et al. | 514/12 |
| 2005/0196414 | A1 | 9/2005 | Dake et al. | |
| 2006/0182767 | A1 | 8/2006 | Borodic | |
| 2006/0210614 | A1 | 9/2006 | Quay et al. | |
| 2008/0107690 | A1 | 5/2008 | Dake et al. | |
| 2010/0196445 | A1 * | 8/2010 | David et al. | 424/443 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1946431 | 4/2007 |
| CN | 101228187 | 7/2008 |
| WO | WO 02/07773 | 1/2002 |
| WO | WO 2005/084410 A2 * | 9/2005 |
| WO | WO 2006/094193 | 9/2006 |
| WO | WO 2006/094263 | 9/2006 |
| WO | WO 2008/082889 | 7/2008 |

OTHER PUBLICATIONS

Bowie et al. (Science, 1990, 257:1306-1310).*
Calnan et al., Genes and Development, 1991; 5: 201-210.*
Brooks et al., "Tat Peptide-mediated Cellular Delivery: Back to Basics," Advanced Drug Delivery Reviews, 57, pp. 559-577, 2005.
U.S. Appl. No. 09/910,432, filed Jul. 20, 2001, Waugh et al., now U.S. Pat. No. 7,807,780, Oct. 5, 2010.
U.S. Appl. No. 12/897,188, filed Oct. 4, 2010, Waugh et al.
U.S. Appl. No. 11/073,307, filed Mar. 3, 2005, Dake et al., now U.S. Pat. No. 8,092,788, Jan. 10, 2012.
U.S. Appl. No. 10/591,486, filed Jun. 18, 2007, Dake et al.
U.S. Appl. No. 10/591,732, filed Sep. 26, 2007, Dake et al., now U.S. Pat. No. 8,398,997, Mar. 19, 2013.
U.S. Appl. No. 11/072,026, filed Mar. 3, 2005, Dake et al., now U.S. Pat. No. 8,404,249, Mar. 26, 2013.
U.S. Appl. No. 13/846,899, filed Mar. 18, 2013, Dake et al.
U.S. Appl. No. 10/793,138, filed Mar. 3, 2004, Waugh et al.
U.S. Appl. No. 10/591,485, filed Nov. 7, 2007, Waugh et al.
U.S. Appl. No. 12/647,677, filed Dec. 28, 2009, Ruegg et al.
U.S. Appl. No. 12/669,705, filed Feb. 3, 2010, Stone et al.
Simpson, L. "Identification of the Major Steps in Botulinum Toxin Action," Annu. Rev. Pharmacol. Toxicol. 2004. 44:167-93.
Revance Therapeutics, Inc., Communication Pursuant to Article 94(3) EPC for European Patent Application No. 09837072.9, dated Nov. 24, 2014, 7 pages.
Madison, K. "Barrier Function of the Skin: 'La Raison d'Être' of the Epidermis" Journal of Investigative Dermatology, 2003, 121, 231-241.
Revance Therapeutics, Inc., First Examination Report for IN 5331/CHENP/2011 dated Jul. 25, 2017, 5 pages.

* cited by examiner

*Primary Examiner* — Gary B Nickol
*Assistant Examiner* — Lakia J Jackson-Tongue
(74) *Attorney, Agent, or Firm* — Kenneth H. Sonnenfeld; Nicole Fortune; King & Spalding LLP

(57) **ABSTRACT**

This invention provides novel injectable compositions comprising botulinum toxin that may be administered to a subject for various therapeutic, aesthetic and/or cosmetic purposes. The injectable compositions contemplated by the invention exhibit one or more advantages over conventional botulinum toxin formulations, including reduced antigenicity, a reduced tendency to undergo unwanted localized diffusion following injection, increased duration of clinical efficacy or enhanced potency relative, faster onset of clinical efficacy, and/or improved stability.

**49 Claims, 3 Drawing Sheets**

TRIAL EXHIBIT
DTX-521
C.A. No. 21-1411-RGA-LDH

DTX-521.0001

formulations, such as BOTOX® or MYOBLOC®. For instance, in certain embodiments, the compositions may exhibit one or more advantages over conventional injectable botulinum formulations, including reduced antigenicity, a reduced tendency to undergo diffusion into surrounding tissue following injection, increased duration of clinical efficacy or enhanced potency relative to conventional botulinum toxin formulations, faster onset of clinical efficacy, and/or improved stability.

DTX-521.0006 at 4:31-39

# Dr. Ruegg Has Patents on DAXXIFY®

REVANCE®



Dr. Ruegg



US009956435B2

(12) **United States Patent**
**Ruegg et al.**

(10) **Patent No.:** **US 9,956,435 B2**
(45) **Date of Patent:** **May 1, 2018**

(54) **INJECTABLE BOTULINUM TOXIN FORMULATIONS**

(75) Inventors: **Curtis L. Ruegg**, Redwood City, CA (US); **Hongran Fan Stone**, Menlo Park, CA (US); **Jacob M. Waugh**, San Francisco, CA (US)

(73) Assignee: **REVANCE THERAPEUTICS, INC.**, Newark, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 736 days.

(21) Appl. No.: **13/141,935**

(22) PCT Filed: **Dec. 28, 2009**

(86) PCT No.: **PCT/US2009/069576**
§ 371 (c)(1), (2), (4) Date: **Jul. 19, 2011**

(87) PCT Pub. No.: **WO2010/078242**
PCT Pub. Date: **Jul. 8, 2010**

(65) **Prior Publication Data**
US 2011/0268765 A1 Nov. 3, 2011

**Related U.S. Application Data**

(60) Provisional application No. 61/142,063, filed on Dec. 31, 2008.

(51) **Int. Cl.**
***A61Q 19/08*** (2006.01)
***A61K 8/64*** (2006.01)

(52) **U.S. Cl.**
CPC ................ ***A61Q 19/08*** (2013.01); ***A61K 8/64*** (2013.01); *A61K 2800/592* (2013.01); *A61K 2800/91* (2013.01)

(58) **Field of Classification Search**
CPC ................ A61K 8/64; A61K 2800/592; A61K 2800/91; A61Q 19/08
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,544,548 | B1 | 4/2003 | Siller-Jackson et al. | |
| 6,844,324 | B1 | 1/2005 | Zhang et al. | |
| 8,623,811 | B2 * | 1/2014 | Stone et al. | 514/1.1 |
| 2003/0147921 | A1 | 8/2003 | Goodnough et al. | |
| 2004/0220100 | A1 * | 11/2004 | Waugh et al. | 514/12 |
| 2005/0196414 | A1 | 9/2005 | Dake et al. | |
| 2006/0182767 | A1 | 8/2006 | Borodic | |
| 2006/0210614 | A1 | 9/2006 | Quay et al. | |
| 2008/0107690 | A1 | 5/2008 | Dake et al. | |
| 2010/0196445 | A1 * | 8/2010 | David et al. | 424/443 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 1946431 | 4/2007 |
| CN | 101228187 | 7/2008 |
| WO | WO 02/07773 | 1/2002 |
| WO | WO 2005/084410 A2 * | 9/2005 |
| WO | WO 2006/094193 | 9/2006 |
| WO | WO 2006/094263 | 9/2006 |
| WO | WO 2008/082889 | 7/2008 |

