# EXHIBIT 15

# RVNC

## INVESTOR DAY 2023

The presentations today contain information about Revance's business for stockholders, potential investors, and financial analysts. The content shared is intended for this audience only.



C.A. No. 21-1411-RGA-LDH
Plaintiffs' Trial Exhibit
PTX-617

EXHIBIT 6
Bullock
10/18/2023
Reported by: Michael P. Hensley, RDR CA CSR #14114

INVESTOR DAY 2023

# WELCOME

MARK J. FOLEY – CHIEF EXECUTIVE OFFICER



Intended for investor audience

# PROGRAM

INVESTOR DAY 2023

REVANCE AESTHETICS

DAXXIFY® KOL PANEL

BREAK

REVANCE THERAPEUTICS

FUTURE GROWTH OPPORTUNITIES

FINANCIAL REVIEW

CLOSING REMARKS

Q&A PANEL

**Speakers:**

Mark J. Foley – Chief Executive Officer
Dustin S. Sjuts – President
Tobin C. Schilke – Chief Financial Officer
David A. Hollander, MD – Chief Medical Officer
Taryn M. Conway – General Manager, Aesthetics
Rob E. Bancroft – General Manager, Therapeutics



REVANCE®
Intended for investor audience

# Forward-Looking Statement

Any statements in this presentation that are not statements of historical fact, including statements related to our 2023 guidance and guidance plans; our adjusted gross margins; our funding to cash flow breakeven; our capital requirements; the timing for reaching positive adjusted EBITDA; projected loss from the services segment; anticipated restructuring and impairment charges; the plans for the OPUL® business and the anticipated cash to be freed up from the exit of the OPUL® payments business; our ability to successfully commercialize DAXXIFY®, drive adoption, take market share and grow; our blockbuster potential; DAXXIFY® cervical dystonia launch; our market opportunity, market growth and market resiliency; our therapeutics pipeline expansion; our potential to disrupt the market; our contract manufacturer plans; potential product margins; future innovations; injector, consumer and payer expectations, preferences and behavior; the impact of DAXXIFY® pricing on injectors, consumers and payers; our ability to deliver loyalty and practice partnership solutions; the potential benefits and performance of our products; the efficacy, duration and safety of DAXXIFY®; symptom reemergence in cervical dystonia patients; reimbursement expectations; our ability to optimize patient outcomes and practice integration; the infrastructure and key milestones related to DAXXIFY® for the treatment of cervical dystonia; the commercialization of DAXXIFY® through our Fosun partnership and anticipated approvals; international expansion; development of a biosimilar to onabotulinumtoxinA for injection with Viatris; our partnerships; and our business and marketing strategy, timeline and other goals, and plans and prospects, including our commercialization plans; constitute forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. You should not rely upon forward-looking statements as predictions of future events. Although we believe that the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee that the future results, levels of activity, performance, events, circumstances or achievements reflected in the forward-looking statements will ever be achieved or occur.

Forward-looking statements are subject to risks and uncertainties that could cause actual results and the timing of events to differ materially from our expectations. These risks and uncertainties relate to, but are not limited to: our ability to obtain funding for our operations; the timing of capital expenditures; the accuracy of our estimates regarding expenses, revenues, capital requirements, our financial performance and the economics of DAXXIFY® and the RHA® Collection of dermal fillers; the extent of future impairment charges; our ability to comply with our debt obligations; the impact of macroeconomic factors on our manufacturing operations, supply chain, end user demand for our products, commercialization efforts, business operations, regulatory meetings, inspections and approvals, clinical trials and other aspects of our business and on the market; our ability to maintain approval of our products; our ability and the ability of our partners to manufacture supplies for DAXXIFY® and our drug product candidates; our ability to acquire supplies of the RHA® Collection of dermal fillers; the uncertain clinical development process; our ability to obtain, and the timing relating to, regulatory submissions and approvals with respect to our drug product candidates and third-party manufacturers; the risk that clinical trials may not have an effective design or generate positive results or that positive results would assure regulatory approval or commercial success; the applicability of clinical study results to actual outcomes; the rate and degree of economic benefit, safety, efficacy, commercial acceptance, market, competition and/or size and growth potential of DAXXIFY®, the RHA® Collection of dermal fillers, and our drug product candidates, if approved; our ability to successfully commercialize DAXXIFY® and to continue to successfully commercialize the RHA® Collection of dermal fillers; the timing and cost of commercialization activities; securing or maintaining adequate coverage or reimbursement by third-party payors for DAXXIFY®; the proper training and administration of our products by physicians and medical staff; our ability to gain acceptance from physicians in the use of DAXXIFY® for therapeutic indications; our ability to expand sales and marketing capabilities; the status of commercial collaborations; changes in and failures to comply with laws and regulations; our ability to continue obtaining and maintaining intellectual property protection for our products; the cost and our ability to defend ourselves in product liability, intellectual property, class action or other lawsuits; our ability to limit or mitigate cybersecurity incidents; the volatility of our stock price; and other risks. Detailed information regarding factors that may cause actual results to differ materially from the expectations expressed or implied by statements in this presentation may be found in our periodic filings with the Securities and Exchange Commission ("SEC"), including factors described in the section entitled "Risk Factors" in our Form 10-K filed with the SEC on February 28, 2023, and including, without limitation, our Form 10-Qs for the quarters ended March 31, 2023 and June 30, 2023, filed with the SEC on May 9, 2023 and August 8, 2023, respectively. The forward-looking statements in this presentation speak only as of the date hereof. We disclaim any obligation to update these forward-looking statements.

