# Why payments?

We acquired HintMD in 2020 and introduced the OPUL® platform in 2021 to accelerate our digital capabilities

## MEMBERSHIPS




## MARKET DATA



## TECH & TALENT



## REVENUE

GROSS Processing Volume ($M)




REVANCE®

Intended for investor audience

# Despite our progress with OPUL®, the significant costs and resources required for a payments business no longer align with our capital allocation priorities

REVANCE

Intended for investor audience

# Next steps for OPUL®

- **Exiting OPUL® payments business** by end of Q1 2024; ceasing related R&D spend while exploring strategic alternatives
  - 2023 projected loss from services segment ~$25M
  - Preliminary and estimated non-cash impairment charges from goodwill and other assets between $80M - $100M, which will increase 2023 GAAP operating expense guidance
  - Reduction in 2023 Non-GAAP operating expense guidance by $5M
- Continue to leverage **technical architecture and digital capabilities** to execute on our loyalty and practice partnership priorities



REVANCE®
Intended for investor audience

# **Well-positioned** for continued growth across aesthetics portfolio

- Learnings to date validate the innovation of DAXXIFY® and our launch strategy
- Clear launch optimizations underway to maximize share-take over time
- Competitive toxin and filler portfolio supported by continued success of RHA® Collection and future innovations to come
- Growing loyalty and partnership capabilities support long-term success of aesthetics franchise



REVANCE®
Intended for investor audience

# DAXXIFY®
# KOL PANEL

**TARYN M. CONWAY**
GENERAL MANAGER, AESTHETICS



Intended for investor audience

INVESTOR DAY 2023

# REVANCE THERAPEUTICS

DUSTIN S. SJUTS – PRESIDENT



Intended for investor audience

# AGENDA

Market Landscape

Addressing the Unmet Need

Commercial Launch Strategy



REVANCE
Intended for investor audience

# MARKET LANDSCAPE



Intended for investor audience

## GLOBAL MARKET OPPORTUNITY[1]




## $2.5B U.S. Market by Indication

| INDICATION | MARKET SHARE | MARKET SIZE |
|---|---|---|
| Cervical Dystonia | 14% | $345M |
| Spasticity | 27% | $654M |
| Migraine | 40% | $977M |
| Overactive Bladder | 6% | $159M |
| Other | 13% | $331M |

1. Market size as of 2022. CAGRs represent projected estimates. Decision Resources Group Therapeutic Botulinum Toxin Market Analysis Global 2023.

REVANCE
Intended for investor audience




# DAXXIFY® for cervical dystonia provides entry into significant therapeutics **opportunity**

## 1st

True innovation in over 30 years

## 12 Years

Since a new botulinum toxin has been introduced to U.S. market

REVANCE
Intended for investor audience

# Cervical dystonia is a painful and disabling chronic condition that causes the neck muscles to involuntarily contract[1]

| PATIENTS DIAGNOSED IN THE U.S. | AGE OF ONSET TYPICALLY |
|---|---|
| ~60,000 | 40–60s |
| AFFECTS WOMEN 2x AS OFTEN AS MEN | 85% TREATED BY BoNTs* |




* Kx Movement Disorder Survey Q2, 2019
1 Comella C. Patient perspectives on the therapeutic profile of botulinum neurotoxin type A in cervical dystonia. *J of Neurology*, 2020.

# Botox® has never been seriously challenged by new entrants

## OTHER COMPETITORS

### Myobloc®

- 2nd line
- Primarily reserved for type A non-responders

### Dysport® /Xeomin®

- Lack clinical differentiation
- Primarily focus on low-cost positioning with payers

| | | 2022 Share US[1] CD |
|---|---|---|
| Botox® (Abbvie) Type A | 1989 | 83% |
| Myobloc® (Supernus) Type B | 2000 | 2% |
| Dysport® (Ipsen) Type A | 2009 | 5% |
| Xeomin® (Merz) Type A | 2010 | 10% |
| TOTAL ($M) | | $345[2] |

