**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Allergan, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Revance Therapeutics, Inc. and<br>PCI San Diego, Inc.,<br><br>Defendants. | C.A. No. 21-1411-RGA-LDH<br><br>[redacted]<br><br>**REDACTED - PUBLIC VERSION** |

**Declaration of Karthik R. Kasaraneni in Support of Plaintiff's**
**<u>Opening Brief in Support of Its Motion for Post-Trial Relief</u>**

**Volume 2**


OF COUNSEL:

Eric W. Dittmann
Chad J. Peterman
Melanie R. Rupert
Bruce M. Wexler
Ashley N. Mays-Williams, Ph.D.
Krystina L. Ho, Ph.D.
Carl J. Minniti III
Isaac S. Ashkenazi
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Allergan, Inc.*


**CONFIDENTIAL VERSION FILED - 9/12/25**
**REDACTED VERSION FILED - 10/3/25**

Felix A. Eyzaguirre
PAUL HASTINGS LLP
600 Travis Street, 58th Floor
Houston, TX 77002
(713) 860-7300

Candace Polster
Robert Unikel
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 499-6000

David M. Valente
Vladimir J. Semendyai
Karthik R. Kasaraneni
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700

September 12, 2025