# EXHIBIT 16

S&P Global
Market Intelligence

# Revance Therapeutics, Inc.
# NasdaqGM:RVNC
# FQ4 2023 Earnings Call Transcripts

## Wednesday, February 28, 2024 9:30 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ4 2023- | | | -FQ1 2024- | -FY 2023- | | | -FY 2024- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | (0.92) | (0.61) | NM | (0.87) | (4.02) | (3.80) | NM | (2.27) |
| **Revenue (mm)** | 62.10 | 69.80 | ▲12.40 | 59.36 | 226.38 | 234.04 | ▲3.38 | 293.09 |

Currency: USD
Consensus as of Feb-23-2024 12:40 PM GMT




**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ1 2023** | (0.84) | (0.74) | NM |
| **FQ2 2023** | (0.78) | (0.80) | NM |
| **FQ3 2023** | (0.94) | (0.53) | NM |
| **FQ4 2023** | (0.92) | (0.61) | NM |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved


C.A. No. 21-1411-RGA-LDH
Plaintiffs' Trial Exhibit
PTX-933

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ........................................................................... | 3 |
| **Presentation** | ........................................................................... | 4 |
| **Question and Answer** | ........................................................................... | 9 |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Jessica Serra**
*Head of Investor Relations & ESG*

**Mark J. Foley**
*CEO & Director*

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

**ANALYSTS**

**Alana Lelo**
*Guggenheim Securities, LLC, Research Division*

**Charles Wang**

**David A. Amsellem**
*Piper Sandler & Co., Research Division*

**Jack Padovano**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**John Boyle**
*William Blair & Company L.L.C., Research Division*

**Karishma Raghuram**
*Goldman Sachs Group, Inc., Research Division*

**Navann Ty Dietschi**
*BNP Paribas Exane, Research Division*

**Serge D. Belanger**
*Needham & Company, LLC, Research Division*

**Stacy Ku**
*TD Cowen, Research Division*

**Terence C. Flynn**
*Morgan Stanley, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Welcome to the Revance Therapeutics Fourth Quarter and Full Year 2023 Financial Results and Corporate Update Conference Call. [Operator Instructions] As a reminder, this call is being recorded on Wednesday, February 28, 2024.

I would now like to turn the conference call over to Jessica Serra, Head of Investor Relations, Corporate Communications and ESG for Revance. Please go ahead.

**Jessica Serra**
*Head of Investor Relations & ESG*

Thank you, operator. Joining us on the call today from Revance are: Chief Executive Officer, Mark Foley; and Chief Financial Officer, Toby Schilke.

During this call, management will make forward-looking statements, including statements related to the impact of our pricing and strategy on DAXXIFY on adoption, expectations and timing related to product adoption and reorders, our product pipeline, consumer needs, preferences and behavior, the benefits and value to us, practices and consumers of our products, including the efficacy, duration and safety of our products, 2024 guidance, cash flow at even, positive adjusted EBITDA, future capital expenditures, funding our business and capital allocation plans. Our strategic priorities, our anticipated success are blockbuster growth potential, our market opportunity and expectations, provider partnerships, the wind down of OPUL, our strategy, plant operations, international expansion, strategic partnerships and commercialization plans and timing.

Our actual results and the timing of events could differ materially from those anticipated in such forward-looking statements as a result of these risks and uncertainties. Factors that could cause these results to be different from these statements, include factors the company describes in the section called Risk Factors in our annual report on Form 10-K to be filed with the SEC today, February 28, 2024. Revance undertakes no duty or obligation to update any forward-looking statements as a result of new information, future events or changes in its expectations. Also on today's call, we will present both GAAP and non-GAAP financial measures. A reconciliation of non-GAAP to GAAP measures is included in our earnings release.

With that, I will turn the call over to Mark Foley, Chief Executive Officer of Revance. Mark?

**Mark J. Foley**
*CEO & Director*

Thank you, Jessica. Good afternoon, everyone, and thank you for joining our Fourth Quarter and Full Year 2023 Financial Results Conference Call. I'll first cover our overall performance in our Aesthetics and Therapeutics businesses before turning the call over to Toby to review our financial results and 2024 guidance.

2023 was an important year for Revance. We realized several pivotal milestones, including the launch of DAXXIFY and aesthetics and the FDA approval of DAXXIFY for cervical dystonia in addition to achieving record product revenue of $213 million, up 80% year-over-year. From a balance sheet perspective, we ended the year on a strong financial position with $254 million in cash, cash equivalents and short-term investments. Combined with our commercial progress to-date, we believe we are well positioned to deliver on our strategic priorities for 2024, which I will cover later in the call.

Turning to DAXXIFY for our Aesthetics business. We generated total sales of $95 million in our first 5 quarters of launch, exceeding the combined sales of the last 3 neuromodulators to enter the market in the same launch time frame. We also gained important real-world feedback from the early stages of our DAXXIFY launch, which informed our updated pricing and provider engagement strategy, better positioning us for broader adoption and long-term success. As a reminder, we revised DAXXIFY's pricing in September of last year to be more competitive and to facilitate greater trial and adoption. Since adapting

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

our strategy, we began to see the desired impact with regards to usage, reorder rates and customer perception with that momentum continuing into Q1.

From a sales volume perspective, Q4 vials sold were up 22% compared to Q3 and importantly, more than 2/3 of Q4 revenue came from existing accounts. Based on our current focus on existing customers, we believe this reflected deeper product adoption. We ended the year with over 3,000 DAXXIFY accounts, which is less than 10% of the total number of U.S. aesthetic accounts and less than 1/2 of our existing account base, underscoring our significant runway for growth. Since the rollout of our new pricing and provider engagement strategy, we have focused our efforts on existing DAXXIFY customers since these accounts have already been trained, have experience with the product, and in most cases, are RHA customers. And from a reputational and foundational perspective, we believe it's important to gain their support.

Previously, we indicated that we expect this reengagement plan to take approximately 2 quarters before turning our focus to new account activation in the beginning of Q2. Beyond pricing, we consistently hear from customers that DAXXIFY is a great product and offers a compelling value proposition because of its unique peptide formulation, fast onset, long duration and ability to enhance the skin's appearance. To that end, we recently introduced new brand messaging for DAXXIFY, which highlights the product's full range of benefits and ability to deliver an optimal overall aesthetic look. The new messaging, along with expanded sales tools and materials was shared with our sales team at our National Sales Meeting in January, and has been very well received.

Based on feedback and in support of our new pricing strategy, we recently removed our no advertised price policy, which was implemented in the introductory phase of our product launches. However, as we move to broaden our share and brand awareness, it is important that we empower practices to market and promote the Revance product portfolio. During the fourth quarter and into Q1, we also expanded and augmented our marketing tools, marketing materials, sales force training and customer education programs. We have and will continue to increase our visibility with customers and KOLs, the advisory boards, congresses, podium presence, media events and thought leadership. Further, in February, we executed one of several planned promotional programs, a patient coupon program, which has been very well received and aligns with our goal of driving greater practice and consumer experience with DAXXIFY.

Turning to our filler business. The RHA Collection continues to be vital to our aesthetics franchise and foundational to the long-term growth of DAXXIFY, 3 years into launch, the RHA Collection is still the fastest-growing HA filler in the U.S., sitting at about 10% market share, which was largely achieved independent of a neuromodulator. We believe RHA's success can be attributed to not only our strong execution, but more importantly, it's leading innovation. RHA is designed to more closely resemble the natural hyaluronic acid found in the skin, which we believe distinguishes the collection from other competitive offerings.

Further, the collections range of utility continues to expand with new SKUs and indications, including RHA Redensity for lip lines, RHA 4 for cannula use, and more recently, RHA 3 for lip augmentation and lip fullness. The lips are the most frequently treated area for dermal fillers and the recently approved label expansion provides us with new opportunities to train on RHA's leading innovation and injection techniques. We look forward to launching the new lip indication in Q2.

In 2023, we were pleased to deliver a 20% year-over-year RHA revenue growth despite softness in the U.S. filler market and while we launched DAXXIFY and work through our strategy changes. As we move into 2024, we look forward to continuing to drive healthy growth across both DAXXIFY and the RHA product line through a combination of new account activation and deeper penetration, while also beginning to unlock portfolio synergies. Across DAXXIFY and RHA, we ended the year with over 7,000 aesthetic accounts, up from 5,000, 1 year ago.

Now let me turn to our compelling opportunity in therapeutics with the approval of our cervical dystonia indication. Due to DAXXIFY's unique and differentiated profile, we look forward to addressing the unmet needs of patients, physicians and payers in this category. Based on a published study in the Journal of Neurology, 88% of CD patients experienced symptom reemergence between injections, with symptom recurrence happening as early as week 8. Since patients can't get reinjected until 12 weeks due to

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.


PTX-933.0005

label and reimbursement restrictions, this can leave CD patients with significant treatment gaps when considering both the delayed onset of action and early wear off. Based on our clinical trial data and early PrevU experience, we believe that DAXXIFY has the potential to provide patients with better symptom control, along with a compelling safety profile.

As toxins are the 12 most costly medical benefit drug category, payers are also motivated to find alternatives that offer both clinical value and that can lower the cost of therapy. Based on DAXXIFY's clinical performance, bile price and the dosing used in our clinical trial, there's an opportunity for meaningful savings to payers, which we believe is why we've seen such strong commercial coverage at such an early stage in our launch. Taken all together, we believe DAXXIFY's strong efficacy, long duration and favorable safety profile, coupled with its attractive pricing, have the potential to disrupt the current CD treatment landscape, which has remained largely unchanged for 30 years.

Following FDA approval in August 2023, we subsequently launched our CD PrevU program to leading clinicians in order to optimize treatment outcomes for patients and to ensure smooth practice integration. To-date, we have treated more than 300 patients across approximately 30 practices, which is in line with our plan. As the majority of CD patients experienced symptom breakthrough, most patients treated to-date in the PrevU program are those who are uncontrolled on their current toxin. And switching these patients to DAXXIFY, physicians have reported that they are using a wide range of doses in their effort to optimize treatment outcome.

In addition, DAXXIFY's safety profile continues to be encouraging even in the presence of escalating doses. To-date, approximately 1/3 of patients have completed their first treatment cycle and are now in their second treatment cycle. As a reminder, with the new toxin, physicians tend to start patients at the lower end of the dosing range before titrating them up over subsequent treatment cycles in order to find the optimal balance between symptom control and safety. Despite being early in the dose optimization journey, when surveyed, 94% of PrevU physicians who have been in the program since its inception, indicated that they perceived DAXXIFY to last longer than other toxins based on their first treatment cycle.

In summary, we've been very encouraged to see real-world clinical results, including safety, efficacy and duration in line with those seen in our ASPEN Clinical Program. We remain on track to initiate a targeted commercial launch midyear, having received our permanent J-code in early January. Importantly, we've also made significant progress on the payer front, already securing 25 of the top 30 plans covering over 50% of commercial lives. This impressive achievement reflects not only the team's ability to execute, but also DAXXIFY's differentiated clinical profile and attractive economic profile for payers. Also, we've recently operationalized our patient reimbursement support services to minimize potential hurdles to adoption. In addition, we have launched our patient affordability program to ensure out-of-pocket costs do not impede access to therapy.

On the commercial infrastructure side, our therapeutics team will include about 40 people across sales, medical affairs, market access and reimbursement. We believe we have the appropriate resources to target the concentrated CD physician population where 70% of patients are treated by the top 20% of physicians or about 1,000 injectors. As announced earlier today, the therapeutics commercial organization will be led by Dr. David Hollander, our Chief Medical Officer, who has taken on the expanded role of Global Therapeutics' Franchise Lead, reporting directly to me. I'm confident that David's deep experience in all stages of the product life cycle, in addition to building strong teams will add significant value to our therapeutics franchise. As PrevU continues to advance, we look forward to presenting 2 posters and abstracts on our ASPEN program at the American Academy of Neurology in April.

With that, I'll turn the call over to Toby to cover our fourth quarter and full year financials and our 2024 financial guidance.

