**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Allergan, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Revance Therapeutics, Inc. and PCI San Diego, Inc.,<br><br>Defendants. | REDACTED - PUBLIC VERSION<br>Filed: November 3, 2025<br><br>C.A. No. 21-1411-RGA-LDH<br><br>[redacted] |

**DECLARATION OF ANNE SHEA GAZA IN SUPPORT OF DEFENDANTS' ANSWERING BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR POST-TRIAL RELIEF**

I, Anne Shea Gaza, declare as follows:

1. I am a partner at the law firm of Young Conaway Stargatt & Taylor, LLP and serve as counsel for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc. (f/k/a Ajinomoto Althea, Inc.) in this action. I submit this declaration in support of Defendants' Answering Brief in Opposition to Plaintiff's Motion for Post-Trial Relief. I make this declaration based on my personal knowledge of the matters below. If called as a witness, I could and would testify competently as to my statements in this declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Dana Trexler, CPA/CFF, with Exhibits A and 1.0-1.1, dated October 27, 2025.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a graph entitled "Bank Prime Loan Rate (DPRIME)", *Board of Governors of the Federal Reserve System (US),* retrieved from FRED, Federal Reserve Bank of St. Louis, https://fred.stlouisfed.org/series/dprime (last accessed Oct. 21, 2025).

4. Attached hereto as **Exhibit 3** is a true and correct copy of an Excel spreadsheet generated from "Bank Prime Loan Rate (DPRIME)," *Board of Governors of the Federal Reserve System (US)*, retrieved from FRED, Federal Reserve Bank of St. Louis, available at https://fred.stlouisfed.org/series/dprime (last accessed Oct. 21, 2025).

5. Attached hereto as **Exhibit 4** is a true and correct copy of Jane Ihrig & Chris Waller, "The Federal Reserve's response to the post-Covid period of high inflation," *FEDS Notes*, (Feb. 14, 2024), retrieved from Board of Governors of the Federal Reserve System, available at https://www.federalreserve.gov/econres/notes/feds-notes/the-federal-reserves-responses-to-the-post-covid-period-of-high-inflation-20240214.html.

6. Attached hereto as **Exhibit 5** is a true and correct copy of Matt Kelly, "Primer on the Prime Rate," *ESL Federal Credit Union*, available at https://www.esl.org/resources-tools/educational-resources/understanding-the-prime-rate (last accessed on Oct. 21, 2025).

7. Attached hereto as **Exhibit 6** is a true and correct copy of AbbVie, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2022, dated February 17, 2023, available at https://www.sec.gov/Archives/edgar/data/1551152/000155115223000011/abbv-20221231.htm (last accessed on Oct. 27, 2025).

8. Attached hereto as **Exhibit 7** is a true and correct copy of AbbVie, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2023, dated February 20, 2025, available at https://www.sec.gov/Archives/edgar/data/1551152/000155115224000011/abbv-20231231.htm (last accessed on Oct. 27, 2025).

9. Attached hereto as **Exhibit 8** is a true and correct copy of AbbVie, Inc.'s Form 10-K for the Fiscal Year Ended December 31, 2024, dated February 14, 2025, available at https://www.sec.gov/Archives/edgar/data/1551152/000155115225000020/abbv-20241231.htm (last accessed on Oct. 27, 2025).

10. Attached hereto as **Exhibit 9** is a true and correct copy of AbbVie, Inc.'s 2022 Annual Report on Form 10-K and 2023 Proxy Statement, available at https://investors.abbvie.com/static-files/e3047152-75b3-44b3-95a8-18e4fa991768 (last accessed on Oct. 24, 2025).

I declare under penalty of perjury that the foregoing is true and correct.

Executed: October 27, 2025

Anne Shea Gaza

Anne Shea Gaza (No. 4093)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 27, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jeremy A. Tigan
Anthony D. Raucci
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19899
jtigan@morrisnichols.com
araucci@morrisnichols.com

Candace Polster
Robert Unikel
PAUL HASTINGS LLP
71 South Wacker Drive
Suite 4500
Chicago, IL 60606
candacepolster@paulhastings.com
robertunikel@paulhastings.com

*Attorneys for Plaintiff*

Eric W. Dittmann
Chad J. Peterman
Melanie R. Rupert
Bruce M. Wexler
Ashley N. Mays-Williams, Ph.D.
Krystina L. Ho, Ph.D.
Carl J. Minniti, III
Isaac S. Ashkenazi
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

Felix A. Eyzaguirre
PAUL HASTINGS LLP
600 Travis Street, 58th Floor
Houston, Texas 77002
felixeyzaguirre@paulhastings.com

Karthik R. Kasaraneni
David M. Valente
Amanda K. Taylor
Vladimir J. Semendyai
PAUL HASTINGS LLP
2050 M. Street NW
Washington, DC 20036
karthikkasaraneni@paulhastings.com
davidvalente@paulhastings.com
amandataylor@paulhastings.com
vladimirsemendyai@paulhastings.com

Dated: October 27, 2025

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Daniel G. Mackrides (No. 7230)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com

*Attorneys for Defendants*
*Revance Therapeutics, Inc.*
*and PCI San Diego, Inc.*