# EXHIBIT 2

## 3.2.A.3 GENERAL INFORMATION [RTP004, BACHEM AMERICAS, INC.]

The proprietary peptide, RTP004 Acetate (RTP004), is a custom material made exclusively for Revance Therapeutics, Inc. RTP004 is a single chain synthetic peptide consisting of 35 L-amino acids, which is used in the final drug product (DP) formulation as a stabilizer of the active ingredient DaxibotulinumtoxinA. RTP004 meets the definition of new (novel) excipient as defined in *FDA Guidance-Nonclinical Studies for the Safety Evaluation of Pharmaceutical Excipients (May 2005)*:

"…the phrase new excipients means any inactive ingredients that are intentionally added to therapeutic and diagnostic products, but that: (1) we believe are not intended to exert therapeutic effects at the intended dosage, although they may act to improve product delivery (e.g., enhance absorption or control release of the drug substance); and (2) are not fully qualified by existing safety data with respect to the currently proposed level of exposure, duration of exposure, or route of administration."

RTP004 is an inactive ingredient that is intentionally added to a therapeutic product but it is not intended to exert therapeutic effects at the intended dosage, it has no pharmacological properties at the quantity used in DaxibotulinumtoxinA for Injection, and it is not required for activity or function of the toxin itself, only to stabilize it in the final formulation so that it may maintain its activity and functionality throughout the intended shelf life.

Toxicology studies to assess pharmacological activity have been performed according to ICH guidance for industry *S7A Safety Pharmacology Studies for Human Pharmaceuticals* and are presented in Module 2.4 and 2.6. In summary, RTP004 produced no muscle paralysis or any adverse effects and was considered to show no pharmacological activity. The toxicology studies demonstrated no RTP004-related adverse toxicities, no central nervous system (CNS) effects, and no evidence of muscle damage. The development of anti-RTP004 antibodies showed an overall low immunogenic potential. The perinatal/postnatal reproductive study demonstrated no adverse toxicity to dams or adverse developmental effects or reproductive toxicities in the F1 generation of rats.

### 3.2.A.3.1 Structure

The completed chemical sequence of RTP004 is provided in Figure 1.

Protein transduction domain (PTD) domains are indicated with an underline.

**Figure 1: Chemical Sequence of RTP004**

**H-<u>Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg-Gly</u>-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-Lys-<u>Gly-Arg-Lys-Lys-Arg-Arg-Gln-Arg-Arg-Arg</u>-OH**

The following studies were conducted to demonstrate that the molecule performs as a stabilizer of the active ingredient:



Allergan v Revance
31
Bernardo
9/27/23 CY 14316

OUTSIDE COUNSEL EYES ONLY PURSUANT
TO LOCAL RULE 26.2
SUBJECT TO EAR

REV_DAX-00002851

C.A. No. 21-1411-RGA-LDH
Joint Trial Exhibit
JTX-198

JTX-198.0001

- [redacted]
- [redacted]

Data from these studies demonstrate that RTP004, a fully characterized novel excipient, functions as a stabilizer in the DaxibotulinumtoxinA for Injection formulation by two different mechanisms, namely surface adsorption and thermal-induced aggregation.

### 3.2.A.3.2 General Properties - Physiochemical Properties

RTP004 is presented as a white to yellowish lyophilized cake within a stoppered and sealed amber, USP Type 1 glass vial. The cake requires reconstitution with formulation buffer solution, as described in Section 3.2.P.3.3, prior to use. The peptide chain is composed of arginine, glutamine, glycine, and lysine residues. All lots of RTP004 are required to be ≥ 90% pure peptide and to have ≤ 10.0% total impurities. The general properties of RTP004 are the following:

- Molecular Formula: $C_{200}H_{396}N_{92}O_{38}$
- Molecular Weight: 4698 ± 2
- Counter-Ion: Acetate (AcOH)
- Isoelectric Point: 13.05



OUTSIDE COUNSEL EYES ONLY PURSUANT
TO LOCAL RULE 26.2
SUBJECT TO EAR