IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLERGAN USA, INC., et al., | ) |
| | ) |
| --------------------Plaintiff, | ) |
| | ) Case No. |
| vs. | ) 21-CV-1411-RGA |
| | ) |
| REVANCE THERAPEUTICS, et al., | ) |
| | ) Volume III |
| --------------------Defendant. | ) Sealed Portion |

TRANSCRIPT OF SEALED PORTION

SEALED PORTION had before the Honorable Richard G. Andrews, U.S.D.C.J., and a jury of eight in Courtroom 6A on the 3rd of August, 2025.

APPEARANCES

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
BY: JEREMY TIGAN, ESQ.

-and-

PAUL HASTINGS LLP
BY: ERIC DITTMANN, ESQ.
ISAAC ASHKENAZI, ESQ.
MELANIE RUPERT, ESQ.
CARL MINNITI, ESQ.
KRYS HO, ESQ.
ROBERT UNIKEL, ESQ.
DAVID VALENTE, ESQ.

Counsel for Plaintiff

(Appearances continued.)

YOUNG, CONAWAY, STARGATT & TAYLOR
BY: ANNE GAZA, ESQ.
SAMANTHA WILSON, ESQ.

-and-

STERNE KESSLER GOLDSTEIN & FOX PLLC
BY: DENNIES VARUGHESE, ESQ.
ADAM LAROCK, ESQ.
BYRON PICKARD, ESQ.
NIRAV DESAI, ESQ.
DEIRDRE WELLS, ESQ.

-and-

CAHILL GORDON
BY: PETER ARMENIO, ESQ.

Counsel for Defendant

(The following proceedings were held in the sealed courtroom:)

MS. CONKIN: For clarity, it's just the first video. The second video does not require the courtroom to be sealed.

THE COURT: This is a ten-minute video.

MS. CONKIN: Approximately.

THE COURT: All right. Go when you're ready.

MS. CONKIN: We will next hear from Dr. Curtis Monnig, a director of biopharmaceuticals at Allergan. He'll testify regarding the residual DNA testing of Allergan's DS1 and DS2 samples.

(A video was played.)

BY THE ATTORNEY:

Q. Lets bring up the document bearing the Bates number ALGN1363342, please. We'll mark this as Exhibit 1. Okay.

Dr. Monnig, do you recognize what's been marked as Exhibit 1?

A. It appears to be a technical report issued by my group.

Q. Now, if you could turn to the page bearing the Bates Number 343, and if you look on the fourth signature. That is your signature; correct?

A. It appears to be my signature on this page, correct.

Q. And you signed this report on July 21, 2008; correct?

A. July 21, 2008, is the date next to my signature.

Q. Dr. Monnig, do you recall what the purpose of this technical report was?

A. Based on the executive summary, the purpose of this report appears to be an evaluation of host DNA and several different samples of *clostridium botulinum* drug substance.

Q. Okay. So let's go to the executive summary on page ending in Bates Number 346. And you were reading this executive summary earlier; correct Dr. Monnig?

A. Correct.

Q. Okay. So let's read the first sentence after executive summary. And the first sentence states, "A realtime quantitative polarized chain reaction method was utilized to determine residual levels of *clostridium botulinum* genomic DNA, GDNA, present in three lots of DS1 and seven lots of DS2 drug substance."

Do you see that?

A. I see the sentence that you just read, correct.

Q. If we move on, the second sentence states, [redacted] -- let me see -- "BDL approximately 500 picograms per milliliter for all DS2 samples, [redacted]

Do you see that?

A. I see the sentences you just read, yes.

Q. [redacted]

Q. [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted]

(The video ended.)

MS. CONKIN: Your Honor, defendants would now request to admit JTX 017A into evidence. This will also need to be under seal. I have physical copies for the jury if I may approach.

MR. DITTMANN: No objection.

THE COURT: So they're admitted without objection.

(Thereupon, Joint Exhibit 017A was admitted.)

THE COURT: We don't need physical copies for the jury. We just need one.

MS. CONKIN: Okay.

THE COURT: Right?

MR. DITTMANN: Yes.

