IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Allergan, Inc.,<br>*Plaintiff*,<br>v.<br>Revance Therapeutics, Inc. and PCI San Diego, Inc.,<br>*Defendants*. | C.A. No. 21-1411-RGA-LDH |

**PLAINTIFF'S RESPONSE TO**
**DEFENDANTS' NOTICE OF RELATED PROCEEDINGS**

Plaintiff Allergan, Inc. ("Allergan") submits this response to Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.'s (collectively, "Revance's") Notice of Related Proceedings (D.I. 717) ("Notice"). Allergan did not file a patent owner statement under 35 U.S.C. § 304 in response to the *ex parte* reexamination requests for U.S. Patent Nos. 11,147,878 and 11,203,748, as stated in the Notice, because it is an optional statement. This course of action is standard practice. The U.S. Patent & Trademark Office has not issued any office actions with respect to the reexamination of either patent to date; Allergan will respond to any office action(s), to the extent issued by the Office. Any suggestion that the Court should delay its consideration of the parties' pending post-trial motions due to the *ex parte* reexaminations is not warranted.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Anthony D. Raucci*

Jeremy A. Tigan (#5239)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jtigan@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Plaintiff Allergan, Inc.*

OF COUNSEL:

Eric W. Dittmann
Melanie R. Rupert
Isaac S. Ashkenazi
Krystina L. Ho, Ph.D.
Carl J. Minniti III
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

Robert Unikel
PAUL HASTINGS LLP
71 South Wacker Drive, Suite 4500
Chicago, IL 60606
(312) 499-6000

Karthik R. Kasaraneni
Vladimir J. Semendyai
David M. Valente
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700

February 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 17, 2026, upon the following in the manner indicated:

Anne Shea Gaza, Esquire — *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
Daniel G. Mackrides, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.*

Dennies Varughese, Pharm. D. — *VIA ELECTRONIC MAIL*
Eldora L. Ellison, Ph.D.
Adam C. LaRock, Esquire
Olga A. Partington, Ph.D.
Ryan E. Conkin, Esquire
Anna G. Phillips, Esquire
Sasha S. Rao, Esquire
Marsha Rose Gillentine, Ph.D.
Nirav N. Desai, Esquire
Christopher M. Gallo, Ph.D.
Tyler C. Liu, Esquire
Adil B. Moghal, Ph.D.
Louis P. Panzica, Jr., Esquire
Byron L. Pickard, Esquire
Deirdre M. Wells, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1101 K Street, NW, 10th Floor
Washington, DC 20005
*Attorneys for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.*

Peter J. Armenio, Esquire
Andrew Solomon, Esquire
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
*Attorneys for Defendants Revance Therapeutics, Inc. and PCI San Diego, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Anthony D. Raucci*

Anthony D. Raucci (#5948)