OTHER PUBLICATIONS

Bowie et al. (Science, 1990, 257:1306-1310).*
Calnan et al., Genes and Development, 1991; 5: 201-210.*
Brooks et al., "Tat Peptide-mediated Cellular Delivery: Back to Basics," Advanced Drug Delivery Reviews, 57, pp. 559-577, 2005.
U.S. Appl. No. 09/910,432, filed Jul. 20, 2001, Waugh et al., now U.S. Pat. No. 7,807,780, Oct. 5, 2010.
U.S. Appl. No. 12/897,188, filed Oct. 4, 2010, Waugh et al.
U.S. Appl. No. 11/073,307, filed Mar. 3, 2005, Dake et al., now U.S. Pat. No. 8,092,788, Jan. 10, 2012.
U.S. Appl. No. 10/591,486, filed Jun. 18, 2007, Dake et al.
U.S. Appl. No. 10/591,732, filed Sep. 26, 2007, Dake et al., now U.S. Pat. No. 8,398,997, Mar. 19, 2013.
U.S. Appl. No. 11/072,026, filed Mar. 3, 2005, Dake et al., now U.S. Pat. No. 8,404,249, Mar. 26, 2013.
U.S. Appl. No. 13/846,899, filed Mar. 18, 2013, Dake et al.
U.S. Appl. No. 10/793,138, filed Mar. 3, 2004, Waugh et al.
U.S. Appl. No. 10/591,485, filed Nov. 7, 2007, Waugh et al.
U.S. Appl. No. 12/647,677, filed Dec. 28, 2009, Ruegg et al.
U.S. Appl. No. 12/669,705, filed Feb. 3, 2010, Stone et al.
Simpson, L. "Identification of the Major Steps in Botulinum Toxin Action," Annu. Rev. Pharmacol. Toxicol. 2004. 44:167-93.
Revance Therapeutics, Inc., Communication Pursuant to Article 94(3) EPC for European Patent Application No. 09837072.9, dated Nov. 24, 2014, 7 pages.
Madison, K. "Barrier Function of the Skin: 'La Raison d'Être' of the Epidermis" Journal of Investigative Dermatology, 2003, 121, 231-241.
Revance Therapeutics, Inc., First Examination Report for IN 5331/CHENP/2011 dated Jul. 25, 2017, 5 pages.

* cited by examiner

*Primary Examiner* — Gary B Nickol
*Assistant Examiner* — Lakia J Jackson-Tongue
(74) *Attorney, Agent, or Firm* — Kenneth H. Sonnenfeld; Nicole Fortune; King & Spalding LLP

(57) **ABSTRACT**

This invention provides novel injectable compositions comprising botulinum toxin that may be administered to a subject for various therapeutic, aesthetic and/or cosmetic purposes. The injectable compositions contemplated by the invention exhibit one or more advantages over conventional botulinum toxin formulations, including reduced antigenicity, a reduced tendency to undergo unwanted localized diffusion following injection, increased duration of clinical efficacy or enhanced potency relative, faster onset of clinical efficacy, and/or improved stability.

**49 Claims, 3 Drawing Sheets**

TRIAL EXHIBIT
DTX-521
C.A. No. 21-1411-RGA-LDH

DTX-521.0001

However, while all three botulinum toxin formulations exhibit paralysis-causing diffusion following lateral-to-midline injection, the degree of paralysis in test animals injected with RT003 is less, on average, than the degree of paralysis observed for the RTT150 and BOTOX® formulations during the timescale of the experiment. Thus, the DAS assay data corresponding to lateral-to-midline injection is qualitatively similar to that for midline injection in that it shows a decreased tendency for local diffusion of botulinum toxin for the RT003 formulation, as compared to RTT150 and BOTOX®.

DTX-521.0013 at 17:30-40

# Dr. Ruegg Has Patents on DAXXIFY®

REVANCE®



Dr. Ruegg



United States Patent
Ruegg et al.

INJECTABLE BOTULINUM TOXIN FORMULATIONS

Figure 1




DTX-521.0002 (annotated)

# Dr. Broide Tried to Test DAXXIFY®



**Allergan, Inc.**

- **What he did:** Tested a "mock or "fake" DAXXIFY®
- **When:** 2020
- **What he wants you to conclude:** the peptide does not increase duration

Figure 4–4 Plot of Mean DAS AUC Values From Duration Plots in Figure 4–3 for Mice Receiving IM Administration of BoNT/A Formulations +/- CPP




Comparison of mean durability-of-response AUC values for three test formulations +/- CPP versus a BSA control formulation. Mean DAS AUC values were not significantly different between x and y (p=0.0.371) or x and z (p=0.300). *The BSA control group mean peak DAS was significantly different from the20-mM histidine, 2% trehalose, CPP without Tween-20 group (p<0.001; one-way ANOVA, Holm-Sidak post hoc analysis); (p<0.001, Student's t-test and Welch's t-tests). AUC (area under the curve); CPP (cell-penetrating peptide); BSA (bovine serum albumin); sal (saline); his (histidine); treh (trehalose); Tw20 (Tween20).

JTX-202.0010; Tr. at 715:4-6; 183:3-5, 195:22-24.

# But Dr. Broide Tested the Wrong Thing



Allergan, Inc.

## Dr. Broide's "mock" or "fake" DAXXIFY® had:

- The **wrong** amount of trehalose
- The **wrong** amount of polysorbate 20
- The **wrong** ratio of polysorbate 20:peptide
- The **wrong** amount of histidine
- The **wrong** pH

Figure 4–4 Plot of Mean DAS AUC Values From Duration Plots in Figure 4–3 for Mice Receiving IM Administration of BoNT/A Formulations +/- CPP




Comparison of mean durability-of-response AUC values for three test formulations +/- CPP versus a BSA control formulation. Mean DAS AUC values were not significantly different between x and y (p=0.0.371) or x and z (p=0.300). *The BSA control group mean peak DAS was significantly different from the20-mM histidine, 2% trehalose, CPP without Tween-20 group (p<0.001; one-way ANOVA, Holm-Sidak post hoc analysis); (p<0.001, Student's t-test and Welch's t-tests). AUC (area under the curve); CPP (cell-penetrating peptide); BSA (bovine serum albumin); sal (saline); his (histidine); treh (trehalose); Tw20 (Tween20).

JTX-202.0010; Tr. at 715:4-6, 716:18-21, 197:7-9, 718:11-15, 718:17-22, 718:23-719:1

# Duration

## REVANCE®

Dr. Ruegg





Patents DAXXIFY® with peptide

DTX-520

Dr. Ruegg





Less diffusion and **longer duration** with peptide

DTX-521

Dr. Ruegg and Dr. Ramsey





Less diffusion and **longer duration** with peptide

JTX-121

Dr. Ramsey





**Longer duration** with peptide

DTX-309

## Allergan, Inc.

Dr. Schöneich





**’878 Patent**

JTX-001

- No mention of duration in the patent
- No credible evidence of duration
- Tested irrelevant products

# Invalidity of Allergan, Inc.'s Patents

# Patents at Issue

## ’748 Patent
Claim 8

US011203748B2
(12) United States Patent
Ton et al.
(10) Patent No.: US 11,203,748 B2
(45) Date of Patent: *Dec. 21, 2021

**PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN**

EXPIRES:
**JULY 13, 2029**

Invalid

JTX-004.0001

JTX-004

## ’740 Patent
Claim 8

US007354740B2
(12) United States Patent
Xiang et al.
(10) Patent No.: US 7,354,740 B2
(45) Date of Patent: *Apr. 8, 2008

**ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN**

EXPIRED:
**DEC 19, 2023**

Invalid

JTX-003.0001

JTX-003

## ’878 Patent
Claim 6

US011147878B2
(12) United States Patent
Hunt
(10) Patent No.: US 11,147,878 B2
(45) Date of Patent: *Oct. 19, 2021

**ANIMAL PROTEIN FREE PHARMACEUTICAL COMPOSITIONS**

EXPIRES:
**SEP 21, 2026**

Invalid

JTX-001.0001

JTX-001

**Manufacturing Patents**

**Formulation Patent**

# Patents at Issue

## ’748 Patent
Claim 8

US011203748B2

(12) United States Patent
Ton et al.