This presentation also contains estimates and other statistical data made by independent parties and by us relating to market shares and other data about our industry. This data involves a number of assumptions and limitations, and you are cautioned not to give undue weight to such estimates. The trademarks included herein are the property of the owners thereof and are used for reference purposes only. Such use should not be construed as an endorsement of such products.

**Use of Non-GAAP Financial Measures**

The Company has presented certain preliminary and unaudited non-GAAP financial measures in this presentation, including non-GAAP R&D expense, non-GAAP operating expense, adjusted gross margin and adjusted EBITDA. Non-GAAP R&D expense excludes depreciation, amortization, non-cash stock-based compensation and restructuring charges. Non-GAAP operating expense excludes costs of revenue, depreciation, amortization, stock-based compensation, and restructuring and impairment charges. Adjusted gross margin is defined as gross margin, excluding stock-based compensation, depreciation and amortization. Adjusted EBITDA is defined as earnings before interest, taxes, depreciation and amortization, stock-based compensation and extraordinary items such as restructuring and impairment charges. Actual non-GAAP R&D expense, non-GAAP operating expense and adjusted EBITDA may exclude extraordinary items not indicative of our ongoing operating performance such as restructuring and impairment charges. The Company excludes costs of revenue, depreciation, amortization, stock-based compensation and extraordinary items like restructuring and impairment charges because management believes the exclusion of these items is helpful to investors to evaluate the Company's recurring operational performance. Company management uses these non-GAAP financial measures to monitor and evaluate its operating results and trends on an ongoing basis, and internally for operating, budgeting and financial planning purposes. The non-GAAP financial measures should be considered in addition to results prepared in accordance with GAAP but should not be considered a substitute for or superior to GAAP results.

Certain non-GAAP measures included in this presentation were not reconciled to the comparable GAAP financial measures because the GAAP measures are not accessible on a forward-looking basis. The Company is unable to reconcile these forward-looking non-GAAP financial measures to the most directly comparable GAAP measures without unreasonable effort because the Company is currently unable to predict with a reasonable degree of certainty the type and extent of certain items that would be expected to impact GAAP measures for these periods but would not impact the non-GAAP measures. Such items include costs of revenue, depreciation, amortization, stock-based compensation as well as extraordinary items like restructuring and impairment charges. The unavailable information could have a significant impact on the Company's GAAP financial results.

# We seek to disrupt large, established, and growing markets in aesthetics and therapeutics through **innovation**

REVANCE

Intended for investor audience

# DAXXIFY® anchors our portfolio

1st true innovation in neuromodulator formulation in >**30 years**

Pipeline in a product totaling **$5B U.S. market opportunity**[1]




1. Market size as of 2022. Data on file. Decision Resources Group Therapeutic Botulinum Toxin Market Analysis Global, 2023.