1. Internal estimate based on 2022 claims data.
2. Decision Resources Group Therapeutic Botulinum Toxin Market Analysis Global 2023

REVANCE®
Intended for investor audience

# CD physician community is **concentrated and conservative**, dealing with complex conditions and treatments

## PRACTICE FACTS

~70%
OF CD PATIENTS*

Are treated by top 20% of physicians **(~1,000 injectors)**

90% OF PATIENTS TREATED EVERY 90 DAYS

85% OF PRACTICES USE "BUY & BILL" REIMBURSEMENT

## PRACTICE MINDSET

### CONSERVATISM

Physicians cautiously optimize toxin dosing in CD over 2-4 cycles to minimize side effects

### NO CURE

The best outcome is improvements in patient's daily functioning and quality of life

*Internal estimate based on 2022 claims data.



REVANCE
Intended for investor audience

For majority of CD patients, conventional BoNTs do not provide durable symptom relief.[1-3]

Patients are left to struggle with the full severity of the disorder for weeks at a time.[1-3]




1. Benecke R, Jost WH, Kanovsky P, Ruzicka E, Comes G, Grafe S. A new botulinum toxin type A free of complexing proteins for treatment of cervical dystonia. *Neurology*. 2005;64(11):1949–1951.
2. Data on file. Revance® Market Research 2019: Understanding the Value of DaxibotulinumtoxinA for Injections Therapeutic Franchise.
3. Evidente VGH, Fernandez HH, LeDoux MS, et al. A randomized, double-blind study of repeated incobotulinumtoxinA (Xeomin(®)) in cervical dystonia. *J Neural Transm (Vienna)*. 2013;120(12):1699–1707.



REVANCE®
Intended for investor audience

# ADDRESSING THE UNMET NEED

DAVID A. HOLLANDER, MD
CHIEF MEDICAL OFFICER



Intended for investor audience

# Cervical dystonia patients typically experience a return of symptoms prior to their next BoNT treatment

Due to product labeling restrictions and reimbursement policies, **BoNT treatments are spread out 12 weeks or more,** during which most CD patients experience a re-emergence of symptoms.

**FIGURE 1:** Patient Experience Following a BoNT-A Treatment[1]




**All BoNT labels have retreatment restrictions prior to week 12**

**FIGURE 2:** Preferred Retreatment Intervals in CD[2]




1. Comella C, et al. Patient perspectives on the therapeutic profile of botulinum neurotoxin type A in cervical dystonia. *J Neurol.* 2021l, 268(3):903-912;
2. Sethi K, et al. Satisfaction with botulinum toxin treatment: a cross-sectional survey of patients with cervical dystonia. *J Med Econ,* 2012, 15(3):419-423.

REVANCE
Intended for investor audience

# DAXXIFY® Cervical Dystonia Phase 3 Trial (ASPEN-1)

Two Phase 3 trials were conducted in cervical dystonia patients, including a randomized study evaluating two doses (Aspen-1) and an open-label trial involving repeat dosing (Aspen-OLS).[1-2]




- Moderate to severe CD (TWSTRS-Total ≥ 20)
- Toxin-naïve or experienced

CD, Cervical Dystonia; TWSTRS, Toronto Western Spasmodic Torticollis Rating Scale; U, units.
1 Data on File. ASPEN 1 CSR. Newark, CA: Revance Therapeutics, Inc., 2022.
2 Data on File. ASPEN OLS CSR. Newark, CA: Revance Therapeutics, Inc., 2022.