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Thank you, Mark. The press release and the 10-K we issued today details our financial results in full, so I will only go over the highlights on this call. Total revenue for the fourth quarter and full year 2023 were $69.8 million and $234 million, up 40% and 77%, respectively, from the same periods last year. Total

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

revenue for the fourth quarter included $58.5 million of product revenue, $2.3 million of service revenue and $9 million of collaboration revenue.

On the product side for DAXXIFY, we delivered $24 million in sales in Q4 and $84 million in sales in our first full year of launch in 2023. For the RHA Collection, fourth quarter and full year 2023 revenue were $34.5 million and $128.6 million. Sales were up 20% for the full year, driven by deeper and broader account penetration. Quarterly sales were down 1% year-over-year, primarily due to higher-than-normal RHA sales recorded in Q4 of 2022. This dynamic resulted from both the introduction of the RHA Redensity SKU, and the launch of DAXXIFY, where early access to DAXXIFY was prioritized among accounts that have ordered RHA.

Regarding OPUL, our services business, substantially all payment processing was stopped as of January 31, 2024, and we are on track to complete the wind down of the business by the end of Q1, providing cost savings of approximately $20 million this year. We recognized $9 million of collaboration revenue in Q4 related to our Biosimilar to BOTOX program with Viatris. The revenue is reflective of the progress made in our collaboration effort. Note, that since the inception of the program, we have received a total of $60 million from upfront and milestone payments, which have been shown as deferred revenue on our balance sheet. The revenue was recognized primarily from the deferred revenue balance.

Turning to OpEx. We are pleased to see our 2023 GAAP and non-GAAP operating expenses of $550.8 million and $319 million come in on the low end of our previously announced guidance, underscoring our continued efforts of disciplined capital allocation and cost controls. Further, we continue to see operating leverage within our business. Full year 2023 non-GAAP operating expenses increased 19% from 2022, while total product revenue increased by 80% during the same period.

On the balance sheet side, our current cash position, operating plan and anticipated revenues provide us with multiple levers to appropriately fund our commercial growth while maintaining our path to breakeven positive adjusted EBITDA in 2025. Finally, Revance's shares of common stock outstanding as of February 16, 2024 were approximately 88.2 million, with 97.7 million fully diluted shares, excluding the impact of convertible debt.

Before I turn the call back to Mark, I'd like to review our 2024 revenue and OpEx guidance in greater detail. We recently provided our product revenue guidance, which includes sales of DAXXIFY and RHA of at least $280 million for 2024. Our guidance assumes continued market share growth for the RHA Collection and DAXXIFY aesthetics, and modest revenue contribution for the launch of DAXXIFY for cervical dystonia. Further, our guidance takes into consideration normal seasonality. As a reminder, the U.S. facial injectables market experiences traditional seasonality where Q1 and Q3 are typically slower periods during the year compared to Q2 and Q4.

Turning to our OpEx guidance. We expect our 2024 GAAP OpEx to be between $460 million to $490 million and our non-GAAP OpEx to be between $290 million to $310 million. You will note that we are aiming to deliver increased year-over-year product revenue growth while at the same time decreasing our operating expense levels. The midpoint of our 2024 non-GAAP operating expense guidance represents a 6% reduction from last year, driven primarily by the divestiture of our OPUL payments business in addition to organizational streamlining and operational efficiencies. Further, we expect our non-GAAP SG&A expenses to be between $240 million to $255 million.

And with that, I'll turn the call back over to Mark.

**Mark J. Foley**
*CEO & Director*

Thank you, Toby. Before we conclude, I'd like to review our strategic priorities for 2024. First and foremost, we will focus on delivering at least 32% growth on the top line while effectively managing spend to reach positive adjusted EBITDA in 2025. To reach this goal, we plan to execute on our commercial objectives for DAXXIFY and RHA, launch DAXXIFY for CD midyear and maintain our disciplined capital allocation while continuing to drive operational efficiencies.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The proof points of our commercial strategy continue to provide us confidence in the trajectory of DAXXIFY and RHA. For DAXXIFY, in particular, the ongoing positive trends in adoption and improving customer sentiment reinforces our belief in our blockbuster potential in the U.S. aesthetics market. Further, we are on a path to realizing our future growth opportunities in therapeutics, the international expansion of DAXXIFY and strategic partnerships with Fosun and Viatris. Combined, these represent access to a $5 billion market opportunity outside of the $4.2 billion U.S. facial injectables market.
With that, I will now open the call up for questions. Operator?

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question today is from the line of David Amsellem of Piper Sandler.

**David A. Amsellem**
*Piper Sandler & Co., Research Division*

Just have a couple. So first, I wanted to drill down more on the top line guidance. And I guess I'll just ask it plainly. How realistic do you think the implied assumptions regarding DAXXIFY are for '24? There's clearly expectation here that there's going to be aggressive expansion of the sales footprint. I just wanted to get your thoughts on what gives you that level of confidence? Is it a greater footprint among -- a significantly greater footprint among newer accounts? Is it deeper penetration within existing accounts? How are you thinking about that mix and just your overall level of confidence? That's number one.

And then secondly, on the fillers and RHA, it is more of a long-term question, but how are you thinking about competitive dynamics with Evolus looking to enter the market, less about this year and more about the long-term dynamics in the context of a potentially more crowded space?

**Mark J. Foley**
*CEO & Director*

Yes. Thanks, David. This is Mark. On the top line growth, we obviously feel very good about the $280 million guidance that we put out there for top line. As we stated on our JPMorgan reannouncement that we'd expect a little more of that to come from RHA and a little bit less to come from DAXXIFY. And so we feel very good. I mean if you look at where we are, in our launch last year, the back half where we made some of the strategy changes in the pivots, we didn't see the normal launch trajectory because we were doubling back to those existing accounts to cement the relationship and try and address kind of what their concerns and issues were.

As we saw going into Q4, we were getting really good feedback from accounts that the pricing change removed an important barrier to adoption. And with the way that we've leaned in and are prioritizing some of the other engagement strategies, we feel very good about the way that, that is going. We have stated that we would expect to see normal seasonality in this business, but our growth will come from a combination of new account adds, along with ongoing reorders. And as we noted in Q4, more than 2/3 of our revenue came from reordering accounts, which I think points to the stickiness of the product in those accounts where we're able to secure.

So we feel very good about where we are. And again, particularly with how early we are in the DAXXIFY side. I would also note that we mentioned that we're in about 3,000 DAXXIFY accounts at the end of the year and we have an account base of 7000 accounts. So even before we go outside of our existing account base, we have a number of accounts that we've got relationships with that we can broaden, and there will be opportunity for bundling and cross-selling to as we move forward.

On the filler dynamics side, the nice thing about the Teoxane partnership is that we were able to bring in the market sort of the latest innovation in filler technology, but one that has years and years of experience. And so we feel very good about -- if you look at how RHA and Teoxane has performed internationally in a very competitive market, how they've been able to continue to take share and to grow it. And with our expanded portfolio of different RHA filler lines and the expanded indications, we feel very good about how we're positioned in the market. Also given where we are in our journey, we have plenty of opportunity to continue to grow our share, and we've been the fastest-growing share taker over the last 3 years, and we feel very good about the technology and where we're positioned in the market.

**Operator**

Our next question today is from the line of Stacy Ku of TD Cowen.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

**Stacy Ku**
*TD Cowen, Research Division*

We did have a few. So just first, broadly for Q2, a little bit of a follow-up on the last question. Give a sense, as you broaden out what kind of clinicians or accounts you're hoping to target? Are they going to be the RHA existing accounts? Just characterize your plans a bit more.

And I'm curious if you expect the sales force will have the ability to go beyond 500 accounts roughly per quarter? So, just curious if you're targeting the same amount of training that you've kind of focused on recently? And I have a follow-up.

**Mark J. Foley**
*CEO & Director*

Sure, Stacy. So on the number of accounts, as we kind of look at Q2 and where we're going to go. We frankly give a lot of latitude to the sales managers and the sales reps. Obviously, the market continues to grow and expand, and there's a wide range of different providers. Obviously, those that we have a relationship are a natural starting point for us because we know the accounts, and they know us. And so we would expect that, that would be the initial priority.

But having said that, we also know from the RHA launch, there were a number of accounts that were certainly intrigued by DAXXIFY, but for whatever reason, weren't willing to engage with RHA at the time. And we think that, that's going to be a great entry point for us for some of these accounts that are excited to offer DAXXIFY and the innovation that it offers in the market. So I think it will be a mix, and I think you'll see some variability across geographies. As you know, we started more with kind of a [ prestige ] strategy that was really tailored and targeted towards the top 1/3 of accounts. But I think now that we've adjusted our pricing to be more in line, if anything, it's opened up a broader aperture and a broader account opportunity for us. So it's really about qualifying those accounts that are willing to lean in with us that see the value that are going to promote and support the product.

And again, given sort of the number of accounts that we still have to go -- we feel good about it. In terms of the sales force and the training and the number of accounts, again, I think that if you look back, we never had a target, for example, with the RHA filler line to open up 500 new accounts per quarter. It just turned out that was sort of what the field force could digest between continuing to support existing accounts and try and go deeper, along with opening up new accounts. And then obviously, we believe very strongly in medical education and training. And given the profile of our products and sort of the innovation that underlines them, we believe that the best way to -- for people to get the full value is through training and education. So that will be an important part of it.

And so, it's I think really hard right now to say for sure exactly what that account ramp is going to look like, partly because we have existing relationships, too, that we're going to go into. But when we've done the roll up and put together our plan, we feel very good about the guidance that we put out there.

**Stacy Ku**
*TD Cowen, Research Division*

Understood. And then just briefly on kind of the ongoing relationship repair with these accounts, are you willing to discuss in more detail what's working, where we see these accounts are increasing orders versus maybe that roughly 1/3 or so of accounts where there's a little bit more reticence. So just trying to understand where we are and if we're seeing any early signals in kind of the repair overall?

**Mark J. Foley**
*CEO & Director*

Yes. I mean we like the signals and the signs that we're seeing. Again, we've talked about the percentage of revenue in Q4 that came from reordering accounts, which we think is a good indicator for people leaning in, seeing the value in the strategy, appreciating the adjustment in price. And frankly, appreciating that we're listening and making actionable changes to it. And so it's early, we'll continue to provide metrics and data that we think are representative of trends, not just points in time. And so as we move forward,

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

we'll continue to share things that we think are helpful, but again reflect what we're seeing. But we're encouraged by what we continue to see as we've moved into the new year.

**Operator**

Our next question today is from the line of Balaji Prasad of Barclays.

**Mark J. Foley**
*CEO & Director*

Balaji?

**Operator**

Balaji Prasad of Barclays, your line is now open, if you'd like to proceed with your question. I'm afraid we're getting the audio from Balaji's line.

So afraid we'll have to move on to Chris Shibutani from Goldman Sachs.

**Karishma Raghuram**
*Goldman Sachs Group, Inc., Research Division*

Karishma on for Chris Shibutani. I was wondering if you could help us frame the discussion around cervical dystonia. How should we think about the positioning of the product in regards to payers and the impact of the permanent J-code on the ramp of revenue generation and the adoption curve?

**Mark J. Foley**
*CEO & Director*

Sure. Well, in the cervical dystonia market, in the U.S., it's about a $340 million market. Most of these patients are existing patients. So a lot of the patients that we have seen in our PrevU program and that we expect to convert over to DAXXIFY are going to be switch patients. What's interesting for cervical dystonia, there's no cure. And so it's really a management of the symptoms, and toxins are really the frontline therapy to manage it. Interestingly, as we pointed out in our prepared remarks, is that over 80% of these patients see symptom reemergence before they can get reinjected prior to Week 12. And so given the data that we generated in our ASPEN clinical program, our ability to potentially give them many more symptom-free days, both from an early onset of action, along with a good duration profile has been incredibly well received by both clinicians and payers.

And so, we're trying to go forward in a measured way because within the neurology community, they tend to be conservative. They're going to start low on the dosing, and then they're going to dose them up over time. But as we mentioned in our prepared remarks that when asked -- when asking our PrevU physicians, what they thought of the duration profile, their perception of the duration profile of DAXXIFY, 94% of them felt that it was longer lasting. And so we have an opportunity to be the first really truly novel therapy in CD in over 30 years.