THE COURT: Can we unseal the courtroom?

MS. CONKIN: I believe so. Yes, Your Honor.

THE COURT: Let's do that.

**C E R T I F I C A T E**

I, Deanna L. Warner, a Registered Professional Report, do hereby certify that as such Registered Professional Reporter, I was present at and reported in Stenotype shorthand the above and foregoing proceedings.

Deanna L. Warner, RPR, CSR
Official Court Reporter
U.S. Federal Court

## 0

**0.00** [1] - 6:15
**0.08-nanograms** [2] - 7:16, 7:18
**017A** [2] - 7:22, 8:3
**01F** [1] - 6:9

## 1

**1** [2] - 3:16, 3:18
**12** [2] - 4:24, 7:2

## 2

**2008** [2] - 3:25, 4:1
**2025** [1] - 1:13
**21** [2] - 3:25, 4:1
**21-CV-1411-RGA** [1] - 1:5

## 3

**3.1-6** [3] - 5:9, 5:19, 6:13
**3.2-5** [2] - 7:8, 7:15
**32** [1] - 4:24
**343** [1] - 3:22
**346** [1] - 4:8
**357** [4] - 6:16, 6:18, 6:20, 7:5
**3rd** [1] - 1:13

## 5

**500** [1] - 4:23

## 6

**66** [1] - 7:2
**6A** [1] - 1:12

## A

**abbreviation** [1] - 5:17
**ABG** [2] - 5:23, 5:24
**activated** [1] - 4:20
**ADAM** [1] - 2:7
**ADGPG** [1] - 5:7
**admit** [1] - 7:22
**admitted** [2] - 8:1, 8:3
**agree** [2] - 6:1, 7:13
**al** [2] - 1:3, 1:6
**ALGN1363342** [1] - 3:16
**Allergan** [4] - 3:10, 5:3, 5:5, 7:3
**ALLERGAN** [1] - 1:3
**Allergan's** [1] - 3:11
**amount** [2] - 5:8, 7:1
**analyzed** [1] - 4:21
**AND** [1] - 1:2
**Andrews** [1] - 1:12
**ANNE** [1] - 2:3
**APPEARANCES** [1] - 1:15
**Appearances** [1] - 2:1
**approach** [1] - 7:24
**ARMENIO** [1] - 2:11
**ARSHT** [1] - 1:16
**ASHKENAZI** [1] - 1:19
**assay** [2] - 6:22, 7:1
**ATTORNEY** [1] - 3:14
**August** [1] - 1:13
**average** [3] - 6:2, 6:11, 6:15

## B

**based** [1] - 4:4
**basis** [2] - 7:4, 7:6
**Bates** [5] - 3:15, 3:21, 4:8, 6:16, 6:20
**BDL** [2] - 4:23, 7:11
**bearing** [2] - 3:15, 3:21
**below** [9] - 4:22, 6:9, 6:21, 6:25, 7:9, 7:14, 7:15, 7:18, 7:19
**between** [1] - 5:3
**biopharmaceuticals** [1] - 3:10
**botulinum** [2] - 4:6, 4:15
**bring** [1] - 3:15
**BY** [3] - 1:16, 2:11, 3:14
**BYRON** [1] - 2:7

## C

**CAHILL** [1] - 2:10
**calculation** [1] - 6:4
**CARL** [1] - 1:20
**Case** [1] - 1:5
**certify** [1] - 8:15
**chain** [1] - 4:13
**clarity** [1] - 3:3
**clostridium** [2] - 4:6, 4:14
**Cogenics** [5] - 4:21, 5:4, 5:6, 6:22, 7:1
**column** [10] - 5:7, 5:12, 5:14, 5:18, 5:22, 5:24, 6:1, 6:5, 7:12
**common** [1] - 5:17
**comparability** [1] - 4:20
**CONAWAY** [1] - 2:3
**concentration** [5] - 6:15, 7:8, 7:12, 7:14, 7:15
**CONKIN** [6] - 3:3, 3:7, 3:9, 7:21, 8:6, 8:10
**continued** [1] - 2:1
**copies** [2] - 7:23, 8:4
**correct** [9] - 3:23, 3:24, 3:25, 4:9, 4:10, 4:18, 5:9, 7:5, 7:10
**counsel** [1] - 1:23
**Counsel** [1] - 2:12
**COURT** [8] - 1:1, 3:6, 3:8, 8:1, 8:4, 8:7, 8:9, 8:11
**Court** [2] - 8:20, 8:20
**courtroom** [3] - 3:2, 3:4, 8:9
**Courtroom** [1] - 1:12
**CSR** [1] - 8:19
**Curtis** [1] - 3:9