(10) Patent No.: US 11,203,748 B2
(45) Date of Patent: *Dec. 21, 2021

**PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN**

EXPIRES:
**JULY 13, 2029**

Invalid

JTX-004.0001

JTX-004

## ’740 Patent
Claim 8

US007354740B2

(12) United States Patent
Xiang et al.

(10) Patent No.: US 7,354,740 B2
(45) Date of Patent: *Apr. 8, 2008

**ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN**

EXPIRED:
**DEC 19, 2023**

Invalid

JTX-003.0001

JTX-003

## ’878 Patent
Claim 6

US011147878B2

(12) United States Patent
Hunt

(10) Patent No.: US 11,147,878 B2
(45) Date of Patent: *Oct. 19, 2021

**ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS**

EXPIRES:
**SEP 21, 2026**

Invalid

JTX-001.0001

JTX-001

**Manufacturing Patents**

**Formulation Patent**

# Michael Goodnough, Ph.D.



REVANCE®

Object Pharma

FDA U.S. FOOD & DRUG ADMINISTRATION

Metabiologics

THE UNIVERSITY of WISCONSIN MADISON

## Professional and Educational Background:

### EXPERIENCE

2019 – Present Object Pharma, Executive Vice President

1999 – 2019 Metabiologics, Co-Founder

### EDUCATION

1994 University of Wisconsin-Madison
**Ph.D., Food Microbiology**

1991 University of Wisconsin-Madison
**Master of Science (M.S.), Food Microbiology**

1986 University of Wisconsin-Madison
**Bachelor of Science (B.S.), Bacteriology and Genetics**

# Chromatography Has Been Used for Decades

| 1984 | 1998 | 1999 | 2000 | JUL 13, 2009 |
|---|---|---|---|---|
| DasGupta | Johnson | Gessler | Malizio | ’748 Patent |




JTX-111




DTX-207




DTX-192




DTX-196




JTX-004

Tr. at 806:9-821:24

REVANCE®

# Claim 8 of the '748 Patent Is Obvious



Dr. Goodnough



US011203748B2

(12) United States Patent
Ton et al.

(10) Patent No.: US 11,203,748 B2
(45) Date of Patent: *Dec. 21, 2021

(54) PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN

(71) Applicant: **Allergan, Inc.**, Irvine, CA (US)

(72) Inventors: **Jennifer L. Ton**, Irvine, CA (US); **Hemant A. Patel**, Rancho Santa Margarita, CA (US); **Ronald C. Bates**, Irvine, CA (US); **Wajdie M. Ahmad**, Westminster, CA (US)

(73) Assignee: **Allergan, Inc.**, Irvine, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **17/340,720**

(22) Filed: **Jun. 7, 2021**

(65) **Prior Publication Data**

US 2021/0292727 A1 Sep. 23, 2021

**Related U.S. Application Data**

(60) Continuation of application No. 16/673,444, filed on Nov. 4, 2019, now Pat. No. 11,124,786, which is a continuation of application No. 15/664,456, filed on Jul. 31, 2017, now Pat. No. 10,465,178, which is a division of application No. 14/961,327, filed on Dec. 7, 2015, now Pat. No. 9,719,076, which is a division of application No. 14/561,402, filed on Dec. 5, 2014, now Pat. No. 9,206,409, which is a continuation of application No. 13/407,662, filed on Feb. 28, 2012, now Pat. No. 8,932,827, which is a continuation of application No. 13/344,399, filed on Jan. 5, 2012, now Pat. No. 8,927,229, which is a continuation of application No. 12/502,181, filed on Jul. 13, 2009, now Pat. No. 8,129,139.

(51) **Int. Cl.**
*C12P 1/00* (2006.01)
*C12N 9/52* (2006.01)
*C07K 14/33* (2006.01)
*C07K 1/18* (2006.01)
*C12N 1/20* (2006.01)
*C12P 21/02* (2006.01)
*B01D 15/36* (2006.01)
*C12R 1/145* (2006.01)

(52) **U.S. Cl.**
CPC ............ ***C12N 9/52*** (2013.01); ***B01D 15/361*** (2013.01); ***B01D 15/362*** (2013.01); ***B01D 15/363*** (2013.01); ***C07K 1/18*** (2013.01); ***C07K 14/33*** (2013.01); ***C12N 1/20*** (2013.01); ***C12P 21/02*** (2013.01); *C12R 2001/145* (2021.05); *C12Y 304/24069* (2013.01)

(58) **Field of Classification Search**
CPC .................................................. C12N 9/52
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,401,683 | A | 8/1983 | Thompson |
| 5,565,330 | A | 10/1996 | Atkinson et al. |
| 5,962,637 | A | 10/1999 | Shone et al. |
| 6,043,042 | A | 3/2000 | Shone et al. |
| 6,337,386 | B1 | 1/2002 | Shone et al. |
| 6,444,209 | B1 | 9/2002 | Johnson et al. |
| 6,558,926 | B1 | 5/2003 | Demain et al. |
| 6,818,409 | B2 | 11/2004 | Oguma |
| 7,148,041 | B2 | 12/2006 | Donovan |
| 7,160,699 | B2 | 1/2007 | Wang et al. |
| 7,183,066 | B2 | 2/2007 | Fernandez-Salas et al. |
| 7,189,541 | B2 | 3/2007 | Donovan |
| 7,208,285 | B2 | 4/2007 | Steward et al. |
| 7,332,567 | B2 | 2/2008 | Steward et al. |
| 7,354,470 | B2 | 4/2008 | Condrad |
| 7,354,740 | B2 | 4/2008 | Xiang et al. |
| 7,399,607 | B2 | 7/2008 | Will |
| 7,445,914 | B2 | 11/2008 | Don |
| 7,452,697 | B2 | 11/2008 | Luo |
| 7,560,251 | B2 | 7/2009 | Wan |
| 7,598,027 | B2 | 10/2009 | Fern |
| 7,645,570 | B2 | 1/2010 | Fern |
| 7,846,722 | B2 | 12/2010 | Will |
| 8,008,044 | B2 | 8/2011 | Don |
| 8,012,716 | B2 | 9/2011 | Don |
| 8,124,357 | B2 | 2/2012 | Fern |
| 8,129,139 | B2 | 3/2012 | Ton |
| 8,324,349 | B2 | 12/2012 | Ton |
| 8,357,541 | B2 | 1/2013 | Ton |
| 8,409,828 | B2 | 4/2013 | Xiang et al. |
| 8,841,110 | B2 | 9/2014 | Xiang et al. |
| 8,927,229 | B2 | 1/2015 | Ton et al. |
| 8,932,827 | B2 | 1/2015 | Ton et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1081159 | A1 | 3/2001 |
| JP | 2002/501387 | A | 1/2002 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 12/098,896, filed Apr. 2, 2013, Xiang et al.
Aktories et al., "Modification of Actin and Rho Proteins by Clostridial ADP-Ribosylating Toxins," Bacterial Toxins and Virulence Factors in Disease, Handbook of Natural Toxins vol. 8, 491-520 (1995).
Amersdorfer et al., "Molecular Characterization of Murine Humoral Immune Response to Botulinum Neurotoxin Type A Binding Domain as Assessed by Using Phage Antibody Libraries", Infect. Immun., 65(9): 3743-3752 (1997).
Anellis et al., "Comparative Resistance of Strains of Clostridium botulinum to Gamma Rays," 10(4): 326-330 (1962).
Aoki, "Botulinum neurotoxin serotypes A and B preparations have different safety margins in preclinical models of muscle weakening efficacy and systemic safety," Toxicon, 40: 923-928 (2002).

(Continued)

*Primary Examiner* — Albert M Navarro
(74) *Attorney, Agent, or Firm* — Foley Hoag LLP

(57) **ABSTRACT**

Rapid, animal protein free, chromatographic processes and systems for obtaining high potency, high yield botulinum neurotoxin for research, therapeutic and cosmetic use.