REVANCE

Intended for investor audience

# Our journey is rooted in >20 years of R&D

**$302M**

**Cumulative Product Revenue (Q2'23)**

| 2002 | 2007 | 2012-2021 | 2018-2020 | 2020 - Today |
|---|---|---|---|---|
| Peptides + Biologics Clinical Work | Topical Botulinum Toxin Program | Injectable Botulinum Toxin Clinical Program | Strategic Partnerships<br>Teoxane SA<br>Viatris<br>Fosun | Commercialization<br>RHA® Collection<br>+<br>DAXXIFY® |



REVANCE

Intended for investor audience

# We have a clear strategy to execute our vision

REVANCE

Intended for investor audience

## INNOVATIVE PRODUCTS

Leverage DAXXIFY® and RHA® Collection to underpin growth

## PROVIDER-CENTRIC STRATEGY

Execute provider-centric commercial strategy to maximize portfolio value

## GROWTH PIPELINE

Aesthetics, Therapeutics, International Expansion, Partnerships, Supply Chain

# With a roadmap to unlocking our blockbuster opportunity in U.S. aesthetics and beyond

REVANCE

Intended for investor audience

# 2023 → 2024 → Beyond

## 2023

- **DAXXIFY® commercial launch**
- Continued growth of **RHA® fillers**
- FDA approval – **DAXXIFY® cervical dystonia**
- Contract manufacturer added
- Salesforce expansion
- $320M in cash as of Q2'23 + $50M in notes funded

## 2024

- DAXXIFY® **cervical dystonia launch**
- Anticipated approvals in **aesthetics and therapeutics in China** through Fosun partnership
- Additional DAXXIFY® international regulatory filings

## Beyond

- Contract manufacturer addition
- DAXXIFY® **international expansion**
- **Therapeutic pipeline expansion**
- Anticipated **biosimilar to Botox®** approval and launch through Viatris partnership

REVANCE®

Intended for investor audience

INVESTOR DAY 2023

# REVANCE AESTHETICS



Intended for investor audience

# AGENDA

U.S. Facial Injectables Landscape

DAXXIFY® Overview, Launch Progress and Update

RHA® Collection Overview, Launch Progress and Update

Loyalty and Practice Partnership

DAXXIFY® KOL Panel



REVANCE®

Intended for investor audience

# U.S. FACIAL INJECTABLES LANDSCAPE

# The U.S. facial injectables market is **robust** and **attractive**




- Market penetrated <10%[2]
- Cash pay, high margins
- #1, #2 most performed minimally invasive cosmetic procedures[3]
- Strong historic and forward CAGR >8%
- Historically resilient to macroeconomic factors

1. Data on file. Market size as of 2022. CAGRs represent projected estimates (2022-2027).
2. From Extreme to Mainstream: The Future of Aesthetics Injectables. McKinsey & Company, Dec. 2021.
3. American Society of Plastic Surgeons. "Surgery Statistics Report," 2020. Pg. 6.



REVANCE

Intended for investor audience

# Aesthetic treatments are **resilient**; only **25%** of consumers would cut back if they had to reduce overall spending

**SURVEY QUESTION:** If you had to reduce overall spending, what are the three areas you are most likely to cut back on?




Source: The State of Aesthetics – Summer 2023 by the Numbers, BeautyEngine Aesthetics Survey, (n=945).

REVANCE
Intended for investor audience

# Three pillars to compete effectively in the facial injectables market:

NEUROMODULATOR




+

FILLER



+

ENGAGEMENT




REVANCE

Intended for investor audience

# DAXXIFY® OVERVIEW, LAUNCH PROGRESS & UPDATE



Intended for investor audience

# THE DAXXIFY® DIFFERENCE




REVANCE

Intended for investor audience

# 1st and only peptide formulated, long-lasting neuromodulator

## Innovation foundation—proprietary Peptide Exchange Technology™ (PXT)

Advantages of stabilizing BoNT/A with PXT:

- Prevents adsorption and aggregation of BoNT/A[1,2]
- Enhances BoNT/A affinity for cell membranes[3*]
- Increases amount of cleaved SNAP-25 in neuronal cells[4]
- Anchors BoNT/A in its target tissue[3*]




Proprietary, synthetic, 35 amino acid, stabilizing peptide excipient with a highly positive charge[5-7]

*Based on in vitro data.[3]