REVANCE®
Intended for investor audience

# How is efficacy assessed in CD registration studies?

**TORONTO WESTERN SPASMODIC TORTICOLLIS RATING SCALE (TWSTRS)**

Severity Scale (Clinician-rated): 0 – 35

Disability Scale (Patient-rated): 0 - 30

Pain Scale (Patient-rated): 0 – 20

Total Score: 0-85

**EXAMPLE**

Toronto Western Spasmodic Torticollis Rating Scale (TWSTRS)

**TWSTRS Examination Record** (to be completed by the examiner)

WE MOVE – Worldwide Education and Awareness for Movement Disorders

©WE MOVE™ 2002

Patient ______ Chart No. ______

Date ______ | ______ | ______ (MONTH, DAY, YEAR) Time ______ AM PM

**I. Torticollis Severity Scale** (MAXIMUM = 35)

**A. Maximal Excursion** Rate maximum amplitude of excursion asking patient not to oppose the abnormal movement; examiner may use distracting or aggravating maneuvers. When degree of deviation is between scores, choose the higher of the two.

| | | | | | | | SCORE |
|---|---|---|---|---|---|---|---|
| 1. Rotation | 0 | 1 | 2 | 3 | 4 | | |
| 2. Laterocollis | 0 | 1 | 2 | 3 | | | |
| 3. Anterocollis or Retrocollis | | | | | | | |
| a. Anterocollis | 0 | 1 | 2 | 3 | | | |
| b. Retrocollis | 0 | 1 | 2 | 3 | | | |
| 4. Lateral shift | 0 | 1 | | | | | |
| 5. Sagittal shift | 0 | 1 | | | | | |
| B. Duration Factor (*Weighted x 2*) | 0 | 1 (x 2) | 2 (x 2) | 3 (x 2) | 4 (x 2) | 5 (x 2) | |
| C. Effect of Sensory Tricks | 0 | 1 | 2 | | | | |
| D. Shoulder Elevation/Anterior Displacement | 0 | 1 | 2 | 3 | | | |
| E. Range of Motion | 0 | 1 | 2 | 3 | 4 | | |
| F. Time | 0 | 1 | 2 | 3 | 4 | | |
| | | | | | | SUBTOTAL SEVERITY | |

**II. Disability Scale** (MAXIMUM = 30)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A. Work | 0 | 1 | 2 | 3 | 4 | 5 | |
| B. Activities of Daily Living | 0 | 1 | 2 | 3 | 4 | 5 | |
| C. Driving | 0 | 1 | 2 | 3 | 4 | 5 | |
| D. Reading | 0 | 1 | 2 | 3 | 4 | 5 | |
| E. Television | 0 | 1 | 2 | 3 | 4 | 5 | |
| F. Activities Outside the Home | 0 | 1 | 2 | 3 | 4 | 5 | |
| | | | | | | SUBTOTAL DISABILITY | |

**III. Pain Scale** (MAXIMUM = 20)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A. Severity of Pain (worst + best + (2*usual))/4 | Best ___ | | Worst ___ | | Usual ___ | | |
| B. Duration of Pain | 0 | 1 | 2 | 3 | 4 | 5 | |
| C. Disability Due to Pain | 0 | 1 | 2 | 3 | 4 | 5 | |
| INJECTION RECORD ON REVERSE SIDE | | | | | | SUBTOTAL PAIN | |
| | | | | | | TOTAL TWSTRS SCORE | |

Consky ES and Lang AE. Clinical assessments of patients with cervical dystonia. In: Jankovic J, Hallet M (eds). Therapy with botulinum toxin. New York: Dekker, 1994: 211–237.

REVANCE

Intended for investor audience

# Efficacy of DAXXIFY® in CD

Both 125U and 250U of DAXXIFY® proved effective in providing symptom relief in patients with cervical dystonia.[1-2]

**FIGURE 1:** Change in TWSTRS[1] at Weeks 4 & 6 (Primary Endpoint)




*Least Square Means. Δ Percent Change from Baseline .
P-values based on ANCOVA model with prior BoNT treatment, Baseline TWSTRS, and region as a covariate. Multiple imputation for subjects missing both Week 4 and Week 6 (n=3).