On the payer side, what makes it interesting for payers is that based on the dosing ranges that we saw in our cervical dystonia clinical program is that we were seeing more one-to-one dosing with other toxins. And based on the current vial price that we have, when you do one-to-one dosing, there's a material discount for these payers. And so the payers are looking at this saying, wow, this is a product that can deliver results that are similar to or better than conventional toxins and there's that type of price break. We love it, which is why we think we've seen such robust adoption in the commercial lives covered. So we're already over 50% coverage on commercial lines before we even get started into the launch side of it.

We do want to be measured because we know as we move into the full launch, what's going to regulate this is the way that physicians treat these patients, which is they will start low, either switch patients. They'll monitor them through their first 12-week cycle. And then if the symptoms are managed, they won't go up any further. If not, they'll continue to up the dose. And so we just want to give time for that learning

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

process to take place over multiple cycles. But we think that this is really an encouraging gateway for us into the broader therapeutics market, and we really like where we're positioned.

**Operator**

Our next question today is from the line of -- sorry, Annabel Samimy of Stifel.

**Jack Padovano**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

This is Jack on for Annabel. So could you provide a little bit more color on how you're changing your communications with physicians, so that they're fully aware of your new price changes? Have you only really been circling back to the accounts that you have an existing relationship with? Or have you kind of broadened that message such that new accounts can kind of gain some increased brand awareness?

**Mark J. Foley**
*CEO & Director*

Yes. So on the pricing change, given our focus on existing accounts, we've really allowed that to happen much more through the rep side of it because, again, our primary goal in these first 2 quarters were to solidify the foundation with many of these accounts that are existing customers on the RHA side, went through training, know how to inject the product but had feedback for us on how we could improve things. And in some cases, they've got product on the shelf that needs to be worked through before they turn into a reordering account. And so rather than blast out the pricing to everybody, we thought it was best to allow those reps to go back in to reengage, to explain the rationale and work with these accounts on the different pull-through.

As we start to move forward and go to more of a new account activation in Q2, then we'll be much more forward leaning on the pricing. And it's not to say that we aren't open about the pricing. But given the strategy, it's been more driven at the rep level and their ability to get back into these accounts and reengage. And then as we go forward, we'll be able to more broadly disseminate that information.

**Operator**

Our next question today is from the line of Alana Lelo of Guggenheim.

**Alana Lelo**
*Guggenheim Securities, LLC, Research Division*

Just quick ones. First one regarding the patient coupon program. I'm just wondering if you can provide any color on kind of what that looks like and any metrics that you can share so far on how that has driven increased patient interest in DAXI? And then with the removal of the no advertised price policy, again, any impact you're seeing from that yet? And any metrics that you can share from that angle?

**Mark J. Foley**
*CEO & Director*

Sure. Well, it's probably premature to share any metric. I think, it's something we can share in more detail on our Q1 Earnings Call. But the patient coupon is basically $75 off for the consumer that was redeemable through the practice. And so, with purchases, the practice received a number of those coupons that they can use. And all this is designed to stimulate trial use and experience with our belief that the more injectors get comfortable with the product and the more that patients experience the look that there's going to be a bias and a desire to continue to get retreated with DAXXIFY.

And as we've said in the past, we're going to continue to pilot a number of these different initiatives. We've had different types of programs like this in the past, whether it's for people to qualify for one of our guru trainings or different influencer events or other types of programs. And so, these are fairly common in the industry, and we're going to pilot a number of these. But we've been very pleased to see the receptivity of this both at the account level and on the patient level and it's having the desired effect of generating more trial usage and experience.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In terms of the removal of NAPP, our no advertised pricing policy, this has also been very well received. Obviously, in a B2B/B2C business it's important that practices are able to drive awareness in a way that's linked to their practice. And so by removing this, this allows practices to more actively promote sort of the range of Revance product lines across RHA and DAXXIFY. And we've gotten a lot of kudos from accounts who sort of felt like, geez, I want to do a better job of promoting this. I'm excited about the product. And I'd like to be able to tell more customers about it. And if I'm limited in some cases to in-office advertising. Only then, I feel I'm missing out on opportunities to drive more awareness. And so again, it aligns with the pricing change that we've made, and we've been encouraged by what we're seeing so far there.

**Operator**

Our next question is from the line of Tim Lugo of William Blair.

**John Boyle**
*William Blair & Company L.L.C., Research Division*

This is John on for Tim. Just one from us. So I was just wondering if the team could provide commentary on the comfort level with the current debt structure?

**Mark J. Foley**
*CEO & Director*

Sure. Toby, do you want to hit that one? Comfort level on the current debt structure.

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Oh, yes. Sorry about that. I didn't hear the question. Yes. I think, when you take a look at what we've been trying to achieve over time and the operating leverage that we're generating through 2023, decisions we've taken to streamline our business with the reduction of OPUL and kind of moving towards a profitability that we feel is in sight with the guidance we've given, both from a top line perspective and the OpEx perspective of having EBITDA positive in 2025 feel like that really unlocks a lot of options with sort of our capital stack.

Clearly, we'll always take prudent measures to finance the business and manage our maturities. But we feel like the first thing to do is prove out the business model, continue the track record of success that we've had growing DAXXIFY, RHA with the cost structure that we've outlined here, and that will unlock continued opportunities through either organic or sort of other financing alternatives.

**Operator**

Next question today is from the line of Terence Flynn of Morgan Stanley.

**Terence C. Flynn**
*Morgan Stanley, Research Division*

Great. Maybe a 2-part for me on DAXXIFY. I know earlier this year, you had talked about one of the things you guys were working through was the -- trying to help practices with some of the prior inventory at a higher cost. And so just maybe talk us through where you are in that process? And then the second question is, I think during your prior remarks, Mark, you mentioned bundling. I think that's the first time we've heard about a potential to bundle DAXI and RHA. So just wondering is that something that's currently out there in the marketplace? Or is that something that's being contemplated? And then how would that work, I guess, effectively? And how do you think about the impact of that on this year's revenues?

**Mark J. Foley**
*CEO & Director*

Sure. So first, in terms of working with those customers and some that had made perhaps product on the shelf at higher cost, that's why, again, we focused these 2 quarters on going back to those existing accounts. I would say we're a good way through that, majority of the way through that, partly because

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the reps were incentivized to go and engage with those accounts, figure out how we can get them back on track and work with them to develop a strategy to remove some of the barriers and obstacles to getting back on board. So I feel we've made a really good, really good progress there. And that's why I think when we go into Q2, hopefully, we've sort of worked our way through those accounts that were existing users, those that are going to get on board with us, we've had an opportunity to reengage them, and then we can start moving forward sort of with a clean slate.

On the bundling side of it, both with RHA and with DAXXIFY, we wanted those products to stand on their own. It doesn't help to try and put together bundling programs until people are sort of fully bought into both individual products. We don't want the incentive for them to try a product is just -- because of discounting, we want them to buy into the products because they believe in the value and they see the value. And then what we can do is look to how do we create additional incentives for these accounts to go deeper and broader with us once they're embedded. So to your question, we really haven't done anything yet on the bundling side, but that is something that we do plan to kick off as we move throughout the year, where there will be additional incentives for practices, whether it's different benefits that they get or pricing, when we link the 2 together and they're willing to give us a greater share of their business in return for some additional value.

And so we just want to make sure that we're establishing the products based on their own merit first and then can find ways to unlock that. And we do think that that'll be a source of future opportunity for us as we take those accounts that might be RHA accounts only or DAXXIFY accounts only, and figure out how we can create mutual alignment with those accounts to grow our share.

**Operator**

Our next question today is from the line of Navann Ty of BNP Paribas.

**Navann Ty Dietschi**
*BNP Paribas Exane, Research Division*

A follow-up on to the previous one. Could you clarify on what is left to do on the account reengagement? And maybe if you can touch base on the priorities and if we would see any strategy tweaks with the new Chief Commercial Officer and the Global Therapeutics Franchise Lead?

**Mark J. Foley**
*CEO & Director*

Sure. I think, you were asking kind of where we are and kind of the reengagement strategy. And so that's something we said is going to be a priority up and through the end of Q1 before we kick off sort of more traditional launch dynamics, where new account activation will be an important part. Not that it isn't today, but it will take much more of a prominent role going forward. And so, given where we are now at the end of February, we've made really good progress through that, and you'll see us again move to a more normal launch cadences as we get into Q2.

On the leadership side, as we previously announced, we promoted Erica Jordan into the Chief Commercial Officer role over Therapeutics. Erica joined the organization in sort of the spring of last year and was doing a lot of strategic work for us on the commercial side. So she has spent a lot of time with the organization understanding the strategic priorities, work streams and stuff. And so we feel very fortunate to have her leading our aesthetic efforts, and she's doing a great job and has really been intimately involved with a lot of the streamlining efforts that we have made. And we think her background is uniquely suited to help us get to where we need to go on the aesthetic side.

On the Therapeutic side, as we announced, we added the additional responsibility to Dr. David Hollander, our Chief Medical Officer, Global Franchise Head for the Therapeutics group. And I think given his background and experience being an M.D., particularly within the neurology community, we think that not only does he have the gravitas from a leadership and skill set, but we think being an M.D., and with our targeted launch, he's going to really help ensure that we position this thing the right way, that we're understanding the subtleties around how physicians are using it, and how best to position ourselves for

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the future growth. And so David's always been close to the program, but more on the medical side, and now in sort of the leadership side, we feel really good to have him in that role.

As we said, it's going to be a targeted launch. We'll start with about 40 commercial folks across sales, reimbursement, market access, and medical affairs. And we've got a lot of the leaders already in place in that functional area that David's already had a chance to work with. And so we feel that we've got the right infrastructure in place to execute on our plan.

**Operator**

Our next question today is from the line of Serge Belanger of Needham & Company.

**Serge D. Belanger**
*Needham & Company, LLC, Research Division*

A couple of questions on the upcoming DAXI launch in cervical dystonia. It looks like you've made some significant -- securing the coverage, at least on the commercial side. Maybe just talk about the nature of that coverage, how it compares to the other neurotoxins, whether it will impede usage outside of cervical dystonia? And maybe just cover also your plans and time lines for Medicare coverage?

**Mark J. Foley**
*CEO & Director*

Sure. So on the coverage side of it, if you look it's about 60% of the overall CD lives. We're over 50% already. And within that, about almost 2/3 of that coverage is going to be first line therapy. So we feel like at least in CD coming into the market, we've got a really strong position within the commercial payer community in terms of our ability to compete effectively and not have any step edits or limits. Within the commercial category, maybe 14% will have a step edit. And so we'll continue to work to knock that down with additional payer data. Right now, we don't have a lot of payer data to go back to those. And so we really like sort of the response that we've gotten in the adoption, and we've made great progress with a lot of the top groups there.

On the Medicare side, we already have 100% coverage. On the Medicare side, that's about 20% of the market. And then same thing on the Federal side, and we have a little bit more work to do on the Medicaid side of it. But all in all, the team has made tremendous progress in terms of the overall coverage side of it.

With respect to spontaneous use, obviously, we can only promote for CD, but there are a number of the coverage policies which are agnostic to the toxin. So you have some that will look at toxins as sort of a general category, and if you get toxin coverage within that payer network, then they leave it up to the physicians to ultimately use the product in a way that they see fit. Others will allow for coverage of other indications with additional data. It doesn't need to be indication data, it can be additional data. And then some are very rigid in terms of only covering those indications where you have an FDA approval. So we feel like we're really well positioned in cervical dystonia, and we're also encouraged by some of the payers that are looking at this as sort of a generic category where the approval of DAXXIFY will allow the payers to ultimately manage the category the way that they think makes the most sense, along with the clinicians.

**Operator**

[Operator Instructions] And our next question is from the line of Uy Ear of Mizuho.

**Charles Wang**

This is Charles on for Uy. I guess, I had a question about the expanded label for the RHA3 launch. And just do you think that's going to be a modest contribution to the sales in this year?