## D

**data** [2] - 4:20, 4:21
**date** [1] - 4:1
**DAVID** [1] - 1:22
**Deanna** [2] - 8:14, 8:19
**Defendant** [2] - 1:7, 2:12
**defendants** [1] - 7:21
**defined** [1] - 5:16
**DEIRDRE** [1] - 2:8
**DELAWARE** [1] - 1:2
**DENNIES** [1] - 2:6
**DESAI** [1] - 2:8
**detection** [7] - 4:22, 6:21, 6:25, 7:9, 7:14, 7:17, 7:19
**determine** [1] - 4:14
**different** [1] - 4:6
**director** [1] - 3:10
**disagree** [2] - 7:4, 7:6
**DISTRICT** [2] - 1:1, 1:2
**DITTMANN** [3] - 1:19, 7:25, 8:8
**DNA** [13] - 3:11, 4:5, 4:15, 5:8, 5:21, 6:3, 6:12, 6:21, 6:25, 7:8, 7:12, 7:14, 7:15
**document** [1] - 3:15
**Dr** [5] - 3:9, 3:17, 4:2, 4:9, 6:6
**drug** [3] - 4:6, 4:16, 6:7
**DS1** [4] - 3:11, 4:15, 4:25, 7:1
**DS2** [11] - 3:12, 4:16, 4:24, 6:7, 6:10, 6:13, 6:21, 6:24, 7:7, 7:11, 7:13

## E

**eight** [1] - 1:12
**ended** [1] - 7:20
**ending** [3] - 4:8, 6:16, 6:20
**ERIC** [1] - 1:19
**ESQ** [16] - 1:16, 1:19, 1:19, 1:20, 1:20, 1:21, 1:21, 1:22, 2:3, 2:4, 2:6, 2:7, 2:7, 2:8, 2:8, 2:11
**et** [2] - 1:3, 1:6
**evaluation** [1] - 4:5
**evidence** [1] - 7:22
**examples** [1] - 5:9
**executive** [4] - 4:4, 4:7, 4:9, 4:12
**Exhibit** [3] - 3:16, 3:18, 8:3

## F

**Federal** [1] - 8:20
**final** [1] - 6:9
**first** [5] - 3:3, 4:11, 4:12, 4:19, 6:19
**following** [1] - 3:1
**FOR** [1] - 1:2
**foregoing** [1] - 8:17
**four** [3] - 7:8, 7:11, 7:13
**fourth** [1] - 3:22
**FOX** [1] - 2:6

## G

**GAZA** [1] - 2:3
**GDNA** [4] - 4:15, 4:22, 4:24, 7:1
**genomic** [1] - 4:15
**GOLDSTEIN** [1] - 2:6
**GORDON** [1] - 2:10
**group** [1] - 3:20

## H

**HASTINGS** [1] - 1:18
**heading** [1] - 5:14
**hear** [1] - 3:9
**heat** [1] - 4:20
**held** [1] - 3:1
**hereby** [1] - 8:15
**HO** [1] - 1:21
**Honor** [2] - 7:21, 8:10
**Honorable** [1] - 1:11
**host** [1] - 4:5
**Houston** [1] - 4:21

## I

**identified** [2] - 6:10, 7:11
**III** [1] - 1:7
**imply** [1] - 6:5
**IN** [2] - 1:1, 1:2
**INC** [1] - 1:3
**indicated** [1] - 7:17
**indicates** [1] - 7:19
**ISAAC** [1] - 1:19
**issued** [1] - 3:19