**14 Claims, 1 Drawing Sheet**

JTX-004

**Animal Product Free (APF)**

**Chromatography Steps**

**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

(a) contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

(b) eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

(c) contacting the first eluate with a buffer;

(d) further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

(e) eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

(f) recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

REVANCE®

# There Is Nothing New Here



Dr. Goodnough

## Malizio (2000)




**Chromatography Steps**

DTX-196

+

## Xiang (2005)



US 20050238669A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2005/0238669 A1
Xiang et al. (43) Pub. Date: Oct. 27, 2005

(54) ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN

(75) Inventors: Hui Xiang, Irvine, CA (US); Mingjiang Luo, Newport Beach, CA (US); Ping Wang, Irvine, CA (US); Stephen Donovan, Capistrano Beach, CA (US)

Correspondence Address:
Stephen Donovan
Allergan, Inc.
2525 Dupont Circle
Irvine, CA 92612 (US)

(73) Assignee: ALLERGAN, INC., Irvine, CA

(21) Appl. No.: 11/072,673

(22) Filed: Mar. 3, 2005

Related U.S. Application Data

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003.

Publication Classification

(51) Int. Cl.[7] .......... A61K 39/08; C07K 14/33
(52) U.S. Cl. .......... 424/239.1; 530/350

(57) ABSTRACT

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

Joint Trial Exhibit JTX-113
EXHIBIT
REV_DAX-02172826
JTX-113.0001

**Animal Product Free (APF)**

JTX-113

=

**1.** A substantially animal product free (APF) process utilizing chromatography for purifying *Clostridium botulinum* toxin serotype A (BoNT/A) in a sample comprising approximately 150 kDa BoNT/A and at least one impurity protein, the process comprising:

(a) contacting the sample with an anion exchange chromatography (AEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the AEX media;

(b) eluting the bound approximately 150 kDa BoNT/A to provide a first eluate;

(c) contacting the first eluate with a buffer;

(d) further contacting the first eluate with a cation exchange chromatography (CEX) media under conditions whereby the approximately 150 kDa BoNT/A is bound to the CEX media;

(e) eluting the bound approximately 150 kDa BoNT/A to provide a second eluate; and

(f) recovering a composition comprising purified approximately 150 kDa BoNT/A;

wherein the composition is essentially free of 900 kDa BoNT/A.

**8.** The process according to claim **1**, wherein the purified approximately 150 kDa BoNT/A comprises no more than one part residual nucleic acid per million parts of the botulinum neurotoxin.

REVANCE®

# Reasons to Make Malizio's Process APF



Dr. Goodnough

- Eliminates risk of disease
- People did not want to use animal proteins
- Regulatory guidelines to go APF
- Easy substitution, expect success

Tr. at 241:5-15 (Xiang); 789:6-793:16, 828:15-829:16 (Goodnough); 442:1-8 (Schoneich); 311:2-312:12, 323:22-324:25 (Hunt); JTX-13.0005; JTX-112.0016; JTX-113.0010; JTX-113.0020

REVANCE®

# ’748 Patent Nearly Identical to Dr. Goodnough’s Process



Dr. Goodnough

## Prior Art: Johnson (2005)



Type A neurotoxin is purified from the associated non-toxic proteins of the complex by a modification of the method of Tse et al. (1982) Goodnough, M.C., 1994, Thesis, UW, Wis.).

Toxin complex is recovered from the DEAE-Sephadex A 50 (Sigma Chemical Co., St Louis, Mo.), pH 5.5. column and is precipitated by addition of 39 g of solid ammonium sulfite/100 ml. The precipitated toxin complex is collected by centrifugation, dialyzed against 25 mM sodium phosphate, pH 7.9, and applied to a DEAE-Sephadex A50 column equilibrated with the same buffer.

Toxin is separated from the non-toxic proteins of the complex and eluted from the column with a linear 0-0.5M sodium chloride gradient. Partially purified neurotoxin is recovered from the DEAE-Sephadex A50 column at pH 7.9 and dialyzed against 25 mM sodium phosphate, pH 7.0. The dialyzed toxin is applied to SP-Sephadex C50 (Sigma Chemical Co.) in 25 mM sodium phosphate, pH 7.0. Contaminating material does not bind to the column under these conditions.

The neurotoxin is eluted with a linear 0-0.25M sodium chloride gradient.

DTX-207.0003

Allergan, Inc.

## ’748 Patent (2009)




In one method of purifying the about 150 kDa neurotoxic component from the associated non-toxic proteins (e.g. HAs, NTNH), type A neurotoxin is purified from the associated non-toxic proteins of the complex by a modification of the method of Tse et al. (1982) (Goodnough, M. C., 1994, Thesis, UW, Wis.).

Botulinum neurotoxin complex obtained by our IAPF process (which utilizes either the 2-column anion-cation or 3-column anion-cation-HIC steps, as discussed above) is recovered from an DEAE-Sephadex A 50 (Sigma Chemical Co., St. Louis, Mo.), pH 5.5, column and is precipitated by addition of 39 g of solid ammonium sulfate/100 mL. The precipitated toxin complex is collected by centrifugation, dialyzed against 25 mM sodium phosphate, pH 7.9, and applied to a DEAE-Sephadex A50 column equilibrated with the same buffer.

The neurotoxic component is separated from the non-toxic proteins of the complex and eluted from the column with a linear 0-0.5 M sodium chloride gradient. Partially purified neurotoxin component is recovered from the DEAE-Sephadex A50 column at pH 7.9 and dialyzed against 25 mM sodium phosphate, pH 7.0. The dialyzed toxin is applied to SP-Sephadex C50 (Sigma Chemical Co.) in 25 mM sodium phosphate, pH 7.0. Contaminating material does not bind to the column under these conditions.

The pure neurotoxin (the about 150 kDa component) is eluted with a linear 0-0.25 M sodium chloride gradient.

JTX-004.0027-.0028

Tr. at 414:23-420:9, 812:25-814:21

# Distraction: Revance Did Not Copy

(10) **Patent No.:** **US 9,469,849 B2**
(45) **Date of Patent:** **Oct. 18, 2016**

Applicant: **Revance Therapeutics, Inc.**, Newark, CA (US)

Inventor: **Curtis L. Ruegg**, Redwood City, CA (US)

A more recent approach involves the use of hydrophobic interaction chromatography, mixed mode, and/or ion exchange chromatography to purify a *botulinum* toxin as a complex. See, e.g., U.S. Pat. Nos. 7,452,697 and 7,354,740, which are hereby incorporated by reference.

JTX-117 at 696:2-699:12

The bulk botulinum neurotoxin complex obtained by our IAPF process, can be compounded in numerous ways. Exemplary patents that disclose various formulations of botulinum toxins, such as U.S. Pat. No. 6,087,327 (discloses a composition of botulinum toxin types A and B formulated with gelatin); U.S. Pat. No. 5,512,547 (Johnson et al) entitled "Pharmaceutical Composition of Botulinum Neurotoxin and Method of Preparation" issued Apr. 30, 1996 and claims a pure botulinum type A formulation comprising albumin and trehalose, storage stable at 37° C.; U.S. Pat. No. 5,756,468 (Johnson et al) issued May 26, 1998 ("Pharmaceutical Compositions of Botulinum Toxin or Botulinum Neurotoxin and Method of Preparation"), and claims a lyophilized botulinum toxin formulation comprising a thioalkyl, albumin and trehalose which can be stored between 25° C. and 42° C.; U.S. Pat. No. 5,696,077 (Johnson et al) entitled "Pharmaceutical Composition Containing Botulinum B Complex" issued Dec. 9, 1997 and claims a freeze dried, sodium chloride-free botulinum type B complex formation comprising a type B complex and a protein excipient; and U.S. patent application publication number 2003/0118598 (Hunt) discloses uses of various excipients such as a recombinant albumin, collagen or a starch to stabilize a botulinum toxin (all of these published U.S. patent applications or U.S. patents are hereby incorporated by reference in their entirety), all provide examples of various useful formulations/excipients that may be used to compound the bulk botulinum neurotoxin provided by our IAPF process and provide a pharmaceutical composition.