1. Malmirchegini R, Too P, Oliyai C, Joshi A. Revance's novel peptide excipient, RTP004, and its role in stabilizing daxibotulinumtoxinA (DAXXIFY™) against aggregation. Poster presented at: TOXINS 2019; January 16-19, 2019; Copenhagen, Denmark
2. Smyth T, Oliyai C, Joshi A. Stabilizing effect of RTP004 on nonspecific surface adsorption in drug product manufacturing of daxibotulinumtoxinA (DAXXIFY™). Poster presented at: TOXINS 2019; January 16-19, 2019; Copenhagen, Denmark
3. Solish et al. *Drugs*. 2021:81(18):2091-2101.
4. Pellett et al. *mBio*. 2018;9(2):e00089-16.
5. DAXXIFY®. Prescribing Information. Revance Therapeutics, Inc: 2022
6. Waugh et al. *Methods Mol Biol*. 2011;683:553-572;
7. Fabi et al. *Dermatol Surg*. 2020:47(1):48-54.

REVANCE

Intended for investor audience

# #1

**Duration** continues to be the most important factor for consumers when deciding which neuromodulator to use

**SURVEY QUESTION:** On a scale from 1 to 5, how important are these factors when deciding which neurotoxin to use?




Source: The State of Aesthetics – Summer 2023 by the Numbers, Beauty Engine Aesthetics Survey, (n=623).



REVANCE

Intended for investor audience

# How is DAXXIFY® **different?**

| | DAXXIFY®[1] | Botox® Cosmetic[2] | Dysport®[3] | Xeomin®[4] | Jeuveau®[5] |
|---|---|---|---|---|---|
| Molecular weight | 150 kDa | 900 kDa | ~400 kDa | 150 kDa | 900 kDa |
| Glabellar line dose | 40U | 20U | 50U | 20U | 20U |
| Core active ingredient (ng) | **0.18 ng** | **0.18 ng[6]** | 0.27 ng[6] | 0.08 ng[6] | 0.12 ng[7] |
| Peptide excipient formulation | ✓ | | | | |
| No human serum albumin | ✓ | | | | |
| No animal-derived components | ✓ | | | | |
| Manufactured in U.S. | ✓ | | | | |

1. Revance Data on file (SAKURA I and 2 Phase 3 Trials with DaxibotulinumtoxinA-lanm 40 Units).
2. Full details included in BOTOX® product insert.
3. Full details included in Dysport product insert, FDA Dysport Summary Basis of Approval (CMC section).
4. Full details included in Xeomin product insert.
5. Full details included in Jeuveau product insert.
6. Field, et al. AbobotulinumtoxinA (Dysport®), OnabotulinumtoxinA (BOTOX®), and IncobotulinumtoxinA (Xeomin®) Neurotoxin Content and Potential Implications for Duration of Response in Patients. Toxins 2018, 10(12), 535.
7. Full details included in Canadian Nucevia Product Monograph.

*Mass of 150kDa core neurotoxin contained within the glabellar line dose for each product. All other trademarks referenced herein are the property of their respective owners.

REVANCE

Intended for investor audience



PTX-617.0022

# The differentiated duration profile of DAXXIFY® is demonstrated across clinical programs in **aesthetics and therapeutics**

## AESTHETICS

24 weeks

Median duration

SAKURA pivotal trials and OLS – largest Phase 3 clinical program conducted for glabellar lines

## THERAPUETICS

20–24 weeks

Median duration

ASPEN-1 Phase 3 pivotal trial and OLS for cervical dystonia (24 weeks with 125U; 20 weeks with 250U)

REVANCE®

Intended for investor audience

# Launch Highlights

Solid Commercial Progress

Encouraging Real-World Learnings on Product Performance

Executing on Opportunities to Maximize to Launch



REVANCE®

Intended for investor audience

# DAXXIFY® Commercial Timeline

Measured launch strategy was designed to **inform optimal market positioning**

SALES FORCE EXPANSION & RAMP

| Sept 2022 | Sept 2022 | Dec 2022 | Mar 2023 | Now |
|---|---|---|---|---|
| U.S. FDA APPROVAL | PrevU FACULTY TRAINING | PrevU PROGRAM (~400 accounts) | TARGETED COMMERCIAL LAUNCH | 1 year approval anniversary |