1 DAXXIFY® Prescribing Information, 2023.Data on File.
2 ASPEN 1 CSR. Newark, CA: Revance Therapeutics, Inc., 2022.
3 Comella C, Jankovic J, Hauser R, et al. Efficacy and Safety of DaxibotulinumtoxinA for Injection (DAXI) in Cervical Dystonia: ASPEN-1 Phase 3 Randomized Controlled Trial. In review

REVANCE®
Intended for investor audience

# DAXXIFY® demonstrated long-lasting duration, with a median duration of 20–24 weeks until significant loss of effect (~80%)[1-4]




TWSTRS, Toronto Western Spasmodic Torticollis Rating Scale.
1 Comella CL, Jankivic J. Comparison of botulinum toxin serotypes A and B for the treatment of cervical dystonia. *Neurology*, 2005;65:1423–1429
2 Data on File. ASPEN 1 CSR. Newark, CA: Revance Therapeutics, Inc., 2022.
3 Data on File. ASPEN OLS CSR. Newark, CA: Revance Therapeutics, Inc., 2022.
4 DAXXIFY® Prescribing Information, 2023.



REVANCE®
Intended for investor audience

ASPEN-OLS allowed **individualized dose adjustments** with up to 4 treatment cycles at doses higher than initial Phase 3 study[1]




IM, intramuscular

1. Comella C, Barbano R, Vasquez A. Efficacy of DaxibotulinumtoxinA for Injection Over Successive Treatments in Adults With Isolated Cervical Dystonia in the Phase 3 ASPEN-1 and ASPEN-OLS Trials. Poster presented at Association of Academic Physiatrists Annual Meeting; Anaheim, CA; February 21-24, 2023.

REVANCE®
Intended for investor audience

The ASPEN-OLS study demonstrated **continued improvement with repeat dosing** and individualized treatment.[1-2]




TWSTRS, Toronto Western Spasmodic Torticollis Rating Scale
*In patients who continued on to ASPEN OLS

1 Comella C, Barbano R, Vasquez A. Efficacy of DaxibotulinumtoxinA for Injection Over Successive Treatments in Adults With Isolated Cervical Dystonia in the Phase 3 ASPEN-1 and ASPEN-OLS Trials. Poster presented at: Association of Academic Physiatrists Annual Meeting; Anaheim, CA; February 21-24, 2023.
2 Data on file. Revance Therapeutics, Inc.

REVANCE
Intended for investor audience

# Dosing increased in some patients up to **300U** over successive individualized treatments[1]




1. McAllister, P, Jinnah, HA, Evidente, V, Patel, AT, et al. Long-term Safety of Repeat Treatments of DaxibotulinumtoxinA for Injection in Adults With Isolated Cervical Dystonia in Phase 3, Open-label, Multicenter ASPEN-OLS Trial. Poster presented at: American Academy of Neurology, Boston, MA, April 22-26, 2023.

REVANCE

Intended for investor audience

Treatment-related **adverse events remained low** with repeat treatments, **even with increasing doses of DAXXIFY®**[1-2]

| | ASPEN-1 | ASPEN-OLS | | | |
|---|---|---|---|---|---|
| Treatment-Related Adverse Events by Cycle | ASPEN-1 (n=255) | Cycle 1 (n=357) | Cycle 2 (n=329) | Cycle 3 (n=234) | Cycle 4 (n=65) |
| Any treatment-related adverse event | 26.7 | 21.0 | 17.0 | 19.7 | 13.8 |
| Headache | 4.7 | 1.1 | 1.5 | 0.4 | 0 |
| Injection site pain | 6.3 | 4.2 | 2.1 | 0.9 | 3.1 |
| Injection site erythema | 3.5 | 2.2 | 1.8 | 3.0 | 1.5 |
| Muscular weakness | 3.5 | 4.2 | 4.6 | 6.4 | 3.1 |
| Dysphagia | 2.7 | 3.9 | 4.3 | 4.7 | 3.1 |

1. Data on File. ASPEN 1 CSR. Newark, CA: Revance Therapeutics, Inc., 2022.
2. Data on File. ASPEN OLS CSR. Newark, CA: Revance Therapeutics, Inc., 2022.