**Mark J. Foley**
*CEO & Director*

Sure. Well, I mean, the nice thing about the indication is you can teach, train, market, promote to it. And given that lips is the most commonly performed HA filler procedure, having that ability to directly target,

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

promote, teach, train and go after it definitely helps. And so it's another thing to talk about, and I think it speaks to the ongoing innovation pipeline that Teoxane is bringing forward in the RHA line. And so it's just yet another thing for us to get in front of customers to talk about. It allows us to get behind it from a promotional standpoint.

So listen, I don't think it's the kind of thing that's going to create step function difference in the growth, but it does all help and contribute to the ability for us to have something else to talk to customers about, and to get trial perhaps in accounts that maybe have not yet leaned in. And it fits also really well with Redensity which is used for perioral lines. And so it's a nice combination of using RHA3 for a lip fullness and then using RHA Redensity for the areas kind of around the lips. And so it just, again, gives us yet more to talk about with our customers more reason to engage and more reason to get trial.

**Operator**
Thank you. And this will conclude the Revance Therapeutics Fourth Quarter and Full Year 2023 Financial Results and Corporate Update Conference Call. Thank you all for joining. You may now disconnect your lines.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.

# EXHIBIT 17

Allergan Aesthetics
an AbbVie company

# Daxxify® Launch Tracker
## Main Quant Study Report

*May and June Waves w/ HCPs*



*June 30, 2023*
***Wave 2***

Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

C.A. No. 21-1411-RGA-LDH
**Joint Trial Exhibit**
**JTX-164**

**EXHIBIT**
**6**
exhibitsticker.com

[redacted]

## Table of Contents


| | Page |
|---|---|
| Objectives and Methodology | 3 |
| Executive Summary | 4 |
| Summary of Findings | |
| [redacted] | |
| Appendix | 48 |


Source: 2023-PR-BTXC-Daxxify® Launch Tracker JUNE Report - HCP

## Objectives & Methodology

3

**Objectives:** [redacted]

**Quantitative Sample:** [redacted]

**Quantitative:** [redacted]

Fielding was conducted: [redacted]

© Allergan Aesthetics [redacted]

## Executive Summary

*Daxxify® Launch Tracker - HCPs*
(Wave 2: June 2023)



1. Key Aspects of Daxxify® Use:

[redacted]

2. [redacted]

3. [redacted]

4. [redacted]

[redacted]

[redacted]

# Neurotoxin Usage Behaviors

© Allergan Aesthetics

Among Daxxify® injectors, [redacted]

6

[redacted]

[redacted]

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

The adoption of Daxxify® had [redacted]

7

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

8

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

Daxxify® use is being driven by patient requests (increased in June) and to a lesser extent HCP recommendations.

9

**Who Recommended / Requested Daxxify®**

- % among Daxxify® Injectors -

[redacted]

**Qual Results**

- Daxxify® is being recommended to…

[redacted]

- Of the patients HCPs offer Daxxify®, half or less go forward with it. Main patient barriers to adoption are..

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]

Most patients receiving Daxxify® are existing NTX patients.

**% of New vs. Existing Patients Receiving**

- % among users of each NTX -

Botox® Cosmetic | Daxxify® | Dysport®

[redacted]

**Key reasons NEW patients are receiving Daxxify® (unaided):**

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

Although glabellar lines are the main area HCPs are injecting Daxxify®, use in all three areas has increased with greater use in FHL and LCL.

11

**% of Patients Receiving Daxxify® in the Following Areas**
- % among Daxxify® Injectors -

Glabellar lines

Forehead lines

Lateral canthal lines

[redacted]

**# of Areas Being Treated with Daxxify® per Patient**
- % among Daxxify® Injectors (n=117) -

[redacted]

| | WV1 (n=50) |
|---|---|
| All 3 Areas | [redacted] |
| 2 Areas | |
| GL Only | |
| FL or LCL Only | |

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

Most HCPs are dosing Daxxify® at less than 40 units for GL, and even fewer units in FHL and LCL. 12

**Average Units of Daxxify® Used to Treat Following Areas**

- % among Daxxify® Injectors dosing the following amounts -

[redacted]

Glabellar | Forehead Lines | Crow's Feet

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

## Qual Results



[redacted]

[redacted]

[redacted]

© Allergan Aesthetics [redacted]

Although BTXC is the preferred NTX across all patient types, [redacted]

14

**Main NTX of Choice for Each Patient Type**

[redacted]

| [redacted] | Botox® Cosmetic | Daxxify® | Dysport® |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]

BTXC is the preferred NTX regardless of filler used, [redacted]

15

**What NTXs is Most Likely to Be Used with Each Dermal Filler Brand** [redacted]

| Juvéderm® | Restylane® | RHA® |
| --- | --- | --- |
| [redacted] | | |

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

[redacted]



## Anticipated Neurotoxins to be Offered 12 Months from Now

- % among those that currently offer, June (W2) -

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

HCPs anticipate their use of Daxxify® to [redacted]

**Anticipated Neurotoxins Share 12 Months from Now**

- % indicating, June (W2) n=117 -




[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

# Perceptions of Daxxify® Relative to Other NTXs

© Allergan Aesthetics

[redacted]

[redacted]



## Likelihood to Recommend - NPS

- % among those using each NTX -

NPS NET PROMOTER SCORE

[redacted]

Botox® Cosmetic | Daxxify® | Dysport®

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]



**Performance on the Following Attributes – June (W2)**

[redacted]

| Botox® Cosmetic | Daxxify® | Dysport® |
|---|---|---|
| [redacted] | | |

© Allergan Aesthetics [redacted]

[redacted]

[redacted]

[redacted]

[redacted]



Performance on the Following Attributes - Daxxify®

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]

## Qualitative Results: HCP Perceptions of Daxxify® on Following Characteristics



- Duration
- Predictability
- Minimal SE Potential
- Quick Onset
- Achieves Natural Looking Results
- Profitable

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]



**Mean # of Months Before Starts to Wear Off**
- % among HCPs who have used each NTX -

[redacted]

Botox® Cosmetic | Daxxify® | Dysport®

**Duration: Mean # of Months When Completely Wears Off / Need Retreatment**
- % among HCPs who have used each NTX -

*Unsure of Daxxify® Duration: 21% (WV1: 38%)*

[redacted]

Botox® Cosmetic | Daxxify® | Dysport®

**Onset: Mean # of Days When Patients Notice Visible Result**
- % among users of each NTX-

[redacted]

Botox® Cosmetic | Daxxify® | Dysport®

© Allergan Aesthetics

[redacted]




N11. Why did you switch away from other neurotoxins to Daxxify®?

[redacted]



**Impact of Longer Duration of Daxxify® Due to Peptide vs. Increase in Units**

[redacted]

Mainly Peptide (60%+ due to peptide)

Equal

Mainly Increase in Units (60%+ due to unit increase)

Unsure

[redacted]

**Qual Results:**

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]



**If Dose Other NTXs at Same Number of Units as Daxxify® Do you Perceive it will Last as Long as Daxxify®**
- % indicating Yes -

[redacted]

**Considered Using Other NTXs Similar to Daxxify® Units**
- % indicating -

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]



**Daxxify® Concerns**
- % Very Concerned (6 – 7 on 1 – 7 scale) -

[redacted]

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]

Most patients who have been retreated with Daxxify® did NOT achieve 6M duration, with over half achieving a duration of 4 months or less.



[redacted]

**Daxxify® Retreatment Patients**
**How Long had Results Lasted**
- % among those ready for retreatment -

[redacted]

**NTX Received Among Patients that Received Daxxify® and Needed Retreatment**
- % among those that came back for touch up or ready for retreatment -

[redacted]

BTXC
Dysport
Jeuveau
Xeomin
Daxxify® again

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]

Training on Daxxify® is mainly coming via webinars or training at the practice.

**Received Training on How to Inject Daxxify®**
- % among users Daxxify® Injectors -

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

# Price and Free Good Evaluation

© Allergan Aesthetics

Most of the Daxxify® vials used were purchased – but only a minority have reordered it again. 31

**Percentage of Daxxify® Vials Used in P1M were Free or Purchased**
- % among those received free goods/samples -

[redacted]

**Likely to Reorder Daxxify®**
- % indicating -

[redacted]

[redacted]

[redacted]

[redacted] 32

## Typically Charge Patients for NTXs

- % indicating -

Per unit

Per area injected

[redacted]

Botox® Cosmetic Daxxify® Dysport®

Avg price per unit charged to patients

[redacted]

Avg price per area injected charged to patients

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

Revance is recommending how to price Daxxify® for about half the HCPs, generally at 1½ times the total treatment cost of BTXC.



**Revance Provided Recommendations on How to Price Daxxify® to Patients**
- % among users Yes -

[redacted]

**Revance Conveyed About How to Price Daxxify®**
- % among users that received recommendations -

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

[redacted] 34

[redacted]

[redacted]

Price Per Vial Practice Pays for 100U Vial

- % using Daxxify®, n=38 -

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

35

Half of HCPs are aware of Revance offering some type of promotion to patients receiving Daxxify®.

**Discounts and Rebates Offered by Revance for Patients Receiving Daxxify®**

- % indicating -

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

# Daxxify® Promotion / Communications

© Allergan Aesthetics

Most practices offering Daxxify® are doing some type of promotion to consumers about it, mainly on social media or their practice website. 37

**Activities Done to Promote Daxxify® in Practice**

- % indicating -

[redacted]

Qual Results: [redacted]

© Allergan Aesthetics [redacted]

[redacted]

The key message HCPs convey to patients about Daxxify® is it is a new type of NTX that can last 6 months and will need fewer treatments, but often caveat it that duration may vary.

38

**What HCP Conveys to Patients about Daxxify®**

- % indicating Daxxify® Injectors -

[redacted]

[redacted]



© Allergan Aesthetics

[redacted]

[redacted]



[redacted]

# Sale Rep Detailing and Counter Messaging Assessment

© Allergan Aesthetics

[redacted]




[redacted]

[redacted]

The main messages recalled from Revance about Daxxify® are last 6 months / twice as long and is peptide-powered. 41

**Recall of Daxxify® Messages**

- % indicating Detailed on Daxxify®/ Seeing Promotions-

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

The longer duration / 6-month message though is the key motivator for using Daxxify®.



**Motivation of Daxxify® Messages**

- % Very Motivating (6 – 7 on 1 – 7 scale) -

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

While this duration is motivating, many HCPs are unsure of the credibility of this message. 43

**Credibility of Daxxify® Messages**
- % Very Credible (6 – 7 on 1 – 7 scale) -

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

One-fifth of HCPs using and/or being detailed on Daxxify® have also been counter-detailed on Daxxify®, mainly by A/A.



**% of Competitive NTX Manufacturers Conveying Information about Daxxify®**
- % indicating, June (W2): n=143 / May (W1): n=96 -

[redacted]

Qual Result: [redacted]

**Messages Being Conveyed by Competitive Manufacturers**

May/June (W1/2)

[redacted]

© Allergan Aesthetics [redacted]

[redacted]

[redacted]



**Top Messages Influencing HCPs NOT to Use Daxxify®**

HCPs with Daxxify® Available at their Practice

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

# RHA Assessment

© Allergan Aesthetics

[redacted]

47

**Filler Brand Share Among Daxxify® Injectors**

[redacted]

3-Month Rolling Average

**Overall Filler Share (AMT)**

RHA Collection

JUVÉDERM

Restylane

Other Fillers

[redacted]

**Use of Daxxify® Caused an Increase in RHA**

[redacted]

**Anticipated Growth of RHA Over N12M**

*- % of Filler Patients -*

[redacted]

**Qual Results:**

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

[redacted]

# Appendix –Practice Demographics

© Allergan Aesthetics

## Practice Demographics



Specialty
(% indicating)

[redacted]

Organizational Structure (% indicating)

[redacted]

Who Owns Group (% indicating)

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

## Practice Demographics



| [redacted] | |
|---|---|
| **Patients Purchasing Professional-Grade Skin Care – Seen for Each Reason** (mean # of patients) | |
| For Cosmetic reasons | [redacted] |
| For General Medical reasons | |
| **Mean # of years in Practice** | |

| [redacted] |
|---|
| **Own, Manage or Work at MediSpa** (% indicating) |
| [redacted] |
| **Avg # of HCP performing NTX injections** |
| [redacted] |

© Allergan Aesthetics [redacted]

[redacted]

[redacted]

## Practice Demographics



[redacted]

**Loyalty Membership** (% indicating)

[redacted]

**Member of Loyalty Programs** (% indicating)

[redacted]

© Allergan Aesthetics

[redacted]

[redacted]

# EXHIBIT 18

MARKETING

# Revance wants you to 'Break Up With Botox' as it goes to war with AbbVie in new anti-wrinkle market battle

C.A. No. 21-1411-RGA-LDH
Plaintiffs' Trial Exhibit
PTX-661

By **Ben Adams**

Jun 29, 2023 9:25am

AbbVie Revance Botox Daxxify




Revance wants consumers to “start a new relationship with something long lasting.” (Revance)

AbbVie’s Botox is a major blockbuster and king of the anti-wrinkle aesthetics market, but there are new contenders coming for its crown.