## J

**JEREMY** [1] - 1:16
**Joint** [1] - 8:3
**JTX** [1] - 7:22
**July** [2] - 3:25, 4:1
**jury** [3] - 1:12, 7:23, 8:5

## K

**KESSLER** [1] - 2:6
**KRYS** [1] - 1:21

## L

**labeled** [4] - 5:7, 5:18, 5:22, 5:24
**laboratory** [1] - 5:5
**LAROCK** [1] - 2:7
**last** [1] - 5:22
**level** [1] - 7:19
**levels** [5] - 4:14, 4:22, 4:24, 6:21, 6:25
**limit** [6] - 6:22, 6:25, 7:9, 7:14, 7:17, 7:18
**limits** [1] - 4:22
**list** [1] - 7:11
**listed** [3] - 6:8, 6:14,

7:7
**LLP** [2] - 1:16, 1:18
**look** [2] - 3:22, 6:19

## M

**mark** [1] - 3:16
**marked** [1] - 3:17
**measured** [3] - 5:7, 5:10, 5:20
**MELANIE** [1] - 1:20
**method** [1] - 4:13
**milligram** [1] - 4:25
**milliliter** [11] - 4:23, 5:17, 5:21, 5:23, 5:25, 6:2, 6:12, 7:2, 7:10, 7:16, 7:18
**milliliters** [1] - 5:19
**MINNITI** [1] - 1:20
**minute** [1] - 3:6
**ML** [1] - 5:17
**Monnig** [5] - 3:10, 3:17, 4:2, 4:9, 6:6
**MORRIS** [1] - 1:16
**move** [1] - 4:19
**MR** [8] - 3:3, 3:7, 3:9, 7:21, 7:25, 8:6, 8:8, 8:10

## N

**nanograms** [3] - 4:25, 7:2, 7:9
**need** [3] - 7:23, 8:4, 8:5
**next** [3] - 3:9, 4:1, 6:16
**NICHOLS** [1] - 1:16
**NIRAV** [1] - 2:8
**notebook** [1] - 7:3
**number** [3] - 3:15, 6:9, 6:16
**Number** [3] - 3:22, 4:8, 6:20
**numbers** [1] - 6:7

## O

**objection** [2] - 7:25, 8:2
**obtained** [1] - 4:20
**occurred** [1] - 5:6
**OF** [2] - 1:2, 1:9
**Official** [1] - 8:20
**one** [1] - 8:5

## P

**page** [7] - 3:21, 3:24, 4:7, 6:16, 6:18, 6:20, 7:5
**PAUL** [1] - 1:18
**per** [12] - 4:23, 4:25, 5:19, 5:21, 5:23, 5:24, 6:2, 6:12, 7:2, 7:9, 7:16, 7:18
**PETER** [1] - 2:11
**PG** [1] - 5:16
**PG/ML** [3] - 5:13, 5:14, 5:15
**physical** [2] - 7:23, 8:4
**PICKARD** [1] - 2:7
**picogram** [2] - 5:23, 5:24
**picograms** [7] - 4:23, 5:8, 5:16, 5:19, 5:20, 6:2, 6:12
**Plaintiff** [2] - 1:4, 1:23
**played** [1] - 3:13
**PLLC** [1] - 2:6
**polarized** [1] - 4:13
**Portion** [1] - 1:7
**PORTION** [2] - 1:9, 1:11
**present** [3] - 4:15, 6:12, 8:16
**previously** [2] - 5:16, 6:10
**proceedings** [2] - 3:1, 8:17
**Professional** [2] - 8:14, 8:16
**purpose** [2] - 4:2, 4:4