# Allergan is Wrong: Everyone is Going APF

## Dr. Gessler said no reason to go APF

- But, every other witness says go APF

**NO FDA Experience**



Dr. Frank Gessler

**VS**

**FDA Experience**

REVANCE®



Dr. Goodnough

**Allergan, Inc.**



Mr. Hunt



Dr. Bates



Ms. Ton



Dr. Xiang

Tr. at 241:5-15 (Xiang); 789:6-793:16, 828:15-829:16; 929:21-931:13 (Goodnough); 442:1-8 (Schoneich); 311:2-312:12, 323:22-324:25 (Hunt); JTX-13.0005; JTX-112.0016; JTX-113.0010; JTX-113.0020

REVANCE

# Allergan Is Wrong: 1 ppm Is Not New



Dr. Goodnough

## Dr. Gessler said less than 1 ppm is not obvious

- But, Malizio says to remove nucleic acids
- Bates article says nucleic acids are impurities and should be removed
- All tests show less than 1 ppm
- Dr. Bates did not recall ever getting more than 1 ppm
- Ms. Ton says 1 ppm is outcome of process
- Xiang's document says that anion chromatography leaves 0% DNA
- Xiang's patent application says APF chromatography leaves less than 1 ppm DNA

Tr. at 409:10-17, 412:17-24 (Bates); 767:2-770:25 (Monnig); 773:12-17 (Ton); 245:11-246:21 (Xiang); 832:9-838:12 (Goodnough); 1121:6-1122:10 (Gessler); DTX-196.0005, JTX-60.0002; JTX-17.0005, 13, 16, 22; DTX-285.0006; DTX-20.0009; JTX-113.0029

# Allergan Is Wrong: Everyone Using Anion Chromatography

## Dr. Gessler said people would have been discouraged from using anion chromatography

- But, Dr. Gessler admitted that he himself was not discouraged
- Dr. Goodnough was not discouraged
- Decades of use of anion chromatography

**Allergan, Inc.**



Dr. Gessler

REVANCE®



Dr. Goodnough




JTX-111

DTX-207

DTX-192

DTX-196

Tr. at 807:15-824:21, 843:15-744:13 (Goodnough); 1119:7-1121:5 (Gessler); DTX-192.0003; DTX-111.0003; DTX-207.0003; DTX-196.0006-.0007

# Distraction: Revance's Patent Completely Different



PTO/SB/08a
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

Substitute for form 1449A/PTO

INFORMATION DISCLOSURE STATEMENT BY APPLICANT

(Use as many sheets as necessary)

Sheet 1 of 3

| Complete If Known | |
|---|---|
| Application Number | TBA |
| Filing Date | December 2, 2019 |
| First Named Inventor | Curtis L. RUEGG |
| Art Unit | TBA |
| Examiner Name | TBA |
| Attorney Docket Number | 13720.105137US5 |

U.S. PATENT DOCUMENTS

| Examiner Initials* | Cite No.[1] | Document Number: Number - Kind Code[2] (if known) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|
| | | 3184394 | 05-18-1965 | Schmidtberger et al. | |
| | | 5512547 | 04-30-1996 | Johnson et al. | |
| | | 6818409 B2 | 11-16-2004 | Oguma | |
| | | 6994859 B1 | 02-07-2006 | Singh et al. | |
| | | 7193066 B1 | 03-20-2007 | Chaddock et al. | |
| | | 7211261 B1 | 05-01-2007 | Moyer et al. | |
| | | 7214787 B1 | 05-08-2007 | Smith et al. | |
| | | 7354740 B2 | 04-08-2008 | Xiang et al. | |
| | | 7452697 B2 | 11-18-2008 | Luo et al. | |
| | | 7927836 | 04-19-2011 | Doelle et al. | |
| | | 7964199 B1 | 06-21-2011 | Bigalke et al. | |
| | | 8129139 B2 | 03-06-2012 | Ton et al. | |
| | | 8324349 B2 | 12-04-2012 | Ton et al. | |
| | | 8357541 B2 | 01-22-2013 | Ton et al. | |
| | | 8398998 | 03-19-2013 | Bigalke et al. | |
| | | 8409828 B2 | 04-02-2013 | Xiang et al. | |
| | | 8927229 | 01-06-2015 | Ton et al. | |
| | | 8932827 B2 | 01-13-2015 | Ton et al. | |
| | | 9206409 B2 | 12-08-2015 | Ton et al. | |
| | | 20030008367 A1 | 01-09-2003 | Oguma | |
| | | 20040259197 A1 | 12-23-2004 | Suppmann et al. | |
| | | 20050238669 A1 | 10-27-2005 | Xiang et al. | |
| | | 20060228780 A1 | 10-12-2006 | Luo et al. | |
| | | 20070026019 A1 | 02-01-2007 | Hunt | |
| | | 20070037257 A1 | 02-15-2007 | Smith et al. | |
| | | 20070154880 A1 | 07-05-2007 | Ella et al. | |
| | | 20090123497 A1 | 05-14-2009 | Luo et al. | |
| | | 20090124790 A1 | 05-14-2009 | Luo et al | |
| | | 20110008843 A1 | 01-13-2011 | Ton et al. | |
| | | 20110171226 A1 | 07-14-2011 | Johnson et al. | |
| | | 20110206729 A1 | 08-25-2011 | Akiyoshi et al. | |
| | | 20120245324 A1 | 09-27-2012 | Ton et al. | |
| | | 20130171716 A1 | 07-04-2013 | Xiang et al. | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

DMSLIBRARY01\35814511.v1

C.A. No. 21-1411-RGA-LDH
Paintiffs' Trial Exhibit
PTX-433

EXHIBIT
Gachoush
18
5/31/24

ALGN-1846935

PTX-433.0001

PTX-433

## Allergan brought up Revance's attorney saying Luo teaches away

But,

- Different patent
- Different claims
- Different reference point
- Different examiner
- Different setting

# Patents at Issue

## ’748 Patent
Claim 8

PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN

EXPIRES: JULY 13, 2029

Invalid

JTX-004.0001

JTX-004

## ’740 Patent
Claim 8

United States Patent Xiang et al. — Patent No.: US 7,354,740 B2 — Date of Patent: *Apr. 8, 2008

ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN

EXPIRED: DEC 19, 2023

Invalid

JTX-003.0001

JTX-003

## ’878 Patent
Claim 6

ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS

EXPIRES: SEP 21, 2026

Invalid

JTX-001.0001

JTX-001

**Manufacturing Patents**

**Formulation Patent**

# Chromatography Has Been Used for Decades

| 1984 | 1998 | 1999 | 2000 | 2003 |
|---|---|---|---|---|
| DasGupta | Johnson | Gessler | Malizio | ’740 Patent |




JTX-111




DTX-207




DTX-192




DTX-196




JTX-003

REVANCE®

# Claim 8 of the '740 Patent Is Obvious



Dr. Goodnough

**Animal Product Free (APF)**



US007354740B2

(12) United States Patent
Xiang et al.

(10) Patent No.: US 7,354,740 B2
(45) Date of Patent: *Apr. 8, 2008

(54) ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A *BOTULINUM* TOXIN

(75) Inventors: Hui Xiang, Irvine, CA (US); Mingjiang Luo, Newport Beach, CA (US); Ping Wang, Irvine, CA (US); Stephen Donovan, Capistrano Beach, CA (US)

(73) Assignee: Allergan, Inc., Irvine, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 85 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: 11/072,673

(22) Filed: Mar. 3, 2005

(65) Prior Publication Data

US 2005/0238669 A1 Oct. 27, 2005

Related U.S. Application Data

(63) Continuation-in-part of application No. 11/072,050, filed on Mar. 3, 2005, now Pat. No. 7,160,699, which is a continuation-in-part of application No. 10/672,876, filed on Sep. 25, 2003, now Pat. No. 7,148,041.