**FOCUS:**
Limited launch to focus on practice integration and clinical performance in real-world setting

**FOCUS:**
Leverage PrevU learnings to evolve messaging and strategy

REVANCE
Intended for investor audience

**Most successful** neuromodulator launch since Botox® Cosmetic[1]




1. Based on Q4'22 to Q2'23 DAXXIFY sales and first year launch sales of Dysport, Xeomin, Jeuveau.

REVANCE

Intended for investor audience

# HCPs have converted **16%** of their patients to DAXXIFY®, the **majority** coming from the leading competitor

| | % SHARE PRE-DAXXIFY® LAUNCH | DAXXIFY® % SHARE TAKE (Past 3 Months) |
|---|---|---|
| Botox® Cosmetic | 51% | 8% |
| Dysport® | 28% | 4% |
| Jeuveau® | 12% | 2% |
| Xeomin® | 9% | 2% |

Brand split in past 3 months compared to before DAXXIFY® launch[1-4]

1. To date, what percentage of your DAXXIFY patients switched from each of the following toxin brands? (N=225)
2. Before DAXXIFY's launch, what percentage of your aesthetic neurotoxin patients were injected with each of the following neurotoxin brands? (N=225)
3. Over the past 3 months, what percentage of your total aesthetic neurotoxin patients have you injected with DAXXIFY? (N=225)
4. Note that data has been normalized to represent conversion of patients previously receiving another neurotoxin brand and does not account for changes in share or share gains from naive patients

*Source: Independent DAXXIFY survey (N=225), KX Advisors, August 2023. HCPs refer to healthcare professionals.

REVANCE®

Intended for investor audience

# Encouraging Real-World Learnings

REVANCE®

Intended for investor audience

# >4 out of 5 HCPs and patients are **satisfied or very satisfied** with the aesthetic results from DAXXIFY®

**SATISFACTION** from Respondents

## 82%

of **HCPs** are satisfied or very satisfied with the **results** of DAXXIFY®[1]

## 84%

of DAXXIFY® **patients** are satisfied or very satisfied with their **results**[2]

*Based on HCP perception*

1. Do you feel very satisfied, satisfied, or not satisfied with the results of DAXXIFY® in your aesthetic toxin patients? (N=225)
2. What percentage of your DAXXIFY patients are very satisfied, satisfied, or not satisfied with the results of DAXXIFY® Answers must sum to 100% (N=225)

*Independent DAXXIFY® survey (N=225), Kx Advisors, August 2023. HCPs refer to healthcare professionals..

REVANCE®

Intended for investor audience

# Real-world feedback on the **duration of DAXXIFY®** **is consistent with our clinical trial data**

**None or Mild Response Rates on 4-Point Investigator Assessment Over Time**




**Note:**
Results drawn from multiple studies. Caution should be used when interpreting cross-study comparisons.

United States Prescribing Information Phase 3 Studies in GL for each neuromodulator with data available through at least Day 120 conducted separately and presented for reference only; USPI: US Package Insert.

Jeuveau data from results published in Dermatologic Surgery March 2019. Note: In SAKURA 1 and 2 (ITT), missing data were imputed with the worst post-baseline outcome (or best outcome for Placebo arm) on visits up to Week 24.

Non-responder imputation was used for visits post Week 24. BOTOX, Dysport and Jeuveau are registered trademarks of their respective companies

REVANCE®
Intended for investor audience

# DAXXIFY® is used **broadly across the face**

% of HCPs who inject DAXXIFY® in each treatment area[1]




[1] Over the past 3 months, what percentage of your Daxxify patients were injected in the following treatment areas? (N=225)
*Independent DAXXIFY survey (N=225), Kx Advisors, August 2023.



REVANCE
Intended for investor audience

## FAST TREATMENT ONSET

Based on patient diary data from SAKURA 1 and 2 pivotal trials



BASELINE DAY 2

40U GL TREATMENT | AGE: 40

## IMPROVED SKIN SMOOTHNESS

A quantitative image analysis demonstrated improved skin smoothness in patients who have been treated with DAXXIFY® in glabellar lines[1]

# 90%

of patients achieved improvement in skin texture at week 2[2]

1. Revance poster presented at: DERM2023 NP/PA CME Conference; August 3-6, 2023, Las Vegas, NV.
2. in subjects that had more texturized skin at baseline



REVANCE

Intended for investor audience

# Top 3 reasons why HCPs prefer DAXXIFY® over first-choice short-acting toxin




% of HCPs who rank DAXXIFY® "Superior" to first-choice short-acting toxin[1]

"DAXXIFY works faster, lasts longer, skin looks better."