REVANCE
Intended for investor audience

# DAXXIFY® has a strong safety profile with a **low adverse event rate**, notably across important areas such as **dysphagia and muscle weakness**[1-2]







1. Data on File. ASPEN 1 CSRs. Newark, CA: Revance Therapeutics, Inc., 2022.
2. Data on File. ASPEN OLS CSR. Newark, CA: Revance Therapeutics, Inc., 2022.
3. Field, et al. AbobotulinumtoxinA (Dysport®), OnabotulinumtoxinA (Botox®), and IncobotulinumtoxinA (Xeomin®) Neurotoxin Content and Potential Implications for Duration and Response in Patients, Toxins 2018, 10(12), 535.
4. Xeomin® Prescribing Information, 2020
5. Dysport® Prescribing Information, 2020.
6. Botox® Prescribing Information, 2020.
7. DAXXIFY® Prescribing Information, 2023
8. FDA clinical review, BOTOX® CD sBLA



REVANCE
Intended for investor audience

# Dose titration with DAXXIFY® can be utilized to increase **efficacy and duration** to optimize outcomes for patients

**Figure 1:** Dose Titration to Increase Efficacy




TWSTRS, Toronto Western Spasmodic Torticollis Rating Scale

**Figure 2:** Dose Titration to Increase Duration




TWSTRS, Toronto Western Spasmodic Torticollis Rating Scale

Data on file. Revance Therapeutics Inc. 2022

REVANCE

Intended for investor audience

# Approved label provides physicians **flexibility** in optimizing individualized treatment plans

- Recommended dose of 125 to 250 units.[1]
- Label contains data from repeat dose open label trial, 28 (7.8%) subjects received one treatment, 95 (26.6%) subjects received two treatments, 169 (47.3%) received three treatments, and 65 (18.2%) received four treatments with DAXXIFY® over the course of 52 weeks.[1]

TIME OF RETREATMENT CYCLE-1




1 DAXXIFY® Prescribing Information, 2023.
2 Data on File. ASPEN OLS CSR. Newark, CA: Revance Therapeutics, Inc., 2022.

REVANCE
Intended for investor audience

# The long duration of DAXXIFY® may allow fewer treatments per year as well as more days of symptom relief

- **Patients want to be treated as their symptoms re-emerge and before they return to baseline.**[1-2]
  - For example, patients requested retreatment in ASPEN with ~40-50% peak efficacy remaining.[3]

**Figure 1**: Options to Treat as Symptoms Re-emerge




**Figure 2**: Retreatment Prior to Returning to Baseline




**With long-acting DAXXIFY®, retreatments can be performed as symptoms re-emerge at 12 weeks or beyond depending on an individualized treatment plan.**[3-5]


1. Evidente VGH, Fernandez HH, LeDoux MS, et al. A randomized, double-blind study of repeated incobotulinumtoxinA (Xeomin(®)) in cervical dystonia. J Neural Transm (Vienna). 2013;120(12):1699-1707.
2. Sethi KD, Rodriguez R, Olayinka B. Satisfaction with botulinum toxin treatment: a cross-sectional survey of patients with cervical dystonia. J Med Econ. 2012;15(3):419-423
3. Data on File. ASPEN 1 CSR. Newark, CA: Revance Therapeutics, Inc., 2022.
4. Adapted from Comella C. Patient perspectives on the therapeutic profile of botulinum neurotoxin type A in cervical dystonia. J of Neurology, 2020.
5. Data on File. ASPEN OLS CSR. Newark, CA: Revance Therapeutics, Inc., 2022.




REVANCE®

Intended for investor audience

# COMMERCIAL LAUNCH STRATEGY

**ROB E. BANCROFT**
GENERAL MANAGER, THERAPEUTICS



Intended for investor audience

# DAXXIFY® delivers for all 3 stakeholders




**PHYSICIAN**
Confidence to optimize treatment outcomes for patients

**PAYER**
Opportunity for category cost management

**PATIENT**
Potential for more good days

REVANCE
Intended for investor audience

# Physicians

**Measured** launch strategy designed to optimize patient outcomes and ensure smooth practice integration

**SEPT 1, 2023**

PREVU EARLY EXPERIENCE PROGRAM

30+ KOLs

2-3 injection cycles → Optimized dose, duration → Operational best practices

**SEPT 15, 2023**

- 11 physicians injecting
- 32 patients treated with DAXXIFY®
- Starting dose range 100U – 400U