Revance, which markets its rival anti-wrinkle therapy Daxxify (https://www.fiercepharma.com/pharma/revance-pivots-therapeutics-cervical-dystonia-nod-botox-rival-daxxify), is one of those battling for market share and is pulling no punches in its marketing war against Botox after officially launching its drug this year.

Revance won a long-awaited FDA approval of Daxxify last September, and, like Botox, its therapy is an injected neuromodulator. But Revance’s product is the first based on peptide exchange technology and has also been shown in a clinical trial to sustain its effects twice as long as Botox with one injection.

And the company is playing on those longer-lasting data for its new “Break Up With Botox” campaign, saying in a statement to Fierce Pharma Marketing that: “This campaign challenges the status quo, letting consumers know they can part ways with Botox if they are ready for something long-lasting.”

Revance is using the latest digital tech to help boost its campaign, which is seemingly appealing to a younger audience.

“Leveraging ChatGPT and developed by an all-female team, the campaign is helping consumers find the right words to break up with Botox through song and dynamic video content,” a company spokesperson said.

That includes a “break-up song (https://www.instagram.com/reels/audio/622590966496216/)” with Botox on Instagram, which is being promoted by online influencers such as Amy Chang. There's also more social content coming on Instagram and Tiktok and streaming videos on YouTube, Revance said.

The company launched a new and very bright "Break up with Botox" website (https://breakupwitholdtox.com/) that plays on that theme with embedded videos of young women talking to ChatGPT to find a way of breaking up with Botox to “start a new relationship with something long lasting,” which of course would be Daxxify.

Outside of aesthetics, Revance also is investigating Daxxify for its therapeutic benefits, which could further boost its market potential.

In January, the FDA accepted the company’s submission for a potential approval in cervical dystonia. Revance also has completed a phase 2 study in upper lip spasticity.

This beauty market took an ugly turn in May, however, as AbbVie said it was suing Revance, with the pharma giant accusing the company of recruiting key employees as part of a strategy to get its hands on proprietary information.

And that’s not the first go-round in court for the companies. In 2021, AbbVie sued Revance claiming patent infringement. That move prompted the Nashville-based company to file a countersuit. The litigation in those cases is ongoing.

AbbVie’s Botox, which was acquired when it bought out Allergan in 2019 for $63 billion, has been virtually unchallenged since it hit the market in 1989. In 2022, Botox racked up sales of $2.6 billion for its cosmetic applications and $2.7 billion for its therapeutic uses.

Revance is one of several new contenders hoping to muscle in on this blockbuster market, with Evolus and its rival Jeuveau also hoping to get in on the action.

Jeuveau was approved in February 2019 and launched that May specifically for the aesthetic treatment of moderate to severe frown lines in adults. Its marketing projects also targets Botox, with a campaign (https://www.fiercepharma.com/marketing/botox-rival-wants-you-love-evolus-forever-it-launches-new-switch-campaign-jeuveau) launched last summer called “Switch Your Tox and Love Evolus Forever,” which had an online and digital marketing focus and wanted consumers to move away from Botox and on to Jeuveau.

AbbVie Revance Botox Daxxify Evolus cosmetic pharmaceuticals aesthetics

Questex

©2024 Questex LLC All rights reserved.

# EXHIBIT 19

Trexler
Exhibit No. 13
Date: 5·21·24
T. Alfaro

C.A. No. 21-1411-RGA-LDH
Plaintiffs' Trial Exhibit
PTX-638

S&P Global
Market Intelligence

# Revance Therapeutics, Inc.
# NasdaqGM:RVNC
# FQ2 2023 Earnings Call Transcripts
## Tuesday, August 08, 2023 8:30 PM GMT
### S&P Global Market Intelligence Estimates

| | -FQ1 2023- | -FQ2 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|
| | CONSENSUS | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.84) | (0.78) | (3.05) | (1.43) |
| **Revenue (mm)** | 46.21 | 58.94 | 245.06 | 419.14 |

Currency: USD
Consensus as of Jul-31-2023 5:35 AM GMT

**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**




**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2022** | (0.90) | (0.88) | NM |
| **FQ3 2022** | (0.87) | (1.17) | NM |
| **FQ4 2022** | (1.07) | (1.90) | NM |
| **FQ1 2023** | (0.84) | (0.74) | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ........ 3
Presentation ........ 4
Question and Answer ........ 8

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

EXECUTIVES

**Dustin S. Sjuts**
*President*

**Jessica Serra**
*Head of Investor Relations & ESG*

**Mark J. Foley**
*CEO & Director*

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

ANALYSTS

**Annabel Eva Samimy**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

**David A. Amsellem**
*Piper Sandler & Co., Research Division*

**Douglas Dylan Tsao**
*H.C. Wainwright & Co, LLC, Research Division*

**Mikaela Lee Franceschina**
*Barclays Bank PLC, Research Division*

**Navann Ty Dietschi**
*BNP Paribas Exane, Research Division*

**Seamus Christopher Fernandez**
*Guggenheim Securities, LLC, Research Division*

**Stacy Ku**
*TD Cowen, Research Division*

**Terence C. Flynn**
*Morgan Stanley, Research Division*

**Timothy Francis Lugo**
*William Blair & Company L.L.C., Research Division*

**Unknown Analyst**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Presentation

**Operator**

Welcome to the Revance Therapeutics Second Quarter 2023 Financial Results and Corporate Update Conference Call. [Operator Instructions] As a reminder, this call is being recorded today, Tuesday, August 8, 2023.

I would now like to turn the conference call over to Jessica Serra, Head of Investor Relations, Communications and ESG for Revance. Please go ahead.

**Jessica Serra**
*Head of Investor Relations & ESG*

Thank you, operator. Joining us on the call today from Revance are Chief Executive Officer, Mark Foley; President, Dustin Sjuts; and Chief Financial Officer, Toby Schilke. During this conference call, management will make forward-looking statements, including statements related to 2023 guidance, cash flow breakeven, operating leverage, blockbuster potential and capital structure, our ability to draw on our debt, future revenue and expenses, the market, our growth potential, our CD approval and entry into therapeutics, our commercial success, account penetration, injector and consumer preferences and behavior, the efficacy and duration of DAXXIFY, the benefits to us, practices and consumers of our products and strategy, the impact of our marketing and training plans, our strategic partnerships and our strategy and priorities, planned operations and commercialization plans and timing.

Our actual results and the timing of events could differ materially from those anticipated in such forward-looking statements as a result of these risks and uncertainties. Factors that could cause results to be different from these statements include factors the company described in the section titled Risk Factors in our annual report on Form 10-K filed with the SEC on February 28, 2023, and our quarterly reports on Form 10-Q filed with the SEC on May 9, 2023, and today, August 8, 2023. Revance undertakes no duty or obligation to update any forward-looking statements as a result of new information, future events or changes in its expectations.

Also on today's call, we will present both GAAP and non-GAAP financial measures. A reconciliation of non-GAAP to GAAP measures is included in our earnings release.

With that, I will turn the call over to Mark Foley, Chief Executive Officer of Revance. Mark?

**Mark J. Foley**
*CEO & Director*

Thank you, Jessica. Good afternoon, everyone, and thank you for joining our second quarter 2023 financial results conference call. Q2 was a foundational quarter for the company, as it represented the first full quarter of DAXXIFY's highly anticipated launch. It also included the planned expansion and realignment of our sales force, the first expansion in more than 2 years, and included the fortification of our balance sheet with $100 million in equity raised through our ATM program and $50 million in debt, which we plan to draw before the end of August. Collectively, this contributed to our strong Q2 results and record quarterly revenue of $58.1 million, which reflected 105% increase year-over-year.

As DAXXIFY's commercial rollout continues, we remain very encouraged by the product's performance, which includes not only duration, but also reports of fast onset and improved skin texture, as evidenced by the initial product uptake and ongoing demand. While still early in our launch, we continue to experience a very high level of interest from both injectors and consumers for DAXXIFY's differentiated performance profile. We are executing well against our launch strategy, where the valuable learnings from our PrevU program have been incorporated into our full commercial launch, which is focused on accounts where we have an existing relationship.

In addition, enthusiasm for our expanded and highly complementary product portfolio remains high. Given the growth trajectory of both DAXXIFY and RHA, we believe we are on track to realize our blockbuster

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

opportunity in aesthetics, which continues to be supported by our differentiated products, commercial strategy and high-performing team. While we remain focused on executing in aesthetics, we are also excited about our opportunity in therapeutics, which is just around the corner, with a PDUFA date of August 19 for cervical dystonia, or CD, indication. We believe DAXXIFY's potential in therapeutics is significant, and CD approval will serve as our entry point into the $2.5 billion U.S. therapeutic neuromodulator market. With DAXXIFY's unique peptide formulation, we believe the product has the ability to meaningfully improve patient outcomes in therapeutics. Specifically, DAXXIFY's long duration has the potential to both reduce treatment frequency, and perhaps more importantly, minimize symptom reemergence prior to retreatment, which is a common issue for CD patients currently receiving neurotoxin injections.

Today, in clinical practice, patients experience painful symptom recurrence as early as 8 to 10 weeks, yet cannot be retreated until 12 weeks. Based on a CD patient survey that was published in a peer-reviewed article in the Journal of Neurology by Dr. Comella, 88% of patients reported symptom reemergence between injections. Because of this treatment gap, we believe DAXXIFY has the potential to provide a more durable treatment option for patients seeking improved symptom relief within their current treatment cycle. And given its differentiated efficacy and safety profile, we believe DAXXIFY's value proposition will resonate strongly with all stakeholders, including patients, providers and payers. We look forward to sharing more details on our plans for therapeutics at our Investor Day in September.

With a number of upcoming milestones and the ongoing launch of DAXXIFY, the second half of the year promises to be both busy and exciting. We are fortunate to be executing from a position of strength due to the recent introduction of DAXXIFY, our expanded sales force and bolstered balance sheet, alongside a strong and resilient facial injectables market.

With that, I'll turn the call over to Dustin. Dustin?

**Dustin S. Sjuts**
*President*

Thank you, Mark. I'm very proud of the team's strong execution in the second quarter. Our strategic priorities were Q2 -- for Q2 were twofold. First, ensuring that we have the necessary commercial infrastructure to support both DAXXIFY's launch and the ongoing growth of the RHA product line; and second, leveraging strong provider engagement to drive deeper account penetration across our portfolio. For DAXXIFY, this entailed building provider confidence and ensuring smooth practice integration through our training and education initiatives. For RHA, this involved driving growth in the collection through advanced injection trainings that highlight the dynamic and adaptable rheologic properties of the 4 different fillers.

We are very pleased to have executed on all fronts. On commercial infrastructure, we successfully completed the onboarding of our 50 additional sales representatives, bringing our total sales force to more than 150. This was a foundational undertaking executed in an accelerated time frame, and I'm very proud of the team for all of their efforts in executing against our plan. The team is strong, with deep sales experience balanced across aesthetics and other high-growth verticals, with a key focus on product launches. We provided intense training on both DAXXIFY and the RHA Collection and realigned territories across the country to optimize coverage for our targeted accounts. Heading into Q3, the team is settling in the new territories and forming new relationships while also supporting the transition of previous accounts. Importantly, they are focused on driving adoption across both products.