## Q

**quantitative** [1] - 4:13

## R

**range** [1] - 4:24
**ranged** [1] - 7:2
**reaction** [1] - 4:13
**read** [3] - 4:11, 4:18, 5:2
**reading** [1] - 4:8
**ready** [1] - 3:8
**realtime** [1] - 4:13
**recognize** [1] - 3:17
**reference** [1] - 7:3
**referred** [2] - 6:7
**referring** [2] - 5:15, 6:2
**regarding** [1] - 3:11
**Registered** [2] - 8:14, 8:15
**relationship** [1] - 5:3
**report** [4] - 3:19, 3:25, 4:3, 4:5
**Report** [1] - 8:15
**reported** [1] - 8:16
**Reporter** [2] - 8:16, 8:20
**reporting** [2] - 5:10, 5:20
**request** [1] - 7:22
**require** [1] - 3:4
**residual** [6] - 3:11, 4:14, 5:8, 5:21, 6:3, 6:12
**REVANCE** [1] - 1:6
**revealed** [1] - 4:22
**Richard** [1] - 1:11
**ROBERT** [1] - 1:21
**RPR** [1] - 8:19
**RUPERT** [1] - 1:20

## S

**SAMANTHA** [1] - 2:4
**sample** [1] - 5:21
**samples** [16] - 3:12, 4:6, 4:21, 4:24, 5:11, 6:7, 6:8, 6:10, 6:13, 6:14, 6:21, 6:25, 7:2, 7:7, 7:11, 7:13
**seal** [1] - 7:23
**sealed** [2] - 3:2, 3:5
**Sealed** [1] - 1:7
**SEALED** [2] - 1:9, 1:11
**second** [2] - 3:4, 4:19
**see** [11] - 4:17, 4:18, 4:23, 5:1, 5:2, 5:13, 5:14, 5:23, 5:24, 6:23, 6:24
**sentence** [7] - 4:11, 4:12, 4:18, 4:19, 6:19, 6:24, 7:4
**sentences** [1] - 5:2
**set** [1] - 4:20
**seven** [4] - 4:16, 6:6, 6:13, 7:7
**several** [1] - 4:5
**shorthand** [1] - 8:17
**showed** [2] - 6:21, 6:25
**showing** [1] - 5:7
**shown** [2] - 5:18, 6:19
**signature** [4] - 3:22, 3:23, 3:24, 4:1
**signed** [1] - 3:25
**specific** [1] - 5:8
**sponsor** [1] - 5:5
**STARGATT** [1] - 2:3
**starting** [1] - 6:8
**statement** [1] - 7:6
**STATES** [1] - 1:1
**states** [4] - 4:12, 4:19, 5:13, 6:20
**Stenotype** [1] - 8:17
**STERNE** [1] - 2:6
**substance** [2] - 4:6, 4:16
**summary** [4] - 4:4, 4:7, 4:9, 4:12

## T

**table** [8] - 5:9, 5:19, 6:8, 6:13, 6:15, 7:8, 7:15, 7:17
**TAYLOR** [1] - 2:3
**technical** [2] - 3:19, 4:3
**ten** [1] - 3:6
**ten-minute** [1] - 3:6
**testify** [1] - 3:11
**testing** [1] - 3:11
**Texas** [1] - 4:21
**THE** [10] - 1:1, 1:2, 3:6, 3:8, 3:14, 8:1, 8:4, 8:7, 8:9, 8:11
**THERAPEUTICS** [1] - 1:6
**Thereupon** [1] - 8:3
**three** [2] - 4:15, 4:25
**TIGAN** [1] - 1:16
**title** [1] - 6:5
**toxin** [2] - 4:25, 7:3
**TRANSCRIPT** [1] - 1:9
**TUNNELL** [1] - 1:16
**turn** [1] - 3:21

## U

**U.S** [1] - 8:20
**U.S.D.C.J** [1] - 1:12
**under** [1] - 7:23
**UNIKEL** [1] - 1:21
**UNITED** [1] - 1:1
**unseal** [1] - 8:9
**up** [1] - 3:15
**USA** [1] - 1:3
**utilized** [1] - 4:14

## V

**VALENTE** [1] - 1:22
**value** [1] - 5:10
**VARUGHESE** [1] - 2:6
**video** [5] - 3:4, 3:6, 3:13, 7:20
**Volume** [1] - 1:7
**vs** [1] - 1:5

## W

**warner** [1] - 8:14
**Warner** [1] - 8:19
**WELLS** [1] - 2:8
**whereas** [1] - 7:1
**WILSON** [1] - 2:4
**written** [1] - 7:5

## Y

**YOUNG** [1] - 2:3