(51) Int. Cl.
*C12P 21/04* (2006.01)
*C12N 1/00* (2006.01)
*C12N 1/20* (2006.01)

(52) U.S. Cl. ............... 435/71.1; 435/252.7; 435/253.6; 424/842; 424/236.1; 424/239.1

(58) Field of Classification Search ............... 435/71.1, 435/252.7, 253.6; 424/842, 236.1, 239.1
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,558,926 | B1 | 5/2003 | Demain et al. | |
| 2003/0008367 | A1 | 1/2003 | Oguma | 435/184 |
| 2003/0118598 | A1 | 6/2003 | Hunt | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO 94/09115 | 10/1993 |
| WO | WO 96/05222 | 6/1995 |
| WO | WO 98/54296 | 5/1998 |
| WO | WO 01/05997 A2 | 7/2000 |
| WO | WO 01/05997 A3 | 7/2000 |
| WO | WO 01-36655 | 10/2000 |
| WO | WO 01/58472 | 2/2001 |

OTHER PUBLICATIONS

Coligan, et al., *Current protocols in protein science, Front Matter*, Aug. 2003.
Lungdahl, L.G., et al., Working with anaerobic bacteria, *Manual of Industrial Microbiology and Biotechnology*, Chp. 8, 1986, pp. 84-96.
Mueller, J.H., et al., Variable factors influencing the product of tetanus toxin, *J. Bacteriol*, 1954; 67:271-7.
Ozutsumi, K., et al., Rapid, simplified method for production and purification of tetanus toxin, *Applied and Environmental Microbiology*, Apr. 1985, vol. 49, No. 4, pp. 939-943.
Chp. 1, pp. 1-88, Strategies of Protein Purification and Characterization, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed, Chp. 21, pp. 1-282.
Chp. 21, pp. 1-282, Peptidases, *Current Protocols in Protein Science, Front Matter*, (2003) John E. Coligan, et al., Ed.
Heenan, C. N., et al., Lebensm.-Wiss. U.-Technol. 35 (2002), pp. 171-176.
Miwa, Norinaga, et al., International Journal of Food Microbiology, 49 (1999), pp. 103-106.
Mueller, J. H., et al., J. Bacteriology, Mar. 1954, 67(3), pp. 271-277.
Whitmer, M. E., et al., Applid and Environmental Microbiology, Mar. 1988, 54(3), pp. 753-759.
Oxoid—Product CM0149—product description, pp. 1-2, 2004.
Bedu-Addo, F., et al., *Use of Biophysical Characterization in Preformulation Developmnt of a Heavy-Chain Fragment of Botulinum Serotype B: Evaluation of Suitable Purificaiton Process Conditions*, Pharmaceutical Research, Aug. 2004, vol. 21, No. 8, pp. 1353-1361.
Byrne, M., et al., *Purification, Potency, and Efficacy of the Botulinum Neurotoxin Type A Binding Domain from Pichia Pastoris as a Recombinant Vaccine Candidate*, Infection and Immunity, Oct. 1998, vol. 66, No. 10, pp. 4817-4822.
Byrne, M., et al., *Fermentation, Purification, and Efficacy of a Recombinant Vaccine Candidate Against Botulinum Neurotoxin Type F from Pichia pastoris*, Protein Expression and Purification, 2000, 18, pp. 327-337.
Gessler, F., et al., *Production and Puri… Botulinum Type C and D Neurotoxin*, F… Medical Microbiology, 1999, vol. 24, pp. …
Gimenez, J., et al., *Simplified Purification … Botulinum Type E Toxin*, Applied and Envir… Dec. 1987, vol. 53, No. 12, pp. 2827-2830.
Johnson, S., et al., *Scale-up of the Fermenta… the Recombinant Havy Chain Fragment C o… Serotype F, Expressed in Pichia Pastoris*, … Purification, 2003, vol. 32, pp. 1-9.
Kozaki, H., et al., *Immunological Chara… Induced Fragments of Clostridium Botulin… and Interaction of the Fragments with Brain Synaptosomes*, Infection and Immunity, 1989, vol. 57, No. 9, pp. 2634-2639.
Prabakaran, S., et al., *Botulinum Neurotoxin Types B and E: Purification, Limited Proteolysis by Endoproteinase Glu-C and Pepsin, and Comparison of Their Identified Cleaved Sites Relative to the Three-Dimensional Structure of Type A Neurotoxin*, Toxicon, 2001, vol. 39, pp. 1515-1531.
Weatherly, G., et al., *Initial Purification of Recombinant Botulinum Neurotoxin Fragments for Pharmaceutical Production Using Hydrophobic Charge Induction of Chromatography*, Journal of Chromatography A, 2002, vol. 952, pp. 99-110.

(Continued)

*Primary Examiner*—Chih-Min Kam
(74) *Attorney, Agent, or Firm*—Stephen Donovan

(57) ABSTRACT

Chromatographic processes and systems for purifying a *botulinum* toxin from an APF fermentation medium.

8 Claims, 9 Drawing Sheets

ALGN-0013187

JTX-003.0002

JTX-003

**Chromatography Steps**

**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

REVANCE®

# There Is Nothing New Here



Dr. Goodnough

## Gessler (1999)


FEMS Immunology and Medical Microbiology 24 (1999) 361–367

Production and purification of *Clostridium botulinum* type C and D neurotoxin

Frank Gessler *, Helge Böhnel

Abstract



**Chromatography Steps**

DTX-192

## FDA Guidance (1999)


Guidance for Industry

Revised Precautionary Measures to Reduce the Possible Risk of Transmission of Creutzfeldt-Jakob Disease (CJD) and New Variant Creutzfeldt-Jakob Disease (nvCJD) by Blood and Blood Products

U.S. Department of Health and Human Services
Food and Drug Administration
Center for Biologics Evaluation and Research (CBER)
November 1999



**Animal Product Free (APF)**

JTX-112

## Smelt (1982)


Journal of Applied Bacteriology 1982, 52, 75–82

Growth and toxin formation by *Clostridium botulinum* at low pH values

Received 23 February 1981 and accepted 5 June 1981



DTX-202

+ + =

**6.** An APF process for purifying a biologically active *botulinum* toxin, the process comprising the steps of:

(a) obtaining a sample of a *botulinum* toxin fermentation culture, wherein the *botulinum* toxin fermentation culture results from a substantially APF process,

(b) conditioning the clarified culture for hydrophobic interaction chromatography;

(c) contacting a hydrophobic interaction chromatography column resin with the culture sample so as to permit capture of a *botulinum* toxin by the hydrophobic interaction chromatography column;

(d) washing impurities off the hydrophobic interaction chromatography column;

(e) eluting the *botulinum* toxin from the hydrophobic interaction column;

(f) conditioning the eluent from hydrophobic interaction column for ion exchange chromatography;

(g) loading an ion exchange column chromatography column resin with the conditioned eluent from the hydrophobic interaction chromatography column;

(h) washing impurities off the ion exchange chromatography column, and

(i) eluting the *botulinum* toxin from the ion exchange column, thereby obtaining a purified biologically active *botulinum* toxin through a process for purifying a *botulinum* toxin which is a substantially APF purification process.