**Aesthetic Physician**
Private Practice

[1] On a scale of 1 to 7, with 1 being highly inferior performance vs. your first-choice short-acting toxin and 7 being highly superior vs. your first-choice short-acting toxin, how does DAXXIFY® perform across each of the following attributes? (N=225)
*Source: Independent DAXXIFY survey (N=225), KX Advisors, August 2023. HCPs refer to healthcare professionals.



REVANCE
Intended for investor audience



## ADDITIONAL OBSERVATIONS…

- Straight-forward reconstitution
- Similar glabellar lines injection technique
- Importance of proper dosing
- No human serum albumin (HSA) or animal proteins and U.S.-based manufacturing

REVANCE

Intended for investor audience

# 1st true innovation in neuromodulator formulation in over 30 years

**FORMULATION**

1st and only peptide powered formulation **(PXT)**

**ONSET[1]**

Clinical/visible results typically seen within 48 hours

**SKIN QUALITY[3]**

Appearance of improved skin texture




**DURATION[1]**

Long-lasting treatment of effect

**EFFICACY[2]**

98% of patients achieved none or mild wrinkle severity at week 4 per investigator assessment[2]

**SAFETY[1]**

Generally safe and well-tolerated with low rate of adverse events

1. Based on Phase 3 SAKURA clinical program. Onset based on patient diary data from SAKURA 1 and 2 pivotal trials.
2. 74% of subjects achieved a > two-grade improvement in glabellar lines at week 4 per both investigator and patient assessment
3 Data on file. Revance poster presented at: DERM2023 NP/PA CME Conference; August 3-6, 2023, Las Vegas, NV.



REVANCE

Intended for investor audience

# Opportunities to Enhance our Launch Success

MAIN TAKEAWAY BASED ON CUSTOMER FEEDBACK

# Alignment between price and product expectations is critical to unlocking meaningful adoption



REVANCE

Intended for investor audience

With alignment between price and expectations, DAXXIFY® has become **top share of wallet** in some practices

## SUCCESS FACTORS

- Proper expectation setting
- Alignment between price and desired outcome
- Favorable economics



REVANCE®
Intended for investor audience

When there's misalignment, hurdles to **deeper** adoption exist

## HIGH PREMIUM CAN LEAD TO

- Elevated consumer expectations
- More involved switch discussion
- Consumer price sensitivity
- "No movement" expectations



REVANCE

Intended for investor audience

Real-world experience confirms the unique performance profile of DAXXIFY® and reinforces our potential to achieve **broad-based adoption**

"We think we could **switch over 50%** of our patients if DAXXIFY® was priced competitively with Botox®."

**Plastic Surgeon,**
Private Practice

REVANCE
Intended for investor audience

# Positioning ourselves for **meaningful** share gain

REVANCE

Intended for investor audience

# New DAXXIFY® pricing effective September 1st

**OBJECTIVES:**

1. Positions DAXXIFY® to be **competitively priced to Botox® Cosmetic** for the provider
2. Makes **switching to DAXXIFY® easier** for both injectors and consumers
3. Gives providers **flexibility** to enhance their **economics**
4. Allows the **full value proposition** of DAXXIFY® to be **unencumbered by price**

REVANCE®
Intended for investor audience

# Execution, Early Insights and Expectations for Q3 2023

## EXECUTION

Rolled out new pricing program on September 1st

Currently re-engaging existing DAXXIFY® practices

- Focused on current vs new
- Partnering with practices on strategy for greater consumer conversion

## EARLY INSIGHTS

Based on 1st week of September

Strong positive feedback

50% increase in number of accounts ordering DAXXIFY® vs. first week in June

60% increase in the number of accounts who have already ordered two or more times vs. first week in June

**Early confidence in broader adoption through price change**

**Based on recent roll out of pricing program coupled with traditional seasonality, Q3 '23 product revenue has the potential to be around Q2 '23 levels**

REVANCE

Intended for investor audience

# Launch strategy, real-world learnings and pricing adjustments **position DAXXIFY® for future growth**

- Measured launch strategy provided valuable learnings
- DAXXIFY's differentiated performance profile continues to be clinically validated
- Launch optimizations underway
- Strong foundation for long-term success

# RHA® COLLECTION OVERVIEW & PROGRESS UPDATE



Intended for investor audience

# RHA® Collection – First and only FDA-approved hyaluronic acid dermal fillers for the correction of dynamic facial wrinkles and folds[1]