**MID-YEAR 2024**

COMMERCIAL LAUNCH

**Leverage learnings** from PrevU to build physician confidence in broad product rollout

REVANCE

Intended for investor audience

# Payers

## Striving to manage medical benefit drug spend

BoNTs are #12 most costly medical benefit drug category[1]










1. 2022 / Magellan Rx Medical Pharmacy Trend Report

REVANCE
Intended for investor audience

# DAXXIFY® Economics

## Annual drug costs favorable vs. the market leader

### DIRECT VIAL COST DAXXIFY® vs BOTOX®

List price for 100U vials

$420 $634

### PER INJECTION SESSION




### ANNUALIZED COMPARISON

Graph represents first two quarters of WAC-based reimbursement. ASP-based reimbursement expected to begin Q2 2024




REVANCE

Intended for investor audience

# DAXXIFY® Resonating with Payers

Unique clinical profile, attractive economics

## Potential cost savings per year

1. Lower drug costs per year
2. Fewer treatments per year
3. Lower procedural costs per year

UP TO
50%
LESS

"No denying we need to revisit our UM strategy in light of DAXXIFY®."

TOP REGIONAL PLAN WITH >1.5M LIVES
BoNT step edit in place for years, covers by brand

"The clinical efficacy and pricing are better than what's out there today."

LARGE NORTHEAST PLAN WITH >3.5M lives
No UM, covers by category

"That's responsible pricing. Let's discuss a larger strategy."

TOP 10 COMMERCIAL PLAN WITH >10M lives
Currently covers a single BoNT

REVANCE
Intended for investor audience

The most important stakeholder

# Patients

INNOVATIVE PRODUCT → Opportunity for more good days

BETTER ECONOMICS → Reduced co-insurance

LONG DURATION → Potentially fewer injections



# Aspiration: BoNT of Choice for CD

Unique product, strong economic value, efficient strategy

**MUST WIN BATTLES**

- Leverage PrevU to accelerate broader adoption at launch
- Optimized, scalable switching journey for HCPs and patients
- HCP confidence that DAXXIFY® solves patient unmet needs
- Unencumbered market access

**TARGETED GO-TO-MARKET**

~1,000 high volume CD HCPs

**CLEAR COMMERCIAL OBJECTIVE**

Switch CD patients to DAXXIFY®

Infrastructure

- Sales
- Field Reimbursement
- Medical Affairs
- Ntl Acct Directors

**~30 field headcount**

Key Milestones

- Permanent J Code
  - January 2024
- Commercial Coverage
  - ~50% by mid-year 2024
- Commercial Launch
  - Mid-year 2024

REVANCE®

Intended for investor audience

INVESTOR DAY 2023

# FUTURE GROWTH OPPORTUNITIES

DUSTIN S. SJUTS – PRESIDENT



Intended for investor audience

# Multiple paths to growth beyond U.S. aesthetics

DAXXIFY® International Expansion

Strategic Partnerships

Therapeutics Pipeline Expansion

REVANCE®

Intended for investor audience

# DAXXIFY® supply chain investments support future growth—creating opportunity for higher capacity and lower cost over time

**2010**
**WHOLLY-OWNED**
U.S.-BASED MANUFACTURING FACILITY

**2017**
**CMO SIGNED**
AJINOMOTO BIOSCIENCES

**2021**
**CMO SIGNED**
PCI PHARMA

**2023**
**CMO APPROVAL**
AJINOMOTO BIOSCIENCES

**2025**
**ANTICIPATED**
CMO APPROVAL PCI PHARMA

DAXXIFY® clinical trials

U.S commercialization

International regulatory filings (2023-2025)

International expansion (2025+)

REVANCE
Intended for investor audience




# Significant OUS neuromodulator market totaling $2.6B

Key countries and regions represent **majority** of opportunity

Market size as of 2022. Decision Resources Group Aesthetics Injectables Botulinum Toxin Reports- 2023.