Our next priority was to continue to drive deeper account penetration through provider engagement across several areas. For DAXXIFY, we continue to leverage the training and education across live and virtual formats. Our program is focused on optimizing aesthetic outcomes informed by real-world clinical experience. Education also focused on practice integration, including product performance, value proposition, pricing, profitability and expectation setting.

Our engagement efforts were also underscored by the launch of our first direct-to-consumer campaign. In June, we initiated an unbranded breakup of BOTOX campaign, targeting experienced female users between the age of 25 and 55. The campaign was designed to highlight the unmet needs and innovation

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

gap across the neuromodulator category, and that existing consumers now have a choice to try a new treatment option. Since the campaign's initiation in June, the targeted unbranded campaign delivered strong KPIs with a reach of 57 million impressions and more than 9 million views across key channels and platforms. Combined with our branded It's About Time DAXXIFY digital campaigns and our first live influencer event in Nashville, we activated strong social buzz across our platforms, increased product website traffic, and drove increased searches for DAXXIFY's availability via our practice locator.

We believe all these metrics should translate into greater consumer awareness and demand for DAXXIFY, which in turn allows us to drive deeper partnership with the accounts that carry our product. While our marketing efforts will continue to focus on the provider as we believe that, that generates the greatest return on investment, we also expect to leverage targeted consumer campaigns to augment our launch going forward.

Turning to RHA. Engaging with customers on the broad utility of the collection is very important for growing our share of wallet. Needle skin training continued to be the strongest interest to our customers as they learn and perfect RHA injection techniques. In Q2, we organized a group of our key U.S. faculty to attend an immersive training session in London with top international injectors. We look forward to having our learnings be shared with our practice partners through a series of upcoming training programs.

Further, we're very excited to see the expansion of RHA 4's label to include cannula use. The addition of cannula will provide injectors with another option to advance aesthetic outcomes, allowing RHA 4 to have even greater utility in delivering natural volume for moderate to severe dynamic folds and deeper deficits.

Overall, we believe our robust engagement activities in Q2 and to date have been essential in supporting DAXXIFY's launch and the continued growth of the RHA Collection. As a result of our strong execution on Q2 priorities, DAXXIFY sales increased 47% over the previous quarter to $22.6 million. Having recently completed our first full quarter of launch, we continue to be encouraged by the product's performance, which is consistent with the data from our clinical trials and by our revenue results, which are in line with our internal operating plan.

With our total sales through Q2, we've already surpassed the total sales generated by any competitor to BOTOX Cosmetic in their first launch year. We also saw solid revenue growth for the RHA Collection in Q2, up 25% year-over-year to $31.8 million. The team has done an outstanding job in growing the collection while navigating through our sales force expansion and launching DAXXIFY. Further, we ended the quarter with over 6,000 accounts across our aesthetics portfolio, demonstrating the continued momentum of our commercial efforts.

Looking at the back half of the year, we remain well positioned to execute on our plan. To achieve this, our priorities are: one, leveraging DAXXIFY to drive greater account adoption and engagement; two, increasing sales force productivity; and three, leveraging the value proposition of our full portfolio to grow share. These efforts will continue to be reinforced by the support we provide to injectors on optimizing outcomes and enhancing practice integration.

Before I turn the call to Toby, I'd like to provide another positive development in our partnership with Fosun Pharma and the expansion of DAXXIFY in international markets. In July, Fosun announced the BLA for DAXXIFY for the treatment of cervical dystonia is accepted for review by China's National Medical Products Administration, or NMPA. The action follows the NMPA's acceptance of DAXXIFY for glabellar lines in April. We're very pleased with the steady progress our partner is making in commercializing DAXXIFY in China, which remains the second largest market globally for neuromodulators, valued at over $740 million for aesthetics alone.

With that, I'll turn the call over to Toby to cover our second quarter financials.

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Thank you, Dustin. Total revenue for the second quarter 2023 was $58.1 million, representing a 105% increase from the same period last year due to increased sales of the RHA Collection and the launch of

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

DAXXIFY. Revenue in the second quarter included $31.8 million of RHA Collection revenue, $22.6 million of DAXXIFY revenue and $3.7 million of service revenue.

Turning to the cost of product revenue. I would like to remind everyone that in accordance with GAAP, we were expensing DAXXIFY manufacturing costs incurred at our Northern California facility as a period R&D expense item until the product was approved. Similarly, with Aji's approval, we began capitalizing DAXXIFY manufacturing costs incurred at that facility. When our DAXXIFY inventory produced prior to approval, also known as zero cost inventory, is depleted, we expect our cost of product revenue to increase.

Turning to OpEx. GAAP OpEx for the second quarter was $123.6 million compared to $86.2 million for the same period in 2022. Excluding cost of revenue, depreciation, amortization and stock-based compensation, non-GAAP OpEx was $83.2 million for the second quarter compared to $62 million for the same period last year. For the 6 months ended June 30, 2023, non-GAAP operating expenses were up 27% compared to the same period last year, while total product revenue increased 116% during the same period, continuing to improve the operating leverage in our business. As we previously stated, we expect our 2023 GAAP OpEx to be $460 million to $480 million and non-GAAP OpEx, which excludes cost of revenue, depreciation, amortization and stock-based compensation, to be $320 million to $340 million. Our 2023 non-GAAP research and development expense is expected to be $80 million to $90 million.

Turning to our balance sheet. We successfully completed several financing activities to support our commercial growth in aesthetics and anticipated entry into therapeutics. During the second quarter, we raised $100 million in net proceeds through our ATM program, bringing our cash, cash equivalents and short-term investments to $319.7 million at quarter-end. We also recently amended our notes purchase agreement with Athyrium Capital and revised our committed 8.5% fixed $100 million second tranche notes available for issuance to $50 million and revised our uncommitted $100 million third tranche note to $150 million, both at similar economics. We plan to issue our second tranche notes of $50 million at 8.5% fixed interest rate shortly, provided that certain conditions are met.

With the modification to the Athyrium agreement and the proceeds from our ATM program, we have taken a prudent approach to managing our capital structure. Combined with our current cash position and anticipated revenues and expenditures, we believe our business will be funded to cash flow breakeven. Finally, Revance's shares of common stock outstanding as of July 31, 2023, were approximately 88 million, with 95.6 million fully diluted shares, excluding the impact of convertible debt.

And with that, I'll turn the call back over to Mark.

**Mark J. Foley**
*CEO & Director*

Thank you, Toby. In closing, we are very pleased with how DAXXIFY's launch is going thus far and are encouraged by the trajectory of our U.S. aesthetics portfolio. The second half of the year promises to be very eventful as we look to continue our share growth in aesthetics, gain entry into therapeutics and host our Investor Day in September at our Nashville headquarters, where we expect to provide a deeper dive into our business along with our planned financial guidance. I'd like to thank the entire Revance organization for their tireless efforts and unwavering commitment to bring the latest innovation in aesthetics and therapeutics to the market while supporting our valued customers along the way.
With that, I will now open the call up for questions. Operator?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

# Question and Answer

**Operator**

[Operator Instructions] Your first question comes from the line of Seamus Fernandez from Guggenheim.

**Seamus Christopher Fernandez**
*Guggenheim Securities, LLC, Research Division*

Congrats on the continued progression with DAXXIFY. Just wanted to get a better sense of how we should be thinking about the third quarter trajectory just because typically, it tends to be a seasonally weak quarter. And then how we should be thinking about kind of the trajectory for DAXXIFY in the fourth quarter, along those lines. Just trying to get a better sense of maybe a little bit of the rhythm of how the rest of the year is likely to shake out. And then I just have one follow-up question.

**Mark J. Foley**
*CEO & Director*

Sure. Thanks, Seamus. So in terms of the overall trajectory, as you know, we're not in a position to guide at this point. And if you look at where our 2 different products are at in their life cycle, RHA is more mature and is more likely to follow the typical seasonality in the aesthetics business, whereas DAXXIFY, we're in launch mode right now. And as we've talked historically, with the addition of the reps and the realignment of territories and selling 2 products, the newness of DAXXIFY and the relationships, it's a little early for us to be forecasting what the rhythm is going to be from a quarterly perspective on that. We do expect at our Investor Day in September to provide more clarity about what our plans are for financial guidance going forward. But right now, as we talked in Q2, we continue to be encouraged with the overall trends that we're seeing in the market and the resilience that we're seeing in the accounts that we're calling on.

**Seamus Christopher Fernandez**
*Guggenheim Securities, LLC, Research Division*

Perfect. And then just one quick follow-up. As it relates to RHA, are you discounting RHA at all? Or are you still kind of managing them as to sort of dynamic and completely separate brands? And I know folks are very interested to know if you're willing to provide some color on the number of accounts that you're in. I suspect the answer is that you guys are keeping that close to the vest for competitive reasons, but I just wanted to ask that as well.

**Mark J. Foley**
*CEO & Director*

Sure. Yes. Maybe I'll start with the second part first. Yes. So we talked about being in over 6,000 accounts collectively across all our products and services at the end of Q2. And consistent with what we've communicated on the RHA product line, we think right now, that's a metric that we're comfortable continuing to put out there and make sense. Certainly, as we get deeper into the DAXXIFY launch and we go forward, we'll continue to look at what are different metrics that we have confidence in that we think are worth sharing on that side of it.

In terms of discounting, at this point, we believe due to the innovation of both our RHA product line and DAXXIFY, that we've looked at this point to look at them independently. We've got a very simple, straightforward pricing structure for both RHA and for DAXXIFY, where at any point in time that an account purchases from us, they can take advantage of 1 of 4 different price levels based on how much they purchase in that given point in time. So at this point, we haven't deviated from that overall pricing structure. Certainly, as we go forward, we will continue to look at ways that we can leverage the portfolio to create win-win scenarios for our accounts, and that's one of the things that our team is actively working on. But at this point, we continue to primarily be focused on each product standing on its own from a discounting tier perspective.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

And your next question comes from the line of David Amsellem from Piper Sandler.

**David A. Amsellem**
*Piper Sandler & Co., Research Division*

Mark, I think over the past few weeks in various presentations, you talked about the sales cycle for DAXXIFY being somewhat longer than what it was in PrevU. And I guess the question here is maybe -- I know you're not in a position to guide, but how should we think about training and onboarding of accounts? And what that means for business that might spill over into 3Q and even 4Q. So how should we think about that? And then I have a follow-up.

**Mark J. Foley**
*CEO & Director*

Sure. So let me take you back in terms of the overall training. As you know, we were pleasantly surprised with the strength of the orders that we saw in December when we started with our PrevU group. We sort of expected them to follow a more normal cadence, where they get exposure to the product. They treat a series of patients, and then they look for feedback and follow-up on those patients to inform next steps. I think partly because of the limited number of accounts that had access to DAXXIFY at that early phase, the clinical trial data and their early experience, they lean in very heavy.

We learned an awful lot from that PrevU phase, which has been very helpful in terms of optimizing our training program for our full commercial launch, which we kicked off in March. We've seen that the March group and the full commercial launch group behaved in a fashion that we would have expected from the beginning, which is the first step is they attend a training program. Our bias is Nashville, but we also have a virtual option for accounts to make sure that we can meet them in a place that makes the most sense. That's step 1.

The next step is then the rep schedules the time to bring sample product into these accounts so that they can treat a series of patients, whether they're staff or some of their customers. And that logistically takes some coordination, both on the rep's part and on the practices part and the schedule of patients. So if you look at kind of the bottleneck, that's probably got more of an impact on the onboarding of an account than the actual training program itself.

And then we'll see a range of behaviors by these accounts that onboard. Some are convinced and are leaning in are all in on DAXI early on, trying to figure out which of their patients is this best fit for. Some accounts are going to be a little more measured and are going to treat some patients. They're going to follow them up in the short term. And given that the main benefit that a lot of these accounts see with DAXXIFY is the duration profile, some are then going to want to wait longer also to see the duration profile to inform. And then we have a group that are going to be a little bit more cautious. They'll treat some patients, and then they're going to wait and maybe ask for them.