**8.** The process of claim **6**, wherein the *botulinum* toxin is a *botulinum* toxin type A.

REVANCE

# Reasons to Make Gessler's Process APF



Dr. Goodnough

- Eliminates risk of disease
- People did not want to use animal proteins
- Regulatory guidelines to go APF
- Easy substitution, expect success

# Allergan Is Wrong: Type A Is Similar to Types C and D

REVANCE®



Dr. Goodnough

**Dr. Gessler says you can't take a process for Types C and D and use it for Type A**

- But, Type A was the only FDA-approved toxin
- People knew a lot about Type A
- Type A is very similar to Types C and D

# Patents at Issue

## ’748 Patent
Claim 8

United States Patent — Ton et al. — Patent No.: US 11,203,748 B2 — Date of Patent: *Dec. 21, 2021

PROCESS AND SYSTEM FOR OBTAINING BOTULINUM NEUROTOXIN

EXPIRES:
JULY 13, 2029

Invalid

JTX-004.0001

JTX-004

## ’740 Patent
Claim 8

United States Patent — Xiang et al. — Patent No.: US 7,354,740 B2 — Date of Patent: *Apr. 8, 2008

ANIMAL PRODUCT FREE SYSTEM AND PROCESS FOR PURIFYING A BOTULINUM TOXIN

EXPIRED:
DEC 19, 2023

Invalid

JTX-003.0001

JTX-003

Manufacturing Patents

## ’878 Patent
Claim 6

United States Patent — Hunt — Patent No.: US 11,147,878 B2 — Date of Patent: *Oct. 19, 2021

Applicant: Allergan, Inc., Irvine, CA (US)

ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS

EXPIRES:
SEP 21, 2026

Invalid

JTX-001.0001

JTX-001

Formulation Patent

REVANCE®

# '878 Patent, Claim 6



Dr. Sury

(12) United States Patent
Hunt

(54) ANIMAL PROTEIN-FREE PHARMACEUTICAL COMPOSITIONS

(71) Applicant: Allergan, Inc., Irvine, CA (US)

(72) Inventor: Terrence J. Hunt, Corona, CA (US)

(73) Assignee: Allergan, Inc., Irvine, CA (US)

(21) Appl. No.: 17/322,283

(22) Filed: May 17, 2021

(57) ABSTRACT

Animal protein-free, solid-form Clostridial toxin pharmaceutical compositions comprising a Clostridial toxin active ingredient and at least two non-protein excipients.

21 Claims, No Drawings

JTX-001

JTX-001.0001

JTX-001

**Animal Protein Free**

**Trehalose**

**Trehalose**

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of **trehalose** and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

**6.** The method of claim **1**, wherein the disaccharide is **trehalose**.

# Dr. Sury



REVANCE®

UNIVERSITY OF MINNESOTA

THE UNIVERSITY OF BRITISH COLUMBIA

## POSITIONS HELD

| | |
|---|---|
| 2024 – Present | Head, Department of Pharmaceutics |
| 1999 – Present | University of Minnesota, Professor |
| 1994 – 1998 | University of Minnesota, Director of Graduate Studies |
| 1985 – 1992 | University of Minnesota, Assistant Professor |

## EDUCATION

1985 University of British Columbia, Vancouver, Canada
**Ph.D., Pharmaceutics**

1981 University of British Columbia, Vancouver, Canada
**Master of Science (M.S.), Pharmaceutics**

1978 Indian Institute of Technology, Varanasi, India
**Master of Pharmacy (M.Pharm.), Pharmacy**

1976 Indian Institute of Technology, Varanasi, India
**Bachelor of Pharmacy (B.Pharm.), Pharmacy**

# What Is a Person of Ordinary Skill in the Art?



1. A hypothetical person aware of all prior art
2. Not a layperson
3. Has knowledge and skills in technical field

JTX-111; JTX-112; DTX-192; DTX-196; DTX-202; DTX-207; JTX-113; DTX-285

# REVANCE® Experts



**Dr. Goodnough**

Manufacturing/ purifying botulinum toxins



**Dr. Meagher**

Protein process development/ analysis



**Dr. Ramsey**

Macromolecular drug delivery, cell peptides



**Dr. Nagaich**

Regulatory affairs, FDA practice



**Dr. Sury**

Pharmaceutic formulation development, protein formulations

Tr. at 782:17-19; 713-11-13, 734:21-23, 748:1-3, 942:24-943:1

# There Is Nothing New Here

## Hunt (2003)



US 20030118598A1

(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

Correspondence Address:
STEPHEN DONOVAN
ALLERGAN, INC.
2525 Dupont Drive, T2-7H
Irvine, CA 92612 (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

Related U.S. Application Data

(63) Continuation-in-part of application No. 10/047,058, filed on Jan. 14, 2002, which is a continuation-in-part of application No. 09/500,147, filed on Feb. 8, 2000.

Publication Classification

(51) Int. Cl.[7] ..... A61K 39/00; A61K 39/38
(52) U.S. Cl. ..... 424/184.1

(57) ABSTRACT

A botulinum toxin pharmaceutical formulation free of animal derived proteins, comprising a botulinum toxin and a recombinant albumin, suitable for therapeutic administration to a human patient, and methods for treating patients with various diseases and afflictions with the formulation.

TRIAL EXHIBIT DTX-209

REV_DAX-02172651

DTX-209.0001

**Roadmap for APF Product**

DTX-209

+

## Johnson (1998)



US005756468A

United States Patent [19] [11] Patent Number: 5,756,468
Johnson et al. [45] Date of Patent: *May 26, 1998

[54] PHARMACEUTICAL COMPOSITIONS OF BOTULINUM TOXIN OR BOTULINUM NEUROTOXIN AND METHODS OF PREPARATION

[75] Inventors: Eric A. Johnson, Madison; Michael C. Goodnough, Stoughton, both of Wis.

[73] Assignee: Wisconsin Alumni Research Foundation, Madison, Wis.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,512,547.

[21] Appl. No.: 624,771

[22] Filed: Mar. 27, 1996

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 322,624, Oct. 13, 1994, Pat. No. 5,512,547.

[51] Int. Cl.[6] ..... A61K 38/00; C07K 1/00
[52] U.S. Cl. ..... 514/21; 514/2; 530/350; 530/363; 530/364; 530/825
[58] Field of Search ..... 514/21, 2; 530/350, 530/363, 364, 825

FOREIGN PATENT DOCUMENTS

0593 176A2 4/1994 European Pat. Off.
WO94/00481 1/1994 WIPO.
WO95/05842 3/1995 WIPO.

OTHER PUBLICATIONS

Goodnough et al. *Applied & Environmental Microbiology*, vol. 58, No. 10, pp. 3426–3428, 1992.

Schantz & Johnson, "Properties and Use of Botulinum Toxin and Other Microbial Neurotoxins in Medicine", Mar. 1992, pp. 80–99.

Schantz & Johnson, "Preparation and Characterization of Botulinum Toxin Type A for Human Treatment", vol. 25, pp. 41–49, 94.

Goodnough & Johnson, "Stabilization of Clostridium Botulinum Neurotoxin During Lyophilization", Applied & Environmental Microbiology, Oct. 1992, pp. 3426–3428.

*Primary Examiner*—Cecilia J. Tsang
*Assistant Examiner*—Abdel A. Mohamed
*Attorney, Agent, or Firm*—Quarles & Brady

[57] ABSTRACT

Lyophilized pharmaceutical compositions containing botulinum toxin or botulinum neurotoxin and effective amounts of trehalose and methionine have a shelf life of ...