## RHA Redensity™



**Weightless filler** that smooths delicate lipstick lines (perioral rhytids)

## RHA® 2 & RHA® 3



**Elegant softening** and **refined smoothing** for moderate to severe facial lines

## RHA® 4



**Natural volume** for moderate to severe folds and deeper deficits

1. RHA® Redensity is indicated for injection into the dermis and superficial dermis of the face, for the correction of moderate to severe dynamic perioral rhytids in adults 22 or older. RHA® 2, RHA® 3 and RHA® 4 are for the correction of moderate to severe dynamic facial wrinkles and folds, such as nasolabial folds, in adults 22 or older. Directions for Use. Revance Therapeutics, Inc, 2020.

REVANCE®

Intended for investor audience

# RHA® is designed to more closely resemble natural HA[1-3]

- Designed for facial dynamic movement
- Created to be adaptable to facial animation for long-lasting, natural-looking results




**A** Intrinsic non-covalent bonds
**B** Long hyaluronic acid chains
**C** Low degree of BDDE modification

1. Kaufman-Janette et al. *J Cosmet Dermatol.* 2019;18(5):1244-1253.
2. Monheit et al. *Dermatol Surg.* 2020;46(12):1521-1529.
3. Mashburn et al. Evaluation of the impact of hyaluronic acid (HA) filler manufacturing technologies on HA chain degradation. Poster presented at: American Society for Dermatologic Surgery Virtual Annual Meeting; October 9-11, 2020. 4. Data on file. RDRE 2016—US Products, 2016. Newark, CA: Revance Therapeutics, Inc, 2016. 5. Faivre et al. *Dermatol Surg.* 2021;47(5):159-167.



REVANCE®
Intended for investor audience

# All HA gels have the same starting material, RHA® technology preserves greater HA chain length[1]

HA chains of RHA® Collection gels are **up to 5x longer** than HA chains of other products[1]

| | HA LENGTH | |
|---|---|---|
| HA Gel Technology | Starting Material (MW) | Finished Product (MW) |
| Preserved Network Technology (PNT™) | ≥1500 kDa | ~500-660 kDa |
| NASHA™ | ≥1500 kDa | ~200 kDa |
| XpresHAn (OBT™) | ≥1500 kDa | ~100-275 kDa |
| Hylacross™ | ≥1500 kDa | ~300 kDa |
| Vycross® | 90% ≤1000 kDa | ~100-165 kDa |

NASHA=Non-Animal Stabilized HA; OBT=Optimal Balance Technology.

1. Mashburn J, Faivre J, Bourdon F. Evaluation of the impact of hyaluronic acid (HA) filler manufacturing technologies on HA chain degradation. Poster presented at: American Society for Dermatologic Surgery Virtual Annual Meeting; October 9-11, 2020.



REVANCE

Intended for investor audience

# RHA® Collection offers injectors **versatility** in treating a wide range of patient needs

## INJECTION DEPTHS BY SKU




## RHA Redensity™



**Fine-tuned finish** for moderate to severe perioral rhytids

## RHA® 2



**Elegant softening** for moderate to severe facial lines

## RHA® 3



**Refined smoothing** for moderate to severe wrinkles and folds

## RHA® 4



**Natural volume** for moderate to severe folds and deeper deficits

REVANCE®

Intended for investor audience

# RHA® growth continues, wins **9%** of market share within just 3 years of launch

**>$250M**
Cumulative Revenue (Q2' 23)

RANKED
**#1**
Profitability to My Practice

RANKED
**#1**
YOY Brand Growth in (Q2' 23)

RANKED
**#1**
Relationship with Sales Rep

REVENUE ($M) RHA® Collection




Rankings based on Guidepoint data from July 2023.
* YOY sales growth in Guidepoint POS data based on Q2 2023

REVANCE®
Intended for investor audience

# Strong commercial execution




REVANCE
Intended for investor audience

# LOYALTY & PRACTICE PARTNERSHIP

**DUSTIN S. SJUTS**
**PRESIDENT**



Intended for investor audience

# Our loyalty and practice partnership priorities

Enhance the **customer experience** at every touchpoint

Deliver a **loyalty program** to customers and consumers in addition to portfolio pricing

Continue to leverage data and digital capabilities to enhance **engagement**

Our customer engagement initiatives include an expanded range of offerings, which currently include payment processing




REVANCE

Intended for investor audience