REVANCE

Intended for investor audience

# Partnership with Fosun Pharma

**PROVIDES**
potential entry into

1st

**international** market for DAXXIFY®, China, a **$740M**[1] market with established distribution partner

**REGULATORY MILESTONES**

**CHINA NMPA BLA ACCEPTANCES:**

DAXXIFY® for glabellar lines – April 2023

DAXXIFY® for cervical dystonia - July 2023

2024

**ANTICIPATED APPROVALS**[2]

1. Market size as of 2022. Decision Resources Group Aesthetics Injectables Botulinum Toxin Reports, Asia Pacific Supplemental- 2023.
2. Assumes 14-16 month review cycle by China's National Medical Products Administration.



REVANCE®
Intended for investor audience

# Partnership with Viatris – Biosimilar to BOTOX®

**PROVIDES**
potential access to

15

Currently approved and future BOTOX® indications totaling **$5.3B** global opportunity[1]

- Overactive bladder
- Detrusor overactivity
- Pediatric detrusor overactivity
- Chronic migraine
- Adult upper limb spasticity
- Adult lower limb spasticity
- Pediatric upper limb spasticity
- Pediatric lower limb spasticity
- Cervical dystonia
- Axillary hyperhidrosis
- Blepharospasm
- Strabismus
- Glabellar lines
- Lateral canthal lines
- Forehead lines

**PROGRESS**

- ✓ Secured agreement with FDA on path to BOTOX® biosimilar
- ✓ Analytic characterization of BOTOX® to confirm similarity to biosimilar
- ✓ Production of biosimilar drug substance to allow initiation of clinical trials
- ❑ Potential IND filing by year-end

1. Based on Abbvie Inc. Form 10-K for the Year Ended December 31, 2022. Represents Botox global aesthetics and therapeutics revenues, available on pg. 38.



REVANCE®
Intended for investor audience

# Unlocking our near-term and long-term opportunity in therapeutics

| INDICATION | US MARKET SIZE | |
|---|---|---|
| Cervical Dystonia | $345M | Phase 3 – FDA Approved CD Commercial Launch |
| Spasticity | $654M | Adult Upper Limb Spasticity – End of Phase 2 Meeting Complete |
| Migraine | $977M | Additional Data Generation Opportunities Under Review |
| Other | $490M | Additional Data Generation Opportunities Under Review |

REVANCE
Intended for investor audience

# Future potential revenue streams represent significant upside to current valuation

## DAXXIFY®

**U.S. THERAPEUTICS MARKET[1]**

$2.0B

CERVICAL DYSTONIA

SPASTICITY

MIGRAINE

**INTERNATIONAL MARKET[1]**

$2.6B

AESTHETICS & THERAPEUTICS

## STRATEGIC PARTNERSHIPS POTENTIAL

**FOSUN PHARMA**

UP TO

$223M

MILESTONE PAYMENTS

+Low to High-Teens

ROYALTIES

**VIATRIS**

UP TO

$225M

MILESTONE PAYMENTS

+Low to Mid-Teens

ROYALTIES FOR KEY MARKETS

1. Market size as of 2022. Spasticity includes lower and upper limb spasticity. Decision Resources Group Therapeutic Botulinum Toxin Market Analysis Global 2023. Decision Resources Group Aesthetics Injectables Botulinum Toxin Reports- 2023.



REVANCE®

Intended for investor audience

INVESTOR DAY 2023

# FINANCIAL REVIEW

TOBIN C. SCHILKE – CHIEF FINANCIAL OFFICER



Intended for investor audience

# Solid track record of financial results

supported by innovative product portfolio and commercial strategy




REVANCE
Intended for investor audience

# Revenue guidance plan

**2021**

1st full year of RHA® Collection launch

**2022**

DAXXIFY® Approval and Q4 PrevU program

**2023**

DAXXIFY® full commercial launch

Sales force expansion to 150

**2024**

1st full year of DAXXIFY® launch

**Expects to provide product revenue guidance in the first half of 2024**



REVANCE®
Intended for investor audience

# Long-term supply chain strategy supports U.S. DAXXIFY® Adjusted Gross Margin* of >80%

- Scale and leverage from U.S.-based CMOs Ajinomoto Biopharma (2023) and PCI Pharma (2025)
- Hybrid supply chain optimizes CapEx and gross margins
- Supports competitive COGs and margin profile for OUS expansion

*Adjusted gross margins defined as gross margins excluding stock-based compensation, depreciation and amortization.