So given that we didn't kick off our full commercial launch until March, we are seeing those accounts move through that cycle in a way that we would have predicted from the beginning. And so we're seeing them in these different phases. Our current focus is on those accounts that we have an existing relationship with, given that we, again, know them and have that relationship. And so as we go forward towards the back half of the year, we'll see those accounts start to play out in terms of their experience with the product as we continue to onboard new ones as well.

**David A. Amsellem**
*Piper Sandler & Co., Research Division*

And just a quick follow-up. How many -- what portion of your accounts on DAXXIFY are coming down to Nashville these days for training versus the reps actually going on site to the practitioner to get trained? What's that mix look like?

**Mark J. Foley**
*CEO & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

We haven't said specifically the mix, but it's definitely, I would say, starting to shift more towards the virtual side of it. In the early phases, it was much more Nashville based. But I think because of the virtual options and the flexibility that we're providing to both the sales reps and the accounts, we're seeing that tip a little bit more towards the virtual side now.

**Operator**

Your next question comes from the line of Chris Shibutani from Goldman Sachs.

**Chris Shibutani**
*Goldman Sachs Group, Inc., Research Division*

On the ordering pattern, obviously, you kicked off in December with an unprecedented level of preorders. Can you talk about that particular tranche, those folks who are part of the initial target group and whether you're seeing reordering now? We are now 6 months post, and I use that time frame to think about sort of potential utilization during the first quarter and durability. Anything to help us comment to sort of get a sense for whether that initial group that you were targeting is reordering?

And then the second question, maybe can you comment more broadly about the tone of market in general, both for neurotoxin and for fillers? Some competitors have talked about a more sluggish filler market dynamic, given the higher price point for that and maybe a little slower to recover. What is that you're seeing in particular with your prestige target customer base or the market tone for both of those segments, toxins and fillers?

**Mark J. Foley**
*CEO & Director*

Sure. Thanks, Chris. So first off, on the ordering patterns. If you go back to our Q1 last quarter, we talked about PrevU accounts making up a majority of the revenue in Q1. And we made that commentary because -- in Q4 because of the large amount of purchases that people made at the very beginning of their experience with DAXXIFY, we wanted to address some of the concerns around stocking. And so we did see in Q1 that, that represented a majority of sales in the first quarter. And as we said, we trained a little over 400 in that PrevU account, but that was to put sort of that stocking order into context.

Now that we've gone into full commercial launch, the PrevU accounts no longer make up a majority of our account base, and they don't make up a majority of our revenue base at this point. But again, in that PrevU group, we're seeing a mix of behaviors. We're seeing some who are all in, where DAXXIFY has become their primary toxin. We're seeing some where it fits into their ecosystem along with other toxins, which frankly is the beauty of what DAXXIFY offers. It's -- the great thing about our business model is it doesn't have to be everything to everybody.

We know from our market research that duration is the #1 unmet need, and that this will definitely resonate with a healthy portion of their consumer base. And so we're seeing a group that's in the middle that's still trying to figure out, even in the PrevU group, where does this fit in terms of what percentage of their practice it's going to make up. And then we see some that are a little bit more conservative that have used it, thought the results were great, and then have sort of said, "Hey, I'm going to offer to a certain subset of my patients that might be smaller and patients that ask for it."

And so that group no longer represents the majority as we move into this full phase. I think it's early to start to getting into reordering trends and stuff because the full commercial cohort might behave a little differently than the PrevU group. But we've been able to refine those learnings from the PrevU group with this launch, and we feel very good about how we streamline the messaging, the feedback around pricing, expectation setting in terms of this new growth -- group.

And then on your second question about the tone of the market. Again, given that we are focused more on the prestige segment, we continue to feel very good about the overall health of the market. Certainly, RHA and our business model is more advanced. And as you said, I do think that we have heard from some of the accounts that they are seeing perhaps maybe a little bit more measured approach in some cases with consumers on the filler because of the cost and the lack of frequency of that, whereas the toxin

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

appears to continue to be very robust and a little less effective. But again, given where we are in our launch trajectory, it's going to be less of an issue, but we have heard a little bit of that narrative out there. I think there's optimism for the back half of the year, and that's still to be seen.

**Operator**

Your next question comes from the line of Stacy Ku from TD Cowen.

**Stacy Ku**
*TD Cowen, Research Division*

So we have a few questions. First, so if you'd be willing to share, as a teaser for the September R&D Day, what might be some potential metrics that you might provide as we track the DAXXIFY launch? So that's the first question. And then if we could, would you be willing to disclose how many patients have been injected with DAXXIFY right now? Maybe some anecdotal feedback on retreatments or patients returning, just as we are trying to kind of get some measurement for the launch.

And then finally, regarding cervical dystonia, the upcoming approval, how should we be thinking about early pair discussions just in terms of the flexibility regarding frequency of retreatments and potential range of doses? So just help us understand the potential positioning of the product.

**Mark J. Foley**
*CEO & Director*

Sure, Stacy. So maybe I'll take the first 2 and then hand the third one off to Dustin on the CD question on the payer side of things.

So on September Day, we talked in our scripted remarks about, a, our ongoing confidence in the blockbuster potential in aesthetics. And we talked about with the recent $100 million capital raise, plus the additional $50 million of notes from Athyrium, that we can fund our broader business to breakeven. And so we feel those are important milepost to put out there in terms of how we're thinking and feeling about the business overall.

So at the September Investor Day, our goal is to really provide more details behind what's given us the confidence in the business. You'll hear from physicians who have real-world experience with the product, and there'll be some good Q&A there. We'll obviously spend a lot more time on the therapeutic side of it. And then we'll talk a little bit about kind of what our planned financial guidance is going to be in terms of revenue and timing and those types of things. And so our goal is to provide more of the building blocks as to why, again, we have the confidence in the business that we do.

In terms of patients treated, I think that's -- you can line that up with revenue. And for the most part, physicians aren't ordering a lot of product that's going to sit on the shelf. And so you can kind of back into the revenue and the number of vials and the assumed amount of product per patient. We don't have a really good way to know number of patients treated, because somebody might use a couple of vials on 1 patient, and somebody might use half a vial. So it really depends on how much product they're giving on a per patient basis. But I think revenue at this point, we think is probably the best indicator to look at overall demand and use.

And as Dustin mentioned in his scripted comments, we feel very good about the first 3 quarters of our launch. And that from a revenue standpoint, it's outpacing any of the other toxin launches outside of BOTOX Cosmetic in the market. So even with our very measured and disciplined approach to how we're rolling this out, we feel very good from a revenue standpoint in terms of how the first 3 quarters have played out. And Dustin, I'll turn it over to you on the CD side of things.

**Dustin S. Sjuts**
*President*

Yes. Thanks, Mark. Stacy, I think we're really excited about the opportunity to kind of get our feet into the therapeutics market with this unique formulation in DAXXIFY. It's been more than 10 years since another treatment option has happened and been available in cervical dystonia. And so these patients

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have significant desires for an improved treatment paradigm, quite different than what you kind of see in the aesthetic side in terms of there are certain satisfaction levels and things of that nature on the aesthetic side, but in cervical dystonia, there's certainly room for opportunity here to improve the patient dynamic.

Our team has been having preliminary conversations with payers. Ultimately, the desire to improve patient outcomes is key. And we believe that we'll have the same flexibility that you typically have in this market around dose titration and other things. I think one of the things you mentioned was retreatment intervals. We believe that we'll have that flexibility to have patients retreated at 12 weeks where they need and able to extend that retreatment interval as the kind of patient and the provider desire.

So we'll provide more information on that in the upcoming Investor Day, as Mark mentioned. But from an economic perspective, we feel like we're in a really good position to provide really good benefit to patients at potentially a cheaper cost to payers. And then also just overall improving lives for the patients across both the efficacy metrics in that 12-week window, as Mark mentioned in his remarks, and then potentially an option to extend retreatment interval. So more to come on that.

**Operator**

And your next question comes from the line of Balaji Prasad from Barclays.

**Mikaela Lee Franceschina**
*Barclays Bank PLC, Research Division*

This is Mikaela on for Balaji. Wondering if you could just talk a bit more about your sales messaging now that you're further into launch and have completed the expansion of the sales force. I guess just how has messaging changed from sales, if at all? And what are the main goals and KPIs?

**Mark J. Foley**
*CEO & Director*

Yes. So on the messaging side of it, it's more -- less around the sales force expansion. I mean we added the 50 reps, and we were -- had sort of telegraphed our plan to expand that field force for quite some time, given that we've been at 100 reps for the last 2 years, and that team has done a really good job of selling the RHA Collection. But we knew that with the addition of DAXXIFY, that the sale is going to become more complicated for the reps. They were going to have to sell both RHA and DAXXIFY while also looking to expand accounts. And so we felt the best way to prepare for that was to increase the number of reps. The great thing about a differentiated product is that there's plenty of opportunity to drive share adoption and growth. But it takes a little bit more hand-holding and work on the front end to educate practices about all the differences with that product.

So really, there hasn't been a change in messaging due to the sales force expansion. If anything, it's trying to make sure that their arms to be able to sell both products not get pulled too far in one direction. Obviously, with the DAXXIFY launch, that's generating a lot of excitement and enthusiasm in the market. But obviously, they've got to sell RHA as well. And we have talked a lot about sort of the headwinds, tailwinds as we ultimately got into that expansion, that there were going to be some things that we think are going to be tailwinds over time. But that in the near term, in terms of handing off relationships and passing over one relationship from 1 rep to another, we knew it was going to take a little bit of extra effort on that side of it. And so that's really on the messaging side, but nothing's really changed there.

**Dustin S. Sjuts**
*President*

And on the metrics, I think you would kind of envision that it's really a revenue target metric for each rep, right? They're built off of quotas, and ultimately, what are good health metrics for them to look at? How many accounts are ordering with them? In each territory, that's different per territory, different geographic territory. They look at what's the kind of crossover with DAXI and RHA. And so it's early, but they're looking at those traditional metrics and roll up quite differently now because we have 150 geographies that we're looking at versus 100. And so some of those metrics are going to be different. And so that's

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

why we're looking at those things, and we'll be able to kind of continue to watch those, but we feel good about our progress.

**Operator**

Your next question comes from the line of Annabel Samimy from Stifel.

**Annabel Eva Samimy**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

I have a few as well. So clearly, your product has grown from the 400 initial focus accounts. But as you broaden out, maybe not yet in the full 6,000, would you say that you've gone deeper in some of the initial accounts or broader with DAXXIFY? And I guess, also as you broaden, how are you able to control, I guess, both the injector experience and the message in these first quarters where people are still trying to understand how to use it, what the product characteristics are with DAXXIFY? And then you had noted specifically that you've gotten some learnings from the initial batch of physicians. How has your messaging changed specifically with regard to these learnings from the first injectors? That's, I guess, 20 questions in one.

**Mark J. Foley**
*CEO & Director*

Thanks, Annabel. Yes. So in terms of the deeper versus broader, I mean, the nice thing is even if you look at where we're at with RHA, it's 6,000 accounts. It's a smaller subset of the 40,000 accounts. So we're already prioritizing those accounts. We're going at it in a targeted fashion. And because we've added another 50 reps, we've tried to break down these territories into manageable pieces so that the reps are able to spend the necessary time to make sure that when they onboard an account, that they're able to provide them with the necessary resources to be successful.

And again, we've got a very thoughtful process from the training we talked about to how they treat patients out of the gate with a rep there, providing samples, and then with the follow-up and the activities are. And so just like with RHA, we believe that this targeted strategy is the right approach. And the reps have to continue to manage through the onboarding of new accounts while they also schedule and allocate time to go back and circle up with existing accounts that have an experience with it.

And this is going to be an ongoing focus for us. Training and education isn't going to start and stop with their first use of the product. There's going to be an ongoing follow-up and passing on tips and tricks, which gets to your second question of what were those key learnings from the PrevU program. And I think we've talked about some of these, but we knew that people were going to reconstitute a little differently.