TRIAL EXHIBIT DTX-207

REV_DAX-02172000

DTX-207.0001

**Trehalose**

DTX-207

=

## '878 Patent, Claim 6

**1.** An animal protein free method to stabilize a serotype A Clostridial botulinum neurotoxin, comprising:

(a) compounding an aqueous carrier with two or more non-animal derived non-protein excipients and a biologically active serotype A Clostridial botulinum neurotoxin to form a compounded formulation; and

(b) lyophilizing or vacuum-drying the compounded formulation to thereby provide a stable powdered formulation;

wherein:

the two or more non-animal derived non-protein excipients comprise (i) a surfactant and (ii) a disaccharide selected from the group consisting of trehalose and sucrose;

the powdered formulation retains an initial potency of at least about 50% of the theoretical maximum potency of the botulinum toxin after reconstitution with normal saline or water;

the powdered formulation has a pH from about 5 to about 7.3 after reconstitution with normal saline or water;

the powdered formulation is suitable for intramuscular or subcutaneous administration after reconstitution with normal saline or water; and

the powdered formulation is animal protein free and polysaccharide free.

**6.** The method of claim **1**, wherein the disaccharide is trehalose.

# Reasons to Add Trehalose to Hunt's Roadmap

- **Hunt's roadmap** discusses APF products that are stable when frozen
- **Johnson** says adding trehalose makes product stable at room temperature
- Shipping and storage are easier for products stable at room temperature
- Trehalose had been used for years to stabilize products expect success here too

Tr. at 952:14-955:20, 989:10-11

# Allergan Focused on Wrong Part of Hunt

## Hunt (2003)


(19) United States
(12) Patent Application Publication (10) Pub. No.: US 2003/0118598 A1
Hunt (43) Pub. Date: Jun. 26, 2003

(54) CLOSTRIDIAL TOXIN PHARMACEUTICAL COMPOSITIONS

(75) Inventor: Terrence J. Hunt, Corona, CA (US)

(73) Assignee: Allergan, Inc.

(21) Appl. No.: 10/288,738

(22) Filed: Nov. 5, 2002

(57) ABSTRACT



DTX-209.0020

[0180] A preferred polysaccharide for use in the present composition comprises a plurality of glucose monomers (mol wt 180) with one or more substituents on a majority of the glucose monomers, so that the preferred polysaccharide has a molecular weight range of between about 20 kD and about 800 kD. Surprisingly, such a polysaccharide can stabilize a neurotoxin component present in a pharmaceutical composition. The present invention excludes from its scope disaccharide oligosaccharides with a weight average molecular weight of less than about 20 kD. The present invention also excludes from its scope cyclic polymers such as the cyclodextrins.

- **Focused on only part of the sentence**
- **In a section that already has a polysaccharide (sugar)**
- **Not the right part of the publication**

REVANCE®

# Dr. Sury Points to the Right Part of Hunt



Dr. Sury

## Hunt (2003)




DTX-209.0025

TABLE 1

Botulinum Toxin (Type A Complex) Pharmaceutical Compositions

| Formu-lation | Toxin (units) | NaCl (ug) | Albumin (ug) | Octanoate (ug) | NAT (ug) | $ZnCl_2$ (ug) | P80 (ug) |
|---|---|---|---|---|---|---|---|
| A | 100 | 900 | 500 HSA | 7 | 10 | 0 | 0 |
| B | 100 | 900 | 500 r-HSA | 13 | 0 | 0 | 0.04 |
| C | 100 | 900 | 500 r-HSA | 13 | 10 | 0 | 0.04 |
| D | 100 | 900 | 500 HSA | 7 | 10 | 4 | 0 |
| E | 100 | 900 | 500 r-HSA | 13 | 10 | 4 | 0.04 |
| F | 100 | 900 | 500 r-HSA | 13 | 0 | 4 | 0.04 |

- **Hunt's roadmap discusses APF products**
- **No restriction on sugars like trehalose**

# Damages

# Ms. Trexler's Opinion

REVANCE®



- No damages if patents invalid
- Allergan's burden to prove damages
- Dr. Siegwarth's analyses are fundamentally flawed

# The Hypothetical Negotiation

**Allergan, Inc.**

REVANCE®



# Dr. Siegwarth's Damages are Not Reasonable



| Allergan, Inc. | |
|---|---|
| Manufacturing Patents | **20%** |
| Formulation Patents | **24%** |
| **Royalty Rate Conclusion** | **44%** |

| | |
|---|---|
| **Royalty Damages** (through May 31, 2025) | **$115 M** |

# Fundamental Flaws

## REVANCE®



**Ms. Trexler explained Dr. Siegwarth's the fundamental flaws:**

- Allergan must be a *willing* licensor
- The parties' peptide dispute is relevant
- Revance must be left with a reasonable profit

## Allergan, Inc.



| | |
|---|---|
| Manufacturing Patents | **20%** |
| Formulation Patents | **24%** |
| **Royalty Rate Conclusion** | **44%** |

| | |
|---|---|
| **Royalty Damages** (through May 31, 2025) | **$115 M** |

REVANCE®

# What Dr. Siegwarth Should Have Done



Ms. Trexler

| | Reasonable Royalty Rate | Damages |
|---|---|---|
| Manufacturing Patents | 1.4% | $3,828,065 |
| Formulation Patent | 1.75% | $4,785,081 |
| **Both** | **3.15%** | **$8,613,146** |

# Dr. Siegwarth Damages Theory




JTX-174

# Dr. Siegwarth Damages Theory




JTX-174

# Dr. Siegwarth Damages Theory




JTX-174

# Dr. Siegwarth Damages Theory




JTX-174

# Allergan, Inc.'s Royalty Demand

## Total DAXXIFY® Revenue

Allergan, Inc.

Royalty Rate
44%
of Revenue

Revance costs to produce and distribute
13%

Revance costs to sell
42%

REVANCE®

Remaining Revenue
1%



# I. Findings on Invalidity

## a. Formulation Claim

***Question 1***: Has Defendant Revance proven, by clear and convincing evidence, that the following asserted claim is invalid as obvious as of the invention date?

*Check YES or NO in the spaces provided:*

| | | |
|---|---|---|
| **Claim 6 of the '878 Patent** | **YES (in favor of Defendant Revance)** | ✓ |
| | **NO (in favor of Plaintiff Allergan, Inc.)** | ____ |

***Continue to Question 2.***

**b. <u>Manufacturing Claims: Claim 8 of the '740 Patent</u>**

***Question 2***: Has Defendant Revance proven, by clear and convincing evidence, that the following asserted claim is invalid as obvious as of the invention date?

*Check YES or NO in the spaces provided:*

| | | |
|---|---|---|
| **Claim 8 of the '740 Patent** | **YES (in favor of Defendant Revance)** | ✓ |
| | **NO (in favor of Plaintiff Allergan, Inc.)** | ____ |

***Continue to Question 3.***

### c. Manufacturing Claims: Claim 8 of the '748 Patent

***Question 3***: Has Defendant Revance proven, by clear and convincing evidence, that the following asserted claim is invalid as obvious as of the invention date?

*Check YES or NO in the spaces provided:*

| | | |
|---|---|---|
| **Claim 8 of the '748 Patent** | **YES (in favor of Defendant Revance)** | ✓ |
| | **NO (in favor of Plaintiff Allergan, Inc.)** | ____ |

***If you have answered "NO" to any of Questions 1, 2, or 3, continue to Question 4. Otherwise skip to the END (Conclusion).***

## II. Findings on Damages

***Question 4***: What is the reasonable royalty rate that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to?

| | |
|---|---|
| **Formulation Claim (claim 6 of the '878 patent)** | ___________ % |
| **Manufacturing Claims (claim 8 of the '740 patent and claim 8 of the '748 patent) until the September 25, 2023 expiration of the '740 patent** | ___________ % |
| **Manufacturing Claim (claim 8 of the '748 patent) from September 25, 2023 through the expiration of the '748 patent** | ___________ % |

***Continue to Question 5.***

***Question 5***: What is the total reasonable royalty amount that you find Plaintiff Allergan, Inc. has proven, by a preponderance of the evidence, it is entitled to through the end of May 2025?

$ ________________________________________

# Thank You

REVANCE®