REVANCE®
Intended for investor audience

# Revised 2023 OPEX Guidance

| | Prior | Current |
|---|---|---|
| GAAP OPEX RANGE | $460M - $480M | $545M - $585M |
| NON-GAAP OPEX RANGE | $320M - $340M | $315M - $335M |
| NON-GAAP R&D EXPENSE | $80M - $90M | $75M - $85M |

Revised GAAP OPEX range reflects anticipated impairment charges from the company's payment processing platform.

REVANCE®
Intended for investor audience

# Capital allocation priorities support continued growth across aesthetics and therapeutics

AESTHETICS GROWTH

DAXXIFY® THERAPEUTICS LAUNCH

SUPPLY CHAIN

# Growing operating leverage with:

- 2nd aesthetics product launch (DAXXIFY®)
- DAXXIFY® therapeutics launch
- Focused sales and marketing investments
- Supply chain efficiencies
- Maximizing current capabilities:
  - Nashville Experience Center
  - In-house creative agency




REVANCE

Intended for investor audience

# Nashville Experience Center

CASE STUDY

**50-60** Trainings/customer events per year

**$5-7M** Annual cost savings compared to hosting externally

**1 Year** Payback

INNOVATEU






REVANCE

Intended for investor audience

# Funded to cash flow break-even

AS OF Q2 '23

**$320M**

In cash, cash equivalents, short-term investments

**+$50M**

In notes funded in August 2023 from Note Purchase Agreement

**2025**

**EXPECT POSITIVE ADJUSTED EBITDA* IN 2025**

*Adjusted EBITDA is defined as earnings before interest, taxes, depreciation and amortization, stock-based compensation and extraordinary items such as restructuring and impairment charges.



REVANCE

Intended for investor audience

# Executing from a position of **financial strength**

## NEAR-TERM

- **Continued disciplined capital allocation**
  - Streamlining operations by exiting OPUL® payments business
  - Frees up ~$20M/year for reinvestment
  - Results in $5M reduction in 2023 Non-GAAP Opex guidance
- **New pricing program positions DAXXIFY® for meaningful share gain over time**
  - Q3 product revenue has potential to be around Q2 levels due to recent roll out of pricing program and traditional seasonality
  - Company expects to provide product revenue guidance in first half 2024

## LONG-TERM

- Cash position of $319.7 million at end of Q2'23, coupled with additional $50M in notes funds Revance to **positive Adjusted EBITDA in 2025**
- Expects U.S. DAXXIFY® adjusted gross margin of **>80%**
- **Confidence in blockbuster potential** of U.S. aesthetics product portfolio (DAXXIFY® and RHA® Collection)
- **Additional growth opportunities** from therapeutics, OUS, and strategic partnerships with Fosun and Viatris



REVANCE®
Intended for investor audience

INVESTOR DAY 2023

# CLOSING REMARKS

MARK J. FOLEY – CHIEF EXECUTIVE OFFICER



Intended for investor audience

# Focused on long-term value creation

- Leading innovation across neuromodulators and dermal fillers
- Demonstrated ability to execute with RHA collection product launch and, with adjusted DAXXIFY® strategy, positioned for meaningful share growth
- Robust potential in therapeutics franchise
- Additional growth opportunities through OUS expansion and strategic partnerships
- Well capitalized to execute on our strategic priorities
- Right people and infrastructure



REVANCE

Intended for investor audience

INVESTOR DAY 2023

# Q&A

# RVNC

## INVESTOR DAY 2023

All trademarks are property of their respective owners