Obviously, we've got an on-label recommended reconstitution, but people reconstitute differently, even with other conventional toxins. And so they were going to experience an experiment with some of that. Pricing, how are they going to price it to the consumer. Obviously, the higher the price, I think the expectation of the consumer goes up. So what's that sweet spot for the practice, where there is more margin opportunity for them, but also a good experience with the patient? And just kind of their experience in different areas on the dosing side of it as well. We did find that some of these early practices just out of conservatism were dosing at a level that was delivering less than the amount of neurotoxin that they would be giving with a competitor. And so we're trying to make sure that they are appropriately dosing.

So all these things have led to a refined approach around patient and expectation setting, pricing, kind of what people are seeing from a dosing standpoint in the glabellar area to make sure that they are dosed in the right way. And we believe that all of this has helped us, again, with a more streamlined approach to onboarding accounts.

**Annabel Eva Samimy**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And just a follow-up on the 50 sales reps. When exactly did they come onboard and get fully trained? And should we have seen an impact yet? Or is it going to be more measured, just based on the

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

time that they have to spend with the accounts and onboard these accounts? It's a 50% increase in your sales force. I would imagine it would have had an impact -- a more significant impact.

**Mark J. Foley**
*CEO & Director*

Yes. We onboarded them late Q1, early Q2. And so some of these folks come from the aesthetic industry, others come from other types of medical technologies, where they understand the sale at the physician level. And so you can imagine some of them are going to need a little bit more training and education to come up to speed in the market. So late Q1, early Q2, you start cutting territories, they start going out there. Having to make sure that they're servicing existing accounts, so there's a handoff process with some of our existing accounts.

In terms of fully productive, we talked about Q3 is when we would expect to start to see them fully productive. Obviously, some hit the ground running in Q2, and others are going to take a little bit longer to get up and running because they're newer to the overall industry. But that's sort of the cadence of the starting and what we would expect from them.

**Annabel Eva Samimy**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. Got it. And then if I could squeeze in one about cervical dystonia. Have you had label discussions with FDA? And what you might be able to include there outside of just clinical study data regarding either durability effect or maybe -- can you make specific durability claims or specific retreatment claims in the label to differentiate from the current products?

**Mark J. Foley**
*CEO & Director*

Yes. So just like with our glabellar lines approval, we didn't get into the specifics of where we were with our agency discussions. But what we did say with glabellar lines is that given the effort and the thought that went into designing the clinical trial program, that we did expect the data from the clinical trials to be in the label, as we believe that that's the most comprehensive way to represent the product's performance to clinicians so that they can make sure they can give to patients the best experience.

As you probably recall from our cervical dystonia trial, we saw, again, consistent duration of effect, similar to what we saw in our glabellar lines trial. And also, we saw very encouraging safety results in the trial as well. And so we would expect the data from the cervical dystonia clinical program to be in the label. And that would ultimately underpin what we can say about the product in the market. Our PDUFA date's coming up August 19. So we continue to feel cautiously optimistic about the FDA meeting that time frame. Again, we can't control that for sure, but we feel good about where we are in that process.

**Operator**

Your next question comes from the line of Tim Lugo from William Blair.

**Timothy Francis Lugo**
*William Blair & Company L.L.C., Research Division*

And maybe just dig a little bit deeper into earlier comments. Can you just explicitly address some of the noise that we're hearing in the market around the duration of DAXXIFY might not be 6 months? And with the -- and as you mentioned, Mark, the data expected in the CD approval will be -- has been similar to glabellar lines to date. Are you confident that there will not be major differences in how duration is used in the therapeutic market versus the aesthetic market?

**Mark J. Foley**
*CEO & Director*

Yes. So thanks, Tim. So first, on the noise on the duration side of it. I think what we'd say, first and foremost, the experience that we're seeing play out in practice in the aesthetic market is very consistent

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

from the clinical trial data. So if you look at our trial data, median duration was 6 months, which meant some patients got less than 6 months and some got more than 6 months. And I think this gets to expectation setting and finding the cohort of patients that this is going to resonate the most with.

And I come back to it. So I guess it's not surprising if somebody has promised a patient 6 months, and they don't get 6 months, that there could be some level of disappointment. But the great news about this is that we know that there's a large group of patients out there who would like to get more duration and where this is going to resonate. And so I think it's quite possible you'll have a practice where DAXXIFY resonates with a large portion of the patients, but yet there'll be some that, for whatever reason, either for pricing or expectations, it might not be the first choice. But that's great because we think there's a great market that we can build out there with a differentiated profile. And so again, we continue to feel really good about the performance of the product and the fact that it's performing very consistent with what we saw in the clinical trials.

On the cervical dystonia side of it, we have no reason to believe that the outcomes in cervical dystonia would be different from what we saw in the clinical trial. We saw both the 125- and the 250-unit dose. Very encouraging duration results. And as I've mentioned before, a very encouraging safety profile as well. As we talked earlier, it's not only an opportunity for perhaps more duration for these patients and longer symptom relief, but perhaps even equally important is making sure that in this 12-week window where patients cannot get retreated, that they see as much symptom relief as possible.

And in the survey that we referenced in our prepared remarks, over 80% of patients see symptom reemergence within that 12-week time frame. And so we think that DAXXIFY could represent a really compelling treatment alternative for a number of CD patients. And again, sitting here today, we would expect that the product will perform similar to how it did in clinical trials.

**Operator**

Your next question comes from the line of Terence Flynn from Morgan Stanley.

**Terence C. Flynn**
*Morgan Stanley, Research Division*

Great. I was wondering if there's any reason why DAXXIFY growth won't, at a minimum, be linear through the third quarter and fourth quarter of this year.

**Mark J. Foley**
*CEO & Director*

Yes. Great question, Terence. I mean I think it's just -- it's hard to predict. We feel really good about the overall trajectory of the business and the opportunity and feel very good about our statements that we made about the blockbuster potential in aesthetics, which is obviously going to be significantly underpinned by DAXXIFY's performance. The path and the direction that we get there is difficult, given that, as I pointed out earlier, accounts are going to engage at different levels. Some are going to engage and be on board from the beginning, and others are going to treat some patients and then wait. And so it's really hard to know what the overall cadence of that is going to be. And as you know, we're not at a point where we are guiding yet. But we do feel very good about our ability to drive good growth over time.

**Operator**

And your next question comes from the line of Navann Ty from BNP.

**Navann Ty Dietschi**
*BNP Paribas Exane, Research Division*

A follow-up on duration. So we heard that some peers have mentioned that mixed DAXXIFY duration feedback. So is that isolated feedback in your view? And is that only due to practices using lower doses?

**Mark J. Foley**
*CEO & Director*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Thanks, Navann. I mean it's hard. As I mentioned in kind of the response to Tim's question, we're seeing performance that's very consistent with the clinical trial data. So again, if a patient is promised 6 months and they get something less than 6 months, particularly if they're paying a healthy premium, there could be disappointment. And so I think it all comes down to patient expectation, how much of a pricing premium that they're asking for, and ultimately, what they get.

But we believe that based on the data that we're seeing and the experience with the PrevU group, that a healthy portion of patients are getting the value that they're paying for. And that doesn't mean that they can't coexist, where you have some patients who, for whatever reason, feel they didn't get the duration or the duration wasn't worth the money. But yet you have a large and healthy group that did get there. And that's part of working with these practices around the expectation setting.

Again, the product is performing very consistent with what we've seen in the clinical trials. I don't know that you can kind of limit it to any specific group, but again, we're very encouraged with what we're seeing in the market.

**Navann Ty Dietschi**
*BNP Paribas Exane, Research Division*

And then just a quick one on the Athyrium. So why did they reduce the second tranche to $50 million? So any change in the amendment?

**Tobin C. Schilke**
*CFO & Principal Accounting Officer*

Yes. Thanks, Navann. This is Toby. So we took prudent steps, as we mentioned on the prepared remarks. So in Q2, we had raised $100 million through our ATM. And then we looked at sort of our capital structure, and we thought it would be prudent to work with Athyrium to find a reasonable amount that sort of manages that debt-to-equity ratio and our cap structure. And so they're very constructive to find a way with that still 8.5% fixed rate for our second tranche. So we feel really pleased with the partnership with Athyrium.

**Operator**

[Operator Instructions] Your next question comes from the line of Charles Uy (sic) [ Uy Ear ] from Mizuho.

**Unknown Analyst**

This is Charles on for Uy. I just had one question on the -- if your strategy has changed in terms of targeting the prestige accounts, because some investors have pointed out that medi spas have been offering DAXXIFY recently more so.

**Mark J. Foley**
*CEO & Director*

Thanks, Charles. No, our strategy has not changed. Again, if you look at our prestige strategy, one of the things that underpins the prestige strategy is that there's no advertised pricing. And so it's really accounts that are not looking to use solely prices the way to drive new patient traffic, particularly with our products. That ultimately gets adjudicated at the rep level, and so we trust them a lot to make good choices.

And in today's growing aesthetic market, you also have a number of accounts that might have a medical director who is a physician at one practice, but yet as a medical director at another practice. And in those cases, you can find that product makes its way from one of these practices to another. And so without the specifics, it would be hard to know, but no, our strategy has not changed. We continue to focus on accounts that are comfortable with our no advertised pricing policy for our products, which we think ultimately forces patients to make a decision around who do they want to go for our products in any given market and not just have price be the driver. But ultimately, it's the rep that makes those decisions at the local level. And again, as I said, in many cases, you'll have a medical director or a physician or an injector that might cross over a number of different accounts and relationships where you can see some cross-pollination there as well.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Operator**

And your next question comes from the line of Douglas Tsao from H.C. Wainwright.

**Douglas Dylan Tsao**
*H.C. Wainwright & Co, LLC, Research Division*

I'm curious, in terms of the accounts that are right now really leaning into DAXXIFY, are you finding that those are accounts that were already sort of open to switching away from BOTOX and then embrace Jeuveau? Or is it that they are just simply adding -- are you finding that it's BOTOX account looking for DAXXIFY as to add to their practice just given the differentiated profile?

**Dustin S. Sjuts**
*President*

Doug, it's Dustin, and I'll take a stab at that one. We really haven't seen a specific type of account that's going to lean in to DAXXIFY more than others based off of the competitive landscape. I think we've seen there are certain providers that got a really good experience, whether it be PrevU or on the early side of our launch trajectory. It fits their practice in terms of their pricing dynamics. They've had good results. They're continuing to drive that through.

And so we've seen some that have switched significant patients off of a Dysport or Jeuveau or Xeomin. We've also seen that happen with BOTOX. Now certainly, obviously, BOTOX has the largest share and obviously has the largest kind of, I'd say, moat around them as it relates to their loyalty programs and coupons and things. And so I'm sure we'll be dealing with some of those pieces over time. But no, we haven't seen kind of a specific type of practice that ultimately leaned into DAXXIFY. It's really early. And so we've got equal opportunity across the landscape, because despite whatever product they're using, DAXXIFY is an opportunity to provide that patient something different.

**Douglas Dylan Tsao**
*H.C. Wainwright & Co, LLC, Research Division*

And as a follow-up, are you finding -- or when you talk to injectors, are they sort of waiting for the patient to bring it up? Or are they selecting certain types of patients who they feel would most benefit from DAXXIFY?

**Dustin S. Sjuts**
*President*

Yes. Doug, it's Dustin. As you realize, most of the launches, it's pretty similar. So you've got some practices that are bringing up to every single patient. They believe in it. They believe that value proposition, and they have a high conversion rate. Some practices are more the wait-and-see type and are waiting for some of those activities around the consumer awareness, which obviously, we talked a little bit about and we're activating some of those. And you've got others that are kind of even sitting on the sidelines waiting to kind of see how others approach the product.

It's pretty typical in aesthetics. And you also see that, that's why it's not maybe a yes or no today. It's going to have this overall progression. So I think that's kind of how we're seeing it break down. And as we get more and more customers in there in different stages, it will help us kind of determine how to segment those.

**Operator**
There are no further questions. This concludes today's conference call. Thank you for your participation. You may now disconnect.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.
spglobal.com/marketintelligence

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.